UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 05-00413-KI |
| v. | |
| MEHRDAD YASREBI, <br> a.k.a Abu Torab; | PROTECTIVE ORDER |
| and | |
| CHILD FOUNDATION <br> an Oregon non-profit corporation; | |
| Defendants. | |

Upon joint motion of the parties for a protective order regulating discovery provided by the United States, and to assist the defendants in preparation for sentencing, and the Court having considered the motion and being fully advised, it is hereby

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, the stipulation previously entered by the parties on September 3, 2010, governing the dissemination of discovery is hereby modified and superseded by this Protective Order as follows: defense counsel will not reproduce or disseminate any discovery material provided by the government in this case to defendants or any third party (specifically including related party Ahmad Iranshahi and his attorneys), except as provided below.

IT IS FURTHER ORDERED that pursuant to Rule 16(d)(1), defense counsel may disseminate to defendants Yasrebi and Child Foundation, who may possess and have unmonitored access to the discovery material provided by the government in this case, with the exception of

**Page 1 - PROTECTIVE ORDER**
*United States v. Mehrdad Yasrebi, et al.,* 05-CR-00413-KI

material identified by the government as: (1) previously classified but declassified for the purposes of this case, and (2) memoranda of witness interviews and witness statements (hereafter, "excepted material"). Defense counsel may allow defendants Yasrebi and Child Foundation to have monitored access to such excepted material. "Monitored access" includes review within the offices of defense counsel for either defendant, and may include review at a location mutually agreed between the parties that provides reasonable assurances that the excepted material will not leave the premises or be photocopied, reproduced or disseminated by defendants. Under penalty of contempt, defendants Yasrebi and Child Foundation shall not reproduce or disseminate in any way to any other person or entity any discovery material provided by the government in this case, regardless of whether it is or is not in an excepted category.

IT IS FURTHER ORDERED that defense counsel may provide copies of the discovery material provided by the government in this case to those persons directly employed by the attorneys of record for defendants Yasrebi and Child Foundation who are necessary to assist counsel of record in preparation for trial or other proceedings in the case.

IT IS FURTHER ORDERED that defense counsel may provide copies of the discovery material provided by the government in this case to those persons who are physically located within the territory of the United States of America when doing so is necessary to further legitimate defense investigation and preparation of this case.

IT IS FURTHER ORDERED that no person who receives a copy of any document subject to this protective order from defense counsel shall use such document in any way except to assist counsel for defendants Yasrebi and Child Foundation in the investigation or preparation of this case, and shall not reproduce or disseminate any such document in any way to any other person or entity,

**Page 2 - PROTECTIVE ORDER**
   *United States v. Mehrdad Yasrebi, et al.,* 05-CR-00413-KI

and shall not remove any such document from the territory of the United States of America.

IT IS FURTHER ORDERED that counsel for defendants Yasrebi and Child Foundation shall provide a copy of this protective order to any person to whom they provide a copy of any document subject to this order and secure that person's written agreement to abide by the terms of this order. In the event of a possible violation of this order, defense counsel shall provide a copy of such written agreement to the government upon further order of the Court. Before copies of any document subject to this order are provided to any attorney for related party Ahmad Iranshahi, such attorney shall personally appear before the Court and acknowledge agreement to this order.

Nothing in this protective order shall in any manner limit the right of counsel for defendants Yasrebi and Child Foundation to show any document subject to this order to any person for legitimate defense investigation and preparation in this case. Nothing in this protective order shall in any manner limit the right of counsel for defendants Yasrebi and Child Foundation to reproduce and disseminate any document that they obtain from independent sources other than the government even if it is within the material provided to the defense by the government in the discovery process.

IT IS FURTHER ORDERED that pursuant to Rule 6(e)(3)(E)(i), Federal Rules of Criminal Procedure, the government is authorized to disclose to attorneys of record, records and documents received by the federal grand jury during the investigation of this matter.

IT IS FURTHER ORDERED that the United States is permitted to disclose return and return information it has obtained pursuant to Title 26 U.S.C. § 6103, pertaining to the defendants or any other party to counsel of record. The defendants and their respective counsel shall use the returns and return information disclosed solely in connection with the criminal proceeding herein and no disclosure shall be made to any other person except in accordance with Title 26 U.S.C. § 6103.

**Page 3 - PROTECTIVE ORDER**
*United States v. Mehrdad Yasrebi, et al.,* 05-CR-00413-KI

IT IS FURTHER ORDERED that if defense counsel believes an exception should be made to an item or items of material that fall within this protective order, or if the parties believe that further modification is necessary, the parties are encouraged to meet and confer, and seek a ruling from this Court only if necessary. The parties will advise the Court by letter of any exceptions or modifications made to this protective order by agreement.

DATED this /s/ Aug 1 day of July 2011.

_____
GARR M. KING
United States District Judge

Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

s/ Charles F. Gorder, Jr.
CHARLES F. GORDER, JR.
DAVID L. ATKINSON
Assistant United States Attorneys

**Page 4 - PROTECTIVE ORDER**
      United States v. Mehrdad Yasrebi, et al., 05-CR-00413-KI