**TABLE OF CONTENTS FOR EXHIBITS**
**UNITED STATES' SENTENCING MEMORANDUM**
*United States v. Mehrdad Yasrebi, aka Abu Torab*

| TAB | DESCRIPTION |
|---|---|
| 1 | Letter dated February 15, 1997, from defendant Yasrebi to the "religious brothers" |
| 2 | Document from the 1980s containing answers to questions about defendant Yasrebi |
| 3 | Convention Between the Child Foundation (CF US) and the Child Welfare Charity (CF Iran or Refah Kudak) |
| 4 | Report of FBI Auditor Charles Chaffin dated June 10, 2009 |
| 5 | Spreadsheet documenting CF US salary payments to Iranshahi |
| 6 | Internal CF correspondence dated December 22, 2006 |
| 7 | CF Semiannual Report with correspondence from CF donor |
| 8 | Transcript of translated phone call dated October 8, 2006, between defendant Yasrebi and Iranshahi |
| 9 | Transcript of translated phone call dated May 28, 2007, between defendant Yasrebi and CF US board members |
| 10 | Transcript of translated phone call dated November 27, 2006, between defendant Yasrebi and Najmeh Vahid, a.k.a. Najmeh Lahiji |
| 11 | 2002-2004 CF US Form 990s, page 3 only |
| 12 | Excerpts from CF US Form 990s for years 1998/05 through 2007/05 |
| 13 | OFAC licensing history for CF US and related parties |
| 14 | Letter to OFAC from Fari Rezai dated September 25, 2000 |
| 15 | Letter from OFAC to Fari Rezai dated October 5, 2000 |

PAGE 1 -     **TABLE OF CONTENTS FOR EXHIBITS**
**United States' Sentencing Memorandum**
*United States v. Mehrdad Yasrebi, aka Abu Torab*, 05-CR-00413-KI-01

**TAB**          **DESCRIPTION**

16               Handwritten notes regarding "Permission to send the Child Foundation's
                 Exchanged Money" dated November 3, 2001

17               OFAC License No. IA-5843 dated March 18, 2004

18               Letter to OFAC from Shawn Khastoo dated May 27, 2004

19               Spreadsheets documenting CF US payments to various money transmitters,
                 1998-2001

20               Report of interview of Eskandar Khamooshpour dated January 19, 2006

21               Spreadsheet documenting CF US wire transfers to Switzerland 2001-2005

22               Email from Azar Djalili to defendant Yasrebi dated January 23, 2004

23               Draft Audit for CF US for year ended May 31, 2005

24               Report of interview with Jonathan Resnick dated August 6, 2008

25               Audit for CF US for years ended May 31, 2005, and May 31, 2006

26               Report of interview of defendant Yasrebi dated July 15, 2008

27               Spreadsheet documenting commodities transactions 2005-2008

28               Memorandum to Defendant Yasrebi from Berliner, Corcoran & Rowe LLP,
                 dated February 8, 2007

29A              Email from Iranshahi to Kangarloo dated May 6, 2006

29B              Wire transfer record of $275,000.00 from CF US to Armiti Group,
                 dated May 16, 2006

29C              Proforma invoices and related documents from Ramak General Trading and
                 Armiti Group

29D              Email from Iranshahi to Kangarloo dated May 23, 2006


PAGE 2 -         **TABLE OF CONTENTS FOR EXHIBITS**
                 **United States' Sentencing Memorandum**
                 ***United States v. Mehrdad Yasrebi, aka Abu Torab***, 05-CR-00413-KI-01

| TAB | DESCRIPTION |
|---|---|
| 29E | Dubai Customs documents |
| 29F | Email from Iranshahi to Ramak General Trading dated June 27, 2006 |
| 29G | Email from Iranshahi to Ramak General Trading dated June 30, 2006 |
| 29H | Invoices from Ramak General Trading and Armiti Group and Receipt Certification from Refah Kudak (CF Iran) |
| 29I | Email from Iranshahi to defendant Yasrebi dated May 27, 2006 |
| 30 | Transcript of translated phone call dated October 17, 2006, between defendant Yasrebi and Iranshahi |
| 31 | Transcript of translated phone call dated October 19, 2006, between defendant Yasrebi and Iranshahi |
| 32 | Spreadsheet documenting transactions between CF US and Lahijis |
| 33 | Refah Kudak Audit and Financial Statement for Year Ended May 31, 2007 |
| 34 | Letter faxed on September 25, 2006, to defendant Yasrebi from Iranshahi |
| 35 | Transcript of translated phone call dated November 28, 2006, between defendant Yasrebi and Najmeh Vahid, a.k.a. Najmeh Lahiji |
| 36 | Fax from Najmeh Vahid, a.k.a. Najmeh Lahiji dated November 27, 2006 |
| 37 | $200,000 check to CF US dated December 31, 2005, and related correspondence |
| 38 | Transcript of translated phone call dated September 26, 2006, between defendant Yasrebi and Iranshahi |
| 39 | Email dated October 8, 2006, from defendant Yasrebi to Iranshahi, with attachment |
| 40 | Transcript of translated phone call dated January 16, 2007, between defendant Yasrebi and Iranshahi |

