UNCLASSIFIED



**Translation Begins:**

Page (1)

# Logo of the Islamic Republic of Iran

Shiraz University
College of Engineering
Department of Materials Science Engineering          Date: 62/4/13 [July 4, 1983]

To: The Ministry of Higher Education
      Scholarship Section


This is a recommendation letter for Mehrdad Yasrebi from an Associate Professor of
Engineering at Shiraz University in Iran. In this letter, the author, Abolghassem DEHGHAN [PH]
mentions Yasrebi is studying *Fine Ceramic Powder Processing* at *UCLA* and his major of study
is very much in demand for the country.  Furthermore, the author commends Yasrebi's
extraordinary involvement and eye-catching activities in the Association of Muslim Students
(Anjoman-e Eslami) [PH] in Los Angeles.

Tab 2
Page 1 of 18

CF288606

UNCLASSIFIED



Pages (2), (3) and (4)

This is a typed response to the seven (7) questions raised in a document, perhaps for scholarship considerations. Even though it does not have a date or signature, it is assumed that it has been composed by Mehrdad Yasrebi.

**Question 1: In your opinion, what is the need of our society for your chosen filed of study?**

Here, Yasrebi emphasizes that the Islamic Republic has to fulfill its military and civil needs by becoming self-sufficient in special sensitive industries. For example, he mentions the production of electronic and fire-resistant pieces which Yasrebi has already obtained a master's degree in. He assures that his doctoral studies (starting in the Fall of 1983) would be compatible with the Islamic Republic's needs.

**Question 2: While serving in all areas of society is important, what kind of priority would you place for the continuation of your studies?**

In this section, Yasrebi mentions that after the destruction of anti-Revolution forces, Khomeini had initiated an industrial self-sufficiency, for which committed experts would be needed. Yasrebi believes he and other Muslim brothers and sisters who have been educated abroad could significantly contribute to Khomeini's dream.

[TN: Verbatim begins]

**Question 3: Describe your learning and research activities.**

My research backgrounds are as of the following items:

    a) Being a *Research Assistant* during the Master's Program

    b) Participating in several research groups outside of the country which were made of the brothers of Hizballah' [PH] regarding the fulfillment of the industrial needs of the Islamic country.

[TN: Verbatim ends]

**Question 4: Considering your higher education studies, research, and scientific activities, what kind of professional expertise and at what level(s) do you presently have?**

Tab 2
Page 2 of 18

CF288607

UNCLASSIFIED



Yasrebi responds that his Master's education emphasized the usage of Filteration of Colldidal Suspension for the production of very sturdy and constant ceramic pieces. He also mentions Tape Casting as a specialized method in production of ceramic pieces. Yasrebi indicates that his specialties are in the *processing* of ceramic materials, and he intends to write his doctoral dissertation on *Multilayer Chip Capacitor*.

**Question 5: Describe your employment history as they relate to the Institutions [TN: of the Islamic Republic of Iran], indicating your position, length of service and the reason for leaving.**

[TN: Verbatim begins]

Because of my residence outside of the Islamic country since 1354 [TN: 1975], I have not had the honor of serving any of the Revolution's organs directly. My activities have been limited to the Revolutionary Institutions via the activities of the Anjoman-e Esslami [TN: The Islamic Association] in the United States and Canada. This collaboration has been in the scientific field, which included assistance in accomplishing different projects received from Jihad [PH] to outside of the country.

[TN: Verbatim ends]

**Question 6: Presently, how your living expenses are being provided, and if there are persons under your support, after your being sent for your studies, how their expenses are going to be paid?**

Yasrebi answers that so far, his expenses have been paid by his father and also by working in the university. However, since he got married and also the fact that other family members may now need support, it is very possible that his family financial assistance would be cut off.

