In the name of God

## The convention between the Child Foundation and the Child Welfare Charity

This two foundation whose both activities are assisting the needy and talented children with the goal of growth and education have come to a conclusion that in order to help these children , by identification of the talented children and also attracting majorly the charitable countrymen living abroad, make an organized and disciplined relation with each other based on the related laws of their residence countries.

The subjects of agreement are as follow:

*Article 1* : **Child Foundation duties**

1- Absorbing the people whose aim is helping the needy children.

2- Delivery of the profile of the identified children to these people .

3- Gathering the gifts of charitable people and sending them to Iran for the selected social workers.

4- Specifying the rate and way of delivery of the sent gifts to the social workers.

*Article 2* : **Child Welfare Charity duties**

1- Identification of the children according to the Child Foundation instruction.

2- Regulation and delivery of the identified children profiles without mentioning the address and telephone number of the foster child and according to the Child Foundation instruction.

3- Payment of the received sums to the foster children or their tutor according to the instruction.

4- Preparation of six month reports and sending them for the sponsors' information and the Child Foundation.

5- Record of all financial operations based on the Child Foundation demands .

6- The Child Welfare Charity is entitled to devise a mechanized accounting system to record all received and expended funds according to the Child Foundation and keep its documents well.

7- The Child Welfare Charity is entitled to provide a mechanized system to file the information of the covered foster children so that it can be responsible to all related people such as the Child Foundation representatives and/or sponsors at any time.

*Article 3*: **Status of the cycle of received funds**

1- All received funds of the Child Welfare Charity belong to the Child Foundation until its payment to the foster children or their tutors and the Child Welfare Charity has no ownership on them and it is not supposed to be as a support or gift from the Child Foundation to the Child Welfare Charity.

2- The Child Welfare Charity up to its possibility is entitled to have an accurate control on the cycle of receipt and payment of the funds from the time of its remittance to the social workers' accounts until its payment to the foster children or their families.

3- Any bank or non-bank profit due to stoppage of the funds (from its remittance to Iran until its payment to the foster children) totally belongs to the Child Foundation and is at proposal of the Child Welfare Charity lieutenancily and it should be expended exactly based on the Child Foundation instruction.

Tab 3
Page 1 of 2

CF288675

4- All probable incomes out of the subject of above article (Article 3) , must be purely spent on supporting the assisting societies and the society of supporting cancerous children through depositing the mentioned funds to the bank accounts and purchasing the required goods for them in accordance with the Child Foundation.

*Article 4*: **Current costs of the Child Welfare Charity**
The current costs of the Child Welfare Charity will be provided by the Child Foundation.

This agreement is prepared in Farsi and English languages and each is prepared in two copies that each one is considered as a unit.

**Child Welfare Charity**                                    **Child Foundation**

Dr.Seyed Ali Yasrebi                                         Dr.Seyed Abutorab Yasrebi
Ahmad Iranshahi

Tab 3
Page 2 of 2

CF288676