FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/22/2009

This report is to provide analysis of Refah Kudak Charity Institute financial statements for fiscal years ending May 2005 and May 2007, and to correlate, compare and contrast the financial statement information with other evidence obtained during the execution of search warrants and by other means.

**Administrative:**    (U)    THIS DOCUMENT CONTAINS INFORMATION THAT IS FOREIGN INTELLIGENCE SURVEILLANCE ACT (FISA) DERIVED. FISA-DERIVED INFORMATION PERTAINING TO A U.S. PERSON, AND ANY INFORMATION DERIVED FROM SUCH INFORMATION, MAY ONLY BE USED IN A CRIMINAL PROCEEDING OR ANY OTHER PROCEEDING WITH THE ADVANCE AUTHORIZATION OF THE U.S. ATTORNEY GENERAL. U.S. PERSON FISA-DERIVED INFORMATION MAY NOT BE DISSEMINATED TO A FOREIGN GOVERNMENT WITHOUT U.S. ATTORNEY GENERAL APPROVAL.

**Enclosure(s):**    (U)    Exhibits 1 through 27.

Investigation on    06/10/2009    at    Portland, Oregon

File # 415I-PD-47644                                     Date dictated

by    Charles W. Chaffin, Auditor

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Tab 4

Page 1 of 17

CF293179

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ___ Refah Kudak Financial Statements ___ , On 06/10/2009 ___ , Page ___ 2 ___

**Details:**

**Child Foundation and Related Entities**

(U) The Child Foundation was established in 1994 in Clackamas, Oregon and received tax-exempt status in 1995. Its ostensible purpose was: "To offer an opportunity to talented, disadvantaged children for a better life today and hope of a brighter, prosperous tomorrow." Child Foundation was allegedly established to help children all over the world. However, evidence obtained to date shows that Child Foundation sends almost all of its donations to Iran, a country subject to sanctions by the U.S.

(U) The president and founder of Child Foundation is Mehrdad Yasrebi and the current board members are either related to him or are his associates. There are four international entities related to Child Foundation: Refah Kudak Charity Institute "Refah Kudak" in Iran, Emdad Kudak in Switzerland, Child Foundation International in Canada and Child Foundation Dubai in UAE. Farhad Iranshahi is the director of Refah Kudak. Hossein Lahiji is a doctor of Iranian descent who resides in McAllen, Texas. Lahiji and/or his wife Najmeh Vahid have sent over $2.1 million to the Child Foundation, ostensibly as donations. However, evidence shows that the Lahijis are using the Child Foundation as a means to get personal funds to Iran.

**Refah Kudak Financial Statements**

(U) Two audited financial statements from Refah Kudak were examined. The first financial statement was prepared for the fiscal period of June 2004 through May 2005, and includes comparative data from the June 2003 through May 2004 fiscal period (Exhibit 10). The May 2005 financial statement according to the cover sheet was prepared by the CPA firm of Tadvin & Company of Tehran, Iran, and was acquired from Jonathan Resnick, CPA, who prepared audited financial statements for Child Foundation. The second Refah Kudak financial statement was prepared for the fiscal period of June 2006 through May 2007, and includes comparative data from the June 2005 through May 2006 fiscal period (Exhibit 11). The Refah Kudak 2007 financial statement was prepared by the CPA firm of Armoon Gostran Pisgam, and was acquired during the execution of a search warrant on the residence of Mehrdad Yasrebi. Both Refah Kudak financial statements contain exhibits, statements and notes consistent with

Tab 4
Page 2 of 17

CF293180

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___ , On _06/10/2009_ , Page ___3___

audited financial statements. Both financial statements were
prepared in English.

**Funds Missing - From Child Foundation to Refah Kudak**

(U) The review of Child Foundation bank records shows that Mehrdad
Yasrebi and the Child Foundation wire transferred $5,924,896 from
the U.S. to bank accounts in Switzerland and Dubai from 2004
through 2007. To date the investigation of Child Foundation and
other related entities shows that almost all of the funds sent by
Child Foundation in the U.S. to Switzerland and Dubai were
transferred to Iran. However, the Refah Kudak financial statements
show that only $5,375,693 was received by Refah Kudak in Iran
during the same time period, resulting in $549,203 missing or
unaccounted for.

(U) The following table shows the amount of funds transferred by
year from the Child Foundation to Switzerland or Dubai UAE (Exhibit
12).

