Case 3:05-cr-00413-KI   Document 45-5   Filed 01/25/12   Page 1 of 3

| BEGDOC | ENDDOC | DATE | AMOUNT | ACCOUNT # | SENDER | BANK | WITNESS & EXHIBIT | NOTES |
|---|---|---|---|---|---|---|---|---|
| CF009125 | CF009125 | 12/26/2001 | $6,300.00 | 2892305992 | CHILD FOUNDATION | NORDEA BANK SWEDEN AB, STOCKHOLM SE RAZIEH IRANSHAHI, SUNDBYBERG SWEDEN | W10-8, pgs. 1 & 9, W24-28 & 40 | Memo -Check was paid to Ms. Razieh Iranshahi for Mr. Ahmad Iranshahi (Farsi) |
| CF010017 | CF010019 | 07/25/2002 | $2,100.00 | 2892305992 | CHILD FOUNDATION | NORDEA BANK SWEDEN AB, STOCKHOLM SE RAZIEH IRANSHAHI, SUNDBYBERG SWEDEN | W24-41, W24-49 | Wire Transfer |
| CF010716 | CF010718 | 12/31/2002 | $2,100.00 | 2892305992 | CHILD FOUNDATION | NORDEA BANK SWEDEN AB, STOCKHOLM SE RAZIEH IRANSHAHI, SUNDBYBERG SWEDEN | W10-8, pg. 2, W24-42 | Wire Transfer |
| CF015349 | CF015349 | 06/10/2003 | $2,400.00 | 2892305992 | CHILD FOUNDATION | NORDEA BANK, SUNDBYBERG SWEDEN RAZIEH IRANSHAHI | W24-43 | General ledger, Wire Transfer |
| CF004976 | CF004978 | 03/02/2004 | $2,400.00 | 2892305992 | CHILD FOUNDATION | NORDEA BANK, SUNDBYBERG SWEDEN RAZIEH IRANSHAHI | W24-45 | Wire Transfer |
| CF004955 | CF004958 | 08/23/2004 | $3,000.00 | 2892305992 | CHILD FOUNDATION | NORDEA BANK, SUNDBYBERG SWEDEN RAZIEH IRANSHAHI | W24-47 | B of A bank statement |
| CF035478 | CF035479 | 01/30/2006 | $3,000.00 | 2892305992 | BANK OF AMERICA MEHRDAD YASREBI | NORDEA BANK SWEDEN RAZIEH IRANSHAHI | W10-10, W24-44, W24-51 | Wire Transfer |

CF289360

Salary Payments to Iranshahi

| CF160216 | CF160216 | 07/13/2006 | $3,000.00 | 2892305992 | BANK OF AMERICA MEHRDAD YASREBI | NORDEA BANK SWEDEN RAZIEH IRANSHAHI | W24-46, W43-1 | Email from MY to FI re: WT |
|---|---|---|---|---|---|---|---|---|
| | | Total | $24,300.00 | | | | | |

Tab 5
Page 2 of 3    09/16/2010

Page 2

CF289361

Wire Transfer to Farifteh

**Subject:** Wire Transfer to Farifteh
**From:** "Yasrebi, Mehrdad" <MYasrebi@pccstructurals.com>
**Date:** Fri, 14 Jul 2006 06:39:37 -0700
**To:** "ah iran" <ah_iran@yahoo.com>

Farhad Jan:

I wired $3000 to Farifteh yesterday.  If you decide to work at CF full time, then let me know and I will wire additional fund to her.

Mehrdad

Tab 5
Page 3 of 3
1 of 1                                                     6/21/2010 3:18 PM

CF288682