UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

File Number:                        415I-PD-47644

Requesting Official(s) and Office(s):    SA Kim Price - Portland Field Office

Task Number(s) and Date Completed:    ███████████████████████

Name and Office of Linguist(s):    ███████████████████████

Name and Office of Reviewer(s):

Source Language(s):    ██████

Target Language:    English

Source File Information

### DOCUMENT VERBATIM TRANSLATION

*Italics*        English

UNCLASSIFIED

Tab 6
Page 1 of 6
CF375681

UNCLASSIFIED

Abbreviations:

IL            Illegible

*sic*         Used in italics when encountering anything that is incorrectly written or
             said to indicate it is in its original incorrect form

UNCLASSIFIED

Tab 6
Page 2 of 6
CF375682

UNCLASSIFIED

*Page 1 of 1*

---

*From: Sharafi < CF-Sharafi@childfoundationusa.org>*
*To: IranOffice@ Childf.com*
*z.hashemkhani@childf.com*
*Sent: 12/26/2006 4:06:26 PM (GMT)*
*Subject: Photograph (4).jpg*

---

*Attachment(s):*
*Photograph (4).jpg*

---

*<<Photograph (4).jpg>>*

Greetings
Please bear in mind the *$700* payment by Mister Mazloomi.


Thanks
Sharafi

---

*[IL]*

UNCLASSIFIED

1

Tab 6
Page 3 of 6
CF375683

UNCLASSIFIED



**CHILD FOUNDATION**                    *Date: 12.22,06*

The Office of Child Foundation Iran

Informs you that
Mister Mohammad Mazloom the sponsor of 4 people in need of assistance

*R 1131          R1283          R1264          C1122*

He gave seven hundred dollars which according to the existing records in the
Shiraz Office to be divided for Sakineh and other children based on their needs.
Unfortunately, these 700 dollars was entered into the monthly account for the children.
By the way, on the date *7,24,06* the Tehran Office informed Ms. Roya that
from the seven hundred dollars, these amounts have been be paid:

*$280 for R1131*
*$320 for R 1284 & R1283*     For purchase of a television
*$100 for R1284 & R1283*      For purchase of clothing

 The respectable sponsor was told to send another seven hundred dollars for replacing the above
mentioned amount for the children's monthly expense, which he agreed to do so, and a receipt
was sent.  This is for your information.

                                        Sharafi

*11364 SE Highland Lp: Clackamas  •Mailing: P.O. Box 1364, Clackamas, OR 97015  • (503) 698-4084  • Fax: (503) 698-1578  •www.childfoundation.org*

UNCLASSIFIED
2

Tab 6
Page 4 of 6
CF375684

SECRET

---

From: Sharafi <CF-Sharafi@childfoundationusa.org>
To: IranOffice@Childf.com
z.hashemkhani@childf.com
Sent: 12/26/2006 4:06:26 PM (GMT)
Subject: Photograph (4).jpg

---

Attachment(s):
Photograph (4).jpg

---

<<Photograph (4).jpg>>

Ba Salam
Lotfan $700 pardakhti Aghaye Mazloom ra Dar madde nazar dashteh bashid.

Tashakkor
Sharafi

---

CF
373 531 - 32

SECRE

HL00459

Tab 6
Page 5 of 6
CF375685

 **CHILD FOUNDATION**

 SE~~C~~RET

Date: 12.22.06

دفتر نیاکودکان ایران

ابلاغ میرساند
حضورسب آقای محمد مظلوم لیل ٤ مدد جو

R 1131    R 1283   R1264   C1122

مبلغ هفتصد دلار داره پرونده کرطبق سوابق موجود در
دفتر شیراز به امور تحصیلیه و بقیه بچه ها طبق نیاز تقسیم شود
شانصانه این ۷۰۰ دلار دلار ما هیانه بچه ها شوت ا
درضمن درتاریخ 7.24.06 دفتر تهران به خانم روؤیا اعلام گردیده
ازانن هفتصد دلار ایرانی به بلغ ذیل ته

$280   for   R1131
$320   for   R1284 & R1283
$100   for   R1284 & R1283

به تفصیل فوق گفته شد مبلغ هفتصد دلار توجه به جابه جزن مبلغ فوق بارا
ما هیانه بچه ها ارسال دارید ته قبولا کردند تشکر ارسال شود . در جبان شید .

HL00460

11304 SE Highland Lp, Clackamas ✦ Mailing: P.O. Box 1304, Clackamas, OR 97015 ✦ (503) 698-4084 ✦ Fax: (503) 698-1573 ✦ www.childfoundation.org

SE~~C~~RET

Tab 6
Page 6 of 6
CF375686