UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| File Number: | 415I-PD-47644 |
| Requesting Official(s) and Office(s): | SA Kim Price - Portland Field Office |
| Task Number(s) and Date Completed: | |
| Name and Office of Linguist(s): | |
| Name and Office of Reviewer(s): | |
| Source Language(s): | |
| Target Language: | English |
| Source File Information | |

DOCUMENT VERBATIM TRANSLATION

*Italics*        English

UNCLASSIFIED

Tab 7
Page 1 of 6
CF375675

UNCLASSIFIED

<u>Abbreviations</u>:

| | |
|---|---|
| IL | Illegible |
| *sic* | Used in italics when encountering anything that is incorrectly written or said to indicate it is in its original incorrect form |

UNCLASSIFIED

Tab 7
Page 2 of 6
CF375676

UNCLASSIFIED

 Child Foundation

| Semiannual Report |
| --- |

Page: 2

First Name Last Name:    Fereshteh Hadizadeh    Membership Number: Laleh 1225

Urgent needs:

Education and non-education needs of the person in need of assistance:
School supplies and toys

Estimated Amount  | 1000000 | rials

Needs of the sisters and brothers of the person in need of assistance>

[IL]

Estimated Amount    rials

General needs of the family:
TV and refrigerator

Estimated Amount | 2800000 | rials

Message of the foundation to the honorable sponsor:

With greetings
Dear sponsor we thank you for your assistance and ask God for your gratification.
*$450 for Refridgerator [sic], TV, school supply and clothing. R12 [IL]*

The amount of *450* dollars is enclosed which it is requested for it to be used for purchasing one refrigerator and on television and school supply and clothes for Miss Fereshteh Hadizadeh and her brother.

** In the meantime, it is requested from the social workers of the foundation, to also add the brother of Fereshteh Hadizadeh to the list of the children whom we are supporting and to notify us as soon as possible.

UNCLASSIFIED
1

Tab 7
Page 3 of 6
CF375677

UNCLASSIFIED

In the Name of the Almighty God

With greetings to all the honorable social workers whether within or outside of the county we were very happy to see the handwriting of the person in need of assistance; Fereshteh Hadizadeh with membership number: Laleh 1225 *(Rose 1225)*, and to find out how she is doing.  I beg of you to tell our dear little beautiful Miss Fereshteh Hadizadeh, that her sponsors greatly value her and likewise love you, and hope that you and your brother and your aunt who is your guardian, are all living life with much health and happiness and excellence and under divine attention, you will always make an effort in learning and raising your level of education and hope to God, we will also assist you from this side.

The honorable social worker Mister Alireza Koohestani has informed us of the urgent needs of Fereshteh Hadizadeh the person in need of assistance with membership number: Laleh 1225 which consist of one refrigerator and one television in the estimated amount of 2800000 rials and her education needs in the amount of 1000,000 rials.  By this means, your humble servant and my husband, by enclosing a check in the amount of <u>450</u> dollars, request that you solve the needs of Miss Fereshteh Hadizadeh (Laleh 1225) *Rose 1225*.

We request that you inform us of  how this innocent child meaning Fereshteh Hadizadeh and her brother  who are currently living in Bam in the Province of Kerman, are doing. And if possible, give us an explanation of the details of their life.

Alireza and Gita Sadegh

Also, if possible, on *August 17th 2006* , we would like to have a phone conversation with Fereshteh Hadizadeh and her brother.  We request that telephone number with calling [IL].

UNCLASSIFIED

2

Tab 7
Page 4 of 6
CF375678



SECRET

SECRET

$450 for Refridgerator, TV, school supply and clothing. P12

SECRET

SECRET

بنام یکتای قادر

باسلام به تمام مددکاران محترم ...

(Rose 1225)

۱۳۲۵ : لاله

...

(لاله ۱۳۲۴)

...

۲۱۰۰۰۰۰ ریال و نیازهای تحصیلی ...

۱۰۰۰۰۰ ریال ...

۴۵ دلار ...

(لاله ۱۳۲۵)
Rose 1225

HL00826

درضمن در صورت امکان ،  ۲۰۰۶  August 17   علیرضا و کیا صادق

Tab 7
Page 6 of 6
CF375680