UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

| | |
|---|---|
| File number: | 415I-PD-47644 |
| Requesting Official and Office: | Kim Price, Portland |
| Task number: | ▆▆▆▆ |
| Date Task Completed: | 8/3/2011 |
| Name and Office of Linguist (s): | ▆▆▆▆▆▆▆▆▆▆ |
| Source Language: | ▆▆▆▆▆ |
| ▆▆▆▆Language: | English |

Audio

--Date, Time, Duration of Recording:    10/08/2006, 10:49:55, 11 minutes

--Line, Target Number:    5036984084

### VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| MY | Mehrdad Yasrebi [PH] |
| FI | Farhad Iranshahi [PH] |

**Abbreviations:**

| | |
|---|---|
| UI | Unintelligible |
| OV | Overlap |
| PH | Phonetic |
| TN | Translator's not |
| *Italics* | English |

[TN: Rial is a unit of currency in Iran. Khoms is one fifth of Muslims savings that belongs to descendents of Prophet Mohammad. Hajj is pilgrimage to Mecca.]

UNCLASSIFIED

Tab 8
Page 1 of 10

CF375538

UNCLASSIFIED

S20061008104955_5036984084_48

FI:        Yes.

MY:        Dear Farahad.

FI:        Hello.

MY:        Hello dear Farahad, are you doing well God willing.

FI:        Thank you. Thank God.

MY:        Dear Farhad, sir, we...things for Canada... Chapter of Canada ...so far I was doing its work from our office here...then...I have to tell you that this Dave refused to do it and from tomorrow we cannot do this work--

[Background noise]

MY:        --then...I am hiring someone from outside the office or I go to Canada to hire someone...then the problem is that we don't have budget for Canada anymore...I wanted to know if it is necessary...can you send us few thousand dollars from Iran to Canada...you can, can't you?

FI:        Dollar?

MY:        Yes.

FI:        Well we have to exchange Rial and then send it.

MY:        Yes...but it could be done, couldn't be? For example, if we are short ...you will send to my uncle--

FI:        [OV]Yes.

UNCLASSIFIED

2

Tab 8
Page 2 of 10

CF375539

UNCLASSIFIED

S20061008104955_5036984084_48

MY:      --we can budget it there.

[Background noise]

FI:      for whom?

MY:      Look, I am now [clearing voice]...well...I have to hire someone to do the work there...and then--

FI:      Um-hum.

MY:      -- we are making the websites...we want some budget...then I was under this impression that the budget will come from sponsors we have there...and now David ruined everything--

FI:      Okay

MY:      --we probably have to give sponsors that we have there, to America...because money doesn't go to Canada...it is possible that our budget will be few thousand dollars short...then--

FI:      Okay.

MY:      --yes [UI] then I realized that you can send money there to us. It shouldn't be a problem, no [should it]?

FI:      Yes, well no.

MY:      Very good...then--

FI:      I only...one thing...if you give me the code for Switzerland today--

MY:      --dear Farhad [UI]

UNCLASSIFIED

3

Tab 8
Page 3 of 10

CF375540

UNCLASSIFIED

S20061008104955_5036984084_48

FI:     --I mean if you give me the code for logging into the system, I will ask the guys tomorrow to enter information.

MY:     Today...today is Sunday...tomorrow is Monday, I get it from him/her and send it to you.

FI:     Okay.

MY:     Then dear Farhad...another problem...look...so far we were providing sponsors to Switzerland...we cannot do that anymore...can you [clearing voice] do thing then...for the sponsors in Switzerland...for example, send things...children's information to them...give them sponsors.

FI:     Yes...you....they must only tell us who they are and give us their address...we send them [information].

[Noise]

MY:     Then you, yourself can assign (give) them a child, no [can't you]?

FI:     Yes, if we know what they want...someone has to eventually tell us...if Ms....hmm...Djalili [PH] makes a form and every time she wants a child she should tell us...sir I want a child...like that..., we deliver it to her 24 hours later.

MY:     Yes, because we cannot do the Switzerland ones [children] anymore. This...ruined--

FI:     [UI]

MY:     --everything [UI]

FI:     It has to be planned...there must be an arrangement...it means it has to be clear...she has to request it by letter or thing so we respond to her.

UNCLASSIFIED

4

Tab 8
Page 4 of 10

CF375541

UNCLASSIFIED

S20061008104955_5036984084_48


MY:         [Clearing voice] then look dear Farhad, I will arrange a *conference call* for next week...for example 7 days later...among Ms. Djalili, you, and I--

FI:         Okay.

MY:         -- come only if you can.

FI:         Honest to God I came home that day, awaiting your *conference call*--

MY:         Okay.

FI:         --then I was alone at home...then slept...I said that I rest for 10 minutes--

MY:         Okay.

FI:         --I fell asleep.

MY:         [OV] I know...I told Mrs. ...thing I said [UI]

FI:         You...you did not even give me a call.

MY:         No, it was not important. I said it is the time for breaking fast why should I bother you for no reason.

[Busy signal]

[Continuous beeping]

[Dialing]


UNCLASSIFIED

Tab 8
Page 5 of 10

CF375542

UNCLASSIFIED

S20061008104955_5036984084_48

MY:             [Clearing voice]

[Ringing]

MY:             Hello...hello...hello.

