UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

| | |
|---|---|
| File number: | 415I-PD-47644 |
| Requesting Official and Office: | Kim Price, Portland |
| Task number: | ███████ |
| Date Task Completed: | 6/1/11 |
| Name and Office of Linguist: | ███████████████ |
| Source Language: | ████████ |
| ████Language: | ████████ |

Audio

| | |
|---|---|
| --Date, Time, Duration of Recording: | 5/28/2007, 18:45:58, 1:20 minutes |
| --Line,████Number: | 5033805646 |

### VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| MY | Mehrdad Yasrebi [PH] |
| AF | Akbar Farahani [PH] |
| AZ | Asad Azemi [PH] |

**Abbreviations:**

| | |
|---|---|
| PH | Phonetics |
| UI | Unintelligent |
| OV | Overlap |
| TN | Translator's note |
| [sic] | It was said wrong in the audio |
| Italics | English |

UNCLASSIFIED

Tab 9 ⁓
Page 1 of 44

CF375339

UNCLASSIFIED

S20070528184558_5033805646_1291

[TN: Haji is a title for men who visit Mecca and Agha, means sir. Muslims call female Muslims sister and male Muslims brother. Khoms is one fifth of savings that Muslims offer to seyyeds [descendents of Prophet Mohammad] who are poor, and to Imam. Hajj is pilgrimage to Mecca. Googoosh is a well known and popular Iranian pop singer. Ershad on page 20 means guidance. On page 31 where Akbar Farahani says devil activate he means devil advocate. Akbar Farahani addresses himself "we"; and it is culturally acceptable for men to address themselves "we" instead of "I" however, translator translated that as I.]

Tab 9
Page 2 of 44

CF375340

UNCLASSIFIED

S20070528184558_5033805646_1291

| | |
|---|---|
| AZ: | Hello. |
| MY: | Hello, sir. |
| AZ: | Hello to you. |
| MY: | I hope you are doing well, God willing. |
| AZ: | Thank you. |
| MY: | brother Asad, brother Akbar called just now, he said "if you have time we can have a conference call." Do you have 15 minutes time to talk? 10 minutes 15 minutes. |
| AZ: | Right now? |
| MY: | Yes. |
| AZ: | Okay. |
| MY: | Okay, then hold on, let me bring him on line [connect him] [break]. |

[Ringing]

| | |
|---|---|
| AF: | Hello. |
| MY: | Hello. |
| AF: | Hello Mr. Abu-Torab [PH]. |

UNCLASSIFIED

3

Tab 9
Page 3 of 44

CF375341

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:  Are you doing well, brother Akbar, hold on please; I will bring brother Asad on line.

AF:  Please, please.

MY:  Brother Asad?

AZ:  Yes.

MY:  Brother Akbar?

AF:  Hello, sir.

AZ:  Hello to you.

AF:  Hello, Haj Agha Asad, how are you?

AZ:  Thank God, and you?

AF:  Thank you, how are you? Friends this year...hundred years ago acquaintances [Look who is calling me]!

AZ:  [Laughing]

AF:  Where are you [UI]? Where are you, the professor for important people [elites]?

AZ:  [laughing]

AF:  Where are you?

UNCLASSIFIED

4

Tab 9
Page 4 of 44

CF375342

UNCLASSIFIED

S20070528184558_5033805646_1291

AZ:  [Laughing] [UI] same country...I am right here; where are you?

AF:  I am around...unless I....I only see you in airplanes and at the airports.

AZ:  [Laughing] yes, true.

AF:  Are you doing okay? Is your family okay God willing? [UI]

AZ:  Thank God, they are okay, how are you?

AF:  I am thankful to God. What are you doing [UI]? [Jokingly] I heard you bought the University of Pennsylvania. Is it true?

AZ:  [Laughing]

AF:  Well, how is everything else? How is your brother doing?

AZ:  He is also okay. He has come...he was in your area, but he came to Connecticut again.

AF:  Is that right? Well...what does he do?

AZ:  The same...he is with a firm...the same [UI].

AF:  Alright...so he is working.

AZ:  Yes.

AF:  Okay. Well...we are happy...this Mr. Abu-Torab always does good [blessed] things.

UNCLASSIFIED
5

Tab 9
Page 5 of 44

CF375343

UNCLASSIFIED

S20070528184558_5033805646_1291

AZ:               Yes.

AF:               One of the good things he does is connecting dignitaries like you with us [says sarcastically].

[Laughing]

AZ:               Well, I'm going to even the score with you [I'm going to get even with you.]

AF:               Okay, well, Mr. Abu-Torab, I am at your service.

MY:               Please, brother Akbar. Brother Asad, I am saying,...I think it was the day before yesterday that I talked with brother Akbar, for few minutes, and advised him to come and help us in the *board of directors*. What I told him was...hmm...for two reasons...it is necessary to invite few trustworthy brothers and...hmm...who worked with us in the past, to be among us for guidance, and one other thing is, if brother Akbar likes...we...we...look,...so far we had never gone after religious brothers, or let's say religious group, unless some of them heard about us here and there, and became sponsors. In fact, if you look at different cities, this religious group came [break] and became very established, and exactly, thing...in it...they are well known in the cities... and they are accepted...and you can see some of our own brothers among them. I said...in my opinion, it will be very interesting to organize a committee now, and if brother Akbar likes, to be the director of this committee; and we start working on [to recruit] religious, but non-political group in America; this is what I had in mind as a general thing. Brother Akbar, I decided to talk to you too and find out what do you think and if you like to do this at all...and if you have any question.

AF:               Abu... hello Abu-Torab--

MY:               Please.

UNCLASSIFIED

6

Tab 9
Page 6 of 44

CF375344

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:    --dear Abu...I did not hear...maybe...about 30 seconds of your talk...and suddenly got cut off.

MY:    Aha... hmm...well, brother Asad, you--

AF:    Anyway, I got a general idea. [UI] don't want to repeat it because it is the same thing you said...that we want to be able...anyway... a group of ...those who we may have talked about them...7-8 years ago, and if we are able to say...we were more or less working on them...I mean, personally...but it wasn't an *organized* and planned action. If there was an opportunity, I sometimes gave talks here and there. If I was somewhere, I went and said couple of words...then, I familiarized those who were not familiar...for example, hmm...with the Child Foundation activities; but it was not in an *organized* way. Now... you...the thing I understand is, that you want to do it in more organized...to [UI] shape, as we say, because our religious figures, who were very shallow, and divided into several categories, such as political and non-political, are now a little more *uniformed* and *homogeneous*. For this reason, they will be a strong base to help the Foundation; am I right?

MY:    --yes, I almost thought about it the same way. I don't know now if brother Asad agrees with me or not. Now, I think...they...specially...look, brother Akbar, we had a few cases [UI] that religious authorities...few Ayatollahs, and in particular, Ayatollah Makarem Shirazi [PH]--

AF:    Yes.

MY:    --we have letter from him saying anyone who wants, can pay Khoms to us--

AF:    Yes.

MY:    --then, for example, we received some big donations like 300...200...300 hundred thousand dollars.

UNCLASSIFIED

7

Tab 9
Page 7 of 44

CF375345

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:             Yes.

