UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION**



**935 Pennsylvania Avenue
Washington DC 20535**

File number:                          415I-PD-47644

Requesting Official and Office:       Kim Price, Portland

Task number:

Date Task Completed:                  5/10/11

Name and Office of Linguist:

Source Language:

Language:                English

Audio

--Date, Time, Duration of Recording:   27/11/2006, 13:58:48, 5.26 minutes

--Line, Target Number:

### VERBATIM TRANSLATION

**Participants:**
| | |
|---|---|
| MY | Mehrdad Yasrebi [PH] |
| LW | Lahiji's [PH] wife |

**Abbreviations:**
| | |
|---|---|
| OV | Overlap |
| PH | Phonetics |
| UI | Unintelligible |

*Italics*                             English

UNCLASSIFIED

Tab 10
Page 1 of 9

CF375565

UNCLASSIFIED

S20061127135848_5033805646

MY:        Hello.

LW:        Hello Mr. Yasrebi.

MY:        Hello to you, how are you--

LW:        [OV] How are you? Are you doing well?

MY:        -- Is Doctor [Lahiji] well, are the kids well?

LW:        [OV] Is you family doing well?

MY:        They sent their regards...thank God.

LW:        Hmm...Mr. Yasrebi I contact you about the letter you sent.

MY:        Okay.

LW:        Mr. Lahiji wants to know who this is and he said "I don't understand what he has written."

MY:        Look, this is from Iran.

LW:        Okay.

MY:        Then since the Child Foundation will be audited in Iran--

LW:        Yes.

UNCLASSIFIED

2

Tab 10
Page 2 of 9

CF375566

UNCLASSIFIED

S20061127135848_5033805646

MY:     --they look in the audits to find out...for example what changes happened (occurred) in the *bank account* in Iran and what activities took place and then *verify*.

LW:     Yes.

MY:     Then yours...this account of yours Mrs. Lahiji...we...last year we had shortage in budget...50 thousand Tomans...or I think 50 million Tomans or 50 thousand dollars something like this--

LW:     Yes.

MY:     --we borrowed from you CD account.

LW:     Yes.

MY:     We borrowed and then put it back.

LW:     Yes.

MY:     It means your account did not change, but since this has been taken and put back--

LW:     Yes.

MY:     --the accountants want you or someone who owns the account to okay it [UI]

LW:     [OV] Because we don't have any access to this account. It means--

MY:     Yes, but since thing...you made a contract with Dr. Lahiji and Mr. Iranshahi, that is why the money must be in a CD account.

UNCLASSIFIED

3

Tab 10
Page 3 of 9

CF375567

UNCLASSIFIED

S20061127135848_5033805646

LW: -- [OV] But we don't have any knowledge about this bank account...it means...nothing...it means that we don't know anything at all...if the money is in this account or not, do you understand what I mean? We don't get any *statement* for this account. Even when there was a series of--

MY: [OV] No.

LW: --money we gave this year and added to the 200 thousand dollars that we recently paid...this year.

MY: Okay?

LW: I don't know if this 200 thousand dollars is added to that or not.

MY: No, that one Mr....thing... Doctor gave for his Khoms which you gave to Mr. Makarem Shirazi [PH]

LW: They did not send us a receipt, then.

MY: I will tell them to send you now, okay.

LW: Then there was some money last year, which it is not there and Mr. Iranshahi sent a letter...I am trying to remember...don't know--

MY: Mrs. Lahiji--

LW: -- [OV] [UI] we don't know the fate of that money--

MY: --Mrs. Lahiji you did not give any money last year.

LA: --yes there was some money. Mr. Iranshahi himself contacted us and said "what you want to do with this money." I don't remember;

UNCLASSIFIED

4

Tab 10
Page 4 of 9

CF375568

UNCLASSIFIED

S20061127135848_5033805646

I assume we did not get in touch with him. I suppose we planned to talk to each other in Iran and then I believe we could not find each other.

MY:     Yes, but I don't know about any recent money, it is possible that it was; but Mr. Iranshahi sent a letter to Doctor--

LW:     Yes.

MY:     --a list of all money in your account and wanted to make sure--

LW:     Yes.

MY:     --that, Doctor [Lahiji] did not respond to that.

