Form 990 (2002)   CHILD FOUNDATION                              93-1148608       Page 3

## Part IV  Balance Sheets (See Instructions)

| Note: Where required, attached schedules and amounts within the description column should be for end-of-year amounts only. | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| 45 | Cash — non-interest-bearing............................................ | | 5,000. | 45 | 407,415. |
| 46 | Savings and temporary cash investments............................ | | | 46 | |
| 47a | Accounts receivable........................... 47a | | | 47c | |
| b | Less: allowance for doubtful accounts............ 47b | | | | |
| 48a | Pledges receivable............................ 48a | | | 48c | |
| b | Less: allowance for doubtful accounts............ 48b | | | | |
| 49 | Grants receivable................................................. | | | 49 | |
| 50 | Receivables from officers, directors, trustees, and key employees (attach schedule)..................................... | | | 50 | |
| 51a | Other notes & loans receivable (attach sch)............... 51a | | | 51c | |
| b | Less: allowance for doubtful accounts............ 51b | | | | |
| 52 | Inventories for sale or use.......................................... | | | 52 | |
| 53 | Prepaid expenses and deferred charges............................. | | | 53 | |
| 54 | Investments — securities (attach schedule)............. ▶☐ Cost ☐ FMV | | | 54 | |
| 55a | Investments — land, buildings, & equipment: basis  55a | | | | |
| b | Less: accumulated depreciation (attach schedule)............................. 55b | | | 55c | |
| 56 | Investments — other (attach schedule)............................... | | | 56 | |
| 57a | Land, buildings, and equipment: basis........... 57a | 245,000. | | | |
| b | Less: accumulated depreciation (attach schedule)..........STATEMENT.8... 57b | | 245,000. | 57c | 245,000. |
| 58 | Other assets (describe ► SEE STATEMENT 9 ).. | | | 58 | 20,001. |
| 59 | Total assets (add lines 45 through 58) (must equal line 74)................. | | 250,000. | 59 | 672,416. |
| 60 | Accounts payable and accrued expenses............................ | | | 60 | |
| 61 | Grants payable................................................... | | | 61 | |
| 62 | Deferred revenue................................................. | | | 62 | |
| 63 | Loans from officers, directors, trustees, and key employees (attach schedule)................. | | | 63 | |
| 64a | Tax-exempt bond liabilities (attach schedule)...................... | | | 64a | |
| b | Mortgages and other notes payable (attach schedule)................... | | 245,000. | 64b | 245,000. |
| 65 | Other liabilities (describe ►. SEE STATEMENT 10 ).. | | 62,057. | 65 | 105,409. |
| 66 | Total liabilities (add lines 60 through 65)........................... | | 307,057. | 66 | 350,409. |
| Organizations that follow SFAS 117, check here ► ☐ and complete lines 67 through 69 and lines 73 and 74. | | | | | |
| 67 | Unrestricted...................................................... | | | 67 | |
| 68 | Temporarily restricted............................................. | | | 68 | |
| 69 | Permanently restricted............................................. | | | 69 | |
| Organizations that do not follow SFAS 117, check here ► ☒ and complete lines 70 through 74. | | | | | |
| 70 | Capital stock, trust principal, or current funds........................ | | -57,057. | 70 | 322,007. |
| 71 | Paid-in or capital surplus, or land, building, and equipment fund.............. | | | 71 | |
| 72 | Retained earnings, endowment, accumulated income, or other funds.......... | | | 72 | |
| 73 | Total net assets or fund balances (add lines 67 through 69 or lines 70 through 72; column (A) must equal line 19; column (B) must equal line 21)........... | | -57,057. | 73 | 322,007. |
| 74 | Total liabilities and net assets/fund balances (add lines 66 and 73)........... | | 250,000. | 74 | 672,416. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

BAA



TEEA0103L  09/04/02

Tab 11
Page 1 of 3

CF289891

Form 990 (2003)    CHILD FOUNDATION                                    93-1148608              Page 3

