Form 990 (1997)    Page 2

| **Part II** | **Statement of Functional Expenses** · | All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See Specific Instructions on page 15.) | | | |
|---|---|---|---|---|---|

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule) (cash $ _____ noncash $ _____) | **22** 109,940.04 | 109,940.04 | | |
| 23 | Specific assistance to individuals (attach schedule) | **23** | | | |
| 24 | Benefits paid to or for members (attach schedule). | **24** | | | |
| 25 | Compensation of officers, directors, etc. | **25** | | | |
| 26 | Other salaries and wages | **26** | | | |
| 27 | Pension plan contributions | **27** | | | |
| 28 | Other employee benefits | **28** | | | |
| 29 | Payroll taxes | **29** | | | |
| 30 | Professional fundraising fees | **30** | | | |
| 31 | Accounting fees | **31** | | | |
| 32 | Legal fees | **32** | | | |
| 33 | Supplies | **33** 4470.56 | | 921.14 | 3549.40 |
| 34 | Telephone | **34** 4403.34 | | 4003-37 | 400 |
| 35 | Postage and shipping | **35** 1,483.00 | | 883 | 600 |
| 36 | Occupancy | **36** | | | |
| 37 | Equipment rental and maintenance | **37** | | | |
| 38 | Printing and publications | **38** 703 | | 203 | 500 |
| 39 | Travel | **39** | | | |
| 40 | Conferences, conventions, and meetings | **40** | | | |
| 41 | Interest | **41** | | | |
| 42 | Depreciation, depletion, etc. (attach schedule) | **42** | | | |
| 43 | Other expenses (itemize): **a** _____ | **43a** | | | |
| **b** | _____ | **43b** | | | |
| **c** | _____ | **43c** | | | |
| **d** | _____ | **43d** | | | |
| **e** | _____ | **43e** | | | |
| 44 | Total functional expenses (add lines 22 through 43) *Organizations completing columns (B)-(D), carry these totals to lines 13-15* | **44** 121,000 | 109,940.04 | 6,010.56 | 5049.40 |

**Reporting of Joint Costs.**—Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? . . . . . . . . . . . . . . . . . . . ▶ ☐ Yes ☑ No
If "Yes," enter (i) the aggregate amount of these joint costs $_____; (ii) the amount allocated to Program services $_____;
(iii) the amount allocated to Management and general $_____ ; and (iv) the amount allocated to Fundraising $_____

| **Part III** | **Statement of Program Service Accomplishments** (See Specific Instructions on page 18.) | |
|---|---|---|

What is the organization's primary exempt purpose? ▶ Helping needy children and their family

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

**Program Service Expenses** (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.)

**a** Child Foundation supported 700 children and their family during 1997 Fiscal year. Supports were included payments for education, shelter, medical expenses, food and clothing
(Grants and allocations $ ) — 109,940.04

**b** _____
(Grants and allocations $ )

**c** _____
(Grants and allocations $ )

**d** _____
(Grants and allocations $ )

**e** Other program services (attach schedule) (Grants and allocations $ )

**f** Total of Program Service Expenses (should equal line 44, column (B), Program services) . . . . ▶ 109,940.04

1998/05

Tab 12
Page 1 of 14

Form 990 (1998)

Page 2

| **Part II** | **Statement of Functional Expenses** | All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See Specific Instructions on page 17.) |

| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | **(A)** Total | **(B)** Program services | **(C)** Management and general | **(D)** Fundraising |
|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule) (cash $ _____ noncash $ _____ ) | 22 | 210,716.34 | 210,716.34 | | |
| 23 | Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 | Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 | Compensation of officers, directors, etc. | 25 | | | | |
| 26 | Other salaries and wages | 26 | | | | |
| 27 | Pension plan contributions | 27 | | | | |
| 28 | Other employee benefits | 28 | | | | |
| 29 | Payroll taxes | 29 | | | | |
| 30 | Professional fundraising fees | 30 | | | | |
| 31 | Accounting fees | 31 | | | | |
| 32 | Legal fees | 32 | | | | |
| 33 | Supplies | 33 | 5980.41 | | 1663.98 | 4316.43 |
| 34 | Telephone | 34 | 2872.22 | | 2472.22 | 400 |
| 35 | Postage and shipping | 35 | 1381.72 | | 981.72 | 400 |
| 36 | Occupancy | 36 | | | | |
| 37 | Equipment rental and maintenance | 37 | | | | |
| 38 | Printing and publications | 38 | 1351 | | 1151 | 200 |
| 39 | Travel | 39 | | | | |
| 40 | Conferences, conventions, and meetings | 40 | | | | |
| 41 | Interest | 41 | | | | |
| 42 | Depreciation, depletion, etc. (attach schedule) | 42 | | | | |
| 43 | Other expenses (itemize): a _____ | 43a | | | | |
| b | _____ | 43b | | | | |
| c | _____ | 43c | | | | |
| d | _____ | 43d | | | | |
| e | _____ | 43e | | | | |
| 44 | Total functional expenses (add lines 22 through 43) *Organizations completing columns (B)-(D), carry these totals to lines 13-15* | 44 | 222,301.69 | 210,716.34 | 6268.92 | 5316.43 |

