

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

**OFAC License History Check Response**

**OFAC Tracking No. - IA-467715**

**Exodus Referral No. - 2009-6-23-ICE-01084**

Date of Request:      June 23, 2009
Originating Agency:   ICE, Portland, Or
Officer's Name:       Glenn A. Dimmick

**OFAC Search Results:**
No OFAC licenses found for the following:

**Mehrad Yarebi**

**Remak General Trading Company or Remak General Trading**

**Italcom SAS**

**Farah Rahmati**

**Iran Faras**

**Doklan Company**

**Nastaran Mirdamdi Zonozi**

**Asad Azemi**

**Najmeh Vahid aka Najmeh Lahiji**

**Lahiji Urology Center (LUC)**

**Armiti Group**

**Hossein Lahiji aka Hossein Mossakhani.**

However, one OFAC license (IA-5843) issued on March 14, 2004, found under the name **Child Foundation, Inc**, was previously supplied to your office. Also, one pending license application (IA-9582) filed under the name **Child Foundation** was received by OFAC on June 30, 2007, regarding the adoption of children from Iran. The application remains pending and no license has been issued or denied.

Tab 13
Page 1 of 2

CF292534

As to informal communications between Child Foundation and OFAC, we will be in touch with your office directly.

**Additional Comments:**
If your inquiry reveals an OFAC violation, please call this office.

Search Conducted By:    Thurman R. Taylor
                        Enforcement Officer

Date Prepared:          July 1, 2009

Tab 13
Page 2 of 2

CF292535