LAW OFFICES OF
# FARI A REZAI

September 25, 2000

U.S. Department of Treasury
Office of Foreign Asset Control
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Attention: Mr. Hal Eren

RE:    Iranian Transaction Regulations
       Our Client: Child Foundation, An Oregon corporation

Dear Sirs:

This office represents Child Foundation, Inc., a non-profit, an Oregon Charitable corporation, established in May 18, 1994. This office respectfully applies to your office, on behalf of Child Foundation, seeking a determination with respect to the applicability of the prohibition of the Iranian Transactions Regulations, 31 C.F.R. Part 560 (the "Regulations") to donations by Child Foundation, Inc., a U.S. Person, to indigent orphan and gifted children in Iran.

As part of its charitable work, Child Foundation has been providing educational and medical help, food, and other support services for needy orphans including gifted indigent children within the U.S. and internationally over the years. In foreign countries, Child Foundation provides its support by organizing its affiliate local entities for the purpose of reaching local orphan children and then providing for such children in necessities including life support, medical and educational needs.

Through their volunteer recruitment, Child Foundation has identified and provided much needed help to orphan and gifted children in Bosnia-Herzegovina, Lebanon, Holy Land, Afghanistan, Iran, Iraq, Algeria and India. The entity's strategy has been to identify potential highly under-budgeted orphanage houses or refugee centers, as well as to visit poor families directly in such countries and then through its fund raising activities here in the United States provide for such children.

Tab 14
Page 1 of 3
CF292348

September 25, 2000
Page 02

One such target country has been Iran where the Child Foundation has been spending a major part of its efforts and capital to support and fund local projects to help the needy orphans and other gifted children. Through its affiliate local entity, Refah Koudak Relief Institute, a fully registered, and wholly private and non-governmental organization in Iran, the Child Foundation has been able to reach over a thousand (1000) such orphan children in Iran. The Foundation has been achieving this goal by arranging for U.S. volunteers to sponsor one or more designated orphan and needy children in Iran and through such sponsorship, the Foundation has collected the needed funds to support such orphans in proving for their housing, food, clothing, and educational needs.

Over 95% of the funds donated by the volunteers of Child Foundation are reaching the orphans, with the balance of approximately 5% to go for expenses. Presently, the Foundation wishes to commit a much higher percentage of its raised capital to increase its coverage of support for such children in Iran. The Foundation wishes to be able to send its donations directly to Iran for this project. The Foundation has requested us to seek your respectful office for your determination with respect to the donations in money and other personal property gifts by Child Foundation, Inc., a U.S. person, to Iran with the intent for such donations to be used for orphan, gifted, and other needy children in Iran. By this Application the Foundation therefore seeks from that respectful office permission and license to be exempted from the application of the Iranian Trade Embargo and Presidential Executive Order of 1995 in that regard.

Attached to this application for determination, and for your kind review are the following documents in support of this Application. The documents include Child Foundation, Inc.'s fund raising program in the U.S., information regarding the recipient entity in Iran, and other general information about the Foundation so that the same can be relied upon in support of this application:

**Exhibit "A"**:
   1. Summary of Activities of Child Foundation
   2. Child Foundation's Financial Report (1998)
   3. Child Foundation's Newsletter for Iran
   4. A report of Foundation's activities in Iran, Indonesia, & Bosnia

**Exhibit "A"**:

   1. Foundation's IRS Form 1023; Application For Recognition of Exemption
   2. Articles of Incorporation of the Child Foundation, Inc. including its Amendment
   3. Bylaws of the Child Foundation
   4. Foundation's Fund Raising Forms
   5. Foundation's Completed IRS Schedule "H"
   6. Foundation's completed 872-C Forms for IRS determination
   7. Foundation's completed IRS Form 8718
   8. Letters of Determination of Charitable status by Internal Revenue Service

Tab 14
Page 2 of 3

CF292349

September 25, 2000
Page 03

**Exhibit "C":**

1. An audit report of Foundation's activities in Iran by the Accounting Firm of Mofid Andishan, a CPA firm in Iran.
2. Articles of the Refah Koudak Relief Institute, the Foundation's recipient and affiliate entity in Iran responsible for distribution of funds sent by the Foundation
3. Bylaws and Minutes of the Meeting of the BOD of Refah Koudak Relief Institute in Iran identifying its founders and governing body.

Thanking that office in advance greatly for the anticipated cooperation and with respect we remain,

Very truly yours,

Fari A. Rezai

Tab 14
Page 3 of 3
CF292350