In His Exalted Name                    11/3/01

Permission to send the Child Foundation's exchanged money

1. The possibility of obtaining such permission - very low

2. Tell us what to do

3. Obtaining special permit

   - Wheelchair

   - The needed stuff for the blind

   - Medicine

4. Establishing another foundation in America

5. Reducing the need for Iranians in the Child Foundation [staff]

6. Activities in other countries

7. Iranians residing in other countries to be covered
   - Poor countries - Turkey, Syria

8. Consultation with Alikhani, Nejad Hosseini - Khastoo

9.

Tab 16
Page 1 of 1

CF374897