

# DEPARTMENT OF THE TREASURY
## WASHINGTON, D.C. 20220

Licence No. IA-5843

IRANIAN TRANSACTIONS REGULATIONS

### LICENSE

(Granted under the authority of 50 U.S.C. §§ 1701-06, 22 U.S.C. § 2349aa-9; Executive Orders 12613, 12957, 12959 and 13059, and 31 C.F.R. Parts 501 and 560.)

To:   Child Foundation, Inc.
      11364 S.E. Highland Loop
      Clackamas, OR 97015            Attn:  S. Shawn Khastoo

1. Based on the January 14, 2004, letter from the Law Offices of S. Shawn Khastoo, submitted on behalf of the Child Foundation, Inc., to the Office of Foreign Assets Control (the "Application"), and information otherwise available to the Office of Foreign Assets Control, the transactions and activities delineated on the reverse hereof are hereby authorized.

2. This License is granted upon the statements and representations made in the Application, otherwise filed with or made to the Treasury Department as a supplement to the Application, or based on information available to the Treasury Department, and is subject to the condition, among others, that the Licensee(s) comply in all respects with all regulations, rulings, orders, and instructions issued by the Secretary of the Treasury under the authority of Section 505 of the International Security and Development Cooperation Act of 1985, Section 203 of the International Agency Economic Powers Act (50 U.S.C. § 1702), the National Emergencies Act (50 U.S.C. §§ 1601 seq.), and the terms of this License.

3. The Licensee(s) shall furnish and make available for inspection any relevant information, records, or reports requested by the Secretary of the Treasury, or any other duly authorized officer or agency.

4. **This License expires June 25, 2004,** is not transferable and is subject to the provisions of Executive Orders 12613, 12957, 12959 and 13059, and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time at the discretion of the Secretary of the Treasury. If this License was issued as a result of willful misrepresentation on the part of the applicant or his duly authorized agent, it may, at the discretion of the Secretary of the Treasury, be declared void from the date of its issuance or from any other date.

5. This License does not excuse compliance with any law or regulation administered by the Office of Foreign Assets Control or another agency (including reporting requirements) applicable to the transaction(s) herein licensed, nor does it release Licensee(s) or third parties from civil or criminal liability for violation of any law or regulation.

Issued by direction and on behalf of the Secretary of the Treasury:

OFFICE OF FOREIGN ASSETS CONTROL

By_____   3/18/04
   David W. Mills
   Chief of Licensing

Attention is directed to 18 U.S.C. § 1001, 50 U.S.C. § 1705, and 31 C.F.R. § 560.701 for provisions relating to penalties.

CF292439

**License No. IA-5843**                                    **Page 2 of 2**

**SECTION 1 - AUTHORIZATION:** (a) Child Foundation, Inc. (the "Licensee"), is hereby authorized to export 6000 donated back packs containing personal items, including soap, toothbrush, toothpaste, towel, hair brush, underwear, socks, a small toy, chewing gum, candy, and school supplies such as notebooks, pens, pencils, crayons, erasers, and pencil sharpeners, to Iran for children who were victims of the earthquake in Bam.

(b) This license does not authorize the exportation to Iran of any goods or technology controlled for export under the Export Administration Regulations, 15 C.F.R. parts 730-774.

**SECTION 2 - WARNING:** Except as expressly authorized above, nothing in this license authorizes transactions prohibited by the Iranian Transactions Regulations, 31 C.F.R. Part 560, by Executive Orders 12613, 12957, 12959 and 13059, or by any other laws and regulations administered by the Office of Foreign Assets Control.

**SECTION 3 - RECORDKEEPING REQUIREMENT:** As a further condition of this license and in accordance with 31 C.F.R. Part 501, the Licensee is required to keep full and accurate records of all transactions engaged in pursuant to the authorization contained in this license. Such records shall be made available for examination upon demand for at least five years from the date of each transaction. Such records shall clearly demonstrate the applicability of the authorization set forth in Section I hereof.

**SECTION 4 - PRECEDENCE:** The authorization contained in this license is limited to the facts and circumstances specific to the application.
*****************************************************************************

CF292440