*Law Offices of*

# S. Shawn Khastoo

*5670 Wilshire Blvd., Suite 720, Los Angeles, CA 90036*
*Phone: (323)456-0606; Fax: (323)456-0608*
*E-Mail: skhastoo@prodigy.net*

May 27, 2004

<u>Sent Via Fax:(202)622-1657</u>
And US Post Express Mail &
by E-mail to: agmed@do.treas.gov

Licensing Division
Office of Foreign Asset Control
1500 Pennsylvania Avenue, N.W.
Washington, D.C.    20220

Attention: Mr. David Mills
            Director - Licensing Division

RE:    <u>Request By Child Foundation for Special License to Send Sum of</u>
       <u>$ 250,000 To  Iran To Provide Medical Care, Support and</u>
       <u>Education for The Children Victims of Bam Earthquake in Iran</u>
       <u>Iran - Humanitarian Relief Program For Victims of Bam Earthquake</u>

Dear Mr. Mills:

Application is made pursuant to the Executive Order Dated 12-31-2003 and exemption provided therein for waiver of applicability of the prohibition of the Iranian Transactions Regulations, 31 C.F.R. Part 560 (the "Regulations") to donations made by U.S. Persons for humanitarian relief for the children victims of the Bam Earthquake in Iran  under General License Nos. 1 and 1-a dated December 27, 2003 and March 25, 2004, respectively.

Child Foundation, Inc., an Oregon-based Non-profit and Charitable Organization, a U.S. Person, hereby respectfully requests to be granted a license permitted under the above-entitled Executive Orders to send a sum of $ 250,000 for the children victims of Bam Earthquake in Iran.  This humanitarian aid is intended to be used to distribute food packages, medical care, clothing, basic living essentials, housing, education and other humanitarian relief as part of Foundation's sponsorship programs to help care for the surviving Children in Bam including many who have been orphaned by the Earthquake. It is known that the earthquake has left over 10,000 children homeless in Bam.

1

CF292441

The subject Funds are donated by individuals in the community pursuant to fund raising events held in California and other locations or through Radio and Television Telethon programs in California and other States and/or paid from general charitable funds paid by members of public in general to the Foundation in support of victims of Bam Earthquake.

As further reference OFAC recently granted the Foundation license No. IA-5843 authorizing it to send 6000 donated back packs containing personal items, including soap, toothbrushes, toothpaste, towel, etc. as stated in the Foundation's Application. (A copy of the License No. 1A-5843 is attached herein for your reference). The subject goods have already been shipped and distributed to the surviving children in Bam.

The above subject funds will be distributed to the children victims of earthquake in Bam, Iran through the volunteers working for Refah Koodak Relief Institute (Child Welfare and Relief Organization), a recognized NGO and a non-profit and a wholly non-governmental organization operating in Iran. Said volunteers are presently in Bam, Iran. Detailed information about said recipient is also attached herein.

Child Foundation, Inc., was formed in 1994 by a group of philanthropists to help poor and disadvantaged children. Presently, Foundation provides care and support for over several thousand children (mostly orphans) in different countries, including Bosnia, Afghanistan, and Iran. A brief summary about the Foundation, its activities and directors is attached and incorporated here for support of this application. Also attached is detailed information about the Child Welfare and Relief Organization in Iran.

Request is made for the hard copy of the license to be sent to Child Foundation at their address provided herein with a copy to this office.

We look forward to your kind expedited response. Please do not hesitate to contact this office or the Foundation with regard to any question concerning this Application.

Very truly yours,

S. Shawn Khastoo

These documents are intended to be considered as Application for a Special License by Child Foundation, Inc., the applicant herein.

DATED: May 21, 2004

_____
Child Foundation, Inc.
By: Dr. Mehrdad Yasrebi
       President

2

Tab 18
Page 2 of 7

CF292442

## Child Foundation, Inc.

### General Background Information

Child Foundation, Inc., is a non-profit Oregon Charitable corporation, established in May 18, 1994 (Registry No. 399323-89) to help to care for and support the indigent, orphan and gifted children in the U.S. and internationally.

As part of its charitable work, Child Foundation has provided educational and medical help, food, and other support services for needy orphans including gifted indigent children within the U.S. and internationally over the years. In foreign countries, Child Foundation reaches the children through affiliate local entities in order to assess and provide necessities of life including food, shelter, medical and educational needs.

Through its volunteer recruitment, Child Foundation has provided for orphan and gifted children in the U.S. and such foreign countries as Bosnia-Herzegovina, Indonesia, Afghanistan, India and Iran. In Iran, the Foundation has distributed its donations through local Non-Governmental Organizations (NGOs). One such NGO is Refah Koodak Relief Institute (Child Welfare Relief), a fully registered, and entirely private and non-governmental organization in Iran. In Iran, Foundation's support and financial giving have reached over 1000 children over the years.

The Foundation sends over 95% of funds donated to it for the above purposes and approximately 5% of its raised funds are used to pay its organizational expenses. More Information about the Foundation can be found at its Internet Website:www.childfoundation.org.

