Tab 19
Page 1 of 3

# APPENDIX D
## TRANSACTIONS WITH KHAMOOSHPOUR OR RELATED ENTITIES

**Payments to Khamooshpour From Bank of America Acct. #28923059925992**

| Check# | Payee | Written Date | Amount | Memo/Notation From Check Register | Exhibit No. |
|---|---|---|---|---|---|
| Wire Transfer | Khamoushpour, H | 01/05/1999 | $30,000.00 | | W17-2, pg. 2, W24-2, pgs. 6-8 |
| Wire Transfer | Khamoosphour, Alex Eskandar dba E Khamooshpour Capital Service | 9/12/2000 | $20,000.00 | Benef: 004671804880, AZ BofA CDT A/122101706; dba address: PO Box 3230 Carefree, AZ 85377-3230 | W24-2, pgs. 1-5 |
| Wire Transfer | Khamooshpour, Alex Eskandar | 10/5/2000 | $50,000.00 | | W24-2, pgs. 11,12 |
| 1045 | EKCS | 08/15/2001 | $100,000.00 | Memo: EKCS; ck payable to cash, CC#1001334413 purch to EKCS | W24-2, pgs. 15-19 |
| | | | $200,000.00 | Total BofA Acct. #5992 | |
| | | | | | |
| | | | | | |
| Wire Transfer | H. Khamooshpour, EKCS | 7/21/1997 | $10,000.00 | Sending money to Farhad using a banker 469 tomans for every dollar | W10-7, pg. 2 & 8 |
| Wire Transfer | HKBO | 3/18/1998 | $30,000.00 | Sending money to Farhad from Sohbati 512 tomans for every dollar | W10-7, pg. 2 & 8, W17-2, pg. 1 |
| Wire Transfer | Al-Ek Tasad | 8/27/1999 | $100,000.00 | Special instructions for Mr. Khamooshpour (Mr .Sadr). Sending Lahiji's money using an exchange broker. | W10-7, pg. 3 & 9, W24-2, pgs. 20-23 |
| Wire Transfer | EKCS | 12/1/1999 | $20,000.00 | Money exchange (Khamoushi). Every dollar is 870 tomans | W10-7, pg. 3 & 9, W17-2, pg. 3, W24-2, pgs. 9,10 |
| Wire Transfer | EKCS | 1/11/2001 | $30,010.00 | EKCS sent through the Khamoushi exchange brokers. | W10-7, pg. 4 & 10, W24-2, pgs. 13,14 |
| | | | $190,010.00 | Total BofA Acct.#8450 | |
| | | | | | |
| | | | $200,000.00 | Acct. #5992 | |
| | | | $190,010.00 | Acct. #8450 | |
| | | | $390,010.00 | Total | |
| | | | | | |
| | | | | | |

