FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION



Date of transcription    03/10/2006

Eskandar Khamooshpour began conducting business full time as a currency exchange in 1994 when he moved to Arizona. Khamooshpour explained how his currency exchange business worked. An individual (hereinafter known as the client) would call Khamooshpour and indicate how much they wanted to send to Iran. Khamooshpour and the client would negotiate the United States (U.S.) dollar and Iranian toman exchange rate for that transfer. Khamooshpour negotiated the exchange rate almost like the stock market and the rate could change in an hour. Khamooshpour made his money by the margin on the exchange rate he negotiated between U.S. dollars and tomans.

Khamooshpour would direct the client to make a deposit to one of Khamooshpour's bank accounts. At one point Khamooshpour had an office in New York and bank accounts in New Jersey and New York as well as Arizona. Most clients sent the money either via a wire transfer or cashiers check. Khamooshpour rarely accepted personal checks. Some clients wanted to conduct business in cash.

It was very easy for some individuals to take advantage of a money exchange business so Khamooshpour had to be careful. While Khamooshpour was in business, some clients gave Khamooshpour fake cashiers checks and some gave him a cashiers check and after Khamooshpour had the money put in to an Iranian account, the client put a stop payment on the cashiers check. Khamooshpour did get to know some of his clients over the years. Some clients told him why they wanted to send money to Iran; usually it was to buy a house or for a contract of some sort.

The client also told Khamooshpour to whom or to which bank account the client wanted the money sent. The client would usually provide a telephone number of the person in Iran or a bank account number for the account to which the money should be sent.

Khamooshpour then contacted one of his relatives or business associates in Iran and indicated how much money in tomans he wanted to be transferred from his bank account to the bank account or person in Iran. Khamooshpour maintained bank accounts in Iran which he used to transfer the tomans. His main account in Iran was in Esfahan and maintained under the name of his manager.

---

Investigation on    01/19/2006    at  Phoenix, Arizona

File #  315D-PD-47644,  315D-PX-64627          Date dictated  01/23/2006

by  Kimberly V. Price, Debra Meyer
    Donald R. Wente, William Green

Tab 20
Page 1 of 4

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

315D-PD-47644, 315D-PX-64627

Continuation of FD-302 of    Eskandar Khamooshpour    , On  01/19/2006   , Page    2

Every night Khamooshpour's niece or an employee would fax Khamooshpour a copy of receipts listing all the transfers for the day.

Khamooshpour collected all the money in U.S. dollars in his U.S. account.  Over time, Khamooshpour ended up with more U.S. dollars and not enough tomans.  When this happened, Khamooshpour contacted a currency exchanger in Dubai, United Arab Emirates (UAE) and negotiated an exchange rate for U.S. dollars and tomans. Khamooshpour sent US dollars to the exchange in Dubai and the currency exchange sent tomans to Iran.

Khamooshpour dealt with four main currency exchanges in the beginning and had a long and trusting relationship with each of them.  Khamooshpour believed it was very important to have a good relationship with the currency exchange one used.  Timing was very important in the business and exchanges needed to take place very quickly.  Because of the time difference, when it was afternoon in Arizona it was too late to send a wire transfer to UAE or Kuwait. However, the exchanges with which Khamooshpour worked trusted him and would send money to Iran before Khamooshpour sent the exchange the wire transfer.

The first exchange Khamooshpour dealt with was Khojeh Saleh in Kuwait.  Khamooshpour worked with it from around 1980 to 1997.  The manager got sick however and they stopped working together.  The second exchange was Al Ansari Exchange.  Al Ansari had an office in Abu Dhabi and one in Dubai.  Al Ansari was known for doing business with Iran, Iraq and Lebanon.  Khamooshpour dealt with Mohammed Al Ansari at the exchange.  Khamooshpour met Al Ansari when he came to the United States one time.  Khamooshpour dealt with this exchange from about 1984 to 2001.   Khamooshpour thought the U.S. froze Al Ansari's accounts at one point for some reason.  Khamooshpour did not know why.  After that, Al Ansari closed its account.

The third exchange was the Al Ektsad Exchange of Kuwait. Khamooshpour dealt with this exchange from about 1980 to 2001.  Al Ektsad had an account in New York which it closed and then later opened another account at Kuwait Bank.  Khamooshpour would have sent a wire transfer to Al Ektsad either via its London or Kuwait office.  Al Ektsad may have changed its name at some point.  The fourth exchange was run by Khodadost Alizadeh.  Alizadeh was known for doing business mostly with Iran.

Tab 20
Page 2 of 4

FD-302a (Rev. 10-6-95)

315D-PD-47644, 315D-PX-64627

Continuation of FD-302 of ___Eskandar Khamooshpour___ , On _01/19/2006_ , Page __3__

     Sometimes when one of the currency exchanges did not have enough of one currency to make an exchange, the currency exchange would call another exchange to complete the transaction.  Al Ansari and Alizadeh also sometimes would give Khamoosphour a different exchange to send money to if they could not help him.

     Khamooshpour had heard of Al Azhar Exchange but did not really know much about it.  Khamooshpour did not recognize the name of the Ras Al Khaimah (Kahimah) Exchange.  Khamooshpour had not heard of Ocean Pride Seafood nor Mohsen Hashimi.  Hashimi is a very common name in Iran.  Khamooshpour did not think an individual would use a regular business versus a currency exchange to send money to Iran.  Currency exchanges had reputations for sending the money and a regular business would not.

     Most of Khamooshpour's clients heard about him via word of mouth.  Khamooshpour also advertised in the yellow pages in New York and California, in the newspaper, and on television in New York and sometimes California.  He had toll free numbers that clients could call such as 1-877-Sehaty and a "212" number in New York which was forwarded to Arizona.  Khamooshpour had several clients from the Iranian Mission to the United Nations who sent money to Iran.

     Khamooshpour believed that his clients preferred to work with a currency exchange business like his rather than a bank because the client could bargain with the exchanger, get a better rate than with the bank, and the client had a one-on-one relationship with the currency exchange business.

     Khamooshpour was asked about several of his clients. Khamooshpour recognized the name Mehrdad Yasrebi.  Yasrebi was a client of his and had been for many years.  Yasrebi sent a lot of money to Iran through Khamooshpour's business.  Khamooshpour never met Yasrebi and did not know a lot about him.  When asked if Yasrebi was associated with a business, Khamooshpour did not know. Then said he remembered Yasrebi was associated with Child Foundation and that Yasrebi was the President of Child Foundation. Khamooshpour spoke to Yasrebi a lot on the telephone.

     Khamooshpour described Child Foundation as a charity which supported children in Iran who needed to be protected. Yasrebi, as the President of Child Foundation, gathered donations through the non-profit to send to Iran.  Khamooshpour thought Yasrebi was in California and Child Foundation was established in

Tab 20
Page 3 of 4

FD-302a (Rev. 10-6-95)

315D-PD-47644, 315D-PX-64627

Continuation of FD-302 of ___Eskandar Khamooshpour_____ , On _01/19/2006_ , Page __4__

California.  Child Foundation had a branch in Iran.  Yasrebi always
sent money to Khamooshpour via wire transfer or cashiers check.
Khamooshpour did not have any problems with Yasrebi.

Tab 20
Page 4 of 4