Tab 21
Page 1 of 3

# APPENDIX A
## WIRE TRANSFERS TO SWITZERLAND

| Payee | Amount | Date | Memo | Witness & Exhibit No. |
|---|---|---|---|---|
| Djalili, Azar | $100,000.00 | 04/27/2001 | SFO/ORX clearing acct 2840393229; Benef Bank: S/UBSWCHZH30A; UBS AG Berne, CH; Zofinger, Switzerland | W24-5, pgs. 1-5 |
| CHILD FOUNDATION/Azar Djalili | $70,000.00 | 01/07/2002 | UBS AG acct 0231361281-60N, Zofingench, Switzerland UBSWCHZH30 A | W24-5, pgs. 13-16 |
| CHILD FOUNDATION/Sakineh Djalili | $568.20 | 01/08/2002 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse, Emdad Koudak Hirschparkweg 7, 4800 Zofingen Switzerland | W24-5, pgs. 17-19 |
| Djalili, Azar | $100,000.00 | 01/25/2002 | INTL WIRE OUT - DR. AZAR DJALILI, UBS AG, Niklaus-Thut-Plaz 94800, Berne, CH, 0231-0036128160N; Zofingench Switzerland; Sarpage 822, BofA ORX | W24-5, pgs. 23-27 |
| CHILD FOUNDATION/Sakineh Djalili | $100,000.00 | 06/17/2002 | UBS AG Acct. 0231-361281-60N,45 Bahnhofstrasse | W24-5, pg. 28 |
| CHILD FOUNDATION/Sakineh Djalili | $130,000.00 | 07/18/2002 | UBS AG Acct. 0231-361281-60N,45 Bahnhofstrasse | W24-5, pg. 29 |
| CHILD FOUNDATION/Sakineh Djalili | $100,000.00 | 09/11/2002 | UBS AG Acct. 0231-361281-60N,45 Bahnhofstrasse | W24-5, pg. 30 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $90,000.00 | 10/16/2002 | TO cf Sakineh Djalili, UBS AG, UBSWCHZHS0A, Account #023136128160N, ZURICH, SWITZERLAND; via BofA NYK Clearing 026009593 | W24-5, pg. 31-34 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $95,000.00 | 11/14/2002 | CHILD FOUNDATION/Sakineh Djalili, Zurich, Switzerland; USBAG; IDUBSWCHZHSOA, acct D023136128160N - no address provided | W24-5, pgs. 35-38 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $105,000.00 | 12/10/2002 | Clearing acct 026009593 NYK/ORX; Benef Bank Code IDUBSWCHZHSOA, USBAG, Zurich, Switzerland, Benef acct 023136128160N; CHILD FOUNDATION | W24-5, pgs. 39-42 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $110,000.00 | 01/24/2003 | Clearing NYK/ORX 026009593; Benef IDUBSWCHZHSOA, USBAG, Acct #0231361281-60N, Zurich, Switzerland | W24-5, pg. 44-46 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $150,000.00 | 02/18/2003 | Clearing acct NYK/ORX 026009593; Benef UBSWCHZHSOA, acct 023136128160N, USBAG; Zurich Switzerland | W24-5, 47-49 |

