| Message2250 | |
|---|---|
| **Subject:** | Re: Money wired to Swiss |
| **From:** | Azar Djalili |
| **Date:** | 1/23/2004 9:53:30 AM |
| **To:** | Yasrebi, Mehrdad |
| **Message Body** | |

Dear Mr yasrebi Salam .sure we transfer to Iran as soon as come . As you are informed
the name of swiss branch will chang to EMDAD KUDAK and the UBS bank after having all doucument opened new account for us under the new mane ,therefor we will have new Acc No too .I,ll inform you as soon as we have it in minwhile for a month we can use the old one . With new acc we have more power againt all kind of enbargo even through UN ,We are proid of it . best regard to your team and familly azar


----- Original Message -----
From: Yasrebi, Mehrdad
To: Azar Djalili
Sent: Thursday, January 22, 2004 9:53 PM
Subject: Money wired to Swiss


Dear Dr. Djalili:


I hope this post finds you well. I just wired $220'000 to Switzerland this morning. You should have it on Monday.


Best Regards,


Yasrebi

Tab 22
Page 1 of 3

CF288658

## Outlook Header Information

Conversation Topic: Money wired to Swiss
Sender Name: Azar Djalili
Received By: Yasrebi, Mehrdad
Delivery Time: 1/23/2004 9:53:30 AM
Creation Time: 1/23/2004 9:53:30 AM
Modification Time: 3/9/2004 4:49:25 PM
Submit Time: 1/23/2004 10:02:21 AM
Importance: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 9079

## Standard Header Information

Microsoft Mail Internet Headers Version 2.0
Received: from pcc-structurals.com ([172.16.192.82]) by opsxch01.pcc-
structurals.com with Microsoft SMTPSVC(5.0.2195.2966);
  Fri, 23 Jan 2004 06:53:30 -0800
Received: from freesurfmail.sunrise.ch (freesurfmta05.sunrise.ch [194.230.0.18])
 by pcc-structurals.com (Postfix) with ESMTP id 00C213957D
 for <MYasrebi@pccstructurals.com>; Fri, 23 Jan 2004 07:02:24 -0800 (PST)
Received: from Djalili (62.167.73.165) by freesurfmail.sunrise.ch (7.0.024.3)
     id 400FC1AB0002028F for MYasrebi@pccstructurals.com; Fri, 23 Jan 2004
16:02:23 +0100
Message-ID: <001801c3e1c1$e7184110$a549a73e@Djalili>
From: "Azar Djalili" <a.djalili@freesurf.ch>
To: "Yasrebi, Mehrdad" <MYasrebi@pccstructurals.com>
References: <B5032D2A93E6E94CB3ACE24B45B778994F546F@opsxch01>
Subject: Re: Money wired to Swiss
Date: Fri, 23 Jan 2004 16:02:21 +0100
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_0015_01C3E1CA.48B68370"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2720.3000
Disposition-Notification-To: "Azar Djalili" <a.djalili@freesurf.ch>
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2727.1300
Return-Path: a.djalili@freesurf.ch
X-OriginalArrivalTime: 23 Jan 2004 14:53:30.0485 (UTC)
FILETIME=[AA5F5250:01C3E1C0]

------=_NextPart_000_0015_01C3E1CA.48B68370
Content-Type: text/plain;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

Tab 22
Page 2 of 3

CF288659

```
------=_NextPart_000_0015_01C3E1CA.48B68370
Content-Type: text/html;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable


------=_NextPart_000_0015_01C3E1CA.48B68370--
```

Tab 22
Page 3 of 3

CF288660