

# CHILD FOUNDATION

### Financial Statements and
### Independent Auditor's Report

### For the Year Ended
### May 31, 2005

Tab 23
Page 1 of 21

CF292575

CHILD FOUNDATION

For the Year Ended May 31, 2005

DRAFT

TABLE OF CONTENTS

Financial Statements:

Independent Auditor's Report on
Financial Statements................................................................................................1

Statement of Financial Position................................................................................2

Statement of Activities.............................................................................................3

Statement of Functional Expenses...........................................................................4

Statement of Cash Flows..........................................................................................5

Notes to Financial Statements.............................................................................6-10

Tab 23
Page 2 of 21

CF292576



## Independent Auditor's Report

To the Board of Directors
CHILD FOUNDATION

We have audited the accompanying statements of financial position of CHILD FOUNDATION (a non-profit corporation) as of May 31, 2005 and the related statements of activities, functional expenses and cash flows for the year then ended. These financial statements are the responsibility of the Organization's management. Our responsibility is to express an opinion on these financial statements based on our audit.

Except as noted in the following paragraph, we conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatements. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

We were unable to read the complete minutes of the board of directors which were drafted in Farsi, although we were provided access to brief summaries of those meetings.

In our opinion, except for the effects of such adjustments, if any, as might have been determined to be necessary had we been provided access to the complete minutes, the financial statements referred to above present fairly, in all material respects, the financial position of CHILD FOUNDATION as of May 31, 2005, and the changes in its net assets and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

Irvine, California
January 1, 2006

Tab 23
Page 3 of 21

CF292577

## CHILD FOUNDATION

## STATEMENT OF FINANCIAL POSITION

### May 31, 2005

| ASSETS | Unrestricted | Temporarily Restricted | Total |
|---|---|---|---|
| Cash and cash equivalents | $ 4,856 | $ 58,133 | $ 62,989 |
| Refund receivable | - | 150,000 | 150,000 |
| Property and equipment (net) | 2,147 | - | 2,147 |
| Deposits | 335 | - | 335 |
| Total assets | $ 7,338 | $ 208,133 | $ 215,471 |

| LIABILITIES AND NET ASSETS | | | |
|---|---|---|---|
| Accounts payable and accrued expenses | $ 21,521 | $ - | $ 21,521 |
| Refunds payable to donors | 106,000 | - | 106,000 |
| Accrued payroll liabilities | 5,577 | - | 5,577 |
| Total liabilities | 133,098 | - | 133,098 |

| NET ASSETS | | | |
|---|---|---|---|
| Unrestricted | (125,760) | - | (125,760) |
| Temporarily restricted | - | 208,133 | 208,133 |
| Total net assets | (125,760) | 208,133 | 82,373 |
| Total liabilities and net assets | $ 7,338 | $ 208,133 | $ 215,471 |

See auditor's report and notes to financial statements

2

Tab 23
Page 4 of 21

CF292578

# CHILD FOUNDATION

## STATEMENT OF ACTIVITIES

### For The Year Ended May 31, 2005

| | Unrestricted | Temporarily Restricted | Total |
|---|---|---|---|
| **Revenues and support:** | | | |
| Public support: | | | |
| Contributions | $ 179,186 | $ 6,458 | $ 185,644 |
| Contributions - children sponsorships | 1,365,028 | - | 1,365,028 |
| Special events | 121,720 | - | 121,720 |
| Less: Donor benefits | (103,856) | - | (103,856) |
| Total public support | 1,562,078 | 6,458 | 1,568,536 |
| | | | |
| Net assets released from restrictions: | | | |
| Satisfaction of program restrictions | 37,845 | (37,845) | - |
| Total revenues, support and reclassifications | 1,599,923 | (31,387) | 1,568,536 |
| | | | |
| **Expenses** | | | |
| Program services | 1,493,448 | - | 1,493,448 |
| Supporting services: | | | |
| Management and general | 154,757 | - | 154,757 |
| Fund-raising | 92,858 | - | 92,858 |
| Total expenses | 1,741,063 | - | 1,741,063 |
| Change in net assets | (141,140) - | (31,387) - | (172,527) |
| Beginning net assets | 28,094 | 239,520 | 267,614 |
| Prior period adjustment | (12,714) | - | (12,714) |
| Beginning net assets, as restated | 15,380 | 239,520 | 254,900 |
| Ending net assets (deficit) | $ (125,760) | $ 208,133 | $ 82,373 |

