# CHILD FOUNDATION

**Audited Financial Statements**

**For the Year Ended May 31, 2006
(With Comparative Financials
for the Year Ended May 30, 2005)**

**RECEIVED**

FEB 07 2007

DEPARTMENT OF JUSTICE
PORTLAND LEGAL

Tab 25
Page 1 of 14

CF292255

# CHILD FOUNDATION

## For the Years Ended May 31, 2006 and 2005

## TABLE OF CONTENTS

Financial Statements:

Independent Auditor's Report on
Financial Statements............................................................................................1

Statements of Financial Position........................................................................2

Statements of Activities........................................................................................3

Statements of Functional Expenses...............................................................4-5

Statements of Cash Flows....................................................................................6

Notes to Financial Statements........................................................................7-12

Tab 25
Page 2 of 14

CF292256

 

# JONATHAN RESNICK, CPA
### An Accountancy Corporation

2152 Dupont Drive
Suite 206
Irvine, CA 92612
Phone: (949) 250-0852
Fax: (949) 752-0153
Email: Jon@JResnickcpa.com
www.JResnickcpa.com

## Independent Auditor's Report

To the Board of Directors
CHILD FOUNDATION

We have audited the accompanying statements of financial position of CHILD FOUNDATION (an Oregon non-profit corporation) as of May 31, 2006 and 2005 and the related statements of activities, functional expenses and cash flows for the years then ended. These financial statements are the responsibility of the Organization's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of CHILD FOUNDATION as of May 31, 2006 and 2005, and the changes in its net assets and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

Irvine, California
October 30, 2006

1

Tab 25
Page 3 of 14

CF292257

# CHILD FOUNDATION

## STATEMENTS OF FINANCIAL POSITION

### May 31, 2006 and 2005

| | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|
| ASSETS | Unrestricted | Temporarily Restricted | Total | Unrestricted | Temporarily Restricted | Total |
| Cash and cash equivalents | $ (25,371) | $ 484,944 | $ 459,573 | $ 4,856 | $ 58,133 | $ 62,989 |
| Refund receivable | - | - | - | - | 150,000 | 150,000 |
| Other receivables | 6,388 | - | 6,388 | - | - | - |
| Property and equipment (net) | 13,163 | - | 13,163 | 2,147 | - | 2,147 |
| Prepaid expenses | 6,665 | - | 6,665 | - | - | - |
| Deposits | - | - | - | 335 | - | 335 |
| Total assets | $ 845 | $ 484,944 | $ 485,789 | $ 7,338 | $ 208,133 | $ 215,471 |
| **LIABILITIES AND NET ASSETS** | | | | | | |
| **LIABILITIES** | | | | | | |
| Accounts payable and accrued expenses | $ 4,817 | $ - | $ 4,817 | $ 21,521 | $ - | $ 21,521 |
| Refunds payable to donors | - | - | - | 106,000 | - | 106,000 |
| Payroll tax liabilities | 4,349 | - | 4,349 | 5,577 | - | 5,577 |
| Total liabilities | 9,166 | - | 9,166 | 133,098 | - | 133,098 |
| **NET ASSETS (Deficiency)** | | | | | | |
| Unrestricted | (8,321) | - | (8,321) | (125,760) | - | (125,760) |
| Temporarily restricted | - | 484,944 | 484,944 | - | 208,133 | 208,133 |
| Total net assets | (8,321) | 484,944 | 476,623 | (125,760) | 208,133 | 82,373 |
| Total liabilities and net assets | $ 845 | $ 484,944 | $ 485,789 | $ 7,338 | $ 208,133 | $ 215,471 |

