# Internal Revenue Service
## Criminal Investigation



## Memorandum of Interview

| | | | |
|---|---|---|---|
| **In Re:** | Mehrdad Yasrebi & Child Foundation | **Location:** | 11364 SE Highland Loop<br>Clackamas, OR |

**Investigation #:** 930530171 & 930530224
**Date:** July 15, 2008
**Time:** 7:00AM
**Participant(s):** Mehrdad Yasrebi, Interviewee
Tom McCartney
Debra J. Meyer, Special Agent

On July 15, 2008, pursuant to the execution of Federal search warrants signed in the District of Oregon by Judge John V. Acosta, Task Force Agent (TFA) Tom McCartney and IRS Special Agent Debra Meyer interviewed Mehrdad Yasrebi at his residence located at 11364 SE Highland Loop, Clackamas, Oregon. TFA McCartney and SA Meyer asked Yasrebi if he would like the opportunity to answer questions and Yasrebi stated that he would. Prior to asking Yasrebi any questions SA Meyer reminded Yasrebi that he was not in custody and that he was free to leave at anytime. At 7:00AM SA Meyer read Yasrebi his Non-Custody Statement of Rights, copy attached. Yasrebi agreed that he understood his rights and would answer our questions.

Pursuant to questioning, Yasrebi provided the following information:

1. Yasrebi is the President of the Child Foundation and is also a member of the Board of Directors. The Child Foundation is a non-profit organization similar to Save The Children. Child Foundation sponsors orphaned children in Iran, Indonesia and Afghanistan. Child Foundation also helps cancer patients in the United Kingdom, the U.S., and Canada. The way the program works is that Child Foundation receives donations from sponsors in the U.S. Donors either pay by check or credit card. The money is then used to purchase food in countries such as Dubai, in the United Arab Emirates. OFAC does not allow Child Foundation to send money directly to Iran, but OFAC does allow Child Foundation to purchase food for the orphans.

2. When asked about sending funds to Switzerland, Yasrebi stated that Child Foundation used to send money to Switzerland, but does not any longer. The money was sent to Emdad Kudak, a Swiss charity. Child Foundation is not related to Emdad Kudak, nor does Yasrebi know how Emdad Kudak spent the money Child Foundation sent. Yasrebi said that he assumed it was to help orphans in Switzerland and to purchase food for the orphans in Iran. When questioned if Child Foundation funds were sent to other countries, Yasrebi said that he did not know. When questioned about Emdad Kudak having some

CF290865

accountability for the donations it received from Child Foundation, Yasrebi said that Emdad Kudak is a legitimate charity and there was an agreement between the two entities that some of the money would go to help Iranian children and some would go to help Swiss children. Sakineh Djalili is in charge of Emdad Kudak.

3. Child Foundation is a totally independent charity except for its branch in Dubai, UAE. Child Foundation Canada is independent of Child Foundation U.S. Child Foundation is independent of Refahe Kudak in Iran.

4. Yasrebi's mother and father are both on Refahe Kudak's Board of Directors. Child Foundation no longer gives funds to Refahe Kudak. Child Foundation did give some funds to Refahe Kudak in the very early years after its formation. However, Yasrebi cannot remember exactly when Child Foundation stopped giving funds to Refahe Kudak, but it was a long time ago.

5. Child Foundation has no religious nor political affiliations.

6. At some point in time, Yasrebi was advised by Child Foundation's attorneys to quit sending funds to Switzerland. Yasrebi would not be specific about the time period, he would only say in recent years. Child Foundation's attorneys are Rusch, Fisher & Owen from Washington, D.C.

7. OFAC allows a charity to purchase food, clothing, medicine and educational materials, but does not allow a charity to send money to Iran. Child Foundation's attorneys provided a memo showing that Child Foundation is complying with OFAC's laws and the attorney's memo is posted on Child Foundation's website.

8. When asked whether he has ever sent money to Iran, Yasrebi stated that maybe a long time ago, but not any longer. When asked if he had sent money through Eskhandar Khamooshpour to Iran, Yasrebi said that he had many years ago, probably around 1994. Yasrebi does not send either personal or Child Foundation funds to Iran.

