APPENDIX B - COMMODITIES TRANSACTIONS

| Payment Date | Amount Paid | CF Acct | Payee | Beneficiary Bank; Acct. # | Purpose |
|---|---|---|---|---|---|
| 3/4/2005 | $ 10,000.00 | BofA 5992 | Kortoba General Trading | Abu Dhabi Comm Bk SWIFT Adcbaeaa062; Al Karama Br., Acct 198233020001 vi JP Morgan Chase NY; Interm Bk: Abu Dhabi Commercial, ADCBAEAA CH097708/AC544702350 | To Kortoba Trading in Dubai for CF Iran |
| 9/28/2005 | $ 150,000.00 | BofA 5992 | Ramak General Trading | Standard Chartered Bank, 01-226-0409-01; Dubai, UAE | Purchase of Food for Children - handwritten #00009DKJE0013 |
| 11/29/2005 | $ 170,000.00 | BofA 5992 | Ramak General Trading | via Standard Charter Bank Ltd., P/NYK:0256, NY to Standard Chartered Bank  SCBLAEAD; CH312988/AC3582088678001; Treasury Acct., POB 999 Al Mankhool Rd., acct 01226040901; Dubai, UAE | Food Purchase |
| 5/1/2006 | $ 113,000.00 | BofA 5992 | Armiti Group | Emirates Bank Intl Ltd,Dubai, UAE, 0072194134001; EBILAEAD/CH112786 AC 544748893,  via JP Morgan Chase | Food Purchase |
| 5/9/2006 | $ 125,440.00 | BofA 5992 | Damavand Star General Trading | HSBC Bk Middle East 020-407896001; BBMEAD/ CH035462/AC000038199 | Food Purchase |
| 5/16/2006 | $ 275,000.00 | BofA 5992 | Armiti Group | Emirates Bank Intl Ltd, POB 2923, Dubai, UAE, 0072194134001; EBILAEAD/CH112786 AC 544748893,  via JP Morgan Chase | Pre-pay for 6/21/2006 Inv w/Ramak & Armiti; DEX#610 8/14 |
| 6/13/2006 | $ 312,370.00 | BofA 5992 | Cargill BV (UID 108077) | via JP Morgan Chase Bk, NY, a/ncx 021000021; bnf:Cargill BV (UID 108077) acct # 0011648730 | To purchase sugar from Cargil thru Damavand Star General Trading, LLC, Contract **#NLS0861 on 6/13/2006@$99,176; & PREPAY FOR INV. 7/3/2006@ $135,240; 7/17/2006@ $125,400** |
| 7/3/2006 | $ 218,300.00 | BofA 5992 | Sehawi Trading Co., LLC | Sehawi - Habib Bank AG Zurich, Acct. #333238222; HBZUAEAD/CH097211/ AC8033380748, Dubai address; via Bof NY, USA Utica P/NYK:0001 | Food Purchase |
| 9/13/2006 | $ 28,800.00 | BofA 5992 | Damavand Star General Trading | via HSBC Bk USA, NY to HSBC Bk Middle East 020-407896001; BBMEAEAD CH035462/AC000038199 | Food Purchase |
| 10/10/2006 | $ 47,486.00 | BofA 5992 | Damavand Star General Trading | HSBC Bk Middle East 020-407896001; Dubai | Food Purchase |
| 10/16/2006 | $ 200,000.00 | BofA 5992 | Damavand Star General Trading | HSBC Bk Middle East 020-407896001; Dubai, UAE | PRE-PAYMENT FOR INVOICES DATED 11/28/06@ $86,400; 1/17/07@$38,250; 2/4/2007@ $18,000; 2/14/2007@ $28,800 |
| 1/25/2007 | $ 320,000.00 | BofA 5992 | Damavand Star General Trading | HSBC Bk Middle East 020-407896001 | PRE-PAY FOR FOOD PURCHASE INVOICES DATED 3/24/07@ $87,360; 4/1/07@$35,680; 5/28/07 @$36,800; 6/28/07@ $95,850 |
| 4/16/2007 | $ 300,000.00 | BofA 5992 | Damavand Star General Trading | HSBC Bk Middle East 020-407896001 | Food Purchase |
| 5/30/2007 | $ 40,000.00 | BofA 5992 | CF-Dubai | Commercial Bk of Dubai, 1000782464; CBDUAEAD/CH031564/AC001; via JP Morgan Chase | tel#0097148818882 - TO OPEN ACCOUNT IN DUBAI |

APPENDIX B - COMMODITIES TRANSACTIONS

| Payment Date | Amount Paid | CF Acct | Payee | Beneficiary Bank; Acct. # | Purpose |
|---|---|---|---|---|---|
| 7/9/2007 | $ 210,000.00 | BofA 5992 | CF-Dubai | Commercial Bk of Dubai, 1000782464; CBDUAEAD/CH031564/AC001; | Food Purchase |
| 8/27/2007 | $ 130,000.00 | BofA 5992 | CF-Dubai | Commercial Bk of Dubai, 1000782464; CBDUAEAD/CH031564/AC001; via JP Morgan Chase | ACC/Food Purchase |
| 11/16/2007 | $ 300,000.00 | BofA 5992 | CF-Dubai | Commercial Bk of Dubai, 1000782464; CBDUAEAD/CH031564/AC001 | Food Purchase |
| 2/8/2008 | $ 200,000.00 | BofA 5992 | CF-Dubai | Commercial Bk of Dubai, 1000782464; CBDUAEAD/CH031564/AC001 | ACC/Food Purchase |
| 4/22/2008 | $ 200,000.00 | BofA 5992 | CF-Dubai | Commercial Bk of Dubai, 1000782464; CBDUAEAD/CH031564/AC001 | Food Purchase |
| 4/22/2008 | $ 46,029.00 | BofA 5992 | Walker Seeds Ltd. | Wachovia Bk, Miami, FL, 218977041460 | Payment for Contract #S50370207 QTY99.79 M/T |
| 6/23/2008 | $ 230,000.00 | BofA 5992 | CF-Dubai | Commercial Bk of Dubai, 1000782464; CBDUAEAD/CH031564/AC001 | Food Purchase |
| | $ 3,626,425.00 | | | | |

8/11/2009 CDJ
Tab 27
Page 2 of 2