**From:** ahmad iranshahi <ah_iran@yahoo.com>
**To:** behakkangarloo@yahoo.com <behakkangarloo@yahoo.com>
**Cc:** sferzam73@yahoo.com <sferzam73@yahoo.com>
**Sent:** Saturday, May 06, 2006 5:55 AM
**Attach:** 2.bmp
**Subject:** child foundation

Dear Ms. Kangarloo,[FNU]

Attached you will find a sample of the manifest. In this a manifest that Mr. Nasiri [FNU] needs to put the name of your company as the sender and the receiver should be Child Foundation with Refah Kudak in parentheses in front of it. Mr. Nasiri should take care of all the paperwork for the shipment of goods and your company needs to have all their invoices in Child Foundation's name. Please make sure that the invoice that Mr. Nasiri sends is dated prior to the shipment and that your company's name along with Bonyad Kudak are both listed on that invoice. Also when your company is sending the order form to Mr. Nasiri the date should be after the invoice's date and Bonyad Kudak should be listed on there as well. We also need to draw up a contract between Child Foundation and your company. Child foundation would be named as the requestor and your company will receive one percent commission for starters so that everything looks legit. I will put together the contract and send it to you. Will you please personally monitor the first shipment to assure accuracy.

Iranshahi

Tab 29 - A
Page 1 of 3

CF288726

From:       "ahmad iranshahi" <ah_iran@yahoo.com>
To:         <behakkangarloo@yahoo.com>
Cc:         <sferzam73@yahoo.com>
Sent:       Saturday, May 06, 2006 3:55 AM
Attach:     2.bmp
Subject:    childfoundation

سركار خانم كنگرلو

با سلام

بپیوست یك نمونه مانیفیست خدمتتان ارسال میكنم 0میبایستی آقاي نصیري در قسمت  فرستنده نام شركت شما را ذكر كند ودر قسمت گیرنده چایلد فاندیشن ودرمقابل آن در پرانتزموسسه رفاه كودك نوشته شود0

ضمنا تهیه كلیه مدارك مورد نیاز جهت ارسال كالا به عهده آقاي نصیري می باشد0 شركت شما هم باید بنام چایلد فاندیشن اینوس صادر نماید0

ضمنا در پروفرم در یافتی از آقاي نصیري كه تاریخ آن باید به قبل از ارسال وجه برگرددحتي المكان علاوه بر نام شركت شما نام چایلد فاندیشن نیز ذكر شود0

در برگ سفارش تنظیمی توسط شركت شما كه براي آقاي نصیري ارسال میشودحتما نام چایلد فاندیشن نوشته شودوتاریخ آن بعد از پروفرم باشد0

قراردادي نیز بین چایلد فاندیشن بعنوان متقاضي كالا و شركت شما بعنوان حق العمل كار تنظیم میشود ویراي شروع یك درصد  مبلغ كالاي خریداري شده به شركت شما پرداخت میگردد كه همه چیز واقعي باشد این قرداد را از من تنظیم و براي شما ارسال میكنم 0

لطفا براي اینكه  كارهاي محموله اول بطور كامل و دقیق انجام شود تمامي مراحل را كنترل فرمایید من هم در خدمت شما هستم0

با تشكر ایرانشاهي

---

Talk is cheap. Use Yahoo! Messenger to make PC-to-Phone calls. Great rates starting at 1¢/min.

6/1/2010
Tab 29 - A
Page 2 of 3

CF288727

Case 3:05-cr-00413-K1    Document 45-29    Filed 01/25/12    Page 3 of 28



PORTS, CUSTOMS & FREE ZONE CORPORATION

(Dubai. United Arab Emirates)

مؤسسة الموانئ والجمارك والمنطقة الحرة
– الإمارات العربية المتحدة

EXPORT MANIFEST
SEA CARGO

قائمة البضاعة الصادرة بطريق
البحر

No. 466195 الرقم

Tab 29 - A
Page 3 of 3

CF288728

Bank of America / Wire Transfer Query - WTQ / Transaction Detail





This page contains customer CONFIDENTIAL INFORMATION.!

| transaction detail | | trn search | trn summary | trn text | trn history | trn destination | Prir All |

**THIS IS A COMPLETED PAYMENT**

**TRANSACTION DETAIL**

| RGWP1 | WTX | ORX | 20060516 - 00198826 |

| SRC | ADV | CUR | AMOUNT | REPETITIVE ID | CALLER |
|------|-----|-----|--------|---------------|--------|
| BFT | CHP | USD | 275,000.00 | | |

| TYP | MTP | INC MTP | FUNDS | VALUE/DUE DATE | SEND DATE | CHG: | DB | CD | COM | CBL |
|-----|-----|---------|-------|----------------|-----------|------|----|----|-----|-----|
| FTR | I | 103 | Same Day | 060516 | 060516 | | I | N | N | N |

| | CREATE TIME | | PAYMENT/MESSAGE? | PYMT DIRECTION | CANCELED PYMT? |
|---|-------------|---|------------------|----------------|----------------|
| | 060516 -- 15:25:27.01 | | PAYMENT | OUTGOING | N |

