UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



### 935 Pennsylvania Avenue
### Washington DC 20535

File number:                        415I-PD-47644

Requesting Official and Office:     SA Kim Price, Portland

Task number:                        ▓▓▓▓▓

Date Task Completed:                3/31/2011

Name and Office of Linguist:

Source Language:                    ▓▓▓▓

Language:

Audio

--Date, Time, Duration of Recording: 10/17/2006, 08:25:11, 4:52 minutes

### VERBATIM TRANSLATION

**Participants:**
Mehrdad [PH]                        Mehrdad Yasrebi [PH]
Farhad [PH]                         Farhad Iranshahi [PH]

**Abbreviations:**
PH                                  Phonetics
UI                                  Unintelligible
SC                                  Simultaneous

OV                                  Overlap

*Italics*                           English

UNCLASSIFIED

Tab 30
Page 1 of 5

CF375118

UNCLASSIFIED

File #S20061017082511_5033805646_84

Recording:

*Please enter the country code and then* [Break].

[Dialing]

Recording:

*Thank you.*

[Beeping]

Farhad:          Hello.

Mehrdad:         Dear Farhad.

Farhad:          Hello dear Mehrdad, how are you?

Mehrdad:         I hope you are well God willing.

Farhad:          Thank you.

[Noise]

Mehrdad:         Dear Farhad, let me quickly tell you one simple thing [UI] and
                 don't waste your time.

Farhad:          [UI]

Mehrdad:         Look, this accounting thing--

Farhad:          Well, okay.

Tab 30
Page 2 of 5

CF375119

UNCLASSIFIED

File #S20061017082511_5033805646_84

| | |
|---|---|
| Mehrdad; | Dear Farhad, you did not send those documents you were supposed to include. |
| Farhad: | Hum...I only sent that...for you to see. |
| Mehrdad: | Okay, can you supply those documents and include them later? |
| Farhad: | I got couple of them; I will later send them to you to see. Now... see if the content of this is this good? |
| Mehrdad: | Look dear Farhad, this...but we have to do lots of things to it...change it. Then look, this Mr. ... thing...Lankarani [PH] I noticed...his English should be good but he does not translate word for word, he just does an overall of the things that he himself understands. For instance, the things that you wrote ...of course I have not read it thoroughly yet; but it is very general and he does not pay much attention to the translation. Now...I correct things and send it to you-- |
| Farhad: | [OV] [UI] |
| Mehrdad: | --but look dear Farahd, if we want to give it to him, we have to give it to him complete so he stays quiet. For example, each step-- |
| Farhad: | [UI] |
| Mehrdad: | --yes, but are all the things I wrote to you doable, dear Farhad? |
| Farhad: | Hold on a second. |

[SC]

[Noise]

Tab 30
Page 3 of 5

CF375120

UNCLASSIFIED

File #S20061017082511_5033805646_84

UM:            [UI] Thank you sir. [UI]

Farhad:        I apologize.

Mehrdad:       Please. I say, dear Farhad I only want to ask if the thing I wrote is doable, I mean can you provide it for me?

Farhad:        look, only not the list for charities but the rest, yes. [I can do the rest]

Mehrdad:       Those charities, can't you at least go and quickly ... for example, do things...two three of them...because I think that--

Farhad:        Yes, it means [UI]

Mehrdad:       -- is the main issue.

Farhad:        Is the name enough, you mean.

Mehrdad;       Well, the name is also...look, provide the name too, but it has to be in some way that if I say that they requested proof, you will be able to go and quickly get an agreement from them.

Farhad:        in your opinion, how many charities will be sufficient?

Mehrdad:       Look...give two, three, four, for now until we see how it goes.

Farhad:        Okay, if there are three, I will prepare it and send it to you.

Mehrdad:       Excellent. Then when do you think it will be ready?

Farhad:        I can do it by tomorrow or the day after tomorrow then.

4

Tab 30
Page 4 of 5

CF375121

UNCLASSIFIED

File #S20061017082511_5033805646_84

| | |
|---|---|
| Mehrdad: | Look dear Farhad, pay a little attention to how you write it. We want to say that the Foundation is a chain. We deal with these charities frequently; we don't want him to think that the Foundation is one Foundation only. We will say that we are many, that all the food supplies we bring to Iran is distributed, and we also have capabilities to give other things to our children. You have to say something like this. |
| Farhad: | Well how do we prove this? |
| Mehrdad: | The same thing. The same thing I wrote. You have to find some documents; you know it better; so that person becomes quiet. It means whatever we say, we show him a document for it. Look if we say-- |
| Farhad: | [UI] |
| Mehrdad: | --the contract. Now since we cannot give money to our children, I don't think saying we have contract to give them food and they give us money works; but if we say that we are a chain of charities, we cooperate with many other charities in Iran, we bring food supplies... it does not matter if it is for us or them. We are one, we distribute and take advantage of other possibilities and give our children other things to fulfill our commitment to our sponsors. I believe this is very tangible and correct and no one can say anything about it. |
| Farhad: | Okay, alright. |
| Mehrdad: | Okay thank you dear Farhad...then dear Farhad, look [UI] |
| Farhad: | [UI] Goodbye. |
| Mehrdad: | Goodbye. |
| Farhad: | Goodbye. |

5

Tab 30
Page 5 of 5

CF375122