UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

| | |
|---|---|
| File number: | 41I-PD-47644 |
| Requesting Official and Office: | SA Kim Price, Portland |
| Task number: |  |
| Date Task Completed: | 4/13/2011 |
| Name and Office of Linguist: | |
| Source Language: | |
| Language: |  |

Audio

--Date, Time, Duration of Recording:        10/19/2006, 11:05:43, 55:01 minutes

### VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| MY | Mehrdad Yasrebi [PH] |
| FI | Farhad Iranshahi [PH] |

**Abbreviations:**

| | |
|---|---|
| UI | Unintelligible |
| OV | Overlap |
| PH | Phonetics |
| TN | Translator's note |
| *Italics* | English |

[TN: In some cases, Mehrdad Yasrebi does not clarify the currencies; however, translator believes he refers to Toman, which is a unit of currency in Iran. Refah-e-Koodak, means Child Relief, and Rah-e-Koodak means, Child Way.]

UNCLASSIFIED

Tab 31
Page 1 of 38

CF375123

UNCLASSIFIED

File #S20061019230543_5033805646_519

| | |
|---|---|
| FI: | Hello. |
| MY: | Hello dear Farhad. I hope you are okay God willing. |
| FI: | Thank you very much. |

[Clearing voice]

| | |
|---|---|
| FI: | I am saying this conference call...who are they? |
| MY: | Which conference call? |
| FI: | Is that on Sunday? |
| MY: | Yes, only Dr. Jalili [PH], you, and I. |
| FI: | Okay. Sorry, what time is it there, now? |
| MY: | 11o'clock. |
| FI: | Is it now, 11 o'clock? |
| MY: | Yes. |
| FI: | Dear Mehrdad, I am saying-- |
| MY: | What? |
| FI: | --did you look at the money, the Afghanistan funds to see exactly when you gave us the money, I mean when you received the money from that man. |
| MY: | No, I did not look. You didn't ask me to look at anything. |
| FI: | Hmm...look, I went and looked at everything-- |
| MY: | Okay. |
| FI: | --this was in the middle of ...I am sorry it was the tenth month of 80 (the year eighty)...in eighty. |
| MY: | Okay. |

UNCLASSIFIED

2

Tab 31
Page 2 of 38

CF375124

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:          It means, it will be about--

MY:          [OV] This is a long time ago.

FI:          --4-5 years ago.

MY:          Well.

FI:          look, I believe this is the one. You only have to look, and let me know.

MY:          No, look dear Farhad, go and find out when you spent money for Afghans.

FI:          I am saying, the tenth month in the year 80.

MY:          You are saying that nothing was spent on them after that date?

FI:          No, the major fund, 11 million Tomans was spent at that time.

MY:          Okay, then nothing was spent after that?

FI:          Now, you only go and look for that date. We spent the 11 million Tomans...we purchased goods and brought to Afghanistan...flour and shoes, and--

MY:          Yes, not that. Then don't worry about it, dear Farhad. I know it was in the last two years. Then it does not help us.

FI:          --two years ago? 2 years ago, Ms. Shoja [PH] was not there.

MY:          Yes, they left two years ago...two and half years ago.

FI:          [UI]...this has never been communicated to us.

MY:          No, because they left and I forgot about it, and we spoke and I asked you not to worry about it. I thought you might have done some expenses that I can enter it as expenses for these...and tell these people that we have done these things. If you have not done any, then--

FI:          Now--

UNCLASSIFIED
3

Tab 31
Page 3 of 38

CF375125

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:     --don't worry about it, then.

FI:     --it can be done now...we have given some small amounts to Afghans, here and there, which exceeds the amount of money paid by their sponsors--

MY:     Okay?

FI:     --but I don't know how much it is, now. I don't think it is a lot. I can give those to you.

MY:     Those are not bad. You can do that. Anything we gave to Afghans, you calculate that, and let m know.

FI:     But, dear Mehrdad, I don't believe it was two years ago, I think it was longer than that... now you enter the person's name in the computer and find out who he is.

MY:     No, they collected money in their gatherings...*gala*. It was not one person giving money. I can find out. Well, I will look and let you know, in a couple of days.

FI:     Then one more thing, dear Mehrdad--

MY:     What?

FI:     --I did some thinking about that subject--

MY:     Well.

FI:     -- if we want, we can...hmm...create few charity foundations--

[Clearing voice]

FI:     --in the cities that we have offices--

MY:     Okay.

FI:     --then, they will be the Rah-e-Koodak, not the Child Foundation--

MY:     Okay.

UNCLASSIFIED
4

Tab 31
Page 4 of 38

CF375126

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:                                    --other names. Then, they can have accounting, balance sheet, and show their gains and losses. Okay?

[Clearing voice]

MY:                                    Okay.

FI:                                    Then, we can do exactly what you say...you said. What it means is, that when we get the goods, we give it to them, they can sell it, or do whatever they want...distribute it, and then, give the money to our children, okay--

MY:                                    Okay.

FI:                                    --and then, I thought, if we do this, at any time ... of course I wrote a letter to Swiss Embassy...Swiss...to find out if...I wrote we are a foundation, that...from America...of course, I did not say [reveal] our organization's name--

MY:                                    Okay [clearing voice]

FI:                                    --I said, we are a foundation that gets goods from America...food supplies, and, I said, if they want to continue this, they need a confirmation [approval]--

MY:                                    Okay.

FI:                                    -- now...if at any time, we want to get confirmation for our accounting documents, which are translated by a translation company and verified by the Foreign Affairs Office... I asked if you are able, or not [able] to do that for us?

MY:                                    Okay.

FI:                                    If they say they will do it, we can send those 4, 6 verified accounting documents from other place to you and bring [write] exactly what you want in them--

MY:                                    Okay.

FI:                                    --this is in our power [we can do this].

UNCLASSIFIED

Tab 31
Page 5 of 38

CF375127

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:        Okay.

FI:        We can prepare those to be audited. We don't have to give it, for
           example, to this company...to other companies--

MY:        Hmm.

FI:        --and request to be audit; and then, we send them to you. Of course,
           this won't happen today or tomorrow. It takes time, for instance, 7
           months...eight months later... for another year; for current fiscal
           year...then if the Swiss Embassy approves it we can include all
           those things you asked about, in it...for instance, that we are not
           one, but 5 foundations in Iran.

MY:        Okay.

