Tab 32
Page 1 of 4

Case 3:05-cr-00413-KI    Document 45-32    Filed 01/25/12    Page 1 of 4

## APPENDIX C-LAHIJI PAYMENTS TO/FROM CHILD FOUNDATION

| Check Date | Payor | Bank Drawn On | Account # | Check # | Amount | Payee | Deposit Date | Deposited to | Notation | Wit.& Exh.No. | Signator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/1998 | Lahiji Urology Centers | Texas State | 52012077 | 1225 | $100,000.00 | Child Foundation | 02/01/1999 | Bank of America 8450 CF | Receipt No. 1919-1 addressed to Dr. & Mrs. Lahiji, signed by MY | W23-2, W24-6 | |
| 12/17/1999 | Hossein Lahij | Texas State | 52012077 | 1569 | $200,000.00 | Child Foundation | 12/29/1999 | Bank of America 8450 CF | Receipt No. 2143 addressed to Dr. & Mrs. Lahiji, signed by MY | W23-6, W24-8 | Najmeh Vahid |
| 12/18/1999 | Lahiji Urology Centers | Texas State | 52012077 | 1575 | $75,000.00 | Child Foundation | 01/03/2000 | Bank of America 8450 CF | Receipt No. 2157 addressed to Dr. & Mrs. Lahiji, signed by MY | W23-5, W24-7 | Najmeh Vahid |
| 09/20/2000 | Lahiji Urology Centers | Texas State | 52012077 | 1902 | $400,000.00 | Child Foundation | 09/29/2000 | Bank of America 8450 CF | Receipt No. 3617 dated 9/29/2000 addressed to Dr. & Mrs. Lahiji, signed by MY | W1-27, pg. 8, W24-9 | Najmeh Vahid |
| 12/04/2000 | Lahiji Urology Centers | Texas State | 52012077 | 2015 | $200,000.00 | Child Foundation | 12/11/2000 | Bank of America 8450 CF | Receipt No. 3618 dated 12/29/2000 addressed to Dr. & Mrs. Lahiji, signed by MY | W1-27, pg. 9, W24-10 | Najmeh Vahid |
| 12/31/2001 | Lahiji Urology Centers | Texas State | 52012077 | 2616 | $250,000.00 | Child Foundation | 04/04/2002 | Bank of America 8450 CF | Originally deposited on 04/03/2002, returned NSF, re-deposited on 04/12/2002, no receipt | W34-1 | Najmeh Vahid |
| 04/15/2002 | Child Foundation | Bank of America | 36502464 | 1015 | -$250,000.00 | Lahiji Urology Centers | 06/06/2002 | Loan Star National Bank | | W33-1 | Mehrdad Yasrebi |
| 12/18/2002 | Lahiji Urology Centers | Texas State | 52012077 | 2618 | $350,000.00 | Child Foundation | 03/10/2003 | Bank of America 5992 CF | Receipt No. 7439 dated 12/25/2002 addressed to Dr. & Mrs. Lahiji, signed by MY | W1-29, pg. 7, W34-2 | Najmeh Vahid |
| 04/16/2003 | Lahiji Urology Centers | Lone Star National Bank | 36502464 | 1485 | $1,180.00 | Child Foundation | 04/30/2003 | Bank of America 5992 CF | | W33-2 | Najmeh Vahid |

Tab 32
Page 2 of 4

Case 3:05-cr-00413-KI    Document 45-32    Filed 01/25/12    Page 2 of 4

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/28/2003 | Lahiji Urology Centers | Lone Star National Bank | 2539713 | 1552 | $350,000.00 | Child Foundation | 07/30/2003 | Bank of America 8450 CF | Receipt No. 9412 dated 7/29/2003 addressed to Dr. Hosein Lahiji, signed by MY | W1-30, pg. 10, W33-3 | Hossein Lahiji |
| 04/26/2004 | Lahiji Urology Centers | Lone Star National Bank | 36502464 | 1488 | $15,000.00 | Child Foundation | 05/17/2004 | Bank of America 5992 CF | Bam Earthquake. Receipt No. 11520 dated 5/31/2004 addressed to Dr. Hosein Lahiji, signed by MY | W1-30, pg. 11, W33-4 | Najmeh Vahid |
| 07/11/2005 | Lahiji Urology Centers | Lone Star National Bank | 36502464 | 2139 | $2,400.00 | Child Foundation | 07/28/2005 | Bank of America 5992 CF | Invoice: 45434-Donation/Gifts | W33-5 | Najmeh Vahid |
| 12/31/2005 | Lahiji Urology Centers | Lone Star National Bank | 36502464 | 2493 | $200,000.00 | Child Foundation | 03/02/2006 | Bank of America 5992 CF | Khom Dues-Islamic Taxes for 2005.  CF did not deposit this check until 03/08/2006. Receipt dated 03/06/06 addressed to Mr. Hossein Lahiji, signed by MY. | W18-4, W33-6 | Najmeh Vahid |
| 03/02/2006 | Lahiji Urology Centers | Lone Star National Bank | 36502464 | 2502 | $2,400.00 | Child Foundation | 03/08/2006 | Bank of America 5992 CF | Invoice: 62953, Sponsorship of 10 children | W33-7 | Najmeh Vahid |
| 03/02/2007 | Lahiji Urology Centers | Lone Star National Bank | 36502464 | 3328 | $2,400.00 | Child Foundation | 03/02/2007 | Bank of America 5992 CF | Invoice:91321 | W33-8 | Najmeh Vahid |
| | | | | | $1,898,380.00 | | | | | | |

