**REFAH KOODAK CHARITY INSTITUTE**
**INDEPENDENT AUDITOR'S REPORT**
**AND**
**FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED**
**MAY 31, 2007**

Tab 33
Page 1 of 18

CF291901

**ARMOON GOSTARAN PISHGAM (A.G.P.)**
**(IACPAs)**
**AUDITING AND MANAGEMENT SERVICES FIRM**

**Auditor's Report**
**To the board of trustees of**
**Refah Koodak Charity Institute**

We have audited the balance sheet of Koodak Charity Institute as at May,31,2007 and the statements of income, retained earnings, and cash flow for the year ended with appropriate notes 1 to 27.These financial statements are the responsibility of the Institute's management . Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with Generally Accepted Auditing Standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used significant estimates made by management, as well as evaluating overall financial presentation.

In our opinion, these financial statements present fairly, in all material respects, the financial position of the Institute as at May, 31, 2007 and the results of its operations and cash flow for the year ended in accordance with Generally Accepted Accounting Principles.

Armoon Gostaran Pishgam (Audit Firm)
Certified Public Accountants
Kh.Hadavi                    A.H.Deljoo

1 OCTOBER 2007

Tab 33
Page 2 of 18

CF291902

## BOARD OF TRUSTEES OF REFAH KOODAK CHARITY INSTITUTE

The Charity Institute's financial statements for the year ended May 31, 2007 have been prepared and presented as follows:

| Contents | Page |
|---|---|
| Independent auditor's report | |
| Balance sheet | 1 |
| Statement of income and expenses | 2 |
| Statement of cash flows | 3 |
| Notes 1 to 27 to the financial statements | 4 to 15 |

The financial statements have been prepared based on the accounting standards and confirmed by the Board of Directors at 1 October 2007.

| Members of the Board of Directors | Position | Signature |
|---|---|---|
| Mr. Ali Yasrebi | Chairman & Managing Director | |
| Ms. Ameneh Modarres | Chairman deputy | |
| Mr. Ahmad Iranshahi | Member of the Board of Directors | |



Tab 33
Page 3 of 18

CF291903

## REFAH KOODAK CHARITY INSTITUTE
## BALANCE SHEET
## AS AT 31 MAY 2007

| ASSETS | NOTE | 2007 IRR | 2006 IRR | LIABILITIES & RESERVES | NOTE | 2007 IRR | 2006 IRR |
|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | **Current liabilities:** | | | |
| Cash | 4 | 1,208,682,165 | 232,219,151 | Accounts payable | 13 | 4,083,658,045 | 2,883,927,792 |
| Short term investments | 5 | 625,600,879 | 23,099,624 | Distributable funds | 14 | 2,516,763,268 | - |
| Accounts and notes receivables | 6 | 2,842,899,042 | 2,892,090,141 | Short-term loans | 15 | - | 1,679,269,407 |
| Other receivables | 7 | 489,021,418 | 227,642,050 | | | | |
| Inventory | 8 | 184,800 | 3,295,600 | | | | |
| Prepayments | 9 | 10,560,000 | 91,018,500 | | | | |
| **Total current assets** | | 5,176,948,304 | 3,469,365,066 | **Total current liabilities** | | 6,600,421,313 | 4,563,197,199 |
| **Non-current assets:** | | | | | | | |
| Consigned Funds | 10 | 5,353,200,000 | 4,853,200,000 | Consigned funds | 17 | 5,353,200,000 | 5,353,200,000 |
| Tangible fixed assets | 11 | 1,617,844,739 | 1,591,393,338 | **Total liabilities** | | 11,953,621,313 | 9,916,397,199 |
| Other assets | 12 | 54,328,598 | 67,386,598 | **Reserves :** | | | |
| **Total non-current assets** | | 7,025,373,337 | 6,511,979,936 | Accumulated surplus earnings | | 248,700,328 | 64,947,803 |
| **Total assets** | | 12,202,321,641 | 9,981,345,002 | **Total liabilities & reserves** | | 12,202,321,641 | 9,981,345,002 |

The attached Notes 1 to 27 are the financial statements integrated .



