SECRET

---

<u>In the Name of the Great God</u>

Advisor to the UN
Economic & Social Council

Date: 5/28/2006
Number: 28406/m/102

Child Foundation
*Child Foundation*



Dear Dr. Yasrebi, [PH]

Greetings,

Per our phone conversation, hereby I am sending you a summary of the latest financial statement for the Child Foundation in Iran:

| Description | Amount in Rials |
|---|---|
| Surplus on orphan's account: (according to the budget) as compared with the fund paid by sponsors | 8,072,081,166 [USD 906,833.00] |
| Sum outstanding to orphans with regards to the amounts paid by sponsors (At least 50% of the amount needs to be paid) | 8,872,288,483 [USD ▮▮▮▮▮] |
| Deposit in bank, paid by Mr. Lahiji | 5,850,000,000 [USD 675,200.00] |
| Cash available | 1,000,000,000 [USD 112,342.00] |
| In transit amount (Sent to Dubai) | $ 28,800 |

Ahmad Iranshahi [PH]
Director of Child Foundation in Iran [Signed]
Address: Tehran-Khorramshahr Avenue, Golshan Street, Golzar Alley, Number 20, Postal Code: 155764771
Telephone: 88502182-4  Fax: 88764771



SECRET

Tab 34
Page 1 of 4

CF288766

SECRET

*E-mail: Iranoffice@childf.com    www.childf.com*

5

SECRET



Tab 34
Page 2 of 4

CF288767



SECRET

*Fax Document*

LINE ID: 5036981573
SID:
START TIME: 2006-09-25   03:45:58 PST
DURATION: 00:01:10
PAGE 1 OF 4

2



SECRET

Tab 34
Page 3 of 4

CF288764

FROM : CHILD FOUNDATION          FAX NO. : 9821-8764  مصص          Sep. 26 2006 04:22AM  P2

بسمه تعالی

داراى مقام مشورتى از
اكوسوكى سازمان ملل

بنیاد کودک
Child Foundation



تاریخ : ۱۳۸۵/۷/۳
شماره : ۱۰۱/م/۴۷ غ ۲۸

جناب آقاى دکتر یثربى

باسلام،

عطف به مذاکره تلفنى خلاصه آخرین وضعیت مالى بنیادکودک در ایران بشرح زیر به عرض مى رسد

| شرح | مبلغ بریال |
|---|---|
| واریز اضافى به حساب مددجویان(مطابق بودجه) نسبت به وجوهات پرداختى توسط کفیلان | ۸,۰۷۳,۰۸۱,۱۶۶ |
| طلب مددجویان با توجه به وجوه واریزى توسط کفیلان( حداقل ۵۰٪ مبلغ مى بایستى پرداخت شود) | ۸,۸۷۲,۲۸۸,۴۸۳ |
| سپرده نزد بانک از بابت وجوهات آقاى لاهیجى | ۵,۸۵۰,۰۰۰,۰۰۰ |
| موجودى نقدى | ۱,۰۰۰,۰۰۰,۰۰۰ |
| وجه بین راهى( ارسالى به دوبى) | ۳۸,۸۰۰(دلار) |

احمد ایرانشاهى
مدیر بنیادکودک ایران



SECRET

E-mail: iranoffice@childf.com
www.childf.com          تلفن : ۸۸۵۰۲۱۸۲-۴
فاکس: ۸۸۷۶۴۷۷۱          آدرس: تهران، خ خرمشهر، خ گلشن، ک گلزار، پلاک۲۰
کد پستى: ۱۵۵۷۶۱۴۱۵۳

Tab 34
Page 4 of 4

CF288762