UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

| | |
|---|---|
| File number: | 415I-PD-47644 |
| Requesting Official and Office: | SA Kim Price, Portland |
| Task number: | ██████ |
| Date Task Completed: | 5/6/11 |
| Name and Office of Linguist: | ████████████Q |
| Source Language: |  ████████ |
| ████Language: |  ████████ |

Audio

--Date, Time, Duration of Recording:    11/28/06, 10:45:19, 7:23 minutes

--Line████Number:    5033805646

### VERBATIM TRANSLATION

**Participants:**
| | |
|---|---|
| LW | Lahiji's [PH] wife |
| MY | Mehrdad Yasrebi [PH] |

**Abbreviations:**
| | |
|---|---|
| PH | Phonetics |
| UI | Unintelligible |
| OV | Overlap |

UNCLASSIFIED

Tab 35
Page 1 of 10

CF375234

UNCLASSIFIED

S20061128104519_5033805646_969

MY:        Hello.

LW:        Hello Mr. Yasrebi, how are you? This is Lahiji.

MY:        Hello, are you okay God willing? [Laughing]

LW:        I talked to Mr. Iranshahi, I would like to discuss two...few subjects with you because we know you better--

[Coughing]

LW:        --than Mr. Iranshahi.

MY:        Please, definitely. Okay.

LW:        First, here, he wrote 60 thousand dollars for students... needy college students--

MY:        Yes, yes.

LW:        --but, he got 67 thousand dollars...thing...from us...I mean the letter we signed and sent to you was 67 thousand dollars not 60 thousand dollars.

MY:        Which letter Mrs. [UI]?

LW:        There was a letter *faxed* by you and you asked us to confirm and *fax* it back; that, Mr. Lahiji signed and sent back to you.

MY:        Was it a couple of days ago?

LW:        67 thousand dollars, no this was almost November...no, this was approximately few months ago. There was a letter written to us hmm...contributing the amount of 67 thousand dollars from you fund to this institution, in order to complete related documentations, please confirm these documents. It was 67 thousand dollars that they asked us to endorse and send back.

UNCLASSIFIED

2

Tab 35
Page 2 of 10

CF375235

UNCLASSIFIED

S20061128104519_5033805646_969

MY:    Ms. Lahiji, do you have a copy of it, because I don't have it.

LW:    Yes, it is in front of me right now. As a matter of fact you *faxed* it to me from...of course your name is not there but the number written on it is 503--

MY:    Yes.

LW:    --I mean--

MY:    We definitely *faxed* that, I do not have a recollection of it now (remember it). Then look what that is for? Was it for the same thing...that Doctor [Iranshahi] gave for college students' tuition?

LW:    Yes. This was 67 thousand dollars; however, it is written 60 thousand dollars in this letter.

MY:    [OV] 60 thousand dollars.

LW:    Now, this is one subject.

MY:    Well, we now consider the smaller figure (number)--

LW:    Then, if you consider the smaller amount, then 67 thousand dollars is deducted from our money.

MY:    No, we took the same amount you said [you allow us] from your account. If you say less...60 thousand dollars we took that amount. [UI]

LW:    Then where did they get the 7 thousand dollars?

MY:    Well, they perhaps took it from their own accounts; if you send that to me I will quickly verify it for you and give you the answer.

LW:    Then another subject is, that the 50 thousand dollars that they took and put back--

UNCLASSIFIED

3

Tab 35
Page 3 of 10

CF375236

UNCLASSIFIED

S20061128104519_5033805646_969

| | |
|---|---|
| MY: | Yes. |
| LW: | -that never hmm...hmm. First of all, I...I never...why do they want us to verify. |
| MY: | Ha...do you know why they want you to verify it? |
| LW: | No. |
| MY: | Because your money...they arrange thing...there is a contract they signed with Doctor [Lahiji] and the Child Foundation in Iran-- |
| LW: | Yes. |
| MY: | --that they leave this money in the account for 4-5 years-- |
| LW: | Yes. |
| MY: | --okay, this is a certificate of deposit and you are legally the owner of the account-- |
| LW: | Yes. |
| MY: | --now the Child Foundation is not authorized to touch this money unless you grant permission. |
| LW: | Yes. |
| MY: | Now, what Mr. Iranshahi did...last year...Mrs. Lahiji, for over a year, we could not send money to Iran-- |
| LW: | Why? |
| MY: | --because we did our work differently...we were sending money to Switzerland before, and then from Switzerland we were sending it to Iran. |
| LW: | Yes. |

UNCLASSIFIED

4

Tab 35
Page 4 of 10

CF375237

UNCLASSIFIED

S20061128104519_5033805646_969

MY:  then our lawyers advised us that it is not even right to do it this way. The way we do it now, is we buy food--

LW:  Yes.

MY:  --from Dubai, Pakistan, and then we send the food to Iran.

LW:  Correct.

MY:  Then we distribute the food among charities and charities give us money for it.

LW:  Right.

MY:  Because we changed our *system* [UI] that is why we couldn't send money to Iran for...I don't know the exact period but almost for 11-12 months. Therefore, we had a huge shortage in our children's budget.

LW:  Right.

MY:  When that happened, Mr. Iranshahi without your permission--

LW:  Yes.

