Reprint - 11/14/2006, 4:33pm

*111000038*
03/03/2006
6412290694

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

Lahiji Urology Centers, PA
201 E. Nolana, Ste 28
McAllen, TX 78504
(956) 687-8686

LONE STAR NATIONAL BANK
McALLEN, TX 78504

2493

12/31/2005

PAY TO THE ORDER OF ___ Child Foundation ___  $ **200,000.00

Two Hundred Thousand and 00/100************************************ DOLLARS

Child Foundation
PO Box 1364
Clackamas, OR 97015

MEMO  Khums Dues, Islamic Taxes for 2005

⑈002493⑈ ⑆114911687⑆ ⑈365 0246 4⑈ ⑈00 20000000⑈

⑈002493⑈          ⑆114911687⑆          365 0246 4⑈          ⑈00 20000000⑈

Tab 37
Page 1 of 4

CF289091

| Message0865 | |
|---|---|
| **Subject:** | **RE: Donation** |
| **From:** | cf-marcia |
| **Date:** | 3/7/2006 10:52:00 PM |
| **To:** | David Kirkwood |
| **CC:** | myasrebi@childfoundation.org |
| **Message Body** | |

Hi David:

Did you still want me to enter. Did anyone translate the notes in Farsi?

Marcia

---

From: cf-marcia [mailto:cf-marcia@qwest.net]
Sent: Friday, March 03, 2006 8:04 PM
To: 'David Kirkwood'
Subject: RE: Donation

Hi David:

Saideh attached a note that Abu emailed you about deposit date for this check.

Am I to use 12/31/05 as the deposit date? Also there are some notes written in Farsi that I should have translated before I enter payment.

Talk to me about this on Monday.

Thanks,

00000001

CF289083

Marcia

From: David Kirkwood [mailto:cf-david@qwest.net]
Sent: Thursday, March 02, 2006 10:54 AM
To: 'cf-marcia'
Subject: Donation

Hi, Marcia...

We're going to be receiving $200,000 as a one-time donation into the General Fund today. This will be an "other" fundraiser with no children selected. Please have it posted this way in FMP. Do NOT send out a receipt for this item. Let me have a copy of the check and I will do a thank you letter and do a manual receipt. Although we're receiving it today, it is a "2005" donation for tax purposes. The check should be dated December 31, 2005.

Thanks,

David

---

**Outlook Header Information**

Conversation Topic: Donation
Subject: RE: Donation
From: cf-marcia
Sender Name: cf-marcia
To: David Kirkwood
CC: myasrebi@childfoundation.org
Delivery Time: 3/7/2006 10:52:00 PM
Creation Time: 3/7/2006 10:49:44 PM
Modification Time: 3/7/2006 10:49:44 PM
Submit Time: 3/7/2006 10:52:49 PM
Importance: Normal
Priority: Normal

00000002

CF289084

**CHILD FOUNDATION**

March 6, 2006

RECEIVED
MAR 1 3 2006
BY:

Mr. Hossein Lahiji
Lahiji Urology Centers, PA
801 East Nolana, Ste 20
McAllen, TX 78504

Dear Mr. Lahiji;

We wish to thank you for your generous contribution to the Child Foundation in the amount of $200,000.00 for the tax year ending December 31, 2005.

Please keep this written acknowledgement of your donation for your tax records. Starting January 1, 1994, the IRS will no longer accept your canceled checks as proof of any donation of $250.00 or more. Changes in tax law also require us to estimate the value of goods or services, if any, that have been rendered to you in return for your contribution, and to remind you that your contribution is deductible only to the extent that it exceeds what we have provided. No goods or services have been provided to you.

Again, we thank you for the generosity of support you have shown Child Foundation. Your contribution will greatly help us in our efforts to provide opportunities to talented, disadvantaged children for a better life today and a hope for a better, brighter and prosperous tomorrow.

Sincerely,

Dr. Mehrdad Yasrebi, President
Child Foundation

Tab 37
Page 4 of 4

CF289085