UNCLASSIFIED

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

| | |
|---|---|
| File number: | 415I-PD-47644 |
| Requesting Official and Office: | Kim Price, Portland |
| Task number: | ▆▆▆▆ |
| Date Task Completed: | 3/18/2011 |
| Name and Office of Linguist: | ▆▆▆▆▆▆▆▆ |
| Source Language: | ▆▆▆▆ |
| ▆▆▆Language: | English |

Audio

--Date, Time, Duration of Recording:    9/26/2006, 20:51 minutes

## VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| Farhad [PH] | Iranshahi [PH] |
| Mehrdad [PH] | Yasrebi [PH] |

**Abbreviations:**

| | |
|---|---|
| UI | Unintelligible |
| IA | Inaudible |
| PH | Phonetics |
| OV | Overlap |
| TN | Translator's note |
| *Italics* | English |

[TN:  Toman is a unit of currency in Iran.]

UNCLASSIFIED

Tab 38
Page 1 of 15

CF375523

UNCLASSIFIED

Call #S20060926093444                8/31/2010                          1:19 PM

Farhad:     Hello.

Mehrdad:    Hello.

Farhad:     Hello dear Mehrdad.

Mehrdad:    Hello dear Farhad, God willing I hope you are okay.

Farhad:     How are you? I say… dear Mehrdad, before I forget, let me tell you
            something, look, I…these funds which are given as *one time donation*, I
            did not calculate (count), it means some of these funds, as you know is
            going to cover that deficit. I did not consider any of them.

Mehrdad:    What do you mean, you did not count [consider] that.

Farhad:     Look, you get a number of donations, 50 dollars, 100 dollars, 200 hundred
            dollars, 500 dollars, 1000 dollars, those, we have to eventually use [them]
            for expenses; those you said is not related to you, but to us.

Mehrdad:    It has nothing to do with us but to do with you?

Farhad:     Do you remember?

Mehrdad:    No, which one. Those have something to do with us!

Farhad:     No, the ones have everything to do with us.

Mehrdad:    For example?

Farhad:     There are lots of things, it is for mother's day, for New Year's day, for
            birthday, I mean not children's birthday, those general ones, those which
            are not for children, I have not calculated those yet. We still have to
            document them and bring them into accounts, and like I said to cover the
            children's budget deficit from there.

Mehrdad:    hmm…look dear Farhad, we don't have much of those that you are talking
            about…for instance, we have for thing…sick children…those--

Farhad:     [OV] Sick children [UI].

Mehrdad:    --you cannot count them for other things. You have to spend it on sick
            children.

UNCLASSIFIED
2

Tab 38
Page 2 of 15

CF375524

UNCLASSIFIED

Call #S20060926093444                8/31/2010                          1:19 PM

Farhad:        May God preserve them from evil eye! [UI] have many sick children.

Mehrdad:       Look dear Farhad, in any case, this thing you sent upset me since
               yesterday. It cannot be done this way dear Farhad. We have to know
               exactly how much budget we have, how much our expenses are, otherwise
               we will be ashamed in front of God and also people.

Farhad:        You must know that, not us, you—

Mehrdad:       [UI] Dear Farhad, I don't know that, look—

Farhad:        — [OV] [UI] no.

Mehrdad:       —God's servant, look we—

Farhad:        [OV] Don't you do budgeting?

Mehrdad:       — how do I do that? I gave you all the money; I gave it to you without any
               thing… how do I know what you do.

Farhad:        Dear sir, dear Mehrdad, what are you saying? As we introduce a child to
               you, don't you tell us to give that child so much every month?

Mehrdad:       Man, you know how much money we gave to you.

Farhad:        Eh…what are you talking about?

Mehrdad:       [OV] Well dear Farhad, if that is the case…how can you hold college
               students' money, but cannot decide on other things?

Farhad:        Look dear Mehrdad, pay attention to what I say, for one minute…don't
               you clarify the budget when you accept the child… 30 dollars…40 dollars,
               Mr. Sharafi [PH] asks us to give 30 dollars to this child, 40 dollars to that
               child, 50 dollars to the other and 100 dollars to the child with cancer. You
               write these things in the *file maker*.

