**From:** <u>Merdad Yasrebi</u>
**To:** <u>ah_iran@yahoo.com</u>
**Sent:** Sunday, October 08, 2006 8:57 AM
**Subject:** FW: darkhast   [TN: Request *]

**Summary:**

In reaction to the attachment (below) YASREBI warns
IRANSHAHI that "Dear Farhad: I had made a request from
you not to discuss these topics with every one.
Announcing of these topics [openly] could place all of
us in jail in America."

* [TN: ██████████████████████████████████████
████████████████████████████████████] Following is the
"gist" of that letter (dated 85/4/4 [June 25, 2006]
from the Islamic Open University of Iran to IRANSHAHI:

"Replying to your letter numbered 2800/M/102, Dr. JASBI
told us to write that "the tuition of the students in
Iran would be reduced as much as the amount of money
[they] would deposit in the University's account
overseas."

The letter was signed by Dr. Karim ZAREH, who is the
Vice President of the Open University's Parliamentary
Affairs.  On the bottom of the letter there appears the
mailing address and telephone/fax number(s) of the
University's Central Division.

Tab 39
Page 1 of 3

CF288902

FW: darkhast

**Subject:** FW: darkhast
**From:** "Merdad Yasrebi" <mehrdadyasrebi@hotmail.com>
**Date:** Sun, 08 Oct 2006 09:57:14 -0700
**To:** ah_iran@yahoo.com
**BCC:**


farhAd jAn:

Man azat darkhAst kardeh boodam in masAel rA bA hameh dar miAn nagozari. ElAme in masAel
mitavAnad hamehe mA rA dar AmricA biandAzad zendAn.

Mehrdad


From: *"M. A. Yasrebi" <myasrebi@childfoundation.org>*
To: *<mehrdadyasrebi@hotmail.com>*
Subject: *FW: darkhast*
Date: *Sun, 8 Oct 2006 09:54:35 -0700*


**From:** IranOffice [mailto:IranOffice@Childf.com]
**Sent:** Saturday, October 07, 2006 11:47 PM
**To:** CF-Sharafi@childfoundationusa.org
**Cc:** myasrebi@childfoundation.org
**Subject:** darkhast

*Please look at the attachment*
*Best Regards,*
*Child Foundation Iran*
*In Special Consultative Status with UN ECOSOC*
 *#20 Golzar Alley*
*Golshan St.*
*Khoramshahr Ave.*
*Tehran 15576-14153, Iran*
*tel: 9821-8850-2182*
*fax: 9821-8876-4771*
*iranoffice@childf.org*
*www.childf.org*


Be seen and heard with Windows Live Messenger and Microsoft LifeCams

| 6.jpg | **Content-Type:** | image/jpeg |
|---|---|---|
| | **Content-Encoding:** | base64 |

Tab 39
Page 2 of 3
2/22/2010 3:02 PM

CF288903





دانشگاه آزاد اسلامی

سازمان مرکزی

بسمه تعالی

جناب آقای ایرانشاهی

مدیریت محترم بنیاد کودک ایران

سلام علیکم

احتراماً در پاسخ به نامه شماره ۱۰۲/م/۲۸۰۰ جنابعـالی ، جنـاب آقـای دکتر جاسبی پی نوشت فرمودند :

به میزان پولی که به حساب دانشگاه در خارج واریز نمایند در ایـران از شهریه افرادکم خواهد شد. اد ۳/۳۰



با آرزوی توفیق الهی

دکتر کریم زارع

معاون امور مجلس دانشگاه آزاد اسلامی

آدرس تهران ، پاسداران نیستان شسم تلفن ۷۲ الی ۲۵۸۸۱۶۷ و ۸۰ الی ۲۵۸۸۱۶۷ فاکس ۲۵۴۹۶۰۶ صندوق پستی ۱۹۵۸۵-۴۲۶

Tab 39
Page 3 of 3

CF288904