UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

| | |
|---|---|
| File number: | 415I-PD-47644 |
| Requesting Official and Office | Kim Price, Portland |
| Task number: | ███████ |
| Date Task Completed: | 3/18/2011 |
| Name and Office of Linguist: |  |
| Source Language (s): | ███████ |
| ███████Language: | English |

Audio

--Call Number:                 52007011611363

--Date, Time, Duration of Recording:    1/16/2007, 2:53 Minutes

### VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| Mehrdad [SP] | Yasrebi [PH] |
| Farhad [SP] | Iranshahi [PH] |

**Abbreviations:**

| | |
|---|---|
| SP | Spelling |
| PH | Phonetics |
| *Italics* | English |

UNCLASSIFIED

Tab 40
Page 1 of 3

CF375574

UNCLASSIFIED

Call #S20070116113635            8/31/2010                          1:27 PM

*Please enter the country code.*

[Dialing]

*Thank you.*

[Beeping]


Farhad:        Mehrdad?

Mehrdad:       hello dear Farhad.

Farhad:        My dear, pleas!

Mehrdad:       Look dear sir, I forget something. About few weeks ago or even couple of months ago, you sent an email to Mr. Sharafi [PH] that you had written about subject of Oxford in it ...hmm ...you mentioned... I don't know what...that Azad [Free] University accepted that we give to Oxford and you don't get [charge] tuition in Iran, dear Farhad I have to go and find this email in Mr. Sharafi's computer first and then *delete* it, but I don't know when [about date] you sent that. Is it possible to do a research for me about what day you sent it? I have to secretly [sneakingly] go to his computer and *delete* it.

Farhad:        Why?

Mehrdad:       Dear sir, if they find out we are ruined.

Farhad:        Yes, you are right. I am saying, when did we send it, w did not send it recently.

Mehrdad:       I don't know when you sent it, but I know if they go in, and confiscate [take away] our computers they will find it. You have to ...to me--

Farhad:        [OV] [UI] that I wrote him a letter?

Mehrdad:       --look, they sent an email from Iran to Mr. Sharafi and *attached* this...this letter, to it.

Farhad:        What?

Mehrdad:       Now you have to tell me when it was done so I can go and check for those times; and secretly go and *delete* it from his emails when he himself is not there.

Farhad:        Look, we did write to ...don't you remember what its subject was?

UNCLASSIFIED

2

Tab 40
Page 2 of 3

CF375575

UNCLASSIFIED

Call #S20070116113635                8/31/2010                        . 1:27 PM

Mehrdad:  [Clearing voice] I don't remember. You wrote to Mr. Sharafi and *attached* this. I do not remember at all what, but I know that its *attachment* was the letter for thing…Azad [Free] University.

Farhad:  Azad [Free] University… letter to Azad University?

Mehrdad:  The same one that Mr. thing… wrote that "we accept that you pay Oxford, we don't charge tuition in Iran"… and we don't charge tuition here.

Farhad:  Okay, letter of Azad University.

Mehrdad:  Yes.

Farhad;  Okay, okay I look and l tell you.

Mehrdad:  Then dear Farhad for the sake of God be very careful not to say by mistake that [we] get money, and also not to send a letter saying we give money to you.

Farhad:  No my dear sir, nobody sends anything, don't worry, I will find it immediately and tell you.

Mehrdad:  No, tell your employees dear Farhad, they don't understand these things, and we will be ruined, then.

Farhad:  Okay, okay, okay.

Mehrdad:  Thank you, anything else, dear Farhad? Goodbye.

Farhad:  Thank you, goodbye.

Tab 40
Page 3 of 3

CF375576