UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

File number:                                415I-PD-47644

Requesting Official (s) and Office:    SA Kim Price, Portland

Task number:                               ▮▮▮▮▮▮

Date Task Completed:                    4/25/11

Name and Office of Linguist:           ▮▮▮▮▮▮▮▮▮▮▮▮

Source Language:

▮▮▮▮▮  Language:

Audio

--Date, Time, Duration of Recording:    11/13/2006, 06:25:42, 8 Minutes

--Line▮▮▮▮▮Number:                       503-380-5646

### VERBATIM TRANSLATION

**Participants:**
MY          Mehrdad Yasrebi [PH]
FI          Farhad Iranshahi [PH]

**Abbreviations:**
PH          Phonetics
UI          Unintelligible
OV          Overlap
*Italics*   English

UNCLASSIFIED

Tab 41
Page 1 of 7

CF375215

UNCLASSIFIED

S20061113062542_5033805646_873

[Recording]

*Please enter country code and the number you wish to call.*

[Dialing]

*Thank you.*

[Ringing]

| | |
|---|---|
| FI: | Yes. |
| MY: | Hello dear Farhad. |
| FI: | Hello dear. |
| MY: | Are you doing well God willing? |
| FI: | Thank God, I hope you are well. |
| MY: | Dear Farhad, I wanted to share few issues with you...one of them is the accounting stuff that you sent to me...they are all okay; I only noticed one problem...look, these agreements you made among three charities-- |
| FI: | Okay? |
| MY: | --they all starting in the middle of our fiscal year...then for example-- |
| FI: | What is its problem, is it a problem? |
| MY: | --the problem is that they will ask what you were doing during those 4, 5 months then-- |
| FI: | Well, some of them are from before the fiscal year, aren't they? |
| MY: | --no, all are in the middle [of the fiscal year]...from October till September and these things...our fiscal year starts from May. |
| FI: | [UI] well, when did we start bringing food supplies? |

Tab 41
Page 2 of 7

CF375216

UNCLASSIFIED

S20061113062542_5033805646_873

| | |
|---|---|
| MY: | [UI] no not about that...we...things...for instance, we gave the money before then, they will say, where did you get the money to distribute...we were not suppose to give money. |
| FI: | Well, you can change the dates. |
| MY: | Can't you make another one now and send it to me, one or two more? |
| FI: | Yes, [UI] did you give those to anyone? |
| MY: | No, not yet. |
| FI: | Well, you delete them...I send you a new one, then dear Mehrdad, if I want receipts for you again...I sent you those as the examples receipts, do you hear me? |
| MY: | Yes, yes. |
| FI: | If you want receipts now, I have to go and get some...otherwise these are only samples. |
| MY: | No, they are good, I only say, dear Farhad, not to delete them; but if you could...for example, I know that there are some charities in Shiraz that Mr. thing...can go and get from them...that Dr. Yasrebi. |
| FI: | Yes, I know, this poor man has sent them to me-- |
| MY: | Okay. |
| FI: | --I can do anything...but I thought it will take time; I am worried about your time-- |
| MY: | No, look-- |
| FI: | --otherwise I was planning to have them officially translated and also to give them to the Swiss Embassy to confirm...I wanted to do all those things...but it takes time dear Mehrdad. |
| MY: | --dear Farhad, you must have official translation...we told our accountant that it is delayed for this reason. I can't tell him that we have not done it. |
| FI: | Right. |

UNCLASSIFIED

3

Tab 41
Page 3 of 7

CF375217

UNCLASSIFIED

S20061113062542_5033805646_873

| | |
|---|---|
| MY: | [UI] |
| FI: | [OV] [UI] |
| MY: | Then look...I...I don't want receipt, only these agreements...I can send these. I say these are examples and you will send the originals and other agreements. |
| FI: | Well, dear Mehrdad if I want, I should ask them to send the originals... those are not the originals then, they are copies. I will ask them to send the originals and change the dates, and then I will go and give them to be translated and send to you. |
| MY: | No, yes you-- |
| FI: | [OV] you. |
| MY: | Look, don't change the dates on these. I will give him these but send me from other charities with previous [past] dates. |
| FI: | Well, [U] don't you want the translation...the official translation? |
| MY: | What do you say? |
| FI: | These that I sent to you do not need the official translation? |
| MY: | Dear Farhad, according to your own letter-- |
| FI: | Okay? |
| MY: | --that this accountant has seen them...he is waiting for translation and signature. |
| FI: | Okay. |
| MY: | I am saying that you need to do that, even if they are delayed. |
| FI: | [OV] [UI] |
| MY: | I will send him these; therefore, do not touch the dates on these because I want to give these to him; but you find two three charities with dates prior to May 2005-- |
| FI: | Okay. |

