**UNCLASSIFIED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



1500 SW 1ˢᵗ Avenue, Suite 400
Portland, OR 97201

| | |
|---|---|
| File Number: | 415I-PD-47644 |
| Requesting Official(s) and Office(s): | SA Kim Price (PD) |
| Task Number(s) and Date Completed: | ▓▓▓▓May 11, 2011 |
| Name and Office of Linguist(s): | ▓▓▓▓▓▓▓▓▓▓ |
| Name and Office of Reviewer(s): | |
| Source Language(s): | ▓▓▓ |
| ▓▓▓Language: | ▓▓▓  |
| Name of Source File (Document): | |

Name of Source File or CD (Audio):
*If Applicable*: —Call Number:       S20070110090139_5033805646_1094
                —Date, Time, Duration:   01/10/2007, 09:01:39, 2:15 duration
                —Line,▓▓▓Numbers:     503-380-5646
                —Direction:        Outgoing

VERBATIM TRANSCRIPTION

Participants:

    A:        Abu LNU

Abbreviations:
    PH        Spelling based on phonetic pronunciation
    RC        Recorded message
    UI        Unintelligible

**UNCLASSIFIED**

Tab 42
Page 1 of 2

CF375244

**UNCLASSIFIED**

[phone ringing]

[RC] Hi, this is Keri Courtain with Data Bridge Northwest. I'm sorry I'm not available to take your call, but leave a message and I'll get back to you as soon as I can. Please note that my availability on Tuesdays and Thursdays is limited. I'll do my best to return calls on those days, but they may not be returned until the following day. Thanks for calling. [pause] To leave a callback number, press five. [RC]

[clears throat]

[beep]

A:        Hello, Keri. This is Abu. It's, uh, Wednesday morning, about 9 AM. [UI] I want to ask you for a big favor. Need to get rid of the international section A.S.A.P., hopefully maybe today. Just want to totally delete it just as you did with Swiss. But you need to [UI]—I-I-I need you to make a copy for yourself because many of the sponsors, we need to—in the next few days hopefully, uh, I'll let you know—we need to bring them back to the US section. We are just eliminating the international program from our office. And also, the data that you sent, uh, I asked you to make Excel, uh, spreadsheet for me, I think the format that you had it was not exactly what they wanted, and probably you need to redo it for them. But I don't want it to be on our server anymore, so if you could please make a copy for yourself, then we could manipulate the data later, uh, in your computer. But please, if you could, just get rid of it today. And, uh, if you can tell me maybe, let me know by e-mail or phone that, if that's a possibility, it would be great. Thanks a lot. Bye-bye.

[end of call]

1
**UNCLASSIFIED**

Tab 42
Page 2 of 2

CF375245