415I-PD-47644                  UNCLASSIFIED              43978_2192.pfd.doc

**From:** Yasrebi, Mehrdad
**To:** ahmad iranshahi
**Sent:** Monday, February 18, 2008 5:41 PM
**Subject:** FW: Fori [Urgent]

Dear Farhad:

Do not disclose the part of the letter which is in red color to anyone at all, especially to Dr. Salehi. This matter should not be disclosed to sponsors either. Please revise the letter and send me the revision again.

Mehrdad

[Attachment…]

Dr. Yasrebi

Please find my comments below, along with my regards and appreciation of your request for my opinion regarding this Manual for Doing Business Transactions Guideline:

1-    This manual, despite its being incomplete, is good for starters.
2-    This manual had better be alpha tested for some time (at least for a fiscal year) before it is officially recognized.
3-    In general, considering my thirteen-year experience in charitable affairs, I have reached the conclusion that any kind of purchasing practice for a charity organization is a huge disaster; therefore, the attempt should be made to refrain from this action as much as possible. At present, though, this goblet of hemlock should be drunk due to the economic sanction problem.
4-    Considering the fact that at present there is about $100,000.00 available in the Dubai bank account, it is recommended that the first purchase be made with the same money according to the guidelines by publishing call-for-tenders advertisements in the United Arab Emirates newspapers.

Considering the fact that at present mainly sponsored students, who receive goods from the Refahe Koodak charity organization and submit their receipts to the branches of that organization, make efforts to sell those goods back to the importer of the goods, it is recommended to take into consideration the inclusion of the following items in this call for tender:

A.    The rice, sugar, and/or edible liquid oil type of goods requested should be determined according to the discretion of the Dubai branch person in charge.
B.    Seller should deliver merchandise at the Refahe Koodak Charity Organization main branch offices sites in Iran (along with a list in writing that will be presented).
C.    If requested from him, seller should assume buying back part or all of the delivered goods from assistance seekers at their cost (of course, it is considered a great success to be able to gain some profit for the assistance seekers).

Tab 43
Page 1 of 5

415I-PD-47644                    UNCLASSIFIED                    43978_2192.pfd.doc

    D.     The deadline date of delivery of merchandise in Iran should be set at April 20, 2008.

5-    Even though at present, the Foundation does not have any urgent need for cash or merchandise for the aid-seekers, any delay and/or interruption of aid to more than 3000 needy families will have dire ramifications; therefore, it is recommended that before making or enforcing any changes, the responsibilities of each one of those people in charge be clearly delineated in writing and officially notified. I am myself as usual, and as much as I can and know, in service of the Child Foundation, its assistance seekers, and their families.

Ahmad Iranshahi

**From:** Ahmad Iranshahi [mailto:ah_iran@yahoo.com]
**Sent:** Monday, February 18, 2008 12:47 PM
**To:** Yasrebi, Mehrdad
**Subject:** Fori [Urgent]

Dear Mehrdad,

Hello,
I will be sending the attached file to you, Dr. Salehi, and Ms. Kangarloo…let me know if there is any problem as soon as possible.

Farhad

Tab 43
Page 2 of 5

UNCLASSIFIED

4

**Subject:** FW: Fori
**From:** "Yasrebi, Mehrdad" <MYasrebi@pccstructurals.com>
**Date:** Mon, 18 Feb 2008 13:41:31 -0800
**To:** "ahmad iranshahi" <ah_iran@yahoo.com>

Farhad jan:

Aslan bakhshe ghermez shodeh rA be kesi ellAm nakon.  Khosoosan beh dr Salehi.  In mozoo nabayad beh kafeelan niz elAm shaved.  Lotfan nAmeh rA avaz kon va do bAreh barAye man beferest.

Mehrdad

**From:** Ahmad Iranshahi [mailto:ah_iran@yahoo.com]
**Sent:** Monday, February 18, 2008 12:47 PM
**To:** Yasrebi, Mehrdad
**Subject:** Fori

Mehrdadjan
salam man file peyvast ra baraie shoma , D.salehi va M kangarloo miferestam agar eshkali darad zodtar be man etela bedeh.
Farhad

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

| | | |
|---|---|---|
| Iranshahi - kharid kaka - MY COmment.doc | **Content-Description:** | Iranshahi - kharid kaka - MY COmment.doc |
| | **Content-Type:** | application/octet-stream |
| | **Content-Encoding:** | base64 |

CF288687

جناب دکتر یثربی

با سلام .

ضمن تشکر از درخواست جنابعالی مبتی بر اظهار نظر از سوی اینجانب در خصوص آیین نامه معاملات ، موارد زیر به عرض میرسد :

1- این دستورالعمل علیرغم اینکه بسیار ناقص تهیه شده است ولی برای شروع خوب است.

2- قبل از رسمیت یافتن این آیین نامه بهتر است برای مدتی به صورت آزمایشی اجرا گردد . (حداقل یک سال مالی)

3- به طور کلی با توجه به 13 سال سابقه در امور خیریه به این نتیجه رسیدم که انجام هر گونه خرید برای مؤسسه خیریه یک آفت بزرگ است پس بایستی سعی شود حتی الامکان از این کار اجتناب گردد . البته در حال حاضر با توجه به مسئله تحریم میبایستی این کاسه زهر نوشیده شود.

4- با توجه به اینکه در حال حاضر در حساب بانک دبی حدود 100/000 دلار موجود میباشد پیشنهاد میگردد با همین مبلغ اولین خرید طبق آیین نامه با درج آگهی مناقصه در روزنامه های امارات متحده عربی انجام پذیرد .

با توجه به اینکه در حال حاضر عمدتا مددجویان پس از دریافت کالا از موسسه خیریه رفاه کودک و ارائه کالا به شعبات موسسه اقدام به فروش کالا به شخص وارد کننده کالا مینمایند ،لذا پیشنهاد میگردد موارد زیر در این مناقصه مد نظر قرار گیرد :

الف- نوع کالای درخواستی برنج ، شکر و یا روغن مایع خوراکی بر حسب نظر مسئول شعبه دوبی تعین شود .

ب- فروشنده کالا را در محل دفاتر شعبات اصلی مؤسسه خیریه رفاه کودک در ایران( با توجه به لیستی که کتبا ارائه خواهد شد )تحویل نماید .

ج- فروشنده تقبل نماید در صورت درخواست از وی قسمتی یا کلیه کالای تحویلی را به قیمت تمام شده از مددجویان خریداری نماید . (البته اگر بتوان سودی هم از وی برای مددجویان گرفته شود که موفقیت بزرگی است.)

د- تاریخ تحویل کالا در ایران، حداکثر 87/2/1 تعین گردد .

5- با توجه به اینکه در حال حاضر بنیاد فاقد هر گونه مددجوی نقدی و یا جنسی اضطراری میباشد تاخیر و یا قطع کمک به بیش از 3000 خانواده ی نیازمند تبعات بسیاری را به دنبال خواهد داشت ،لذا پیشنهاد میگردد قبل از اتخاذ و اعمال هر گونه تغییر روش، مسئولیت هر یک از افراد دست اندر کار دقیقاً به صورت مکتوب مشخص و ابلاغ شود ، اینجانب نیز همانند گذشته در حد توان و سوادم در خدمت بنیاد کودک، مددجویان و خانواده های آنان هستم.

Tab 43
Page 4 of 5

CF288688

احمد ایرانشاهی

Tab 43
Page 5 of 5

CF288689