**CHILD FOUNDATION**
**REPORTED REVENUE FOR**
**1996/05 - 2008/05**

| Year | Revenue | Exhibit # |
|------|---------|-----------|
| 1996/05 | $ 32,310.00 | Form 990, pg. 1, line 09 |
| 1997/05 | $ 76,962.00 | Form 990, pg. 1, line 09 |
| 1998/05 | $ 121,828.00 | Form 990, pg. 1, line 12 |
| 1999/05 | $ 229,391.00 | Form 990, pg. 1, line 12 |
| 2000/05 | $ 253,893.00 | Form 990, pg. 1, line 12 |
| 2001/05 | $ 603,690.00 | Form 990, pg. 1, line 12 |
| 2002/05 | $ 964,176.00 | Form 990, pg. 1, line 12 |
| 2003/05 | $ 1,504,120.00 | Form 990, pg. 1, line 12 |
| 2004/05 | $ 2,502,343.00 | Form 990, pg. 1, line 12 |
| 2005/05 | $ 1,568,536.00 | Form 990, pg. 1, line 12 |
| 2006/05 | $ 1,583,117.00 | Form 990, pg. 1, line 12 |
| 2007/05 | $ 1,638,340.00 | Form 990, pg. 1, line 12 |
| 2008/05 | $ 1,612,030.00 | Form 990, pg. 1, line 12 |

**Total Revenue    $  12,690,736.00**

Tab 44
Page 1 of 1