**DAVID ANGELI**, OSB No. 020244
david@angelilaw.com
**KEVIN SALI**, OSB No. 044065
kevin@angelilaw.com
**ANGELI LAW GROUP LLC**
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:   (503) 227-0880

Attorneys for Defendant Mehrdad Yasrebi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-CR-00413-KI |
| Plaintiff, | **DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT MEHRDAD YASREBI'S SENTENCING MEMORANDUM** |
| vs. | |
| MEHRDAD YASREBI, | |
| Defendant. | |

I, David Angeli, declare and testify as follows:

1.      I am one of the attorneys representing defendant Mehrdad Yasrebi in the above-captioned matter. I make this declaration based on personal knowledge.

2.      Attached as Exhibit 1 to this declaration is a true and correct copy of the President's Call to Service Award given to Dr. Yasrebi in 2011.

3.      Attached as Exhibits 2 through 7 to this declaration are true and correct copies of documents received from the government as part of the discovery in this case.

PAGE 1 –  DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT MEHRDAD
          YASREBI'S SENTENCING MEMORANDUM

4.      Attached as Exhibit 8 to this declaration is a true and correct copy of the opinion in *United States v. Banki*, 660 F.3d 665 (2d Cir. 2011).

5.      Attached as Exhibits 9 and 10 to this declaration are true and correct copies of documents received from the government as part of the discovery in this case.

6.      Attached as Exhibit 11 to this declaration is a true and correct copy of a document downloaded through PACER from the website for the United States District Court for the Southern District of New York, associated with Case No. 1:10-CR-00008-JFK, *USA v. Banki*.

7.      Attached collectively as Exhibit 12 to this declaration are true and correct copies of letters submitted in support of Dr. Yasrebi.  The letters at pages 25-48 of Exhibit 12 are in Farsi; for these, English translations are included along with a translator's certificate at page 24. Where letters were accompanied by photographs of the authors, we have included those photographs.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 25, 2012, in Portland, Oregon.

By:     s/ *David Angeli*

PAGE 2 –  DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT MEHRDAD
        YASREBI'S SENTENCING MEMORANDUM