Exhibit 1
Page 1 of 2



THE PRESIDENT'S CALL TO SERVICE AWARD

*Presented by the President's Council on Service and Civic Participation to*

# Mehrdad Yasrebi

*In recognition and appreciation of your commitment to strengthening our*

*Nation and for making a difference through volunteer service.*

## 2011

An initiative of the President's Council on Service
and Civic Participation in conjunction with



Corporation for
NATIONAL&
COMMUNITY
SERVICE ★★★



## THE WHITE HOUSE

WASHINGTON

Congratulations on receiving the President's Volunteer Service Award, and thank you for helping to address the most pressing needs in your community and our country.

In my Inaugural Address, I stated that we need a new era of responsibility—a recognition on the part of every American that we have duties to ourselves, our Nation, and the world. These are duties that we do not grudgingly accept, but rather seize gladly, firm in the knowledge that there is nothing so satisfying to the spirit than giving our all to a difficult task. Your volunteer service demonstrates the kind of commitment to your community that moves America a step closer to its great promise.

Our Nation faces the most challenging economic crisis in a lifetime. We will only renew America if we all work together. Individuals, the private sector, and government must combine efforts to make real and lasting change so that each person has the opportunity to fulfill his or her potential.

While government can open more opportunities for us to serve our communities, it is up to each of us to seize those opportunities. Thank you for your devotion to service and for doing all you can to shape a better tomorrow for our great Nation.

Exhibit 1
Page 2 of 2