

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

MAY 15 1997

FAC No. IA-155338

Dear M. Khastoo:

This responds to your letter of January 20, 1997, requesting a
determination with respect to the applicability of the
prohibitions of the Iranian Transactions Regulations, 31 C.F.R.
Part 560 (the "Regulations") to the Kahrizak Foundation
(California)'s exportation of donated goods and its transfer of
donated funds to the Kahrizak Sanitorium in Tehran.

While the Regulations prohibit exports from the United States to
Iran, such prohibitions do not apply to donations by United
States persons and exportations from the United States of
articles, such as food, clothing, and medicine, intended to be
used to relieve human suffering.  See: the Regulations,
§ 560.210.  Section 560.516 of the Regulations, subject to the
limitations and conditions set forth therein, authorizes persons
in the United States and U.S. financial institutions to effect
transfers of funds to or for the benefit of persons in Iran,
provided that the transfer arises from an underlying transaction
that is not prohibited or a transaction exempted from regulation
under the Regulations, or the transfer is a non-commercial
remittance to or from Iran, such as a family remittance not
related to a family owned enterprise.  See: the Regulations,
§§ 560.516(a)(3); 560.516(a)(4).

Based on the information provided in your letter of January 20,
1997 and subsequent letters, we find that the Regulations
authorize the Kahrizak Foundation (California) and a U.S.
financial institution that the Kahrizak Foundation (California)
may designate, to transfer donated funds to the Kahrizak
Foundation in Tehran for the purposes described in your letters.
The exportation of the donated humanitarian goods, as described
in § 560.210 of the Regulations, is also permissible.

Sincerely,

R. Richard Newcomb
Director,
Office of Foreign Assets Control

S. Shawn Khastoo, Esq.
8601 Wilshire Boulevard
Suite 704
Beverly Hills, CA 90212

Exhibit 2
Page 1 of 1    CF375455