PAGE 3 -     **TABLE OF CONTENTS FOR EXHIBITS**
**United States' Sentencing Memorandum**
*United States v. Mehrdad Yasrebi, aka Abu Torab*, 05-CR-00413-KI-01

**TAB**          **DESCRIPTION**

41          Transcript of translated phone call dated November13, 2006, between defendant Yasrebi and Iranshahi

42          Transcript of phone call dated January 10, 2007, with defendant Yasrebi

43          Email from defendant Yasrebi to Iranshahi dated February 18, 2008

44          CF Reported Revenue for 1996/05 - 2008/05

PAGE 4 -     **TABLE OF CONTENTS FOR EXHIBITS**
             **United States' Sentencing Memorandum**
             *United States v. Mehrdad Yasrebi, aka Abu Torab*, 05-CR-00413-KI-01



UNCLASSIFIED

Child Foundation

In the Name of God

February 15, 1997

To religious brothers, In charge of the office of education:

Hello and good-wishes for the Eid [breaking the fast] and the 22nd of Bahman [the Islamic revolution], I hope your worships are accepted, and you are successful in your services to Islam and Muslims.

Since there seems to be some ambiguity in the brothers' minds in regards to the Child Foundation's charity activities, I thought it was necessary to take [ask for] a few moments of your time, and as much as the distance allows, make some clarifications about the objectives and activities of the Child Foundation charity.

The Child Foundation was established in 1995 following the consultation and approval of Mr. Seyed Kamal Kharrazi [SP], Islamic Republic delegate (representative) in the United Nations, conferring with the office of the Interest Section of Islamic Republic of Iran in the United States, and consulting with the people in charge of the Alavi Foundation, associated with the Islamic Republic of Iran in New York, and also consultation with the brothers in charge of the Islamic Students association for the universities in the United States and Canada. Since the inauguration of the Child Foundation, these individuals and organizations were directly involved in the Child Foundation operations and they even contributed large sums to the Foundation's advertising programs. In case you are interested, you can contact Mr. Kamal Kharrazi's office in United Nations in New York, at 212-687-202, and/or Mr. Faramarz Fath-Nezhad [SP], director of the Interest Section of the Islamic Republic of Iran in the United States, at 202-965-4990, and ask for the authenticity (validity) of this [faxed] letter.

The charitable establishment of the Child Foundation in the United States has been in the direction of two specific objectives (goals):

**First Objective –**

There are one million Iranians and more than five million Muslims in the United States and Canada. Unfortunately, the majority of them, especially Iranians do not have any interest in participating in the political activities (campaign). But there are possibilities to encourage them to participate in humanitarian and non-political activities. The primary objective in establishing

UNCLASSIFIED                                                      1

Tab 1
Page 1 of 8

CF288647

UNCLASSIFIED

the Child Foundation organization was to invite (welcome) the Iranians and Muslims that live in the United States and Canada to assist the orphans and deprived (poor) Muslim children. We hope that. We can provide enough financial support for their Muslim children every day needs and their Islamic education, by getting assistance from the Muslim community in America, every year. The Child Foundation's aid is not limited to the Islamic Republic children. At the moment, the Child Foundation supports the Indonesian, Iraqi, Afghani and Bosnian children as well. [God willing], we hope, in the future, we can expand the realm of activities of this charity.