**Question 7: Explain your history of social, political and religious activities before and after the Revolution, indicating the respective place(s) and duration(s).**

[TN: Verbatim begins]

My Islamic activities are entirely related to the Anjomane- Esslami [TN: The Islamic Association ] of the students in the United States and Canada. These activities which have been in direct and close contacts with the Islamic Anjoman [TN: Association], go back to their beginning in 1976. For the past three years, [my activities] have been with this Islamic organ. Since I am a resident of the City of Los Angles in the State of California, therefore, the respective activities have been more in relations with the Anjoame-Esllami [TN: The Islamic Association] of this city.

[TN: Verbatim ends]

UNCLASSIFIED
4

Tab 2
Page 3 of 18

CF288608

UNCLASSIFIED

Pages (4), (5) & (6)

This is a hand-written and signed letter by Mehrdad Yasrebi to a person he refers to as "My dear brother, the grand child of Ebrahim." The letter which is dated 11/7/1362 [TN: October 3, 1983], refers to another previously written letter by Yasrebi from Damascus dated September 14, 1983, in which he had provided information on the American Embassy and the visa procedures in Damascus.

Yasrebi mentions that in spite of the fact the Tehran had agreed to give them two months of travel expenses, but this allowance was rejected somehow in Shiraz. He indicates about the heavy cost of moving expenses from California to Washington for the continuation of his studies. He emphasizes that he is among the top experts who are being trained outside of the Islamic Republic of Iran, and it would not be efficient if he is forced to work for unimportant jobs to support himself.

Yasrebi says that he is giving this letter to one of the "brothers" who are traveling to Iran. He asks the receiver of the letter to inform Yasrebi or his father in Shiraz at the following addresses:

**Address in the United States**

*Mehrdad Yasrebi*
*P.O. Box 24045*
*Los Angeles, CA  90024*

**Address in Iran**

Shiraz: Saheli Avenue, on the top of Ghoo [PH] [TN: Swan] Restaurant, Second floor, Home of Dr. Seyed Ali Yasrebi    Postal Code: 71436

UNCLASSIFIED
5

Tab 2
Page 4 of 18

CF288609

UNCLASSIFIED



Pages (7), (8), (9), (10), and (11)

This is a hand-written letter from Mehrdad Yasrebi to the same person who he refers to as "My dear brother, the grand-child of Ebrahim." The letter starts with "In His Exalted Name," which is the opening logo in most of the Government of Iran's official letterheads.

The letter which is dated September 14, 1983 (on page 11), starts with a paragraph of elevated words and fancy phrases in praise of Khomeini, referred to as "our dear Imam," and Yasrebi's longing desires for the victory of the martyr-like solders of Islam in defense of the Shia's red flag.

The main purpose of this letter, as Yasrebi indicates at the beginning, is to give more information about the American Embassy in Syria and their visa requirements. However, after the first 2-3 pages of the letter, Yasrebi reveals his other request, which is receiving of $2,000 that he had been promised in the past. He says he has been financially so desperate that some "brothers" had to send him $500 from America. This financial request allocates the rest of the remaining pages in his letter.

Regarding his wife's F-2 visa in Damascus, Yasrebi mentions that the American Embassy wanted to make sure that they would not be staying in the U.S., and that was the main reason they did not issue Saideh's F-2 visa. In response to Yasrebi's question about what would convince the American Embassy in this regard and what type of document(s) they had to present, the Embassy had not given them a direct answer. Yasrebi concludes that in Yasrebi's opinion, it would not wise to send people to Syria to obtain U.S. visas.

Yasrebi mentions that after this experience, they went to the [TN: Iranian] Embassy and asked for separate passports. After receiving separate passports, they went to Cypress and applied again for American visas there. The American Embassy in Cypress which had became a little bit suspicious about their two separate passports obtained in Damascus, told them to wait for two weeks. Here, Yasrebi brings the intervention of God in their life and claims that it was only through Allah's intervention that they got their visas so easily after two weeks in Cypress.