### Child Foundation Funds Transferred To Switzerland/Dubai

| Fiscal Year | CF Bank Acct | Transferred To | Amount |
|---|---|---|---|
| 2004 | 5992 | Switzerland | $1,994,000 |
| 2004 | 8450 | Switzerland | $ 350,000 |
| 2005 | 5992 | Switzerland | $1,312,200 |
| 2006 | 5992 | Dubai | $ 833,440 |
| 2007 | 5992 | Dubai | $1,435,256 |
| **2004-2007 Total** | | | **$5,924,896** |

(U) The following table shows funds received by year by Refah Kudak
from Child Foundation per the Refah Kudak financial statements:

### Funds Received by Refah Kudak

| Year | IRR | Conversion | U.S. | Reference |
|---|---|---|---|---|
| 2004 | 13,144,993,050 | 0.0001265823 | $1,663,923 | Ex 10,Note 12 |
| 2005 | | | $1,561,792 | Ex 10,Note 12-1 |
| 2006 | 6,558,069,004 | 0.0001102492 | $ 723,022 | Ex 11,Note 14 |
| 2007 | | | $1,426,956 | Ex 11.Note 14-1 |
| **2004-07 Total** | | | **$5,375,693** | |

Tab 4
Page 3 of 17

CF293181

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___, On 06/10/2009 , Page ___4___

(U) The following table shows a summary comparison by year of the funds transferred out of the U.S. by Child Foundation versus the funds received in Iran by Refah Kudak:

### Summary

| Fiscal Year | Child Foundation Funds transferred out | Refah Kudak Funds Received | Difference |
|---|---|---|---|
| 2004 | $2,344,000 | $1,663,923 | $680,077 |
| 2005 | $1,312,200 | $1,561,792 | -$249,592 |
| 2006 | $ 833,440 | $ 723,022 | $110,418 |
| 2007 | $1,435,256 | $1,426,956 | $ 8,300 |
| **Totals** | **$5,924,896** | **$5,375,693** | **$549,203** |

(U) As presented in the above tables, of the funds transferred out of the U.S. by the Child Foundation, $549,203 was not shown as received by Refah Kudak on the Refah Kudak financial statements for 2005 and 2007. No information was found indicating whether these missing funds were diverted during transit in Switzerland or Dubai, UAE, or whether diversion occurred after the funds arrived in Iran. An unaudited financial statement from Emdad Kudak (Child Foundation Switzerland) for the fiscal year ending May 2005, obtained through execution of a search warrant on Yasrebi's office, shows Emdad Kudak transferred US $176,000 less to Refah Kudak than it received from the Child Foundation during the same period (Exhibit 6). No information is available for other time periods to ascertain whether the funds were subsequently transferred to Iran.

**Refah Kudak's Income**

(U) The Refah Kudak financial statements for fiscal years 2007 and 2005 show that 65% and 94% of Refah Kudak's income was received from the Child Foundation.

(U) Note 14-1 on the May 2007 financial statement (Exhibit 11, pg. 13) describes the source of the majority (65%) of all income received by Refah Kudak:

*14-1 The allocated donations by U.S. Koodak Charity during the year were US$ 1,426,956 (IRR 13,146 million) for distributing foods between children. Other allocated sources were IRR 3,857 million.*

Tab 4
Page 4 of 17

CF293182

FD-302a (Rev. 10-6-95)

●　415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___ , On 06/10/2009 , Page ___5___

(U) Similarly, note 12-1 on the May 2005 financial statement (Exhibit 10, Pg. 13) describes the source of the majority (94%) of all income received by Refah Kudak:

*During the year, the Institute has received USD 1,561.791.6 (equivalent of IRR 13,838.7 million) in cash, plus IRR 238 million cash and non-cash contribution from overseas charities and foundations as designated funds to be distributed as specified.*

(U) An undated signed written agreement in Farsi between the Child Foundation and Refah Kudak specifies terms and conditions for the transfer of funds from the Child Foundation to Refah Kudak (Exhibit 2, from 1B180). This agreement was obtained from the residence of Yasrebi during the execution of a search warrant. The agreement was signed by Mehrdad Yasrebi on behalf of the Child Foundation and both Ahmad Iranshahi and Ali Yasrebi on behalf of Refah Kudak. Although the agreement is undated the fax header on the document bears the date of 07/31/2001. As translated, the agreement states:

●

*Clause 3: Status of remitted funds*
1.          *All funds sent to the Refah Koodak Charity Organization are the property of Child Foundation until it is fully disbursed to aid recipients or his/her guardians. Refah Koodak is fully responsible to control the circulation of funds, and interests accrued in account belongs to the Child Foundation and it will be spending as instructed by the Child Foundation.*