[Clicking]

[Dialing]

MY:             [Sigh]

[Busy signal]

[Clicking]

[Dialing]

[Ringing]

MY:             Hello.

FI:             Hello.

MY:             Sorry dear Farhad...we got disconnected. Dear Farhad--

FI:             [OV] Okay... go ahead.

MY:             --dear Farhad another problem...another issue that I wanted to tell you,
                look...yesterday I talked to my aunt, she said that Ms. Moaveni is coming
                back again--

UNCLASSIFIED

Tab 8
Page 6 of 10

CF375543

UNCLASSIFIED

S20061008104955_5036984084_48

FI:        No, it is not decided [UI] it is not finalized yet…probably…it is not exactly clear.

MY:        --no, Farhad, in my opinion bring her…then I have a job for her if you agree.

[Background noise]

MY:        Look…we are working on Canada website…the thing I want to do is that… you place it in magazine…for example…hmm…"Child of the Month"…something like that…you introduce it…I want to put the same thing on Canadian website,…for instance, "Our Project" or "Our Student" or "Child"…anything…now, for instance, we can put a picture and cover its face…to do something like this. Then we put one every month or every week…then include some options. They can give money to him/her by credit card…I say for instance, this one needs a kidney or, for example, that one is student and needs tuition, something like this. Now if you agree and approve, let this Ms. Moaveni….now the thing that we need to do…we place this but for instance it has to be emailed to a large population of Iranians abroad (outside Iran) so she investigates where we can send this…for example, mass email to all Iranians; so we have a large email every month…unfortunately, we cannot send it from here…from America, it has to be sent either from Canada or Iran…you, for example… it is even important if you let her do this full-time, because, I think, we can attract many people by this.

FI:        Well I give you her phone number; you yourself give her a call and talk to her…because it is difficult for me to say it to her. You tell her yourself that you have these tasks for her…can she do it or not…if yes go ahead and start. If not, she should tell us so we can look for someone else.

MY:        Okay. I have her *mobile* then I will call her myself.

FI:        Okay, thank you very much.

MY:        [UI] is there anything else dear Farhad?

UNCLASSIFIED

7

Tab 8
Page 7 of 10

CF375544

UNCLASSIFIED

S20061008104955_5036984084_48

FI:     No, only dear Mehrdad, for God sake (please) send [UI] that to me by tomorrow so I can start entering some information into the *system* to have little peace of mind.

MY:     No ...this by tomorrow... he/she is not here, otherwise I would have gotten it from him/her...it is *week end* now...it is holiday.

FI:     [OV] Okay.

MY:     [OV] Tomorrow morning--

FI:     [OV] Then that Dubai letter...please send it as soon as possible.

MY:     --look Farhad, don't worry about Dubai...because, so far, I have sent them ten emails...he wanted few things from us ...we immediately did it for him [them].

FI:     Okay [UI].

MY:     Then... also this one the bank [UI] give it to us--

FI:     I also sent you that 46 thousand dollars to be sent to Dubai...that--

MY:     --yes, I will send that tomorrow for you.

FI:     --then... hmm...if we send that, how much money we have, if next week, I want to get money from you.

MY:     Farhad, I believe we have another 230-40, but I have to *check* tomorrow--

FI:     [UI] I want to--

MY:     --I think it is there.

UNCLASSIFIED

8

Tab 8
Page 8 of 10

CF375545

UNCLASSIFIED

S20061008104955_5036984084_48

FI:        --I want to give 100 thousand dollars...Mr. Makarm's money--

MY:        [OV] We have money...it is 100--

FI:         --then I don't know yet--

MY:        --[OV] That is hundred percent [it is definite]--

FI:        --and Mr. Lahiji did not respond to my email...all the emails I sent to him.

MY:        --Farhad, now, I tell you to do something...this Mr. Makarem...you go to him with the remainder of children...bring a list of children with you...he might be willing to give the balance of his money to these children...tell him that these children are orphans--

FI:        No... [UI] not really--

MY:        --what?

FI:        --dear Mehrdad, he doesn't agree...he agreed with 100 thousand dollars of it...he gave 50% of it to Bonyad [Foundation]... based on his own judgment, he agreed that, the other 50% be budgeted for poor children...not for the children covered by Bonyad [Foundation], the children of other charities.

MY:        Okay...you mean if we bring our own children--

FI:         He has really helped.

MY:        --okay...whatever you think is right.

FI:        [UI] no, he does not agree.

UNCLASSIFIED

9

Tab 8
Page 9 of 10

CF375546

UNCLASSIFIED

S20061008104955_5036984084_48

MY:    Okay, fine.


FI:    He does not accept...well, I will do, goodbye.


MY:    Farhad, I want to say something to you...if you go to him see if you can
get a letter from him to collect Khoms [one fifth] for him from people here.


FI:    Yes, I can get that from him.


MY:    Tell him that in mosques and so...it is time of Hajj now and it is probably
not bad if we announce that in mosques.


FI:    Okay, yes. As a matter of fact, it will be helpful if you could do that.


MY:    Then you help with this please.



Tab 8
Page 10 of 10

CF375547