MY:             For example, we never went after these things...I believe there is a great *potential* among our religious figures.

AF:             No, this is huge...this issue...for example, this *base*...the same issue that you could get these gentlemen's permission for example...that can at least donate not Imam's portion but their own portion, as it is 25%, which they usually ask to be allocated to Islamic propaganda and for example, is the thing...even that 25%... sometimes, some of these gentlemen even allow 50% of it--

MY:             Yes.

AF:             --for example, this year, when I was at Hajj, I talked to Mr. Sanei [PH], he very easily allowed...to be able...as a matter of fact, I mentioned the Child Foundation and others. They easily grant permission, in addition, one can also obtain a written consent.

MY:             Yes, there are lots of possibilities, but someone should pursue it, and make plans for these types of works.

AF:             Yes, I am saying...of course...in different areas, I have to talk to you more now, so Mr. Asad and you, find out which areas you have in mind [you are more interested in pursuing]. In general, hmm...you mentioned one or two areas; and one of them is to collect funds for Foundation; of course, this is a very important issue, specially, because it consists of two [UI] major purposes; one is, the Foundation...hmm...is a charity organization and a *tax deductable* institution which people don't mind to make money...they donate a *tax deductable* money. This is one of its things...and the other one is that it is used for a purpose that they like the most [money] to be spent on; for instance, for the orphans and the poor. That is the reason I think this part...this side of it, is the most important side [branch] that can generate [bring] high figure; hello, do you have my voice?

MY:             Yes I do, we have your voice.

UNCLASSIFIED

8

Tab 9
Page 8 of 44

CF375346

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:     Then, there are other aspects, that I think, for the time being, instead of going into detail of it and *build up* on that, it is better to see what areas we can work on, what *job function* you will generally have, and what you expect me to do, so I can see if I am capable of doing that; then, talk a little bit more about those things in the same areas that you and brother Asad and our sister are active; and talk a little bit about activities you handle yourself from inside; we talked a lot with you here and there and in the past, but now, explain a little more so I can familiarize myself, and see if I can position [see] myself...hmm... in that area. Then in my opinion, when this subject is a little bit things...then we start by emails and phone calls, *define* some subjects...for instance, *define* one of the *functions* that can be worked on, and then talk about organizing a committee to work on those issues. This is what I think.

MY:     Yes... brother Asad, are you still there or not?

AZ:     Yes, I am here.

MY:     Aha, well. Don't you have something to say?

AZ:     No, not for now, you continue and I--

MY:     [UI] I think, it will be different things, one is, you as a member of the *board of directors*...in this Board...for example *board of directors* organizes general activities for the Foundation...it means, if an issue arises it is the *board of directors* that decides, through consultation, what needs to be done [what actions need to be taken] so the Foundation takes responsibility for general policies; well, this is something that requires you as a member of the *Board* of *Director* to cooperate with us. This is one thing; and another thing, dear brother, that I wanted to be sure of, is...that you, after all... you have a general idea about the Foundation, but I wanted to be sure that you approve the *system* we conduct our business; because, as you know, the *system* we conduct our business with for example, was so far...that we had to attract people in the same *style* [manner] that other common charities of the world, or non Muslim American charities do. It means, we...let's say, the same way you might have seen on our *website*...we...any kind of musician, or...I don't know,

UNCLASSIFIED

9

Tab 9
Page 9 of 44

CF375347

UNCLASSIFIED

S20070528184558_5033805646_1291

singer...anybody, who says he/she wants to help, we say, go ahead, we don't care for example, how he/she is, but, the only thing we really observed [in the past] and will observe, is very specific *standard;* for example, when we arrange a meeting nobody is allowed to *serve* alcohol and thing like that, but if someone goes out of our building, and drinks alcohol we do not care. You know, I wanted to make sure that we [UI] in the Child Foundation...is acceptable to you. Our *style* is that we don't want to...educate anyone here. Our only job is to take money from them and train [educate] our children in Iran; we don't care for them [those people]. Of course, I have to tell you a little bit about...we got thing from religious authorities... we have letter that they stated that it will not be a problem for them--

AF:    -- [OV] It means, to obtain...I think, it was once discussed, that someone criticized you that you get money for instance, from corrupt...for example, a corrupted person... it is not a legitimate source of funding...for instance, to give to an innocent [uncorrupted] person. I believe something like that was once discussed and you mentioned you have asked...and things...and they responded that it is not a big deal...I just remembered something like that.

MY:    --yes...but, look, few years ago, a person from California, said, "dear sir, I want to have a fashion show at my home and donate the money to the Child Foundation", we said, "you can do whatever you want; it is not our business to interfere with your business"...you know...hmm...I say...of course, we have some *standards* but our *standard* is very thing...*lose*. In fact, we have no other choices for example, to expand [become big] the way we want to grow. You see, we are on very limited. [UI] the work we do...you see...we don't coerce [oblige] people, and we don't let them dictate to us...like what...like...the Baha'i people help us, Christians help us, Jews help us...any group you can think of...royalist and non-royalist helps us...but, on the other hand, we don't let them intimidate us, for instance, we had a group...hmm...I don't know if you remember...Ms. Shoja [PH], and others who worked in Los Angles--

AF:    You had talked about them.

UNCLASSIFIED
10

Tab 9
Page 10 of 44

CF375348

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:                    --yes...but of course those--

AF:                    [OV] [IU] talked to me once.

MY:                    --yes. They were trying to manipulate us...for example, they were
                       saying, "you are not allowed to accept children from Qom." [UI]
                       these types of things, we stand up to them, but nothing other than
                       this. For example, it happened many times that people
                       called...honest to God...began cursing the clerics...they were
                       frustrated, but we don't criticize them [for that], we only want to
                       get money and deliver it to our kids. This is our *style* brother Akbar.
                       I think it worked well; I believe if we continue doing the same
                       thing, and our brothers cooperate and don't get irritated by our
                       *system*...for example, we...our income was around 3 million dollars
                       in 2002; I think...it is currently down because we lost Ms. Shoja's
                       group; but, I know for sure that it can be done. Some political
                       issues...if the sanctions are reduced, dear [UI] I...for example...30
                       million, 40 million, and 50 million perhaps more per year...I don't
                       think it would be a problem for us at all to collect from people.

AF:                    yes.

MY:                    They are groups of noble people [UI] even if they are not Muslims,
                       or do not observe Islamic [UI], we don't bother...there are lots of
                       genuine people. This is the *style* of our work, because, brother
                       Akbar, when you want to work in the level of the *board* of
                       *directors*, these things eventually become problems. We have to
                       decide if you want [UI]. Once Googoosh [PH] said, "I want to
                       arrange a concert for you, do you allow me to do that or not?" We
                       received these things with open arms; because I think...she will do
                       it, why not giving the money to our children [why our children do
                       not benefit that]? This is how we think.

AF:                    Yes, anyhow, thank you for saying these to me, there are lots of
                       questions...I will tell you few things about this, but, I have to really
                       think about it, and not to rush to tell you anything; but regarding
                       one of the issues you mentioned...well, I knew from the past, how
                       much it approximately is; however, the figures you have *targeted*
                       now 30-40 millions and so...with regards to its *execution*...do you
                       believe that this money is used accordingly and so...and is

UNCLASSIFIED

11

Tab 9
Page 11 of 44

CF375349

UNCLASSIFIED

S20070528184558_5033805646_1291

thing...do you have adequate potential on the other end as well? Is that a fact? I mean, do you believe that there won't be any problem? One thing is, that...in any case...nevertheless, this money must get to people, and another thing, how does it get there and how it is used, so on and so forth...do you believe that you have those arms [people] to do this, if it becomes that big [expands]?