LW:     Yes, that is the one I am talking about...I believe that still--

MY:     Okay.

LW:     --I have that letter.

MY:     Please look at your accounts and make sure there are no discrepancies.

LW:     [UI]

MY:     But, look Mrs. Lahiji, these funds...look, your account is there but on the other hand this is in the name Child Foundation.

LW:     Yes.

MY:     If you want to have *statements* I can ask every time that there is one, to be sent it to you.

UNCLASSIFIED

5

Tab 10
Page 5 of 9

CF375569

UNCLASSIFIED

S20061127135848_5033805646

LW:          Yes of course.

MY:          But, look; the list...the agreement that Doctor [Lahiji] gave those money...the money is there--

LW:          Yes.

MY:          --and after 5 year that was agreed to deliver it [money]. We will deliver.

LW:          Yes.

MY:          But, since they have to be *audited*, if Doctor [Lahiji] doesn't *approve* it, we won't be *audited*.

LW:          Okay, I see, and that will be a problem.

MY:          No, they do not *audit*. It means with regard to audit, they will say they could not *verify*.

LW:          Yes, that is right.

MY:          He only wants permission because the money was not supposed to be touched.

LW:          Yes [laughing]

MY:          But, there was a 60 million that Doctor [Lahiji] himself gave to college students, if you remember I called him when I was in Iran.

LW:          No, then did they take that 60 thousand dollars from that money or there was a money left with the Child Foundation...something like that--

UNCLASSIFIED

6

Tab 10
Page 6 of 9

CF375570

UNCLASSIFIED

S20061127135848_5033805646

MY:     No, I don't remember anything.

LW:     --because...do you recall that we sent some money for Mr.
         Iranshahi again to balance (offset) the money he had given us
         before; then there was a balance about 67 thousand dollars left that
         he [Doctor) asked us to use that money for that purpose...hmm...he
         was supposed to use that money for that purpose...I don't
         remember...I think it was 60...67 thousand dollars...as a matter of
         fact, I remember that money was supposed to be spent for that
         purpose.

MY:     Look Mrs. Lahiji, this is the reason I say that you have to sit down
         with Doctor [Lahiji] and look at your accounts--

LW:     Yes.

MY:     --and put Mr. Iranshahi's letter in front of you to make sure that
         God forbid, your money is not going here and there.

LW:     Yes, that is right, I have to sit down and do... thing.

MY:     Yes, please do that, if you wish you can also bring Mr. Iranshahi
         on line...even if it takes three hours still doesn't matter. Be very
         careful because you know better than anyone else that how much
         money you had.

LW:     Yes, of course, these I do--

MY:     [OV] [UI]

LW:     --you know...because I think that...let me look at them hmm--

MY:     [OV] Yes.

UNCLASSIFIED

7

Tab 10
Page 7 of 9

CF375571

UNCLASSIFIED

S20061127135848_5033805646

LW:        --I will find Mr. Iranshahi's letter, God willing--

MY:        [OV] [UI]

LW:        --I will contact you Mr. Yasrebi.

MY:        But you only look...in any case, this letter has nothing to do with your account or money.

LW:        Yes.

MY:        This only proves that he...Mr. Iranshahi had permission to take money and put it back.

LW:        Okay, yes.

MY:        [OV] [UI] the sooner you do that the better it is.

LW:        Yes.

MY:        Because we want to move forward with our work [UI]

LW:        Then what do I do about 60 thousand dollars...it means if I find out--

MY:        Look, most definitely they took that 60 thousand dollars from your account, but I don't know now, the other 67 thousand dollars that you mentioned...I don't have any recollection at all, even if there was something like that, they put it back in your account.

LW:        -- [UI]

MY:        But you have to *check* it.

UNCLASSIFIED

8

Tab 10
Page 8 of 9

CF375572

UNCLASSIFIED

S20061127135848_5033805646

LW:        Okay, God willing I will soon follow up and one of these days I will see where I go from here. I will get in touch with you Mr. Yasrebi.

MY:        God willing thank you.

LW:        Please, thank you.

MY:        Send my regards, goodbye.

LW:        Goodbye.

UNCLASSIFIED

Tab 10
Page 9 of 9

CF375573