**Part IV** | **Balance Sheets** (See Instructions)

Note: *Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.*

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **ASSETS** | 45 | Cash — non-interest-bearing............................ | 407,415. | 45 | 264,614. |
| | 46 | Savings and temporary cash investments...................... | | 46 | |
| | 47a | Accounts receivable ............................ **47a** | | | |
| | b | Less: allowance for doubtful accounts ............ **47b** | | 47c | |
| | 48a | Pledges receivable ............................ **48a** | | | |
| | b | Less: allowance for doubtful accounts ............ **48b** | | 48c | |
| | 49 | Grants receivable............................... | | 49 | |
| | 50 | Receivables from officers, directors, trustees, and key employees (attach schedule)........................ | | 50 | |
| | 51a | Other notes & loans receivable (attach sch)............... **51a** | | | |
| | b | Less: allowance for doubtful accounts ............ **51b** | | 51c | |
| | 52 | Inventories for sale or use............................ | | 52 | |
| | 53 | Prepaid expenses and deferred charges..................... | | 53 | |
| | 54 | Investments — securities (attach schedule).......► ☐ Cost ☐ FMV | | 54 | |
| | 55a | Investments — land, buildings, & equipment: basis. **55a** | | | |
| | b | Less: accumulated depreciation (attach schedule)........................... **55b** | | 55c | |
| | 56 | Investments — other (attach schedule)................... | | 56 | |
| | 57a | Land, buildings, and equipment: basis........... **57a** 245,000. | | | |
| | b | Less: accumulated depreciation (attach schedule).......... STATEMENT 7.... **57b** | 245,000. | 57c | 245,000. |
| | 58 | Other assets (describe ► SEE STATEMENT 8 ). | 20,001. | 58 | 3,000. |
| | 59 | **Total assets** (add lines 45 through 58) (must equal line 74)................... | 672,416. | 59 | 512,614. |
| **LIABILITIES** | 60 | Accounts payable and accrued expenses......................... | | 60 | |
| | 61 | Grants payable............................. | | 61 | |
| | 62 | Deferred revenue............................. | | 62 | |
| | 63 | Loans from officers, directors, trustees, and key employees (attach schedule)................. | | 63 | |
| | 64a | Tax-exempt bond liabilities (attach schedule)..................... | | 64a | |
| | b | Mortgages and other notes payable (attach schedule) ................. | 245,000. | 64b | 245,000. |
| | 65 | Other liabilities (describe ► _____ ). | 105,409. | 65 | |
| | 66 | **Total liabilities** (add lines 60 through 65)............................ | 350,409. | 66 | 245,000. |
| **NET ASSETS OR FUND BALANCES** | Organizations that follow SFAS 117, **check here** ► ☐ **and complete lines 67 through 69 and lines 73 and 74.** | | | | |
| | 67 | Unrestricted........................................ | | 67 | |
| | 68 | Temporarily restricted.................................. | | 68 | |
| | 69 | Permanently restricted................................. | | 69 | |
| | Organizations that do not follow SFAS 117, **check here** ► ☒ **and complete lines 70 through 74.** | | | | |
| | 70 | Capital stock, trust principal, or current funds.......................... | | 70 | |
| | 71 | Paid-in or capital surplus, or land, building, and equipment fund................ | | 71 | |
| | 72 | Retained earnings, endowment, accumulated income, or other funds.......... | 322,007. | 72 | 267,614. |
| | 73 | **Total net assets or fund balances** (add lines 67 through 69 **or** lines 70 through 72; column (A) **must** equal line 19; column (B) **must** equal line 21)............ | 322,007. | 73 | 267,614. |
| | 74 | **Total liabilities and net assets/fund balances** (add lines 66 and 73)............ | 672,416. | 74 | 512,614. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

`A

Tab 11
Page 2 of 3

TEEA0103L  10/01/03

3

Form 990 (2004)   CHILD FOUNDATION                              93-1148608              Page 3

## Part IV   Balance Sheets (See Instructions)

**Note:** Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| **ASSETS** | 45 Cash — non-interest-bearing. | 264,614. | 45 | 62,989. |
| | 46 Savings and temporary cash investments | | 46 | |
| | 47a Accounts receivable ... `47a` | | 47c | |
| | b Less: allowance for doubtful accounts ... `47b` | | | |
| | 48a Pledges receivable ... `48a` | | 48c | |
| | b Less: allowance for doubtful accounts ... `48b` | | | |
| | 49 Grants receivable. | | 49 | |
| | 50 Receivables from officers, directors, trustees, and key employees (attach schedule). | | 50 | |
| | 51a Other notes & loans receivable (attach sch). `51a` | | 51c | |
| | b Less: allowance for doubtful accounts ... `51b` | | | |
| | 52 Inventories for sale or use. | | 52 | |
| | 53 Prepaid expenses and deferred charges | | 53 | |
| | 54 Investments — securities (attach schedule). ► ☐ Cost ☐ FMV | | 54 | |
| | 55a Investments — land, buildings, & equipment: basis. `55a` | | 55c | |
| | b Less: accumulated depreciation (attach schedule). `55b` | | | |
| | 56 Investments — other (attach schedule). | | 56 | |
| | 57a Land, buildings, and equipment: basis. `57a` 3,146. | | 57c | |
| | b Less: accumulated depreciation (attach schedule) STATEMENT 7 `57b` 999. | 245,000. | | 2,147. |
| | 58 Other assets (describe ► SEE STATEMENT 8 ). | 3,000. | 58 | 150,335. |
| | 59 **Total assets** (add lines 45 through 58) (must equal line 74). | 512,614. | 59 | 215,471. |
| **LIABILITIES** | 60 Accounts payable and accrued expenses. | | 60 | 27,098. |
| | 61 Grants payable. | | 61 | |
| | 62 Deferred revenue. | | 62 | |
| | 63 Loans from officers, directors, trustees, and key employees (attach schedule). | | 63 | |
| | 64a Tax-exempt bond liabilities (attach schedule). | | 64a | |
| | b Mortgages and other notes payable (attach schedule). | 245,000. | 64b | |
| | 65 Other liabilities (describe ► SEE STATEMENT 9 ). | | 65 | 106,000. |
| | 66 **Total liabilities** (add lines 60 through 65). | 245,000. | 66 | 133,098. |
| **NET ASSETS OR FUND BALANCES** | Organizations that follow SFAS 117, check here ► ☒ and complete lines 67 through 69 and lines 73 and 74. | | | |
| | 67 Unrestricted. | 267,614. | 67 | -125,760. |
| | 68 Temporarily restricted. | | 68 | 208,133. |
| | 69 Permanently restricted. | | 69 | |
| | Organizations that do not follow SFAS 117, check here ► ☐ and complete lines 70 through 74. | | | |
| | 70 Capital stock, trust principal, or current funds. | | 70 | |
| | 71 Paid-in or capital surplus, or land, building, and equipment fund. | | 71 | |
| | 72 Retained earnings, endowment, accumulated income, or other funds. | | 72 | |
| | 73 **Total net assets or fund balances** (add lines 67 through 69 **or** lines 70 through 72; column (A) **must** equal line 19; column (B) **must** equal line 21). | 267,614. | 73 | 82,373. |
| | 74 **Total liabilities and net assets/fund balances** (add lines 66 and 73). | 512,614. | 74 | 215,471. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

TEEA0103L  01/07/05

Tab 11
Page 3 of 3

3