**Reporting of Joint Costs.**—Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? ▶ ☐ Yes ☒ No

If "Yes," enter **(i)** the aggregate amount of these joint costs $_____; **(ii)** the amount allocated to Program services $_____;

**(iii)** the amount allocated to Management and general $_____; and **(iv)** the amount allocated to Fundraising $_____

| **Part III** | **Statement of Program Service Accomplishments** (See Specific Instructions on page 20.) |

What is the organization's primary exempt purpose? ▶ Helping needy children and their families

| | **Program Service Expenses** (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.) | |
| **a** Child Foundation supported 850 children and their families during 1998 fiscal year. Supports were included payments for education, shelter, medical expenses, food and clothing <br> (Grants and allocations $_____) | 210,716.34 |
| **b** _____ <br> (Grants and allocations $_____) | |
| **c** _____ <br> (Grants and allocations $_____) | |
| **d** _____ <br> (Grants and allocations $_____) | |
| **e** Other program services (attach schedule) (Grants and allocations $_____) | |
| **f** **Total of Program Service Expenses** (should equal line 44, column (B), Program services) . . . . ▶ | 210,716.34 |

1999/05

Tab 12    2
Page 2 of 14

Photocopy

Form 990 (1999)                                                                                    Page 2

**Part II** · Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See Specific Instructions on page 19.)

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| Grants and allocations (attach schedule) . . . . . . (cash $ _____ noncash $ _____ ) | 22 | 246,609 | 246,609 | | |
| 23 Specific assistance to individuals (attach schedule) . . . . . . | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) . . . . . . . | 24 | | | | |
| 25 Compensation of officers, directors, etc. . . . . . . . | 25 | | | | |
| 26 Other salaries and wages . . . . . . . . . . . . . . . . . | 26 | | | | |
| 27 Pension plan contributions . . . . . . . . . . . . . . | 27 | | | | |
| 28 Other employee benefits . . . . . . . . . . . . . . . . | 28 | | | | |
| 29 Payroll taxes . . . . . . . . . . . . . . . . . . . . . . | 29 | | | | |
| 30 Professional fundraising fees . . . . . . . . . . . . . . | 30 | | | | |
| 31 Accounting fees . . . . . . . . . . . . . . . . . . . . . | 31 | | | | |
| 32 Legal fees . . . . . . . . . . . . . . . . . . . . . . . | 32 | | | | |
| 33 Supplies . . . . . . . . . . . . . . . . . . . . . . . . | 33 | 5,239 | | 2,618 | 2,621 |
| 34 Telephone . . . . . . . . . . . . . . . . . . . . . . . | 34 | 3,275 | | 3,071 | 204 |
| 35 Postage and shipping . . . . . . . . . . . . . . . . . . | 35 | 2,176 | | 1,993 | 183 |
| 36 Occupancy . . . . . . . . . . . . . . . . . . . . . . . | 36 | | | | |
| 37 Equipment rental and maintenance . . . . . . . . . . | 37 | | | | |
| 38 Printing and publications . . . . . . . . . . . . . . . . | 38 | 779 | | 779 | |
| 39 Travel . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | | | | |
| 40 Conferences, conventions, and meetings . . . . . . | 40 | | | | |
| 41 Interest . . . . . . . . . . . . . . . . . . . . . . . . | 41 | | | | |
| 42 Depreciation, depletion, etc. (attach schedule) . . | 42 | | | | |
| 43 Other expenses (itemize): a _____ | 43a | | | | |
| b _____ | 43b | | | | |
| c _____ | 43c | | | | |
| d _____ | 43d | | | | |
| e _____ | 43e | | | | |
| Total functional expenses (add lines 22 through 43) *Organizations completing columns (B) - (D), carry these totals to lines 13 - 15* | 44 | 258,078 | 246,609 | 8,461 | 3,008 |

Reporting of Joint Costs. — Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ Yes ☐ No

If "Yes," enter (i) the aggregate amount of these joint costs $ _____ ; (ii) the amount allocated to Program services $ _____ ;
(iii) the amount allocated to Management and general $ _____ ; and (iv) the amount allocated to Fundraising $ _____

**Part III**     Statement of Program Service Accomplishments (See Specific Instructions on page 22.)

What is the organization's primary exempt purpose? ▶ Provide for needy families

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.)