### Foundation Officers and Directors
1.      Address of Foundation
        Address: 11364 S.E. Highland Loop, Clackamas, OR 97015
        Mailing Address: P.O. Box 1364, Clackamas, OR 97015
        Phone: (503) 698-4084; Fax: (503) 698-1573
        Website: www.childfoundation.org
        E-Mail :   main@childfoundation.org or

2.      Dr. Mehrdad Yasrebi, Ph.D., Chairman and Founder
        Address: P.O. Box 862, Clackamas, OR   97075
        Phone: Cell (503) 380-5646
        myasrebi@pccstructurals.com

Southern California Branch Office
3.      **Ms. Sudabeh Shoja**
        P.O. Box 7557
        Laguna Niguel, CA 92607
        Phone: (949)754-0611 & (949) 580-1162: Cell: (949)637-1405
        FAX: (949)754-0411 & (949) 249-8126
        Email: Sudi@ChildFoundation.org

Tab 18
Page 3 of 7

CF292443

## Prior work of charity of Child Foundation:

### 1. Sponsorship:

This program allows for sponsorship of orphan children of very needy families to attend school. Families with almost no income receive food, shelter, clothing, medical needs and educational supplies. Volunteer social workers visit the families and prepare detailed reports of the child's life and the family's financial situation. Every family receives a monthly allowance assigned by their social worker. Remaining balance and the additional donations received from sponsors are combined to provide for other needs of the child and his/her family such as school tuition, rent, medical needs, clothing, and basic household needs.

### 5. Helping Children with medical needs (Cancer Division):

Under this program, children with medical needs receive help towards the required treatments. This program provides relief for families who are burdened by having to care for the special needs of their child fighting cancer.

### 5. Blind Children programs:

In this program, sponsored blind children are encouraged to continue their education and become independent adults. Renovation of schools helps upgrade the educational system for the blind children so they can have a fair chance to provide for themselves.

To date, through the Refah Koodak Relief Institute in Iran, the Foundation has completed the following projects:

- Renovation of school facility, addition of heating and cooling systems, telephone, and infernal announcement systems in 8 different schools.
- Repair of school buses to facilitate transportation of children to visit with their families for 5 different schools.
- Supply of educational needs such as Braille type writer, Braille maps, magnifiers, tape recorders, equipment for mass duplication of tapes.
- Goal-balls and table tennis for schools.
- Computer Centers consisting of 10 computers, printer, and voice activated software.

4

Tab 18
Page 4 of 7

CF292444

4. **Hunger Relief:**

Following programs is helping with eradication of hunger in children:

**Sponsorship:** Monthly allowance provides a supplement for the families who have no other income.

**Annual Food Distribution:** Packages of food are distributed to families under coverage at special occasions.

**Family Food Packages:** Grant Funding of corporations or individuals allow us to distribute food to families in remote areas.

5. **Children with Hearing Impairment:**

Through this program, children of the needy families receive hearing aids and are able to attend school.

6. **Disaster Relief:**

During the past years, members of this organization have responded to various flood and earthquake disasters and provided short term relief and long term support. During the Bam earthquake, volunteers of this organization were on the scene the next day distributing blankets and helping with the care and matters related to the shelters for rescued children. Hot food, toys and other supplies were rushed to children's shelters. Since then, volunteers have been actively engaged in providing special classes for young children and also for teenagers residing in various camps, identifying orphaned children for participation in various sponsorship programs.

**The General Information About the recipient Entity, Refah Koodak Relief Institute (Child Welfare and Relief Organization) in Iran**

Name of the organization: Kheirieh Refah koodak, Refah Koodak Charity
The Organization has branch offices in Tehran, Ardebil, Broojerd, Kermanshah, Shiraz, and Bam.

**Board Members**
Mr. Ali Yasrebi
Mr. Ahmad Iranshahi
Mrs. Ameneh Moddares

5

Tab 18
Page 5 of 7

CF292445

**Other Members**
Mr. Gholamreza Koohestani.
Mrs. Parivash Momeni
Mrs. Azam Bagherzare
Mrs. Sedigheh Estehghari
Mrs. Mitra Shesh Baradaran
Mrs. Afsaneh Tabatabaie
Mr. Salman Ali Alamdari
Mr. Mehdi Haji khani
Mr. Jafar Reza zadeh

Contact person in Iran: **Mr. Ahmad Iranshahi**


**Address in Tehran**
Khoramshahr (Apadana)Street
Golshan St., Golzar Street, No. 20
Tehran – Iran

Phone: +98-21-8502182
       +98-21-8502183
       +98-21-8502184
Fax    +98-21-8764771

email:info@childfoundation.ir
www.childfoundation.ir

Tab 18
Page 6 of 7

CF292446



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

JUL 2 3 2004

FAC No.   IA-225715
Case No.   IA-6310

Mr. S. Shawn Khastoo
Law Offices of S. Shawn Khastoo
5670 Wilshire Blvd., Suite 720
Los Angeles, CA 90036

Dear Mr. Khastoo:

This responds to your letter of May 27, 2004, submitted on behalf of Child Foundation, Inc., with respect to transactions subject to the Iranian Transactions Regulations, 31 C.F.R. Part 560. Such transactions are prohibited unless authorized by the Office of Foreign Assets Control ("OFAC"). OFAC referred this matter to the Department of State for guidance on June 2, 2004, to determine whether licensing these transactions would be consistent with current U.S. foreign policy. To date, we have not received such guidance, and accordingly, your proposed transactions remain prohibited. Absent such guidance, we are unable to take further action on this matter and your application is therefore denied.

Sincerely,

David W. Mills
Chief of Licensing
Office of Foreign Assets Control

CF292447