Case 3:05-cr-00413-KI    Document 45-19    Filed 01/25/12    Page 1 of 3

CF289375

Tab 19
Page 2 of 3

# APPENDIX E
## TRANSACTIONS WITH MONEY TRANSMITTERS

| Check # or WT | Account # | Payee | Written Date | Amount | Memo | Exhibit No. |
|---|---|---|---|---|---|---|
| 495 | 5992 | Asiaii, Alireza | 8/3/1998 | $15,000.00 | Farsi | W24-3, pg. 1 |
| 1006 | 8450 | Asiaii, Alireza | 7/7/1999 | $10,000.00 | Sale of exchange money 885 | W10-7, pg. 3, W24-3, pgs. 2 & 3 |
| 1005 | 8450 | Asiaii, Alireza | 10/16/1999 | $10,000.00 | Farsi | W10-7, pg. 3, W24-3, pgs. 4 & 5 |
| WT | 8450 | Hashemi, Mohsen | 1/13/2000 | $275,000.00 | Sent to Dubi (sic), United Arab Emirates | W10-7, pg. 3, W24-3, pgs. 6-8 |
| WT | 8450 | Ocean Pride Seafood | 2/10/2000 | $50,000.00 | Wire for Mr. Iranshahi Acc#0073-263777-010 Dubai, United Arab Emirates | W10-7, pg. 3, W24-3, pgs. 9-12 |
| WT | 8450 | Kimia BVBA | 4/11/2000 | $37,000.00 | Sending money to [il] Belgium | W10-7, pg. 3, W24-3, pgs. 13-16 |
| WT | 8450 | Ocean Pride Seafood | 8/3/2000 | $30,000.00 | Ocean Pride Seafood every year from [il] to Mr. Iranshahi himself, Dubai, UAE | W10-7, pg. 4, W24-3, pgs. 17-21 |
| WT | 8450 | Nafisi, Mendi | 8/6/2000 | $5,000.00 | Sold to Mehdi Nafisi from Farhad 844 toman for every dollar | W10-7, pg. 3, W24-3, pgs. 22-26 |
| WT | 8450 | AZHAR Exchange | 10/2/2000 | $30,000.00 | Sending for Iranshahi to Dubai, UAE | W10-7, pg. 4, W24-3, pgs. 27-31 |
| WT | 8450 | Ras Al Khaimah Exchange | 10/19/2000 | $400,000.00 | Dr. Lahiji may send to Dubai, UAE | W10-7, pg. 4, W24-3, pgs. 32-36 |
| WT | 8450 | Ras Al Khaimah Exchange | 1/5/2001 | $200.00 | Dr. Lahiji may send to Dubai, UAE | W10-7, pg. 4, W24-3, pgs. 37-41 |

1

CF289376

## APPENDIX E
## TRANSACTIONS WITH MONEY TRANSMITTERS

| Type | Number | Name | Date | Amount | Description | Reference |
|---|---|---|---|---|---|---|
| WT | 8450 | Rasa | 1/8/2001 | $30,000.00 | Sending to Rasa Corp. at Mr. Iranshahi's request, sale date 8.2 (rejected due to OFAC) | W10-7, pg. 4, W24-1 |
| WT | 8450 | Ras Al Khaimah Exchange | 1/12/2001 | $199,800.00 | Dr. Lahiji may send to UAE Dubai, UAE | W10-7, pg. 4, W24-3, pgs. 42-46 |
| WT | 8450 | Hossein, Zaker | 1/17/2001 | $30,000.00 | Sending for sale Tehran 795, Hussein Zaker/Azhar via Middle East Bank 0012 "from Mr. Iranshahi to Zaker Hussein in Dubai" | W10-7, pg. 4, W24-3, pgs. 56-60 |
| WT | 8450 | Naeinfard, Mehdi | 4/30/2001 | $5,615.00 | Wire transfer to Mehdi Naeinfard for Mr. Iranshahi at 803 tomans | W10-7, pg. 4, W24-3, pgs. 61-65 |
| WT | 8450 | Modarress, Kourosh | 5/31/2001 | $87,515.00 | Sending to Kourosh Modarress rate sale | W10-7, pg. 4, W24-3, pgs. 66-68 |
| WT | 8450 | AZHAR Exchange | 10/1/2001 | $60,000.00 | Sending money to Azhar Exchange in Dubai, United Arab Emirates | W10-7, pg. 4, W24-3, pgs. 47-52 |
| WT | 8450 | AZHAR Exchange | 3/13/2001 | $69,000.00 | Sending to [ii] Hassan from Mr. Iranshahi, Middle East Bank | W10-7, pg. 4, W24-3, pgs. 53-54 |
| WT | 8450 | Iris-Stod Barnen Iran | 2/27/2002 | $20,030.00 | Sending to IRIS to Sweden, Iris-Stod Barnen Iran via Postgirot Banin Stockold | W10-7, pg. 5, W24-3, pgs. 69-73 |
| WT | 5992 | Asiaii, Alireza | 6/5/2002 | $25,000.00 | Wire transfer Alireza Asiaii 800 toman/$ Commerce Bank/Philadelphia, PA | W10-8, pg. 1 & 10, W24-3, pg. 55 |
| | | | | **$1,389,160.00** | **Total** | |

CF289377

Tab 19
Page 3 of 3