1

Tab 21
Page 2 of 3

Case 3:05-cr-00413-KI    Document 45-21    Filed 01/25/12    Page 2 of 3

# APPENDIX A
# WIRE TRANSFERS TO SWITZERLAND

| | | | | |
|---|---|---|---|---|
| Djalili, Sakineh, dba CHILD FOUNDATION | $100,000.00 | 03/24/2003 | Clearing Acct NYK/ORX 026009593 intermediary BofA US3N/S, NY; benef UBSWCHZH, Head Office Administration, 45, Bahnofstrasse, Zurich, CH account 023136128160N; zurich | W24-5, pgs. 50-53 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $150,000.00 | 04/22/2003 | NYK/ORX clrg 026009593; BofA NY; bnf bank S/UBSWCHZH UBS AG, 45 Bahnhofstrasse, Zurich, CH Acct 0231361281560N; | W24-5, pgs.54-57 |
| CHILD FOUNDATION/Sakineh Djalili | $350,000.00 | 04/30/2003 | UBS AG Acct. 0231-361281-60N,45 Bahnhofstrasse | W24-5, pg. 58 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $160,000.00 | 06/10/2003 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse | W24-5, pg. 59 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $19,000.00 | 05/27/2003 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse | W24-5, pg. 60-62 |
| CHILD FOUNDATION/Sakineh Djalili | $140,000.00 | 08/05/2003 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse | W24-5, pg. 63 |
| CHILD FOUNDATION/Sakineh Djalili | $200,000.00 | 09/15/2003 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse | W24-5, pg. 64 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $400,000.00 | 12/02/2003 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse | W24-5, pg. 65 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $220,000.00 | 01/22/2004 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse | W24-5, pg. 66 |
| Emdad Koudak/Verein Kinderhilfe | $340,000.00 | 03/02/2004 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse, Emdad Koudak Hirschparkweg 7, 4800 Zofingen Switzerland | W24-5, pg. 67 |
| Emdad Koudak Kinderhilfe | $350,000.00 | 03/15/2004 | USB AG Acct 0231410320.60L; hirschparkweg 7 4800, Zofingen, Switzerland | W24-5, pg. 68 |
| Djalili, Sakineh, dba CHILD FOUNDATION | $315,000.00 | 04/26/2004 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse | W24-5, pg. 69 |
| Emdad Koudak aka Verein Kinderhilfe | $200,000.00 | 05/27/2004 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse, Emdad Koudak Hirschparkweg 7, 4800 Zofingen Switzerland | W24-5, pg. 70 |
| Emdad Koudak aka Gurna M. Vereinkind | $106,000.00 | 07/13/2004 | UBS AG Acct.#0231-361281-60N, 45,Bahnhofstrasse, Emdad Koudak Hirschparkweg 7, 4800 Zofingen Switzerland | W24-5, pg. 71 |
| Emdad Koudak/Gurna M. Vere Inkinderal | $220,000.00 | 08/05/2004 | UBS AG Acct.#0231-41032060L, Hirschparkweg 7 4800 Zofingen Switzerland | W24-5, pg. 72 |
| Emdad Koudak/Gurna M. Vere Inkinderal | $170,000.00 | 09/20/2004 | UBS AG Acct.#0231-41032060L, Hirschparkweg 7 4800 Zofingen Switzerland | W24-5, pg. 73 |
| Emdad Koudak aka Gurna M. Vereinkind | $50,000.00 | 09/22/2004 | UBS AG Acct.#0231-41032060L, Hirschparkweg 7 4800 Zofingen Switzerland | W24-5, pg. 74 |
| Emdad Koudak aka Gurnam Vereinkinder | $200,000.00 | 11/22/2004 | UBS AG Acct.#0231-41032060L, Hirschparkweg 7 4800 Zofingen Switzerland | W24-5, pg. 75 |
| Emdad Koudak aka Gurnam Vereinkinderh | $1,200.00 | 12/20/2004 | UBS AG Acct.#0231-41032060L, Hirschparkweg 7 4800 Zofingen Switzerland | W24-5, pg. 76 |

Tab 21
Page 3 of 3

# APPENDIX A
## WIRE TRANSFERS TO SWITZERLAND

| | | | | |
|---|---|---|---|---|
| Emdad Koudak aka Gurnam Vereinkinderhl | $180,000.00 | 01/18/2005 | UBS AG 023141032060L; Rudak address: Hirschparkneg 7 4800, Zofingen Switzerland | W24-5, pg. 77 |
| Emdad Kudak aka G M Vereinkinderhlf | $145,000.00 | 03/10/2005 | UBS AG 023141032060L; Rudak address: Hirschparkneg 7 4800, Zofingen Switzerland | W24-5, pg. 78 |
| Emdad Kudak aka Guina M. Vereinkinde | $150,000.00 | 04/08/2005 | UBS AG - USBWCHZH; Hirschpark Weg 7 4800, Zofingen Switzerland | W24-5, pg. 79 |
| Emdad Koudak aka Gurna M. Vereinkinder | $90,000.00 | 04/26/2005 | USB AG - USBWCHZH; Zufingen Switzerland | W24-5, pg. 80 |
| **Total:** | **$5,406,768.20** | **Total Wire Transfers to Switzerland** | | |

3