See auditor's report and notes to financial statements

3

Tab 23
Page 5 of 21

CF292579

# CHILD FOUNDATION

## STATEMENT OF FUNCTIONAL EXPENSES

### FOR THE YEAR ENDED MAY 31, 2005

| | Program Svcs | Supporting Services | | | |
|---|---|---|---|---|---|
| | Programs | Mgmnt. & General | Fund-raising | Sub-Total | Total |
| Accounting | $ - | $ 24,906 | $ - | $ 24,906 | $ 24,906 |
| Bank and merchant fees | - | 8,589 | 156 | 8,745 | 8,745 |
| Contract labor | 8,476 | 8,652 | 6,957 | 15,610 | 24,086 |
| Depreciation | - | 1,000 | - | 1,000 | 1,000 |
| Donor Benefits | - | - | 103,856 | 103,856 | 103,856 |
| Fundraising | - | - | 21,597 | 21,597 | 21,597 |
| Grants | 1,365,029 | - | - | - | 1,365,029 |
| Licenses | - | 8,220 | - | 8,220 | 8,220 |
| Miscellaneous | - | 2,831 | 963 | 3,784 | 3,784 |
| Occupancy | 2,182 | 5,876 | 2,196 | 8,072 | 10,254 |
| Office supplies | - | 2,754 | 689 | 3,443 | 3,443 |
| Outside services | - | 9,502 | - | 9,502 | 9,502 |
| Payroll taxes | 5,069 | 5,174 | 4,160 | 9,334 | 14,403 |
| Postage | - | 2,295 | 9,182 | 11,477 | 11,477 |
| Printing | - | 792 | 15,048 | 15,840 | 15,840 |
| Professional fees | 12,036 | 19,450 | - | 19,450 | 31,486 |
| Projects | 63,459 | 4,393 | - | 4,393 | 67,852 |
| Salaries and wages | 37,197 | 37,967 | 30,531 | 68,498 | 105,695 |
| Taxes | - | 9,802 | 1,389 | 11,191 | 11,191 |
| Travel | - | 2,553 | - | 2,553 | 2,553 |
| | 1,493,448 | 154,757 | 196,714 | 351,471 | 1,844,919 |
| Less: Donor benefits | | | (103,856) | (103,856) | (103,856) |
| Total expenses included in the expense section of the statement of activities | $ 1,493,448 | $ 154,757 | $ 92,858 | $ 247,615 | $ 1,741,063 |
| Percent of total | 85.8% | 8.9% | 5.3% | 14.2% | |

See auditor's report and notes to financial statements

4

Tab 23
Page 6 of 21

CF292580

# CHILD FOUNDATION

## STATEMENT OF CASH FLOWS

### For The Year Ended May 31, 2005

Cash flows from operating activities:

| | | |
|---|---|---:|
| Decrease in net assets | $ | (172,527) |
| Adjustments to reconcile net income to net cash provided (used) by operating activities: | | |
| Depreciation | | 999 |
| Change in assets and liabilities: | | |
| Refunds receivable | | (150,000) |
| Deposits | | (335) |
| Accounts payable and accrued expenses | | 21,521 |
| Refunds payable | | 106,000 |
| Accrued payroll taxes | | 5,577 |
| Net cash provided (used) by operating activities | | (188,765) |
| Purchase of fixed assets | | (3,146) |
| Net cash provided (used) by investing activities | | (3,146) |
| Net increase (decrease) in cash, and cash equivalents | | (191,911) |
| Cash and cash equivalents at beginning of year | | 254,900 |
| Cash and cash equivalents at end of year | $ | 62,989 |

See auditor's report and notes to financial statements

5

Tab 23
Page 7 of 21

CF292581

CHILD FOUNDATION

NOTES TO THE FINANCIAL STATEMENTS

For the Year Ended May 31, 2005

### Organization and Nature of Services

Child Foundation is a non-profit organization formed in 1994 with the simple objective of helping children stay in school. This is achieved by providing food, shelter, clothing, educational needs, medical help, and other services to talented, needy children, primarily in Iran and Afghanistan.

Child Foundation will be referred to as "the Organization" throughout the following notes.

### NOTE 1: SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of the significant accounting policies of the Organization:

### Financial Statement Presentation

The accompanying financial statements have been prepared on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America. Net assets and revenues, expenses, gains and losses are classified based on the existence or absence of donor-imposed restrictions. Accordingly, net assets of the Organization and changes therein are classified and reported as follows:

Unrestricted net assets represent resources whose use is not limited or restricted by donors.

Temporarily restricted net assets represent resources whose use is limited by donors for the purpose and/or time in which they may be expended. Temporarily restricted net assets are reclassified to unrestricted as their time/and or purpose requirements are met. Temporarily restricted contributions whose restrictions are met in the same reporting period are reported as unrestricted support.