See auditor's report and notes to financial statements

2

Tab 25
Page 4 of 14

CF292258

# CHILD FOUNDATION

## STATEMENTS OF ACTIVITIES

### For the Years Ended May 31, 2006 and 2005

| | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|
| | Unrestricted | Temporarily Restricted | Total | Unrestricted | Temporarily Restricted | Total |
| Revenues and support: | | | | | | |
| Public support: | | | | | | |
| Contributions | $ 196,859 | $ 1,359,783 | $ 1,556,642 | $ 1,544,214 | $ 6,458 | $ 1,550,672 |
| Special events | 23,968 | - | 23,968 | 121,720 | - | 121,720 |
| Less: Donor benefits | - | - | - | (103,856) | - | (103,856) |
| Interest income | 1,575 | - | 1,575 | - | - | - |
| Miscellaneous income | 932 | - | 932 | - | - | - |
| Total public support | 223,334 | 1,359,783 | 1,583,117 | 1,562,078 | 6,458 | 1,568,536 |
| | | | | | | |
| Net assets released from restrictions: | | | | | | |
| Satisfaction of program restrictions | 1,082,972 | (1,082,972) | - | 37,845 | (37,845) | - |
| | | | | | | |
| Total revenues, support and reclassifications | 1,306,306 | 276,811 | 1,583,117 | 1,599,923 | (31,387) | 1,568,536 |
| | | | | | | |
| Expenses | | | | | | |
| Program services | 1,058,858 | - | 1,058,858 | 1,496,300 | - | 1,496,300 |
| Supporting services: | | | | | | |
| Management and general | 108,996 | - | 108,996 | 150,005 | - | 150,005 |
| Fund-raising | 21,013 | - | 21,013 | 94,758 | - | 94,758 |
| Total expenses | 1,188,867 | - | 1,188,867 | 1,741,063 | - | 1,741,063 |
| | | | | | | |
| Change in net assets | 117,439 | 276,811 | 394,250 | (141,140) | (31,387) | (172,527) |
| | | | | | | |
| Beginning net assets | (125,760) | 208,133 | 82,373 | 28,094 | 239,520 | 267,614 |
| Prior period adjustment | - | - | - | (12,714) | - | (12,714) |
| Beginning net assets, as restated | (125,760) | 208,133 | 82,373 | 15,380 | 239,520 | 254,900 |
| | | | | | | |
| Ending net assets (deficit) | $ (8,321) | $ 484,944 | $ 476,623 | $ (125,760) | $ 208,133 | $ 82,373 |

See auditor's report and notes to financial statements

3

Tab 25
Page 5 of 14

CF292259

# CHILD FOUNDATION

## STATEMENT OF FUNCTIONAL EXPENSES

### For the Year Ended May 31, 2006

| | Program Svcs | Supporting Services | | | |
| | Programs | Mgmnt. & General | Fund-raising | Sub-Total | Total |
|---|---|---|---|---|---|
| Accounting | $          - | $    35,606 | $          - | $    35,606 | $    35,606 |
| Advertising | 740 | 364 | - | 364 | 1,104 |
| Bank and merchant fees | 8,425 | 256 | - | 256 | 8,681 |
| Depreciation | - | 3,835 | - | 3,835 | 3,835 |
| Fundraising | - | - | 21,013 | 21,013 | 21,013 |
| Grants (note 11) | 49,835 | - | - | - | 49,835 |
| Insurance | 255 | 2,629 | - | 2,629 | 2,884 |
| Legal | 2,969 | 1,891 | - | 1,891 | 4,860 |
| Licenses | 791 | 900 | | 900 | 1,691 |
| Miscellaneous | 403 | 404 | - | 404 | 807 |
| Occupancy | 494 | 5,237 | - | 5,237 | 5,731 |
| Office supplies | 2,153 | 4,673 | - | 4,673 | 6,826 |
| Outside services | 3,746 | - | - | - | 3,746 |
| Payroll taxes | 9,369 | 4,334 | - | 4,334 | 13,703 |
| Postage | 11,819 | 1,507 | - | 1,507 | 13,326 |
| Printing | 7,519 | 1,260 | - | 1,260 | 8,779 |
| Professional fees | 10,179 | 14,253 | - | 14,253 | 24,432 |
| Projects (note 10) | 866,403 | - | - | - | 866,403 |
| Salaries and wages | 82,445 | 24,953 | - | 24,953 | 107,398 |
| Telephone | 1,294 | 6,332 | - | 6,332 | 7,626 |
| Travel | 19 | 562 | - | 562 | 581 |
| | 1,058,858 | 108,996 | 21,013 | 130,009 | 1,188,867 |
| | | | | | |
| Less: Donor benefits | - | - | - | - | - |
| | | | | | |
| Total expenses included in the expense section of the statement of activities | $  1,058,858 | $   108,996 | $    21,013 | $   130,009 | $  1,188,867 |
| | | | | | |
| Percent of total | 89.0% | 9.2% | 1.8% | 11.0% | |