9. Yasrebi is the only person to have signator authority over the Child Foundation bank accounts. When asked if the board required two signatures, he stated, "No."

10. Child Foundation has only received one license from OFAC, which was issued because of the BAM earthquake. Child Foundation applied for a license to start an adoption program in the U.S. for U.S. citizens to adopt orphans from Iran. This application is still pending.

11. When questioned about a Child Foundation brochure making it appear that Child Foundation had an OFAC license to send funds to Iran, Yasrebi said that there was no such brochure.

12. Yasrebi's wife, Fatemeh (Saideh) Sharif-Kazemi is a member of Child Foundation's Board of Directors. Sharif-Kazemi is also a member of the human resources committee. Azad Azemi, Akbar Farhani and Navid Seyedali are also on the Child Foundation Board of Directors and this information is posted on the Child Foundation website.

13. Neither Yasrebi nor his wife have ever taken money from Child Foundation. Neither Yasrebi nor his wife have ever borrowed money from Child Foundation. When asked about a $20,000 check payable to his wife, deposited in their joint checking account, and signed by him, Yasrebi admanantly denied it. Yasrebi's parents have never received funds from Child Foundation.

14. Dr. Hossein Lahiji donates money to Child Foundation to purchase food for the Iranian children. Yasrebi does not remember how he met Lahiji. Neither Child Foundation nor Yasrebi have ever given money to Lahiji in Iran. Yasrebi does not know if Lahiji has a bank account in Iran.

15. Child Foundation did not purchase a building in Iran. Yasrebi said that he is not aware of Lahiji purchasing a building or any other property in Iran. Yasrebi is not aware of Refahe Kudak purchasing a building or property in Iran. Child Foundation does not have a bank account in Iran and has never borrowed money from Lahiji.

16. When asked about a $250,000 check from Child Foundation to Lahiji, Yasrebi stated that Child Foundation refunded Lahiji's donation a few years back. Yasrebi does not recall why Child Foundation refunded the money to Lahiji.

17. When asked if he had ever contacted any Ayatollahs in Iran, Yasrebi said, "Yes." Child Foundation needed verification from a religious cleric in Iran that they were a good charity, so approximately ten years ago he contacted Ayatollah Makarem (Shirazi). Yasrebi said that this was a necessary marketing tool in order to seek sponsors and to have organized fund-raisers. For example, Child Foundation needed Ayatollah Makarem's permission to have music played at Child Foundation's fund-raising events in case some deeply religious person was offended and asked why music is allowed.

18. Yasrebi does not support his parents. They have their own money. When asked if he claimed his parents as dependents on his Federal income tax returns, he said that he does not remember, that would be up to his accountant. Yasrebi cannot remember what he told the accountant or if he told him that they are not U.S. citizens.

19. Jackie Wheeler (real name is Wheatley) is Child Foundation's accountant and prepares the returns. Jonathan Resnick prepared the previous years' returns. Resnick resides in Orange County. Resnick never expressed concerns about the Child Foundation or the way it was operating.

20. At 7:45am Yasrebi was asked if Child Foundation ever gave funds to his parents in Iran? Yasrebi did not answer and stated that he would like to get an attorney. No more questions were asked. SA Meyer and TFA McCartney thanked Yasrebi for talking to them and escorted him downstairs to the living room where the rest of Yasrebi's family was sitting. Once again agents reminded Yasrebi, Sharif-Kazemi, Ali Yasrebi and Ameneh Yasrebi that they could leave at anytime.

Debra J. Meyer
Special Agent

Tom McCartney
Task Force Agent

I prepared this memorandum on July 19, 2009, after refreshing my memory from notes made during and immediately after the interview with Mehrdad Yasrebi. Note that this interview was originally recorded on an FBI 302, but was switched to the Memo of Interview format at the request of IRS/Criminal Investigation management.

Debra J. Meyer
Special Agent

CF290868