FED IMAD -- INBOUND

FED IMAD -- OUTBOUND

| STP | Y | USD EQUIVALENT | 275,000.00 | Beneficiary Deduction and Receiver Fees | USD |
|-----|---|----------------|------------|------------------------------------------|-----|
| EXCH_RATE | 0. | ORIG_EXCH_RATE | 0 | Debit Initiated: | |
| EXCH_RATE_FLG | Direct | TRADER CTRL | | Credit Initiated: | |
| FX_TOLERANCE | Within | CREDIT AMOUNT | 275,000.00 | Receiver fee: | |

**DEBIT INFO**

DBT: *D / 002892305092

DEBIT VAL: 060516

CHILD FOUNDATION

CHILD FOUNDATION

PO BOX 1364

CLACKAMAS OR 97015-1364

SENDER: U / BFTA

BANK OF AMERICA NA - BFT

OREGON, USA

SENDER REF NUM: 01060516004593NN

ORDERING BANK:

/

ORDERING BANK REF. NUM: 01060516004593

ORIG: E / ID/OTHR/NONE

MEHRDAD YASREBI

P.O. BOX 1364

CLACKAMAS OR US

**CREDIT INFO**

CDT: P/NYK:0002    ADV: CHP

CREDIT VAL: 060516

JPMORGAN CHASE BANK, N.A.

4 NEW YORK PLAZA, FLOOR 15

NEW YORK, NY 10004, UNITED STATES

1st INTERMEDIARY BANK: /    WIR:

INTERMEDIARY BANK: /    WIR:

BNF BANK: S / EBILAEAD/(CH112786/AC544748893)    WIR: Y

EMIRATES BANK INTERNATIONAL LIMITED

P.O. BOX 2923

DUBAI, UNITED ARAB EMIRATES

BNF: /0072194134001    CHG: S    BK? N

ARMITI GROUP

NOT PROVIDED

DUBAI UAE

ADVICE INSTRUCTIONS:

ORIG. TO BENEFICIARY:

CF035472    1/16/2007

Tab 29 - B
Page 1 of 1

CF289093



**Armiti Group LLC.**
PO Box 73495 Dubai, United Arab Emirates
Tel: +971 4 8821898
Fax: +971 4 8821898
www.armitigroup.com
info@armitigroup.com

**RAMAK GENERAL TRADING CO. LLC.**
P O Box 4091
Dubai, UAE

For the attention of General Manager

Date: June 19, 2006
Our ref. AG606/RV/07
Your ref:

**Subj: Request for Proforma Invoice**

Dear Sir,

With reference to our telecon yesterday you are kindly requested to submit your proforma invoice for the amount of 264 Tons (2 x 20 Kg x 6600 Bags) Ramak Super Kernel rice as agreed before.

Should you have any queries, please do not hesitate to contact us.

Yours faithfully

B. Vasseghi
General Manager

Dubai, UAE.        P.O.Box   73495
Tel / Fax  +971 4 8821898

www.armitigroup.com
info@armitigroup.com

Tab  29 - C
Page 1 of 3

CF289100

**RAMAK**

RAMAK GENERAL TRADING CO.

## PROFORMA INVOICE

**Messers:** ARMITI GROUP GENERAL TRADING CO.    **Date:** 20/06/2006
P.O.BOX: 73495, DUBAI, UAE.
TEL: 04 882 1898, FAX: 04 882 1898    **P/I No:** R0606003
Mrs: Kangaroo

| DESCRIPTION | PACKING | QUANTITY Bags | RATE (AED) | AMOUNT (AED) |
|---|---|---|---|---|
| RAMAK Super Kernel Rice 40Kg. | 1x2x20Kg | 6,600 | 110 | 726,000.00 |
| SHIPPING & OTHER CHARGES TO IRAN | | | | 290,400.00 |
| **TOTAL AMOUNT C&F IRAN** AED. ONE MILLION SIXTEEN THOUSAND AND FOUR HUNDRED ONLY. | | | | 1,016,400.00 |

| | |
|---|---|
| SHIPMENT | DUBAI TO IRAN BY SEA |
| NET WEIGHT | 264,000.00 Kg. |
| PAYMENT | CASH |
| ORIGIN | PACKISTAN. |
| PACKING | 2x20Kg. Cotton bags repacked in PP bag. |

for RAMAK General Trading Co. L.L.C.
Dubai

RAMAK

RAMAK GENERAL TRADING COMPANY L.L.C.
P.O. BOX: 4001 DUBAI -UAE
E-mail: ramak@mbcan.com
Tel: 04 225 7725
Fax: 04 225 7254

Tab  29 - C
Page 2 of 3

CF289101

Armiti Group LLC.
P.O Box 73495, Dubai, United Arab Emirates
Tel: +971 4 6621898
Fax: +971 4 6621898
www.armitigroup.com
info@armitigroup.com



# PROFORMA INVOICE

| To | Mr. Mehrdad Yasrebi | Invoice no | AG/606/PI20-1 |
|---|---|---|---|
| | Child Foundation | Invoice date | 20 Jun. 2006 |
| | P.O.Box 1364, Clackamas, OR 97015, | | |
| | USA. | | |
| Tel | 1-503-224-0409 | | |
| Fax | 1-503-099-1573 | Ref. no. | |