FI:        Then, another thing...did you say that you give that to the Child
           Foundation? You did not say that you give it to Child
           Foundation...you said to children covered by the Child Foundation,
           is that correct?

MY:        Hmm...well...yes, we gave the food to you...gave it as thing...gift.

FI:        Who are we?

MY:        The Child Foundation.

FI:        Are you sure that this is the case--

MY:        Yes, yes. Well, we gave it to the Refah-e-Koodak--

FI:        -- [UI] Refah-e-Koodak?

MY:        To the Child Foundation.

FI:        No [UI]

MY:        Yes.

FI:        You don't give it to the Child Foundation it is the Refah-e-Koodak.

UNCLASSIFIED

Tab 31
Page 6 of 38

CF375128

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:          No, no.

FI:           You don't give it to the Child Foundation because the Child
             Foundation is not in Iran.

MY:          No, no.

FI:           It does not have a branch [office].

MY:          No, you are right, the Refah-e-Koodak.

FI:           Then, it is the Refah-Koodak, right?

MY:          Yes.

FI:           [UI] to the Child Foundation. Then, in the future, we want...for
             instance, later...we can say Ardebil is the Rah-e-Koodak—

[Clearing voice]

FI:           —send letters to all sponsors and tell them that their children are
             covered by the Rah-e-Koodak...hum...under supervision...it
             means they do their work under the Child Foundation ...
             supervised...something like this; and we say for the ones in
             Kermanshah, that your children are under such and such
             foundation. We bring food supplies to Iran and advise them to do
             the same thing you ask with their money.

MY:          Dear Farhad, this is good but do you know what the problem is?
             The problem is that if we create foundations, they do not have
             budget of their own, but if we do thing...with real foundations,
             they have budget of their own; it means [UI] it is real a statement.
             The thing you say might be good for our *audit,* but if one Iranian...
             one of these wealthy ones *checks,* and he/she finds out that it is
             unreal and we made it up...it must not—

FI:           [OV] They have income.

MY:          —not really...where it comes from? Their income is all that we
             gave them.

FI:           No, they have income, but it is not much.

UNCLASSIFIED

7

Tab 31
Page 7 of 38

CF375129

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:        I am saying that...look...can you find few charities...big...but not with ordinary bookkeeping...one can say that dear sir...this charity has ... for example 800 thousand dollars income per year, another one... has one billion income...well...they are cooperating with each other and they have enough money. We provide financial...food supplies for them and they cover our things...needs. This looks [sounds] more real.

FI:        [OV] [UI]

MY:        What?

FI:        They won't share their books [financial records] with us, isn't that right?

MY:        Even better! That is even better; we say that they don't have books [financial report] and they won't give it to us, but we work with them.

FI:        How can you then prove? I am saying...don't you need proof and evidences? These are only words. It is only a piece of paper, we only write an agreement with them, right?

MY:        Well!

FI:        But you don't have anything in your hand, except this agreement. For example, I go and write an agreement with a big foundation somewhere [UI]

MY:        No, look, this big foundation doesn't give the detail of its bookkeeping, but they have annual budget.

FI:        They have--

MY:        [OV] [UI]

FI:        --[OV] [UI] is the Child Foundation.

MY:        What?

FI:        It cannot [UI] children of the Child Foundation.

UNCLASSIFIED

8

Tab 31
Page 8 of 38

CF375130

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:    No, not to write, look, we say that we have a contract with them and we are a chain, for instance we say that Hazrat-e-Zahra Charity in Isfahan...well their income is about one billion, if we join these people...they for example have 3 to 4 thousand children...well...we bring food supplies, we give them food, they have enough funds. For example, one thing...Ms. Zonuzi has asked me this question several times, and I responded that my dear, the Child Foundation does not only receive money from America, but from everywhere, and it has its own money too. We give some food and the Child Foundation has money itself to give to our children. She asked me hundred times where they get their money from, well, she is right my words are not convincing; but if we say we... with the "Hazrat-e- Zahra"...that Hazrat-e-Zahra is in our chain and they have one billion, then, nobody talks anymore.

FI:    Okay, well. You only want that for this reason? This is very simple. This is very simple for me to go and write an agreement with them.

MY:    Yes, as I said... in reality...our primary contact is the Refah-e-Koodak, but if they ask where you get the money from; we say dear, we are part of this chain, and our main relationship is with the Refah-e-Koodak and the Refah-e-Koodak is part of this chain too, and works with them [those charities]; the thing that we donate to Refah-e-Koodak--

FI:    [OV] [UI] well.

MY:    --is given to them, and they are wealthy and they give to our children; but dear Farhad look--

FI:    What?

MY:    --another thing that I said, was to do something so they can give the money to children themselves; if that happens, it will be wonderful...not to be in our hands at all, the same way you said it at the beginning.

FI:    [OV] [UI] the goods you send...these goods you send can be done in this fashion...they come under our name--

MY:    Okay.

Tab 31
Page 9 of 38

CF375131

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:        --we record it in our books--

MY:        Okay.

FI:        --then we have to find a foundation that does not have books or
           things. Look, this come into our books now, if we give it to them
           based on books and documentations, do you understand--

MY:        Yes.

FI:        --we can't give them goods. It will be very complicated, but we
           can only get a receipt for 2 or 20 tons of merchandize that we
           delivered to them.

MY:        then what.

FI:        Then when the funds arrive, instead of rice, we give them the
           money.

MY:        That is right. Then they give the money to our children.

FI:        Then we ask them, through a list and a bank note, you give that to
           the bank.

MY:        Alright, this is wonderful, exactly that way.

FI:        [UI] I find those copies--

MY:        Okay.

FI:        --and then I translate those copies and send them to you.

MY:        Yes, yes that is it!

FI:        Now...only...then...how many foundations should be our
           partners?

MY:        Look, dear Farhad, it depends...for example, if you get one like
           Hazrat-e-Zahra, it will be enough, no not that 2, 3 of them, if the
           ones that have 20 thousand dollars income, it does not help, they
           need to be big charities, two, three is enough if they agree.

UNCLASSIFIED

Tab 31
Page 10 of 38

CF375132

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:        Alright. I have to work on this, but for the time being, dear
           Mehrdad, I [UI] don't know why your lawyer says this is
           illegal ...when the person can tell you whatever he/she wants...for
           instance, he/she tells you dear sir, I want to buy a bicycle for this
           child--

MY:        True.