Check 1225    Check was dated 12/31/1998 but was not deposited until 2/1/1999.  Reviewed Texas Bank account, and based on check numbers, it appears that check was actually written between 12/31/1998 (date of check #1224) and 1/13/1999 (date of check #1229). Checks 1226-1228 were not accounted for.

Check 2616    Check was dated 12/31/2001 but was not deposited until 4/1/2002.  Reviewed Texas Bank account, and based on check number, it is unclear when this check was actually written.  It appears that there was more than one sequence of checks being utilized toward the end of 2001.  Check 2614 was dated 12/31/2001.  Check 2615 was not located.  Check number 2617 was written 12/18/2002.  Check #2620 was dated 3/2/2002. It is imossible to know the actual date this check was written, since other checks with a completely different sequence were used during this period.

Check 2618    Check was dated 12/18/2002 but not deposited until 3/10/2003.  Its not clear when this check was actually written, since the prior check 2617 was dated 12/18/2002, but check 2620 was dated 3/1/2002.  Check #2619 is not accounted for.  This series of checks was not utilized sequentially.

Tab 32
Page 3 of 4

Case 3:05-cr-00413-KI    Document 45-32    Filed 01/25/12    Page 3 of 4

Check 2493    Check was dated12/31/2005 but not deposited until 3/2/2006.  Reviewed Loan Star account, and based on check numbers, it appears that this was actually written between 2/24/2006 (the date of check #2492) and 2/25/2006 (the date of check #2494).

Tab 32
Page 4 of 4

Case 3:05-cr-00413-KI    Document 45-32    Filed 01/25/12    Page 4 of 4

**APPENDIX C-LAHIJI CONTRIBUTIONS PER RETURNS**

| Child Foundation Form 990 | 1998/05 | 1999/05 | 2000/05 | 2001/05 | 2002/05 | 2003/05 | 2004/05 | 2005/05 | 2006/05 | 2007/05 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 | $0 | $0 | $0 | $0 | $350,000 | $350,000 | $0 | $200,000 | $0 | |
| Time period covered by Form 990 | 06/01/1997-05/31/1998 | 06/01/1998-05/31/1999 | 06/01/1999-05/31/2000 | 06/01/2000-05/31/2001 | 06/01/2001-5/31/2002 | 06/01/2002-05/31/2003 | 06/01/2003-05/31/2004 | 06/01/2004-05/31/2005 | 06/01/2005-05/31/2006 | 06/01/2006-05/31/2007 | |
| | | | | | | | | | | | |
| Donations Received from Dr. Lahiji per bank records | | $100,000 | $275,000 | $600,000 | | $351,180 | $365,000 | | $204,800 | $2,400 | **$1,898,380** |
| Witness/Exhibit No. | | W24-6 | W24-7, W24-8 | W24-9, W24-10 | | W34-2, W33-2 | W33-3. W33-4 | | W33-5, W33-6. W33-7 | W33-8 | |

| Lahijis Form 1040 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lahiji's Schedule A- Gifts to charity | $102,740 | $276,417 | $402,877 | $206,061 | $359,229 | $368,238 | $0 | $321,459 | $893,385 | $1,058,628 | **$3,989,034** |
| Witness/Exhibit No. | W1-28, pg. 7, line 15, W23-2, W23-4, pg. 10 | W1-29, pg. 4, line 15, W23-4, pg. 1 & 2 | W1-30, pg. 7, line 15, W23-4, pg. 3 & 5 | W1-31, pg. 7, lines 15, 17 | W1-32, pg. 6, line15, pg | W1-33, pg. 9, line 15, pgs. 10 & 11, pg. 34 | W1-34 | W1-35, pg. 10, line 15, pg. 27, | W1-36, pg. 6, line 15, pg. 46 | W1-37, pg. 7, line 16, pg. 29 | |

CF289372