Tab 33
Page 4 of 18

CF291904

### REFAH KOODAK CHARITY INSTITUTE
### STATEMENT OF INCOME AND EXPENSES
### FOR THE YEAY ENDED 31 MAY 2007

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| **Operating Income:** | | | |
| Funds collected from internal sponsors | 18 | 2,578,650,327 | 1,066,470,880 |
| Other received financial contributions | 19 | 606,051,400 | 420,237,722 |
| | | 3,184,701,727 | 1,486,708,602 |
| **Operating expenses:** | | | |
| Payments to the children protected by internal sponsors | 20 | (2,488,237,100 | (918,259,169 |
| Administration and directing Exp. | 21 | (472,087,135) | (425,008,111) |
| payments to the students protected by internal sponsors | | - | (2,300,000) |
| Other payments | | - | (72,021,400) |
| | | (2,960,324,235) | (1,417,588,680) |
| Excess of operational income over expenses | | 224,377,492 | 69,119,922 |
| Financial expenses | 22 | (75,821,781) | - |
| Non-operating income and expenses(net) | 23 | 35,196,814 | 22,868,454 |
| **Net surplus (deficit) earnings** | | 183,752,525 | 91,988,376 |

|  **ACCUMULATED  SURPLUS EARNINGS** | | |
|---|---|---|
| | 183,752,525 | 91,988,376 |
| Net surplus / earnings fiscal year | | |
| Balance at the beginning of year | 64,947,803 | (27,040,573) |
| Prior years adjustments | - | - |
| Adjusted accumulated (deficit)surplus at the beginning of the year | 64,947,803 | (27,040,573) |
| **Balance at the end of the year** | **248,700,328** | **64,947,803** |

The general surplus earning statement has not been presented because it consist of only the current year earnings statement.

The attached Notes 1 to 27 are the financial statements integrated.



2

Tab 33
Page 5 of 18

5

CF291905

## REFAH KOODAK CHARITY INSTITUTE
## CASH -FLOW STATEMENT
## FOR THE YEAR ENDED 31 MAY 2006

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| **Operating activities:** | | | |
| cash generated from operations | 24 | 2,895,075,617 | (5,477,209,022) |
| | | | |
| **Return on investment:** | | | |
| Interest received from bank deposit | | 1,116,505,340 | 1,106,610,320 |
| Interest received from third parties | 23 | | 700,000 |
| Interest paid on loans | 22 | (75,821,781) | - |
| Net cash inflow from return on investments | | 1,040,683,559 | 1,107,310,320 |
| | | | |
| **Investing activities:** | | | |
| Payments for obtain fixed assets | | (177,525,500) | (138,510,099) |
| Payments for obtain other non- current assets | | - | (5,606,000) |
| Amounts received from(paid for) short-term investment | | (102,501,255) | 1,118,496,555 |
| Amounts received from (paid for) long-term investment | | (1,000,000,000) | 1,000,000,000 |
| Net cash inflow (outflow) from investing activities | | (1,280,026,755) | 1,974,380,456 |
| Net cash inflow (outflow) before financing activities | | 2,655,732,421 | (2,395,518,246) |
| | | | |
| **Financing activities:** | | | |
| Increase in long-term loans | | - | 1,679,269,407 |
| Repayment of loan | | (1,679,269,407) | - |
| Net cash inflow (outflow) by financing activities | | (1,679,269,407) | 1,679,269,407 |
| Net increase (decrease) in cash | | 976,463,014 | (716,248,839) |
| Cash at 1 June 2006 | | 232,219,151 | 948,467,990 |
| Cash at 31 May 2007 | | 1,208,682,165 | 232,219,151 |

The attached Notes 1 to 27 are the financial statements integrated.