MY:  --went and took 50...50 thousand dollars and spent it, and then when he got money, he put it back.

LW:  Right.

MY:  Now the people who audit us say, that you did not have right to take money without permission--

LW:  Right.

MY:  --we audit you, and Mr. Lahiji has to sign this to confirm that he gave you permission to --

UNCLASSIFIED

5

Tab 35
Page 5 of 10

CF375238

UNCLASSIFIED

S20061128104519_5033805646_969

| | |
|---|---|
| LW: | Yes. |
| MY: | --to do this. It means that the amount of your fund did not change, but we did not have permission to take [withdraw] money from your account. |
| LW: | Right. |
| MY: | even though we put it back [into your account]. |
| LW: | Yes. |
| MY: | They want this...thing from you...eh...they want you to okay it. |
| LW: | Yes, we will do it for you Mr. Yasrebi... but... because...we will say it was approved; but...hmm... for instance, Mr. Iranshahi should not have done such thing. If he knew about this situation, he should have told us-- |
| MY: | [OV] I agree. |
| LW: | --well, he should have contacted us-- |
| MY: | [OV] Yes that is right, he should have told you. |
| LW: | --we would have accepted for sure...and it was very unlikely for us to say no-- |
| MY: | No. |
| LW: | -- you cannot do things like that. |
| MY: | Well, because he knew...he probably thought it won't be a problem for you...but you are right; I will tell him, if he wants to do something like this, he must get your permission first. |
| LW: | Yes, because when I talked to him, he stated that Mr. Yasrebi told us to do that. |

UNCLASSIFIED

6

Tab 35
Page 6 of 10

CF375239

UNCLASSIFIED

S20061128104519_5033805646_969

MY:    He might have been embarrassed now...I never do such thing. [Laughing]

LW:    [Laughing] I don't want to confront him now because I--

MY:    [OV] [UI] no.

LW:    --I don't know him well.

MY:    He might feel embarrassed, and did not want to do thing--

LW:    [Laughing]

MY:    -- to avoid responsibility; he said that I told him.

LW:    But well--

MY:    [OV] But sure, I will definitely tell him--

LW:    -- it is not a right thing to do--

MY:    --no, I agree. I will say [UI]

LW:    --now, we only do it for you...because we personally know you, we sign it--

MY:    Thank you.

LW:    --to resolve this situation, but [UI] know about things like this--

MY:    [OV] of course, yes [UI]

LW:    --we should avoid happening--

MY:    [OV] No, yes, okay. I definitely tell them, if things like this are going to happen, they have to get your *okay* first.

UNCLASSIFIED

Tab 35
Page 7 of 10

CF375240

UNCLASSIFIED

S20061128104519_5033805646_969

LW:          -- not to be surprised like this [laughing].

MY:          Of course. Look, Mrs. Lahiji let me tell you something, because the system works like this--

LW:          Right

MY:          --it means, you should not worry...it means although we took it and put it back--

LW:          Yes.

MY:          --they still created problem for us--

LW:          Yes...they trouble you.

MY:          --but it is also a reassurance for you...that .with no doubt your money will not be touched.

LW:          No, we trust you Mr. Yasrebi--

MY:          [OV] [UI]

LW:          --but God is our witness...I don't know...of course, I did not have the honor...to meet you in person--

MY:          Please.

LW:          --but ...hmm...somehow we trust you.

MY:          I trust you too.

LW:          If it was someone else with this much money...he/she would go to Tehran and the bank hundred times--

MY:          Of course, definitely [UI]

UNCLASSIFIED

8

Tab 35
Page 8 of 10

CF375241

UNCLASSIFIED

S20061128104519_5033805646_969

LW:        --we did not *control* [supervise] anything...we trust you.

MY:        But Mrs. Lahiji I tell you, it is okay to trust but try to [UI] I know you trust, but these legal matters...you have the legal thing in your possession--

LW:        Yes.

MY:        --I said few times, and I also said to Dr. Lahiji; Mr. Iranshahi also...honest to God, he himself told me hundred times, to do these thing...thinking that we are dead--

LW:        It is true.

MY:        --then your money...you should have legal thing in your hand.

LW:        Yes.

MY:        We don't know what might happen.

LW:        Yes.

MY:        Is okay to trust...but about legal issues...you have to have legal thing, if God forbid, something happened...your money--

LW:        Yes.

MY:        --is not lost.

LW:        Yes, okay.

MY:        God willing.

LW:        Well, God willing, should I now fax this to you or to Mr. Iranshahi?

MY:        It is better if you *fax* it to Mr. Iranshahi, because even if you *fax* it to me I must *fax* it to him.

UNCLASSIFIED
9

Tab 35
Page 9 of 10

CF375242

UNCLASSIFIED

S20061128104519_5033805646_969

| | |
|---|---|
| LW: | Okay [UI] |
| MY: | But if it is difficult for you and it did not go through...fax it to me and I deliver it to him. |
| LW: | Okay if it did not go through I will *fax* it to you and if it did then-- |
| MY: | [OV] Thank you. |
| LW: | --thank you very much. |
| MY: | Thank you, please send my regards. |
| LW: | Goodbye. |
| MY: | Goodbye. |

UNCLASSIFIED

Tab 35
Page 10 of 10

CF375243