Mehrdad:       Dear Farhad —

Farhad:        [OV] We [UI] based on [UI].

Mehrdad:       — dear Farhad I accept…relatively…but you have to give us an estimate
               and tell us hey "you had 100 thousand dollars deficit last month… last
               three months."

UNCLASSIFIED
3

Tab 38
Page 3 of 15

CF375525

UNCLASSIFIED

Call #S20060926093444                8/31/2010                            1:19 PM

Farhad:      [UI]

Mehrdad:     How do I know? [UI] after 12 years you tell me that we owe 8 hundred million Tomans.

Farhad:      How do I know dear Mehrdad? I get it from your accounting books; I myself do not have any books.

Mehrdad:     Dear Farhad, I am not accountant--

Farhad:      [OV] [UI]

Mehrdad:     -- not even my sole...I am not familiar [I don't understand] with these things.

Farhad:      Dear Mehrdad, listen, we never...you tell us that this sponsor gave 300 dollars for this child for one year, is that true or not?

Mehrdad:     Okay.

Farhad:      on the other hand, you ask us to give him 20 dollars per month, is that true? You say that, I don't...you write that for me in *file maker*...Mr. Sharafi writes how much I have to give to this child; I do not do this on my own. You ask to give 100 dollars to children with cancer and I give 100 dollars, you ask to give 40 dollars to this child, I give 40 dollars and then at the end of the year you tell me that the sponsor or sponsors gave this much for that child, well this information comes from you, I get it all from the *file maker*. You calculate that yourself...by the end of the year the child that you asked to be given 60 dollars...don't consider anything else...12 multiplies by 60 is 720. When you realize that his/her sponsor or sponsors gave only 500 dollars, it is obvious that you will have a budget deficit for this child. You add the budget deficit for children then you realize how much will that be. I don't have any role in that at all.

Mehrdad:     Now...thing...look Farhad, now you clarify one thing for me, for instance, it is 4-5 months that we are getting things for children...money for their birthdays...are you giving that money to them or not?

Farhad:      Yes, all...birthday money, sickness money, money for space heater, refrigerator, if you put a name on it...deposit for the house...I give all of them, but there is a fund that says for assistance [help] I look and see if they owe, I don't give it to them, but if he/she does not owe I give it to him/her. We do not have any power of our own, dear Mehrdad, we give all the money you ask us to give, I still am cautious, the children who owe us from the past, children who had less sponsors and owed money, I do not

UNCLASSIFIED
4

Tab 38
Page 4 of 15

CF375526

UNCLASSIFIED

Call #S20060926093444                8/31/2010                1:19 PM

pay them any of all-purpose (general) funds; because if I wanted to give them that money it will be a disaster.

Mehrdad:    You, dear Farhad...look --

Farhad:    [OV] [UI] child--

Mehrdad:    --now...I don't know--

Farhad:    --Mr. Sharafi who asks to give 60 dollars to a child, he who asks to give 100 dollars to a child with cancer...everyday...on the other hand, I look and see that the child's sponsor only gave 40 dollars; Ms. Zonoozi [PH] screams and says...why we didn't give the child 100 dollars, and states that "we got 100 dollars for that child." They do not know anything about money [they don't understand].

Mehrdad:    [OV]--do you want us not to...at all--

Farhad:    [UI].

Mehrdad:    --do you want us to remove those sections for good and give the children whatever they get. Can it be done? Do you want us to do that?

Farhad:    It can't be, dear Mehrdad, it doesn't work.

Mehrdad:    Well, dear farhad...dear man--

Farhad:    [OV] [UI].

Mehrdad:    --you tell me what to do.

Farhad:    [UI]

Mehrdad:    No, you tell me what to do.

Farhad:    [UI] listen.

Mehrdad:    [OV] Dear Farhad we cannot have budget deficit.