UNCLASSIFIED

4

Tab 41
Page 4 of 7

CF375218

UNCLASSIFIED

S20061113062542_5033805646_873

| | |
|---|---|
| MY: | --to reflect our previous fiscal year...let it indicate last year-- |
| FI: | Well. |
| MY: | --you don't have to do it for the few previous months...let it show 2004, 2003. |
| FI: | Okay dear Mehrdad, don't give these and let me fix those, are you with me? Give me some more time, a few days. I will let them reflect earlier dates and will send them to you as soon as possible; is this okay? |
| MY: | When can you do it because it is getting very late? |
| FI: | Tomorrow or the day after tomorrow God willing I will send it. I think I will be able to send it the day after tomorrow God willing. |
| MY: | Very well. Then look dear Farhad, when you fix these... for instance Dr. Zonouzi [PH] made us tired [worn down]...she says you do things...you give to these merchants and bazaars in Iran and receive money [cash] from them; you are defrauding everybody. I mean you have to prepare them in a very organized manner to give to him; and do not just send me papers for the sake of it. |
| FI: | Okay I do. Then I am saying dear Mehrdad were you able to look at the Afghan thing? |
| MY: | Yes, yes. I saw the Afghan thing. Thank you. |
| FI: | Did you send it to him? |
| MY: | No, not yet. Let's see, because I myself sent him a report. Dear Farhad, because they were from 4, 5, years ago, I am worried that he might have seen them already. |
| FI: | No, those pictures are new from the time that I went to Afghanistan...I took pictures from the hospital, pictures from [UI]. Then dear Mehrdad, hmm...I also sent to Mr. Heydari [PH]. |
| MY: | Did you call him? |
| FI: | I called him, and he asked me to send it to him. I *emailed* him [UI] can you do me a favor? I got an email from that *file maker* and *emailed* him. Please call him and find out if he has received it or not-- |

UNCLASSIFIED

5

Tab 41
Page 5 of 7

CF375219

UNCLASSIFIED

S20061113062542_5033805646_873

MY:  [OV] [UI]

FI:  --was it satisfactory or not?

MY:  Okay, okay.

FI:  [UI] please ask him that.

MY:  Okay.

FI:  You definitely ask him because I feel it won't be bad if he is satisfied. I can send more documents if he needed.

MY:  Okay, I will call him. Then dear Farhad, one more problem--

FI:  What did you do about Dr. Lahiji [UI]?

MY:  -- [UI] today, Lahiji is on my desk now, I will send it now [UI] to Dr. Lahiji.

FI:  [UI] these auditors are making us crazy.

MY:  Okay, okay. Then dear Farhad, another problem...these 10 pages of adoption papers you sent--

FI:  Okay.

MY:  Okay look, this is good but I noticed one problem. You did not explain anything about the Child Foundation can do for people. You ordered to do these things; however I think you have to link it to this [the Child Foundation], and explain that the Child Foundation can help you in this process.

FI:  Can you send me an *email* about what you said now...in a couple of words--

MY:  Okay.

FI:  --that the role of the Child Foundation is forgotten [ignored], please revive its role... we will give it to them to do that.

MY:  Okay. Then dear Farhad, one important thing...this accountant needed the number of children, you did not send that to me.

Tab 41
Page 6 of 7

CF375220

UNCLASSIFIED

S20061113062542_5033805646_873

| | |
|---|---|
| FI: | Yes, I have done it. I will send it to you by tomorrow, is it okay by tomorrow? |
| MY: | Yes, tomorrow. Then dear Farhad did he ask for anything else in that letter? because to tell you the truth I did not read it. |
| FI: | He also wanted auditor's report…I have to wait until Lahiji's stuff arrives and then as soon as Lahiji's stuff arrives I will provide our report within a couple of days. |
| MY: | Then aren't we going to have a problem if the audit [bookkeeping report] does not match the things you sent me? |
| FI: | What? |
| MY: | Doesn't it contradict the things you sent us? |
| FI: | Contradict [UI] it is better they don't see it…of course it is better not to give it to him [UI] |
| MY: | Dear Farhad you got cut off. Can you call me here? The lines are not good. |
| FI: | [UI] give him the report later. |
| MY: | Can you hear me dear Farhad? |
| FI: | I hear you…don't you hear me? |
| MY: | No, we have a bad connection. Now let me tell you dear Farhad-- |
| FI: | I will call you right now. |
| MY: | --okay, thank you. |

Tab 41
Page 7 of 7

CF375221