I thought it was necessary to remind you that the idea of establishing the Child Foundation is not a new concept. It is for many years that the other Islamic Sunni organizations (such as Saudi Wahhabis) have realized the potential of such charity activities in the United States and are financially supporting hundreds of poor (deprived) families around the world every year. A number of Shi'a organizations such as Al-Mabarraat in Lebanon, under the management of honorable brother Ayatollah Seyed Fazl -a…. or Al-Shahid, the branch of Lebanon that has limited activities in the United States. The Child Foundation is the first Islamic Shi'a organization that its objective is to establish a worldwide Shi'a aid organization to help and educate (train) the poor Muslim children in the United States. The method they used by the Child Foundation, like sending the children pictures and biographical information to their sponsors is not unique to the Child Foundation. This method is a standard method adapted by all similar organizations and their experiences for decades prove that unless this method there is no other way to expand activities and to gain people's trust to donate money.

**Second Objective –**

There are approximately one million Iranians in American and Canada. Since they live far from Iran and because of the bad (foul) advertisements by the American media and the Persian-speaking news outlets in America and Canada, there is a lot of misunderstanding about the Islamic Republic of Iran in the minds of Iranian-Americans. The current economical struggle and other previous evil acts (diabolism) like the war imposed on Iran and Iraq worsened the problem and contaminated the minds of the majority of Iranians outside the country about the Islamic Republic of Iran [made Iranians skeptical about the Islamic Republic of Iran].

The sad outcome of this misunderstanding is that (consequently) many Iranians in America changed their religion to Christianity. The second objective of the Child Foundation is to

UNCLASSIFIED

2

Tab 1
Page 2 of 8

CF288648



establish an Islamic institution supportive of the Islamic Republic which only demonstrates the kind and affectionate side of Islam (aside from political views) to Iranians in this country, so it can gradually familiarize Iranians with the important activities (decisions) of the Islamic Iran in the direction of helping the poor, by the current government or non-government organizations. Fortunately, during the past two years that the Child Foundation established we were relatively successful in our [two] above goals (objectives).

**With regard to the first objective**, although the Foundation practically started its mission in the winter/spring of 1995, it has covered three hundred children with majority of them living in Shiraz. If the Hezb a.... brothers support the Child Foundation in Iran, in near future, God willing, we can easily support (help) thousands of children. It has to be reminded that the activity of the Child Foundation is the complement of valuable activities of organizations such as welfare and Imam Khomeini's relief (aid) organizations in Iran.
The children, who are under the Child Foundation's support, receive additional help in their lesson (school) and their Islamic education. There is no financial limitation by Child Foundation for any children in these two areas. As long as the child needs support and the budget allows, the child receives financial aids.

**With regards to the second objective**, we also had other excellent accomplishments. A number of Iranian public media showed interest in the Child Foundation activities (operations) and during the previous year they published the Child Foundation announcements free of charge. I have to remind you that the Islamic Republic's newspapers published outside the country (outside media), like the International Ettela'at, has also printed our advertisements from the first day free of charge every week. Many entrepreneurs (businessmen), social-cultural societies and Iranian families send their contributions regularly to the Foundation. They have expressed willingness to expand their contributions to the Foundation.

I hope this short explanation clarifies some of the misunderstandings (ambiguity) about the Child Foundation activities. Few days ago, Ms. Hajiyeh Saqafi notified us that brothers in the office of education advised her that the Child Foundation is not allowed (permitted) to continue its activities (operations) in Shiraz. This news was disappointing and agonizing to us. I sincerely

Tab 1
Page 3 of 8

CF288649



UNCLASSIFIED

hope that these possible misunderstandings do not cause our dear brothers to eradicate these Islamic activities to which our Muslim brothers have devoted their time and energy, and to which the Islamic Republic authorities, in this country have supervised. It is our sincere hope that, if there are any issues which have raised question in your minds, instead of being pessimistic, you will extend your cooperation [to us] in order to resolve these issues.

The Child Foundation is a newly established organization that mostly operates in Shiraz and undoubtedly, any interruption in its activity, will eradicate the entire operation.

As I mentioned in the above pages, it is only possible for the Child Foundation to sustain its operations, by sending photos and the reports of children's progress to their sponsors, and any limitation in its process, will results in failure of this institution.

We request that you participate in this activity, and help us [your [brothers] to program the courses to improve the children's Islamic culture (traditions) under the Child Foundation's care. Therefore, we can assist you in your holy duties to educate and prepare the children for the Islamic Republic.

Ms. Saqafi and the dear brother, Mr. (engineer) Mohammad Reza Mushfeqian have thorough knowledge of our operations (activities) and can probably answer all of your questions. I am always ready to answer your questions as well. Please contact me at home, if needed, at: 503-698-1507.