He indicates that the limitations for visas in Cypress are: a) waiting for two weeks, b) visas are issued for "one-time only" or "for three months". Yasrebi concludes therefore that considering the cheap costs and only a $500 requirement there, Cypress would be a much more appropriate place to get American visas for their Hezbollah's brothers. He writes the information of the American Consul in Cypress as:

*Brian M. McNamara*
*Consul*
*American Embassy*
*Nicosia,*
*Cypress  65151/5*

UNCLASSIFIED
6

Tab 2
Page 5 of 18

CF288610

UNCLASSIFIED



Yasrebi indicates his addresses in the U.S. and Iran are as follows:

## Address in Los Angeles

*Mehrdad Yasrebi*
*P.O. Box 24045*
*Los Angles, CA  90024*

## The address of Yasrebi's father in Shiraz

Shiraz: Saheli Avenue, on the top of Ghoo [PH] [TN: Swan] Restaurant, Second floor, Home of Dr. Seyed Ali Yasrebi       Postal Code: 71436

Tab 2
Page 6 of 18

CF288611

UNCLASSIFIED

Pages (12) and (13)

This is an Application for Scholarship that Yasrebi has filled and dated as 1362/5/9 [TN: July 31, 1983] indicated on page 13 of the document. This Application Form has the Islamic Republic of Iran's logo and the Ministry of Culture and Higher Education sub-title in its letterhead.



The previous seven (7) questions that Yasrebi had provided a typed answer for appears on the second page of this Application.

[Please refer to the page numbers 3-5 of this translation summary.]



[TN: Verbatim begins]

**Table 3 – In the following table, please give the information of three (3) references who are familiar with your scientific background and could elaborate on your professional area(s):**

| Full Name | Position | Place of Work and Tel # |
|---|---|---|
| Brother Dr. Mehrdad Sharif Bakhtiar [PH] | Professor of Sharif University | Tehran, Dr. Shariati [PH] Ave, Yakhchal [PH] St., Shmas [PH] Region, #100, 2nd floor, tel: 267592 |
| Brother Dr. Abulghassem Dehghan [PH] | Professor of Shiraz University | Shiraz, College of Engineering, The Section for Materials Engineering |
| Prof. ILHAN A. Aksay | Professor of UCLA | Dr. Ilhan A. AKSAY 405 Hilgard Ave, Materials Sci and Engr. Dept. UCLA LA, CA 90024 |

Tab 2
Page 7 of 18

CF288612

UNCLASSIFIED

**Table 2 – In the following table, please provide the names of three references who could attest to your moral character and ethical beliefs and conduct as you plan to study abroad:**

| Full Name | Position | Place of Work and Tel # |
|---|---|---|
| Brother Mohammad Reza Dayhimi [PH] | Engineer, The Technical Section of the Province | Shiraz: Ferdowsi [PH] Ave, The Technical Section of the Province,   Tel: 37507 |
| Brother Mehrdad Sharif Bakhtiar [PH] | Professor of Sharif University | Tehran, Dr. Shariati [PH] Ave, Yakhchal [PH] St., Shmas [PH] Region, #100, 2nd floor, tel: 267592 |
| Brother Hossein Habibi [PH] | The official responsible for the Scientific Research Jihad [PH], The Anjoman-e Esslami [PH] [TN: Islamic Society of] of Students in America | *Hossein Habibi PO Box 23963 Denton, TX 76204 USA Tel: (817) 382–4524* |

[Verbatim ends]

UNCLASSIFIED
9

Tab 2
Page 8 of 18

CF288613

UNCLASSIFIED



Page (14), (15), (16) and (17)


This is a hand-written letter by Yasrebi to the Ministry of Culture and Higher Education, addressing the Section for all Scholarships dated 23rd of the month of Mehr [PH], 1362 [TN: October 15, 1983]. In this letter, Yasrebi adds two tables of references with names and contacting information of those who are both, inside and outside of Iran in support of Yasrebi's Application.

Yasrebi also mentions that while being overseas, he has been using a "nick-name" of Abutorab [TN: an Arabic name meaning "father of the earth!"] among "brothers" instead of his true first name of Mehrdad [TN: a Persian name meaning "the sun's justice"] as it appears in his Birth Certificate.