(U) Emails and other evidence obtained during the execution of search warrants also show that the funds sent from Child Foundation go to Switzerland or Dubai and are sent to Refah Kudak in Iran:

(U) An email message from Parvin Amini of Emdad Kudak (Bonyad Kudak) to Mehrdad Yasrebi, on 05/27/2003, obtained from Yasrebi's PCC computer through execution of a search warrant, states that she is wiring $19,000 U.S. to his Bank of America account. Yasrebi's reply on the same date states, *"Please do not send any money to Child Foundation account in the USA. All donations should be sent directly to Iran. I will be sending you another $130,000 in the next couple of days as well."* (Exhibit 4, from 1B40). Parvin Amini's email address on this email is at the UBS AG (Bank) Switzerland, where according to Child Foundation materials she works as an associate director (Exhibit 1).

●

Tab 4
Page 5 of 17

CF293183

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___ , On 06/10/2009 , Page ___6___

(U) An email message from Mehrdad Yasrebi to Azar Djalili (Emdad Kudak) on 01/22/2004 states, "I hope this finds you well. I just wired $220,000 to Switzerland this morning. You should have it on Monday." Djalili responds on the next day, "Dear Mr Yasrebi Salam. Sure we transfer to Iran as soon as come. As you are informed the name of swiss branch will chang (sp) to EMDAD KUDAK and the UBS bank after having all document opened new account for us under the new mane (sp), therefor (sp) will have new Acc No too. I,ll (sp) inform you as soon as we have it in the minwhile (sp) for a month we can use the old one. With new acc we have more power againt (sp) all kind of enbargo (sp) even through UN, We are proid (sp) of it. best regard to your team and familly (sp) azar." (Exhibit 5, from 1B40-25).

(U) In a Farsi language radio interview on March 1, 2004 with Dr. Azir Jalili on Ghasedak radio station, the announcer introduces the topic and states that prior to 1994 the only foundation that reached out to orphans in Iran was the Child Foundation, which was managed by a group of volunteers in the U.S. Since then a branch of this Foundation has been developed in Switzerland, and is administered by Dr. Azar Jalili. Dr. Jalili then gives a brief history of the Child Foundation. Later in the program Dr. Jalili states that because of the sanctions on Iran, funds are routed to Switzerland, converted from Dollars to Rials and then sent to Iran for distribution (Exhibit 22, from Job 875).

(U) A financial report from Emdad Kudak (Child Foundation Swiss) dated 6/1/2003 - 5/31/2004, obtained from Yasrebi's PCC computer, shows incoming transfers from Child Foundation USA of $2,344,000.00 and outgoing transfers to Refah Kudak Iran of $2,168,000.00 during this period (Exhibit 6, from 1B40-25).

(U) An email message from Mehrdad Yasrebi to Ahmad Iranshahi (Refah Kudak) on 11/28/2005, obtained from Yasrebi's PCC computer, states, "I wire transferred $170,000 to Mr. Nasiri in Dubai." (Exhibit 7, from 1B40-25).

(U) An email from Mehrdad Yasrebi to CPA Jonathan Resnick (Child Foundation Auditor) on 12/06/2005 answers Resnick's question about where the money wired to Bonyad Kudak is sent. Yasrebi states, "Bonyad Kudak forwards all the sponsorship money to Refah Kudak. I assume there may be small bank service charges that will be deducted from it." The letter continues with Yasrebi answering several additional questions from Resnick about funds sent to Iran, referring to the Refah Kudak May 2005 financial statement as proof

Tab 4
Page 6 of 17

CF293184

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___ , On 06/10/2009 , Page ___7___

that the funds arrived in Iran and were distributed there. (Exhibit 14, from Resnick documents).

**Refah Kudak's Misuse of Funds Transferred From Child Foundation**

(U) Substantial amounts of the funds received from Child Foundation were used by Refah Kudak for other than the charitable purposes the donors of the funds intended. From fiscal year 2004 through fiscal year 2007, $468,414 of the $6,461,987 purported to have been expended by Refah Kudak on Child Foundation programs was actually spent on administrative expenses such as payroll, brokerage fees, professional fees, building maintenance, rent, utilities and other such items (Exhibit 23). According to the Refah Kudak 2007 fiscal year financial statement 97% of the administrative expenses incurred by Refah Kudak were paid with funds received from Child Foundation. Similarly, the 2005 fiscal year Refah Kudak financial statement provided for 80% of the administrative expenses incurred by Refah Kudak to be paid with funds received from Child Foundation (Exhibit 10, Note 16, Exhibit 11, Note 21).