MY:     Look, at the present time, we have approximately 3500 to 4000 kids in Iran; our administration *system*... now our *system* can accommodate twice as much.

AF:     Aha.

MY:     Do you understand what I am saying?

AF:     Yes.

MY:     It means, we almost have a staff for about 4 to...sorry, 7-9 thousand... not 9000, perhaps, but 7-8 thousand children in the entire country [Iran].

AF:     Right.

MY:     It means our *infrastructure* is about that much. The reason we kept it at this level is because we can foresee that in the near future, we can get there [grow]. If at this time, God assists us, and our two million dollars become 10 million dollars, it won't be so difficult to expand, brother Akbar--

AF:     Yes.

MY:     -- we can immediately...because we proved ourselves [UI]. It means, we know exactly what to do...we have 500 children on our wait list that they [office of the Child Foundation in Iran] do not send it to us, because we do not have ability to deal with them; but, if we want, we can rapidly increase the numbers. This is one thing,

UNCLASSIFIED

12

Tab 9
Page 12 of 44

CF375350

UNCLASSIFIED

S20070528184558_5033805646_1291

> and then, look, brother Akbar, we could now resolv many major issues that we were dealing with few years ago. One of them is that we are being... the Child Foundation is being *audited* every year in Iran...*Ernst & Young* audits the Child Foundation in Iran...it means, from the accounting point of view, they do it very accurately and precisely, in addition, it [Ernst & Young] is well known all around the world. It is now, our third year here, that we are being *audited* [UI] by...for example, independent accountants--

AF:    Yes.

MY:    --it means, from the accounting [bookkeeping] point of view...we even did thing...two, three months ago...we even brought our attorneys to Portland...they *audited* our entire *system* to make sure that, for example, from the economic...economic sanction regulations standpoint, we negligently, are not doing anything wrong or illegal.

AF:    Right.

MY:    All of these things...these were, in fact, crucial things, that we were certain...we are not able to collect big numbers from people without dealing with these things, because--

AF:    Yes, yes.

MY:    --people worried, they said, "how it can be"...and we solved all these problems now.

AF:    Well.

MY:    It means we are going to be *audited* every year...hmm...we were being *audited* from the legal point of view...another important thing is, brother Akbar, our office [administration] *system* is very efficient, I can say for sure it is almost 80% *streamlined*. We have an extraordinary *manager*; our office employees are very good

UNCLASSIFIED

13

Tab 9
Page 13 of 44

CF375351

UNCLASSIFIED

S20070528184558_5033805646_1291

[knowledgeable]. I believe many issues...I say...said to you...we could resolve many of our problems from the past...even if I cannot say 100%, but we perhaps resolved about 80-85% of them.

AF:        Yes.

MY:        Yes. What is left is...our only problem is--

AF:        [OV] Then--

MY:        --go ahead please.

AF:        --brother Abu-Torab......boar...this so called...board members...do you have to report them to legal authorities...that...who and what they are--

[Noise]

AF:        --or...are they...hmm...do they go under thing to find out who they are?

MY:        Yes, well they are things...yes our *board of directors* is open source; it means, we are bragging about our *board of directors*, and they are on our *website*...hmm...we announce them everywhere --

AF:        That is right.

MY:        --look, brother Akbar, there is another issue..., we have things...we have *liability insurance* for all of our *board of directors*; you know...it means, it is not [UI]--

AF:        Yes.

UNCLASSIFIED

14

Tab 9
Page 14 of 44

CF375352

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:         --this is the matter of legality. We have *liability insurance* because if someone *sues* us...those...the *board of directors* do not have any problem--

AF:         Yes.

MY:         --we took into and we consider any *standard* procedure that everybody does--

AF:         Yes, of course.

MY:         --we have *insurance, workman comp* for our employees... we considered everything that other office systems do.

AF:         [OV] Yes, yes.

MY:         But, the *Board of Director*...one, who for example, wishes to mingle with society...he/she can, however, our *board of directors* are on our *website,* and we try to do things...for example, announce their names, well, for our own benefit.

AF:         Yes, yes. [Clearing voice] yes, this was also a question that...then, from the legal point of view, did they ever create a problem for you, in the past few year, specially...in the last few years and so? You mentioned that some people came and talked about....things like that...you know what I mean.

MY:         Yes. So far, we did not have...for instance, they came and talked with few of our donors, but they never bothered us.

AF:         Aha, yes.

MY:         Somehow, it is also very astonishing to us, but it is good in one way; because, look, brother Akbar, I know many of the Iranian charities that OFAC officially told them that they are not allowed continuing working.

UNCLASSIFIED

15

Tab 9
Page 15 of 44

CF375353

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:        [OV] It is very strange.

MY:        [OV] But never said that to us...never. Look, brother Akbar, I can
           prove [UI] myself but my guess is...look, from the very first
           day...our *system*...you can never say for example... think...that the
           Child Foundation is a political *system*...it is not...a religious
           *system*...it is not--

AF:        [OV] [UI]

MY:        --because, we proved that by action.

AF:        Yes.

MY:        You know, we...for example, if you look at the list of our sponsors
           and donor, they are from every different political group...for
           example, they might be from MEK group, I don't know...from
           royalists...anybody, you name it...they are from Hezbollah
           group...religious...non-religious--

AF:        Yes.

MY:        -- [UI] we have people from different religious groups...for
           example, Baha'is, Christians [Armenian], Jews, Zoroastrians, and
           Muslims.

AF:        Yes, yes.

MY:        We have people from every group you can think of...you
           know...we basically did it this way. It means, we did not do it
           behind the curtain. I believe...I know that we even have few people
           from the State Department as sponsors.

AF:        Yes.

UNCLASSIFIED
16

Tab 9
Page 16 of 44

CF375354

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:    You know...it means we did it like that...I think, because we did it this way...in fact...I am certain, we are under microscope--

AF:    [OV] Hundred percent.

MY:    --with no doubt, but they never bothered us; because, in fact, we did it like this in practice, not to have anything to do with politics or anything else; we only help children and put the families in America in touch with children who need aid, in Iran.

AF:    Ah...hello.

MY:    Please. I am listening, go ahead please.

AF:    Yes...hmm...no, I was listening, thank you; everything you said was very good and informative...that is for...now, some of it was clear and some of it was thing...the issue is...one of the things is...now, the question that I have...and that is very interesting for me... since you know [UI]... then, how did you interact [deal] with them....for instance, even in the monthly magazines, and those things, or other places, that I did thing...you dealt with them somehow...and made them... it is very...to accept that this is not political at all...and it does not have anything to do with religion, and in some occasions...this will go back to the things you said...you were able to...thing...them...like...this is not their business, but on the other hand, you put stop in other areas...that, for instance, if anything they like to do...for instance, like drinking... is not suitable, and that puts the Islamic fundamental teachings under question... you could prevent that. How could you do that? I mean, this is an interesting question for me.