| | Program Service Expenses |
|---|---|
| a Support of 1200 Children and their families. Including payments for education, shelter, medical expenses, food and clothing. | |
| (Grants and allocations $ _____ ) | 246,609 |
| b _____ | |
| (Grants and allocations $ _____ ) | |
| c _____ | |
| (Grants and allocations $ _____ ) | |
| d _____ | |
| (Grants and allocations $ _____ ) | |
| e Other program services (attach schedule) (Grants and allocations $ _____ ) | |
| f Total of Program Service Expenses (should equal line 44, column (B), Program services) . . . . . . . . . ▶ | 246,609 |

STF FED1923F.2      2000/05

Form 990 (1999)

Tab 12
Page 3 of 14

Form 990 (2000)

Page 2

## Part II  Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (See Specific Instructions on page 20.)

Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.

| | | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule) (cash $ 55 noncash $ ____ ) | 22 | 557,590 | 557,590 | | |
| 23 | Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 | Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 | Compensation of officers, directors, etc. | 25 | | | | |
| 26 | Other salaries and wages | 26 | 9,807 | | 9,807 | |
| 27 | Pension plan contributions | 27 | | | | |
| 28 | Other employee benefits | 28 | | | | |
| 29 | Payroll taxes | 29 | 658 | | 658 | |
| 30 | Professional fundraising fees | 30 | | | | |
| 31 | Accounting fees | 31 | 345 | | 345 | |
| 32 | Legal fees | 32 | 2,375 | | 2,375 | |
| 33 | Supplies | 33 | 5,442 | | 3,616 | 1,826 |
| 34 | Telephone | 34 | 4,279 | | 3,879 | 400 |
| 35 | Postage and shipping | 35 | 5,381 | | 4,252 | 1,129 |
| 36 | Occupancy | 36 | | | | |
| 37 | Equipment rental and maintenance | 37 | 982 | | 982 | |
| 38 | Printing and publications | 38 | 281 | | | 281 |
| 39 | Travel | 39 | 427 | | 427 | |
| 40 | Conferences, conventions, and meetings | 40 | | | | |
| 41 | Interest | 41 | | | | |
| 42 | Depreciation, depletion, etc. (attach schedule) | 42 | | | | |
| 43 | Other expenses (itemize): a Advertising | 43a | 5,000 | | | 5,000 |
| b | Non Employee Compensation | 43b | 5,765 | | 5,765 | |
| c | Web Site Development | 43c | 4,000 | | 4,000 | |
| d | Software | 43d | 781 | | 781 | |
| e | Bank Fees | 43e | 2,070 | | 2,070 | |
| 44 | Total functional expenses (add lines 22 through 43). *Organizations completing columns (B) - (D), carry these totals to lines 13 - 15.* | 44 | 605,183 | 557,590 | 38,957 | 8,636 |

Reporting of Joint Costs. Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? ............................... ▶ ☐ Yes ☐ No

If "Yes," enter (i) the aggregate amount of these joint costs $ ____ ; (ii) the amount allocated to Program services $ ____ ;
(iii) the amount allocated to Management and general $ ____ ; and (iv) the amount allocated to Fundraising $ ____

## Part III  Statement of Program Service Accomplishments (See Specific Instructions on page 23.)

What is the organization's primary exempt purpose? ▶ Provide for needy families

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

Program Service Expenses
(Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.)

a Support of 3000 Children and their families. Including payments for education, shelter, medical expenses, food and clothing.

(Grants and allocations $ ) 557,590

b ____

(Grants and allocations $ )

c ____

(Grants and allocations $ )

d ____

(Grants and allocations $ )

e Other program services (attach schedule)  (Grants and allocations $ )

f Total of Program Service Expenses (should equal line 44, column (B), Program services) ............ ▶ 557,590

Form 990 (2000)

STF FED1923F.2

2001/05

Tab 12

Page 4 of 14

Form 990 (2001)   CHILD FOUNDATION                                    93-1148608          Page 2