Permanently restricted net assets represent resources subject to donor-imposed stipulations that the corpus be maintained permanently by the Organization. Generally, the donors of these assets allow the Organization to use all or part of the income earned on any related investments for general or specific purposes. The Organization had no permanently restricted net assets at May 31, 2005.

### Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements. Estimates also affect the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

6

Tab 23
Page 8 of 21

CF292582

CHILD FOUNDATION

NOTES TO THE FINANCIAL STATEMENTS- Continued

For the Year Ended May 31, 2005

Cash and Cash Equivalents

For purposes of the Statement of Cash Flows, management considers all unrestricted highly liquid investments with an initial maturity of three months or less to be cash equivalents.

Property and Equipment

The Organization follows the practice of capitalizing all material expenditures for furniture and equipment.

Depreciation is recorded on the straight-line basis over the estimated useful lives of the property. The useful lives used to depreciate assets are as follows:

Furniture and equipment                    5-7 years

Expense Allocation

The costs of providing the various services and activities have been summarized on a functional basis in Statement of Activities and in the Statement of Functional Expenses. Accordingly, certain costs have been allocated among the programs and supporting services benefited. Employee related expenses are allocated among program and support services based on related salary expenses.

Income Taxes

The Organization is exempt from federal income taxes under the 501(c)(3) provisions of the Internal Revenue Code. No provision for income tax liability is therefore required. The Organization has also been classified as an entity that is not a private foundation within the meaning of Section 509(a) and qualifies for deductible contributions as provided in Section 170(b)(1)(A)(vi).

Donated services

Many individuals volunteer their time and perform a variety of tasks that assist the Organization with specific program and fundraising events. No amounts have been reflected in the financial statements for these donated service because the criteria for recognition of such volunteer effort has not been met.

7

Tab 23
Page 9 of 21

CF292583

CHILD FOUNDATION

NOTES TO THE FINANCIAL STATEMENTS- Continued

For the Year Ended May 31, 2005

*URAFI*

## NOTE 2: FIXED ASSETS

Property and equipment and leasehold improvements consist of the following:

|  | 2005 |
|---|---|
| Furniture and equipment | $ 3,146 |
| Less accumulated depreciation | (999) |
|  | $ 2,147 |

## NOTE 3: OTHER RECEIVABLE AND REFUNDS PAYABLE

The Organization has a receivable in the amount of $150,000 from the International Network for Cancer Treatment and Research that represents the refund of a grant made to that organization for research that will not be performed. The Organization has a liability for $106,000 to refund a contribution to a donor. The donation was originally made for the purpose of funding the construction of a school. That project has been postponed and the donor was refunded the donation in August 2005.

## NOTE 4: OBLIGATIONS UNDER OPERATING LEASES

The Organization has an operating lease for its business office. Rent expense under the lease totaled $4,055 for the year ended May 31, 2005.

Future minimum rental commitments as of May 31, 2005 are as follows:

| Year | Amount |
|---|---|
| 2006 | $ 4,426 |
| 2007 | 7,721 |
| 2008 | 7,952 |
| 2009 | 3,354 |
|  | $ 23,454 |

## NOTE 5: RELATED PARTY TRANSACTIONS

The Organization collects donations and child sponsorships in the United States for program services that are provided in Iran and Afghanistan. Funds collected in the United States are wired to Switzerland to Bonyad Kudak, a registered Swiss charity, which in turn transfers funds to the Iranian registered charity, Refahe Kudak. For the year ended May 31, 2005, $1,311,000 was wired to Bonyad Kudak and reported as a grant on the statement of functional expenses.

8

Tab 23
Page 10 of 21

CF292584

# CHILD FOUNDATION

## NOTES TO THE FINANCIAL STATEMENTS - Continued

### For the Year Ended May 31, 2005

## NOTE 9 – PROJECTS

Projects reported on the statement of functional expenses consist of the following:

| | |
|---|---|
| Indonesian Children | $ 23,000 |
| Iran and Afghanistan Children - food purchased | 10,000 |
| Iran and Afghanistan Children - vehicle purchased | 6,625 |
| Children and family support payments – U.S. | 11,068 |
| Miscellaneous direct program expenditures – U.S. | 12,766 |
| Total | $ 63,459 |

## NOTE 10 – GRANTS

The Organization approved and disbursed the following grants to other charities during the 2004/2005 fiscal year.

| | |
|---|---|
| Bonyad Kudak – Switzerland | $ 1,311,000 |
| Mother & Child Charity – London, England | 5,400 |
| Operation USA/Iranian American Medical Association | 35,000 |
| World Hearing Organization | 7,500 |
| Doctors without Borders | 750 |
| Leukemia Lymphoma Society | 1,000 |
| Unicef USA | 1,000 |
| International Orphan Care | 2,980 |
| Miscellaneous under $1,000 | 399 |
| Total | $ 1,365,029 |

Grants to Bonyad Kudak consist primarily of child sponsorship donations.