See auditor's report and notes to financial statements

4

Tab 25
Page 6 of 14

CF292260

# CHILD FOUNDATION

## STATEMENT OF FUNCTIONAL EXPENSES

### For the Year Ended May 31, 2005

| | Program Svcs | Supporting Services | | | |
| --- | --- | --- | --- | --- | --- |
| | Programs | Mgmnt. & General | Fund-raising | Sub-Total | Total |
| Accounting | $ - | $ 24,906 | $ - | $ 24,906 | $ 24,906 |
| Bank and merchant fees | - | 8,589 | 156 | 8,745 | 8,745 |
| Contract labor | 8,476 | 8,652 | 6,957 | 15,609 | 24,085 |
| Depreciation | - | 1,000 | - | 1,000 | 1,000 |
| Donor Benefits | - | - | 103,856 | 103,856 | 103,856 |
| Fundraising | - | - | 21,597 | 21,597 | 21,597 |
| Grants (note 11) | 1,365,029 | - | - | - | 1,365,029 |
| Licenses | - | 8,220 | - | 8,220 | 8,220 |
| Miscellaneous | 1 | 2,831 | 953 | 3,784 | 3,785 |
| Occupancy | 2,182 | 5,876 | 2,196 | 8,072 | 10,254 |
| Office supplies | - | 2,754 | 689 | 3,443 | 3,443 |
| Outside services | 2,851 | 4,751 | 1,900 | 6,651 | 9,502 |
| Payroll taxes | 5,069 | 5,174 | 4,160 | 9,334 | 14,403 |
| Postage | - | 2,295 | 9,182 | 11,477 | 11,477 |
| Printing | - | 792 | 15,048 | 15,840 | 15,840 |
| Professional fees | 12,036 | 19,450 | - | 19,450 | 31,486 |
| Projects (note 10) | 63,459 | 4,393 | - | 4,393 | 67,852 |
| Salaries and wages | 37,197 | 37,967 | 30,531 | 68,498 | 105,695 |
| Taxes | - | 9,802 | 1,389 | 11,191 | 11,191 |
| Travel | - | 2,553 | - | 2,553 | 2,553 |
| | 1,496,300 | 150,005 | 198,614 | 348,619 | 1,844,919 |
| Less: Donor benefits | | | (103,856) | (103,856) | (103,856) |
| Total expenses included in the expense section of the statement of activities | $ 1,496,300 | $ 150,005 | $ 94,758 | $ 244,763 | $ 1,741,063 |
| Percent of total | 85.9% | 8.6% | 5.5% | 14.1% | |

CF292261

# CHILD FOUNDATION

## STATEMENT OF CASH FLOWS

### For the Years Ended May 31, 2006 and 2005

|  | 2006 | 2005 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** |  |  |
| Decrease in net assets | $      394,250 | $      (172,527) |
| Adjustments to reconcile net income to net cash provided (used) by operating activities: |  |  |
| Depreciation | 3,835 | 999 |
| Change in assets and liabilities: |  |  |
| Recievables | (6,388) | - |
| Prepaid expenses | (6,665) | - |
| Refunds receivable | 150,000 | (150,000) |
| Deposits | 335 | (335) |
| Accounts payable and accrued expenses | (16,704) | 21,520 |
| Refunds payable | (106,000) | 106,000 |
| Accrued payroll taxes | (1,228) | 5,578 |
| NET CASH PROVIDED (USED) BY OPERATING ACTIVITIES | 411,435 | (188,765) |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** |  |  |
| Purchase of fixed assets | (14,851) | (3,146) |
| NET CASH PROVIDED (USED) BY INVESTING ACTIVITIES | (14,851) | (3,146) |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | 396,584 | (191,911) |
| CASH AND CASH EQUIVALENTS AT BEGINNING OF YEAR | 62,989 | 254,900 |
| CASH AND CASH EQUIVALENTS AT END OF YEAR | $      459,573 | $      62,989 |

See auditor's report and notes to financial statements

6

Tab 25
Page 8 of 14

CF292262

# CHILD FOUNDATION

## NOTES TO THE FINANCIAL STATEMENTS

### For the Years Ended May 31, 2006 and 2005

### Organization and Nature of Services

Child Foundation is a non-profit organization formed in 1994 with the simple objective of helping children stay in school. This is achieved by providing food, shelter, clothing, educational needs, medical help, and other services to talented, needy children.

Child Foundation will be referred to as "the Organization" throughout the following notes.

### NOTE 1: SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of the significant accounting policies of the Organization:

### Financial Statement Presentation

The accompanying financial statements have been prepared on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America. Net assets and revenues, expenses, gains and losses are classified based on the existence or absence of donor-imposed restrictions. Accordingly, net assets of the Organization and changes therein are classified and reported as follows:

Unrestricted net assets represent resources whose use is not limited or restricted by donors. Board designated net assets of $9,531 at May 31, 2006 were received from the Norooz Bazaar and are designated for the blind children's program.