Invoice for

| | Description | | QTY. | Rate | Amount |
|---|---|---|---|---|---|
| 1. | Ramak Super Kernel Rice | 1x2x20 Kg. | 6600 | 110.00 | 726,000.00 |
| | Total 264 Tons | | | | |
| | Shipping and other charges to | | | | 290,400.00 |
| | Tehran, Iran | | | | |

| | | Total excluding tax (AED) : | 1,016,400.00 |
|---|---|---|---|
| | | Tax at 0% (AED) : | 0 |
| Total AED. | | Total (AED) : | 1,016,400.00 |
| ONE MILLION SIXTEEN THOUSAND | | | |
| AND FOUR HUNDRED ONLY. | | | |

Terms and conditions:

| Delivery | Child Foundation, Tehran, Iran. |
|---|---|
| Payment | Bank direct transfer. |
| Other | This is an Armiti Group non-profitable operation on behalf of Child Foundation (USA). Refer to Ramak performa Invoice P/I no. R0606003 dated 20/06/2006 |

For Armiti Group

B. Vasseghi

General Manager



Dubai, UAE.                    P.O.Box    73495                    www.armitigroup.com
                               Tel / Fax +971 4 6621898            info@armitigroup.com

Tab  29 - C
Page 3 of 3

CF289102

**Subject:** Re: Salam
**From:** ahmad iranshahi <ah_iran@yahoo.com>
**Date:** Tue, 23 May 2006 05:44:36 -0700 (PDT)
**To:** Behak Kangarloo <behakkangarloo@yahoo.com>
**CC:** farzam <sferzam73@yahoo.com>

Mrs Kangarloo Ba salam va tashakor
About the document Please You or Mr Farzam  check Childfoundation,s PO.box in Dubai .Dr Yasrebi
sent the document 4 days ago by DHL.
Regards
A.Iranshahi

*Behak Kangarloo <behakkangarloo@yahoo.com>* wrote:

> Mr. Iranshahi Salam,
>
> we had many meetings with Ramak,every thing is fine and we will go for sending the rest of
> the Rice soon.
> We issued Manifest based on as we discussed(between armiti and childfoundation), but since
> the reciever should be cooperation of marzneshinan, we issued after that a corrigendum ,it
> means we mention the port we made a mistake and we need to correct manifest.
> so we have two manifest.
> But this solution will not work for a long time since the port will be suspicious about this.
> In general,Since any country has its rules for custom and port.
> I think what Child foundation should concentrate is main documents{request a good things or
> invoice ( first step )and recive of good things or invoice(Last step)}  and name of Child
> foundation should be in those documents.
> Process in the middle is not important because it is so different in each country, no body cares
> or can prove anything.
> Mr Sadeghi is delivering rice from Ramak in IRAN,
> Please contact him for the last step (purchase invoice) which is important for Childfoundation
> as a document.
>
> **Registering Child foundation in Dubai**
>
> Is the document for registering ready?
> If there is any problem ,share it with me and Dr. Farzam to find a solution.
> The opportunity is time, and we should not lose it.
>
> **A request about the child that I am sponsour**
> I need the contact **number** and email address of her (**Madadkar**) -Child foundation.
> I would like to ask him about the child situation and her other family members.
>
> Please give my regards to Mrs. Dadkhah and Mr. Yasrebi and all child foundation team.
>
> Please let me know,
> Best wishes,
> Behak

1 of 2

CF289094

Case 3:05-cr-00413-KI   Document 45-29   Filed 01/25/12   Page 9 of 28

# DUBAI CUSTOMS ي
## Dubai Creek Customs Centre مارك خور دبي

OF DUBAI

**EXPORT MANIFEST**

| Numbers | Ref. Bill No | Value | Weight | Packages Qty | Type | Goods Description | Recipient | Exporter | Sr. No |
|---|---|---|---|---|---|---|---|---|---|
| | 243500008454 | -- | -- | 475 | كرتون | ELECTRONIC EQUIPMENT | AL-RAMS TRADING KISH | AL-RAMS TRADING COMPANY | 1 |
| | | -- | -- | 1 | كرتون | " | " | " | 2 |
| | | -- | -- | 1 | كرتون | CATALOGUES | " | " | 3 |
| | | -- | -- | 5850 | كيس | RICE | CF-RAFAH KUDAK (?AQAY) AHMAD IRAN SHAHI | ARAMK GENERAL TRADING COMPANY | 4 |
| | 131204711946 | -- | -- | 2100 | كرتون | MISC. HOME ELECTRONIC APPLIANCES | NILOFAR INC IN KISH | SIHAVI TRADING COMPANY | 5 |
| ity, Weight & Value | | -- | -- | 11431 | | | | | |

Seaport (Coast) Customs — Vessel Name & No: 11478 BARI — Date: 28/06/2006

Port: KISH ISLAND — Captain's Name: MUHAMMAD TAND — Manifest No.: 15044542

nality: IRAN — Vessel Owner's Name: YUSUF RADARI — Vessel Registration No.: 90029324

1/ MOHAMMED TAND

the goods listed in this manifest are on the vessel.