FI:        --and you wrote on the back of his/her receipt, that dear sir/madam,
           we bring food. Isn't that true?

MY:        That is true.

FI:        Now, in reality, you brought food nothing else, you *actually*
           brought food supplies to Iran; it is clear. We couldn't sort out the
           variety of food supplies...well in the beginning, but from this point
           on, we try to take that into consideration. It means we bring
           different food items...rice, oil, dried beans, and peas, and so on...
           so nobody can criticize you, do you understand?

MY:        No, look, the problem is...it is not that we are not complying with
           the OFAC regulations. They are now saying that you are breaking
           the laws of the taxes. They say from people--

FI:        [OV] Why?

MY:        --you got money for one thing and spend it on another thing.

FI:        You don't spend the money.

MY:        Yes, they pay money to be spent on buying a bicycle but we send
           food.

FI:        Do you write it in their receipts?

MY:        On their receipts?...well, they note it on their checks...they write
           on their checks that it is for purchasing bicycle [UI] write anything,
           or for instance, it is written for my child's tuition.

FI:        Well, you can say to all of them not to write about the subject on
           those [checks], isn't it possible?

MY:        [Laughing] no, it is not possible.

UNCLASSIFIED

11

Tab 31
Page 11 of 38

CF375133

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:    It is not possible?

MY:    No, I don't think so, dear Farhad. It means if--

FI:    [OV] [UI]

MY:    --thing... if we say that, nobody gives [money] anymore. This was our problem one or two years ago...we did not accept that for a period of time...we cannot say don't write it, people get scared and don't give anymore.

FI:    Okay, well, we do this...and then, we find foundations and write agreements and give you documents and they do whatever you say [ask]--

MY:    Yes.

FI:    --we give all documents to be verified, and to a translation company and the office of the Foreign Affairs... and Department of Finance... so the tax office cannot say anything to you.

MY:    Yes, even when you do that, we still have to write a detail letter to sponsors and explain how and what we are doing; then they might agree. We still have a problem but the scenario we discussed is necessary... at least, get rid of this *auditor* for the time being.

FI:    Well the *auditor* you are talking about... for how many shipments we prepare documentations, for only some shipments...shipments that their funds belong to the past?

MY:    Yes of course, this I want...I want this for last year. The *auditor* delayed it until you send these things.

FI:    The money is already in the bank account and we deposited into the children's account. We can do that from this point on, but we can write that letter and send the letter of agreement, okay? [UI]--

MY:    [OV] No, it doesn't matter.

FI:    --or along with receipts.

MY:    [OV] [UI]

UNCLASSIFIED
12

Tab 31
Page 12 of 38

CF375134

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:        The same receipts we had.

MY:        [UI] you can say it this way...no look...from them, you can get a letter that they paid money...to thing...the Child Foundation not us...well... somehow...where did you get the money, we did not give it to you, we gave you food.

FI:        Then, you know...you did not give them the financial report, did you?

MY:        Well, you did not send me financial report, dear Farhad.

FI:        No, for last year. You did not give him our audit, did you?

MY:        Yes I did, I did not give it to the *auditor* but I gave it to thing...our accountant and he will definitely give it to him.

FI:        Is your accountant still there?

MY:        Accountant is here. One of our employees left. He talked so much [UI] that he stayed and that employee left.

FI:        Anyway, we have not given you this year's yet...that we have not yet--

MY:        No, you have not given us this year's yet, no.

FI:        --because in our books, we paid those.

MY:        No, look, it doesn't matter if you paid, but you say some--

FI:        [OV] We can do another thing, Mehrdad--

MY:        --what?

FI:        --we can get a pack of receipt from charities...a set of receipt--

MY:        Okay.

FI:        --but it is in Persian; it is not in English to show that that foundation gave [money], unless we get a letter from them, right?

UNCLASSIFIED
13

Tab 31
Page 13 of 38

CF375135

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:         Look...yes... my only problem is this: the money in your account who gave it to you; we didn't, we only gave food...well...how did it get into your account, right? You had to get it from someone.

FI:         [OV] Did we say we paid, we didn't say we paid; we said merchandize came to Iran and we donated it to other charities...we have agreement. Here is our agreement.

MY:         Well, where did you get the money then?

FI:         Which money?

MY:         Well, look for example --

FI:         [OV] We did not pay at all.

MY:         --well, can you provide a document for me that you did not pay, but it is still in your account? What would you do if they see your *audit*? No, that is not doable. This year is already over. You have to somehow get a document that such and such charity gave you 200 thousand dollars as gift. We gave you food, and you gave them food and they gave you gift. Can you do this?

FI:         We have not written that in our financial report, we only wrote "aids provided" we did not write money...well... now this aids that we received...we didn't say in any place that we gave money to children. We wrote cash and non-cash assistances, are you listening? We wrote the same last year--

MY:         [OV] [UI]

FI:         We did not write money, we wrote assistance everywhere.

MY:         Well, no, this will create a problem, because this is the *auditor*'s concern. He says people gave you money for certain things and you brought food to Iran, this does not work. We have to say we provided whatever the sponsors asked, but this way...not in other ways, because we cannot send money, we sent food but through your chain...chain things...you gave what we promised to sponsors; you gave money, bicycle, and also tuition. This is not what the Child Foundation in America gave, you gave that yourself.

UNCLASSIFIED
14

Tab 31
Page 14 of 38

CF375136

UNCLASSIFIED

File #S20061019230543_5033805646_519

|  | Our problem is this; this is what the *auditor* points his finger at [created a problem for us]. |
|---|---|
| FI: | Look, these foundations we suggest to create...of course, that is still an issue for Iranians who might come and investigate-- |
| MY: | [OV] Yes. |
| FI: | --look... how the foundation is [UI] ...of course, it has accounting books... in reality, we got a separate building for them. In fact, we do not have Ardebil branch anymore, what we have for instance... [UI]...we call it for example...the Rah-e-Koodak branch...excuse me, the Rah-e-Koodak Foundation. Then, we can act as a *holding*, what it means is, that they can have financial report and we can have it too, well, then we can combine them...of course, I don't know if it will help to resolve your problem or not. |
| MY: | [OV] No, look, dear Farhad, my problem-- |
| FI: | [OV] [UI] |
| MY: | --because this money has to come from somewhere. |
| FI: | Let us say that the Rah-e-Koodak Foundation has given that to you, you are saying that [UI] |
| MY: | [OV] [UI] where did they [Rah-e-Koodak] get it from. |
| FI: | [OV] [UI] |
| MY: | [OV] Yes of course, hmm-- |
| FI: | But the accountant cannot go to Iran to investigate that. |
| MY: | --why not? |
| FI: | [OV] [UI] financial issue...he can only get the financial record and we can write anything in there. That is why [UI] |
| MY: | [OV] Now, that [UI] for next year. We have a problem for this year. |
| FI: | Well-- |