3

Tab 33

Page 6 of 18

6

CF291906

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

### 1. STATUS AND ACTIVITIES

#### 1-1. General

The Refah Koodak Charity Institute was established in Shiraz on 10 April 1999 as non-governmental and non- profit organization. The head office legal address is ,first floor No. 59, West Sahel Avenue, Shiraz, Iran and its office is at First Floor, No. 20, Golzar Street, Golshan Street Apadana Avenue, Tehran, Iran. In addition, the Institute has other offices in Ardebil, Kermanshah, Borujerd , Orumieh , Mashhad ,and Bam.

#### 1-2. The main activity of the Institute

According to Articles 2 & 8 of the Institute's Article of Association, it is a non-political and non-profit institute and its main object is to support poor children and teenagers free of charge, providing educational facilities for poor children and teenagers' education, procuring other living necessities for poor children and teenagers so that they can have education without trouble.

#### 1-3. Employment status

The average of permanent employees during the year is as follow:

|                      | 2007 | 2006 |
|----------------------|------|------|
| Permanent employees  | 17   | 18   |

### 2. ACCOUNTING CONVENTION

These financial Statements have been prepared on an accrual basis under the historical cost method and in necessary cases used of the current value instead.

### 3. SIGNIFICANT ACCOUNTING POLICIES

#### 3-1. Tangible fixed assets

3-1-1. Tangible fixed assets are recorded in accounts on cost basis. Amounts paid for improvements and major repairs which cause to increase considerably the capacity and useful life of fixed assets or improve mainly their output quality are considered as capital costs and will be depreciated during their remaining useful life. Maintenance and minor repair costs which have been expended for keeping and remedying Institute's expected economic benefits of basic evaluated standard function of assets, are considered as current expenditures when they occur and charged to revenue and cost account of accounting period.

3-1-2. Depreciation of fixed assets is calculated on the basis of the following rates and methods with respect to useful life of the related assets and considering depreciation regulations (Article 151 of Direct Tax Act, as amended in -March 2002-Esfand 1380).

Tab 33
Page 7 of 18

CF291907

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31, 2007**

| Fixed assets | Depreciation rate | Depreciation method |
|---|---|---|
| Office furniture and equipment | 10 years | Straight-line |
| Computer equipment | 3 years | Straight-line |
| Software | 5 years | Straight-line |
| Vehicles | 25% | Reducing -balance |
| Buildings | 7% | Reducing -balance |

3-1-3. For fixed assets, which are acquired within a month and are utilized, depreciation is calculated from beginning of the following month and taken into the accounts. In case where some assets are not utilized for some time for any reason, the depreciation of these assets is equivalent to 30% of the above depreciation rate.

**3-2. Inventory**

Inventories are valued at lower of cost and market price and taken into the accounts on base of specially identification.

**3-3. Exchange of foreign currencies**

The other currencies monitory and non- monitory figures witch is recorded in historical basis are been exchanged in year end currency rate. Differences are recorded as gain or loss in same period.

**3-4. Employees' termination benefits**

No provision is made by the Institute for benefits payable to employees upon termination of their services. Any payment for termination benefits during a year is considered as cost for the year unless it is decided to fire an employee before the balance sheet date where the required provision are calculated in the accounts.

**4. CASH**

Cash account consists of:

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Cash in bank | 4-1 | 726,019,318 | 215,057,308 |
| Petty cash | 4-2 | 482,662,847 | 17,161,843 |
| | | 1,208,682,165 | 232,219,151 |

5

Tab 33
Page 8 of 18

8

CF291908

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31, 2007**

4-1 Cash in Bank accounts consist of:

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Bank Melli- Central branch of Shiraz | 85,965,718 | 34,249,248 |
| Bank Melli- North Felestin branch | - | 1,003,063 |
| Bank Melli- Qods branch of Shiraz | 491,471,675 | 90,834,180 |
| Bank Sepah- Central Branch | - | 9,805,214 |
| Bank Melli- Central branch of Shiraz | 8,711,856 | 2,148,639 |
| Bank Melli- Dubai Branch | 138,621,869 | 75,935,664 |
| Bank Melli- Central branch of Shiraz | 1,248,200 | 1,081,300 |
|  | **726,019,318** | **215,057,308** |

4-2 Petty cash consist of IRR 346,549,733 at head office and IRR.136,113,114 at branches.