UNCLASSIFIED
5

Tab 38
Page 5 of 15

CF375527

UNCLASSIFIED

| Call #S20060926093444 | 8/31/2010 | 1:19 PM |
|---|---|---|

**Farhad:** [OV] Please, allow me…that is what I want to tell you. The only thing that we can do is to have an assessment every six months --

**Mehrdad:** Every six months?

**Farhad:** --assessment [evaluation] to adjust their stipends. It can't be done before 6 months time period.

**Mehrdad:** Why not?

**Farhad:** every six months, we--

**Mehrdad:** [OV] Let us do it every three months… six months it too long.

**Farhad:** -- it can't be done. It is a difficult job [UI].

**Mehrdad:** [OV] Dear Farhad [tell me] form where we can cover the 200 thousand dollars, "six month budget deficit".

**Farhad:** [UI] no dear Mehrdad--

**Mehrdad:** [OV] Because…how much you said in one year…8 hundred thousand …up until now, you say 400 thousand dollars.

**Farhad:** -- [UI].

**Mehrdad:** Um-hum.

**Farhad:** because some are giving money annually, some semi-annually. I don't know if they will give the money or not. We cannot do it less than [before] 6 months period. It is not logical at all. We only have to go for major [large] funds God willing, and don't spend them, and only save them for our deficits. Look, a family who gets 40 [thousand] Tomans per month, manages life based on the 40 [thousand] Tomans and must eventually live on that; but if you want to give them 20 [thousand] Tomans one month and 40 [thousand] Tomans next month, and again 20 [thousand] Tomans, the family cannot --

**Mehrdad:** Well, dear Farhad, look--

Tab 38
Page 6 of 15

CF375528

UNCLASSIFIED

Call #S20060926093444                8/31/2010                          1:19 PM

Farhad:      [OV] but--

Mehrdad:     --look Farhad, then we have to do something...we have to do something. I
             don't know these things; I only know that you have to inform us on a
             regular basis. We do not have accountant to do these works; it is your
             responsibility [it is in your hand], every other month, you have to tell us
             how much money that they [sponsors] gave for refrigerator and other stuff
             you gave or did not give; our budget for instance, we have this much
             deficit monthly, for tuitions so I can figure out what to do.

Farhad:      -- [UI]

Mehrdad:     [UI] what should I do...honest to God there is no way...it is impossible to
             make that available to you. It is not possible at all, it is not doable, forget it.

Farhad:      Now, let's do something.

Mehrdad:     Tell me.

Farhad:      You should be patient until I look at the funds again and tell you what the
             total of these small funds is. I think it is about 150 to 200 thousand dollars
             of small funds that we have from before that we did not spend...I think. I
             must look again. There is 100 thousand dollars...one hundred and some
             thousand dollars I think we have. Look dear Mehrdad, we have 100 million
             [Tomans] now...28...28 thousand dollars you sent to that person, how
             much more money you have?

Mehrdad:     We have something about 200 [thousand] dollars dear Farhad [UI].

Farhad:      Altogether only 200 [thousand] now?

Mehrdad:     Yes. We do not have anymore. Anyway, look dear Farhad we sent you 150
             160 thousand dollars that is for Bam, you can not touch that money, what
             did you do to it?

Farhad:      We have not done anything on Bam yet. Can we make a building in Bam?

Mehrdad:     Well, look dear Farhad I say...this money that I send you is 170 thousand
             dollars...how much [money]... I don't know...you have to look for
             yourself. This is for Bam and you cannot do anything at all except for Bam,
             go and do as you wish with it.

UNCLASSIFIED
7

Tab 38
Page 7 of 15

CF375529

UNCLASSIFIED

Call #S20060926093444        8/31/2010        1:19 PM

Farhad:      [OV] Can we make a building?

Mehrdad:      Of course, but we brought that as food supply. If you can give us document that you bought food and distributed food, do as you wish with it, but even if one penny of it is not for food it cannot be done.

Farhad:      Okay, tell me how I can ...by the way, I have the Bam receipt for food but it is not much.

Mehrdad:      [OV] Okay.

Farhad:      It is not 150 thousand dollars, it is less--

Mehrdad:      Well, dear Farhad, nothing can be done.

Farhad:      --they won't come and ask us... so what... then I say that the receipts are available; the picture is also available.