Finally, I request your prayers. Goodbye

Child Foundation

Abu-Torab Yasrebi

Executive manager

Tab 1
Page 4 of 8

CF288650



بسمه تعالی

۲۷ بهمن ماه ۱۳۷۵

خدمت برادران دینی، مسئولین اداره آموزش و پرورش:

با سلام و تحیات و تبریک اعیاد سعید فطر و ۲۲ بهمن، امید است که در طاعات و عبادات و خدمات خود به اسلام و مسلمین موفق و مؤید بوده باشید .

چون بنظر می رسد که در ذهن برادران گرامی ابهاماتی در مورد فعالیتهای خیریه بنیاد کودک ایجاد شده است ، لازم دانستم که چند دقیقه ای وقت شما برادران را گرفته و تا حدی که از این فاصله دور امکان داشته باشد توضیحاتی در مورد اهداف و فعالیتهای مؤسسه خیریه بنیاد کودک بدهم .

بنیاد کودک در سال ۱۳۷۳ در آمریکا پس از مشورت و صلاحدید با جناب آقای دکتر سیّد کمال خرازی نماینده جمهوری اسلامی ایران در سازمان ملل متحد ، مشورت با دفتر حفظ منافع جمهوری اسلامی ایران در آمریکا ، مشورت با مسئولین بنیاد علوی وابسته به جمهوری اسلامی ایران در نیویورک، و همچنین پس از مشورت با برادران مسئول انجمن اسلامی دانشجویان در آمریکا و کانادا بنیانگذاری شد . پس از شروع فعالیتهای بنیاد کودک نیز افراد و سازمانهای فوق الذکر در جریان مستقیم برنامه های بنیاد کودک بوده اند و حتی در جهت اجرای برنامه های تبلیغی بنیاد کودک مبالغ زیادی نیز به این خیریه اهداء کرده اند . در صورت تمایل می توانیدمستقیماً با دفتر آقای دکتر سیّد کمال خرازی در سازمان ملل با شماره تلفن ۲۰۲ـ۶۸۷ـ۲۱۲ و یا با آقای فرامرز فتح نژاد سرپرست دفتر حفظ منافع جمهوری اسلامی ایران در آمریکا با شماره تلفن ۴۹۹۰ ـ ۹۶۵ ـ ۲۰۲ تماس حاصل بفرمایید و صحت مطالب این نامه فاکس را جویا شوید .

تأسیس سازمان خیریه بنیاد کودک در آمریکا در جهت دو هدف خاص بود .

هدف اول ـ

در آمریکا و کانادا قریب به یک میلیون ایرانی، و بیشتر از پنج میلیون مسلمان زندگی می کنند . متأسفانه بسیاری از افراد فوق الذکر، خصوصاً ایرانیان، تمایلی به شرکت در فعالیتهای سیاسی ندارند . ولیکن امکان علاقمند کردن آنان به شرکت در فعالیتهای انسان دوستانه غیر سیاسی وجود دارد . هدف اول در بنیانگذاری بنیاد کودک دعوت از ایرانیان و مسلمین مقیم آمریکا و کانادا در کمک به ایتام و کودکان محتاج مسلمان بوده است . ما امیدواریم که هر ساله بتوانیم مبالغ مالی قابل توجهی جهت کمک به زندگی روزمره، تحصیل علم و

12959 SE Kathryn Ct., Clackamas; Mailing Address: P. O. Box 1364, Clackamas, OR 97015    ◆    (503) 698-4084 FAX (503) 698-1573

Tab 1
Page 5 of 8

CF288651



بنیاد کودک
Child Foundation

تربیت اسلامی کودکان مسلمان از طریق جامعه مسلمانان آمریکاجذب کنیم . کمکهای بنیاد کودک منحصر به کودکان در جمهوری اسلامی ایران نیست . بنیاد کودک در حال حاضر کودکان اندونزی ، عراقی ، افغانی و بزنیایی را نیز کمک می کند و انشاءا .. امیدواریم که در آینده حوزه فعالیتهای این سازمان خیریه را گسترش بیشتری بدهیم .