[Verbatim begins]


**The List of References for Moral Beliefs and Ethicalness  (Inside the country):**

| Full Name | Position | Place of Work and Tel # |
|---|---|---|
| 1. Brother Mohammad Reza Moshfeghian [PH] | The Cultural Officer for the Syndicate of Anjoman-e Esslami [TN: Islamic Association] for the offices / branch in Shiraz, AND the Renovation Engineer for the Electrical Office of Shiraz | Shiraz, the Central Electric Office, located on the Bargh [PH] Avenue Telephone: 30031, ext: 210 |
| 2. Brother Ahmad Ali Mouris [PH] | The Librarian for Shiraz University | Shiraz, Zand Ave, 8th floor, The Martyr Rajaee [PH] Building, adjacent to Martyr Faghihi Hospital 32052–32057 ext: 2568 or 2721 |
| 3. Brother Mohammad Reza Dayhimi [PH] | [IL] in the Cultural section of the Islamic Republic Party in Shiraz, AND Engineer, The Technical Section of the Province | Shiraz: Ferdowsi [PH] Ave, The Technical Section of the Province,   Tel: 37507 code (0331) |
| 4. Brother Mehrdad Sharif Bakhtiar [PH] | Professor of Sharif University | Tehran, Dr. Shariati [PH] Ave, Yakhchal [PH] St., Shmas [PH] Region, #100, 2nd floor, telelephone: 267592 |

Tab 2
Page 9 of 18

CF288614

UNCLASSIFIED



| 5. Brother Abdullah Mirtaheri [PH] | Head of the College of Communications and in connection with the Educational Complex Deputy | Tehran, Mokhaberat [PH] Ave, Brother Abdullah Mirtaheri Telephone: 263613 Home |
|---|---|---|
| 6. Brother Hossein [IL] [PH] | Head of the Computer Department, Martyr Beheshti [PH] University | Tehran, Martyr Beheshti University, Computer Dept. Telephone: 790100 (Home) |

**The List of References for Moral Beliefs and Ethicalness (Outside of the country):**

| Full Name | Position | Place of Work and Tel # |
|---|---|---|
| 1. The Anjoman-e Esslami [PH] [TN: Islamic Association] of Students in America and Canada | | Address of the Islamic Association of Students along with the names of their present Heads could be obtained from the Revolutionary Organs or from the Ministry of Sciences or any other governmental agencies. Here, I bring only the names of a few of those brothers who could attest to my beliefs and ethicalness. |
| 2. Brother Mojtaba Mahzoon | One of the old members of the Anjoman-e Esslami in America and Canada | *2033 Hast St. # 210 Berkley, CA 94704 Telephone: (415) 594-0458* |
| 3. Brother Hossein Habibi [PH] | The former official responsible for the Scientific Research of Jihad [PH], The Anjoman-e Esslami [PH] [TN: Islamic Society of] of Students in America and Canada | *HOSSEIN HABIBI PO Box 23963 Denton, TX 76204 USA Tel: (817) 382--4524* |
| 4. Brother Ali Doust Hesseini [PH] | One of the old members of the Anjoman-e Esslami in America and Canada | *P.O. Box 9898 Stanford, CA 9[IL]305* |
| 5. Brother Hamid Navid [PH] | One of the active brothers of the Anjoman-e Esslami Students in America and Canada | Hamid Navid PO Box 632 Lemont, PA 16851 (814) 237-9281 |
| 6. Brother Mohammad Badr [PH] | The Financial Officer for the Iranian Interest Section of the Islamic Republic of Iran in Washington | *Mohammad Badr Embassy of Algeria Iranian Interest Section of the Islamic Republic of Iran 2139 Wisconsin Ave, NW, [IL] Washington, D.C., 20007* |

UNCLASSIFIED
11

Tab 2
Page 10 of 18

CF288615

UNCLASSIFIED



| 7. Brother Hossein Mahalati [PH] | The Head of the Mostazafan [PH] Foundation in New York [TN: This became later on as Alavi [PH] Foundation] | *Br. Hossein Mahalati Mostazafan Foundation 24 West 40th St. New York, NY 10018 USA* |
|---|---|---|