(U) Additionally, in the years leading up to and including fiscal year 2005, IRR 1.931 billion ($245,000) of the funds received by Refah Kudak from Child Foundation were used to purchase at least one building, office furniture and equipment, computer equipment and vehicles. The majority of the funds were spent in fiscal year 2004 (Exhibit 10, Pg. 11 & Notes 12, 12-7). According to the Refah Kudak fiscal year 2005 financial statement the purchase of the fixed assets using Child Foundation's funds were *"following an agreement between the Institute and the Child Foundation"* (Exhibit 10, Note 12-7). The Child Foundation IRS Form 990 for years May 2002 through May 2005 shows land and buildings in Iran in the amount of $245,000 that may be related to this.

(U) The following conversation supports the evidence that donor funds are being spent for other than charitable purposes and could help explain misallocated funds:

(U//FISA) Declassified court-authorized electronic surveillance of Mehrdad Yasrebi's cellular telephone number (503) 380-5646 on or about September 26, 2006, intercepted a conversation between Yasrebi and Ahmad Iranshahi. Late in the conversation Yasrebi asked Iranshahi to make sure that children are paid the money that their sponsors specifically send for certain occasions. Iranshahi responded, *"Do you know what kind of trick I pull?  Let's say three*

Tab 4

Page 7 of 17

CF293185

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___ , On _06/10/2009_ , Page ___8___

*different individuals give $20, $30, and $50 for a child for New
Year. I give the child just $50 and keep the $20 and $30. I give
it to him whether he owes us or not just to be on the safe side
should any of the sponsors contact that child."* (Exhibit 24).

**Lahiji Payments to Child Foundation**

(U//FISA) Evidence shows that funds paid by the Lahijis to Child
Foundation were subsequently transferred to banks or intermediaries
outside the U.S., and ultimately to Refah Kudak in Iran; that the
Lahijis sent a fax to Iranshahi detailing some of these Child
Foundation payments; and that according to the Refah Kudak
financial statements Refah Kudak is holding over US $1 million on
behalf of the Lahijis.

(U) Some of the funds paid by the Lahijis to Child Foundation
include:

(U) Lahiji Urology check #1902 for $400,000 to Child Foundation was
dated 9/20/2000 and deposited on 9/29/2000 to the Child Foundation
BOA account #8450 (Exhibit 15, pgs.1-4). Mehrdad Yasrebi/Child
Foundation issued donation receipt #3617 dated 09/29/2000 to the
Lahijis for $400,000. This receipt was signed by Mehrdad Yasrebi
(IRS Tax Information, Exhibit 15, pg. 5). Child Foundation
subsequently wired $400,000 from this same account to the account
of the Ras Al Kaimah Exchange at the Masreq Bank in Dubai, UAE, on
10/18/2000 (Exhibit 15, pgs. 6-13). Prior to the Lahiji $400,000
deposit in BOA account #8450 the account balance was only
$35,809.72. Subsequent to the aforementioned Lahiji deposit and
prior to the 10/18/2000 outgoing wire of $400,000 to the Masreq
Bank no other deposits were made.

(U) Lahiji Urology check #2015 for $200,000 to Child Foundation was
dated 12/4/2000 and deposited on 12/11/2000 to the Child Foundation
BOA account #8450 (Exhibit 16, pg. 1-3). Mehrdad Yasrebi/Child
Foundation issued donation receipt #3618 dated 12/29/2000 to Lahiji
for $200,000. This receipt was signed by Mehrdad Yasrebi (IRS Tax
Information, Exhibit 16, pg. 4). Child Foundation subsequently wire
transferred $199,800 ($200,000 less $200 wire fee) from this same
account to the account of the Ras Al Kaimah Exchange at the Masreq
Bank in Dubai, UAE, on 01/12/2001 (Exhibit 16, pgs. 7-9). The funds
balance in BOA account #8450 prior to the Lahiji deposit was
$6,640.28. Although other funds were deposited to BOA account #8450
prior to the $199,800 transfer to Dubai on 01/12/2001, these funds

Tab 4
Page 8 of 17

CF293186

FD-302a (Rev. 10-6-95)

●

415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___ , On 06/10/2009 , Page ___9___

were insufficient to account for the entire transfer to Dubai, making the Lahiji deposit the most probable source of the funds wired to the Ras Al Kaimah Exchange at the Masreq Bank in Dubai, UAE, on 01/12/2001.