MY:    Look, brother Akbar, we, in fact, did not do anything. Our belief [principle] was, if you trust people, and you respect them, they will respect you, and it was very interesting to me; for example, let me give you an example, look, not long ago, a woman called us...a lawyer from Los Angles, she said, for example, "we are very thing... we got information about the Foundation and we like to...my friends and I...like thing...to have a *fundraising* for the Foundation, and my suggestion is to have a *wine tasting contest*;

UNCLASSIFIED

17

Tab 9
Page 17 of 44

CF375355

UNCLASSIFIED

S20070528184558_5033805646_1291

we have done this before, but, I like to do it for you." What I said to her, was, because we do not want to offend our sponsors, since some of them are Muslims, we usually don't encourage these things, but if you think this is your only *passion*, go ahead and do it, we support you. You know... honest to God, during these twelve years, brother Akbar, this is how I dealt with them. They themselves...then there is another issue...we...those who cooperate with us...whoever works with a charity has usually a good heart...and is not a wicked person and a charlatan--

AF:             Yes.

MY:             --you know, if he/she wants to be a swindler...well, people will easily notice and they don't let him/her in...they throw him/her out; but...same... if you...you say a little he/she understands. It was honestly like this during these past thirteen years. I only told them that we must...not only...aha...I give you one example...one more explanation...most of the times, I tell them, look, we have to ...thing our children...we support them; if we do something that the Islamic Republic does not like, we will be hurt, and if we do something that America doesn't like, we lose too; you have to take into consideration...for example, thing that are against the Islamic fundamentals, if you do that, then they do not let us do our job in Iran. If I tell them this, I don't need to tell them the rest; they are going to be careful.

AF:             Yes.

MY:             You know, televisions that are very [UI] they don't go to say [UI] themselves.

AF:             Yes, yes.

MY:             In fact, since I only did this much, there we did not have any problem, they themselves are cautious.

UNCLASSIFIED

Tab 9
Page 18 of 44

CF375356

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:             Yes, yes, thank you. Mr. Asad is very quiet, Mr. Asad, are you asleep?

[Laughing]

AZ:             I am snoozing.

[Laughing]

AF:             You are snoozing, yes?

AZ:             Abu said it all--

AF:             Asad, I think you are getting old [UI]

[Break] [Noise]

AZ:             --Abu knows all that needs to be said [UI]

[Laughing]

AZ:             He is expert.

MY:             Now, brother Akbar, before brother Asad talks, I want to add a point here...hmm...do you hear me?

AZ:             Yes, yes.

MY:             Look, brother Akbar, we...in the *board of directors*...we are three individuals, saideh [PH], brother Asad, and I...what I had in mind was, that you and one of the other brothers that [UI] hello--

UNCLASSIFIED
19

Tab 9
Page 19 of 44

CF375357

UNCLASSIFIED

S20070528184558_5033805646_1291

[Beeping] [Busy signals]

AZ:            We got disconnected.

MY:            --brother Akbar?

AZ:            It looks like he got disconnected.

MY:            Aha ...let me bring him back again, hold on please.

[Busy signals]

[Beeping]

AF:            Hello.

MY:            Hello, brother Akbar, you got disconnected.

AF:            Yes, yes. Because I am on the road...so...I was talking about a point--

MY:            Excuse me; let me also bring brother Asad on line.

AF:            --I am sorry, please go ahead.

MY:            Brother Asad?

AZ:            Yes, yes.

MY:            Aha...please...go ahead, brother Akbar.

UNCLASSIFIED
20

Tab 9
Page 20 of 44

CF375358

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:          Forgive me, the point that I was saying about, was this, at the present time... [Break]the religious group that are now...in America...the sensitivities...political passions, is cooled down a little bit...like everybody says...as I said, everybody became somehow *homogeneous* [clearing voice] because, to some degrees it is a reality...when I was in Chicago...I give you an example...they have a center called Ershad [PH] Islamic Center, hmm...this center Ershad Center...few of the old brothers...they started it about 7-8 years ago. Do you hear me?

MY:          Yes, yes we have your voice.

AF:          Yes, they started this, and they were after getting money to build an Islamic Cultural Center...well...if you remember, in the old days, out of most of the centers in different cities, some were funded by the Alavi [PH] Foundation...provided half of the cost...I don't know...they considered it loan and thing. Then, their policies gradually...hmm...changed, and they began to say, "we want to be independent and because we don't want to be associated with other side"...to Iran's problem...anyway...they are active and thing...they are active for some years, well, with regard to money, they have collected some and have done other things, and also purchased a place, but they reached a conclusion...as a matter of fact, they were talking to me last night...that "we got to the point that we do not get to anywhere by bring politic issues and things into our work." We have to exclude that, so it will only be spiritual; if that happens, there will be, for example, a potential for people with big figures to bring their money to this Foundation...so called center. Anyhow, my point is, this is an example regarding the issue you are talking about, and it is a process that has started and what you are saying is absolutely true. There were people in the past from both sides; the ones who were for, or against--

MY:          That is true.

AF:          --these people did not wish to participate in these activities, because the one s who were for, wanted to enforce their ideas, for example, they said, if the center... does not organize a meeting for the anniversary of Iran's Revolution, or death of Imam, they will not pay a penny to that center; or the other side said, "if there is such and such thing, it proves that your mind is set ...to the other

UNCLASSIFIED

21

Tab 9
Page 21 of 44

CF375359

UNCLASSIFIED

S20070528184558_5033805646_1291

side [Iran]", and we don't wish to cooperate." At the moment, a middle ground is little by little [gradually] developing, and, what you are talking about now, is something similar to that, but, this problem occurred couple of years ago...I don't know now...when was it, Mr. Abu-Torab, you yourself, were somehow in that direction... with some of these people who are not among the fundamentalist group...I mean, the Foundation works--

MY:         Yes.

AF:         --if you remember, I myself was *surprised*, and called and talked to you, to find out what was going on, and you explained a little and so...how many years ago that happened? It was two, three years ago or more...is that right?

MY:         Yes.

AF:         To be honest, that I don't know... thank God, you yourself are here and there, and are in touch with the old folks...this had an effect on religious people and their reputation, I am not sure if you sensed that or not--

MY:         Yes, yes. That is true.

AF:         --yes, it means in some ways, the same folks here...I did not clearly say that to you...even the folks here said, that they will not help anymore.

MY:         Yes, yes that is right.

AF:         [UI] this story...I... we consider this a trustworthy place that for example, we are sure that the money we pay...is used for right reasons and so, but one who communicates with these musicians to come and do things, we can't deal with...these kinds of arguments happened.

UNCLASSIFIED
22

Tab 9
Page 22 of 44

CF375360

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:        True.

AF:        Few of the brothers, who are there, came and in a very...thing
           [Break] [UI]

MY:        Brother Akbar, you are disconnected [you voice is not heard].
           Hello, are you there, brother Asad?

AZ:        I am, but, it looks like he got disconnected.

MY:        He is gone again. brother Akbar? Hello.

AF:        These [UI] very--

MY:        [OV] Excuse me, brother Akbar--

AF:        --yes.