**Part II** **Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (att sch) (cash $ _____ non-cash $ _____ ) | 22 | | | | |
| 23 Specific assistance to individuals (att sch) . St. 1 | 23 | 947,720. | 947,720. | | |
| 24 Benefits paid to or for members (att sch) | 24 | | | | |
| 25 Compensation of officers, directors, etc | 25 | | | | |
| 26 Other salaries and wages | 26 | 17,066. | | 17,066. | |
| 27 Pension plan contributions | 27 | | | | |
| 28 Other employee benefits | 28 | | | | |
| 29 Payroll taxes | 29 | 1,507. | | 1,507. | |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | 627. | | 627. | |
| 32 Legal fees | 32 | 722. | | 722. | |
| 33 Supplies | 33 | 4,343. | | 2,663. | 1,680. |
| 34 Telephone | 34 | 5,343. | | 5,343. | |
| 35 Postage and shipping | 35 | 8,860. | | 7,715. | 1,145. |
| 36 Occupancy | 36 | 3,470. | | 3,470. | |
| 37 Equipment rental and maintenance | 37 | 776. | | | 776. |
| 38 Printing and publications | 38 | 5,895. | | 3,304. | 2,591. |
| 39 Travel | 39 | 1,142. | | 547. | 595. |
| 40 Conferences, conventions, and meetings | 40 | | | | |
| 41 Interest | 41 | | | | |
| 42 Depreciation, depletion, etc (attach schedule) | 42 | | | | |
| 43 Other expenses not covered above (itemize): | | | | | |
| a See Statement 2 | 43a | 28,519. | | 26,931. | 1,588. |
| b _____ | 43b | | | | |
| c _____ | 43c | | | | |
| d _____ | 43d | | | | |
| e _____ | 43e | | | | |
| 44 Total functional expenses (add lines 22 - 43). Organizations completing columns (B) - (D), carry these totals to lines 13 - 15 | 44 | 1,025,990. | 947,720. | 69,895. | 8,375. |

Joint Costs. Check ► ☐ if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in **(B)** Program services? ......... ► ☐ Yes ☒ No

If 'Yes,' enter **(i)** the aggregate amount of these joint costs $ _____ ; **(ii)** the amount allocated to program services $ _____ ; **(iii)** the amount allocated to management and general $ _____ ; and **(iv)** the amount allocated to fundraising $ _____

**Part III** **Statement of Program Service Accomplishments**

What is the organization's primary exempt purpose? ►  PROVIDE FOR NEEDY FAMILIES.

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) & (4) organizations & section 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants & allocations to others.)

Program Service Expenses (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.)

a SUPPORT OF 3000 CHILDREN AND THEIR FAMILIES. INCLUDING PAYMENTS FOR EDUCATION, SHELTER, MEDICAL EXPENSES, FOOD AND CLOTHING.

_____

(Grants and allocations $ _____ )    947,720.

b _____

_____

_____

(Grants and allocations $ _____ )

c _____

_____

_____

(Grants and allocations $ _____ )

d _____

_____

_____

(Grants and allocations $ _____ )

e Other program services .................... (Grants and allocations $ _____ )

f Total of Program Service Expenses (should equal line 44, column (B), program services) .................... ►    947,720.

BAA                                 TEEA0102L  01/01/02                          Form 990 (2001)

**Part II** Statement of Functional Expenses All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (att sch) SEE STM 4 (cash $ 42,740. non-cash .$ ) | 22 | 42,740. | 42,740. | | |
| 23 Specific assistance to individuals (att sch) ST..5 | 23 | 765,181. | 765,181. | | |
| 24 Benefits paid to or for members (att sch) | 24 | | | | |
| 25 Compensation of officers, directors, etc | 25 | | | | |
| 26 Other salaries and wages | 26 | 46,450. | | 46,450. | |
| 27 Pension plan contributions | 27 | | | | |
| 28 Other employee benefits | 28 | | | | |
| 29 Payroll taxes | 29 | 3,724. | | 3,724. | |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | 590. | | 590. | |
| 32 Legal fees | 32 | 2,000. | | 2,000. | |
| 33 Supplies | 33 | 23,974. | | 23,772. | 202. |
| 34 Telephone | 34 | 5,160. | | 4,769. | 391. |
| 35 Postage and shipping | 35 | 9,661. | | 8,757. | 904. |
| 36 Occupancy | 36 | 6,207. | | 2,365. | 3,842. |
| 37 Equipment rental and maintenance | 37 | | | | |
| 38 Printing and publications | 38 | 7,605. | | 5,944. | 1,661. |
| 39 Travel | 39 | | | | |
| 40 Conferences, conventions, and meetings | 40 | | | | |
| 41 Interest | 41 | | | | |
| 42 Depreciation, depletion, etc (attach schedule) | 42 | | | | |
| 43 Other expenses not covered above (itemize): | | | | | |
| a SEE STATEMENT 6 | 43a | 774,386. | 763,066. | 11,320. | |
| b | 43b | | | | |
| c | 43c | | | | |
| d | 43d | | | | |
| e | 43e | | | | |
| 44 Total functional expenses (add lines 22 - 43). Organizations completing columns (B) - (D), carry these totals to lines 13 - 15. | 44 | 1,687,678. | 1,570,987. | 109,691. | 7,000. |

Joint Costs. Check. ► ☐ if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ....... ► ☐ Yes ☒ No

If 'Yes,' enter (i) the aggregate amount of these joint costs $ _____ ; (ii) the amount allocated to program services $ _____ ; (iii) the amount allocated to management and general $ _____ ; and (iv) the amount allocated to fundraising $ _____ .