10

Tab 23
Page 11 of 21

CF292585



## AUDITORS' COMMENTS

January 1, 2006

To the Board of Directors
Child Foundation

In planning and performing our audit of the financial statements of <u>Child Foundation</u> for the year ended May 31, 2005, we considered its internal control in order to determine our auditing procedures for the purpose of expressing our opinion on the financial statements and not to provide assurance on internal control.

However, we noted certain matters involving internal control and its operation that we consider to be reportable conditions under standards established by the American Institute of Certified Public Accountants. Reportable conditions involve matters coming to our attention relating to significant deficiencies in the design or operation of internal control that, in our judgement, could adversely affect the Organization's ability to initiate, record, process, summarize, and report financial data consistent with the assertions of management in the financial statements.

Our comments are intended to improve the internal control structure or result in other operating efficiencies. We will be pleased to discuss these comments further at your convenience, to perform any additional study of these matters, or to assist you in implementing the recommendations.

Our comments are summarized as follows:

### Reportable Conditions

#### BOARD MINUTES

We noted that the minutes from the monthly board meetings were not prepared in English and available for us to read for the audit. Since the charity is registered and operating in the United States, the minutes <u>must</u> be prepared in accordance with charity standards used in this country. The minutes should also be prepared in accordance with Roberts Rules of Order. We would be happy to provide you with a sample of properly prepared minutes.

Tab 23
Page 12 of 21

CF292586

## ANNUAL BUDGET

We noted that the board does not approve of an annual budget for the organization. Good standards of governance provide that management should prepare an annual budget and that the board should vote on and approve the budget at the beginning of each fiscal year. Major budget revisions should also be approved by the board and noted in the minutes.

## INSURANCE

We noted that during the year of our audit the organization did not have directors and officers insurance or liability insurance. In light of the types of programs and fund raising events that the organization holds we strongly recommend that the board review its insurance coverage and options and obtain adequate insurance.

## RECORDKEEPING

During our audit of the 2004/2005 we encountered the following problems with the books and records of the Organization.

1) Original invoices were not retained by the Organization. All original bills and invoices should be retained until the audit is complete.

2) Deposit documentation was not maintained on a consistent basis. Photocopies of all donor checks should be made and retained as part of the audit trail. The photocopies should be retained with the deposit tickets. Frequently this is the only place where a donor will indicate if the donation is restricted for a specific purpose. For on-line donations, adequate documentation should be created and retained to verify the name of the donor, the purpose of the donation and the general ledger account it is to be posted to.

3) Bank accounts were not reconciled on a timely basis. All bank accounts should be reconciled on a monthly basis.

4) Bank reconciliation reports were not initialed by the preparer and approved by an officer. A recommended internal accounting control is to have an officer receive and review the bank statement directly from the bank. The officer should make an initial review of the cancelled checks for unauthorized disbursements and review the statement for unauthorized transfers and automatic debits before delivering the statement to the accountant for reconciliation. The completed reconciliation should be initialed by the preparer and then reviewed and initialed by the Organization's treasurer or another officer.

5) Bill paying procedures. A signature stamp was used to sign checks. Although large Organizations may use a signature stamp, we recommend against using a stamp for smaller Organizations. All bills should be presented along with a voucher indicating the purpose of the expense, and the assigned general account to the check signer. The

Tab 23
Page 13 of 21

CF292587

check signer should then initial the voucher as approved and the bill should be stamped as "paid" and date stamped.

6) Reimbursed expenses. We noted that expenses were not always reimbursed on a timely basis. The Organization should have policies in place to ensure that expense reports are submitted within a reasonable time and reimbursed in a timely fashion to enable management to accurately compare budget to actual expenses.

## Other Comments and recommendations

TREASURER

The officer position of treasurer is a critical position for non-profit Organizations. The treasurer's role may vary but in general it is to oversee the financial aspects of the Organization and to provide oversight over the Director of Finance, Controller or Senior Accountant who handles the day-to-day responsibilities. Based on the size of your Organization, we strongly recommend that the existing board be expanded to include a competent treasurer who is well versed in non-profit accounting rules to oversee the accounting function.

This report is intended solely for the information and use of the Child Foundation board, management, and others within the Organization and is not intended to be, and should not be used by anyone other than these specified parties.

Jonathan Resnick, CPA
An Accountancy Corp.