Temporarily restricted net assets represent resources whose use is limited by donors for the purpose and/or time in which they may be expended. Temporarily restricted net assets are reclassified to unrestricted as their time/and or purpose requirements are met. Temporarily restricted contributions whose restrictions are met in the same reporting period are reported as unrestricted support.

Permanently restricted net assets represent resources subject to donor-imposed stipulations that the corpus be maintained permanently by the Organization. Generally, the donors of these assets allow the Organization to use all or part of the income earned on any related investments for general or specific purposes. The Organization had no permanently restricted net assets at May 31, 2006 and 2005.

### Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements. Estimates also affect the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Tab 25
Page 9 of 14

CF292263

# CHILD FOUNDATION

## NOTES TO THE FINANCIAL STATEMENTS - Continued

### For the Years Ended May 31, 2006 and 2005

**Cash and Cash Equivalents**

For purposes of the Statement of Cash Flows, management considers all unrestricted highly liquid investments with an initial maturity of three months or less to be cash equivalents.

**Property and Equipment**

The Organization follows the practice of capitalizing all material expenditures for furniture and equipment. Property and equipment are stated at cost.

Depreciation is recorded on the straight-line basis over the estimated useful lives of the property. The useful lives used to depreciate assets are as follows:

Furniture and equipment                5-7 years

**Expense Allocation**

The costs of providing the various services and activities have been summarized on a functional basis in the Statement of Activities and in the Statement of Functional Expenses. Accordingly, certain costs have been allocated among the programs and supporting services benefited. Employee related expenses are allocated among program and support services based on related salary expenses.

**Income Taxes**

The Organization is exempt from federal income taxes under the 501(c)(3) provisions of the Internal Revenue Code. No provision for income tax liability is therefore required. The Organization has also been classified as an entity that is not a private foundation within the meaning of Section 509(a) and qualifies for deductible contributions as provided in Section 170(b)(1)(A)(vi).

**Donated services**

Many individuals volunteer their time and perform a variety of tasks that assist the Organization with specific program and fundraising events. No amounts have been reflected in the financial statements for these donated services because the criteria for recognition of such volunteer effort has not been met.

**NOTE 2:  CONCENTRATION OF CREDIT RISK**

The Organization maintains cash deposits in bank deposit accounts which at times may exceed FDIC limits. The Organization has not experienced any losses on such accounts and believes it is not exposed to any significant credit risk on cash and cash equivalents.

Tab 25
Page 10 of 14

CF292264

**CHILD FOUNDATION**

**NOTES TO THE FINANCIAL STATEMENTS - Continued**

**For the Years Ended May 31, 2006 and 2005**

## NOTE 3: FIXED ASSETS

Property and equipment and leasehold improvements consist of the following:

|                                | 2006 | 2005 |
|--------------------------------|------|------|
| Furniture and equipment        | $ 17,997 | $ 3,146 |
| Less accumulated depreciation  | (4,834) | (999) |
|                                | $ 13,163 | $ 2,147 |

## NOTE 4: OTHER RECEIVABLE AND REFUNDS PAYABLE

At May 31, 2005, the Organization had a receivable in the amount of $150,000 from the International Network for Cancer Treatment and Research that represented the refund of a grant made to that organization for research that was not be performed and a liability for $106,000 to refund a contribution to a donor. The donation was originally made for the purpose of funding the construction of a school. That project has been postponed and the donor was refunded the donation in August 2005.

## NOTE 5: OBLIGATIONS UNDER OPERATING LEASES

The Organization has a thirty six month operating lease for its business office that expires on October 31, 2008. Rent expense under the lease totaled $5,731 and $4,055 for the years ended May 31, 2006 and 2005.

Future minimum rental commitments as of May 31, 2006 are as follows:

| Year | Amount |
|------|--------|
| 2007 | $ 7,721 |
| 2008 | 7,952 |
| 2009 | 3,354 |
|      | $ 19,027 |

## NOTE 6: RELATED PARTY TRANSACTIONS

The Organization collects donations and child sponsorships in the United States for program services that are provided nationally and internationally. For the year ended May 31, 2005, a large portion of the funds collected in the United States was granted to Bonyad Kudak, a registered Swiss charity. During that year, $1,311,000 was wired to Bonyad Kudak and reported as grants expense on the statement of functional expenses.