**RE-PRINTED MANIFEST**

Tab 29 - E
Page 1 of 4

oms Stamp

Captains Signature

Created By 2221 / 28/06/2006 / 11:49:00

CF289106

![Government of Dubai logo]

MENT OF DUBAI

**DUBAI CUSTOMS**
Dubai Creek Customs Centre

tion Sheet

**ARGO EXPORT MANIFEST**

| Loading | | Vessel Name & No | | | Date | |
|---|---|---|---|---|---|---|
| SEAPORT CASTOMS ميناء الشحن | | 11478 باري | BARI | | 28/06/2006 | |

| ation Port | | Captain's Name | | | Manifest No. | |
|---|---|---|---|---|---|---|
| KISH ISLAND جزيرة كيش | | MUHAMMAD TAND محمد خالد | | | 15044542 | |

| العلامات و الأرقام arks & Numbers | رقم البيان Ref. Bill No | القيمة بالدرهم Value | الوزن Weight | Packages الطرود | | وصف البضاعة Goods Description | | المستلم Recipient | المصدر Exporter | Sr. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Qty الكمية | Type النوع | | | | | |
| | 131204711946 | -- | -- | 2149 | كرتون | KITCHEN ELECTRIC APPLIANCES | لوازم مطبخية كهربائية | شركة نيلوفر ابي كيش NILOFAR INC. IN KISH | شركة سيهاوي التجارية SIHAVI TRADING COMPANY | |
| | 141202251428 | -- | -- | 855 | كرتون | MIXERS | خلاطات | شركة نيلوفر ابي كيش NILOFAR INC. IN KISH | شركة سيهاوي التجارية // | |

Tab 29 - E
Page 2 of 4



CF289107



جمـــارك دبــي
إدارة الاستخبارات الجمركية
مـذكرة داخليـة

**Customs Intelligence Department**
**Internal Memorandum**

| التاريخ | 2009/07/09 | المرجع | 2009/023 Ref |
| --- | --- | --- | --- |
| مــن | مدير قسم عمليات الاستخبارات - مكلف | إلـى | |
| الموضوع | Child Foundation ) طلب المساعدة لتوفير بعض المعلومات عن شحنة مخصصة لـ | | |

تحية طيبة و بعد،،،

بالإشارة إلى الموضوع المذكور أعلاه نفيدكم بأنه تم البحث والتحري للتحقق من صحة البيانات المرسلة من قبلكم ثبت أنها صحيحة
ومطابقة للنسخة المتوفرة في أرشيف الجمارك وقد تم تغيير أسماء المستلمين للشحنة في إيران كالتالي :

١
- المنافيست الصادر رقم (15044542) من جايلد فونديشن الى شركة تعاوني مرزشنيان دشت ازادكان 2
- المنافيست الصادر رقم (15042496) من جايلد فونديشن الى شركة تعاوني مرزشنيان دشت ازادكان 2
- المنافيست الصادر رقم (15050357) من جايلد فونديشن احمد ايراشاهي الى شركة جاي فرانشين احمد ايرا شاهي كما هو
موضح في البند رقم 9 في المنافيست.

ولكم جزيل الشكر،،،

محمد بطي بالبوحه
مدير قسم عمليات الاستخبارات / مكلف

It has been proven to be accurate & matching to the copy at Customs archives and the names of the receiving parties of the shipments in Iran have been changed as follows :

some consignee names have been changed
(in Iran)

- Manifesto #            from Child. F.  to  Marzghnian Company Dashit
                                                            Azadkan 2.
-   "      "       "     "  "   to   "      "  "
-   "      "       "  C.F Ahmad Irakshahi  to  Jay Franshine
                                                            Ahmad Irashahi
-                  as it is clearified under item #9 on the Manifest.

Intelligence Dept.
Intelligence.Department@dubaicustoms.ae
TEL:04-3452531 FAX: 04-3452539
04-3455555 – Ext. 553 – 554

Tab 29 - E
Page 3 of 4

CF289117



**DUBAI CUSTOMS**
**Customs Intelligence Department**
**Internal Memorandum**

جمــارك دبـــي
إدارة الاستخبارات الجمركية
مذكرة داخلــة

| | | | | |
|---|---|---|---|---|
| 2009/022 | Ref. | المرجع | 2009/07/09 | التاريخ |
| | | السري | مدير قسم عمليات الاستخبارات ـ مكلف | مـن |
| الموضوع | طلب المساعدة لتوفير بعض المعلومات عن شحنة مخصصة لـ( Child Foundation ) | | | |

تحية طيبة و بعد،،،

بالإشارة إلى الموضوع المذكور أعلاه نفيدكم بأنه تم البحث والتحري للتحقق من صحة البيانات المرسلة من قبلكم ووجد أنها تطابق البيانات التي لدينا وهي صحيحة عن الشحنة المصدرة لإيران ، ما عدا بيان واحد لا توجد لدينا أي معلومات يمكن الاستدلال بها للوصول إلى معلومات عن الشحنة أو البيانات حيث نحتفظ بالبيانات في الرشيف برقم البيان الجمركي ( والبيان المذكور لا توجد عليه أي أرقام ).