UNCLASSIFIED

Tab 31
Page 15 of 38

CF375137

UNCLASSIFIED

File #S20061019230543_5033805646_519

| | |
|---|---|
| MY: | What do I do for this year? |
| FI: | --the only thing we can do for this year is to get these agreements and explain the same system I want to write in the letter. I will go and get some receipts...pack of receipts from other foundations...few foundations...and I issue some receipt myself...for example, bicycle to this person, money to that person, well...then bring all of these for instance, 10, 20, examples of these and attach it...for example 5 foundations, then I attach it to my letter and explain everything in that letter, and provide agreements as well. This is only for your accountant; it is not for people-- |
| MY: | [OV] Well, dear Farhad, it does not work, if they see your *audit*? |
| FI: | --if they see our *audit*? |
| MY: | Yes, yes. |
| FI: | We have not written those foundations names, we only wrote aids provided, we did not write names or money; we only wrote received aids. |
| MY: | No, it is clear in your *audit* how much you spent and how much deposited in your account. Well where did you get this one million dollar? |
| FI: | We did not write money we wrote goods. |
| MY: | [OV] [UI] no not really, don't they come to check your bank account? |
| FI: | In any case, we give it to people... and again...they donate gift to us. |
| MY: | Well same thing. Can you get a receipt for me that so and so charity donated this much to us? |
| FI: | For the goods they received? |
| MY: | No, at the moment, we don't care about goods they received. We say that dear sir, we send you food worth one million dollar, and you did not exchange our food for money. You gave the food to another charity and now, one million dollar is deposited into your |

UNCLASSIFIED

16

Tab 31
Page 16 of 38

CF375138

UNCLASSIFIED

File #S20061019230543_5033805646_519

account. You have to specify where it came from. You have to get a receipt from somewhere. For example, so and so charity gave money to us. Can you provide that receipt for me?

FI:      Yes we can...why not? They cannot come to investigate. We can get a receipt on their slip; get it on their slip and attach the translation and send that to you to--

MY:      [OV] Look [UI]

FI:      --we can rely on that.

MY:      Then does it not create problem if someone sees your *audit*?

FI:      Sees our *audit*?

MY:      Yes.

FI:      We wrote is as a whole not individually. We wrote, aids received--

MY:      [OV] Well, this *auditor*--

FI:      -- [UI]

MY:      --doesn't he look at these? Our accountant looks at everything. He asks from where? Who gave it to you? Doesn't your accountant look at these things?

FI:      [OV] [UI] yes he does, but when he looks at them he makes his comment, but he does not report anything.

MY:      Well, I know. Look, for example, he looks at one of the accounts and realizes one million dollar added to your account--

FI:      Right.

MY:      --doesn't the auditor ask you who donated this?

FI:      Of course. He asks everything.

MY:      Well, from where?

UNCLASSIFIED

17

Tab 31
Page 17 of 38

CF375139

UNCLASSIFIED

File #S20061019230543_5033805646_519

| | |
|---|---|
| FI: | [OV] [UI] |
| MY: | Who do you say donated that? |

FI: It is obvious. It is obvious that you sent that. No, we don't write it in our financial report that who has sent that. It is written "aids received", he goes and confirms that it is accurate and this much money came from US, Dubai...this much money came from Dubai...this much supplies came.

MY: No, it can be this way, look, dear Farhad, our money...the money that we *donate* to the Refah-e-Koodak cannot come as money, it must come as food supplies.

FI: [OV] [UI]

MY: Okay.

FI: It is written as aids received...aids received. There is no name attached to it.

MY: I know. Look--

FI: [OV] [UI]

MY: -- is this not clear in you *audit?* Doesn't it specify you received either food supplies or money? It should, doesn't it?

FI: [OV] [UI] yes it is specified, but when we send our financial report, we don't mention it there; however, he sees it in the financial documents which is disclosed, it is not written in actual report what that is, we wrote donations [aids] given, in totality not in detail. It is true. When he comes to review our financial statements, our system, we give him documentation in addition to our financial statements; then he writes his statement. When his auditors come and look at our financial record, they okay it. We use the word 'donated aids", he comes looks and sees that last year you gave us some money and some supplies; he doesn't say anything. When we give you our financial report you cannot say how much of it was supplies [goods] and how much of it was cash, do you get what I say? I did this intentionally so no one can notice it; but if you go within our documents and look, you will see that this much goods and this much money was donated.

UNCLASSIFIED

18

Tab 31
Page 18 of 38

CF375140

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:  Well, first...if it is money, we did not give you money, we gave you zero money.

FI:  We don't mention your name at all; we wrote that in its entirety.

MY:  Okay, now in this thing--

FI:  [OV] If [UI] if at that time--

MY:  --the accountant doesn't say anything?

FY:  --if your accountant writes an email to us--

MY:  [OV] No look--

FI:  -- asks how much it was.

MY:  --look, this auditor of yours--

FI:  What?

MY:  --look ...in here, when we say we report ...we report to tax office; if the money contributed exceeds a certain amount we have to reveal the names...for instance, Mr. so and so gave 100 thousand dollars to us...other person gave us 20 thousand dollars; don't you do these things?

FI:  No, we have those, the auditor only comes and looks at it; we do not report anything, they come, confirm, and leave.

MY:  Well, I want to say that let us assume that a female... thing...Ms. ...the one who went to the space...what is her name...Ms. Ansari [PH], the Ms. Ansari comes and tells you that she wants to send her accountants to Iran to *check* your report. They come and look at your books, can they see that we gave you...you exchanged our food for money?

FI:  Hmm...yes. Of course, we did thing... to some food supplies...distributed some portion of your goods, but the rest he can see that it was money...yes.

MY:  I know. Then he asks you where you got the money form--

UNCLASSIFIED

19

Tab 31
Page 19 of 38

CF375141

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:        [OV] [UI]

MY:        --what do you respond to him?