5.    **SHORT-TERM INVESTMENTS:**

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Deposit with bank karafarin | 10 | 500,000,000 | - |
| Deposit with bank karafarin-apadana branch |  | 80,050,000 | 3,223,516 |
| Deposit with bank parsian |  | 1,000,000 | - |
| Deposit with bank pasargad |  | 1,000,000 | - |
| Deposit with bank karafarin-shiraz branch |  | 892,367 | 19,876,108 |
| Deposit with bank maskan-daneshju branch |  | 42,658,512 | - |
|  |  | **625,600,879** | **23,099,624** |

**6.  NOTES AND ACCOUNTS RECEIVABLE :**

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Social brokers | 6-2 | 30,691,950 | 20,472,571 |
| U.S. Koodak charity |  | - | 1,855,779,230 |
| Charity goods receivable(Mr.Moazzeni) |  | 2,807,953,764 | 946,755,000 |
| Charity goods receivable(Mr.Dashtinejad) |  | 9,694,328 | - |
| Loans paid to protected children | 6-1 | 34,600,000 | 65,583,340 |
| Loans paid to social brokers |  | 1,000,000 | 3,500,000 |
| **Total** |  | **2,883,940,042** | **2,892,090,141** |
| Doubtful debts provision |  | (41,041,000) | - |
| **Net** |  | **2,842,899,042** | **2,892,090,141** |

6

Tab 33
Page 9 of 18

CF291909

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED  MAY  31, 2007**

**6-1. Loans paid to protected children**

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Loans paid for purchasing sewing machine | 2,000,000 | 2,000,000 |
| Loans paid for self employment | - | 7,983,340 |
| Others | 32,600,000 | 55,600,000 |
| Total | 34,600,000 | 65,583,340 |
| Doubtful debts provision | (32,600,000) | - |
| Net | 2,000,000 | 65,583,340 |

6-2.  Brokers' debts in amount of IRR. 306,691,950 are include IRR. 8,441,000 which provisions were made for them.

**7. OTHER RECEIVABLES**

Other accounts & notes receivables consist of the following items:

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Notes receivables (Mr.Asadi) |  | 34,000,000 | - |
| Deposit at other trusty financial institutes | 7-1 | 148,800,000 | 120,800,000 |
| Receivables (staff others accounts) | 7-2 | 100,873,955 | 51,215,800 |
| staff loan accounts |  | 16,563,263 | 600,000 |
| Lease  deposits for branches | 7-3 | 240,000,000 | 100,000,000 |
| Total |  | 540,237,218 | 272,615,800 |
| Doubtful debts provision |  | (51,215,800) | (44,973,750) |
| Net |  | 489,021,418 | 227,642,050 |

7-1.Deposit at other financial institutes consists of following items:

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Al-e-Mohammad (Shiraz) fund | 25,000,000 | 25,000,000 |
| Etrat Fatemi  fund | 73,000,000 | 50,000,000 |
| Kermanshah Adl-e-Eslami fund | 10,200,000 | 10,200,000 |
| Ardebil students  fund | 30,600,000 | 25,600,000 |
| Taleqani fund -Karaj | 10,000,000 | 10,000,000 |
| Total | 148,800,000 | 120,800,000 |

The above deposits are held for granting free charge loan to the people who are under protection of the Charity Institute and introduced by the Child Foundation

7

Tab 33
Page 10 of 18

CF291910

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31, 2007**

7-2. Receivables (staff other accounts):