Mehrdad:      Farhad, honest to God, do you know how many times they questioned us so far? I strongly said that we have--

Farhad:      well, how I can--

Mehrdad:      -- I said...what?

Farhad:      --how do I prove to them, how they will be satisfied.

Mehrdad:      Look dear Farhad--

Farhad:      [OV] If I say in the receipt that I spent 150 thousand dollars in Bam and send you receipt in English, is that acceptable? Then thank the Child Foundation in America.

Mehrdad:      --no, nothing...look... I said it this way...I said dear sir...we send food with all the funds we have. We give some food to children and will give the rest to charities and they give us cash and things. Other than this, if you cannot provide document for anything, we are doomed.

Farhad:      [OV] [UI] look--

UNCLASSIFIED

8

Tab 38
Page 8 of 15

CF375530

UNCLASSIFIED

Call #S20060926093444                 8/31/2010                          1:19 PM

Mehrdad:      [OV] if not discovered yet [it is hushed now], we will be miserable two months later.

Farhad:       what is the practical way dear Mehrdad, do I say that I imported some food by the funds you sent me, for example, by the 250 thousand dollars for rice, and I distributed 150 thousand in Bam. I give you a receipt and send you picture as well. Will that be okay?

Mehrdad:      You distributed 150 thousand dollars food?

Farhad:       In Bam--

Mehrdad:      [OV] How do you make receipts--

Farhad:       --among families.

Mehrdad:      --well, how?

Farhad:       I distributed among families.

Mehrdad:      Okay, you distributed 150 thousand dollars food, well, when you do this, then you say how you got the 150 thousand dollars that you build houses with.

Farhad:       I build houses. It is nobody's business.

Mehrdad:      Well dear Farhad, money does not just drop from heaven.  It is a charity; they ask to bring documents to show where you got the money from--

Farhad:       [OV] Who says that?

Mehrdad:      --who gave it to you, we ourselves for example…for instance, same person who works with us wants to be sure and satisfied, he/she asks to give him document …you…for instance--

Farhad:       [OV] [UI].

UNCLASSIFIED
9

Tab 38
Page 9 of 15

CF375531

UNCLASSIFIED

Call #S20060926093444                8/31/2010                          1:19 PM

| | |
|---|---|
| Mehrdad: | --for instance when you are *audited* ...they *audit* you, where do you say you brought money from? |
| Farhad: | Tell him/her to come so I can show it to him/her. |
| Mehrdad: | Well, you tell me so I understand how you want to say it. |
| Farhad: | Eh...well a document that...I distributed food supplies. |
| Mehrdad: | No, I don't care, you distributed food supplies; then you say you want to go and build houses with that money, okay he/she may say...house-- |
| Farhad: | [OV] [UI] eh... man...money does not carry name with it, it is none of his/her business, I collected money in Iran, it is not his/her business. |
| Mehrdad: | --well, where did you get the money from? |
| Farhad: | Dear Mehrdad, before I forget...this Mr. [UI] from the Foundation...Tuhid [PH] Foundation... did he deposit the 25 thousand dollars in the account? |
| Mehrdad: | I did not understand dear Farhad, what do you say? |
| Farhad: | This Tuhid Foundation was supposed to gradually give us 20 thousand dollars. |
| Mehrdad: | I have not heard from Tuhid Foundation any more. |
| Farhad: | Dear man! [UI] called me himself and told me, "I will deposit it into your account". |
| Mehrdad: | He completely ignored us; I might need to call him. |
| Farhad: | You check with him now, see if he [UI] 5000 dollars into our account. |
| Mehrdad: | He deposited 5000 dollars? No he deposited nothing. |
| Farhad: | Are you sure dear Mehrdad? |

UNCLASSIFIED
10

Tab 38
Page 10 of 15

CF375532

UNCLASSIFIED

Call #S20060926093444                8/31/2010                        1:19 PM

Mehrdad:      Yes sir, [UI] he did not report to us at all.