لازم میدانم که متذکر شوم که ایده تأسیس بنیاد کودک ایده جدیدی نیست . سالهای سال است که سازمانهای متعدد اسلامی برادران اهل سنت (از جمله وهابیون سعودی) به پتانسیل زیاد این نوع فعالیت خیریه در آمریکا پی برده اند و سالانه صدها هزار خانواده محتاج را در سراسر دنیا از طریق کمکهای مالی جمع آوری شده زیر پوشش امدادی خود گرفته اند . بعضی از سازمانهای اسلامی شیعه از قبیل المبرات در لبنان که تحت نظر برادر حضرت آیت ا .. سید فضل ا .. اداره میشود و یا الشهید شاخه لبنان نیز فعالیتهای محدودی در آمریکا دارند . بنیاد کودک اولین سازمان اسلامی شیعه است که با هدف ایجاد یک سازمان خیریه شیعه بین المللی جهت امداد و تربیت کودکان محتاج مسلمان در آمریکا تأسیس شده است . روش کار بنیاد کودک که از قبیل ارسال عکس و تاریخچه زندگی کودکان برای کفیلان آنان می باشد نیز ایده ابدائی بنیاد کودک نیست . این روش کار ، روش کار استاندارد کلیّه سازمانهای مشابه است و عملاً در طول ده ها سال تجربه ثابت شده است که بجز پیروی از این روش امکان گسترده کردن فعالیتها و جلب اطمینان مردم در پرداخت کمک مالی وجود ندارد .

هدف دوم ‐

در آمریکا و کانادا قریب به یک میلیون ایرانی زندگی می کنند . بعلت دور بودن از ایران و همچنین تبلیغات سوء رسانه های خبری آمریکایی و همچنین تبلیغات سوء اکثر رسانه های خبری فارسی زبان در آمریکا و کانادا ، سوء تفاهمات زیادی در اذهان ایرانیان مقیم آمریکا و کانادا نسبت به جمهوری اسلامی ایران ایجاد شده است . جنگ اقتصادی فعلی و شیطنت های مختلف قبلی از جمله ایجاد جنگ تحمیلی با عراق نیز مزید بر علت شده است و اذهان بسیاری از ایرانیان خارج از کشور را نسبت به جمهوری اسلامی بدبین کرده است . از جمله نتایج تأسف بار این سوء تفاهمات ، تعداد زیاد ایرانیانی است که در سالهای اخیر مذهب خود را در آمریکا به مسیحیّت تغییر داده اند . هدف دوم بنیاد کودک ایجاد یک سازمان اسلامی هوادار جمهوری اسلامی بوده است که تنها جنبه عطوفت و ملایمت اسلام را (جدای از مسائل سیاسی) به ایرانیان این دیار عرضه کند تا به مرور ایرانیان را بتواند با فعالیتهای با ارزشی که در ایران اسلامی در رابطه با کمک به نیازمندان چه از

12959 SE Kathryn Ct., Clackamas; Mailing Address: P. O. Box 1364, Clackamas, OR 97015   ◆   (503) 698-4084 FAX (503) 698-1573

Tab 1
Page 6 of 8

CF288652



بنیاد کودک
Child Foundation

طریق سازمانهای متعدد دولتی و یا غیر دولتی انجام میگردد آشنا سازد .

خوشبختانه در این دو سالی که از تأسیس بنیاد کودک میگذرد ما نسبتاً در هر دو هدف بالا موفق

بوده ایم .    در رابطه با هدف اول ، با وجودی که بنیاد کودک عملاً کار خود را از زمستان ۱۳۷۳ آغاز نموده

است ، در حال حاضر قریب به ۳۰۰ کودک را تحت پوشش دارد که بسیاری از آنان در شیراز می باشند .    در

صورتیکه برادران حزب ا .. بتوانند بنیاد کودک را در ایران یاری دهند به آسانی انشاءا .. در آینده نزدیک هزاران

کودک را تحت پوشش امدادی قرار خواهیم داد .    لازم به تذکر است که فعالیتهای بنیاد کودک مکمل فعالیتهای

سازمانهای پر ارزش دولتی در ایران مانند سازمان بهزیستی و یا سازمان امداد امام خمینی (ره) می باشد .

کودکان تحت پوشش بنیاد کودک از توجه و رسیدگی بیشتری در مورد پیشرفتهای درسی و اسلامی برخوردار

هستند .    در این دومورد ، کمکهای بنیاد کودک به هر کودک محدودیت مالی ندارد و تا آنجایی که کودک نیاز

داشته باشد و بودجه بنیاد کودک اجازه بدهد به هر کودک کمک خواهد شد .