Tab 2
Page 11 of 18

CF288616

UNCLASSIFIED



Page (18)

This is the copy of an envelope from:

*M. MOSHFEGHIAN*
*Chemical Eng. Dep.*
*School of Engineering*
**SHIRAZ UNIVERSITY**
*Shiraz, Islamic Republic of Iran*

and in hand-writing is addressed to:

The Respected Colleague, [Mr.] Dr. Zul'-Nur' [PH]

UNCLASSIFIED

13

Tab 2
Page 12 of 18

CF288617

UNCLASSIFIED



Page (19)

This is a hand-written letter written to another (colleague) university professor recommending Mrs. Sadigheh Sharif Kazemi [TN: Yarebi's wife], a graduate of Industrial Management, who might have some questions about finding a job on the university campus.

The author of the letter is Mohammad Moshfeghian [PH] [TN: one of Yasrebi's own listed references on page 10 of this translation] whose letterhead reads: Shiraz University, College of Engineering, Department of Chemical Engineering. The hand-written letter is addressed to Dr. Zul'-Nur [PH], who is apparently another professor at Shiraz University in Iran.

[TN: there is no date for the letter.]

Tab 2
Page 13 of 18

CF288618

UNCLASSIFIED



Page (20)

On the letterhead of the Islamic Republic of Iran, Ministry of Culture and Higher Education, this typed form lists:

a) those colleges and universities that by a mark of (x) are indicated for their specific areas of support / needs

b) those colleges and universities that by a mark of (-) are indicated their lack of needs for those specific areas.

The five (5) columns for the specific areas (from left to write on the main document) are:

**Agriculture   technical and Engineering   Basic Medical   Basic Sciences   Human Sciences**



UNCLASSIFIED
15

Tab 2
Page 14 of 18

CF288619

Dept. of Materials Science Engineering
School of Engineering
**SHIRAZ UNIVERSITY**
Shiraz, Iran

بسمه تعالی

دانشگاه شیراز
دانشکده مهندسی
بخش مهندسی مواد

Date_____

Our Ref. _____

تاریخ _____

شماره ٦٢/٤/٢١٣

وزارت فرهنگ وآموزش عالی

قسمت بورس تحصیــــــــــی

" محترما

باطلاع میرساند که با آشنائی کاملی که اینجانب ازبراد رمهرد ادیثربی دارد ،
نامبرده دانشجوی رشته علم مواد دانشگاه    UCLA    درقسمت سرامیکها

( Fine Ceramic Powder Processing)

میباشدکه ازنظرکاربرد سرامیکهاد رالکترونیک وفیزیک جامدات اهمیت زیادی دارد ودر پیشبــرد
صنایع الکترونیک کشورمان تخصص فوق بسیار ضروری است . توضیح اینکه براد ریثربی از
دانشجویان متعـهد بوده وعلاوه برپشتکار تحصیلی ایشان درامورجهاد دانشگاه درحــوزه
انجمن اسلامی لوس آنجلس فعالیت چشم گیری داشتـه اند وازهرنظر واجد شرایــط
ادامه تحصیل برای پرورش نیروی انسانی تحصیل کرده مملکت میباشند .
توفیق ایشان را درتحصیل وخدمت به میهن اسلامیمان ازخدای بزرگ آرزومند م٠

بـــا احتـــرام

استادیار بخش مهندسی مواد دانشگاه شیراز
ابو القاسم دهقـان

مـــواد

Tab 2
Page 15 of 18

CF288620

بسمه تعالی

پس از آرزوی سلامت و طول عمر برای امام عزیز و پیروزی نهائی سپاه اسلام بر
سپاه کفر .