(U) Lahiji Urology check #2618 for $350,000 to Child Foundation was dated 12/18/2002 and deposited on 03/10/2003 to the Child Foundation BOA account #5992 (Exhibit 17, pgs. 1-3). Mehrdad Yasrebi/Child Foundation issued a donation receipt to Lahiji for $350,000. This receipt was signed by Yasrebi (IRS Tax Information, Exhibit 17, pg. 6). Child Foundation transferred these funds and others by check #1543 to their BOA account #8450 on 03/10/2003 (Exhibit 17, pg. 3 & 7-9), and then wired $350,000 from the BOA account #8450 to the account of Emdad Kudak (Child Foundation Switzerland) at the UBS AG (bank) in Zurich, Switzerland on 04/30/2003 (Exhibit 17, pg. 11-13). The funds balance in the BOA account #5992 the day prior to deposit of check #2618 was $59,932.74. On 03/10/2003 the Lahiji check #2618 and another unrelated $50,000 were deposited in the 5992 account, and check #1543, for $400,000 was withdrawn from the account transferring the funds to the BOA account #8450. The funds balance in BOA account #8450 prior to the deposit of check 1543 on 03/10/2003 was $463.29. There were no other deposits made to BOA account #8450 prior to the $350,000 wire transfer to UBS AG in Switzerland.

(U) Lahiji Urology check #1552 for $350,000 to Child Foundation was dated 07/28/2003 and deposited on 07/29/2003 to the Child Foundation BOA account #8450 (Exhibit 18, pg. 1-4). Child Foundation issued donation receipt #9412 to the Lahijis for $350,000. This receipt was signed by Mehrdad Yasrebi (IRS Tax Information, Exhibit 18, pg. 5). Child Foundation subsequently wired $350,000 from this same account on 03/15/2004 to the account of Child Foundation Switzerland at the UBS AG (bank) in Zurich, Switzerland (Exhibit 18, pg. 14). The funds balance in BOA account #8450 account prior to the Lahiji deposit was $51,093.82. No other deposits or withdrawals were made from the account prior to the wire transfer to UBS AG in Switzerland.

**Lahiji Fax**

(U//FISA) A fax from Najmeh Vahid (Mrs. Lahiji) to Ahmad Iranshahi on 11/27/2006 to a telephone number in Iran, with a copy to Abutorab (Mehrdad) Yasrebi at the Child Foundation fax number in

Tab 4
Page 9 of 17

CF293187

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of _____Refah Kudak Financial Statements_____ , On 06/10/2009 , Page ___10___

Oregon contained a table and notes (Exhibit 19). In part, the notes section of the fax contained the following information:

*3. Other monies spent per Dr. Lahiji's request:*
    *b. $350,000.00 placed in a joint account for a period of 5 years (due ordibehesht 1387)*

*Status as of 11/27/2006*
*2. $350,000.00 due back 02/87*
*Please, verify the above information. Also, please show bank statements for the joint account.*

(U) The reference to "due ordibehesht 1387" refers to the Persian calendar and translates to April-May 2008 in the Gregorian calendar. Working backwards this traces the $350,000.00 referred to in the fax as being placed in the joint account of Refah Kudak and Lahiji in Iran about May 2003. Lahiji Urology check #2618, as described above, appears to be the likely source of the $350,000 shown in this fax.

**Lahiji Named in the Refah Kudak Audited Financial Statements**

(U) Both the May 2005 and the May 2007 Refah Kudak financial statements specifically name Dr. Lahiji as the source of substantial funds received by Refah Kudak and held for the benefit of the Lahijis.

(U) The May 2005 Refah Kudak financial statement balance sheet contains a non-current asset described as a "Long-term investment" in the amount of IRR 5,853,200,000 (Iranian Rials) (Exhibit 10, pg. 4). The balance sheet entry refers to auditor's note #9, which further describes the investment as (Exhibit 10, pg. 12):

*9. LONG TERM DEPOSIT*

|  | Note | 2005 IRR | 2004 IRR |
|---|---|---|---|
| Bank Karafarin Deposit | 9-1 | 5,853,200,000 | 5,353,200,000 |

(U) Likewise, the May 2007 Refah Kudak financial statement balance sheet shows a non-current asset described as "Consigned Funds" in the amount of IRR 5,353,200,000 (Exhibit 11, pg. 4). The balance

Tab 4
Page 10 of 17

CF293188

FD-302a (Rev. 10-6-95)

● 415I-PD-47644

Continuation of FD-302 of ___ Refah Kudak Financial Statements ___ , On 06/10/2009 , Page 11

sheet entry refers to auditor's note #10, which further describes the entry as (Exhibit 11, pg. 11):