MY:        --Brother Akbar, we lost your voice for 30 second. Please start
           from there...that you were saying that these brothers--

AF:        [OV] asked Question.

MY:        --yes. We did not hear what you said after that.

AF:        Yes. I said, they questioned these issues...if they are trustworthy,
           since they communicate and associate with these people. This, in
           any case, is a reality... it means, that the experience proved...not
           that God forbid, that you or the Foundation were like this...but, in
           any case, people's intention changes...there were many groups and
           places...I came across...our political experiences during the past
           30 year of revolution shows they were with one side, and then, for
           example, few years later they changed direction and leaned toward
           the other side.

UNCLASSIFIED

23

Tab 9
Page 23 of 44

CF375361

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:         Yes.

AF:         --they said, they made a mistake, and now, "we want to go to the other direction."

MY:         That is true...it is true.

AF:         There was such reaction there and they said, "what is this story?" and I responded, honest to God I...hmm...for example, I mentioned your name and said honest to God, this brother that I know for the past 25 years...I don't know how many years...has not changed and this issue is specifically under microscope and his policy is to get thing...from everybody...in fact, couple of brothers accepted and continued and cooperated with them a little, and sometimes I don't know...there were small figures, but whatever it was, they assisted and so, but one or two...I don't know...about your survey [record] I myself don't know how many were from Michigan, and how many currently are; I know for sure, they removed themselves and they were a good number or people. I don't mean that this is...thing now...I mean, there was a *setback*, because of this...for...it means, there... a *setback* occurred from the religious brothers connected to the past... now, I don't know, if you looked into this or not, or even thought about it yet?

MY:         Yes. Look, brother Akbar...hmm...I am sure...of course... not......in fact, we did not do a survey to see which of the brothers left; but look, we went...we got a letter from Mr. Khamenei [PH], we have letter from Ayatollah Sanei, we got a letter from Ayatollah Makarem Shirazi, that non- Muslim...I will definitely do things...*email* letters to you, that the singers and I don't know...the artists, here, arrange program within their own *system,* and do fundraising for us and non-Muslims are giving money to us, is this okay or not? All of them, in their letters wrote, that it is okay--

AF:         Yes.

MY:         --hmm...we went that far; now, look, brother Akbar, that is what I wanted to say to you...we think...everybody is...thing...free to do as he/she wishes, but I hundred percent [definitely] believe if we want to put these restrictions on ourselves [to limit ourselves]...of

UNCLASSIFIED

Tab 9
Page 24 of 44

CF375362

UNCLASSIFIED

S20070528184558_5033805646_1291

course, it is possible to collect money but this is not what we have in mind. We believe that we have to do exactly the same thing that other charities do here...I mean, those charities...it is not the matter of 50 million, 100 million, and 200 million or 300 million per year that they are collecting. We...we started it this way [style] and we want [would like] to get there. If we can't...I myself don't have patience to sacrifice my life for a small charity. Our *style*...we have to follow *style* of the regular charities, if we want to get there.

AF:         Yes.

MY:         For example, brother Asad...brother Akbar, two weeks ago...two three weeks ago, a doctor called us from DC, he left one million dollars of his inheritance for us.

AF:         Praise be to God!

MY:         Well...do you understand? This [UI] is like this, for example...I am saying...those who have money...let's say...we now...it is in our mind, that in near future...and...we almost did it...the one who is from eBay...who is he...that guy--

AF:         Yes.

MY:         --we want to approach these people. If you want to look at these issues from religious perspective, it does not work.

AF:         Yes.

MY:         I know for sure, that we might not be able to attract many of our brothers, or we might lose them...but I really believe...brother Asad can say that we reached this conclusion that we have to...I mean, when I say we have to, I don't believe we are doing anything wrong or against religion--

AF:         Yes.

UNCLASSIFIED
25

Tab 9
Page 25 of 44

CF375363

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:          --this is the method you want to collect money for your children...you look at it from different angle, brother Akbar, four hundred of our children are college students--

AF:          Yes.

MY:          --we have one hundred and seventy [students] who graduated from college and they are pursuing higher education like master degrees and higher--

AF:          Yes.

MY:          --did you know that? None of them became infidel [non-believer] because of the method we chose for our work. They are all very devoted and good people and are...they are now...we have 600 people that some are married and the rest...the job market...entered the job market. In a short period of time, we proved that we were very productive [the result was incredible.]

AF:          [UI]

MY:          [UI] but I think it is true that we won't be able to make everybody happy.

AF:          [UI]

MY:          that is why I explained to you, that we want to continue our *style* like this. Now I was [UI] that you got disconnected...look brother Akbar, the reason we want you to...it is definitely necessary for you to be in our group, because we want a key person to be in our *board of directors*, so we know that our word is final. If we add couple of people to our board of director, they won't be able to tell us what to do...impose their opinion on us.

AF:          Yes.

UNCLASSIFIED
26

Tab 9
Page 26 of 44

CF375364

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:         You know? This is how it is.

AZ:         I only add few points here...I think, by now, Abu himself...hmm...of course I said all these...because the point is to add members to our *board of directors* like it said, we want people with different opinions to join us...hmm...I think the main thing... we  must do things to--

AF:         Hello, Abu!

MY:         Yes, go ahead.

AF:         I lost your voice for 30-40 seconds again.

AZ:         --aha, okay. I am telling that the way Abu-Torab was explaining...now the main point is, that we do thing...the main point is, that we get ...other people also join the board, and other people come to board it means, they bring with them different ideas. [perspectives]

AF:         Yes, yes.

AZ:         Hmm...for the same reason, and other essential reasons, I think there is...eh...with regard to the brothers, you were talking about, I believe, for anybody who joins us, we have to clarify that what it means. For instance, it is different from building a mosque. This...we are not after building a mosque here. Here we only collect money from people whose intention is to help...hmm...regardless if they believe...thing...ultimately this money is going to a place to help the people that needs service...if it is Iran...it is for Iranians...or other places; we want to make thing right...to be adequately used for that place. If we bring religious issues in, then, I think it puts restrictions about the money, because, you can only...eh...attract special group of people and exclude many other groups, while here, the objective is completely the opposite...attracting everyone *regardless* of political and religious views and so on and so forth; to only say, "sir, do you want to help a person...for example, in Iran", this is our goal--

UNCLASSIFIED

27

Tab 9
Page 27 of 44

CF375365

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:               Yes.

AZ:              --that needs $20, per month..."can you help by giving $20?" If the person agrees, well, "we accept your money and it is not our business to know what you do"...we don't have a *filter* to select people and say "we accept your money note the other person."

AF:               Yes.

AZ:              hmm...I think the issue is, to eventually find out if this is a correct move or not. If it is a wrong move, then we finally say nobody must come, but if the move is a correct move, those guys must realize that this is not about mosque...building mosque, and an Islamic center, is not what we have in mind. For the same reason, we should set aside those *filters* that we have in mind.