**Part III** Statement of Program Service Accomplishments

What is the organization's primary exempt purpose? ► SEE STATEMENT 7 _____

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) & (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants & allocations to others.)

Program Service Expenses (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.)

a PROVIDED SUPPORT FOR OVER 5,000 CHILDREN FROM 3,000 FAMILIES IN AFGANISTAN, MEXICO, INDONESIA, TURKEY, PALESTINE AND BOSNIA.

(Grants and allocations $ 42,740. ) | 1,570,987.

b

(Grants and allocations $ )

c

(Grants and allocations $ )

d

(Grants and allocations $ )

e Other program services (Grants and allocations $ )

f Total of Program Service Expenses (should equal line 44, column (B), program services) ► | 1,570,987.

BAA TEEA0102L 01/22/03 Form 990 (2002)

2002/05

Tab 12 2 Page 6 of 14

Form 990 (2003)    CHILD FOUNDATI    93-1148608    Page 2

**Part II    Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| Grants and allocations (att sch) SEE STM 3 (cash $ 2381377. non-cash $ ) . . . . . . . | 22 | 2,381,377. | 2,381,377. | | |
| 23 Specific assistance to individuals (att sch) . . . . . . . | 23 | | | | |
| 24 Benefits paid to or for members (att sch) . . . . . . . . | 24 | | | | |
| 25 Compensation of officers, directors, etc . . . . . . . . . | 25 | | | | |
| 26 Other salaries and wages . . . . . . . . . . . . . | 26 | 18,300. | | 18,300. | |
| 27 Pension plan contributions . . . . . . . . . . . | 27 | | | | |
| 28 Other employee benefits . . . . . . . . . . . . . | 28 | | | | |
| 29 Payroll taxes . . . . . . . . . . . . . . . . . . . . . . . . | 29 | 3,378. | | 3,378. | |
| 30 Professional fundraising fees . . . . . . . . . . | 30 | | | | |
| 31 Accounting fees . . . . . . . . . . . . . . . . . . . . . . | 31 | 5,125. | | 5,125. | |
| 32 Legal fees . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | 879. | | 879. | |
| 33 Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | 23,762. | | 2,375. | 21,387. |
| 34 Telephone . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | 7,386. | | 7,386. | |
| 35 Postage and shipping . . . . . . . . . . . . . . . . | 35 | 11,226. | | 1,123. | 10,103. |
| 36 Occupancy . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 3,406. | | 3,406. | |
| 37 Equipment rental and maintenance . . . . . | 37 | | | | |
| 38 Printing and publications . . . . . . . . . . . . . | 38 | 7,705. | | | 7,705. |
| 39 Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 962. | | 962. | |
| 40 Conferences, conventions, and meetings . . . . . . . . | 40 | | | | |
| 41 Interest . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | | | | |
| 42 Depreciation, depletion, etc (attach schedule) . . . . . . | 42 | | | | |
| 43 Other expenses not covered above (itemize): a SEE STATEMENT 4 | 43a | 198,639. | 86,100. | 27,451. | 85,088. |
| b | 43b | | | | |
| c | 43c | | | | |
| d | 43d | | | | |
| e | 43e | | | | |
| 44 Total functional expenses (add lines 22 - 43). Organizations completing columns (B) - (D), carry these totals to lines 13 - 15 . . . . . . . . . . | 44 | 2,662,145. | 2,467,477. | 70,385. | 124,283. |

Joint Costs. Check . ► ☐ if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? . . . . . . . . . ► ☐ Yes ☒ No

If 'Yes,' enter (i) the aggregate amount of these joint costs      $ _____ ; (ii) the amount allocated to Program services

$ _____ ; (iii) the amount allocated to Management and general    $ _____ ; and (iv) the amount allocated to Fundraising    $ _____ .

**Part III    Statement of Program Service Accomplishments**

What is the organization's primary exempt purpose? ►    SEE STATEMENT 5 _ _ _ _ _ _ _ _ _ _ _ _ _ _

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) & (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants & allocations to others.)

**Program Service Expenses** (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.)

| | |
|---|---|
| a SEE STATEMENT 6 (Grants and allocations $ 2,381,377. ) | 2,467,477. |
| b (Grants and allocations $ ) | |
| c (Grants and allocations $ ) | |
| d (Grants and allocations $ ) | |
| e Other program services . . . . . . . . . . . . . . . . . . . . . . . . . (Grants and allocations $ ) | |
| f Total of Program Service Expenses (should equal line 44, column (B), Program services) . . . . . . . . . . . . . . . . . . . . . . ► | 2,467,477. |

BAA    TEEA0102L  10/03/03    Form 990 (2003)

Tab 12    Page 7 of 14

| 2003 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|

CHILD FOUNDATION                                                93-1148608

'31/05                                                            02:39PM

**STATEMENT 3 (CONTINUED)**
**FORM 990, PART II, LINE 22**
**GRANTS AND ALLOCATIONS**

CASH GRANTS AND ALLOCATIONS

AMOUNT GIVEN:                                              $          672.