Tab 23
Page 14 of 21

CF292588

1/4/2006 12:00 PM

# CHILD FOUNDATION
## TRIAL BALANCE
### May 31, 2005

| ACCOUNT NUMBER | DESCRIPTION | REF | PRIOR BALANCE | TRIAL BALANCE | ADJUSTMENTS (DR) | (CR) | TRIAL BALANCE | AJE REF |
|---|---|---|---|---|---|---|---|---|
| | ASSETS | | | | | | | |
| 1010 | CASH IN BANK -B OF A: ORANGE COUNTY | A10 | 26,281 | - | | | - | |
| | CASH IN BANK -B OF A: OREGON | A20 | (799) | 62,434 | | | 62,434 | |
| | CASH IN BANK -B OF A: SAVINGS | A25 | 39 | - | | | - | |
| | CASH IN BANK - BENJAMIN FUND | A30 | 37,735 | - | | | - | |
| | CASH IN BANK -EARTHQUAKE FUND | A40 | 192,221 | - | | | - | |
| | CASH IN BANK -PARTO FUND | A50 | 9,564 | - | | | - | |
| 1080 | PETTY CASH | A60 | (201) | 12 | | | 12 | |
| 1094 | UNDEPOSITED FUNDS | | | 537 | | | 537 | |
| 1099 | CASH CLEARING | | (226) | 6 | | | 6 | |
| | OTHER RECEIVABLES | C10 | - | | 150,000 | | 150,000 | 3 |
| 1500 | OFFICE EQUIPMENT | K10 | (0) | 958 | | | 958 | |
| 1501 | ACCUMULATED DEPRECIATION-OFFICE EQU | K10 | | (270) | | | (270) | |
| 1530 | COMPUTERS | K10 | | 2,188 | | | 2,188 | |
| 1531 | ACCUMULATED DEPRECIATION-COMPUTERS | K10 | | (729) | | | (729) | |
| | BUILDINGS | L10 | 245,000 | | | | - | |
| 1700 | SECURITY DEPOSITS | M10 | 3,000 | 3,335 | | 3,000 | 335 | 4 |
| | | | - | | | - | - | |
| | TOTAL ASSETS | | 512,614 | 68,471 | 150,000 | 3,000 | 215,471 | |
| | | | | | | | | |
| 2000 | ACCOUNTS PAYABLE | NN10 | | (2,000) | | | (2,000) | |
| 2005 | ACCRUED PAYABLES | NN20 | | 23,521 | | | 23,521 | |
| 2060 | REFUNDS PAYABLE | NN30 | | 106,000 | | | 106,000 | |
| 2100 | PAYROLL LIABILITIES | OO10 | | 5,577 | | | 5,577 | |
| | NOTE PAYABLE - BLDG | L10 | 245,000 | | | | | |
| 3100 | RETAINED EARNINGS | ZZ10 | | 159,378 | 159,378 | | - | 1 |
| 3101 | NET ASSETS-UNREST | ZZ10 | 427,416 | 107,780 | 12,714 | 159,834 | 254,900 | 1,4,5 |
| | NET ASSETS-TEMP RESTRICTED | | - | | | | - | |
| | INCR(DECR) FUND BAL-GEN | | (159,802) | (331,785) | | | (172,527) | |
| | TOTAL LIAB & EQUITY | | 512,614 | 68,471 | 172,092 | 159,834 | 215,471 | |
| | | | 267,614 | - | | | - | |