Tab 25
Page 11 of 14

CF292265

## CHILD FOUNDATION

## NOTES TO THE FINANCIAL STATEMENTS - Continued

### For the Years Ended May 31, 2006 and 2005

### NOTE 7: PRIOR PERIOD ADJUSTMENTS

Net assets at June 1, 2004 were decreased by $12,714 to correct posting errors made in the prior year that overstated security deposits by $3,000 and overstated cash by $9,714. The adjustment increases 2003/2004 expenses by $12,714.

### NOTE 8: PROGRAMS

Sponsorships. As of May 31, 2006, there were over 3,000 children under coverage. Talented, needy children are identified through schools and local charity organizations. Volunteer social workers visit the families and prepare detailed reports of the child's life and the family's financial situation.

Indonesia. The sponsorship program has been extended to orphan children living close to Jakarta. Shelter, food, clothing and educational needs of the children are provided through this program.

Children With Medical Needs. Under this program, children with medical needs receive help towards the required treatments. Child Foundation has a long history of supporting children needing major surgeries and fighting cancer.

Children fighting cancer who are able to go to school or a sibling meeting the requirements of Child Foundation are referred for sponsorship. This program provides relief for families who are burdened by having to care for the special needs of their child fighting cancer. In most cases, families are not able to provide for the needs of their other children

### NOTE 9: RESTRICTIONS ON NET ASSETS

Temporarily restricted net assets at May 31, 2006 were restricted for the following programs:

| | |
|---|---:|
| Sponsorships | $ 249,429 |
| Cancer program | 51,800 |
| Blind children | 2,782 |
| Deaf children | 1,623 |
| Education | 2,901 |
| Medications | 100 |
| Hunger relief | 3,100 |
| Emergency | 2,684 |
| Homeless children | 650 |
| S.E. Asia earthquake | 167,726 |
| Children in Bam | 1,309 |
| Tsunami | 300 |
| Parto | 540 |
| Total | $ 484,944 |

Although the Organization does not maintain cash and other receivables equal to the restricted net assets, it is able to meet its donor restrictions through continued support from fundraising activities.

10

Tab 25
Page 12 of 14

CF292266



**CHILD FOUNDATION**

**NOTES TO THE FINANCIAL STATEMENTS - Continued**

**For the Years Ended May 31, 2006 and 2005**

## NOTE 10 – PROJECTS

Projects reported on the statement of functional expenses consist of the following:

|  | 2006 | 2005 |
|---|---|---|
| Indonesian Children | $ 22,000 | $ 23,000 |
| Iran and Afghanistan Children - food purchased | - | 10,000 |
| Children sponsorship program | 833,440 | - |
| Cancer program - vehicle purchased for family receiving assistance under the program | - | 6,625 |
| Children and family support payments – U.S. | 7,588 | 11,068 |
| Tuition scholarships- U.S. | 3,375 | - |
| Miscellaneous direct program expenditures – U.S. | - | 12,766 |
| Total | $ 866,403 | $ 63,459 |

## NOTE 11 – GRANTS

The Organization approved and disbursed the following grants to other charities during the 2005/2006 fiscal year.

| | |
|---|---|
| Scheppens Retina Association Foundation | $ 1,200 |
| Ocean Springs School District | 10,000 |
| Pearl River Central High School | 10,000 |
| Picayune School District | 10,000 |
| United Methodist Church | 7,790 |
| Save the Children | 10,790 |
| Miscellaneous under $1,000 | 55 |
| Total | $ 49,835 |

The Organization approved and disbursed the following grants to other charities during the 2004/2005 fiscal year.

| | |
|---|---|
| Bonyad Kudak – Switzerland | $ 1,311,000 |
| Mother & Child Charity – London, England | 5,400 |
| Operation USA/Iranian American Medical Association | 35,000 |
| World Hearing Organization | 7,500 |
| Doctors Without Borders | 750 |
| Leukemia Lymphoma Society | 1,000 |
| Unicef USA | 1,000 |
| International Orphan Care | 2,980 |
| Miscellaneous under $1,000 | 399 |
| Total | $ 1,365,029 |

Grants to Bonyad Kudak consist primarily of child sponsorship donations.

CF292267

**CHILD FOUNDATION**

**NOTES TO THE FINANCIAL STATEMENTS - Continued**

**For the Years Ended May 31, 2006 and 2005**

## NOTE 12 – CONCENTRATION OF RISK IN OPERATIONS

The Organization sponsorship program provides academic and financial support for children in Indonesia and Iran. Changes in the political environment in those countries could disrupt those program activities.

12

Tab 25
Page 14 of 14

CF292268