Customs Manifest #

ولكم جزيل الشكر،،،

محمد بطي باليوحه
مدير قسم عمليات الاستخبارات / مكلف

Intelligence Dept.
Intelligence.Department@dubaicustoms.ae
TEL:04-3452531 FAX: 04-3452539
04-3455555 – Ext. 553 – 554

Tab 29 - E
Page 4 of 4

CF289118

*From: ahmad iranshahi <ah_iran@yahoo.com>*
*To: ramak@nixaan.com <ramak@nixaan.com>*
*Cc: behakkangarloo@yahoo.com <behakkangarloo@yahoo.com>*
*Sent: Tuesday, June 27, 2006 2:27 AM*
*Subject: childfoundation*

Mr. *Nasisri,*

Please look into these matters.

1) Please give Ms. *Kangarloo* [FNU] the original documents regarding the *412500 Derham.* The documents we have are incomplete and we are under pressure from the U.S.

2) Before the end of the week please send me the equivalent amount in *rial* for the check dated *(June 21)* in the amount of *586000 derham,* and *(June 27)* check in the amount of *418575 derham.* Please date these checks Aug 23rd and Aug 29th and write them to *Refah Koodak.*

3) Please audit my letter after you approve of it.

Iranshahi

Tab 29 - F
Page 1 of 2

CF289104

Subject: childfoundation
From: ahmad iranshahi <ah_iran@yahoo.com>
Date: Tue, 27 Jun 2006 00:27:50 -0700 (PDT)
To: ramak@nixaan.com
CC: behakkangarloo@yahoo.com

Aghaie Nasiri.
Ba salam, lotfan dar khosose mavared zir eghdam farmaeed:
1)asle madarek marbot be 412500 derham ra be khanome kangarloo bedahid,.zaheran madarek kamel
nist.ma az tarafe amrika tahte feshar mibashim.lotfan  tasree farmaeed.

2)lotfan moadele rialie checkhaie 586000 derham  (21 june) va 418575  derham    (27 june) ra
hadeaksar ta paiane hafteh be tarikhaie 23 augest va 29 augest dar vajhe moasese refahe koodak be
injaneb erae farmaeed.

3)nameh injaneb ra dar rabete ba sharaiete hamkari , pas az taeed odat farmaeed.

Iranshahi
_____

Want to be your own boss? Learn how on Yahoo! Small Business.

6/1/2010 11:46 AM

Tab 29 - F
Page 2 of 2

CF289105

*From: ahmad iranshahi <ah_iran@yahoo.com>*
*To: ramak@nixaan.com <ramak@nixaan.com>*
*Cc: behakkangarloo@yahoo.com <behakkangarloo@yahoo.com>*
*Sent: Friday, June 30, 2006 4:44 AM*
*Attach: P1.jpg;P2.jpg;P3.jpg*
*Subject: childfoundation*

(attachment)
Dear Mr. Nasiri, Khalili [FNU], Ms. Kangarloo and Mr. Vaseghi [FNU]:


*Please follow these steps in order to prevent any complications for the Bonyad Kudak in the U.S.*


1) There are three checks dated May 7, June 21, and June 27 that were written to Ramak [sp] company for the amount of 1,417,075 dirhams. Please produce at the most three invoices for that amount in the name of Bonyad Kudak or ARMiTi group. If the invoice is in ARMiTi group's name, make sure you put child foundation as the requestor on that invoice.

2) (As it is mentioned in the contract) The amount on the manifest and the invoice should match up. You should coordinate the last shipment in such manor that the manifest and invoice add up to be 1,417,075 dirhams.
If these steps are not followed carefully, all of our hard work will go to waste. Please also change any invoices that do not follow the above mentioned standard.

3) Please have all the documents to us by *July 15*. Our *book keeping* deadline is *July 31*.

4) As I mentioned before, the amount was paid to Ramak company in a two month period. If everything goes well and they cooperate with Bonyad Kudak and give us all the documents complete and on time, we will also do our best to work with you.


If there are any questions regarding the issues mentioned above, please don't hesitate to contact me.

Iranshahi
The charitable organization of Refah Kudak
June 30th, 2006

Tab 29 - G
Page 1 of 4

CF289108

**Subject:** childfoundation
**From:** Ahmad Iranshahi <ah_iran@yahoo.com>
**Date:** Fri, 30 Jun 2006 02:44:19 -0700 (PDT)
**To:** ramak@nixaan.com
**CC:** behakkangarloo@yahoo.com

Mr Nasiri , Mr Khalili ,Mrs kangarloo
Ba salam
Please look at the attachment.

Iranshahi

---

Want to be your own boss? Learn how on Yahoo! Small Business.

| P1.jpg | Content-Description: 2170200096-P1.jpg |
|---|---|
| | Content-Type:        image/pjpeg |
| | Content-Encoding:    base64 |

| P2.jpg | Content-Description: 1224757347-P2.jpg |
|---|---|
| | Content-Type:        image/pjpeg |
| | Content-Encoding:    base64 |

| P3.jpg | Content-Description: 878409242-P3.jpg |
|---|---|
| | Content-Type:        image/pjpeg |
| | Content-Encoding:    base64 |

of 1

6/1/2010 11:47 AM

Tab 29 - G
Page 2 of 4
CF289110

[Handwritten letter in Persian/Farsi]

جناب ... سلام،

١ ...