FI:        Ramak [PH] Company...and...other company...things...deposited
           money into our account; they don't give us goods...unless we ask
           them not to deposit the money into our account but deposit it in
           other [charities] accounts, right?

MY:        That is for next year, I am talking about this year.

FI:        This year?

MY:        Well, this year we deposited into your account...didn't we?

FI:        It is deposited into our account and it is gone [it is a done deal].

MY:        well?

FI:        [UI] of course since the name of the person who deposited, is not
           stated, we can say that other people did it.

MY:        Name of the person who deposited--

FI:        [OV] [UI]

MY:        -- [OV] Is not known?

FI:        What?

MY:        Name of the person who deposits is not specified?

FI:        Hmm...in thing...no, sir, that is not the case in Iran. He asks his
           helper to go and deposit the money into an account.

MY:        And then, it is not specified who made the deposit...at the bank?

FI:        The name of the person is there, however, the identities of
           institutions are not. It is not written Ramak...it doesn't say which
           company.

UNCLASSIFIED

20

Tab 31
Page 20 of 38

CF375142

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:        Okay, then you can say that Mr. so and so...and so and so
           company did not deposit it, and, for example, the charities did.
           That is fine, the same thing--

FI:        [OV] [UI]

MY:        --hmm... like these charities...can you--

FI:        If they go and ask, that charity might say we did not do the deposit.

MY:        --okay I know, but can you provide documentation for last year
           from some of these charities to say that we paid money to Child
           Foundation, instead of us?

FI:        Then, they might ask, what for [they paid money for what]?

MY:        Against the food we gave you.

FI:        Fine, what do you want to do with this? Do you want to use it as
           attachment to our letter? Look, if you can avoid giving our
           financial report to them ... this year, I won't send that to you.

MY:        That cannot be done, dear Farhad. We have to have your *audit*,
           they don't accept that.

FI:        Why? What was the benefit of doing the audit...for you... in our
           office? Why did we create headache for ourselves?

MY:        Which... hum ...hum...?

FI:        The same thing...the *audit* that I sent to you--

MY:        Okay?

FI:        --he comes and looks at it, and puts emphasis on it--

MY:        [OV] [UI]

FI:        --but, if we have not sent that to you, and we wrote fake thing and
           sent it to you...we wouldn't be bothering with anything here--

MY:        No.

UNCLASSIFIED
21

Tab 31
Page 21 of 38

CF375143

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:        -- [UI] we did not have to bother with this account.

MY:        Which part of it? Are you talking about last year's?

FI:        Generally speaking …last year…this year…next year. It did not need the audit.

MY:        No, because… [UI]

FI:        [OV] Of course, we could have made thing up and sent that to you… a fake thing.

MY:        [OV] No, look, dear Farhad, look, we have to do something that he cannot put finger on our *audit*. If he doesn't emphasis on the *audit* we will be okay [safe].

[Clearing voice]

FI:        We have *audit* too--

MY:        [UI]

FI:        -- no listen--

MY:        What?

FI:        --we could have also found an *auditor*…among our friends and acquaintances and sent you a fake thing, but nothing can be done to this *Ernst&Young*'s. We made a mistake [UI]

MY:        [OV] No, take a good look, what kind of problem does *Ernst&Young* have for us? It doesn't have any problem for us.

FI:        Now…the problem is, that we cannot say anything unreal but if we prepared those ourselves, we could have siad anything and everything.

MY:        Unreal…like which one…which part you referring to?

FI:        The same part that we cannot say that the charities donated money.

MY:        Can't we say that to *Ernst&Young* now?

UNCLASSIFIED
22

Tab 31
Page 22 of 38

CF375144

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:         No, we should have *actually* done this.

MY:         Then, do you mean that you cannot do that from this year forward...
            at least...and send it to us?

FI:         I...if we really want to do this, it can be done but [UI]

MY:         But in reality, we paid the money and it is too late now [overdue].

FI:         No, look, if we decided to do that, we have to give the goods to
            them, okay?

MY:         No, I know--

FI:         This...from this point on, they have to get it and sell--

MY:         --no, I am talking about last year that we are being *audited* for.

FI:         --well, we can't do anything since *Ernst&Young* has done that, and
            we wrote [prepared] our financial documents based on that...that
            you sent the money from America, but of course I say that our
            financial statement does not disclose [reflect] that, but if he wants
            to go in there...your accountant...and asks him if he has document,
            he says, "yes sir...this much money is delivered and those charity
            foundations did not give that money." It will be known if he wants
            to investigate.

MY:         Well, with this, we have little or no luck at all.

FI:         Then I suggest not sending you our annual financial report this
            year. We only get that letter and receipts...charity foundation
            receipts. Is your auditing job completed?

MY:         No, it is postponed... for the same things I sent to you...he said to
            respond to me [him].

FI:         Did he ask you to give him our financial statements...did he
            request that form us...from you?

MY:         No, he did not ask for it...but--

FI:         [OV] He might not even want that.

UNCLASSIFIED

23

Tab 31
Page 23 of 38

CF375145

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:    --no, he says...you said that...sponsorship...the kids you introduce to sponsors...you sent food...this cannot be done; because you asked people for money to buy something, and you did different thing.

FI:    Well, I tell you something else now...hmm...if...the Persian version is different than the English version, would they catch it? They don't, do they?

MY:    Yes [they do], Farhad [UI]

FI:    [OV] Because English--

MY:    No, look at it as a whole...you cannot lie...they catch us. *Audit* is not one of those things that tomorrow...audit is a public record everybody can get hold of that audit, if he/she wants. If we lie, we are ruined, and we must not lie at all, our thing must be legal; however, we can make a scenario that fits [is appropriate].

FI:    --okay, I will think about it and work on it to see what I can do for you. I will manage it.

MY:    Okay, look--

FI:    What?

MY:    --this *audit* that is done by *Ernst&Young,* is it clear for them...is it understood that we sent money to you? We did not send money.

FI:    No, it is not specified at all; but if they...your accountant--

MY:    Okay?

FI:    --send email, and they respond to him--

MY:    Okay?

FI:    --they say yes, and they confirm that this much money came and deposited into the account.

UNCLASSIFIED
24

Tab 31
Page 24 of 38

CF375146

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:          The amount of money that deposited into your account! We did not
             say that money was not deposited into your account. We want to
             change the *source* of it ...the depositor.


FI:          Well, they know, it will be obvious that you are the *source* of it.
             We did not report the name of any other institution.