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Mr. Kambiz Alvandi | 7-2-1 | 45,973,750 | 45,973,750 |
| Mr.Yasrebi | | 40,000,000 | - |
| Others | | 5,332,699 | 5,242,050 |
| MRS. Roeentan | | 9,567,506 | - |
| Total | | 100,873,955 | 51,215,800 |
| Bad debts provision | | (51,215,800) | (44,973,750) |
| Net | | 49,658,155 | 6,242,050 |

7-2-1. Mr. Alvandi debt is for his petty cash balance. He has terminated in previous years and the receiving the amount is tracing but for delaying of receiving, provision was made for it.

7-3 Lease deposits for branches consist of the following items :

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Ardebil – branch | 70,000,000 | 70,000,000 |
| Shahr-e-rey – branch | 30,000,000 | 30,000,000 |
| Mashhad – branch | 90,000,000 | - |
| Bam – branch | 50,000,000 | - |
| | 240,000,000 | 100,000,000 |

### 8. INVENTORY

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Audio cassettes | 8-1 | 184,800 | 3,295,600 |
| | | 184,800 | 3,295,600 |

8-1. There are 60 audio cassettes, remaining from previous years, which will be gradually delivered to associations of blind people.

### 9. PREPAYMENTS

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Programming EXP. | 5,560,000 | 91,018,500 |
| Services EXP. | 5,000,000 | - |
| | 10,560,000 | 91,018,500 |

8

Tab 33
Page 11 of 18

CF291911

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

### 10. CONSIGNED LONG TERM INVESTMENTS

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Karafarin Bank Deposit | 10-1 | 5,853,200,000 | 4,853,200,000 |
| Less: surplus cosigned fund deposited | 5 | (500,000,000) | - |
| | | **5,353,200,000** | **4,853,200,000** |

10-1   Based on the agreement between the Institute and Dr. Lahiji (one of the overseas supporters), the donation made by Dr. Lahiji amounting to IRR 5,268 million (USD 632,000) has been deposited with Bank Karafarin. The deposit is for a term of five years earning 20% interest per annum. Upon maturity date, the principle will be used for construction of health care and education complexes under the supervision of the Institute.

9

Tab 33
Page 12 of 18

12

CF291912

REFAH KOODAK CHARITY INSTITUTE
NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED MAY 31, 2007

## 11. TANGIBLE FIXED ASSETS

| | Building | Office Furniture & Tools | Computer& Equipment | Motor Vehicles | Total | Building in constructing | Grand total |
|---|---|---|---|---|---|---|---|
| **Cost:** | | | | | | | |
| At May 31, 2006 | 1,609,459,981 | 244,552,309 | 156,250,000 | 59,000,000 | 2,069,262,290 | - | 2,069,262,290 |
| Additions | | 47,347,500 | 5,300,000 | - | 52,647,500 | 124,878,000 | 177,525,500 |
| At May 31,2007 | 1,609,459,981 | 291,899,809 | 161,550,000 | 59,000,000 | 2,121,909,790 | 124,878,000 | 2,246,787,790 |
| **Depreciation:** | | | | | | | |
| At May 31, 2006 | 249,443,956 | 65,606,359 | 128,010,278 | 34,808,359 | 477,868,952 | - | 477,868,952 |
| Charged for the year | 95,201,122 | 27,305,972 | 22,519,095 | 6,047,910 | 151,074,099 | - | 151,074,099 |
| At May 31,2007 | 344,645,078 | 92,912,331 | 150,529,373 | 40,856,269 | 628,943,051 | - | 628,943,051 |
| **Net book value:** | | | | | | | |
| At May 31,2007 | 1264,814,903 | 198,987,478 | 11,020,627 | 18,143,731 | 1,492,966,739 | 124,878,000 | 1,617,844,739 |
| At May 31, 2006 | 1,360,016,025 | 178,945,950 | 28,239,722 | 24,191,641 | 1,591,393,338 | - | 1,591,393,338 |

11-1- The Institute's fixed assets (Except motor vehicles) have not been insured.