Farhad:       Well, the thing I wanted to do next week is to combine the accounts of
              sibling [brothers and sisters]. Those who are not covered by us and they are
              gone and don't need us [UI], I mean we don't see them anymore, it means
              they are not members but we might owe them one million or 500 thousand
              Tomans, I want to remove them from our books and consolidate their
              accounts.

Mehrdad:      Fine.

Farhad:       Then [UI] all those together, and find out how much we owe to these
              children. Then see what funds we have not touched yet, and gradually
              deduct the funds let us know and figure out how much we owe these kids.
              We have to gradually inject the money we owe to these kids to the children
              of Bam. I buy food for the kids in Bam and give it to them instead of
              giving them cash; is this okay?

Mehrdad:      No, no, I did not understand. What would you do to that thing belong to
              Bam?

Farhad:       Look, we have two options for Bam; one option is to distribute food supply
              we bring from Dubai; and the second option is to give them coupons to go
              to a store that we designate for them and get their food supplies and then
              we get receipt from them saying that these food supplies...

Mehrdad:      Dear Farhad because this--

Farhad:       --that these food supplies are delivered to us by the Child Foundation, and
              then I make it to 150 million Tomans; not in a day or two, in a period of
              time. I paid some of it and I have to pay some more, it might take another
              year.

Mehrdad:      --you mean from their monthly payments, or you say from the 150
              thousand dollars that belongs to Bam.

Farhad:       From their monthly payments...but I give you the receipts. Who--

Mehrdad:      [OV] Okay, okay, okay.

Farhad:       -- how do they know where this is coming from. I give you the receipt

UNCLASSIFIED
11

Tab 38
Page 11 of 15

CF375533

UNCLASSIFIED

Call #S20060926093444                8/31/2010                    1:19 PM

Mehrdad:     Okay, no... that is good...and then what should we say if they ask what we did with the monthly payments.

Farhad:      Who says that?

Mehrdad:     Well dear Farhad this--

Farhad:      [OV] I deposited in their accounts. What does he/she have to do with that, I say we paid it to them [children]. Nobody bothers with these things, I don't believe they do. If he/she asks you...anyway, we don't do our financial work, city by city, and separately; we listed cash and non-cash assistances [donations]...this much...we wrote total of it.

Mehrdad:     --alright.

Farhad:      We wrote this much cash and non-cash and our accountant has accepted.

Mehrdad:     Very well.

Farhad:      Now let me work on this for few more days to see exactly how we do regarding the budget ... but unfortunately this Mr. Lahiji [PH] did not return my calls...he did not even respond to my email and fax. I sent him a fax; I believe I sent it to you as well, did you see it?

Mehrdad:     No, you did not send it to me, dear Farhad.

Farhad:      Yes I did that ...yes I wrote...I'll send it to you again.

Mehrdad:     Dear Farhad a little--

Farhad:      I wrote to him...this is your financial statement if you would, please verify it and if there is any discrepancies let me know. He hasn't notified me . He has to give ma a confirmation letter that he accepted 60 thousand dollars for the college students.

Mehrdad:     -- okay dear Farhad, please send this ...you were supposed to send it, then I will call him because he said that to me.

Farhad:      I will send that to you. Now...do you want me to send it to you?

Mehrdad:     [OV] And then dear Farhad--

UNCLASSIFIED
12

Tab 38
Page 12 of 15

CF375534

UNCLASSIFIED

| Call #S20060926093444 | 8/31/2010 | 1:19 PM |
|---|---|---|

Farhad:     Then that letter--

Mehrdad:    --yes.

Farhad:     --what?

Mehardad:   Look dear Farhad, put this one on top of your priorities...this money we owe to children; because if you don't do this, I am not motivated to do anything. I am absolutely worried about what to do.

Farahd:     Look, dear Mehrdad let me tell you something...don't worry because some of these children have money with us...however, there won't be a problem. This is not a good time to pay them; we have to let them go to college and then pay their tuition by this money...somehow it is my thing...I didn't give them the money; but God willing I [we] will pay their tuition from this money; we did some...however, we have to think about making some income to gradually furnish these.

Mehrdad:    That is not an issue...yet... dear Farhad...look...my problem is that from this point on I want to know that you do not spend the 1000 dollars that a person gives for his/her child's emergency issue.. you told me once before that you don't give these things to people.