در رابطه با هدف دوم نیز موفقیتهای بسیار خوبی داشته ایم .  تعداد زیادی از رسانه های خبری ایرانی

نسبت به فعالیتهای بنیاد کودک ابراز علاقه کرده اند و در یکسال گذشته بصورت مجانی اطلاعیه های بنیاد

کودک را بچاپ رسانده اند .  البته لازم است متذکر بشوم که انتشارات جمهوری اسلامی منتشره در خارج از

کشور ، از جمله روزنامه اطلاعات بین المللی نیز از بدو شروع فعالیت بنیاد کودک اطلاعیه بنیاد را مجاناً هر

هفته بچاپ رسانده است .  بسیاری از تجار ، سازمانهای فرهنگی ـ اجتماعی و خانواده های ایرانی کمکهای

مالی خود را به صورت مرتب جهت دفتر بنیاد کودک ارسال می نمایند و آمادگی خود را در جهت کمکهای

گسترده تر به این بنیاد نیز اعلام داشته اند .

امیدوارم که توضیحات مختصر بالا بعضی از ابهامات در مورد فعالیتهای بنیاد کودک را مرتفع کرده

باشد .  چند روز پیش سرکار حاجیه خانم ثقفی به ما خبر دادند که برادران اداره فرهنگ به ایشان ابلاغ

کرده اند که بنیاد کودک اجازه ادامه فعالیت در شیراز را ندارد .  این خبر بسیار باعث تأسف و نگرانی ما شده

است .  جداً امیدوارم که ابهامات و خدای ناکرده سوء تفاهمات ایجاد شده احتمالی باعث نگردد که برادران

عزیز این فعالیت اسلامی را که با جدیّت و صرف وقت زیاد برادران مسلمان در این دیار، و با نظارت نزدیک

مسئولین جمهوری اسلامی پایگذاری شده است را از بیخ و بن متلاشی کنند .  امید است که اگر نکاتی نیز

مورد سؤال و نگرانی شمامی باشد برادران در عوض بدبینی، با همکاری در رفع و حل آن نکات تلاش کنند .

بنیاد کودک یک سازمان جدید التأسیس است و عمده فعالیت فعلی ما در شهر شیراز می باشد .  توقف و یا

12959 SE Kathryn Ct., Clackamas; Mailing Address: P. O. Box 1364, Clackamas, OR 97015    ◆    (503) 698-4084 FAX (503) 698-1573

Tab 1
Page 7 of 8

CF288653



وقفه در فعالیت بنیاد کودک در شیراز بدون شک سبب از بین رفتن این فعالیت درکل خواهد شد . همانطوریکه خدمتتان در صفحات بالا نیز عرض کردم تغییر روش کار بنیاد کودک، که شامل ارسال عکس و گزارش پیشرفت کودکان به کفیلانشان و غیره می باشد ، ممکن نیست و هر گونه محدودیتی که در این روش کار بنیاد کودک ایجاد گردد باعث شکست این مؤسسه خواهد شد . ما از شما درخواست می کنیم که با مشارکت در این فعالیت و کمک به ما در برنامه ریزی درسی و بالا بردن فرهنگ اسلامی کودکان زیر پوشش بنیاد کودک برادران خود را در این دیار یاری کنید تا آنان نیز به خواست خداوند موفق شوند شما برادران فرهنگی را در هدف مقدستان که تعلیم و آماده سازی کودکان جمهوری اسلامی است یاری دهند .

سرکار خانم ثقفی و برادر گرامی آقای مهندس محمّدرضا مشفقیان به جزئیات فعالیتهای ما آشنائی کامل دارند و احتمالاً جوابگوی تمامی سؤالات شما خواهند بود . اما من نیز همواره آماده جوابگویی به سؤالات شما برادران گرامی خواهم بود . چنانچه لازم باشدخواهش می کنم با من با شماره تلفن منزل ۱۵۰۷ ـ ۶۹۸ـ۵۰۳ تماس حاصل بفرمایید .

در پایان، از شما التماس دعا دارم . والسلام.

بنیاد کودک

ابوتراب یثربی
مدیر اجرائی

12959 SE Kathryn Ct., Clackamas; Mailing Address: P. O. Box 1364, Clackamas, OR 97015     ◆     (503) 698-4084  FAX (503) 698-1573

Tab 1
Page 8 of 8

CF288654