۱ ـ بنظر شما نیاز جامعه به تخصصی که برگزیده اید تا چه میزان است و توانائی
شما برای کسب آن در چه سطحی میباشد ؟

بر مبنای روند کلی انقلاب اسلامی ایران در جهت خودکفائی مخصتی چه در زمینه های
نیازهای روزمره زندگی و چه در جهت صنایع مهم نظامی توجه به رشته های پایه ای
و تربیت متخصصین مومن در چنین رشته های حساس و بنیادی صنعتی بسیار ملموس است .
چه اینکه با توجه به نیاز کارخانجات ایران مسلم است که نیازها اکنون در زمینه های
تولید مواد اولیه و ساخت قطعات مورد لزوم سیستمها ی مختار و کارخانجات میباشد .
تربیت متخصص در رشته های مواد از جمله مواد سرامیکی تا در خواهد بود چـــــــــه
در کوتاه مدت و چه در دراز مدت کمک شایانی به خود کفائی صنعت جمهوری اسلـــــــی
در زمینه های نظامی و غیر نظامی بکند . بطور مثال این کمک میتواند در زمینه های
ساخت قطعات الکترونیکی ـ ساخت قطعات شیت و دیر سوز برای استفاده ام تمام زمینه های
صنعت از قبیل صنعت هواپیما ـ ساخت مواد نسوز جهت تولید کوره و شیرومند صنعت هیبه ـ
مواد ساختمانی ـ چیش آلاتو ۰۰۰ باشد .

به خواست خداوند چونکه دوره فوق لیسانس خودرا در این رشته گذرانده و اکنون
نیز دانشجوی مقیم خارج از کشور میباشم و انشا الله در پائیز سال ۱۳۶۲ در دوره ـ
دکترا در این رشته ثبت نام میکنم . لذا قادر خواهم بود بدون اتلاف وقت در رشته
تخصصی فوق مشغول تحصیل شوم و چونکه از قبل رشته خاص تخصصی خود را در زمینه تر دکترا
با استاد خود به توافق رسیده ام و مطمئنم که انشا الله با نیازهای مملکت اسلامی
ملموس خواهد بود لذا بنظر می رسد که امکانات کسب این رشته ی تخصصی برای اینجانب
فراهم است و انشا الله .

۲ ـ با توجه به زمینه های دیگر فعالیت در جامعه ادامه تحصیل را در چه اولویتی قرار
داده و تاچه اندازه به آن اهمیت میدهید ؟

Tab 2
Page 16 of 18
CF288621

پس از پیروزی انقلاب شکوهمند اسلامی ایران پذیرفتیم نایب امام زمان خمینی پیشکش به خاطر وضع محض روز تا چندی اکثر فعالیت برادران و خواهران حزب اللهی معطوف استحکام استحکام بخشیدن به وضع و قدرت سیاسی اسلام عزیز شد . این وضعیت نیز متعاقبا در خارج از کشور بین برادران و خواهران انجمن اسلامی شیده بیعه . اما به مرور زمان که به خواست خداوند خیال استقلال از ضد انقلاب و قدرت مطلق حزب الله واحتسب توجه بیشتری به مسئله خودکفائی صنعتی داده شد و بنا به اوامر امام سنگرها در این جبهه تقویت یافت. در حال حاضر با توجه به نیاز مبرم امت به متخصصین متعهد. لزوم ادامه تحصیل و کسب درجات بالای علمی صنعتی را همگام با فعالیتهای مذهبی میدانستی از اهم کارها دانسته و معتقدم و به چشم میاهم که تحولی عظیم و اساسی در وضع تحصیلی برادران و خواهران خارج از کشور رخ داده که انشاءالله باعث خواهد شد در کوتاه مدت میوه های پر ثمری را برای اسلام عزیز به ارمغان آورد .

۲ ـ سوابق فعالیتهای آموزشی و تحقیقاتی خودرا شرح دهید .

سوابق تحقیقاتی اینجانب به قرار زیر است:

الف   Research Assistant در مدت تحصیل در دوره فوق لیسانس.

ب     شرکت در گروههای متعدد تحقیقاتی متشکله در خارج از کشور به وسیله برادران حزب اللهی در رابطه با بر آورد نیازهای صنعتی کشور اسلامی.