*10. CONSIGNED LONG TERM INVESTMENTS*

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| *Bank Karafarin Deposit* | 10-1 | 5,853,200,000 | 4,853,200,000 |
| *Less: surplus cosigned fund deposited* | 5 | (500,000,000) | - |
|  |  | 5,353,200,000 | 4,853,200,000 |

(U) Both note 9-1 from the May 2005 financial statement and note 10-1 from the May 2007 financial statement describe the funds in the exact same terms:

*Based on the agreement between the Institute and Dr. Lahiji (one of the overseas supporters), the donation made by Dr. Lahiji amounting to IRR 5,268 million (US 632,000) has been deposited with Bank Karafarin. The deposit is for a term of five years earning interest of 20% per annum. Upon maturity date, the principal will be used for construction of health care and education complexes under the supervision of the Institute.*

(U) An open source Internet query of Karafarin Bank, located in Tehran, Iran shows that as of 02/09/2009 the bank was advertising a March 21, 2007 interest rate of 19% on five year Rial investment deposits (Exhibit 20).

(U) The Bank Karafarin deposit amount decreased from 2005 to 2006 on Refah Kudak's financial statements as shown on the table above. The following court ordered electronic surveillance is consistent with the information on the financials, and describes Refah Kudak's unauthorized use of the funds held for the Lahijis.

(U//FISA) Declassified court-authorized electronic surveillance of Mehrdad Yasrebi's cellular telephone number (503) 380-5646 revealed that on or about November 28, 2006 he had a conversation with Mrs. Lahiji (Najmeh Vahid). Vahid learned from Yasrebi that since Child Foundation was not allowed to send money to Iran, Child Foundation Iran had taken $50,000 from Lahiji's special account in Iran and repaid it without their knowledge or permission. Yasrebi explained that a year and a half ago he learned that transferring CF money to Iran was illegal and did not send any money. This left the Child

Tab 4
Page 11 of 17

CF293189

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of _____Refah Kudak Financial Statements_____ , On _06/10/2009_ , Page __12__

Foundation short of funds and Iranshahi in desperation to meet the Child Foundation's obligations, so Iranshahi took $50,000 from the Lahiji's special account in Iran. Yasrebi stated that he found a way to help Child Foundation Iran get money by purchasing food with the donated money and sending it to Iran.  Child Foundation Iran distributed the food among the charities in Iran and in return these charities gave money to Child Foundation Iran. Yasrebi told Vahid that Iranshahi was then able to deposit $50,000 back into the Lahijis' special account (Exhibit 25).

(U//FISA) Declassified court-authorized electronic surveillance of Mehrdad Yasrebi's cellular telephone number, (503) 380-5646, revealed that on or about November 28, 2006, Ahmad Iranshahi called Yasrebi to discuss the money issue concerning Hossein Lahiji. Iranshahi stated that the report (apparently by an auditor) had been prepared indicating that they have taken money from Lahiji without his approval.  Yasrebi asked Iranshahi whether he had received what Dr. Lahiji faxed him, and Iranshahi responded that he had not.  Yasrebi told Iranshahi that he had spoken with Mrs. Lahiji, who is saying that the amounts CF was claiming are different from the $67,000 that the Lahijis gave.  Yasrebi recommended that Iranshahi speak to Lahiji and take care of the matter and gave him Lahiji's and Lahiji's wife's phone numbers (Exhibit 26).

(U) Further review of Refah Kudak's audited financials reveals payables to Dr. Lahiji referenced in multiple places:

(U) Both the May 2005 and May 2007 financial statements show accounts payable to Dr. Lahiji. The 2005 statement labels the accounts payable as "Long-term liabilities". The 2007 statement labels the accounts payable as "accounts payable".  Additional amounts appear on the statements, labeled as Distributable Funds "long term commitments" on the 2005 statement, and as "Consigned Funds" on the 2007 statement.  The following tables show the principle owed by Refah Kudak to the Lahijis plus interest accruing yearly:

Tab 4
Page 12 of 17

CF293190

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of _____ Refah Kudak Financial Statements _____ , On 06/10/2009 , Page ___ 13 ___