AF:               [Clearing voice] brother Asad, do you know...the first thing...I want to talk about another subject...this...look I don't want to talk about something that moves us away from the main subject...look, I...this...brother Abu-Torab might know, these brothers who we mentioned their names are very much in minority both in numbers and financial aspect, in order to help. For the same reason, I think it is not about that...everything you said is very clear to me personally...those clarifications and the things you explained...those are very obvious...but my own personal opinion is different, of course...my opinion might be something in between what you said and what we hear; but for the time being...that might also be a subject for discussion. We can discuss that among ourselves. In my personal opinion...I say, some of it...for now...it is not bad that you...in my opinion...since we knew each other in the past ...anyhow, it is now 15 -20 years later, and people's views change...My general [overall] opinion...Mr. Abu-Torab are you there?

MY:              Yes, yes. I am here.

AF:               Okay. My opinion is...hmm...that I am very *flexible* about everything that we are talking about. It can be very close to your views you express, but I set a *fine line* for myself. Based on my

UNCLASSIFIED

28

Tab 9
Page 28 of 44

CF375366

UNCLASSIFIED

S20070528184558_5033805646_1291

analysis, it is a *fine line* that...hmm...I think these *fine lines* are very scary and must be...used... since two, three...brothers we knew from the past...I believe, we must be very cautious. If you ignore that *fine line*, it might go to a direction that God forbid...you might...let me exaggerate, we might be able to collect 100s of million dollars, but not to be used for many years of your hard work, and the goal you had in mind. It means you can say for example, you collect one billion dollars, and do thousands of things; the things that will be globally carried out...at this moment...but it is used for something other than charity works that are primarily deemed for. I mean, we have to take that into consideration as well. Keep that in mind and the thing that happen...yes, that [UI] specially, in this day and age, and in current situation, either in our country or here, we have to have a broad vision and be *flexible*...to be able to attract every group...people with different vision regarding charity work. What I mean now, is, what is important in a charity work; the purpose, to my view, requires some *fine lines* that this charity...now...I have to give you an example...God forbid, I don't want it to be thing...I usually bring this as an example to my children...do you hear my voice--

MY:                Yes, yes; go ahead.

AF:                --when we were students in Nevada; there was a person whose name...his name whatever it was...you don't know him...let's say his name was Saeed [PH]. They called him "burglar Saeed," if you sat down and talked to him, you would realize that he had a very warm personality. He was extremely good person. When we were in that university, before coming to California, I was in Nevada University...we...so called...the It was obvious to anyone who looked at me, that I am indeed a religious person...that there are 3-4 devoted Muslims who say their obligatory prayers, so on and so forth...for example, they eat specific type of meat...they do some activities different than others...but he [Saeed] hung out with everybody; as you mentioned, he attended concerts and things...when we went to cafeteria for a cup of coffee or to eat something, he came and sat next to us...and he was friend with everybody, in a few words, he had a lucky touch. He had a good financial status at that time, guys were students and so...please believe me, he would sat...for instance, once I was sitting...now let me tell you my story...I wanted to buy books but they were expensive and I did not have money...I said, this book...as a matter of fact, I remember the name of the book...I said this damn

UNCLASSIFIED
29

Tab 9
Page 29 of 44

CF375367

UNCLASSIFIED

S20070528184558_5033805646_1291

"Decision Making" and so and so book cost 150-160 dollars, and I don't have that kind of money, I think I will get one of those books and copy it *chapter* by *chapter*. I don't know how he heard that, and the next morning, he brought 3-4 books and put them on our table. We knew that he is not an honest person "he always had an itching palm, and he was stealing these from the library, for instance, he was doing thing...my point is, that he was doing good things but unfortunately in a wrong way. What I am trying to say now, is...it is my personal opinion...we have to have a *fine line* to see...it is true that this money comes...and our books will be available at that time, but how? It is somehow...thing...but anyhow...I think, like it is said in the old times, we don't want to get ahead of the gentlemen [religious authorities], brother Abu-Torab has done this job, and has asked those gentlemen and is experienced in this... I think, the homework is done; but I thought...I have to open this a little bit ...that we might...might...are you listening to me...I don't know how far we can go and do thing, but at the present time...in this level...for example...even in the centers and mosques...if we can organize [plan] and talk to these gentlemen...to some extent, get the funds and Khoms and large figures to assist us ...and do thing...it is possible to run into problems like that, therefore, we have to have an *strategy*...It means, the one who claims to be involved in such thing, like myself...to have a strategy, and a plan, to *define* this, to set a *fine line,* so a poor person, who wants to assist, for example, with part of his Khoms and so...he doesn't think that for example, he has made a wrong direction so we should not have anything to do with it. That was my intention, otherwise, those things you talked about...building a mosque and thing...look, brother Asad, this kind of ideas [thinking] has already changed and majority of people are not thinking this way anymore...yes...mosque and so on and so forth. Now, like it is said, the people's notion has changed to some extent, and they are not like that anymore; but, well...one might say "sir I donate 50 thousand dollars, 10 thousand dollars per year...15 thousand dollars toward my obligations and would like that to be transparent a little bit." I say, "we have to have answers for these questions."

MY:    I want to tell you brother Akbar, you have to consider that...hmm...I mean, the way we said that we [UI] lots of things I said because I thought we know each other--

AF:    Yes, yes.

UNCLASSIFIED

30

Tab 9
Page 30 of 44

CF375368

UNCLASSIFIED

S20070528184558_5033805646_1291

MY: --I mean, we are Muslims before we are anything else...it means, the *standards* you talk about is hundred percent valid, we never start things ...and withdraw from them. You see, the *standards* that we set for ourselves in Foundation, is about two things. These two *standards* are somehow...for example...those who don't agree with our *ideologies,* or they might not understand it...we did it in a way that it did not break the laws of that land.

AF: Yes.

MY: If it is America we do not violate the law of this country.

AF: That is right.

MY: Do you understand? Now...if we work in Iran, we do not violate the laws of Iran, same with Afghanistan, and Indonesia. It means that we follow the laws of the countries. The local laws...the same example you gave...well, theft is hundred percent against the law. Beside, brother Akbar, we are few people and we know what we believe in; we take that into consideration as well, it is for the same reason [UI] board, so we can prevent [stop] anyone who wants to do something against our belief...not to take the votes and say that we are in majority and we do whatever we wish to do, this is one reason; and then look, there is one more point in our *bylaws* [coughing] and that is [coughing], that we will have *ethics committee*. This *ethics committee*...of course we have not laid down the structure, because we have not selected members yet...the members of this *ethics committee* are, for example, policymakers; there would probably be one person who is familiar with moral values...including other people. We have an accountant who keeps track of the bookkeeping related issues, and then, *ethics committee* gives *guideline* to...for instance, to the Child Foundation, that, we comply with those *ethics guidelines,* and we specify them more clearly. This was in our mind, but, we have not put it on paper yet. In any case, I want to tell you brother Akbar, the reason we did not discuss those things you mentioned, is because we believe you know we are hundred percent [definitely] aware of them.

UNCLASSIFIED

31

Tab 9
Page 31 of 44

CF375369

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:    Yes, yes. No, that is hundred percent [definite]. I know that it is on your mind, I was playing devil activate [*sic*] I am saying when we want...I mean, I personally...if we, God willing, began this project, for example, when I am going to four mosques or four centers... with the committee that is already recognized...we organized...we start...I mean this is the goal—

MY:    Yes.