                                TOTAL GRANTS AND ALLOCATIONS  $   2,381,377.

**STATEMENT 4**
**FORM 990, PART II, LINE 43**
**OTHER EXPENSES**

| | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT & GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| BANK FEES | 2,731. | | 2,731. | |
| C.CARD PROCESSING | 10,972. | | 10,972. | |
| DIRECT PROGRAM EXPENSES | 86,100. | 86,100. | | |
| DUES & PUBS | 411. | | 411. | |
| FILING FEES | 250. | | 250. | |
| MISC EXPENSE | 9,318. | | 4,659. | 4,659. |
| OUTSIDE SERVICES-STAFFING | 73,489. | | 7,349. | 66,140. |
| PHONE CARDS FOR RESALE | 14,289. | | | 14,289. |
| WEBSITE | 1,079. | | 1,079. | |
| TOTAL | $ 198,639. | $ 86,100. | $ 27,451. | $ 85,088. |

**STATEMENT 5**
**FORM 990 , PART III**
**ORGANIZATION'S PRIMARY EXEMPT PURPOSE**

TO PROVIDE BASIC LIVING ESSENTIALS SUCH AS FOOD, SHELTER, CLOTHING AND MEDICAL
NEEDS SO THAT YOUNG BOYS AND GIRLS CAN CONTINUE THEIR EDUCATION, RATHER THAN BEING
FORCED TO ENGAGE IN DEMEANING JOBS OR EARLY MARRIAGES.

**STATEMENT 6**
**FORM 990, PART III, LINE A**
**STATEMENT OF PROGRAM SERVICE ACCOMPLISHMENTS**

| DESCRIPTION | GRANTS AND ALLOCATIONS | PROGRAM SERVICE EXPENSES |
|---|---|---|
| MADE GRANTS TO ORGANIZATIONS SUPPORTING ORPHANS AND CHILDREN IN VARIOUS PARTS OF THE WORLD. | 2,381,377. | 2,381,377. |
| DIRECT PROGRAM SERVICES. REPRESENTS COSTS ASSOCIATED WITH DESIGNING AND DELIVERING PROGRAM OBJECTIVES. THE ORGANIZATION HAS A VARIETY OF PROGRAMS INCLUDING THE INDONESIAN SPONSOR PROGRAM, THE WDC HOMELESS PROJECT IN THE WASHINGTON DC AREA, AND THE INDIA SPONSOR PROGRAM. | | 86,100. |

2004/05

Tab 12  18
Page 8 of 14

Form 990 (2004)    CHILD FOUNDATIO                                        93-1148608              Page 2

**Part II** **Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (att sch)  SEE STM 3 (cash $ 1365029. non-cash $ _____ ) | 22 | 1,365,029. | 1,365,029. | | |
| 23 Specific assistance to individuals (att sch) | 23 | | | | |
| 24 Benefits paid to or for members (att sch) | 24 | | | | |
| 25 Compensation of officers, directors, etc | 25 | | | | |
| 26 Other salaries and wages | 26 | 105,695. | 37,197. | 37,967. | 30,531. |
| 27 Pension plan contributions | 27 | | | | |
| 28 Other employee benefits | 28 | | | | |
| 29 Payroll taxes | 29 | 14,403. | 5,069. | 5,174. | 4,160. |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | 24,906. | | 24,906. | |
| 32 Legal fees | 32 | 31,486. | 12,036. | 19,450. | |
| 33 Supplies | 33 | 3,443. | | 2,754. | 689. |
| 34 Telephone | 34 | | | | |
| 35 Postage and shipping | 35 | 11,477. | | 2,295. | 9,182. |
| 36 Occupancy | 36 | 10,254. | 2,182. | 5,876. | 2,196. |
| 37 Equipment rental and maintenance | 37 | | | | |
| 38 Printing and publications | 38 | 15,840. | | 792. | 15,048. |
| 39 Travel | 39 | 2,553. | | 2,553. | |
| 40 Conferences, conventions, and meetings | 40 | | | | |
| 41 Interest | 41 | | | | |
| 42 Depreciation, depletion, etc (attach schedule) | 42 | 1,000. | | 1,000. | |
| 43 Other expenses not covered above (itemize): | | | | | |
| a SEE STATEMENT 4 | 43a | 154,977. | 71,935. | 51,990. | 31,052. |
| b _____ | 43b | | | | |
| c _____ | 43c | | | | |
| d _____ | 43d | | | | |
| e _____ | 43e | | | | |
| 44 Total functional expenses (add lines 22 - 43). Organizations completing columns (B) - (D), carry these totals to lines 13 - 15 | 44 | 1,741,063. | 1,493,448. | 154,757. | 92,858. |