| | DESCRIPTION | REF | TRIAL BALANCE | TRIAL BALANCE | ADJUSTMENTS (DR) | (CR) | TRIAL BALANCE | |
|---|---|---|---|---|---|---|---|---|
| 4100 | ONE TIME DONATIONS | 10 | 2,182,560 | 547,557 | 465,972 | 85,454 | 167,039 | 13,14,16,17 |
| 4200 | PHONE CARD SALES | | 2,860 | (860) | | | (860) | |
| 4300 | SPONSORSHIP | 20 | - | 1,082,362 | 55,000 | 337,666 | 1,365,028 | 6,11,16 |
| 4400 | FUND RAISING REVENUE | | - | 2,730 | | | 2,730 | |
| 4410 | GALA | 30 | 419,442 | (21,550) | | 117,643 | 96,093 | 14 |
| 4420 | NOROUZ - | 40 | 34,988 | 14,964 | | 10,663 | 25,627 | 17 |
| 4494 | COLLEGE TUITION | | - | 3,993 | | | 3,993 | |
| | FASHION SHOW | | 50,086 | - | | | - | |
| 4495 | DONATIONS - Fox Pro | 50 | - | 85,454 | 85,454 | | - | 13 |
| 4440 | DONATION BOXES | | 2,877 | 1,447 | | | 1,447 | |
| 4450 | CAR DONATIONS | | - | 11,295 | | | 11,295 | |
| 4900 | INTEREST INCOME | | 2,450 | - | | | - | |
| | TOTAL INCOME | | 2,695,262 | 1,727,392 | 606,426 | 551,426 | 1,672,392 | |
| | | | | - | | | - | |
| | FUNDRAISING EXPENSES: | | | - | | | - | |
| 5000 | FUND RAISING | 100 | - | 27,223 | | 12,520 | 14,703 | 7 |
| 5010 | GALA | | | - | | | - | |
| | GALA - OC | | 47,633 | - | | | - | |
| | GALA - DC | 110 | 51,693 | 57,020 | | | 57,020 | |
| 5020 | NOROUZ-DC & OC | 120 | 22,887 | 46,836 | | | 46,836 | |
| 5035 | CAN PROJECT | | - | 732 | | | 732 | |
| 5055 | CONCERTS | | - | 120 | | | 120 | |
| | HOPE FESTIVAL 2003 | | 48,811 | - | | | - | |
| | FASHION SHOW | | 13,353 | - | | | - | |
| 5080 | BACKPACK DRIVE 04 | | 8,543 | 424 | | | 424 | |
| | PHONE CARDS PURCHASED | | 14,289 | - | | | - | |
| | FUNDING: | | - | | | | - | |
| 5200 | FUNDING: | 125 | | 10,139 | | 10,039 | 100 | 5 |
| 5210 | PROGRAMS FUNDED | 130 | 17,977 | 147,489 | 15,600 | 116,250 | 46,839 | 8,11 |
| 5220 | SPONSORSHIPS FUNDED | 132 | 1,250 | 3,860 | | 2,980 | 880 | |
| 5230 | CHILDREN DIRECT FUNDING | 135 | 21,287 | 11,068 | | | 11,068 | |

Tab 23

Page 15 of 21

CF292589

1/4/2006 12:00 PM

| Code | Account | Ref | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| | **COST OF SALES** | | | - | | | - | |
| 5300 | PHONE SALES | | - | 800 | | 800 | - | 15 |
| 5400 | BAM EARTHQUAKE COSTS | | - | 14,808 | | 14,808 | - | 15 |
| 5600 | CREDIT CARD CHARGES | | 1,386 | 4,288 | | | 4,288 | |
| 5700 | GRANTS & ALLOCATIONS | 140 | 2,426,963 | 1,466,399 | 119,230 | 220,600 | 1,365,029 | 3,6,8,9,11 |
| 5900 | WDC FUND RAISING COST | | - | 5,618 | | | 5,618 | |
| 5901 | CANCER PROGRAM COSTS | | - | 4,396 | | | 4,396 | |
| 5902 | SPONSORSHIP PROGRAM COSTS | 150 | - | 110,205 | | 110,029 | 176 | 2,12 |
| 5903 | OC PROGRAM COSTS | | - | 4,393 | | | 4,393 | |
| 5904 | REIMBURSEABLE COSTS, CANADA | | - | 1,500 | | | 1,500 | |
| 5905 | OTD PROGRAM COSTS | 160 | - | 41,790 | | 40,837 | 953 | 2 |
| | | | | | | | | |
| | **ADMIN EXPENSES:** | | - | | | | - | |
| | ACCOUNTING | | | | 24,906 | | 24,906 | 7,10,12 |
| 6005 | ADVERTISING | | - | 321 | | | 321 | |
| 6015 | BANK SERVICE CHARGES | | 2,731 | 2,899 | | | 2,899 | |
| 6020 | DEPRECIATION EXPENSE | | - | 1,000 | | | 1,000 | |
| 6025 | DUES AND SUBSCRIPTIONS | | 411 | 70 | | | 70 | |
| 6035 | FREIGHT AND DELIVERY | | - | 9 | | | 9 | |
| 6040 | SALES AND USE TAX | | - | 1,389 | | | 1,389 | |
| | LEGAL FEES | | 879 | - | | | - | |
| 6055 | LICENSES | 165 | 250 | 7,895 | 325 | | 8,220 | 5 |
| | MISC EXPENSE | | 9,313 | - | 652 | | 652 | 1,12 |
| 6080 | OFFICE SUPPLIES | | 23,763 | 3,443 | | | 3,443 | |
| | OUTSIDE SERVICES | | | | 9,502 | | 9,502 | 7,12 |
| 6100 | POSTAGE | | 11,226 | 992 | 10,485 | | 11,477 | 12 |
| 6105 | PRINTING | | 7,705 | 825 | 15,015 | | 15,840 | 12 |
| 6110 | PROF. FEES | 170 | 5,125 | 23,832 | 15,608 | 7,954 | 31,486 | 10,15 |
| 6115 | RENT | | 3,406 | 4,055 | | | 4,055 | |
| 6120 | REPAIRS AND MAINTENANCE | | - | 279 | | | 279 | |
| 6130 | TELEPHONE | | 7,386 | 3,095 | 3,104 | | 6,199 | 12 |
| 6140 | TRAVEL | | 962 | 1,850 | 666 | | 2,516 | 12 |
| 6145 | MEALS | | - | 37 | | | 37 | |
| 6150 | VERISIGN PAYMENT GATEWAY | | - | 1,558 | | | 1,558 | |
| 6205 | IRS TAX LEVY | 180 | - | 9,802 | | | 9,802 | |
| | WEBSITE | | 1,079 | - | | | - | |
| | | | | | | | | |
| | **STAFFING:** | | - | | | | - | |
| 6910 | 1099 STAFF | 190 | 71,882 | 24,086 | | | 24,086 | |
| | PAYROLL TAX - PRIOR YEAR | | 1,607 | | | | - | |
| 6930 | PAYROLL TAX EXPENSE | 200 | 3,378 | (42,214) | 56,617 | | 14,403 | 2 |
| 6940 | SALARIES AND WAGES | 200 | 18,300 | 54,846 | 50,849 | | 105,695 | 2 |
| | | | | | | | | |
| | **TOTAL EXPENSES** | | 2,855,065 | 2,059,177 | 322,559 | 536,817 | 1,844,919 | |
| | | | | | | | | |
| | **NET INCOME** | | (159,802) | (331,785) | 283,867 | 14,609 | (172,527) | |