1 ... 7 May ... 21 June ... 27 June ...

... ۱،۴۱۷،۰۷۵ ... invoice ... نبیاردگدک آمریکا ... شرکت ARMITI group ...

( ARMITI group ... child foundation )

٢ ... invoice ... ARMITI group ...

جمع ۱،۴۱۷،۰۷۵ ...

Tab 29 - G
Page 3 of 4
CF289111

۱ - بانک فرمایید مدارد نابدن ای ال ۲۵۲۰ مدارد لمیریت ماد
به ما تحویل شده باشر . تمام فرصت فراهم دست تهران ۲۱۳
که آخرین فرصت تعیین شده ما باشد نمست به انجام
Book Keeping اقدام نماییم . ان والد

۴ - همانطوریکه قبلا نیز گفتم مبالغ لمیریت دوماهه به شرکت رامل
دریافت شد واسهولی درصورت مسابرد شرایط و ماه؟
آن شرکت با بنید کورک دیاوایم ما رما واداره مدارک لمیرت
کامل بموقع و بدیل نقص ماام مراکز حما به رلا نشا فراهم
داشت .

خواهشمند است درصورت وجود هرسئوال در راطه با
موارد فوق با اینجانب تماس کامل فرمائید .

RAMAK GENERAL TRADING CO. L.L.C.
P.O. BOX: 4091 DUBAI - UAE
Email: ramaxco@yahoo.com
TEL: 04 2257725
FAX: 04 2257334
SHOWROOM: 04 2350380


شركة رامك للتجارة العامة(ش.ذ.م.م.)

# INVOICE

| BUYER: | M/S. ARMITI GROUP GENERAL TRADING CO.<br>P.O.BOX: 73495, DUBAI, UAE.<br>TEL: 04 882 1898<br>FAX: 04 882 1898<br>Mrs. KANGARLOO | INVOICE NO. DEX610<br>DATE:      25/07/2006<br><br>P/I. NO.    R0608003<br>DATE:      20/06/2006 |
|---|---|---|

| | DESCRIPTION | PACKING | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | "Ramak's" Super Kernel Rice 40Kg. | 1X2X20Kg | 5850 | 110.00 | 643,500.00 |
| | TOTAL AED. THREE HUNDRED AND THIRTY THOUSAND ONLY ON FOB, DUBAI. | | | | 643,500.00 |
| | LOADING IN LANUCH | | | | 1,470.00 |
| | MARINE INSURANCE | | | | 1,597.00 |
| | HEALTH CERTIFICATE | | | | 210.00 |
| | MERCI3 CHARGES | | | | 300.00 |
| | PHYTOSANITORY CERTIFICATE | | | | 100.00 |
| | EXTERNAL MINISTRY OF DUBAI ATTESTATION | | | | 450.00 |
| | IRANIAN CONSULATE ATTESTION CHARGES | | | | 333.00 |
| | SHIPPING, CUSTOM, CLEARING CHARGES ( IRAN TOMAN 260 / Kg. @ 0.00400 ) | | | | 243,360.00 |
| | LOADING & TRANSPORT FROM KISH TO TEHRAN. | | | | 10,211.00 |
| TOTAL AED.   NINE HUNDRED ONE THOUSAND FIVE HUNDRED AND THIRTY ONE ONLY. | | | | | 901,531.00 |

PAYMENT TERMS: CASH

DELIVERY: TO TEHRAN, IRAN, THROUGH OUR AGENT MR. SADEGHI.

ORIGIN: PAKISTAN

NET WEIGHT: 234,000 Kg

- PLEASE CHECK THE GOODS AT THE TIME OF DELIVERY
- GOODS ONCE SOLD WILL NOT BE TAKEN BACK OR EXCHANGED.

For RAMAK GENERAL TRADING Co. L.L.C.

BUYER'S SIGNATURE
Name/Stamp

Tab 29 - H
Page 1 of 5
CF289119

RAMAK GENERAL TRADING CO. L.L.C.
P.O. BOX: 6891 DUBAI - UAE
Email: ramak@yahoo.com
TEL: 04 226772
FAX: 04 226734
SHOWROOM: 04 226549

RA▼AK
شركة رامك للتجارة العامة(ش.ذ.م.م)

# INVOICE

| BUYER: M/S. ARMITI GROUP GENERAL TRADING CO.<br>P.O.BOX: 73495, DUBAI, UAE.<br>TEL: 04 882 1896<br>FAX: 04 882 1896<br>Mrs. KANGARLOO | INVOICE NO. DEX610<br>DATE: 25/07/2006<br><br>P/L NO. R0606093<br>DATE: 20/06/2006 |
|---|---|

| 1 | "Ramak's" Super Kernel Rice 40Kg. | 1X2X20Kg | 5850 | 154.50 | 903,825.00 |
|---|---|---|---|---|---|

Discount                                                                                      2,294.00-

| TOTAL AED. NINE HUNDRED ONE THOUSAND FIVE HUNDRED AND THIRTY ONE ONLY. | 901,531.00 |
|---|---|

PAYMENT TERMS: CASH

DELIVERY: TO TEHRAN, IRAN, THROUGH OUR AGENT MR. SADEGHI.