MY:          No...because...to you...we...we did not give money to you. We
             gave you food supplies.

FI:          Well...they do not know...they do not know that you gave us
             food...they see...those...those...Ramak in Dubai, they don't know
             so and so...deposited money into our account, is that right? They
             don't know why Ramak gave us that money [UI]

MY:          [OV] look, haven't the food supplies come to Iran at all?

FI:       .  Of course it has [food came to Iran.]

MY:          Okay?

FI:          But it is not listed in the financial documents.

MY:          [OV] That you received food?

FI:          Yes. Part of it, is reported...we received 10 percent of it, we
             definitely received food and distributed it, the same thing you said;
             but the rest of it was money came into our account and we
             recorded as cash; however, when we wanted to write our general
             financial report, we reported it as total. We did not clarify how
             much of it was food and how much of it was cash, but, if that
             person [accountant] comes and asks, *Ernst & Young* can clarify that
             this much of it was food, and that much of it was cash, that was
             deposited into our account. Furthermore, we did not say someone
             else gave us that money.

MY:          Well, this does not help us at all.

FI:          That is why I say--

MY:          [OV] [UI]


UNCLASSIFIED
25

Tab 31
Page 25 of 38

CF375147

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:    --if we give them our financial report that might create a problem, if they ask, but of course, if they don't ask, there won't be any problem. Do you understand?

MY:    --I cannot hide the financial report. When it is *audited*, the whole world knows. They have to know...if they want, they know.

FI:    Look, then, there was no reason for us to be *audited* in Iran. You needed to be *audited.* We made a mistake dear Mehrdad. We made a big mistake. I believe, for next year [UI] our accounts--

MY:    No, dear Farhad, if you are not audited in Iran, they will assume that you gave the money to those Hezbollah people to do thousands illegal things.

FI:    --alright, so we should not have given our *audit* to *Ernst&Young*. We should have given it to one of these Iranian institutions. We made a mistake. We made a mistake on this part.

MY:    No, no, dear Farhad, if they do the job right, let *Ernst&Young* do it, because here...for example I told to Ms. Rudi Bakhtiar [PH] that we have been audited, she said she does not honor Iran's *audit*, "it does not worth a penny to me". Now, that one [she] is a reputable person.

FI:    Then, what did you say to her?

MY:    Not really, I did not say anything. I said okay.

FI:    Eh...didn't you say that *Ernst&Young* is doing it?

MY:    No, this was last year when it was not by *Ernst& Young,* yet.

FI:    It was *Ernst&Young* last year [UI]

MY:    No man, it was two years ago, the year before *Ernst&Young* starts; but generally speaking, I mean people don't accept [the audit done in Iran], but they might accept it if it is *Ernst&Young*...and they might say "alright let's see what you wrote." Look, we have to bring food and you get food, and write it in your books [confirm in your books], that you received food, and then, you can do whatever you want with it...that we gave you food.

UNCLASSIFIED
26

Tab 31
Page 26 of 38

CF375148

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:     Well, nothing can be done about this year's dear Mehrdad. I am doing it for next year, but it is impossible to do it for this year. I mean it cannot be done for last year; that is done. Now, since it is a done deal and they picked on you, I can write a letter and obtain some receipts, and also get agreement and all these things. I can get them from different places and send them to you.

MY:     Then look, do something now; first, bring documents that for example, you gave those things to these children; okay--

FI:     [OV] On our slip or other charities?

MY:     --well, on other charity foundation's slip will be a lie, no?

[Noise]

FI:     No, what seems to be a problem? Why is it a lie? We did not write in detail, in our financial report.

MY:     Okay, then, from others...ours and others... mix it together.

FI:     Fine.

MY:     Okay, so we can say...then this will be our *scenario*...that you are a chain in Iran, we give food to you and food is distributed and you gave thing that we promised, to our children, and other charities are giving things that children are promised to receive.

FI:     Yes. [UI]

MY:     That is it. Choose few from each province, translate and send me documentation [evidence].

FI:     But, I think dear Mehrdad, that thing I suggested at the beginning, was a good suggestion...that we start few charities. We are not giving our financial statements to people to go and investigate it in detail...we write it as whole in them; however, we can make separate financial statements and give them to Swiss Embassy to confirm, and we send it to America, so you can show it to your accountant; because auditor's issue is different with people's problem, do you agree? We do this like "*holding*", and then no one can say anything to you.

UNCLASSIFIED
27

Tab 31
Page 27 of 38

CF375149

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:        [OV] Because, the thing dear Farhad--

FI:        [OV] With regard to *audit*.

MY:        --but look, when the *audit* becomes people's issue [interest], they won't pay [give money] if they are scared for their life and their money.

FI:        No, [UI]--

MY:        It has to be a little bit logical, for instance, they say...well...where did you get the money from?

FI:        --for instance, instead of Hazrat-e-Zahra Charity, it becomes the Rah-e-Koodak Charity.

MY:        Look, Hazrat-e-Zahra Charity--

FI:        -- [OV] [UI]

MY:        --the reason I say Hazrat-e-Zahra is because they can give us a document that...dear sir...we have this much money in Iran...we collected one billion, but if we say Rah-e-Koodak ...they say "where did you get the money from"--

FI:        [OV] Dear sir--

MY:        --that suddenly 500 thousand dollars is deposited into your accounts.

FI:        --that is for [UI]

MY:        Where did you get that from?

FI:        No, do you say this for auditor, or for people--

MY:        [OV] Look, auditor and people are one [the same]. You cannot say--

FI:        -- [OV] No look, it is different. Even if you actually do it, that "Hazrat-e- Zahra" you cannot prove this to your accountant...in America, because they [Hazrat-e-Zahra] don't get audit and don't have bookkeeping like us.

UNCLASSIFIED
28

Tab 31
Page 28 of 38

CF375150

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:             -- even better.

FI:             Why is it better? When we *actually* giving them goods, and get
                money from them, your accountant can not prove this; because
                they are not such an institution that thing...have an organized
                bookkeeping...I don't know...to have *Ernst&Young* as their auditor.

MY:             Look, in my opinion that is better. People know them and they
                know that they have money [asset], let them not have accounting
                and accountant like ours; we are in that chain...your
                document...look they...they are a registered charity and everybody
                knows that they have money. They gave you a document that they
                gave you 200 thousand dollars, or two hundred million Tomans as
                gift...that is it... nobody can say anything. We can say that there is
                no more documents in Iran, other than this; if you want the detail,
                we can give you the Child Foundation's documents; but if we go to
                a charity... I don't know... Rah-e-Koodak, if anyone thinks a little,
                he/she realizes that, it is a fake, and says "you don't have money"--

FI:             [OV] Because this document--

MY:             --where did you get it from?