11-2- The buildings are located in Borujerd, Shiraz, Kermanshah and Orumieh.

11-3- The increase in buildings relates to repair and reconstruction of Orumieh office building

10

Tab 33
Page 13 of 18

CF291913

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31,2007**

### 12. OTHER ASSETS

Other assets are as follows:

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Software | 60,274,680 | 60,274,680 |
| Less: software amortization | (44,154,192) | (31,096,192) |
| Net | 16,120,488 | 29,178,488 |
| Royalties | 38,208,110 | 38,208,110 |
| **Total** | **54,328,598** | **67,386,598** |

### 13. ACCOUNTS PAYABLE

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Mr.Lahiji | 3,923,976,170 | 2,822,019,601 |
| Payable deposits | 80,000,000 | - |
| Rents payable | 325,000 | - |
| Employees credit | 2,396,312 | (44,333) |
| Insurance payable | 4,230,763 | 7,952,524 |
| Auditing fees | - | 20,000,000 |
| Others | 72,729,800 | 34,000,000 |
| **Total** | **4,083,658,045** | **2,883,927,792** |

### 14. DISTRIBUTABLE FUNDS

Distributable funds have shown the following movement during the year:

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Balance at beginning of the year |  | (1,855,779,230) | 2,835,532,604 |
| Donations allocated during the year | 14-1 | 17,003,003,951 | 6,558,069,004 |
|  |  | 15,147,224,721 | 9,393,601,608 |
| Less: donations paid to: |  |  |  |
| Protected children | 14-2 | (11,133,968,658) | (9,099,937,968) |
| Allocated budgets | 14-3 | (1,405,803,802) | (1,483,954,553) |
| Blind children |  | - | (282,813,961) |
| Protected students |  | (25,154,000) | (144,846,495) |
| Designated payments | 14-4 | (65,534,993) | (237,827,861) |
|  |  | (12,630,461,453) | (11,249,380,838) |
| Total (distributed) distributable contributions |  | 2,516,767,276 | (1,855,779,230) |

14-1-The allocated donations by U.S. Koodak Charity during the year were US$ 1,426,956 (IRR 13,146 million) for distributing foods between children. Other allocated sources were IRR. 3,857 million.

14-2 During the fiscal year, the Institute has protected 3282 girls and 2105 boys and paid to them regular monthly and other specified payments. Furthermore, a number of orphan students in Tehran, Kashan and Shiraz are collectivity under protection of the Institute.

11

Tab 33
Page 14 of 18

14

CF291914



**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31,2007**

14-3-Payables based on allocated budgets are detailed as follows:

| | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Office administration and general Exp. | | 1,181,173,318 | 1,019,385,531 |
| Charities payable to other institutes | 14-3-1 | 44,227,404 | 90,882,595 |
| Budget for purchasing sheep | | 9,945,000 | 20,650,000 |
| Payables to blinds association | 14-3-2 | 2,405,000 | 1,200,000 |
| Payables to other poor | | 21,208,000 | 40,354,175 |
| Payables for sick children | | 7,583,270 | 8,826,980 |
| Children food budget | | 4,683,060 | - |
| Cultural activities budget | | 46,535,550 | - |
| Special budget for Nima Azimi | | 46,000,000 | - |
| Budget for Khaneh Madar va Koodak | | 42,043,200 | 70,000,000 |
| Other Payables | | - | 91,053,000 |
| **Total** | | **1,405,803,802** | **1,342,352,281** |

14-3-1-Amounts paid to other charity and cultural institutes are as follows:

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Payment to cultural institute of Iranians residented in Maryland | - | 16,380,000 |
| Namin School | - | 22,423,500 |
| Bushehri Educational Center | - | 5,000,000 |
| Others cultural affairs | 44,227,404 | 47,079,095 |
| | **44,227,404** | **90,882,595** |