Farhad:     What thing?

Mehrdad:    For instance, when someone gives extra money, he/she gives to buy a bicycle for his/her child...for example...this one you--

Farhad:     [OV] No sir, I give it, dear Mehrdad. For instance, if the person says that he/she wants for sickness, for bicycle, for New Year, for birthday...I pay all of those, look, do you know how my trick? for example, if there is a 20, 30, and 50 thousand Tomans, I give a person three New Year's money; I give him/her the most... for example, the 50 [thousand] Tomans, I don't give the 20 [thousand]-30 [thousand] Tomans, are you with me--

Mehrdad:    --yes.

Farhad:     --even if the person owes money, I still give the money for New Year... because...what if the sponsor says he/she gave money for New Year, or writes a letter.

UNCLASSIFIED
13

Tab 38
Page 13 of 15

CF375535

UNCLASSIFIED

Call #S20060926093444                 8/31/2010                    1:19 PM

Mehrdad:     Yes, yes.

Farhad:      Therefore, what I do is this, I give  for the New Year the larger money
             [money that is more.]

Mehrdad:     Okay?

Farhad:      But the money that is for general use, for example, for the family's
             improvement--

Mehrdad:     Um-hum.

Farhad:      --I don't give that to him/her...only when he/she does not owe money...if
             he/she owes I don't give it to him/her. For this reason, there won't be any
             problem God willing. Until God willing we provide some
             funds...*fundraising* is organized; we don't touch that money and leave it
             for budget deficit, because it is for the children themselves. From now on,
             I decided not to do what Mr. Sharafi writes until we are certain that we
             start with no more than 30 [thousand] Tomans because Mr. Sharfi asks to
             give this child 100 [thousand] Tomans, and then he does not follow up to
             see if the child's sponsor paid 100 [thousand] Tomans or not.

Mehrdad:     No...that poor man... how can he follow up?

Farhad:      Well, I did not know these things. We thought you are supervising. When
             he orders me in the *File maker* that "sir, form this month give 50 dollars to
             this child", I was giving that to the child.

Mehrdad:     No, not that. Well dear Farhad, when can you finish that and notify us?

Farhad:      This will be completed in one week God willing.

Mehrdad:     then I--

Farhad:      [OV] Unfortunately, this Ms. Saremi [UI] has been accepted to college,
             but she is coming two days a week. Of course, I brought a replacement for
             her. Then dear Mehrdad I have to say one more thing; in reality, we now
             have to add at least...at least 1000 children until next year or I have to
             close the branches. I have to either close them or dear Mehrdad, you have
             to take 100 children per month from us, it means, at least cover 30

UNCLASSIFIED
14

Tab 38
Page 14 of 15

CF375536

UNCLASSIFIED

Call #S20060926093444              8/31/2010                    1:19 PM

[thousand] Tomans...40 [thousand] Tomans of their expenses. If you can't do that, you should not kill yourselves (don't stress yourself), if you can't do it, I will downsize the Child Foundation in Iran. Our expenses have escalated, dear Mehrdad.

Mehrdad:    --dear Farhad look, we have to sit down...you calculate what we owe to people and then I see what I can do.

Farhad:    Dear man, I will do that. But this subject...I tell you dear Mehrdad, is fundamental if you know it cannot be done, I cut the Foundation personnel at least in half.

Mehrdad:    Well, dear Farhad look--

Farhad:    [OV] If you can--

Mehrdad:    --honest to God, look, now... since the day before yesterday, I am not in the mood to work ...honest to God. If it is good condition--

Farhad:    --[UI]

Mehrdad:    --look at both sides [from two people's point of view] your side and our side. ...we have to see what the situation is, for instance, I owe 800 million Tomas to a person...you now...saying that we owe 800 million Tomans...I will be shocked, I can't work...can't go after money.

Farhad:    Well, you have to go after more money Dear Mehrdad [UI]

Mehrdad:    Dear Farhad our situation is somehow...


[Call ended]

Tab 38
Page 15 of 15

CF375537