۴ ـ با توجه به تحصیلات و تحقیقات و فعالیتهای علمی که داشته اید در حال حاضر از چه تخصصانی و در چه سطحی برخوردار میباشید ؟

موضوع تحقیقی که در دوره فوق لیسانس مشغول مطالعه آن بوده ام، استفاده از روش Filteration of Colldidal Suspension میباشد که برای تهیه جسمهای سرامیکی بسیار محکم و یکنواخت بکار میرود . این روش که قابل اجرا بروی هر نوع سرامیکی میباشد روش مهمی در تولید قطعات سرامیکی میباشد . روش فوق که فر اینجانب قسمتی از پروژه تحقیقاتی آن بوده یک موضوع تحقیقاتی در از مدت میباشد که در صورت ادامه تحصیل اینجانب قادر خواهسم بود آنرا به نحو احسن یاد بگیرم . تخصص خاصی که به عنوان ادامه کار فوق لیسانس خود در نظر داشتم بروی آن کار کنم استفاده از روش Tape Casting در ساختن قطعات سرامیکی میباشد.

Tab 2
Page 17 of 18

CF288622

بنظر می رسد، بطور کلی رشته تخصصی من قسمت Processing مواد سرامیک میباشد .

تخصص خاص دیگر اینجانب طرز ساخت جازنهای خرامیکی میباشد و به بطور خاص طرز ساخت

Multilayer Chip Capacitor چسون تز انتخابی دکترای من در ارتباط مستقیــم

این تخصص میباشد . امیداست که این تخص را در حد قابل قبول در صنعت کنونی جهــانی

فـــرا گیرم .

٥ ـ سوابق شغلی و همکاری با نهادها را با ذکر تاریخ شروع ، مدت، محل انجام و سمت

اشتغال ، نوع استخدام و علت تغییر هر کدام توضیح دهید .

به خاطر اقامت در خارج از مملکت اسلامی از سال ١٣٥٤ به خاطر اشتغال به تحصیــل

تا کنون توفیق اینرا نداشتهام که در هیچیک از ارگانهای انقلاب خدمت مستقیم داشته باشم

فعالیتهای اینجانب تنها محدود به همکاری با نهادهای انقلاب از طریق انجمن اسلامـی

دانشجویان در آمریکا و کانادا میباشد . این همکاری در زمینه علمی عامل کمک در انجام

پروژههای مختلف رسیده از جهاد به خارج از کشور میباشد .

٦ ـ در حال حاضر هزینه زندگی شما از چه منبعی تأمین میشود و اگر افرادی تحت تکفل شما

هستند پس از اعزام شما چگونه هزینه زندگی آنان تأمین خواهد شد؟

هزینه تحصیلی اینجانب تا کنون از طریق کمک مالی پدر و همچنین کار در دانشگاه

تأمین میشده، لاکن به خاطر متأهل شدن و امکان بسیار زیاد قطع شدن کمک مالی از طرف

خانواده به خاطر لزوم کمک مالی به دیگر افراد تحت تکفل ، لزوم دریافت کمک مالی از

منبع دیگری بسیا الزامی میباشد .

٧ ـ سوابق فعالیتهای اجتماعی ، سیاسـی و مذهبی خودرا قبل و بعد از انقلاب با ذکــر

محل و مدت آن توضیح دهیـد.

فعالیتهای اسلامـی اینجانب کلاه در ارتباط با انجمن اسلامی دانشجویان در آمریکــا

و کانادا میباشد، این فعالیتها که در ارتباط نزدیک و مستقیم با انجمن اسلامی بـــوده

از سال ١٩٧٦ شروع شده و از سه سال قبل در ارتباط مستقیم با این ارگان اسلامی بوده اسـت

چون اینجانب ساکن شهر کوس انجلس از ایالت کالیفرنیا می باشم ، لذا فعالیتهای در

ارتباط بیشتری با حوزه انجمن اسلامی این شهــر بوده است .

Tab 2
Page 18 of 18

CF288623