**Payables-Lahiji**

| Fiscal Year | IRR | Conversion | USD | Financial Stmt |
|---|---|---|---|---|
| May 2004 | | | | |
| Long Term Liab. | 494,595,598 | 0.0001265823 | 62,607 | May 05 Note 11 |
| Long Term Com. | 5,353,200,000 | 0.0001265823 | 677,620 | May 05 Note 12 |
| **May 2004 Total** | **5,847,795,598** | | **740,227** | |
| | | | | |
| May 2005 | | | | |
| Long Term Liab. | 1,615,689,536 | 0.0001265823 | 204,518 | May 05 Note 11 |
| Long Term Com. | 5,353,200,000 | 0.0001265823 | 677,620 | May 05 Note 12 |
| **May 2005 Total** | **6,968,889,536** | | **882,138** | |
| | | | | |
| May 2006 | | | | |
| Acct Payable | 2,822,019,601 | 0.0001141279 | 357,218 | May 07 Note 13 |
| Cons. Funds | 5,353,200,000 | 0.0001141279 | 610,949 | May 07 Note 17 |
| **May 2006 Total** | **8,175,219,601** | | **968,167** | |
| | | | | |
| May 2007 | | | | |
| Acct Payable | 3,923,976,170 | 0.0001101729 | 432,316 | May 07 Note 13 |
| Cons. Funds | 5,353,200,000 | 0.0001101729 | 589,778 | May 07 Note 17 |
| **May 2007 Total** | **9,277,176,170** | | **1,022,094** | |

Note: A May 31st currency conversion date was used for each fiscal year.

(U//FISA) The funds listed as being on deposit at Bank Karafarin and the payables to Dr. Lahiji on the Refah Kudak financials indicate that funds substantially in excess of the US $350,000 recited in the Lahiji fax (Exhibit 19) are being held by Refah Kudak for the Lahijis' benefit.

(U) The two $350,000 amounts transferred through Child Foundation in 2003 by Lahiji could alone account for the $632,000 mentioned in the Refah Kudak financial statements.

(U) The payables listed on the Refah Kudak financial statements would also indicate that at least $632,000 of the Lahiji funds transferred to Refah Kudak in Iran were not contributions, but represent investments being held by Refah Kudak for the benefit of the Lahijis.

(U) A letter from Dr. Lahiji to Ayatollah Mazaheri states he intends to make a long term investment in one of the Islamic Republic's banks and asks if such an investment is permitted by

Tab 4
Page 13 of 17

CF293191

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ____Refah Kudak Financial Statements____ , On _06/10/2009_ , Page __14__

religious laws. The Ayatollah replies, *"it is a great and sound [decision]"*. Open sources list Ayatollah Mazaheri as the head of the Esfahan Theological Institute, located in the area of the Lahiji family home (Exhibit 3, from 1B103).

**Other Means Used by Lahiji to Send Funds to Iran**

(U) From 2000 through 2008 the Lahijis made attempts at and actual transfers of funds from the U.S. to Iran other than through Child Foundation.  The following paragraphs describe those transfers:

(U) On or about February 7, 2000 U.S. Customs agents discovered that Hossein Lahiji was listed as a shipper on a DHL package number 8547333395 being sent from Texas to Iran that contained $68,900 in currency.  U.S. Customs agents seized the currency.  On April 3, 2002 Lahiji filed a petition with U.S. Customs for the return of the currency.  The petition stated that Dr. Lahiji did not know what forms had to be filed, and that his sister in Iran was sick. The package was addressed to Asghar Vahid, Iran.  The Customs Declaration described the contents of the package as documents. Asghar Vahid is the father of Lahiji's wife (Exhibit 27, TECS II Report).

(U) Najmeh Vahid, wife of Hossein Lahiji has sent money to Iran through money exchange dealers.  Texas State Bank records show that Vahid signed check number 2546 drawn on Texas State Bank account number xxxx2077.  This check is in the name of Lahiji Urology Center, dated November 19, 2001 in the amount of $50,000 and payable to Laree (Lari) Exchange (Exhibit 9, Page 5, San Antonio

Tab 4

Page 14 of 17

CF293192

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___ , On _06/10/2009_ , Page __15__

EC). The endorsement on the back of the check shows Lari Exchange Establishment, National Bank of Kuwait (NBK), account number 1060-3862-246-003. An Internet search shows that Laree Exchange Company is a money exchange dealer whose headquarters are located in the U.A.E. (Exhibit 13).

(U) In another transaction with Laree Exchange, Najmeh Vahid is the remitter on Texas State Bank cashier's check number 468521 dated November 29, 2001. Check number 468521 for $50,000 is a cashier's check payable to Laree Exchange, endorsed by Lari Exchange Establishment, National Bank of Kuwait (NBK), account number 1060-3862-246-003 (Exhibit 9, Page 5, San Antonio EC).