AF:    — I think...it means, the members and I, can begin collecting from those places that you think are suitable for activities...we can go [clearing voice] all over the United States to Muslim communities and their centers, and explain to them, that this is how we do activities...and then, we start the thing. When it is discussed like this, it is more likely that some questions arise—

MY:    [UI]

AF:    — [UI] my intention was more on that same thing...you...it was very interesting thing...that one can say...we have a *fine line*, we have *ethics committee* and so on and so forth. I mean, most...most of the things can be fixed by being transparent—

MY:    Yes.

AF:    —with explanations and things like that, for example, I understood it better as soon as you said more about it... I notice more, I understand more in order to answer the question that might be asked...to be able to say to... anybody... [UI], do you understand what I mean?

MY:    Yes, yes, hundred percent [definitely].

AF:    Not... God forbid, and God be my witness...I know that your intention is hundred percent pure, and everything is well thought about. Well...anyhow...I mean, I tried...I am trying, as we say,

UNCLASSIFIED
32

Tab 9
Page 32 of 44

CF375370

UNCLASSIFIED

S20070528184558_5033805646_1291

to …hmm…if we want to follow the same path…specially the religious folks…hmm…they have their own convictions--

MY:     Yes.

AF:     --do you follow me? For example, one group doesn't care as much…another group is very sensitive…one group for example,…I know when they hear your name, which is by itself a measure [proof] for them, and they believe that your word it is the final word…and they say, for example, since our brother is behind it…it is not about…anything anyone says, let him say it; this is a charitable act and it is right. I think, this is very important…that you have this credibility and I can, God willing, add a little bit to it--

MY:     God willing.

AF:     -- dear sir…now I became more thing…I mean, familiar…I don't know if you have any other question at this time…or anything else to discuss…I will be at your service. I think, since we had this conversation, I would like to have few days to reflect on it, and then, God willing, I will give you my answer.

MY:     [UI] do you have any question brother?

AZ:     hmm…I don't have any question but did you send him the *bylaws*?

MY:     No, I have not sent it yet.

AZ:     Aha.

MY:     I will hundred percent [definitely] send it to him to look at.

AZ:     For the time being, you can look at the *website*. It is not a perfect *website* and does not include all the information, but take a look at it…and few things that I believe we must say…anyhow…it might

UNCLASSIFIED

33

Tab 9
Page 33 of 44

CF375371

UNCLASSIFIED

S20070528184558_5033805646_1291

not need further discussion but if you want, we can talk more about this...one issue is that most probably, there will be other people who come on *board* , that are not very religious, or not wearing Hejab [PH] [head cover]...I mean...I don't believe it would be a problem for you, but we have to say these things--

AF:        Yes.

AZ:        --another thing is, if for some reason, you don't want your name to appear in the *board of directors*...that also...or you don't want your name to be on the *website*...hmm...that can be... thing...hmm...discussed somehow...for instance, you don't see it correct...because every person in busy with his work; anyhow, I was telling this to Abu as well...because this Foundation is thing...two things, one is, it must obey the laws here [UI] you will go under microscope and then, you go to Iran and they also have the whole world under their watch, and you will be interrogated there, as well.

AF:        Yes, yes.

AZ:        I mean there will be problem on both sides; it is not only on one side. You have to say that you are not connected with them at this end, and prove to the other side, that you are not associated with these people here.

AF:        As a matter of fact, one of the old guys is arrested there...and is badly in trouble...and is in a very bad situation...for very ridiculous things [reasons]; the guys are following up on that issue, but they are not able to do much about it. He has been jailed for few years now.

AZ:        How strange!

MY:        Of course...look [clearing voice] *diplomacy* we used from the beginning, was an effective one and it was done successfully until now...you know, we try to be very transparent in wherever we do, what I mean is, that I was pretty sure that when I started the

UNCLASSIFIED

34

Tab 9
Page 34 of 44

CF375372

UNCLASSIFIED

S20070528184558_5033805646_1291

Foundation, misunderstandings from both sides are inevitable...I did not have any doubt about it, and it happened. [UI] we wanted to go to Iran and choose people and send their pictures, and I don't know...their life story [biography], and put them in touch with people in America...it was very obvious that few years after the War, things like this would be confusing, but, brother Akbar, the thing I did, I consulted everybody that I knew...for instance, the guys from the office...Mr. Kharrazi [PH]...this...that...because I knew, if this is not transparent we will be in trouble--

AF:    That is true.

MY:    --and now...it was really the transparency that saved our lives--

AF:    [Laughing]

MY:    --for one or two years, they stopped us, but, as soon as the confusion became clear, it was resolved. We are currently continuing the same transparent strategy. It means, in Iran...for example, imagine...there is something that we might have talked about it with you before...Imam Aids [Relief] Committee started a program...if I remember the name I will tell you...hmm...it had an interesting name...it was doing the same thing we do here, but in Iran; I mean, it started *sponsorship*...they are still doing it at Imam Committee--

AF:    [OV] Yes, yes I know [UI]

MY:    [UI] I mean, Mr. Nayeri [PH] who was in charge of Imam Committee, learned from us. They came and copied all our forms...you know...this...I mean, we still doing the same thing. Majority of our social workers in different cities, are for instance, in charge of information section in various department of education offices. We do the same thing and execute the same policy in America as well. I mean, I said that the same person from the *state department* is in our thing *system*...our *sponsorship*. This is the diplomacy I know from the beginning, and I think it was a good diplomacy and I say it is very unlikely we get in trouble with

UNCLASSIFIED
35

Tab 9
Page 35 of 44

CF375373

UNCLASSIFIED

S20070528184558_5033805646_1291

those things you mentioned, because everybody knows what we are doing. We don't hide anything from anybody.

AF:        Yes.

MY:        For the same reasons, I was not or personally is, worried about this issue [UI]

AF:        [OV] Not these things...thank God...as it is said...hello--

MY:        Go ahead I am listening.

AF:        --this is the *groundwork*... [clearing voice] first of all praise be to God, you have done it for few years, and let's say had some roughness but you resolved on both sides...but...well...anyhow, the things that brother Asad said, is more clarifying...we were students at that time, and we were in things...level...but now, thank God, we are successful in our areas [fields], and have responsibilities and are open minded. There are skills that one can be used to manage this task in its best possible way, God willing, [clearing voice] to improve it, and *implement* new things in there--

MY:        Yes.

AF:        --to be able to make it better and more thing...like we say, [clearing voice] if we conduct *ISO 9000* and, if we didn't know *ISO* and *audit* in our firm...we take care of everything, so when the *auditor* comes...it is exactly what you said ...Mr. Asad is doing the same thing now. Yes...hmm...but...well...things like that [clearing voice] particularly, if we want, God willing, to consider the excellent quality thing...it was in my first utterance...well...God willing, I hope it is blessed and we look at it as the God's desire, and I see it as blessing, to be able to be at your service--

MY:        [UI]

UNCLASSIFIED
36

Tab 9
Page 36 of 44

CF375374

UNCLASSIFIED

S20070528184558_5033805646_1291

AF:             --I am saying, I will briefly think about this issue, and God willing will talk to you--

MY:             God willing.

AF:             --unfortunately, I did not find a moment to look at the *web* and things, I will look at it, and then, if it is needed, we will talk again--

MY:             Thank you very much.