Joint Costs. Check . ► ☐ if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in **(B)** Program services? ........... ► ☐ Yes ☒ No

If 'Yes,' enter **(i)** the aggregate amount of these joint costs  $ _____ ; **(ii)** the amount allocated to Program services $ _____ ; **(iii)** the amount allocated to Management and general  $ _____ ; and **(iv)** the amount allocated to Fundraising  $ _____ .

**Part III** **Statement of Program Service Accomplishments**

What is the organization's primary exempt purpose? ►    SEE STATEMENT 5 _____

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) & (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants & allocations to others.)

**Program Service Expenses**
(Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.)

a SEE STATEMENT 6 _____

_____

_____ (Grants and allocations $ 1,365,029. )    1,493,448.

b _____

_____

_____ (Grants and allocations $ _____ )

c _____

_____

_____ (Grants and allocations $ _____ )

d _____

_____

_____ (Grants and allocations $ _____ )

e Other program services ........... (Grants and allocations $ _____ )

f Total of Program Service Expenses (should equal line 44, column (B), Program services) ........... ►    1,493,448.

BAA                                 TEEA0102L 01/07/05                        Form 990 (2004)

2005/05

Tab 12
Page 9 of 14

| 2004 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|

CHILD FOUNDATION                                                    93-1148608

STATEMENT 6
FORM 990, PART III, LINE A
STATEMENT OF PROGRAM SERVICE ACCOMPLISHMENTS

| DESCRIPTION | GRANTS AND ALLOCATIONS | PROGRAM SERVICE EXPENSES |
|---|---|---|
| MADE GRANTS TO ORGANIZATIONS SUPPORTING ORPHANS AND CHILDREN IN VARIOUS PARTS OF THE WORLD. | 1,365,029. | 1,429,989. |
| DIRECT PROGRAM SERVICES. REPRESENTS COSTS ASSOCIATED WITH DESIGNING AND DELIVERING PROGRAM OBJECTIVES. THE ORGANIZATION HAS A VARIETY OF PROGRAMS INCLUDING THE INDONESIAN SPONSOR PROGRAM, AND THE WDC HOMELESS PROJECT IN THE WASHINGTON DC AREA. | | 63,459. |
| | $ 1,365,029. | $ 1,493,448. |

STATEMENT 7
FORM 990, PART IV, LINE 57
LAND, BUILDINGS, AND EQUIPMENT

| CATEGORY | BASIS | ACCUM. DEPREC. | BOOK VALUE |
|---|---|---|---|
| MACHINERY AND EQUIPMENT | $ 3,146. | $ 999. | $ 2,147. |
| TOTAL | $ 3,146. | $ 999. | $ 2,147. |

STATEMENT 8
FORM 990, PART IV, LINE 58
OTHER ASSETS

| | | |
|---|---|---|
| REFUND RECEIVABLE | $ | 150,000. |
| SECURITY DEPOSTS | | 335. |
| TOTAL | $ | 150,335. |

STATEMENT 9
FORM 990, PART IV, LINE 65
OTHER LIABILITIES

| | | |
|---|---|---|
| REFUND DUE DONOR | $ | 106,000. |
| TOTAL | $ | 106,000. |

Tab 12  2-1
Page 10 of 14

Form **990** (2005)   CHILD FOUNDATION                                    93-1148608          Page **3**

**Part III   Statement of Program Service Accomplishments**

rm 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular rganization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

| What is the organization's primary exempt purpose? ► SEE STATEMENT 4 | Program Service Expenses (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.) |
|---|---|

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

**a** SEE STATEMENT 5

(Grants and allocations  $            49,835. ) If this amount includes foreign grants, check here .. ► ☐ | 1,058,858.

**b**

(Grants and allocations  $                ) If this amount includes foreign grants, check here .. ► ☐ |

**c**

(Grants and allocations  $                ) If this amount includes foreign grants, check here .. ► ☐ |

**d**

(Grants and allocations  $                ) If this amount includes foreign grants, check here .. ► ☐ |

**e** Other program services. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Grants and allocations  $                ) If this amount includes foreign grants, check here .. ► ☐ |

**f** Total of **Program Service Expenses** (should equal line 44, column (B), Program services) . . . . . . . . . . . . . . . . . . . . . ► | 1,058,858.