|  |  |
|---|---|
| 1,251,077 | 1,251,077 |
| | 0.00 |

Tab 23
Page 16 of 21

CF292590

January 4, 2006

Mr. Jonathan Resnick
Jonathan S. Resnick, CPA, An Accountancy Corp.
2152 Dupont Drive, Suite 206
Irvine, CA 92612

Dear Mr. Resnick:

We are providing this letter in connection with your audit of the statement of financial position of Child Foundation as of May 31, 2005 and the related statements of activities, functional expenses, and cash flows for the years then ended for the purpose of expressing an opinion as to whether the financial statements present fairly, in all material respects, the financial position, changes in net assets, and cash flows of Child Foundation in conformity with U.S. generally accepted accounting principles. We confirm that we are responsible for the fair presentation in the financial statements of financial position, changes in net assets, and cash flows in conformity with generally accepted accounting principles. We are also responsible for adopting sound accounting policies, establishing and maintaining internal control, and preventing and detecting fraud.

We confirm to the best of our knowledge and belief, as of January 1, 2006 (date of the auditors' report), the following representations made to you during your audit.

1.  The financial statements referred to above are fairly presented in conformity with U.S. generally accepted accounting principles and include all assets and liabilities under the organization's control.

2.  We have made available to you all –

    a.  Financial records and related data and all audit or relevant monitoring reports, if any, received from funding sources.

    b.  Summaries of minutes of the meetings of the Board of Directors.

Tab 23
Page 17 of 21

CF292591

3. There have been no communications from regulatory agencies concerning noncompliance with, or deficiencies in, financial reporting practices.

4. There are no material transactions that have not been properly recorded in the accounting records underlying the financial statements.

5. We believe the effects of the uncorrected financial statement misstatements summarized in the attached schedule are immaterial, both individually and in the aggregate, to the financial statements taken as a whole. See list attached.

6. We acknowledge our responsibility for the design and implementation of programs and controls to prevent and detect fraud.

7. We have no knowledge of any fraud or suspected fraud affecting the Organization involving:

   a. Management,
   b. Employees who have significant roles in internal control, or
   c. Others where the fraud could have a material effect on the financial statements.

8. We have no knowledge of any allegations of fraud or suspected fraud affecting the Organization received in communications from employees, former employees, grantors, regulators or others.

9. The Organization has no plans or intentions that may materially affect the carrying value or classification of assets, liabilities, or net asset balances.

10. The following, if any, have been properly recorded or disclosed in the financial statements:

    a. Related party transactions, including revenues, expenses, loans, transfers, leasing arrangements, and guarantees, and amounts receivable from or payable to related parties.

    b. Guarantees, whether written or oral, under which the Organization is contingently liable.

    c. All accounting estimates that could be material to the financial statements, including the key factors and significant assumptions underlying those estimates, and we believe the estimates are reasonable in the circumstances.