ORIGIN: PAKISTAN

NET WEIGHT: 234,000 Kg

-- PLEASE CHECK THE GOODS AT THE TIME OF DELIVERY
- GOODS ONCE SOLD WILL NOT BE TAKEN BACK OR EXCHANGED.

RA▼AK
For RAMAK GENERAL TRADING Co. L.L.C.

BUYER'S SIGNATURE
Name/Stamp

Tab 29 - H
Page 2 of 5
CF289120

Armiti Group LLC.
PO Box 73495 Dubai United Arab Emirates
Tel. +971 4 8821898
Fax +971 4 8821898
www.armitigroup.com
info@armitigroup.com



**Armiti** Group

# INVOICE

| To | Mr. Mehrdad Yesrebi | | Invoice no | AG/608/FI14-1 |
|----|----|----|----|----|
| | Child Foundation | | Invoice date | 14 Aug. 2006 |
| | P.O.Box 1364, Clackamas, OR 97015, USA. | | | |
| Tel. | 1-503-224-0409 | | Ref. Proforma Invoice AG/606/PI20-1 | |
| Fax | 1-503-698-1573 | | Date 20/06/2006 | |

**Invoice for:**

| | Description | Packing | QTY | Rate | Amount |
|----|----|----|----|----|----|
| 1. | Ramak Super Kernel Rice Total 234 Tons | 1x2x20 Kg. | 5850 | 110.00 | 643,500.00 |
| | | | | | 4,460.00 |
| | UAE official charges total | | | | 243,360.00 |
| | Shipping, Costums clearing charges | | | | 10,211.00 |
| | Loading and transportation from Kish to Tehran | | | | |
| | | | | | |

| | Total excluding tax (AED) : | 901,531.00 |
|----|----|----|
| **Total AED. :** NINE HUNDRED ONE THOUSAND FIVE HUNDRED AND THIRTY ONE ONLY. | Tax at 0% (AED) : | 0 |
| | Total (AED) : | 901,531.00 |

**Terms and conditions:**

| Delivery | Child Foundation, Tehran, Iran |
|----|----|
| Payment | Bank direct transfer. |
| Other | This is an Armiti Group non-for-profit operation on behalf of Child Foundation (USA). Refer to Ramak final invoice no. DEX610 dated 25/07/2006 |

For Armiti Group

B. Vasseghi
General Manager

Dubai, UAE.    P.O.Box  73495    www.armitigroup.com
                Tel / Fax  +971 4 8821898    info@armitigroup.com

Tab 29 - H
Page 3 of 5
CF289122

Subject: ARMITI $ 275.000
From: "iranoffice" <iranoffice@childf.com>
Date: Wed, 16 Aug 2006 18:03:42 +0330
To: <myasrebi@childfoundation.org>, <ah_iran@yahoo.com>

**Dear Dr. Yasrebi,**
**Attached are the delivery documents for one foodstuff consignment at $275.000 sent**
**by Armiti Company to Iran**

*Best Regards,*
*Child Foundation Iran*
*In Special Consultative Status with UN ECOSOC*
*#20 Golzar Alley*
*Golshan St.*
*Khoramshahr Ave.*
*Tehran 15576-14153, Iran*
*tel: 9821-8850-2182*
*fax: 9821-8876-4771*
*iranoffice@childf.org*
*www.childf.org*

1 of 3

*NGO in Special Consultative*
*Status with UN ECOSOC*

Date: 2006\8\16

No: 101\M\2193

موسسه خیریه رفاه کودک
*Rafah Koodak charity organization*



تاریخ:۱۳۸۵/۵/۲۵

شماره :۱۰۱/م/۲۱۹۳

It is hereby confirmed that two consignments of foodstuff at 264 tons sent by that child foundation via Dubai to Iran at sum total of $275,000 have been delivered to this charity organization.

بدیوسیله تأئید می گردد مقدار ۲۶۴ تـن مـواد غـذایی ارسالی توسط آن بنیاد از طریق دبـی بـه ایـران جمعـاً بمبلغ ۲۷۵،۰۰۰ دلار به این موسسه خیریـه تحویـل گردید.

*Ahmad Iranshahi*

*Director*

احمد ایرانشاهی

مدیر موسسه

A. Iranshah

#20 Golzar Alley, Golshan St., Khoramshahr Ave.
Tehran 15576-14153, Iran
tel: 9821-8850-2182
fax: 9821-8876-4771

iranoffice@childf.org
www.childf.org

Tab 29 - H
Page 5 of 5
CF289124

*From: ahmad iranshahi <ah_iran@yahoo.com>*
*Date: Saturday, May 27, 2006 2:19 AM*
*To: iranoffice@childf.com <iranoffice@childf.com>*
*Cc: Yasrebi, Mehrdad <MYasrebi@pccstructurals.com>*
*Subject: Mr. nasiri*

[TN: There are two attachments in this email that are page one and two of the same hand written letter and the translation is the following:]

Dear Dr. Yasrebi,

As you know we had come to an agreement with Mohsen Nasiri in regards to transferring money from the U.S. to Dubai (To Ramak Company's account) which he did not keep his promise.