FI:             -- [OV] Who is this person? Is he your accountant...he is not
                familiar with anything in Iran--

MY:             [OV] No, look, dear Farhad, I don't talk about our accountant--

FI:             --he doesn't know anything about Hazrat-e-Zahra or Rah-e-
                Koodak at all.

MY:             --I know, look, I am saying that there is no difference between the
                accountant and people. You cannot say one thing to people and
                another thing to the accountant. They will find out it is a lie, we
                have to say one thing.

FI:             No, I say Rah-e-Koodak to people too; we don't say...audit... we
                don't say Hazrat-e-Zahra.

MY:             Okay, Rah-e-Koodak...they say, "well, where did the Rah-e-
                Kodak get the money from. Isn't it part of yours [your charity]?
                How then, from what [where]"--

UNCLASSIFIED
29

Tab 31
Page 29 of 38

CF375151

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:      No, it is not ours...it is not ours...it is not ours...it is not ours. It is an independent organization...it has its own building...we don't write the thing....Child Foundation anymore...Refah-e-Koodak, branch of Burujerd [PH]...we then write...Hmm...Rah-e-Koodak Foundation? We completely give the building to them...in fact--

MY:      Well of course, look, the first damage is, that you are ruining [destroying] the Child Foundation. It is attractive now because it is huge [big] ...in people's mind, if we say we have a Child Foundation that has only one building in Tehran, it does not worth anything; now we are saying that we are active in 27 states, we have many offices; it is more attractive and people believe how big it is. It will be destroyed, if you do that, dear Farhad.

FI:      --look, dear Mehrdad, we now have two separate arguments [issues], one is that of the last year and other is the one for future. I can go and talk about the future...to bring goods, and organizations deposit money into our account, okay? This is a real thing, of course, on the same accounts our condition, today, is much better than yesterday...first of all, it is better because we brought food supplies--

MY:      Right.

FI:      --nobody can criticize you, okay?--

MY:      Right.

FI:      This is the first thing. We can make more improvement in the next phase, and give the goods to the charity foundations for real...they deposit money into our account for next year--

MY:      Okay.

FI:      --but now, this year is an issue--

MY:      Yes.

FI:      --you are looking to find a way to escape this problem. Is this correct?--

MY:      Correct.

UNCLASSIFIED

30

Tab 31
Page 30 of 38

CF375152

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:            --to get rid of this accountant.

MY:            Correct.

FI:            We can only do this for the accountant, this year... dear sir, we get an agreement for him...from few institutions and ask them those agreements to actually sign--

MY:            Right.

FI:            --only put the last year's date on it.

MY:            Correct.

FI:            I can go and get a thing...that they deposited money into our account, but I do not know, if that worth anything to you or not... and what merit it will have for your accountant. I mean, does he accept it on a piece of paper or not? If he accepts--

MY:            No, I think it would be worse.

FI:            --or not [accept]--

MY:            No, dear Farhad.

FI:            --my only fear is, that he contacts *Ernst&Young*--

MY:            [OV] That is it. I am thinking of the same thing. That is worthless.

FI:            --to confirm, if those charities deposited that money into the Refah-e-Koodak account or not--

MY:            [OV] No, yes, no, yes.

FI:            --then he says--

MY:            He says no.

FI:            --he says no, there is no such thing is the financial documents...based on financial documents not financial report--

MY:            it will be very--

UNCLASSIFIED
31

Tab 31
Page 31 of 38

CF375153

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:     --because financial report is prepared based on financial documents.

MY:     --well look, dear Farhad--

FI:     [OV] [UI]

MY:     --look, okay, that will turn out to be a lie...let us not do that. Let us take a more simple step...you get the confirmation...thing agreement, and then, what we should do is to put it writing for them...we will say, look, dear sir...we only explain to them...we say that we are a chain charity and we have thing...with this charity...cooperation...the Child Foundation sends us food, ...we distribute the food... well...meantime, through our charities, and these chain charities, we provide *services* to our children. This much...and we didn't lie.

FI:     We had written this.

MY:     No, you have to make it more comprehensive. First, you have to provide documents, agreement, then, as I mentioned, to choose some children from few states...regarding children, you have to provide a document in detail for me, so I can present to them.

FI:     Do I have to use our own slips...if I want to give them, this.

MY:     Well, I say, if you can, get other charities slips and combine them. For instance, couple of yours and then one...we did not say they gave all of it...we give...we provide some examples. If they decided to ask me...I will say, "no sir they gave ten of them and we gave the rest" and we have not lied, right?

FI:     Okay.

MY:     But if we give their slips too... one might believe that...okay they are telling the truth, and these are the slips from other charities that they donated money to their children... perhaps we keep him quiet [shut her mouth] this way.

FI:     Okay.

MY;     can it be done this way?

Tab 31
Page 32 of 38

CF375154

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:        Yes, then, I get agreements from them...but do you realize what will be our problem?

MY:       What?

FI:        Our problem is [sigh]...our problem is, that you...hmm...we did not say that other institutions deposited this money into our account. Of course, since we did not say that, the accountant gathered that this money was sent by you to us.

MY:       Aha.

FI:        We did not even say anything in our financial documents...this...we wrote, aids received from abroad...and, he has given us a confirmation so we can send it to you that America gave the money [UI]

MY:       [OV] That is why the accountant demanded my explanation [nailed me down for it].

FI:        Yes, I wish we had never sent that to you.

MY:       That is right. as soon as you sent that... that person [he] was furious [he got boiling mad].

FI:        [UI] or the accountant?

MY:       The accountant...our accountant...no, our accountant...the one who works for us.

FI:        Dave?

MY:       Yes...he got furious...what a rage!

FI:        Auditor does not know about this, does he?

MY:       God forbid, I hope not. I don't know, but Dave will tell him, but he might have not yet.

FI:        Who has this paper at the moment?

UNCLASSIFIED
33

Tab 31
Page 33 of 38

CF375155

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:      No, I did not give that paper to him...even after I said that Mr. Iranshahi has advised us to discard... [Iranshahi] said, "it came to you by mistake".