14-3-2-Payments to the following associations of blind people:

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Zahedan -Mehr Blind Complex | - | 1,200,000 |
| Other general budgets for blind people | 2,405,000 | - |
| | **2,405,000** | **1,200,000** |

14-4. Designated payments are as follows:

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Paid for Child Foundation publications | - | 59,420,100 |
| Child Foundation requirements | 5,954,403 | 24,611,200 |
| Orumieh project | 2,834,200 | - |
| Printing & other orders | 23,225,200 | |
| Loan interest | - | 153,796,561 |
| Staff wages & bonus | 33,251,190 | - |
| | **65,534,993** | **141,602,272** |

12

Tab 33
Page 15 of 18

15

CF291915

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31,2007**

### 15. SHORT-TERM LOANS

Short-term bank loan (paid by Karafarin Bank Apadana branch) witch at the beginning of the year was IRR.1,679,269,407 been settled during the fiscal year.

This loan was received in last year to cover the problems for transferring the donations by overseas institutes. The bank interest and charges are recorded in financial expenses.

### 16. TAXATION

a)  The Charity Institute is a non-profit organization and is, accordingly, exempt from income tax under paragraph "T" of Article 139 of the Iranian Direct Tax Act. However, such exemption is applied when the Ministry of Economic Affairs and Finance issues a clearance certificate based on the examination of the Institute's books and records.

b)  Tax assessments have been finalized and settled up to and including the year ended 31 May 2003 and 2005

c)  The institute's taxable income for 2004 has been assessed on deemed basis. Tax assessment for the year, amounting to IRR 94.4 million has been received and contested. The case has now been referred to the Tax Dispute Settlement Committee but its outcome is not clear to the date of this report.

d)  Tax assessment for the years ended 31 May 2006&2007 has not been received yet.

### 17. CONSIGNED FUNDS

|  | Note | 2007 IRR | 2006 IRR |
|---|---|---|---|
| Mr. Lahiji | 17-1 | 5,353,200,000 | 5,353,200,000 |
|  |  | **5,353,200,000** | **5,353,200,000** |

17-1-Payables to Mr. Lahiji consist of the principle of granted fund and relative interest which deposited at Karafarin Bank.

### 18. FUNDS COLLECTED FROM INTERNAL SUPPORTERS

The Institute has admitted 841 internal supporters and in this regard has received in total IRR 2578/7 million during the year under review.

13

Tab 33
Page 16 of 18

CF291916

**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31, 2007**

### 19. OTHER DONATIONS RECEIVED

| | 2007 IRR | 2006 IRR |
|---|---|---|
| Donations received from others | 256,322,000 | 420,237,722 |
| Donations received from branches | 349,729,400 | - |
| | 606,051,400 | 420,237,722 |

### 20. PAYMENTS TO THE CHILDREN PROTECTED BY LOCAL SUPPORTERS

The Institute has made an effort to admit 701 local poor people since 2001. During the year, IRR 2488/2 million has been paid in this respect.

### 21. ADMINISTRATION AND GENERAL EXPENSES

Administration and general expenses are as follows:

| | 2007 - IRR | | | 2006 - IRR |
|---|---|---|---|---|
| | Total | Transferred to distributable funds | Net Balance | Net Balance |
| Personnel expenses | 887,165,405 | 709,732,325 | 177,433,080 | 125,775,136 |
| Brokering fees | 156,460,000 | 125,168,000 | 31,292,000 | 26,454,962 |
| Professional fees | 52,277,287 | 43,617,330 | 8,659,957 | 16,978,536 |
| Transportation | 37,872,638 | 30,298,110 | 7,574,528 | 13,744,860 |
| Mail & post | 59,380,030 | 47,504,024 | 11,876,006 | 11,478,984 |
| Photo and filming | 21,340,950 | 17,072,760 | 4,268,190 | 5,989,550 |
| Telephone and internet | 44,997,762 | 36,598,210 | 8,399,552 | 14,386,552 |
| Auditing fees | 7,000,000 | 5,600,000 | 1,400,000 | 5,400,000 |
| Supplies | 44,165,490 | 35,332,392 | 8,833,098 | 7,021,070 |
| Equipment depreciation | 22,519,095 | - | 22,519,095 | 31,432,633 |
| Furniture depreciation | 27,305,972 | - | 27,305,972 | 23,495,306 |
| Building depreciation | 95,201,122 | - | 95,201,122 | 94,111,908 |
| Vehicles depreciation | 6,047,910 | - | 6,047,910 | 8,063,881 |
| Software amortization | 13,058,000 | - | 13,058,000 | 13,058,000 |
| Building maintenance and repairs | 18,986,811 | 16,489,499 | 2,497,362 | 4,802,895 |
| Utilities | 11,181,739 | 8,945,391 | 2,236,348 | 1,523,983 |
| Computer Services | 18,436,830 | 14,749,464 | 3,687,366 | 739,900 |
| Copy and print | 19,387,090 | 15,509,672 | 3,877,418 | 1,745,284 |
| Rent | 14,805,000 | 11,844,000 | 2,961,000 | 2,505,000 |
| Others | 164,795,652 | 131,836,521 | 32,959,131 | 16,299,671 |
| | 1,722,384,783 | 1,250,297,648 | 472,087,135 | 425,008,111 |

Based on agreement with U.S. Child Foundation at the end of year, %80 of cash expenses of the Institute are credited to distributable funds account and set off against the amounts received from that Foundation.

Tab 33
Page 17 of 18

١٧

CF291917



**REFAH KOODAK CHARITY INSTITUTE**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED MAY 31,2007**

**22. FINANCIAL EXPENSES**

The financial expenses in amount of IRR. 75,821,781 is the interest on Karafarin bank loan.

**23. NET OTHER NON-OPERATING INCOME & EXPENSES**

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Interest on deposits with Karafarin Bank | 14,548,771 | 21,646,678 |
| Interest on loan to Mrs. Jokar | - | 700,000 |
| Exchange of foreign currencies | 20,648,043 | 521,776 |
|  | 35,196,814 | 22,868,454 |

**24. RECONCILIATION OF OPERATING INCOME**

The reconciliation of operating income with net cash inflows from operating activities is as follows:

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Net excess of operational income over expenses | 224,377,492 | 69,119,922 |
| Depreciation of fixed assets | 151,074,099 | 157,103,728 |
| Other assets depreciation | 13,058,000 | 13,058,000 |
| Decrease in Inventory | 3,110,800 | - |
| Decrease in prepayments | 80,458,500 | (86,618,500) |
| (Increase) in accounts receivable | (212,188,269) | (957,497,571) |
| Increase in accounts payable and short-term loans | 97,773,684 | 18,415,457 |
| Increase (Decrease)in distributable f Mr.Lahiji funds | 2,516,763,268 | (4,691,311,834) |
| Foreign currency exchange gain | 20,648,043 | 521,776 |
| **Cash flow generated from operating activities** | **2,895,075,617** | **(5,477,209,022)** |

**25. NON-MONEYTORY TRANSACTIONS**

|  | 2007 IRR | 2006 IRR |
|---|---|---|
| Bank deposit Interest for Lahiji's fund | 1,101,956,569 | 1,084,963,642 |
|  | **1,101,956,569** | **1,084,963,642** |

**26. CONTINGENT LIABILITIES AND CAPITAL COMMITMENTS**

There is not any capital commitment or contingent liabilities at the year end.

**27. POST BALANCE SHEET EVENTS**

To the date of preparation of the financial statements there has been no significant event, which could materially affect presentation of the financial statements or require separate disclosure.

15

Tab 33
Page 18 of 18

CF291918