(U) On or about October 1, 2002, either Lahiji, Vahid or someone acting on their behalf, purchased a cashier's check in the amount of $217,900 payable to Laree Exchange. The funds came from the Lahiji Urology account at Lone Star National Bank. Cashier's check number 35686 was deposited into the Laree Exchange account #386240 at National Bank of Kuwait on October 18, 2002 (Exhibit 9, Page 5, San Antonio EC).

(U) A Currency or Monetary Instrument Report filed with the Bureau of Immigration and Customs Enforcement shows that on November 11, 2003 Dr. Lahiji made an International Currency transfer, exporting $20,900 from Houston, Texas to Tehran, Iran while he was flying to Iran (Exhibit 21, CBRS Intl. Transport of Currency Report, BSA dissemination controlled).

(U) Between 2005 and 2008 Lahiji sent $1,135,015 to Espadana Exchange LLC located in Laguna Hills, California. Espadana Exchange is a hawala that may be illegally sending funds to Iran.

(U) Yolanda Westerman, who worked for Dr. Lahiji for approximately four months in 2003 was interviewed by FBI SA Susana Perales on December 7, 2005 and June 13, 2008. Westerman recalled hearing Dr. Lahiji say that he did not like the United States and was only in this country to make as much money as he could. Dr. Lahiji also said that he was planning to retire in Iran.

**Conclusions**

(U) The evidence detailed in this reports shows following: 1) Child Foundation sent the majority of its funds to Refah Kudak either through Switzerland or Dubai; 2) of those funds approximately

Tab 4

Page 15 of 17

CF293193

FD-302a (Rev. 10-6-95)

● 415I-PD-47644

Continuation of FD-302 of ____Refah Kudak Financial Statements___ , On _06/10/2009_ , Page __16__

$549,203 is missing either during transit through Switzerland or Dubai, or after the funds arrived in Iran; 3) the majority of Refah Kudak's income is from Child Foundation as shown on the Refah Kudak financial statements; 4) a substantial portion of the funds received from Child Foundation by Refah Kudak were not used for charitable purposes, but were used to pay the administrative expenses of Refah Kudak; 5) the Lahiji's have used several methods to get funds into Iran including using Child Foundation; 6) the Lahijis are shown on the Refah Kudak financials and 7) Refah Kudak is holding over US $1 million on behalf of the Lahijis.

Tab 4
Page 16 of 17

CF293194

FD-302a (Rev. 10-6-95)

415I-PD-47644

Continuation of FD-302 of ___Refah Kudak Financial Statements___ , On _06/10/2009_ , Page __17__

### List of Exhibits

| Exhibit # | Description | Derived From |
|---|---|---|
| 1 | Child Foundation Switzerland Information | 1B58 |
| 2 | Written agreement between Child Foundation & Refah Kudak | 1B180 |
| 3 | Letter and response between Dr. Lahiji and Ayatollah Sistani | 1B103 |
| 4 | Email and reply between Parvin Amini and Yasrebi | 1B40 |
| 5 | Email and reply between Yasrebi and Azar Djalili. | 1B40-25 |
| 6 | Emdad Kudak financial statement | 1B40-25 |
| 7 | Email from Yasrebi to Ahmad Iranshahi | 1B40-25 |
| 8 | SAR # 20013270032210 (BSA) | FBINET |
| 9 | San Antonio EC 315O-SA-53609-GJ | |
| 10 | Refah Kudak May 2005 Audited Financial Statements | |
| 11 | Refah Kudak May 2007 Audited Financial Statements | |
| 12 | Wire transfers from Child Foundation US to Switzerland and UAE | |
| 13 | Lari Exchange Internet marketing information | Internet |
| 14 | Email and reply between Yasrebi and CPA Jonathan Resnick | Resnick |
| 15 | Lahiji Urology Ck 1902 and supporting documents. | |
| 16 | Lahiji Urology Ck 2015 and supporting documents | |
| 17 | Lahiji Urology Ck 2618 and supporting documents | |
| 18 | Lahiji Urology Ck 1552 and supporting documents | |
| 19 | Lahiji fax to Iranshahi | |
| 20 | Karafarin Bank web site information | Internet |
| 21 | CBRS Intl. Transport of Currency Report  (BSA) | |
| 22 | Ghasedak Radio interview of Dr. Jalili | Job 875 |
| 23 | Refah Kudak Admin Expense Analysis | |
| 24 | FISA phone conversation between Iranshahi and Yasrebi | |
| 25 | FISA phone conversation between Yasrebi and Mrs. Lahiji | |
| 26 | FISA phone conversation between Iranshahi and Yasrebi | |
| 27 | TECS II Report on Lahiji DHL Cash Shipment | |

Tab 4
Page 17 of 17

CF293195