AF:             --but, I think [clearing voice] Abu-Torab you do...things...some of those things that are on your mind, or Asad has in mind...hmm...like we say...it might be better, if I can say it in English...we can enhance it...*we can add it to the plate* that we can add to it...it doesn't hurt to write down some of them...for example, few of them we mentioned...or do things...either by *email* or other things, and start talking with each other. [UI] that you yourself [break]

MY:             Hello, brother Asad?

AZ:             I think he got disconnected.

MY:             Yes, let me bring him again.

AZ:             [UI] no wait. It might be like the other time...might take a few seconds ...then he comes back.

MY:             I believe we got disconnected, because there was a ring...ring--

AZ:             Eh?

MY:             [UI] yes.

UNCLASSIFIED
37

Tab 9
Page 37 of 44

CF375375

UNCLASSIFIED

S20070528184558_5033805646_1291

[Ringing]

[Translation stopped]

[Outgoing message in English]

[Translation started]

MY:         Hello.

AZ:         Hello.

MY:         Sir, he does not pick up...let me...brother Asad, before he leaves, I
            wanted to ask him a question...I wanted to ask him, for example,
            how is his relationship with the assembly [Islamic Society] and
            other people.

AZ:         Yes.

MY:         It is not bad to ask, so we, for instance, know if he is still active--

AZ:         You should have asked it before anything else--

MY:         --no, two weeks ago he himself...twice...last time when I talked to
            him he pointed out...hmm...now--

AZ:         what did he say... is he still active or not?

MY:         --he told me something...he said, "I hope this won't be a problem
            for you". I don't know if he is still...well...every few years they
            came and paid their respect to us.

AZ:         That is why I want you to ask him--

UNCLASSIFIED

38

Tab 9
Page 38 of 44

CF375376

UNCLASSIFIED

S20070528184558_5033805646_1291

| | |
|---|---|
| MY: | If it is [his relationship] in the same level as ours, that won't be a problem, but it would be a problem if he is very passionate about it. It is not interesting at all. |
| AZ: | No it is not. That is why I think...after what he said...I don't know now. |
| MY: | Then, you mean, I shouldn't ask him now, or-- |
| AZ: | No, definitely, go ahead and ask him-- |
| MY: | --[OV] Yes [UI] |
| AZ: | --it is definitely important [hundred percent important] |
| MY: | Then hold on; let me find out if I can bring him [on line]. |

[Ringing]

| | |
|---|---|
| AF: | Hello, I am sorry. |
| MY: | Sir, forgive us we got disconnected [UI] |
| AF: | No, this...my *cell phone* died. |

[Noise]

| | |
|---|---|
| MY: | Hello. |
| AZ: | Hello. |

UNCLASSIFIED

Tab 9
Page 39 of 44

CF375377

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:                Can you hear us?

AF:                Yes, I hear you. I said my *cell phone* died [lost charge].

MY:                Aha...aha....okay.

AF:                I just fixed it.

MY:                Well, brother Asad?

AZ:                Yes, yes, I am here.

MY:                Aha, brother Akbar look, I have only one question; I want to ask
                   you ...because last time we talked, you mentioned something about
                   this matter, look, I only wanted to ask you what the extent of your
                   relationship is with those people.

AF:                I can say we have a good relationship.

[Laughing]

AF:                We don't bother each other.

MY:                Aha...then you don't bother each other!

AF:                No, nothing...we...in the old days...you remember--

MY:                Yes.

AF:                --we had some issues...then, later on, we did not have any
                   problem...then, I was after the *green card*, and also got
                   *citizenship*...our issue...yes...I don't have anything to do with them.

UNCLASSIFIED
40

Tab 9
Page 40 of 44

CF375378

UNCLASSIFIED

S20070528184558_5033805646_1291

[Background Noise]

MY:            Aha, aha, very good.

AF:            [UI]

MY:            Yes, that [UI]

AF:            Yes. Thank God...from that point on...we don't have...God is great. Of course [clearing voice] because...I don't know...We don't see any specific thing. It means, we don't see any *indicator* to be for instance, thing...but I don't know...hello--

MY:            I am listening, go ahead brother Akbar.

AF:            --yes. We don't see any specific *indicator,* but anyway, if there is thing [clearing voice] the same thing Asad said when the person is in this position...and thing...that person goes more under microscope. In any case, that--

MY:            Yes.

AF:            --we don't have any issue...to be a problem.

MY:            Okay, thank God. Well, brother Akbar do you have any other thing to discuss?

AF:            No [UI]. Honest to God, I don't have anything else to say. Later on you or brother Asad...those things that you believe must be done...I wanted...if there is another thing that you feel necessary...you yourself know about everything in the board; and are you doing any specific *function* that I need to [UI] or Mr. Asad?

UNCLASSIFIED

Tab 9
Page 41 of 44

CF375379

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:             Look, we are now...our title so called...I am the president; brother Asad is thing...to tell you...tell us brother Asad, what your title is --

AZ:             Treasurer.

MY:             --he is the treasurer...yes...then Saideh is the secretary, then I thought that you will be our board member but I said...if you like...my suggestion is that we arrange a committee...I don't know what to call it yet...for example, this committee will go into the religious societies and things--

AF:             Yes.

MY:             --then...for example, we are organizing another committee for our Indonesia section--

AF:             Yes, yes.

MY:             --next, there is a brother called brother Navid [PH] Seyyed Ali, he was from...where I knew him...Seattle,...we are inviting him to join our board, so we will be five members.

AF:             Yes, yes.

MY:             He himself worked in Indonesia, for many years...and he was the one who started our Indonesian program in 1995.

AF:             Yes.

MY:             [UI] he was cooperating with us from outside and now we want to invite him to join our board.

AF:             Yes.

UNCLASSIFIED
42

Tab 9
Page 42 of 44

CF375380

UNCLASSIFIED

S20070528184558_5033805646_1291

| | |
|---|---|
| MY: | Then he will be responsible for so called Indonesian committee. |
| AF: | Yes, yes. |
| MY: | Yes...like this. |
| AF: | God willing, okay, God willing. I will see...hmm...when to start...I will contact you, in few days. |
| MY: | God willing. |
| AF: | God willing, we'll see what happens. |
| MY: | God willing. |
| AF: | God willing. I wish you health [strength]. |
| AZ: | Thank you, sir. |
| AF: | Say hello to everybody. Thank you. |
| MY: | [OV] Need you prayers [UI] |
| AF: | Mr. Abu-Torb, you send me an *email* and write me Asad's number as well. |
| MY: | Okay, your *email* is the old one, isn't it? |
| AF: | Yes the old *email,* but, if you want to send it to my workplace, it is [UI] dc.com, and if you want...to send it to my home...if that is thing...it is farahani10@gmail.com |

UNCLASSIFIED

43

Tab 9
Page 43 of 44

CF375381

UNCLASSIFIED

S20070528184558_5033805646_1291

MY:     I will now do thing...tomorrow, when I am at my *computer*, I will call you and get your *email* [UI] then I will send it to you, okay.

AF:     Okay.

AZ:     Thank you, sir.

MY:     Thank you sir, goodbye.

AF:     Goodbye.

UNCLASSIFIED
44

Tab 9
Page 44 of 44

CF375382