**BAA**                                                                        Form **990** (2005)

TEEA0103L  10/14/05

Tab 12   3
Page 11 of 14

**2005**                     **FEDERAL STATEMENTS**                    **PAGE 2**

CHILD FOUNDATION                                        93-1148608

**STATEMENT 3**
**FORM 990, PART II, LINE 43**
**OTHER EXPENSES**

|  | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT & GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| ADVERTISING | 1,104. | 740. | 364. | |
| BANK & MERCHANT FEES | 8,681. | 8,425. | 256. | |
| INSURANCE | 2,884. | 255. | 2,629. | |
| LICENSES | 1,691. | 791. | 900. | |
| MISC EXPENSE | 807. | 403. | 404. | |
| MISC FUNDRAISING COSTS | 21,013. | | | 21,013. |
| OUTSIDE SERVICES | 3,746. | 3,746. | | |
| PROFESSIONAL FEES | 24,432. | 10,179. | 14,253. | |
| PROJECTS | 866,403. | 866,403. | | |
| TOTAL | $ 930,761. | $ 890,942. | $ 18,806. | $ 21,013. |

**STATEMENT 4**
**FORM 990 , PART III**
**ORGANIZATION'S PRIMARY EXEMPT PURPOSE**

TO PROVIDE BASIC LIVING ESSENTIALS SUCH AS FOOD, SHELTER, CLOTHING AND MEDICAL
NEEDS SO THAT YOUNG BOYS AND GIRLS CAN CONTINUE THEIR EDUCATION, RATHER THAN BEING
FORCED TO ENGAGE IN DEMEANING JOBS OR EARLY MARRIAGES.

**STATEMENT 5**
**FORM 990, PART III, LINE A**
**STATEMENT OF PROGRAM SERVICE ACCOMPLISHMENTS**

| DESCRIPTION | GRANTS AND ALLOCATIONS | PROGRAM SERVICE EXPENSES |
|---|---|---|
| MADE GRANTS TO ORGANIZATIONS SUPPORTING ORPHANS AND CHILDREN IN VARIOUS PARTS OF THE WORLD. <br> INCLUDES FOREIGN GRANTS: YES | 49,835. | 49,835. |
| DIRECT PROGRAM SERVICES. REPRESENTS COSTS ASSOCIATED WITH DESIGNING AND DELIVERING PROGRAM OBJECTIVES. THE ORGANIZATION HAS A VARIETY OF PROGRAMS INCLUDING THE CHILD SPONSORSHIP PROGRAM: <br> INDONESIAN CHILDREN: $22,000 <br> CHILDREN SPONSORSHIP: $833,440 <br> CHILD & FAMILY SUPPORT-U.S.: $7,588 <br> TUITION SCHOLARSHIPS: $3,375 <br> INCLUDES FOREIGN GRANTS: NO | | 1,009,023. |
| | $ 49,835. | $ 1,058,858. |

2006/05

Tab 12
Page 12 of 14

Form **990** (2006)   CHILD FOUNDATION, INC                                    93-1148608          Page **3**

**Part III**  **Statement of Program Service Accomplishments**

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

| | Program Service Expenses (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| What is the organization's primary exempt purpose? ► ___See Stmt 4___ All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organ- izations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.) | |
| **a** See Stmt 5 | |
| (Grants and allocations    $              0. ) If this amount includes foreign grants, check here ► [X] | 1,804,916. |
| **b** | |
| (Grants and allocations    $              ) If this amount includes foreign grants, check here ► [ ] | |
| **c** | |
| (Grants and allocations    $              ) If this amount includes foreign grants, check here ► [ ] | |
| **d** | |
| (Grants and allocations    $              ) If this amount includes foreign grants, check here ► [ ] | |
| **e** Other program services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (Grants and allocations    $              ) If this amount includes foreign grants, check here ► [ ] | |
| **f Total of Program Service Expenses** (should equal line 44, column (B), Program services) . . . . . . . . . . . . . . . . . . . . . ► | 1,804,916. |

**BAA**                                                                    Form **990** (2006)

TEEA0103   01/18/07

2007/05                                                                    Tab 12

CHILD FOUNDATION, INC          93-1148608                                        1

**Additional Information**

Program Accompishments

Over 3,000 families benefitting over 4,000 children are served by
Child Foundation's individual sponsorship program. Other sponsorship
programs assist children with higher education funding.
International humanitarian aid has been provided in Agfhanistan,
Indonesia and Turkey. Special assistance was provided this year
for disaster relief in SE Asia.
There are currently 4 different programs for children with
disabilities and limitations. They are abused children, blind
children, children with cancer and deaf children.
Child Foundation assists only a fraction of the over 143 million
orphans worldwide through its program.

Tab 12
Page 14 of 14