Tab 23
Page 18 of 21

CF292592

11. There are no estimates that may be subject to a material change in the near term that have not been properly disclosed in the financial statements. We understand that near term means the period within one year of the date of the financial statements. In addition, we have no knowledge of concentrations existing at the date of the financial statements that make the organization vulnerable to the risk of severe impact that have not been properly disclosed in the financial statements.

12. We are responsible for compliance with the laws, regulations, and provisions of contracts and grant agreements applicable to us; and we have identified and disclosed to you all laws, regulations and provisions of contracts and grant agreements that we believe have a direct and material effect on the determination of financial statement amounts.

13. The Organization is an exempt organization under Section 501(c)(3) of the Internal Revenue Code. Any activities of which we are aware that would jeopardize the Organization's tax-exempt status, and all activities subject to tax on unrelated business income or excise or other tax, have been disclosed to you. All required filings with tax authorities are up-to-date.

14. There are no –

    a. Violations or possible violations of laws and regulations and provisions of contracts and grant agreements whose effects should be considered for disclosure in the financial statements or as a basis for recording a loss contingency.

    b. Unasserted claims or assessments that our lawyer has advised us are probable of assertion and must be disclosed in accordance with Statement of Financial Accounting Standards No. 5, *Accounting for Contingencies*.

    c. Other liabilities or gain or loss contingencies that are required to be accrued or disclosed by Statement of Financial Accounting Standards No. 5.

    d. Designations of net assets disclosed to you that were not properly authorized and approved, or reclassifications of net assets that have not been properly reflected in the financial statements.

15. The Organization has satisfactory title to all owned assets, and there are no liens or encumbrances on such assets nor has any asset been pledged.

Tab 23

Page 19 of 21

CF292593

16. We have complied with all restrictions on resources (including donor restrictions) and all aspects of contractual agreements that would have a material effect on the financial statements in the event of noncompliance. This includes complying with donor requirements to maintain a specific asset composition necessary to satisfy their restrictions.

17. The allocation of functional expenses is based on a reasonable assessment of related underlying factors and assumptions and is consistent with prior years.

18. We understand that you prepared the trial balance for use during the audit and that your preparation of the trial balance was limited to formatting the information in our general ledger into a working trial balance. Also, as part of your audit, you prepared the draft financial statements and related notes from the trial balance. <u>We have reviewed and approved the financial statements and related notes and believe they are adequately supported by the books and records of the Organization.</u>

_____

Mehrdad Yasrebi, Executive Director

<u>Schedule of adjustments under audit materiality level that were not included in the audited financial statements.</u>

1. There were none for this audit. All adjustments were recorded for the audited financial statements.

Tab 23
Page 20 of 21

CF292594

**CHILD FOUNDATION**

NOTES TO THE FINANCIAL STATEMENTS- Continued

For the Year Ended May 31, 2005

## NOTE 6: PRIOR PERIOD ADJUSTMENTS

Net assets at June 1, 2004 were decreased by $12,714 to correct posting errors made in the prior year that overstated security deposits by $3,000 and overstated cash by $9,714. The adjustment increases 2003/2004 expenses by $12,714.

## NOTE 7: PROGRAMS

Sponsorships. As of May 31, 2005, there were over 3,000 families, under coverage benefiting over 5,000 children talented needy children are identified through schools and local charity organizations. Volunteer social workers visit the families and prepare detailed reports of the child's life and the family's financial situation.

Indonesia. Sponsorship program has been extended to orphan children living close to Jakarta. Shelter, food, clothing and educational needs of the children are provided through this program.

Children with medical needs. Under this program, children with medical needs receive help towards the required treatments. Child Foundation has a long history in supporting children needing major surgeries and fighting cancer.

Children fighting cancer who are able to go to school or a sibling meeting the requirements of Child Foundation are referred for sponsorship. This program provides relief for families who are burdened by having to care for the special needs of their child fighting cancer. In most cases, families are not able to provide for the needs of their other children

## NOTE 8: RESTRICTIONS ON NET ASSETS

Temporarily restricted net assets consist of the following:

|  | Benjamin Fund | Parto Fund | Bam and Ghazvin Earthquake Funds | Total Temporarily Restricted |
|---|---|---|---|---|
| Beginning balance - June 1, 2004 | $ 37,735 | $ 9,564 | $ 192,221 | $ 239,520 |
| Contributions | 4,500 | - | 1,958 | 6,458 |
| Subtotal receipts & pledges | 42,235 | 9,564 | 194,179 | 245,978 |
| Funds expensed (release from restrictions) | - | (9,024) | (28,821) | (37,845) |
| Ending balance – May 31, 2005 | $ 42,235 | $ 540 | $ 165,358 | $ 208,133 |

Tab 23
Page 21 of 21

CF292595