The agreement we had with him was for us to receive 50% of that transferred amount in merchandise and the rest as cash in Riyal was to be received in Iran.

Ultimately a receipt showing the entire amount should have been generated in the name of Bonyad Kudak in the U.S.

Nasiri is refusing to generate the receipt for the entire amount and has only generated a receipt for the merchandise portion of the total amount that was sent to Iran. The receipt also has the name of Bonyad Kudak in Iran instead of the U.S. on it.

In order to try and receive the desired receipt from Nasiri, the following facilities were made:

1- Even though the merchandise sent from Nasiri to Iran are guaranteed to be sold, they don't receive the those earnings for a while. On the other hand the money from the Bonyad Kudak in the U.S. is sent to Nasiri months prior to the receiving the merchandise.

Tab 29 - I
Page 1 of 5

CF289095

2- Rice and butter is guaranteed to sell in Iran in a month or so by Ramak representatives. Even though Bonyad Koudak has paid cash, the merchandise is then sold to us at a very high price from the market.

3- Even though the price of rice was written as 930 tuman/ kilo, in the estimated receipt, later on the real receipt showed that price to be 940 and 950 tuman.

Please let us know what you advise that we do since Mr. nasiri has refused to keep his promise regarding the mentioned facilities. These facilities where provided and sent to Ramak in Dubai using the money that belongs to the poor orphan children.

Ahmad Iranshahi
May 27th, 2006

Tab 29 - I
Page 2 of 5

CF289096

**Subject:** Mr nasiri
**From:** ahmad iranshahi <ah_iran@yahoo.com>
**Date:** Fri, 26 May 2006 23:19:22 -0700 (PDT)
**To:** iranoffice@childf.com
**CC:** myasrebi@childfoundation.org

Please look at the attachment.

---

Be a chatter box. Enjoy free PC-to-PC calls with Yahoo! Messenger with Voice.

| | | |
|---|---|---|
| Untitled-1.jpg | **Content-Description:** | 2029239524-Untitled-1.jpg |
| | **Content-Type:** | image/pjpeg |
| | **Content-Encoding:** | base64 |

| | | |
|---|---|---|
| Untitled-2.jpg | **Content-Description:** | 3942608090-Untitled-2.jpg |
| | **Content-Type:** | image/pjpeg |
| | **Content-Encoding:** | base64 |

1 of 1

Tab 29 - I
Page 3 of 5
6/21/2010 3:53 PM

CF289097

جناب ... دفتر شیراز

با سلام ،

همانطور که مستحضر می‌باشید سپس از انجام توافق در دو مرحله با محسن سفیری در حضوص انتقال پول از آمریکا به دبی (جهت شرکت رفتی) و دریافت ۱۵. در مصر بصورت کالا و دریافت مابقی بصورت ریال در ایران و نیز صدور فاکتور به نام بنا دکوراک آمریکا به میزان کل مبلغ ارسال شده از آمریکا تنها بنا به این قلف وعده محذره از لحاظ فاکتور برای کل مبلغ دارند محذره‌اند و با ارسال فاکتور جهت میزان کالا و ارسال به ایران آنهم بنام بنا دکوراک ایران تقدام محذره. ولی تعهدات صفر سرباز می‌زنند. لذا در خواست جهت اخذ فاکتور میزان کل وجه ارسالی شمله آنها را شرح زیر برای محسن سفیری قائل شدیم :

۱- علیرغم اینکه کالاها ارسال از سوی سفیری به ایران بصورت اعتباری فرستاده می‌شود و صورت آن را سپس از مدت و به تنها ماه و نیم به کنیز بهم ارسال از سوی بنا دکوراک آمریکا صنعی ماه و زودتر فصل از تحویل کالا به این محالفت شده است .

۲- در ایران برنج و روغن‌ها که فرستاده شده معمراً بصورت اعتباری یک ماه یا بیشتر توسط نمایندگان را کامل فروخته می‌شود لیکن علیرغم محالفت نقده آن از سوی بنا دکوراک بابت ترانزیت

Tab 29 - I
Page 4 of 5

CF289098

از عرضه بازار به ما عرضه شده است !!

۲ - ملیگرم منبع رقم ۹۵۰۰ تومان برابر هر کیلوگرم دیگرش فاکتور

تأسفانه مبالغ رایج را در فاکترها ۹۵۰۰ و ۹۵۰۰ تومان ذکر

نمودهاند !!

در پایان ذکر این موضوع ضروری میباشد که نام شهید سوفی المحل

و صورها ت متعلق به کودکان یتیم برای شرکت راملک فراهم گردید

-� امکان لفظ فاکتور بهنزایت عمل مصر ارسال از آمریکا انهام ینهیر دولت

ظاهراً مناسب، نظیر جا از این شهید ست استفاده نموده   لیکن

نتیجه ت صدور عمل نموده اند .

خواهشمند است در مضمص حل این موضوع تلاش فرمایید نتیجه را

هرانیه ت اعلام نمایید .

Tab 29 - I
Page 5 of 5

CF289099