FI:      Aha...I did not realize that you give these to Dave. I thought it stays with you. This was a superficial thing, you should not give it to Dave, it was not necessary to give it to Dave. You could have written two sentences on the corner of it and sent it back to us, and it was done.

MY:      Yes. I did not know that you are saying [UI] this.

[Background noise]

FI:      We still have to do that thing...of course, in different fashion--

FI:      --in different manner...I am preparing it now to send it to you...in Persian of course not English.

MY:      Okay.

FI:      We sent it to you in Persian before as well...we didn't send it in English.

MY:      No, yes.

FI:      You...why it has something to do with Dave...this subject...why did you show it to Dave? Anyway, I will prepare it again and send it to you; of course, in a way that it doesn't show that you sent money to us. I am preparing it now...if I find any time today, I will sit down and prepare it. You have to write for us on the corner of it...but I will prepare it in a way that it is not clear if you sent us money or goods...I will do it in an indistinct fashion.

MY:      Very well.

FI:      Okay, is there anything else dear Mehrdad. You have to respond to me about this...I also wrote a letter to Lahiji [PH]...that...Lahiji must respond to us, if not, our accountant will write in our financial documents that "I sent those confirmations, but they did not respond to us."

MY:      Okay, yes [UI]

UNCLASSIFIED
34

Tab 31

CF375156

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:            But if you respond...you and Lahiji...he does not write anything in his report. He only writes that he reviewed the documents, and did not find any problem [everything was fine].

MY:          Okay, then dear Farhad, let us go over the things one more time. What do you want to send to us?

FI:            Look this year we--

[Background noise]

FI:            --look, next year I try, God willing, to do it the way we talked about it...it means that other institutions--

MY:          [OV] Very good, now talk about this year's.

FI:            -- I have to say to Ramak Company... or the other company Damavand, that in the matter of goods...when you actually send the goods, we will contact them and get receipt from them... merchandize receipt--

MY:          Okay.

FI:            --we get the receipt for goods and then, we ask them to deposit money into our account...in fact, pardon me for one moment...hold on--

[FI responds to a phone call he received.]

FI:            Yes...hello to you [UI], can you wait for few minutes? [UI]

[Background noise]

FI:            Hello, dear Mehrdad.

MY:          Please.

FI:            --then, the next year is set.

MY:          Yes.

Tab 31
Page 35 of 38

CF375157

UNCLASSIFIED

File #S20061019230543_5033805646_519

FI:             But this year...for this year, I will send you two confirmations. One for Lahiji and one regarding our own case that doesn't include any goods...money issue--

MY:             Okay.

FI:             --it means...it is not about sending money, and then we send you our financial reports, the way it is done. You will see it for yourself...then, there is one more thing...that I must go to some big institutions and get few agreements--

[Background noise]

FI:             -- on the other hand, I have to attach the receipts for items like oil and rice, that I gave to children...I don't know...I ask Mr. Lankarani [PH] to attach the translation, then, I get receipts from other institutions on their slips, and fill them out...for instance, bicycle to this child...money to that child...I give him those to translate and send them to you.

MY:             Look, dear Farhad, it has to be done this way...for instance, choose few...the same thing that we stated, do you understand?--

[They got disconnected for few seconds]

FI:             [UI] what?

MY:             --are you there? Are you listening [UI]?

FI:             What do you say?

MY:             Look, now, for instance, choose one child...few children...the same thing we entered in [UI] to be given to this child, give me document for the same thing...saying that we had given these things.

FI:             On whose slips?

MY:             I say, on mixed slips... some from yours and some from other charities.

FI:             Okay.

UNCLASSIFIED

36

Tab 31
Page 36 of 38

CF375158

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:        write it as a general thing...it doesn't need to explain...for example,
           all other charities have given...we say it as general thing...we say
           that we are a chain, and from our resources, we gave...like this...to
           our children, but the Child Foundation in America, only gave us
           food supplies.

FI:        Well, now, I prepare 10 cases, saying that we distributed items
           among our children and 5-6 cases which we paid money to our
           children, and 5-6 cases from other institutions on their slips...will it
           be okay to you to say it like this?

MY:        Then, look, dear Farhad...for children...let's assume...Laleh [Tulip]
           1050, okay...in America, we stated that we buy him/her...I don't
           know...thing...bicycle or...let us say...to repair her/his home--

FI:        Yes, yes.

MY:        --same things.....whatever we said...this much per month...for
           instance, give food... you have to give me the receipt for exactly
           the same thing...that it was decided to buy a bicycle her/him... here
           we bought bicycle...food...that it was arranged to give food...we
           gave food...and...we gave him/her this much cash.

FI:        Hmm...okay.

MY:        Well, like this, I mean you should say that the thing that sponsor
           asked us to give, we did; but you have to prove that it was not from
           our money...not the money from the Child Foundation in America.

FI:        Okay.

MY:        The Child Foundation has given us food.

FI:        I only have to tell you one more thing--

MY:        what?

FI:        --as long as you can--

[Background noise]

FI:        --do not give our financial report to your accountant...only give it
           to him if you have to.

UNCLASSIFIED
37

Tab 31
Page 37 of 38

CF375159

UNCLASSIFIED

File #S20061019230543_5033805646_519

MY:    I don't know dear Farhad, but look...we...this way...we will eventually going to have problem.

FI:    I don't say it for this year...I will fix it for next year...if you are able... don't give it to him unless he has asked you.

MY:    I know...but, look, dear Farhad, I am saying that whatever you do... don't do anything that we are forced not to give it to him. One might not be vigilant at all times...he/she gives it to someone and he/she is ruined. The thing that we do must be correct, if we realized that it could not be done, we shouldn't mess it up so our words be different.

FI:    Okay.

MY:    Look, I am saying, even if you give others' slips receipts...we have not said that they covered 50 percent of our children...we only sent you 2, 3 examples...we didn't say that this is the *average* of what we do. We only sent 2-3 examples and we didn't lie. We did not say we gave to 50 percent of them, we said that this and that are also given by some charities to our children. If they ask to prove that, we say they gave to 2 or 3 and we only send you 2- 3, it is not a lie. Did you pay attention to what I said?

FI:    Yes, yes.

MY:    Like that.

FI:    Okay.

MY:    Okay.

FI:    Goodbye.

MY:    Goodbye.

UNCLASSIFIED
38

Tab 31
Page 38 of 38

CF375160