LAW OFFICES OF
# FARI A REZAI

September 25, 2000

U.S. Department of Treasury
Office of Foreign Asset Control
1500 Pennsylvania Avenue, N.W.
Washington, D.C.   20220

Attention: Mr. Hal Eren

RE:     Iranian Transaction Regulations
        Our Client: Child Foundation, An Oregon corporation

Dear Sirs:

This office represents Child Foundation, Inc., a non-profit, an Oregon Charitable corporation, established in May 18, 1994. This office respectfully applies to your office, on behalf of Child Foundation, seeking a determination with respect to the applicability of the prohibition of the Iranian Transactions Regulations, 31 C.F.R. Part 560 (the "Regulations") to donations by Child Foundation, Inc., a U.S. Person, to indigent orphan and gifted children in Iran.

As part of its charitable work, Child Foundation has been providing educational and medical help, food, and other support services for needy orphans including gifted indigent children within the U.S. and internationally over the years. In foreign countries, Child Foundation provides its support by organizing its affiliate local entities for the purpose of reaching local orphan children and then providing for such children in necessities including life support, medical and educational needs.

Through their volunteer recruitment, Child Foundation has identified and provided much needed help to orphan and gifted children in Bosnia-Herzegovina, Lebanon, Holy Land, Afghanistan, Iran, Iraq, Algeria and India. The entity's strategy has been to identify potential highly under-budgeted orphanage houses or refugee centers, as well as to visit poor families directly in such countries and then through its fund raising activities here in the United States provide for such children.

---

Exhibit 3
Page 1 of 86

CF292348

September 25, 2000
Page 02

One such target country has been Iran where the Child Foundation has been spending a major part of its efforts and capital to support and fund local projects to help the needy orphans and other gifted children. Through its affiliate local entity, Refah Koudak Relief Institute, a fully registered, and wholly private and non-governmental organization in Iran, the Child Foundation has been able to reach over a thousand (1000) such orphan children in Iran. The Foundation has been achieving this goal by arranging for U.S. volunteers to sponsor one or more designated orphan and needy children in Iran and through such sponsorship, the Foundation has collected the needed funds to support such orphans in proving for their housing, food, clothing, and educational needs.

Over 95% of the funds donated by the volunteers of Child Foundation are reaching the orphans, with the balance of approximately 5% to go for expenses. Presently, the Foundation wishes to commit a much higher percentage of its raised capital to increase its coverage of support for such children in Iran. The Foundation wishes to be able to send its donations directly to Iran for this project. The Foundation has requested us to seek your respectful office for your determination with respect to the donations in money and other personal property gifts by Child Foundation, Inc., a U.S. person, to Iran with the intent for such donations to be used for orphan, gifted, and other needy children in Iran. By this Application the Foundation therefore seeks from that respectful office permission and license to be exempted from the application of the Iranian Trade Embargo and Presidential Executive Order of 1995 in that regard.

Attached to this application for determination, and for your kind review are the following documents in support of this Application. The documents include Child Foundation, Inc.'s fund raising program in the U.S., information regarding the recipient entity in Iran, and other general information about the Foundation so that the same can be relied upon in support of this application:

**Exhibit "A":**
1. Summary of Activities of Child Foundation
2. Child Foundation's Financial Report (1998)
3. Child Foundation's Newsletter for Iran
4. A report of Foundation's activities in Iran, Indonesia, & Bosnia

**Exhibit "A":**

1. Foundation's IRS Form 1023; Application For Recognition of Exemption
2. Articles of Incorporation of the Child Foundation, Inc. including its Amendment
3. Bylaws of the Child Foundation
4. Foundation's Fund Raising Forms
5. Foundation's Completed IRS Schedule "H"
6. Foundation's completed 872-C Forms for IRS determination
7. Foundation's completed IRS Form 8718
8. Letters of Determination of Charitable status by Internal Revenue Service

5

Exhibit 3
Page 2 of 86

CF292349

September 25, 2000
Page 03

**Exhibit "C":**

1. An audit report of Foundation's activities in Iran by the Accounting Firm of Mofid Andishan, a CPA firm in Iran.
2. Articles of the Refah Koudak Relief Institute, the Foundation's recipient and affiliate entity in Iran responsible for distribution of funds sent by the Foundation
3. Bylaws and Minutes of the Meeting of the BOD of Refah Koudak Relief Institute in Iran identifying its founders and governing body.

Thanking that office in advance greatly for the anticipated cooperation and with respect we remain,

Very truly yours,

Fari A. Rezai

Exhibit 3
Page 3 of 86

CF292350

# EXHIBIT "A"

**Section 1 :**  **Summary of Activities**
**Section 2 :**  **Financial Reports**
**Section 3 :**  **Newsletter Regarding Activities in Iran**
**Section 4 :**  **Activities Report for Iran, Indonesia, & Bosnia**

# "A"

Exhibit 3
Page 4 of 86

CF292351

# Section 1 :     Summary of Activities

# "A"

Exhibit 3
Page 5 of 86

CF292352

# CHILD FOUNDATION

Established in 1994, Child Foundation (tax ID number: 93-1148608) is a nonprofit organization with the simple objective of helping talented disadvantaged children stay in school. This is achieved by providing educational needs, medical help, food, and other services to needy children and their families.

At Child Foundation, we seek help for children through accepting donations from individual and corporate sponsors. At present, Child Foundation is supporting about 1100 children (mostly orphans) in provinces of Esfahan, Fars, Mazandaran, Kermanshah and Tehran.

There are many child sponsorship organizations in the U.S, most of which are very good and trustworthy. What makes Child Foundation unique are the following items:

- Schooling is a requirement for entry and continuation in our program.
- Commitment to providing long-term care for participating children. Once a child is signed up into our program, the child becomes a life-time member of our "extended family".
- Sponsors may choose the gender, approximate age, and geographical region where the sponsored child is from. Sponsors and their families may visit the child at any time they wish.
- Everyone works as a volunteer. This keeps our overhead at minimum and therefore allows 100% of the monthly donation to be spent on the children.

As a new sponsor, you will receive a photograph of the child you have chosen, plus family history and a list of his/her essential needs in the coming year. Also, your sponsored child will write to you at least one personal letter a year. You will also receive a yearly report from the social worker in charge of your new child.

If you would like to become a sponsor at this time, all you need to do is fill out the enclosed Sponsorship Application form and return it to our local address. We hope you will decide right now to become a very special friend to a needy child.

Thank you for caring.

**Child Foundation**

**Home Address:**
P.O. Box 1364, Clackamas, OR 97015
PH: (503) 698-4084,  FAX: (503) 698-1573
**Local Address:**
P.O. Box 7557, Laguna Niguel, CA 92607-7557
PH: (949) 580-1162

Exhibit 3
Page 6 of 86

CF292353

## *OUR  MISSION:*

To offer an opportunity to talented, disadvantaged children for a better life today and the hope of a brighter, prosperous tomorrow.

## *OUR  PHILOSOPHY:*

To preserve the dignity of these children and help them move beyond the stigma of poverty by offering them an opportunity to excel to their highest potential.

## *OUR  PURPOSE:*

To provide basic living essentials such as:  food, shelter, clothing, and medical needs so that young boys and girls can continue their education, rather than being forced to engage in demanding jobs or early marriages.



## *PROGRAMS  &  SERVICES:*

The children of Child Foundation receive the following assistance:

- **Medical:** Clinical and hospital care, including physical therapy, surgery, and medical insurance.

- **Educational:** School supplies, tuition for special schooling of gifted children, supplemental classes for annual university entrance examination.

- **Clothing:** Appropriate shoes and clothing.

- **Food:** Basic nutrient needs such as:  meat, rice, and cooking oil is distributed to all families.

Exhibit 3
Page 7 of 86

CF292354

# Section 2 :     Financial Reports



"A"

Exhibit 3
Page 8 of 86

CF292355

## How Child Foundation's Funds Were Spent

**Program Distribution by Country**
1998



**Functional Expenses (1998)**



|  | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|
| **Revenue ($)** | | | | |
| Sponsorships | 6,732 | 61,673 | 86,805 | 89,802 |
| One time donations | 18,364 | 8,444 | 24,233 | 133,531 |
| Donation boxes | 4,234 | 3,458 | 0 | 1,129 |
| Interests and Investments | 0 | 0 | 1,379 | 3,525 |
| AT&T benefit agreement | 2,980 | 3,387 | 9,411 | 1,402 |
| *Total Revenue* | *32,310* | *76,962* | *121,828* | *229,389* |
| **Expenses ($)** | | | | |
| Program services | 24,873 | 66,786 | 109,940 | 210,716 |
| Supporting services | | | | |
| Management and general | | | | |
| Telephone | 1,334 | 2,821 | 4,003 | 2,472 |
| Mail | 1,074 | 2,063 | 883 | 982 |
| Travel | 0 | 224 | 0 | 959 |
| Supplies and Misc. | 1,022 | 1,817 | 921 | 1,664 |
| Printing and Publication | 0 | 0 | 203 | 1,151 |
| Fund Raising | | | | |
| Travel | 430 | 714 | 0 | 0 |
| Telephone | 107 | 120 | 400 | 400 |
| Printing and Publication | 1900 | 250 | 500 | 200 |
| Mail | 370 | 660 | 600 | 400 |
| Supplies and Misc. | 100 | 90 | 3,549 | 4,316 |
| *Total expenses* | *31,210* | *75,545* | *121,000* | *223,261* |
| Fund balances end of year | 1,100 | 1,417 | 828 | 6,129 |

12

Exhibit 3
Page 9 of 86

CF292356



Management and General



Fund Raising



Program Services

13

Exhibit 3
Page 10 of 86

CF292357

# Section 3 :    Newsletter Regarding Activities in Iran



Exhibit 3
Page 11 of 86

CF292358

## AVAZ contributes to children in Iran

The AVAZ International Dance Theater was founded in 1977 by Anthony Shay. Since its founding, AVAZ has traveled locally, nationally and internationally presenting the dances, music, and costumes of diverse regions of the world including Iran and azerbaijan.

The mission of AVAZ contains two important aspects: 1) Preserving and performing traditional and folk dance and music, and 2) educating the widest possible audience about these art forms and the societies and peoples they represent. AVAZ fulfills this mission through performances by its professional ensemble of artists and through extensive educational outreach program that serves elementary, middle and high school and college students, community organizations and the original public.

AVAZ is highly respected in the artistic and academic community for its attention to authentic detail and nuance in movement, sound and costuming.

While presenting a valuable portion of our culture, AVAZ has generously donated profit from the sale of 100 video tapes to benefit the children at Child Foundation. The documentary video of beautiful dance ensembles can be purchased at the cost of $25.00 through Child Foundation.

AVAZ will be presenting its new show at Barkley Theater in Irvine on March 13, 1999. A portion of ticket sales will be donated to Child Foundation.

For purchasing tickets and/or ordering videos, please call Child Foundation at: (949) 580-1162.



*New Year Bazaar*

*March 14, 1999*

*Please help make this a successful event.*

*Please pass the attached flyer to a friend.*

*See you There!!*

Local Office: P.O. Box 7557
Laguna Niguel, CA 92607-7557

Main Office: P.O. Box 1364
Clackamas, OR 97015



*Happy New Year To You*



## CHILD FOUNDATION
### Newsletter

Volume 3                    Spring 1999



(949) 580-1162
www.childfoundation.org

Exhibit 3
Page 12 of 86

CF292359

mother into her continue her education.

After Rassoul and his mother left, the Social Worker took us to visit some of the children's homes. We went through some old streets and alleys where many homes were in such poor conditions one could not help but be overwhelmed by the filth and horrible stench lurking in the air. The first home was the worst with old brick walls and floors, and absolutely no furniture except for a worn out rug and one light bulb hanging from the low ceiling. I was stunned. I had no idea that people actually lived like this.

The second house we visited was inhabited by 8 people; in other words, it was one mother taking care of her 6 daughters and 1 son. The house was made up of 2 rooms and a good size yard. They were in much better state than the first home. But actually in your and my eyes it was dirty, messy and very poor. Can you imagine not having the things you do or going hungry at the next meal?  No shoes to wear to school? Sleeping on hard floors with a small rag doll as your only comfort?  Can you imagine that?......

The amazing part is that the kids we visited were so smart, with high GPA's in their schools. The children were all so polite and shy speaking to my parents. My mom was very impressed by their ambition and clear goals for the future.  Although they did not express any indication of being in need, their living condition and innocent eyes spoke for themselves.

I remember seeing so many commercials on TV about poor children around the world, but I never imagined it to be true. It wasn't until that sad trip to Shiraz that poverty became a reality for me. Now I am so thankful for everything I have.  I live in a secure home, eat healthy food and drink clean water, have a closet full of my favorite clothes and the opportunity to make something of my future.  I used to take things for granted and did not realize how lucky I have been. My only wish would be to have realized this sooner. My mother was right in making me go and now I can only thank her for opening my eyes just a little wider.

Local Office: P.O. Box 7557
Laguna Niguel, CA 92607-7557
Main Office: 12959 S.E. Kathryn Ct.
Clackamas, OR 97015



# CHILD FOUNDATION

*Change a future by sponsoring a child*



949
(714) 580-1162
www.childfoundation.org

Exhibit 3
Page 13 of 86

CF292360

placement test for various trade schools, colleges, and universities.  ey succeed, we are filled with joy, yet the anxi... providing the upcoming college expenses remains with us. We find ourselves like parents who did not have a chance to invest in a college fund.

Our Second Annual Picnic on Sunday, July 26, will give us a chance to raise money for a much-needed college fund. Please join us and bring your family and friends for a day of fun, music, food, drinks, games, and organized activities. Come meet your fellow sponsors and help us celebrate all our sponsored children's achievements.

~

## MEET ONE OF OUR VOLUNTEERS

### Shahla Bagheri (Davis):

Shahla, a native of Gonbad-Kavoos, Iran moved to Tehran after finishing high school. She attended the University of Tehran majoring in History and later moved to England.

In 1979 she migrated to U.S. and resided in Southern California.

Shahla, a mother of two devoted much of her time as a volunteer, taking care of the elderly in need. She started being active in Child Foundation in 1996. She and her daughter "Mitchell" are two of the most valuable Child Foundation friends.

~

This newsletter was designed and prepared by the great effort of "Laguna Hills Insta Print" and the owners Mr. and Mrs. Foroutan. We thank them for holding hands with us in helping our children in Iran.



Return Office: P.O. Box: 7557
Laguna Niguel, CA 92607-7557
Main Office: 12959 S.E. Kathryn Ct.
Clackamas, OR 97015



# CHILD FOUNDATION
*Change a future by sponsoring a child*



**(949) 580-1162**
**www.childfoundation.org**

Exhibit 3
Page 14 of 86

CF292361



فقیر ■    طرد شده □    باهوش □    یتیم ■    شماره پرونده: گل لاله ۷۵

سن: ۷    نام و نام خانوادگی کودک:  خدیجه رحیمی

روستا- ---    شهر- ورامین    محل تولد:  استان- تهران

دلیل فوت پدر یا مادر:

پدر ۶ ماه پیش جهت کمک به پسر عمه خود که در رودخانه افتاده بود به رودخانه می پرد اما غرق می شود مادر خدیجه نیز که شاهد غرق شدن شوهرش بوده است جهت کمک به او می رود اما او نیز غرق می شود.

توضیحات

Exhibit 3
Page 15 of 86

CF292362





شماره پرونده: گل شقایق ۶۰     یتیم ■     باهوش ■     طرد شده □     فقیر ■

نام و نام خانوادگی کودک:  سعید شادروانان     سن:۱۳

محل تولد:  استان- فارس     شهر-شیراز     روستا- ---

دلیل فوت پدر یا مادر:

پدر سعید در اثر سکته قلبی فوت شده است

توضیحات

Exhibit 3
Page 16 of 86

CF292363



شماره پرونده: گل شقایق ۳۵        یتیم ■        باهوش □        طرد شده □        فقیر ■

نام و نام خانوادگی کودک:  همایون خزائی                                    سن:۴ سال

محل تولد:  استان- تهران                        شهر- کرج              روستا- کمال آباد

دلیل فوت پدر یا مادر:

دلیل فوت پدر همایون سکته بوده است.

Exhibit 3
Page 17 of 86

CF292364

# Section 4 :    Activities Report For Iran, Indonesia, & Bosnia



# "A"

Exhibit 3
Page 18 of 86

CF292365

## How Child Fundation's Funds Were Spent in 1996
### Year Ended May 31, 1997

### Program Disbursement by Country



### Functional Expenses



|                          | 1995   | 1996   |
|--------------------------|--------|--------|
| **Revenue ($)**          |        |        |
| Sponsorships             | 6,732  | 61,673 |
| One time donations       | 18,364 | 8,444  |
| Donation boxes           | 4,234  | 3,458  |
| AT&T benefit agreement   | 2,980  | 3,387  |
| *Total Revenue*          | 32,310 | 76,962 |
| **Expenses ($)**         |        |        |
| Program services         | 24,873 | 66,786 |
| Supporting services      |        |        |
| Management and general   |        |        |
| Telephone                | 1,334  | 2,821  |
| Mail                     | 1,074  | 2,063  |
| Travel                   | 0      | 224    |
| Misc.                    | 1,022  | 1,817  |
| Fund Raising             |        |        |
| Travel                   | 430    | 714    |
| Misc.                    | 2,477  | 1,120  |
| *Total expenses*         | 31,210 | 75,545 |
| Fund balances end of year| 1.100  | 1,417  |

گزارش سالانۀ



بنیاد کودک
Child Foundation

12959 SE Kathryn Ct., Clackamas:
Mailing Address:
P. O. Box 1364, Clackamas, OR 97015
(503) 698-4084, FAX (503) 698-1573
www.childfoundation.com

Exhibit 3
Page 19 of 86

CF292366

## Recipients of Funds from Child Foundation

**Country: Iran**



| | |
|---|---|
| US Office | |
| Accountant in Tehran | → 26 Social workers in 8 provinces |

✓ Regular assistance to 650 Families
  (Average of 3 children per family)

✓ Occasional assistance to low income
  orphan students in Shiraz, Tehran,
  Kashan, and Ardebil

*No evidence that $ was provided directly to Iran. Donations O.K under S66.210 (b)*

23

Exhibit 3
Page 20 of 86

CF292367

## Recipients of Funds from Child Foundation

**Country:  Indonesia**



Exhibit 3        24
Page 21 of 86

CF292368

## Recipients of Funds from Child Foundation

**Country:  Bosnia**



Exhibit 3        25
Page 22 of 86

CF292369

# EXHIBIT "B"

Section 1 :     IRS Form 1023
Section 2 :     Articles of Incorporation
                & Amendments
Section 3 :     Bylaws
Section 4 :     Fund Raising Forms
Section 5 :     IRS Schedule "H"
Section 6 :     IRS Form 872-C
Section 7 :     IRS Form 8718
Section 8 :     IRS Letter of Public Charitable
                Status

# "B"

Exhibit 3          2b
Page 23 of 86

CF292370

## Section 1.    Form 1023

Exhibit 3
Page 24 of 86

CF292371

Form **1023**
(Rev. December 1989)
Department of the Treasury
Internal Revenue Service

## Application for Recognition of Exemption
## Under Section 501(c)(3) of the Internal Revenue Code

OMB No. 1545-0056

If exempt status is approved, this application will be open for public inspection.

Read the instructions for each Part carefully.
**A User Fee must be attached to this application.**

If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to you.

### Part I   Identification of Applicant

**1a** Full name of organization (as shown in organizing document)

Child Foundation

**2** Employer identification number (If none, see Instructions.)

93 : 1148608

**1b** c/o Name (if applicable)

**3** Name and telephone number of person to be contacted if additional information is needed

Mehrdad Yasrebi

(503) 652-4577 W
( 503 ) 653-1652 H

**1c** Address (number and street)

P. O. Box 1787

**1d** City or town, state, and ZIP code
Beaverton, OR 97075

**4** Month the annual accounting period ends

May

**5** Date incorporated or formed
May 18, 1994

**6** Activity codes (See instructions.)

560 | 902 | 927

**7** Check here if applying under section:
a ☐ 501(e)   b ☐ 501(f)   c ☒ 501(k)

**8** Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☒ No
If "Yes," attach an explanation.

**9** Has the organization filed Federal income tax returns or exempt organization information returns? . . . . . ☐ Yes   ☒ No
If "Yes," state the form number(s), years filed, and Internal Revenue office where filed.

**10** Check the box for your type of organization. BE SURE TO ATTACH A COMPLETE COPY OF THE CORRESPONDING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

**a** ☒ Corporation— Attach a copy of your Articles of Incorporation, (including amendments and restatements) showing approval by the appropriate state official; also include a copy of your bylaws.

**b** ☐ Trust— Attach a copy of your Trust Indenture or Agreement, including all appropriate signatures and dates.

**c** ☐ Association— Attach a copy of your Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence the organization was formed by adoption of the document by more than one person; also include a copy of your bylaws.

If you are a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . . ▶ ☐

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

Please Sign Here ▶ _Mehrdad Yasrebi_ (Signature)   Director (Title or authority of signer)   July 23, 1994 (Date)

**For Paperwork Reduction Act Notice, see page 1 of the instructions.**

**Complete the Procedural Checklist (page 7 of the instructions) prior to filing.**

Exhibit 3
Page 25 of 86

CF292372

Form 1023 (Rev. 12-89)                                                                                                    Page **2**

## Part II    Activities and Operational Information

Provide a detailed narrative description of all the activities of the organization—past, present, and planned. **Do not merely refer to or repeat the language in your organizational document.** Describe each activity separately in the order of importance. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

The general objective of Child Foundation is to become an international, non-profit charity organization providing education, medical help, food, and other services to a- needy orphans, and b- gifted needy children. We will solicit help for our needy children through giving sponsorship of one child for a donation of $20 per month. We will select a child who needs immediate assistance and rush the sponsor the selected child's photo and case history with regular progress report to follow.

Detailed description of the activities of Child Foundation in the past:

Child Foundation was established on May 18, 1994. During the last two months our major activity has been organizational planning. Through personal contacts we have been recruiting volunteers for different phases of our activities.

Detailed description of the activities of Child Foundation in the present:

At the present, we are continuing with our volunteer recruitments. At the same time, we have started identifying orphans and gifted needy children through our volunteers in Bosnia-Herzegovina, Lebanon, Holy land, Afghanistan, Iran, Iraq, Algeria and India. We will continue expanding to other regions gradually. Our strategy in identifying potential orphans has been to approach highly under-budgeted orphanage houses or refugee centers, as well as to visit poor families. Our strategy in identifying potential gifted needy children has been to visit primary and secondary schools in the low-income sections of the cities and to seek the best 1% of students in very low-income families. So far, all incurring expenses has been donated by field volunteers abroad. The cost of long distance telephone calls and other administrative expenses has been provided by the three members of the Board of Director.

Detailed description of the planned activities of Child Foundation:

After we receive tax exempt status, we will start the following activities:
A- Fund raising, B- transfer of collected funds to our centers abroad for providing care to our children or distribution of cash or food to needy families.

Fund Raising. Detail of our fund raising strategy is as follows: (a) Preparation and publication of pamphlets and other advertisements. (b) Placing ads in magazines and newspapers. (c) Telephone solicitation. (d) Personal solicitation. (e) Placement of donation boxes in food stores. (f) Establishment of 800 telephone number. (g) Placement of ads on radio and TV. The above fund-raising activities will be conducted by volunteers. Appropriate ads for all the above activities will be prepared by our local volunteers. Payments for the ads will be paid by collected donations. Our hope is that our advertisements in the first few months will bring enough funds for additional advertisements in the proceeding months.

Transfer of Collected Funds. Board of Director will review and prioritize the need of each child. Based on the type of needed help, money will then be transferred to his or her account. The money will then be spent on the child, under the supervision of our volunteer staffs, for the purpose of needed help. Progress report on each child will be received and reviewed by the board of directors. Based on the progress reports, each child may or may not receive additional funds.

2    What are or will be the organization's sources of financial support? List in order of size.

(a)    Monthly sponsorship donations. (b)    Irregular donations such as one time contributions, and money collected from donation boxes. (c)    Possible grants or scholarships.

3    Describe the organization's fundraising program, both actual and planned, and explain to what extent it has been put into effect. (Include details of fundraising activities such as selective mailings, formation of fundraising committees, use of volunteers or professional fundraisers, etc.) Attach representative copies of solicitations for financial support.

*Also, please see question 1 above.* Detail of our fund raising strategy is as follows: (a) Preparation and publication of pamphlets and other advertisements. (b) Placing ads in magazines and newspapers. (c) Telephone solicitation. (d) Personal solicitation. (e) Placement of donation boxes in food stores. (f) Establishment of 800 telephone number. (g) Placement of ads on radio and TV. The above fund-raising activities will be conducted by volunteers and will not start until we receive tax exempt status. Appropriate ads for all the above activities will be prepared by our local volunteers. Payments for the ads will be paid by collected donations. Our hope is that our advertisements in the first few months will bring enough funds for additional advertisements in the proceeding months. Draft of a solicitation ad and a sponsorship application is attached.

Exhibit 3    29

Page 26 of 86

CF292373

Form 1023 (Rev. 12-89)                                                                                          Page **3**

**Part II**   **Activities and Operational Information** *(Continued)*

**4**   Give the following information about the organization's governing body:

| a  Names, addresses, and titles of officers, directors, trustees, etc. | b Annual Compensation |
|---|---|
| Mehrdad Yasrebi, Executive Director;  P. O. Box 862 Clackamas, OR 97015<br><br>Fatemeh Sharif-Kazemi, Treasurer;  P. O. Box 862 Clackamas, OR 97015<br>Asad Azemi, Fund Raising Director;  P. O. Box 862 Clackamas, OR 97015 | none |

**c**  Do any of the above persons serve as members of the governing body by reason of being public officials or being appointed by public officials? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**   ☑ **No**
  If "Yes," name those persons and explain the basis of their selection or appointment.

**d**  Are any members of the organization's governing body "disqualified persons" with respect to the organization (other than by reason of being a member of the governing body) or do any of the members have either a business or family relationship with "disqualified persons"? (See the Specific Instructions for line 4d.) . . . . .  ☐ **Yes**   ☑ **No**
  If "Yes," explain.

**5**  Does the organization control or is it controlled by any other organization? . . . . . . . . . . . . . . .  ☐ **Yes**   ☑ **No**
  Is the organization the outgrowth of (or successor to) another organization, or does it have a special relationship to another organization by reason of interlocking directorates or other factors?  . . . . . . . . . . . . .  ☐ **Yes**   ☑ **No**
  If either of these questions is answered "Yes," explain.

**6**  Does or will the organization directly or indirectly engage in any of the following transactions with any political organization or other exempt organization (other than 501(c)(3) organizations): (a) grants; (b) purchases or sales of assets; (c) rental of facilities or equipment; (d) loans or loan guarantees; (e) reimbursement ar-rangements; (f) performance of services, membership, or fundraising solicitations; or (g) sharing of facilities, equipment, mailing lists or other assets, or paid employees? . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**   ☑ **No**
  If "Yes," explain fully and identify the other organization(s) involved.

**7**  Is the organization financially accountable to any other organization? . . . . . . . . . . . . . . . . . . .  ☐ **Yes**   ☑ **No**
  If "Yes," explain and identify the other organization. Include details concerning accountability or attach copies of reports if any have been submitted.

Exhibit 3        30

CF292374

Form 1023 (Rev. 12-89)                                                                                           Page **4**

| **Part II** | **Activities and Operational Information** *(Continued)* |

What assets does the organization have that are used in the performance of its exempt function? (Do not include property producing investment income.) If any assets are not fully operational, explain their status, what additional steps remain to be completed, and when such final steps will be taken. If "None," indicate "N/A."

                                              N/A

9a  Will any of the organization's facilities or operations be managed by another organization or individual under a
    contractual agreement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☑ No

 b  Is the organization a party to any leases? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☑ No
    If either of these questions is answered "Yes," attach a copy of each such contract and explain the relationship
    between the applicant and each of the other parties.

10  Is the organization a membership organization? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☑ No
    If "Yes," complete the following:
 a  Describe the organization's membership requirements and attach a schedule of membership fees and dues.

 b  Describe your present and proposed efforts to attract members and attach a copy of any descriptive literature or promotional
    material used for this purpose.

 c  What benefits do (or will) your members receive in exchange for their payment of dues?

11a  If the organization provides benefits, services or products, are the recipients required, or will they be
     required, to pay for them? . . . . . . . . . . . . . . . . . . . . . . . . ☐ N/A  ☐ Yes  ☑ No
     If "Yes," explain: show how the charges are determined; and attach a copy of your current fee schedule.

 b  Does or will the organization limit its benefits, services or products to specific individuals or classes of
    individuals? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ N/A  ☑ Yes  ☐ No
    If "Yes," explain how the recipients or beneficiaries are or will be selected.

    Child Foundation limits its services to needy children and youngsters of under 18 years of old, and those who through them the above
    will benefit, such as immediate family members or guardians.

12  Does or will the organization attempt to influence legislation? . . . . . . . . . . . . . . . . ☐ Yes  ☑ No
    If "Yes," explain. Also, give an estimate of the percentage of the organization's time and funds which it devotes
    or plans to devote to this activity.

    Does or will the organization intervene in any way in political campaigns, including the publication or distribution
    of statements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☑ No
    If "Yes," explain fully.

                                                                              Exhibit 3      31

CF292375

Form 1023 (Rev. 12-89)                                                                                                    Page **5**

## Part III   Technical Requirements

1   Are you filing Form 1023 within 15 months from the end of the month in which you were created or formed?   . ☑ **Yes**      ☐ **No**
If you answer "Yes," do not answer questions 2 through 6.

2   If one of the exceptions to the 15-month filing requirement shown below applies, check the appropriate box and proceed to question 7.
**Exceptions—**You are not required to file an exemption application within 15 months if the organization:

   ☐   (a) Is a church, interchurch organization, local unit of a church, a convention or association of churches, or an integrated auxiliary of a church;

   ☐   (b) Is not a private foundation and normally has gross receipts of not more than $5,000 in each tax year; or,

   ☐   (c) Is a subordinate organization covered by a group exemption letter, but only if the parent or supervisory organization timely submitted a notice covering the subordinate.

3   If you do not meet any of the exceptions in question 2, do you wish to request relief from the 15-month filing requirement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes**      ☐ **No**

4   If you answer "Yes" to question 3, please give your reasons for not filing this application within 15 months from the end of the month in which your organization was created or formed.

5   If you answer "No" to both questions 1 and 3 and do not meet any of the exceptions in question 2, your qualification as a section 501(c)(3) organization can be recognized only from the date this application is filed with your key District Director. Therefore, do you want us to consider your application as a request for recognition of exemption as a section 501(c)(3) organization from the date the application is received and not *retroactively to the date you were formed?* . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes**      ☐ **No**

6   If you answer "Yes" to question 5 above and wish to request recognition of section 501(c)(4) status for the period beginning with the date you were formed and ending with the date your Form 1023 application was received (the effective date of your section 501(c)(3) status), check here ▶ ☐ and attach a completed page 1 of Form 1024 to this application.

Exhibit 3       32

CF292376

Form 1023 (Rev. 12-89)                                                                                                 Page **6**

**Part III**  Technical Requirements *(Continued)*

Is the organization a private foundation?
- ☐ **Yes**   (Answer question 8.)
- ☑ **No**    (Answer question 9 and proceed as instructed.)

8   If you answer "Yes" to question 7, do you claim to be a private operating foundation?
- ☐ **Yes**   (Complete Schedule E)
- ☐ **No**

After answering this question, go to Part IV.

9   If you answer "No" to question 7, indicate the public charity classification you are requesting by checking the box below that most appropriately applies:

**THE ORGANIZATION IS NOT A PRIVATE FOUNDATION BECAUSE IT QUALIFIES:**

| | | |
|---|---|---|
| **(a)** ☐ As a church or a convention or association of churches (MUST COMPLETE SCHEDULE A.) | | Sections 509(a)(1) and 170(b)(1)(A)(i) |
| **(b)** ☐ As a school (MUST COMPLETE SCHEDULE B). | | Sections 509(a)(1) and 170(b)(1)(A)(ii) |
| **(c)** ☐ As a hospital or a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital (MUST COMPLETE SCHEDULE C). | | Sections 509(a)(1) and 170(b)(1)(A)(iii) |
| **(d)** ☐ As a governmental unit described in section 170(c)(1). | | Sections 509(a)(1) and 170(b)(1)(A)(v) |
| **(e)** ☐ As being operated solely for the benefit of, or in connection with, one or more of the organizations described in (a) through (d), (g), (h), or (i) (MUST COMPLETE SCHEDULE D). | | Section 509(a)(3) |
| **(f)** ☐ As being organized and operated exclusively for testing for public safety. | | Section 509(a)(4) |
| **(g)** ☐ As being operated for the benefit of a college or university that is owned or operated by a governmental unit. | | Sections 509(a)(1) and 170(b)(1)(A)(iv) |
| **(h)** ☐ As receiving a substantial part of its support in the form of contributions from publicly supported organizations, from a governmental unit, or from the general public. | | Sections 509(a)(1) and 170(b)(1)(A)(vi) |
| **(i)** ☐ As normally receiving not more than one-third of its support from gross investment income and more than one-third of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions (subject to certain exceptions). | | Section 509(a)(2) |
| **(j)** ☑ We are a publicly supported organization but are not sure whether we meet the public support test of block (h) or block (i). We would like the Internal Revenue Service to decide the proper classification. | | Sections 509(a)(1) and 170(b)(1)(A)(vi) or Section 509(a)(2) |

**If you checked one of the boxes (a) through (f) in question 9, go to question 14.**
**If you checked box (g) in question 9, go to questions 11 and 12.**
**If you checked box (h), (i), or (j), go to question 10.**

33

Exhibit 3
Page 30 of 86

CF292377

Form 1023 (Rev. 12-89)                                                                                                          Page **7**

## Part III   Technical Requirements *(Continued)*

**10**   If you checked box (h), (i), or (j) in question 9, have you completed a tax year of at least 8 months?

☑   No—You must request an advance ruling by completing and signing 2 Forms 872-C and attaching them to your application.

☐   Yes—Indicate whether you are requesting:

☐   A definitive ruling  (Answer question 11 through and including question 14.)

☐   An advance ruling  (Answer questions 11 and 14 and attach 2 Forms 872-C completed and signed.)

**11**   If the organization received any unusual grants during any of the tax years shown in Part IV-A, attach a list for each year showing the name of the contributor; the date and the amount of the grant; and a brief description of the nature of each such grant.

**12**   If you are requesting a definitive ruling under section 170(b)(1)(A)(iv) or (vi), check here ▶ ☐ and:

**a**   Enter 2% of line 8, column (e) of Part IV-A _____

**b**   Attach a list showing the name and amount contributed by each person (other than a governmental unit or "publicly supported" organization) whose total gifts, grants, contributions, etc., were more than the amount you entered on line **12a** above.

**13**   If you are requesting a definitive ruling under section 509(a)(2), check here ▶ ☐ and:

**a**   For each of the years included on lines 1, 2, and 9 of Part IV-A, attach a list showing the name of and amount received from each person who is a "disqualified person."

**b**   For each of the years included on line 9 of Part IV-A, attach a list showing the name of and amount received from each payer (other than a "disqualified person") whose payments to the organization were more than $5,000. For this purpose, "payer" includes, but is not limited to, any organization described in sections 170(b)(1)(A)(i) through (vi) and any governmental agency or bureau.

**14**   Indicate if your organization is one of the following, and if so, complete the required schedule. (Submit only those schedules, if any, that apply to your organization. **Do not submit blank schedules.**)

| | Yes | No | If "Yes," complete schedule: |
|---|---|---|---|
| Is the organization a church? . . . . . . . . . . . . . . . . . . . . | | ✔ | A |
| Is the organization, or any part of it, a school? . . . . . . . . . . . . . . | | ✔ | B |
| Is the organization, or any part of it, a hospital or medical research organization? . . . . . . . . . | | ✔ | C |
| Is the organization a section 509(a)(3) supporting organization? . . . . . . . . . . . | | ✔ | D |
| Is the organization an operating foundation? . . . . . . . . . . . . . . | | ✔ | E |
| Is the organization, or any part of it, a home for the aged or handicapped? . . . . . . . . . | | ✔ | F |
| Is the organization, or any part of it, a child care organization? . . . . . . . . . . . | | ✔ | G |
| Does the organization provide or administer any scholarship benefits, student aid, etc.? . . . . . . . | ✔ | | H |
| Has the organization taken over, or will it take over, the facilities of a "for profit" institution? . . . . . . | | ✔ | I |

Exhibit 3   34
Page 31 of 86

CF292378

Form 1023 (Rev. 12-89) — Page **8**

## Part IV    Financial Data

Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 [ye]ars, complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets for the 2 [ye]ars following the current year.

### A.—Statement of Revenue and Expenses

| | | Current tax year (a) From 5/94 to 5/95 | 3 prior tax years or proposed budget for 2 years (b) 1995–96 | (c) 1996–97 | (d) 19 ...... | (e) TOTAL |
|---|---|---|---|---|---|---|
| | **Revenue** | | | | | |
| 1 | Gifts, grants, and contributions received (not including unusual grants—see instructions) | 0 | 0 | 0 | | |
| 2 | Membership fees received | 0 | 0 | 0 | | |
| 3 | Gross investment income (see instructions for definition) | 0 | 0 | 0 | | |
| 4 | Net income from organization's unrelated business activities not included on line 3 | 0 | 10,000 | 20,000 | | |
| 5 | Tax revenues levied for and either paid to or spent on behalf of the organization | 0 | 0 | 0 | | |
| 6 | Value of services or facilities furnished by a governmental unit to the organization without charge (not including the value of services or facilities generally furnished the public without charge) | 0 | 0 | 0 | | |
| 7 | Other income (not including gain or loss from sale of capital assets) (attach schedule) | 30,000 | 40,000 | 80,000 | | |
| 8 | Total of lines 1 through 7 | 30,000 | 50,000 | 100,000 | | |
| 9 | Gross receipts from admissions, sales of merchandise or services, or furnishing of facilities in any activity that is not an unrelated business within the meaning of section 513 | 0 | 5,000 | 10,000 | | |
| 10 | Total of lines 8 and 9 | 30,000 | 55,000 | 110,000 | | |
| 11 | Gain or loss from sale of capital assets (attach schedule) | 0 | 0 | 0 | | |
| 12 | Unusual grants | 0 | 0 | 0 | | |
| 13 | Total revenue (add lines 10 through 12) | 30,000 | 55,000 | 110,000 | | |
| | **Expenses** | | | | | |
| 14 | Fundraising expenses | 18,000 | 19,000 | 19,000 | | |
| 15 | Contributions, gifts, grants, and similar amounts paid (attach schedule) | 10,000 | 34,000 | 89,000 | | |
| 16 | Disbursements to or for benefit of members (attach schedule) | 0 | 0 | 0 | | |
| 17 | Compensation of officers, directors, and trustees (attach schedule) | 0 | 0 | 0 | | |
| 18 | Other salaries and wages | 2,000 | 2,000 | 2,000 | | |
| 19 | Interest | 0 | 0 | 0 | | |
| 20 | Occupancy (rent, utilities, etc.) | 0 | 0 | 0 | | |
| 21 | Depreciation and depletion | 0 | 0 | 0 | | |
| 22 | Other (attach schedule) | 0 | 0 | 0 | | |
| 23 | Total expenses | 30,000 | 55,000 | 110,000 | | |
| 24 | Excess of revenue over expenses (line 13 minus line 23) | 0 | 0 | 0 | | |

Exhibit 5
Page 32 of 86    35

CF292379

Form 1023 (Rev. 12-89)    Page **9**

**Part IV**    **Financial Data** *(Continued)*

| B.—Balance Sheet (at the end of the period shown) | | Current tax year Date 7/25/1994 |
|---|---|---|
| **Assets** | | |
| 1 | Cash | 1 | 300.00 |
| 2 | Accounts receivable, net | 2 | 0 |
| 3 | Inventories | 3 | 0 |
| 4 | Bonds and notes receivable (attach schedule) | 4 | 0 |
| 5 | Corporate stocks (attach schedule) | 5 | 0 |
| 6 | Mortgage loans (attach schedule) | 6 | 0 |
| 7 | Other investments (attach schedule) | 7 | 0 |
| 8 | Depreciable and depletable assets (attach schedule) | 8 | 0 |
| 9 | Land | 9 | 0 |
| 10 | Other assets (attach schedule) | 10 | 0 |
| 11 | **Total assets** | 11 | 300.00 |
| **Liabilities** | | |
| 12 | Accounts payable | 12 | 0 |
| 13 | Contributions, gifts, grants, etc., payable | 13 | 0 |
| 14 | Mortgages and notes payable (attach schedule) | 14 | 0 |
| 15 | Other liabilities (attach schedule) | 15 | 0 |
| 16 | **Total liabilities** | 16 | 0 |
| **Fund Balances or Net Assets** | | |
| 17 | Total fund balances or net assets | 17 | 300.00 |
| 18 | **Total liabilities and fund balances or net assets** (add line 16 and line 17) | 18 | 300.00 |

If there has been any substantial change in any aspect of your financial activities since the end of the period shown above, check the box and attach a detailed explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Exhibit 3
Page 33 of 86    36

CF292380

## Part IV

## Schedules for Questions 7 & 15

7.

| ITEM | 1994-1995 | 1995-1996 | 1996-1997 |
|---|---|---|---|
| Sponsorship | 10,000 | 20,000 | 40,000 |
| Donation Box | 10,000 | 20,000 | 30,000 |
| One time Contributions | 10,000 | 10,000 | 10,000 |
| **TOTAL** | 30,000 | 50,000 | 80,000 |

15.

| ITEM | 1994-1995 | 1995-1996 | 1996-1997 |
|---|---|---|---|
| Gifts | 10,000 | 24,000 | 89,000 |
| **TOTAL** | 10,000 | 24,000 | 89,000 |

Exhibit 3
Page 34 of 86

CF292381

## Section 2.     Article of Incorporation

Exhibit 3     35

Page 35 of 86

CF292382

Submit the original
and one true copy
$20.00

Registry Number:

399 323-89



SECRETARY OF STATE
Corporation Division
Business Registry
158 12th Street NE
Salem, OR 97310-0210
(503) 378-4166
Facsimile (503) 378-4381

THIS SPACE FOR OFFICE USE ONLY

**FILED**

MAY 1 8 1994

SECRETARY OF STATE

# ARTICLES OF INCORPORATION
## Nonprofit Corporation

PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK

ARTICLE 1:    Name of the corporation: ___Child Foundation___

ARTICLE 2:    Type of corporation (check one only):

[x]    Public benefit

[ ]    Mutual benefit

[ ]    Religious

ARTICLE 3:    Name of the initial registered agent: __Mehrdad Yasrebi__

Residence or office address of registered agent (must be a street address in Oregon):

| 9750 SE Talbert | Clackamas | Oregon | 97015 |
|---|---|---|---|
| Street and number | City | | Zip code |

ARTICLE 4:    Principal office address:

| P. O. Box 1364 | Clackamas | OR | 97015 |
|---|---|---|---|
| Street and number | City | State | Zip code |

ARTICLE 5:    Indicate if corporation will have members:

[ ]    Yes

[x]    No

ARTICLE 6:    Distribution of assets on dissolution or final liquidation:

Alavi Foundation, NY, NY

POa
5.5
KO

121 (7/93)

04269405808    831.219    25.00

Exhibit 3    39
Page 36 of 86

CF292383

# ARTICLES OF INCORPORATION
# NONPROFIT CORPORATION

Page 2

Name of corporation:          Child Foundation

ARTICLE 7:  Name and address of each director is optional.
(If the corporation is a public benefit, you must list three or more directors and their addresses below.)

| Mehrdad Yasrebi | POB 862   Clackamas, OR 97015 |
| Fatemeh Sharif-KAzemi | POB 862   Clackamas, OR 97015 |
| Asad Azemi | POB 862   Clackamas, OR 97015 |

ARTICLE 8:  [X]   Each director named has consented to this appointment.

ARTICLE 9:  Optional provisions:

ARTICLE 10: Name and address of the incorporator:

Mehrdad Yasrebi          POBox 862  Clackamas, OR 97015
Name                     Address

Execution:  _Mehlad yanl._   Mehrdad Yasrebi       Incorporator
            Signature        Printed name           Title

Person to contact about this filing:  Mehrdad YAsrebi       (503) 653-1652
                                      Name                  Daytime phone number

MAKE CHECKS PAYABLE TO THE CORPORATION DIVISION OR INCLUDE YOUR *VISA OR MASTERCARD* NUMBER AND EXPIRATION DATE _____  ____/____. SUBMIT THE COMPLETED FORM AND FEE TO THE ABOVE ADDRESS OR FAX TO (503) 378-4381.

121 (7/93)

Exhibit 3       40
Page 37 of 86

CF292384

01/17/95 09:30 503 378 4381 BUSINESS REGISTR @002/002

Submit the original
and one true copy
$10.00

Registry Number:

399 323-89



Corporation Division - Business Registry
Public Service Building
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327
(503) 986-2200 Facsimile (503) 378-4381

THIS SPACE FOR OFFICE USE ONLY

10-

## ARTICLES OF AMENDMENT
### Nonprofit Corporation

**FILED**

**JAN 1 7 1995**

Secretary of State

### PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK

1.  Name of the corporation prior to amendment:

    Child Foundation

2.  On a separate sheet, please state the article number(s) and set forth the article(s) as it is amended to read.

3.  The amendment(s) was adopted on _Jan. 13___, 19_95_. (If more than one amendment was adopted, identify the date of adoption of each amendment.

4.  Check the appropriate statement:

    ☒ Membership approval was not required. The amendment(s) was approved by a sufficient vote of the board of directors or incorporators.

    ☐ Membership approval was required. The membership vote was as follows:

| Class(es) entitled to vote | Number of members entitled to vote | Number of votes entitled to be cast | Number of votes cast for | Number of votes cast against |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Execution: _[signature]_  _Mehrdad Yasrebi_  _Incorporator_
              Signature                Printed name             Title

Person to contact about this filing: _Mehrdad (Abu) Yasrebi_  _(503) 652-4577_
                                                Name                  Daytime phone number

MAKE CHECKS PAYABLE TO THE CORPORATION DIVISION OR INCLUDE YOUR VISA OR MASTERCARD NUMBER AND EXPIRATION DATE. SUBMIT THE COMPLETED FORM AND FEE TO THE ABOVE ADDRESS OR FAX TO (503) 378-4381.

122 (7/93)

Exhibit 3
Page 38 of 86

CF292385

## Section 3.     Bylaw

Exhibit 3
Page 39 of 86

CF292386

# CONSTITUTION & BYLAW OF CHILD FOUNDATION

1.  The organization shall be called Child Foundation.

2.  The objectives of Child Foundation are:

    (1)  To provide relief and aid to the needy children of the world;
    (2)  To provide for the education and training of the needy orphaned children;
    (3)  To provide for the education and training of the needy gifted children;
    (4)  To provide medical help to the needy orphans or gifted children;
    (5)  To provide food and other necessities to the needy orphans or gifted children.

3.  There shall be a board of directors of Child Foundation. The directors shall be responsible for the management of the affairs of Child Foundation. Any documents that require a signature shall be signed by one of the members of the board of director. Directors may vote for appointment of additional directors or may vote for the dismissal of a director.

4.  Child Foundation shall be carried on without purpose of gain for its board of director, and any profits or accretions to Child Foundation shall be used solely to promote its objectives.

5.  A quorum for a meeting of the directors shall be half plus one directors. Meetings of the board may be formally called by a least two directors. The board may consider or transact any business, either special or general, at a meeting of the board.

6.  All decisions of Child Foundation shall be made by the board of directors. A decision shall be made by majority vote, and once made, the implementation of any decision may be delegated by the board to an officer of the organization.

7.  The directors shall make arrangements for the financial affairs of the organization with a financial institute. Any checks or other similar withdrawals over $250.00 require the approval of two of the members of the board of director.

8.  The directors shall receive no remuneration for acting as directors, but shall be entitled to compensation for any expenses incurred by them, upon proof of such expenses.

9.  The board may appoint such committees as it, from time to time, considers advisable.

Exhibit 3
43
Page 40 of 86

CF292387

10. No committee shall have the power to act for, or on behalf of Child Foundation to otherwise commit or bind the organization to any course of action. The committee shall only have the power to make the recommendations to the board.

11. Members of the committees shall be appointed by, and hold office at the concensus of the board.

12. Each committee shall submit to the board such report as the board may, from time to time request, but in any event, each committee shall submit an annual report to the board at each time as the board may determine.

13. The board may from time to time appoint such honorary officers as they may consider appropriate.

14. The board may from time to time appoint and may delegate to persons the authority to merge and direct the business and offices of Child Foundation as the board may from time to time determine. The managers shall report on the affairs of the organization as may be required by the board.

15. The board of director may dissolve Child Foundation by 2/3 majority vote. Upon dissolution, any assets remaining after the payment of any liabilities shall be donated to Alavi Foundation in New York, New York.

16. The fiscal year of Child Foundation shall start at May.

Passed by the members of the board of director of Child Foundation this 20 day of July, 1994.

Mehrdad(Abutorab) Yasrebi
EXECUTIVE DIRECTOR

Fatemeh Sharif-Kazemi
TREASURER

Asad Azemi
FUND RAISING DIRECTOR

Exhibit 3
Page 41 of 86

CF292388

# Section 4.    Fund Raising Forms

Exhibit 3
Page 42 of 86

CF292389

# CHILD FOUNDATION

Child Foundation is an international, non-profit, charity organization providing education, medical help, food, and other services to orphans or gifted needy children.

You too can give your love and hope for a brighter future to a needy child by sponsoring one for only a gift of $20 a month. We will select a child who needs your immediate assistance and rush you his or her photos and case history with regular progress reports to follow.

## P. O. Box 1787
## Beaverton, OR 97075

## (503) 794-9852

*Your gifts are U.S. income tax deductible*

Exhibit 3

Page 43 of 86

CF292390

# Sponsorship Application

☐    Yes, I want to become a sponsor and help a
precious needy child.

I prefer to sponsor an [ ] orphan       [ ] needy gifted child
who is a [ ] boy      [ ] girl        [ ] either
From: [ ] Iran        [ ] Lebanon      [ ]Bosnia
      [ ] Iraq        [ ] Afghanistan

[ ] Please choose the child from your "Emergency List" who
    needs me the most.

I choose to send my sponsorship payments:
[ ] Monthly ($20)    [ ] Semiannually ($120)     [ ] Annually ($240)

☐ Instead of becoming a sponsor at this time, I wish to make a
    contribution of $_____
☐ Please send me more information.

Name_____
Address_____
City_____State_____Zip_____
Telephone_____

Your gifts are U.S. income tax deductible.
Please make your checks payable to:  Child Foundation,
P.O. Box 1787, Beaverton, OR 97075

Exhibit 3
Page 44 of 86

CF292391

**Section 5      :      IRS Schedule "H"**

Exhibit 3      48
Page 45 of 86

CF292392

Form 1023 (Rev. 12-89)                                                                                                                    Page 27

## Schedule H.—Organizations Providing Scholarship Benefits, Student Aid, etc., to Individuals

a   Describe the nature of the scholarship benefit, student aid, etc., including the terms and conditions governing its use, whether a gift, or a loan, and the amount, and how the availability of the scholarship is publicized. If the organization has established or will establish several categories of scholarship benefits, identify each kind of benefit and explain how the organization determines the recipients for each category. Attach a sample copy of any application the organization requires or will require of individuals to be considered for scholarship grants, loans, or similar benefits. (Private foundations that make grants for travel, study, or other similar purposes are required to obtain advance approval of scholarship procedures. See Regulations sections 53.4945-4(c) and (d)).

Child Foundation will make scholarships and student aids available to those under its care. Candidates are either needy orphans, needy gifted children or needy gifted youngsters of under 18 years of old. Candidates will be determined by careful evaluation of their financial needs in case the of orphans, and past school performances in addition to financial needs in the case of needy gifted children or youngsters under 18 years of old. Each candidate will be selected by our local volunteer teams. However, the final acceptance will be issued by the board of director after re-examination of candidates' files. The amount of scholarships and student aids which are in the form of gifts will vary, depending upon the local cost of living. The availability of scholarships will be announced by our local volunteers verbally as well as in the form of published pamphlets.

b   If you want this application considered as a request for approval of grant procedures in the event we determine that you are a private foundation, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

c   If you checked the box in 1b above, indicate the section(s) that you wish to be considered.

☐ 4945(g)(1)                    ☐ 4945(g)(2)                    ☐ 4945(g)(3)

2   What limitations or restrictions are there on the class of individuals who are eligible recipients? Specifically explain whether there are, or will be, any restrictions or limitations in the selection procedures based upon race and whether there are, or will be, restrictions or limitations in selection procedures based on the employment status of the prospective recipient or any relative of the prospective recipient. Also indicate the approximate number of eligible individuals.

There would be no limitations or restrictions based upon race, or the employment status on the class of individuals who are eligible recipients. The approximate number of eligible individuals for receiving student aid may be as high as 80% of the children or youngsters under our care. The approximate number of eligible individuals for receiving scholarships, however may be as low as 5%.

3   Indicate the number of grants you anticipate making annually . . . . . . . . . . . . . . . . . . . . . . ▶

4   If you base your selections in any way on the employment status of the applicant or any relative of the applicant, indicate whether there is or has been any direct or indirect relationship between the members of the selection committee and the employer. Also indicate whether relatives of the members of the selection committee are possible recipients or have been recipients.

N/A

5   Describe any procedures you have for supervising grants (such as obtaining reports or transcripts) that you award, and any procedures you have for taking action if the terms of the grant are violated.

Renewal of student aid or scholarships will depend upon satisfactory performance during the preceding school year. Written report of school attendance from the school officials, in addition to transcripts will be evaluated at the middle of each school year for each student. If the performance of a student during the first half of school year is not satisfactory, the student will be given a warning. At the end of school year, students' performance will be reviewed once more. Renewal of student's grant depends upon improvement in his or her school performance.

Exhibit 3

CF292393

## Section 6.    Form 872-C

Exhibit 3        50
Page 47 of 86

CF292394

Form **872-C**

ev. 12-89)

Department of the Treasury—Internal Revenue Service

## Consent Fixing Period of Limitation Upon Assessment of Tax Under Section 4940 of the Internal Revenue Code

(See instructions on reverse side.)

OMB No. 1545-0056

To be used with Form 1023. Submit in duplicate.

Under section 6501(c)(4) of the Internal Revenue Code. and as part of a request filed with Form 1023 that the organization named below be treated as a publicly supported organization under section 170(b)(1)(A)(vi) or section 509(a)(2) during an advance ruling period,

Child Foundation
*(Exact legal name of organization as shown in organizing document)*

P. O. Box 1787, Beaverton OR 97075
*(Number. street. city or town. state. and ZIP code)*

} and the

District Director of Internal Revenue, or Assistant Commissioner (Employee Plans and Exempt Organizations)

Consent and agree that the period for assessing tax (imposed under section 4940 of the Code) for any of the 5 tax years in the advance ruling period will extend 8 years. 4 months. and 15 days beyond the end of the first tax year.

However. if a notice of deficiency in tax for any of these years is sent to the organization before the period expires, the time for making an assessment will be further extended by the number of days the assessment is prohibited, plus 60 days.

Ending date of first tax year    May, 18, 1994
*(Month. day. and year)*

| Name of organization (as shown in organizing document) | Date |
|---|---|
| Child Foundation | 7/23/1994 |

Officer or trustee having authority to sign

Signature ► *Mehrdad Yasrebi*

**For IRS use only**

| District Director or Assistant Commissioner (Employee Plans and Exempt Organizations) | Date |
|---|---|
| | |

By ►

For Paperwork Reduction Act Notice, see page 1 of the Form 1023 Instructions.

Exhibit 3
Page 48 of 86

CF292395

Form **872-C**

v. 12-89)

Department of the Treasury—Internal Revenue Service

**Consent Fixing Period of Limitation Upon
Assessment of Tax Under Section 4940 of the
Internal Revenue Code**

(See instructions on reverse side.)

OMB No. 1545-0056

To be used with Form
1023. Submit in
duplicate.

Under section 6501(c)(4) of the Internal Revenue Code, and as part of a request filed with Form 1023 that the organization named below be treated as a publicly supported organization under section 170(b)(1)(A)(vi) or section 509(a)(2) during an advance ruling period,

Child Foundation
(Exact legal name of organization as shown in organizing document)

P. O. Box 1787, Beaverton OR 97075
(Number, street, city or town, state, and ZIP code)

and the

District Director of
Internal Revenue, or
Assistant Commissioner
(Employee Plans and
Exempt Organizations)

Consent and agree that the period for assessing tax (imposed under section 4940 of the Code) for any of the 5 tax years in the advance ruling period will extend 8 years, 4 months, and 15 days beyond the end of the first tax year.

However, if a notice of deficiency in tax for any of these years is sent to the organization before the period expires, the time for making an assessment will be further extended by the number of days the assessment is prohibited, plus 60 days.

Ending date of first tax year    May, 18, 1994
(Month, day, and year)

| Name of organization (as shown in organizing document) | Date |
|---|---|
| Child Foundation | 7/23/1994 |

Officer or trustee having authority to sign

Signature ▶  *Mehdod Yash*

**For IRS use only**

| District Director or Assistant Commissioner (Employee Plans and Exempt Organizations) | Date |
|---|---|
| | |

By ▶

For Paperwork Reduction Act Notice, see page 1 of the Form 1023 Instructions.

Exhibit 3    52
Page 49 of 86

CF292396

# Section 7.    Form 8718

Exhibit 3        53
Page 50 of 86

CF292397

Form **8718**
(Rev. April 1994)
Department of the Treasury
Internal Revenue Service

Name of organization

## User Fee for Exempt Organization Determination Letter Request

▶ Attach this form to determination letter application.
(Form 8718 is NOT a determination letter application.)

For IRS Use Only

Control number _____
Amount paid _____
User fee screener

---

**Caution:** *Do not attach Form 8718 to an application for a pension plan determination letter. Use Form 8717 instead.*

**2    Type of request**                                                                                                         **Fee**

**a** ☐    Initial request for a determination letter for:
- An exempt organization that has had annual gross receipts averaging not more than $10,000 during the preceding 4 years, or
- A new organization that anticipates gross receipts averaging not more than $10,000 during its first 4 years.                                                                                                                            $150

**Note:** *If you checked box 2a, you must complete the Certification below.*

### Certification

I certify that the annual gross receipts of ...................................................................................................................................
                                                                                                                 name of organization

have averaged (or are expected to average) not more than $10,000 during the preceding 4 (or the first 4) years of operation.

Signature ▶ _____                 Title ▶ _____

**b** ☑    Initial request for a determination letter for:
- An exempt organization that has had annual gross receipts averaging more than $10,000 during the preceding 4 years, or
- A new organization that anticipates gross receipts averaging more than $10,000 during its first 4 years   .   .      $ 465

**c** ☐    Group exemption letters   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .      $ 500

---

## Instructions

The law requires payment of a user fee with each application for a determination letter. The user fees are listed on line 2 above. For more information, see Rev. Proc. 94-8, 1994-1 I.R.B. 176.

Check the box on line 2 for the type of application you are submitting. If you check box 2a, you must complete and sign the certification statement that appears under line 2a.

Attach to Form 8718 a check or money order payable to the Internal Revenue Service for the full amount of the user fee. If you do not include the full amount, your application will be returned. Attach Form 8718 to your determination letter application.

To avoid delays, send the determination letter application and

Form 8718 to the applicable IRS address shown below. Use the address below even if a different address appears in another form or publication.

| If the organization is in | Send fee and request for determination letter to |
|---|---|
| Connecticut, Maine, Massachusetts, New Hampshire, New York, Rhode Island, Vermont | Internal Revenue Service EP/EO Division P. O. Box 1680, GPO Brooklyn, NY 11202 |
| Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania, Virginia, any U.S. possession or foreign country | Internal Revenue Service EP/EO Division P. O. Box 17010 Baltimore, MD 21203 |
| Indiana, Kentucky, Michigan, Ohio, West Virginia | Internal Revenue Service EP/EO Division P. O. Box 3159 Cincinnati, OH 45201 |

| If the organization is in | Send fee and request for determination letter to |
|---|---|
| Arizona, Colorado, Kansas, Oklahoma, New Mexico, Texas, Utah, Wyoming | Internal Revenue Service EP/EO Division Mail Code 4950 DAL 1100 Commerce Street Dallas, TX 75242 |
| Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee | Internal Revenue Service EP/EO Division P.O. Box 941 Atlanta, GA 30370 |
| Alaska, California, Hawaii, Idaho, Nevada, Oregon, Washington | Internal Revenue Service EO Application EP/EO Division McCaslin Industrial Park 2 Cupania Circle Monterey Park, CA 91754-7406 |
| Illinois, Iowa, Minnesota, Missouri, Montana, Nebraska, North Dakota, South Dakota, Wisconsin | Internal Revenue Service EP/EO Division 230 S. Dearborn DPN 20-5 Chicago, IL 60604 |

---

0106

**CHILD FOUNDATION**
P.O. BOX 1787    794-9852
BEAVERTON, OR 97075

8/29 19 94          24-7038/3230
                          2892

Pay to the
Order of *Internal Revenue Service*                    $ 465 00/100

*Four hundred Sixty five & no cents* _____ Dollars

**Bank of America**    (503) 275-2222
Sunnyside Office    2892
8315 Southeast Sunnyside Road
Clackamas, OR 97015

For *Recognition of Exemption* _____          *Melind yali* (signature)

⑈323070380⑈0106 ⑈2892 3⑈0599 2⑈

CA _____                54

Cat. No. 64728Z                            Exhibit **8718** (Rev. 4-94)
Page 51 of 86

*U.S. Government Printing Office: 1994 — 301-628/00147

CF292398

# Section 8: IRS Letter of Public Charitable Status

Exhibit 3    55
Page 52 of 86

CF292399

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
CUPANIA CIRCLE
MONTEREY PARK, CA  91755-7406

Date:  JAN 0 6 1995

CHILD FOUNDATION
P.O. BOX 1787
BEAVETON, OR  97075

DEPARTMENT OF THE TREASURY

Federal Tax ID Number:

Employer Identification Number:
  93-1148608
Case Number:
  954335063
Contact Person:
  RON GARBER
Contact Telephone Number:
  (818) 359-5864
Response Due Date:

JAN 2 7 1995

Dear Applicant:

Before we can determine whether your organization is exempt from Federal income tax, we must have enough information to show that you have met all legal requirements.  You did not include the information needed to make that determination on your Form 1023, Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code.

To help us determine whether your organization is exempt from Federal income tax, please send us the requested information by the above date.  We can then complete our review of your application.

If we do not hear from you within that time, we will assume you do not want us to consider the matter further and will close your case.  In that event, as required by Code section 6104(c), we will notify the appropriate state officials that, based on the information we have, we cannot recognize you as an organization of the kind described in Code section 501(c)(3).  As a result, the Internal Revenue Service will treat your organization as a taxable entity.  If we receive the information after the response due date, we may ask you to send us a new Form 1023.

In addition, if you do not provide the requested information in a timely manner, we will consider that you have not taken all reasonable steps to secure the determination you requested.  Under Code section 7428(b)(2), your not taking all reasonable steps in a timely manner to secure the determination may be considered as failure to exhaust administrative remedies available to you within the Service.  Therefore, you may lose your rights to a declaratory judgment under Code section 7428.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Thank you for your cooperation.

Sincerely yours,    R. Garber

Exempt Organizations Specialist

Letter 1312 (DO/CG)

Exhibit 3    56
Page 53 of 86

CF292400

RN████ REVENUE SERVICE
RI███ DIRECTOR
. B█X 2508
:INNATI, OH   45201

DEPARTMENT OF THE TREASURY

═: **NOV 2 4 1998**

Employer Identification Number:
    93-1148608
DLN:
    17053269873038
Contact Person:
    D. A. DOWNING
Contact Telephone Number:
    (877) 829-5500
Our Letter Dated:
    January 1995
Addendum Applies:
    No

LD FOUNDATION
BOX 1364
CKAMAS, OR   97015-1364

ar Applicant:

   This modifies our letter of the above date in which we stated that you
)uld be treated as an organization that is not a private foundation until the
(piration of your advance ruling period.

   Your exempt status under section 501(a) of the Internal Revenue Code as an
rganization described in section 501(c)(3) is still in effect.  Based on the
nformation you submitted, we have determined that you are not a private
o█████tion within the meaning of section 509(a) of the Code because you are an
r█████zation of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

   Grantors and contributors may rely on this determination unless the
internal Revenue Service publishes notice to the contrary.  However, if you
lose your section 509(a)(1) status, a grantor or contributor may not rely on
this determination if he or she was in part responsible for, or was aware of,
the act or failure to act, or the substantial or material change on the part of
the organization that resulted in your loss of such status, or if he or she
acquired knowledge that the Internal Revenue Service had given notice that you
w' 'd no longer be classified as a section 509(a)(1) organization.

   If we have indicated in the heading of this letter that an addendum
applies, the addendum enclosed is an integral part of this letter.

   Because this letter could help resolve any questions about your private
foundation status, please keep it in your permanent records.

   If you have any questions, please contact the person whose name and
telephone number are shown above.

                                        Sincerely yours,

                                        *C. Aeley Bullard*

                                        District Director

                                                        Letter 1050 (DO/CG)

Exhibit 3-7
Page 54 of 86

                                                        CF292401

# EXHIBIT "C"

Section 1:   Audit Report of Foundation's
Activities in Iran

Section 2:   Articles of Foundation's Affiliate Entity in
Iran, Refah Koudak Organization

Section 3:   Bylaws and Minutes of BOD Meeting of
Refah Koudak Organization, Iran

## "C"

Exhibit 3      58
Page 55 of 86

CF292402

# Section 1: Audit Report of Foundation's Activities In Iran

CF292403

# *Mofid Andishan*
# *The Accounting, Audit, and Management Services*

---

*Registration No.: 11473*

*In the Name of God*

Date:

No.:

### TO WHOM IT MAY CONCERN:

This report is prepared pursuant to the request of the Child Foundation, Inc., ("A U.S. Foundation") regarding the activities Refah Koudak Relief Institute ("RKRI" or "Organization") and contains the following:

1.  Review of the means used by the Organization to reach the needy children and its compliance with the Articles of the Organization, its bylaws and other directories.

2.  Review of the relationship between the Organization and its counterpart in the U.S..

3.  Review and audit of books and financial reports of the Organization's activities in Iran for the fiscal year ending March 20, 2000 (29/12/1378).

Reports detailed under Sections One and Two below are based on review of submitted documents including local regulations and guidelines issued by local authorities, interviews made with the volunteer helpers and other officers of the Organization in Iran.

Report detailed under Section 3 below contains ongoing standards of such activities in Iran including comparison of the same with the generally recognized accounting practices based on experimental and sample methodology.

### Section One:

The Organization began its activities in Iran in the year 1375 (1996). The Organization's

1

66
Exhibit 3
Page 57 of 86

CF292404

goals were to provide help and support to orphan, poor and rejected children in Iran with gifted educational talent.

Our review and analysis show that the Organization is a wholly charitable, exclusively private and non-governmental entity registered under number 156907 in the Official Books and Records of Private Organizations.

A review of the Organization's activities including its financial Books and Records show that the Organization has not received any monetary nor other types of support from any governmental entity at any time. The Organization's records also show that it has not have to pay any money to any governmental entity either at any time. The Review also show that all funds received from its U.S. affiliate Foundation have been committed in full to the designated child and/or his/her family here in Iran in exchange for an official receipt issued by said family and/or recipient here in Iran.

Our Review did not find any instance of violation and/or contravention of the above.

**Section Two**:

All decisions relating to acceptance of an orphan into the Program, the amount of gift allowed to each such children including regular monthly support, and occasional gifts to such children, are all provided by the giving donating foundation in the U.S. based on completed questionnaires, other relevant detailed information including a picture of the designated child sent by RKRI Organization to the affiliate Foundation in the U.S.

Our Review did not find any instance of violation and/or contravention of the above. The review showed a desired level of satisfaction of the above mechanism.

**Section Three**:

The Book of Accounts including Financial Statements for the year 1379 (ending on 03/20/2000) for RKRI Organization in Iran were reviewed with the following results:

2

61

Exhibit 3
Page 58 of 86

CF292405

| Amounts Paid | | | Source of Funds | |
| --- | --- | --- | --- | --- |
| | (All Figures are in Iranian Rials) | | | |
| Description | Amount (Rials) | Amounts (Rials) | Source | Amount |
| Monthly stipends to children in the Program | | 760,335.466 | Child Foundation | 734,046,233 |
| Monthly stipends to other children | | 8,683,200 | | |
| Pilgrimage trips & Other entertain trips | | 5,668,394 | Other Sources | 160,684,192 |
| Misc. Support to others | | 58,870,000 | | |
| Clothing & Shoes | 24,091,000 | | | |
| Religious, educational to the needy children | 26,007,000 | | | |
| Living & Other especial Support | 600,000 | | | |
| Misc. Emergency Aids | 7,264,000 | | | |
| Administrative facilities | | 26,733,390 | | |
| Current Expenses | | 34,439,975 | | |
| Costs & Pictures | 1,510,700 | | | |
| Transportation | 2,312,150 | | | |
| Postage | 5,778,800 | | | |
| Other gifts | 43,100 | | | |
| Expenses of Volunteers | 16,893,600 | | | |
| Administrative Expenses | 1,656,775 | | | |
| Bank Expenses | 666,740 | | | |
| Photocopy | 1,225,110 | | | |
| Registration Expenses | 484,800 | | | |
| Telephone Expenses | 960,850 | | | |
| Travel Expenses | 196,000 | | | |
| Misc. Expenses | 2,711,350 | | | |
| Total: | 895,030,425 | | | 895,030,425 |

**Notes:**

1.  The Organization occasionally use the services of the accountant of this entity which may have an improper appearance of impartiality. This practice should cease.

2.  The office equipments and furniture purchased in the sum of Rials 26,733,390 does not have the required Property Labeling. This should be corrected and the items listed in the Foundation's Book of Assets.

3.  Payment of the monthly stipend charges to each orphan and needy child in the amount of 8,683,200 Rials, has been pursuant to the instruction received from the Foundation in the U.S.. However, no written instruction of the same was noted in the Books of the Foundation.

3

Exhibit 3
Page 59 of 86

CF292406

Pursuant to the above Reviews of the Accounts and Books and Records of the Organization by this Office, such books and records including Organization's Operation System in the fiscal year of 1378 (2000) have been according to the generally accepted standards of practice.


Davoud Reza Gholikhani


A CPA and Chairman of the Board


4

Exhibit 3    63
Page 60 of 86

CF292407

21.04.79  20:47  CHILD FOUNDATION                    0214075799                    S.01

## مؤسسه حسابرسی و خدمات مدیریت مفید اندیشان

### شماره ثبت ۱۱۴۷۳

تاریخ :

شماره :

### بنام خدا

**به هر کسی که به این گزارش مراجعه می کند .**

این رسیدگی طبق درخواست مؤسسه بنیاد کودک ثبت شده در کشور آمریکا انجام پذیرفته است ومحدوده آن شامل بخشهای زیر می باشد :

۱- بررسی روشهای اتخاذ شده توسط بنیاد کودک در ایران جهت کمک رسانی به مددجویان نیازمند و مطابقت آن با دستورالعملهای و مقررات آن بنیاد.

۲- بررسی مکانیزم ارتباط بنیاد کودک آمریکا با همکاران خود در ایران .

۳- بررسی دفاتر و حسابهای مالی بنیاد کودک در ایران مربوط به سال مالی منتهی به ۷۸/۱۲/۲۹ ( ۲۰۰۰/۳/۲۰ ) .

رسیدگیهای انجام شده در بخش اول و دوم بر اساس بررسی ومطالعه مدارک موجود ، کنترل رعایت دستورالعملهای صادره ،همچنین مصاحبه با مددکاران و همکاران بنیاد کودک در ایران انجام گردیده است .

رسیدگی بخش سوم ، مطابق استانداردهای متداول حسابرسی بصورت آزمایشی و به روش نمونه گیری انجام پذیرفته است .

### بخش اول

بنیاد کودک فعالیتهای خود را در سال ۱۳۷۵ ( ۱۹۹۶ ) در ایران با هدف کمک به کودکان بی سرپرست ، طرد شده و فقیر که از استعداد تحصیلی و هوش بالائی برخوردار باشند آغاز نموده است .

Exhibit 3     ۶۴
Page 61 of 86

CF292408

نتایج حاصل از بررسیهای بعمل آمده نشان میدهد بنیاد کودک که یک مؤسسه کاملاً خصوصی می باشد  در گروه مؤسسات خیریه غیر دولتی با شماره ۱٥٦۹۰۷ به ثبت رسیده است .

مطابق صورتحسابهای بانکی این بنیاد در طی مدت فعالیت خود در ایران از هیچ مؤسسه دولتی کمک دریافت ننموده و به هیچیک از موسسات دولتی پرداختی نداشته است و مطابق روشهای اتخاذ شده ، کمکهای دریافتی به نام هر یک از مددجویان منتخب به ایران ارسال و دقیقاً به همان میزان بصورت تفکیک شده به خانواده های آنها در مقابل دریافت رسید رسمی پرداخت میگردد .

در رسیدگیهای انجام شده ، نظر حسابرسان به موردی که ناقض روش فوق باشد جلب نگردید .

## بخش دوم

سیستم های بکار گرفته شده در بنیاد کودک بنحوی است که کلیه تصمیم گیریها در خصوص قبول عضویت کودکان ، تعیین مبلغ مستمری ماهانه و کمکهای فوق العاده تماماً از سوی بنیاد کودک در آمریکا اتخاذ میگردد  و همکاران بنیاد کودک در ایران می بایستی پرسشنامه های متقاضیان را بشکل مستند و همراه با عکس جهت بررسی و اتخاذ تصمیم به آمریکا ارسال نمایند .

طبق نتایج حاصل ازرسیدگیهای آزمایشی انجام شده ، مکانیزم فوق از سوی همکاران بنیاد کودک در ایران رعایت گردیده و از وضعیت مطلوبی برخوردار است .

## بخش سوم

صورتهای مالی منتهی به سال ۱۳۷۹ ( ۲۰۰۱/۳/۲۰ ) بنیاد کودک در ایران بشرح زیر مورد بررسی این موسسه واقع گردید .

Exhibit 3
Page 62 of 86

CF292409

## (عملکرد مالی سال ۱۳۷۸ بنیاد کودک در ایران)

ارقام بریال

| مبلغ | شرح | مبلغ | ریز مبلغ | شرح |
|---|---|---|---|---|
| | منابع تأمین کننده: | | | پرداختهای انجام شده : |
| ۷۳۴/۰۴۷/۲۳۳ | بنیاد کودک | ۷۰۰۸۳۵/۴۶۶ | | مستمری به کودکان تحت پوشش |
| | | ۸/۶۸۳/۲۰۰ | | مستمری به سایر کودکان |
| ۱۶۰/۸۸۴/۱۹۲ | سایر منابع | ۵۸۶۸/۲۹۴ | | سفرهای زیارتی و سیاحتی کودکان |
| | | ۵۸/۸۷۰/۰۰۰ | | کمک به سایر نیازمندان |
| | | | ۲۴/۰۹۱/۰۰۰ | البسه و کفش |
| | | | ۲۶/۰۰۷/۰۰۰ | امور دینی ، فرهنگی ، آموزشی |
| | | | ۶۰۰/۰۰۰ | کمک هزینه و مستمری |
| | | | ۷۸۶۴/۰۰۰ | پرداخت اضطراری |
| | | | ۹۰۸/۰۰۰ | سایر پرداختها |
| | | ۲۶۸۷۳۳/۳۹۰ | | تجهیزات اداری |
| | | ۳۴/۴۳۹/۹۷۵ | | هزینه های جاری |
| | | | ۱/۵۱۰/۷۰۰ | عکس و فیلم برداری |
| | | | ۳/۳۱۲/۱۵۰ | ایاب و ذهاب |
| | | | ۵۸۷۸/۸۰۰ | پست |
| | | | ۴۳/۱۰۰ | هدیه شناسائی |
| | | | ۱۴/۸۹۳/۶۰۰ | جبران هزینه مددکاران |
| | | | ۱۸۵۰۶/۷۷۵ | ملزومات اداری |
| | | | ۶۶۱۸۴۰ | بانکی |
| | | | ۱/۲۲۵/۱۱۰ | فتوکپی |
| | | | ۴۸۴/۸۰۰ | ثبت |
| | | | ۹۶۰/۸۵۰ | تلفن |
| | | | ۱۹۶/۰۰۰ | سفر |
| | | | ۲/۷۱۱/۳۵۰ | متفرقه |
| ۸۹۵/۰۳۰/۴۲۵ | | ۸۹۵/۰۳۰/۴۲۵ | | |

نکات قابل توجه :

۱ - بعلت مشکلات بنیاد کودک در آمریکا ،اجباراً وجوهات ارسالی به ایران بـا روشـهای
نامطمئن که عمدتاً با ریسک و صرف وقت بسیار روبرو می باشد جهت مددجویـان
نیازمند به ایران ارسال می گردد .

Exhibit 3
Page 63 of 86

CF292410

21.04.79   20:50   CHILD FOUNDATION                    0214075799                    S.01

۲- به لحاظ صرفه جوئی درهزینه ها در بعضی از موارد از حسابدار مؤسسه در ایران جهت مددکاری و پرداخت وجه به مددجویان نیز استفاده می گردد که باتوجه به ضرورت رعایت کنترلهای داخلی می بایستی این روش اصلاح گردد .

۳- تجهیزات اداری خریداری شده بمبلغ ۲۶/۷۲۲/۳۹۰ ریال فاقد برچسب اموال می باشد که با توجه به گسترش بنیاد کودک در ایران می بایستی الصاق برچسب انجام و لیست تجهیزات اداری همراه با شماره در دفتر مخصوص ثبت شود .

٤- براساس اظهار مسئول بنیاد کودک در ایران ، پرداخت مستمری به سایر کودکان بمبلغ ۸/٦٨٢/۲۰۰ ریال براساس بودجه اختصاص داده شده بنیاد کودک آمریکا انجام گردیده لیکن در این خصوص تأئید کتبی مشاهده نگردید . لذا ضروریست تأئید کتبی اخذ و پیوست اسناد حسابداری شود .

با توجه به رسیدگیهای بعمل آمده به نظر این مؤسسه دفاتر و صورتحساب عملکرد مالی بنیاد کودک در ایران در سال مالی ۱۳۷۸ بنحو صحیحی تهیه گردیده و مطابق با واقعیت می باشد .

عضو مؤسسه حسابداران خبره و رئیس هیئت مدیره
داود رضا قلی خانی

Exhibit 3
Page 64 of 86

CF292411

# Section 2:     Articles of Foundation's Affiliate Entity in Iran, Refah Koudak Organization

Exhibit 3     68
Page 65 of 86

CF292412

هدایت هاشمی منصور

مترجم رسمی زبان انگلیسی دادگستری جمهوری اسلامی ایران

تهران - میدان انقلاب ، اول خیابان اردیبهشت ، ساختمان ۲۵۳ ، طبقه سوم تلفن : ۰۵۶۲۵ ۶۱۰

H.H.MANSOOR, Official Translator to the Ministry of Justice, of I.R.of IRAN

NO . 253 , 3rd floor , Enghelab Sq , Tehran , Tel : 6405645

سری / ۲

۷٤۲۷٨۹

شماره دفتر مترجم

۸ ۲٨ (۲

**OFFICIAL GAZETTE OF THE ISLAMIC REPUBLIC OF IRAN**
**Issue No. : 15803        - Issue Date: May 31, 1999     - Page: 19**
**Notice No.: 314          - Notice Date: April 11, 1999**

## NOTICE OF ESTABLISHEMENT OF THE INSTITUTE

On the strength of Art. 8 of non-trade Institutes registration by-law, Refah Koudak Relief Institute was registered at this department under No. 398 on April 10, 1999. The abstract of Articles of Association of the company is issued for public information as follows.

1. Name of the Institute : Refah Koudak Relief Institute
2. Subject of the Institute : A) Aiding deprived children and youth. B) Provision of facilities for divine education for children referred to in item A.    C) Meeting other needs of children referred to in item A in order to remove any obstacle for continuing their studies as specified in Articles of Association.
3. Nationality : Iranian.
4. Registered Office of the Institute : No. 59, West Sahel St., Shirz.
5. Founders of the Company : Dr. Mehrdad Yasrebi, Dr. Nadia Yasrebi, Ms. Ameneh Modares, Dr. Ali Yasrebi, Eng. Jafar Yasrebi, Eng. Bijan Yasrebi, Mr. Ali Saghafi Far, Mr.Ahmad Iranshahi, Mr. Mohammad Norouzi, and Ms. Behtari Saghafi.
6. Date of Establishment of Institute : From date of registration for an unlimited period of time.
7. Directors and Signatories of the Company : Dr. Ali Yasrebi as Chairman of the Board of Directors and Managing Director, Ms. Ameneh Modares as Vice-chairman of the Board of Directors, Mr. Ahmad Iranshahi as Board Member and Treasurer were appointed for a period of 2 years. Documents of the company shall be valid bearing signatures of Dr. Ali Yasrebi and Mr. Ahmad Iranshahi under the seal of the company.
8. Assets of the Company : Rials 600,000,000 in cash.

Head, Companies Registration Office of Shiraz

-------------------------------------
True translation certified.
Tehran  Aug. 5, 2000   □gazette.1



Exhibit 3          69
Page 66 of 86

CF292413

25.06.79   21:50   CHILD FOUNDATION                    0214075798                  S.05

مؤسسه خیریه خیر    زد کودکی

روزنامه رسمی ۱۳۷۸/۳/۱۰

صفحه ۱۹    شماره ۱۵۸۰۳

---

شماره ۲۷۷    ۱۳۷۸/۱/۲۱
آگهی رسمی شرکت هرگان (سهامی خاص)
بشماره ثبت ۱۷۸۲

---

شماره ۳۱۷    ۱۳۷۸/۱/۲۲
آگهی رسمی شرکت تولیدی و شیمیائی بموفارس
سهامی خاص بشماره ثبت ۴۶۲۶

---

شماره ۲۱۱    ۱۳۷۸/۱/۲۲
آگهی تأسیس مؤسسه

---

شماره ۳۲۱    ۱۳۷۸/۱/۲۲
آگهی رسمی شرکت کارخانجات مخابراتی ایران
سهامی خاص بشماره ثبت ۱۱ انتقالی

---

شماره ۲۵۰    ۱۳۷۸/۱/۲۱
آگهی رسمی شرکت خزامه شرکت با مسئولیت محدود
بشماره ثبت ۱۶۶۰

---

شماره ۲۲۱    ۱۳۷۸/۱/۱۹
آگهی رسمی، شرکت پتروشیمی شیراز
بشماره ثبت ۲۲ انتقالی

---

شماره ۳۰۱    ۱۳۷۸/۱/۲۱
آگهی رسمی شرکت خدمات هواپیمائی شهرپرواز
سهامی خاص بشماره ثبت ۸۹۸۵

---

شماره ۲۷۸    ۱۳۷۸/۱/۲۱
آگهی رسمی شرکت کیهان تلاش شیراز سهامی خاص
بشماره ثبت ۸۹۹۳

---

شماره ۲۲۹    ۱۳۷۸/۱/۲۲
آگهی رسمی شرکت راطواز آلورسی (سهامی خاص)
بشماره ثبت ۶۲۲۷

---

شماره ۲۸۸    ۱۳۷۸/۱/۲۱
آگهی رسمی شرکت کیوان راه پویا (با مسئولیت محدود)
بشماره ثبت ۵۷۷۲

---

شماره ۳۵۰    ۱۳۷۸/۱/۲۳
آگهی رسمی شرکت سرپناه فارس (سهامی خاص)
بشماره ثبت ۲۵۵۵

---

شماره ۴۲۹    ۱۳۷۸/۲/۵
آگهی تأسیس شرکت

---

شماره ۵۱۷/انتقالی    ۱۳۷۷/۱۱/۵
آگهی تأسیس شرکت پارس گیترینگ کیش (سهامی خاص)

---

شماره ۴۵۷۷    ۱۳۷۸/۲/۲۰
آگهی تغییرات شرکت سامان فن گنو با مسئولیت محدود
بشماره ثبت ۳۳۲۱

---

مؤسسه خیریه رفاه کودک

Exhibit 3
Page 67 of 86

CF292414

**Section 3    :    Bylaws and Minutes of BOD Meeting
Of Refah Koudak Organization, Iran**

Exhibit 3
Page 68 of 86

CF292415

## Minutes of the Meeting of the Founders Board
## of Refah Koudak Organization, a Charitable Entity
*In the Name of the God*

Date of Meeting:    November 11, 1998
Time of Meeting:    4:00 P.M.

Present at the meeting were the following individuals constituting all of the Members of the Board of Founders of the Refah Koudak Organization:

1. Mr. Eng. Bijan Yasrabi
2. Mr. Eng. Jafar Saghafi
3. Ms. Behtari Saghafi
4. Mr. Mohammad Norouzi Fard
5. Mr. Ali Saghafifar
6. Dr. Nadia Yasrabi

The Board upon having a quorum began its session and proceeded to act and discuss the items on its agenda. After sufficient discussion among the members present, the following resolutions were unanimously adopted, upon motion duly made and seconded:

Resolved, that the following individuals were appointed to the positions indicated in front of their names:

1. Mr. Eng. Bijan Yasrabi- Chairman
2. Mr. Eng. Jafar Saghafi - Vice-Chairman
3. Ms. Behtari Saghafi - Vice-Chairman
4. Mr. Mohammad Norouzi Fard - Substitute Member & Inspector
5. Dr. Ali Saghafifar- Substitute Member & Inspector
6. Dr. Nadia Yasrabi, Substitute Member

Resolved, that the Board then appointed the following individuals as Members of the Board of Director of the Organization:

1. Dr. Ali Yasrabi - Chairman of the BOD and Managing Director
2. Ms. Ameneh Modarress - Vice Chairman of the BOD
3. Dr. Nadia Yasrabi - Substitute Member of the BOD
4. Mr. Ahmad Iranshahi - Treasurer

Upon conclusion of the above matters, the Meeting was then adjourned.

Signatures of the Members of the Founders Board:

Exhibit 3
Page 69 of 86

72

CF292416

## Bylaws of the Refah Koudak Relief Institute
*In the Name of the God*

### ARTICLE I
### PURPOSES

Section 1.     Name: The name of the Charitable Organization shall be: Refah Koudak Relief Institute, (hereinafter, "Refah Koudak" or "Organization").

Section 2:     Type of Activity : To engage in non-political and non-profitable activities subject to all laws and statutes of the Islamic Republic of Iran, and in accordance with these Bylaws.

Section 3:     Location of Offices:   The headquarter of the Organization shall be at: West Sahel Street, Number 59, first floor on the left hand, Shiraz, Iran. Organization, subject to local rules and laws, may have other offices in other locations within the Country or outside and can establish branch offices, agency offices, etc. within the Country or outside.

Section 4:     Nationality:   Nationality of the organization is Iranian and shall be subject to the laws and statutes of the Islamic Republic of Iran. The Organization under the name of Refah Koudak shall not participate in any political activity and shall not participate or become a member of any Political party nor join other Political groups of any kind.

Section 5:     Term:  Refah Koudak is formed for an unlimited period of time commencing from the date of its establishment.

Section 6:     Initial Capital:  A sum of 600 Million Rials, all of which sum having been fully paid up by the philanthropists and other charities

Section 7:     Founding Members:   The Founding members of the Organization are the following: (1) Mr. Eng. Bijan Yasrabi; (2) Mr. Eng. Jafar Yasrabi; (3) Ms. Behtary Saghafi; (4) Mr. Mohammad Norouzi; (5) Mr. Ali Saghafi; (6) Mr. Mohammad Norouzi; and (7) Dr. Nadia Yasrabi.

Section 8:     Purposes of the Organization:

    a)     Provide help and assistance to needy children and youth in all parts of the world, regardless of race and ethnicity.

    b)     Provide means and facilities for education of the children described under (a) above.

    c)     Acceptance of volunteers under the Bylaws of the Organization to achieve the above purposes

Section 9:     Activities of the Organization. Projects, Programs, and other Activities, within the articles of the Organization pursuant to the goals and purposes of the Organization.

Exhibit 3     73
Page 70 of 86

CF292417

## ARTICLE 2
## GOVERNING BODY

Section 10:     The governing body of the Organization shall be (1) The Board of Founders;  and (2) The Board of Directors.

### A.  Board of Founders

Section 11:     The Board of Founders shall have five (5) members and it is the highest governing body of the Organization. The Board may meet on a regular basis or pursuant to special meetings. Members of the Board of Founders shall serve on a voluntary basis without any compensation.

Section 12:     Members of the Founders Board are appointed for life. Each of the members of the Board of Founders may elect  another person during his/her life who enjoys an excellent reputation, as his/her replacement on the Founders' Board following said member's death, retirement, or disability.  The replacement nominee must be approved by the vote of 75% of the remaining founders. Each Board members shall designate such replacement during his/her life so that there occurs no delay in the activities of the Organization following the termination of said member's term of membership on the Board of Founders.

Section 13:     In case a Member fails to nominate such replacement for himself/herself during his/her life,  or in case a member fails to carry out his/her duties as set forth herein, the Board of Founders shall then elect a person to fill such a vacancy upon the vote of 75% of the remaining members of the Board.

In case of invalidation of the Organization's Permit to function as a Charitable entity, then the organization shall be governed as provided under the law.

Section 14:     Regular Meetings during each Year:  The Board of Founders shall meet at least once within the first four(4) months of each calendar year. A quorum of  equal to one half plus one member of the Board is needed for a Meeting to be official. Vote of half plus one member shall then be required for any resolution of the Board of Founders.

In case, following invitation for the first meeting, quorum is not available, a second meeting within 15 days thereafter shall be held and the meeting shall proceed with the number of members present at that meeting.

Special meetings of the Board of Founders may be formed at any time upon the request of the Board of Directors or request of one-half of the members of the Board of Founders.

2

Exhibit 3     74
Page 71 of 86

CF292418

Section 15:     Duties at the Regular Meeting of the Founders' Board:
a)     Election of its Chairperson, members of the Board of Directors, and its inspectors.
b)     Receive report of the Board of Directors and Inspector(s)
c)     Setting the Policies and General purposes of the Refah Koudak
d)     Election of the substitute member(s) of the Board under Section 13
e)     Approval of the Balance Sheet and Income/Loss Statements
f)     Selection of the national newspaper for publication of Notices and other decisions of the Refah Koudak.

Section 16:     Special Meeting of the Board of Founders:  Such Special Meetings shall be held as follows:

a)     Upon request of the Board of Directors or Inspector(s)
b)     Upon request of one-third of the Members of the Founders Board

Note 1:   All invitations for the Meetings of the Board of Founders shall be in writing and sent at least two(2) weeks prior to the date of such a meeting.

Note 2:  Quorum in case of a Special Meeting shall be the same as for Regular Meeting of the Founders Board.

Note 3:   All resolution of the Special Meeting of the Founders Board shall require two third (2/3) of the vote of the members present.

Section 17:  Issues that can be decided at a Special Meeting of the Board of Founders are:

a)     Amendments of the articles
b)     Review and Approval of the dissolution of Refah Koudak
c)     Termination and firing of the members of the Board of Directors.

Section 18:     Regular Meeting of the Board of Founders shall be chaired and conducted by a committee consisting of one chair, one secretary and two inspectors.

## B.  Board of Directors

Section 19:     Refah Koudak shall have a Board of Directors consisting of three (3) principal members and one substitute member.

Note 1:   The meetings shall have a quorum of the majority of the members present and all decisions shall require the vote of the majority of the members present in the Meeting.

3

Exhibit 3        75
Page 72 of 86

CF292419

Note 2:  All members of the Board of Directors shall participate in each meeting unless the absence is for cause. Failure of a member of the Board of Directors to attend three consecutive meetings shall constitute resignation of that member.

Section 20:     In case of resignation or death or failure to meet the requirement for membership, the substitute member of the Board of Director shall complete the remaining term of the terminated member.

Section 21:     In addition to its regular meetings which are held at least every 6 months, the Board of Directors shall meet as often as is needed. Special meetings will be called pursuant to notices in writing or by phone made by the chairman or vice chairman of the Board with three (3) days advance notice.

Section 22:     The Board of Directors shall meet within one week of their election and shall appoint two members among themselves as the chair of the Board, and a treasurer, respectively.

Section 23:     The members of the Board of Directors are elected for a period of two (2) years. The members may be re-elected for another term of two (2) years. The Board of Director shall call a meeting of the Board of Founders for a new election of its members at least three months prior to the end of the term of the Board of Founders. The members of the Board of Directors shall be published annually in the newspaper selected for this purpose within one (1) week of their election.

Section 24:     The Board of Directors shall be the official representative of the Refah Koudak and shall perform its duties within the bylaws as set forth below:

a)     Maintenance, control, and management of all assets of the Organization, review and approval of all accounts of the Refah Koudak, payment and receipt of its accounts receivable, carrying out its resolutions, opening and maintenance of its bank accounts, carrying out its duties as set forth under the law, representing Refah Koudak in lawsuits, hiring attorneys to represent it in lawsuits brought by against the Organization, hiring and firing such attorneys, entering into agreements to resolve such lawsuits by means of arbitration or other means of resolution, appointment of all its rights and duties to any person or individual, with the right of further appointment therein.

The Board of Directors may in general take each and every steps, enter into any agreement or contract, or undertake other acts as it deems necessary, assign its rights to properties, whether personal or real properties, borrow funds, encumber assets, except for sale of its real properties which require the approval of the Board of the Founders, and conduct other acts under the name of Refah Koudak.

4

Exhibit 3

Page 73 of 86

CF292420

Note 1:   All papers, including negotiable instruments, promissory notes, and other document creating liability for the Organization shall require the signatures of the chairman of the Board and the Treasurer of the Organization along with the seal of the "Refah Koudak".

Note 2:  Except for those areas which are within the domain of the Board of Founders, the Board of Director may take all other actions and shall have the rights to carry out all other matters within its powers for the purpose of carrying out its responsibilities and management and control of the affairs of the Organization.

Note 3:   The Board of Director may appoint one person, either among its members or from outside of its members, as the Managing Director of the Organization. The Managing Director shall function within the authorities assigned or given to him/her by the Board of Directors including signing any and all  documents accordingly.

Note 4:  The term of the service of the Managing Director, if he or she is a member of the Board of Director,  shall be limited by the term of his/her membership in the Board of Director.

## C.  INSPECTORS

Section 25: The Board of Founders shall elect three persons from its members as Principal Inspectors and one member as the substitute Inspector for the Organization.

Note 1:  Inspectors may be elected for consecutive terms.

Section 26:    Duties of the Inspector(s) are as follows:

a)    Review of all documents including the financial and negotiable instruments.

b)    Prepare reports for the Board of Founders

c)    Review and approve the annual report of the Board of Directors, whether financial or otherwise, and prepare report of the same for the Board of Founders.

d)    Prepare report of any and all violations and infringement of the terms of the Bylaws for the Board of Founders.

Note : An Inspector may participate in the meetings of the Board of Directors, if

5

Exhibit 3       77
Page 74 of 86

CF292421

though, he/she does not have a right to vote in said meetings.

Section 27:    All documents including books and records of the Refah Koudak, including but not limited to, the financial reports shall always be available for review of the Inspectors.

ARTICLE 3

BUDGET AND MISCELLANEOUS RULES

Section 28:    The source of the budget including all funds needed for its operation shall be from the donations, gifts, bequests, and other funds given by Vaghfs, etc. from the members of public in general.

Section 29:    All income and expenses of Refah Koudak shall be recorded in the official Book of Records and annual report of the same shall be prepared for inspection by the taxing authorities.

Note 1: Remainder of all funds received at the end of the each fiscal year shall be retained in a special account opened in one of the official Banks of the country.

Note 2: The fiscal year of the Organization shall be the calendar year consisting of 365 days and shall end on Esfand 31 of each year.

Section 30:    The Bylaws of the Organization shall be adopted upon approval of the same by the Board of Founders of Refah Koudak.

Section 31:    All official communication of the Refah Koudak shall bear the signature of the chairperson of the Board of Founders and in his absence that of the vice chairperson of the Board of Founders.

Note :  All minutes of the meetings of the Board of Founders and those of the Board of Directors shall be recorded in special Books for this purpose according to the date of such meetings upon signature of the responsible members therein.

Section 32:    Any amendment in these Bylaws including the Articles of Formation of the Organization is valid only upon duly approved procedure including publication in newspapers of general publication and reporting the same to the responsible authorities.

Section 33:    Any change in the address of the offices of the Organization including those addresses of its officers shall be duly recorded and reported to responsible authorities.

6

Exhibit 3
Page 75 of 86

CF292422

Section 34:    Refah Koudak shall have its own emblem and Seal as approved by the Board of Directors and other responsible authorities.

Note: Board of Directors shall be responsible for the maintenance and safe keeping of said emblems and seals.

Section 35:    Dissolution.  In case of dissolution of the Organization, the Board of Founders in its Special Meeting shall appoint a Dissolution Committee and said Committee shall be responsible, upon payment of all debts and receipt of all receivables of the Organization, make necessary arrangement, upon approval of the ministry of Economics and Financial Affairs, to wind up all affairs of the Organization, and assign all remaining assets of the Organization to another charitable entity within the country. Said Committee shall also prepare a report of all financial affairs of the dissolved organization including assignment of assets to the responsible government authorities.

Section 36:    Organization may become in publication of a Newspaper or other general publication only upon approval of the Ministry of Education and Islamic Guidance and receipt of necessary permit therefor.

Section 37:    This Bylaws consisting of 3 Articles and 37 Sections and 19 Notes is approved.

Minutes of the Meeting of the Board of Founders Dated November 29, 1998

Signature of the Individual Members of the Board of Founders.

7

Exhibit 3    79
Page 76 of 86

CF292423

به نام خدا

در ساعت ۴ بعد از ظهر روز ۷۷/۸/۲۰ هیئت مؤسسین سازمان خیریه رفاه کودک تشکیل جلسه داد پس از بحث و گفتگو هیئت امناء بقرار زیر با اکثریت آراء تعیین گردید.

۱- آقای مهندس بیژن یثربی رئیس

۲- آقای مهندس جعفر یثربی نائب رئیس

۳- خانم بهتری ثقفی نائب رئیس

۴- آقای محمد نورزوی فرد عضو علی‌البدل

۵- آقای علی ثقفی‌فر عضو علی‌البدل

ضمناً ۲ نفر بازرس و عضو علی‌البدل بقرار زیر تعیین گردید.

۱- آقای محمد نوروزی فرد بازرس

۲- آقای علی ثقفی‌فر بازرس

۳- خانم دکتر نادیا یثربی عضو علی‌البدل

در ساعت ۵ بعدازظهر روز ۷۷/۸/۲۰ هیئت امناء برای تعیین هیئت مدیره تشکیل جلسه داد و هیئت مدیره بقرار زیر با اکثریت آراء تعیین گردید.

۱ - آقای دکتر علی یثربی رئیس و مدیر عامل

۲- خانم آمنه مدرس نائب رئیس

۳- خانم دکتر نادیا یثربی عضو علی‌البدل

۴- آقای احمد ایرانشاهی خزانه دار

امضاء مؤسسین



Exhibit 3
Page 77 of 86

CF292424

۱

"بسمه تعالی"

\*\*\*\*\*\*\*\*\*\*\*

## فصل اول – کلیات و اهداف
\*\*\*\*\*\*\*\*

**ماده ۱:** نام : نام مؤسسه خیریه رفاه کودک، است و در این اساسنامه بلحاظ رعایت اختصار
"رفاه کودک" نامیده‌میشود.

**ماده ۲:** نوع فعالیت: کلیه فعالیتهای "رفاه کودک" غیرسیاسی و غیرانتفاعی بوده و ضمن
رعایت کامل قوانین جمهوری اسلامی ایران، دقیقاً طبق این اساسنامه فعالیت خواهدنمود.

**ماده ۳:** محل : مرکز اصلی "شیراز" در "خیابان ساحلی غربی – پلاک ۵۹، طبقه اول دست
چپ"و در صورت لزوم می‌تواند بعد از موافقت نیروی انتظامی جمهوری اسلامی در سایر نقاط داخل
یا خارج کشور شعبه، نمایندگی یا دفتر دایر نماید.

**ماده ۴:** تابعیت : "ایرانی" تابعیت جمهوری اسلامی ایران را دارد کلیه اعضای آن التزام خود
را به قانون اساسی و نظام جمهوری اسلامی ایران اعلام میدارند و بنام "رفاه کودک" حق فعالیت سیاسی
یا وابستگی و ارتباط با احزاب و گروه‌های سیاسی نخواهندداشت.

**ماده ۵:** مدت فعالیت : "رفاه کودک" از تاریخ تأسیس برای مدت نامعلوم تشکیل میگردد.

**ماده ۶:** دارایی اولیه " خیریه " اعم از منفول و غیرمنفول مبلغ ششصد میلیون ریال میباشد که
توسط (افراد خیر) تماماً پرداخت شده و در اختیار مؤسسه قرار گرفته است.

امضاء : مؤسسین

Exhibit 3
Page 78 of 86

CF292425

۲

**ماده ۷: هیئت مؤسس عبارتنداز: اسامی هیئت مؤسسین**

۱- خانم دکتر نادیا یثربی ۲- خانم آمنه مدرس ۳- آقای دکتر علی یثربی ۴- آقای مهندس جعفر یثربی ۵- آقای مهندس بیژن یثربی ۶- خانم بهتری ثقفی ۷- آقای علی ثقفی‌فر ۸- آقای احمد ایران‌شاهی ۹- آقای محمد نوروزی فرد ۱۰- آقای مهرداد یثربی

**ماده ۸: اهداف "رفاه کودک" عبارتنداز:**

الف) کمک به کودکان و نوجوانان محتاج دنیا بدون درنظر گرفتن نژاد و ملیت.

ب) ایجاد تسهیلات در جهت فراگیری علم خداپسندانه برای کودکان و نوجوانان بند الف

د) فراهم آوردن نیازمندی‌های دیگر زندگی برای کودکان و نوجوانان بند الف در حدی که مانع تحصیل علم را از پیش راه آنان بردارد.

ه) پذیرش مددجو طبق آئین‌نامه سازمان انجام می‌شود و درصدی از پذیرش با معرفی سازمان بهزیستی طبق آئین‌نامه انجام می‌گیرد.

**ماده ۹: طرح‌ها و برنامه‌ها و سایر اقداماتیکه در اساسنامه پیش‌بینی شده و بنحوی با وظایف یکی از وزارتخانه‌ها یا سازمانهای دولتی ارتباط دارد پس از کسب موافقت و با نظارت وزارتخانه یا سازمان دولتی ذیربط به مرحله اجرا درخواهدآمد.**

# فصل دوم: ارکان
## ✽✽✽✽✽✽

**ماده ۱۰: ارکان "رفاه کودک" عبارتنداز: ۱- مجمع عمومی هیئت امناء، ۲- هـــیئت مـــدیره**

۳- بازرسان.

امضاء : مؤسسین



Exhibit 3
Page 79 of 86

۸۲

CF292426

۳

## الف: مجمع عمومی هیئت امناء
### ٭٭٭٭٭٭٭

**ماده ۱۱:** مجمع عمومی هیئت امناء به تعداد ۵ نفر تشکیل و عالیترین مرجع تصمیم‌گیری در انجمن می‌باشد که بصورت عادی یا فوق‌العاده تشکیل میشود.

**تبصره:** فعالیت هیئت امناء افتخاری خواهدبود.

**ماده ۱۲:** هر یک از اعضای هیئت امناء باید در هنگام حیات خود یک نفر را که دارای صلاحیت اخلاقی باشد برای جانشینی خود معرفی نماید که بعد از فوت یا استعفای وی بعنوان عضو هیئت امناء انجام وظیفه نماید.

عضو مذکور باید مورد قبول حداقل ۳/۴ اعضای هیئت امناء قرار گیرد و بهمین ترتیب هرکس که بعداً بعضویت هیئت امناء برگزیده میشود باید جانشین خود را معرفی نماید بطوریکه تکالیف و وظایف محوله در این اساسنامه بدون وقفه انجام‌پذیر باشد.

**ماده ۱۳:** چنانچه هر یک از اعضاء هیئت امناء در زمان حیات خویش از تعیین و معرفی جانشین و یا از ادامه همکاری بهرصورت خودداری نماید، هیئت امناء شخص واجد شرایط و مورد اعتماد خود را از میان داوطلبان و با رأی موافق ۳/۴ اعضاء انتخاب نموده و بعنوان عضو هیئت امناء به جانشینی شخص مذکور خواهدپذیرفت.

**تبصره:** چنانچه صلاحیت اکثریت اعضاء هیئت امناء از نظر مراجع قانونی ساقط گردد وزارت کشور با نظر نماینده ولی فقیه نسبت به انتصاب افراد شایسته بعنوان اعضاء هیئت امناء و یا انحلال "رفاه کودک" اقدام خواهدنمود.

**ماده ۱۴:** مجمع عمومی عادی سالی: "یک" بار در چهارماه اول سال تشکیل خواهدشد. برای رسمیت جلسه حضور نصف بعلاوه یک اعضاء و جهت تصویب هر موضوعی نیز رأی موافق اکثریت نصف بعلاوه یک اعضاء حاضر ضرورت دارد.

امضاء: مؤسسین

Exhibit 3
Page 80 of 86

۸۳

CF292427

۴

در صورتیکه در دعوت نخست، اکثریت حاصل نشد، جلسه دوم به فاصله پانزده روز تشکیل و با هر تعداد حاضر، جلسه رسمیت خواهدیافت.

مجمع عمومی عادی ممکنست بصورت فوق‌العاده در هر زمان به تقاضای هیئت مدیره یا ۱/۳ اعضای هیئت امناء تشکیل گردد.

## ماده ۱۵: وظایف مجمع عمومی عادی :

۱- انتخاب اعضای هیئت مدیره و بازرسان (اصلی و علی‌البدل).

۲- استماع و رسیدگی به گزارش هیئت مدیره و بازرس یا بازرسان.

۳- تعیین خط‌مشی کلی "رفاه کودک".

۴- بررسی و تصویب پیشنهادات هیئت مدیره.

۵- تعیین عضو جانشین هیئت امناء طبق مندرجات ماده ۱۳.

۶- تصویب ترازنامه و بودجه.

۷- تعیین روزنامه کثیرالانتشار جهت درج آگهی‌ها و دعوتنامه‌های "رفاه کودک".

## ماده ۱۶: مجمع عمومی فوق‌العاده با شرایط زیر تشکیل خواهدشد.

۱- با درخواست هیئت مدیره یا بازرس (یا بازرسان)،

۲- با درخواست یک سوم از اعضاء هیئت امناء

**تبصره ۱:** دعوت برای مجمع عمومی فوق‌العاده کتبی بوده و حداقل تا دو هفته قبل از تشکیل آن به اطلاع اعضاء خواهدرسید.

**تبصره ۲:** مجمع عمومی فوق‌العاده جهت رسمیت همان شرایط مجمع عمومی عادی را خواهدداشت.

**تبصره ۳:** تصمیمات مجمع عمومی فوق‌العاده با حداقل ۲/۳ آراء موافق از تعداد حاضر در جلسه معتبر خواهدبود.

امضاء : مؤسسین

Exhibit 3
Page 81 of 86

۸۴

CF292428

۵

## ماده ۱۷: وظایف مجمع عمومی فوق‌العاده:

۱- تصویب تغییرات در مفاد اساسنامه.

۲- بررسی و تصویب انحلال "رفاه کودک ".

۳- عزل هیئت مدیره "رفاه کودک".

## ماده ۱۸: مجامع عمومی توسط هیئت رئیسه‌ای مرکب از یک رئیس و یک منشی و دو ناظر اداره میشود.

تبصره ۱: اعضای هیئت رئیسه با اعلام و قبولی نامزدی خود در مجمع انتخاب خواهندشد.

تبصره ۲: اعضای هیئت رئیسه نباید از بین کاندیداهای هیئت مدیره و بازرسان باشند.

## ب) هیئت مدیره:

## ✳✳✳✳✳✳✳

## ماده ۱۹: "رفاه کودک " دارای هیئت مدیره‌ای مرکب از ۳ نفر عضو اصلی و یک نفر عضو علی‌البدل خواهدبود.

تبصره ۱: جلسات هیئت مدیره با حضور اکثریت اعضاء رسمیت یافته و تصمیمات متخذه با اکثریت آراء موافق معتبر خواهدبود.

تبصره ۲: شرکت اعضای هیئت مدیره در جلسات آن ضروریست و غیبت هر یک از اعضاء بدون عذر موجه و بدون اطلاع قبلی تا سه جلسه متوالی در حکم استعفای عضو غایب خواهدبود.

ماده ۲۰: در صورت استعفاء یا فوت یا سلب شرایط از هر یک از اعضای هیئت مدیره عضو علی‌البدل برای مدت باقیمانده هیئت مدیره بجای عضو اصلی انجام وظیفه خواهدنمود.

امضاء : مؤسسین

Exhibit 3
Page 82 of 86

۸۵

CF292429

٦

**ماده ٢١:** هیئت مدیره علاوه بر جلساتی که بطور مرتب و حداقل هر شش ماه یکبار تشکیل خواهدداد بنابه ضرورت با دعوت کتبی یا تلفنی رئیس یا نایب رئیس تشکیل جلسه فوق‌العاده، خواهدداد. فاصله بین ارسال دعوتنامه و یا تلفن و تشکیل جلسه هیئت مدیره حداقل سه روز خواهدبود.

**ماده ٢٢:** اعضاء هیئت مدیره حداکثر تا یکهفته پس از انتخاب شدن تشکیل جلسه داده و از بین خود یک نفر رئیس و یکنفر نایب رئیس و یک نفر خزانه‌دار انتخاب خواهندنمود، حدود اختیارات آنها را آئین‌نامه مشخص مینماید.

**ماده ٢٣:** هئیت مدیره برای مدت ٢ سال انتخاب خواهند شد. انتخاب مجدد هیئت مدیره برای دوره‌های بعدی بلامانع بوده و هیئت مدیره مؤظف است حداکثر دو ماه قبل از پایان تصدی خود، از مجمع عمومی عادی بمنظور انتخابات هیئت مدیره جدید دعوت نماید. هیئت مدیره حداقل یک هفته قبل از پایان تصدی خود نتیجه انتخابات را به نیروی انتظامی جمهوری اسلامی ایران اعلام خواهدنمود.

**ماده ٢۴:** هئیت مدیره نماینده قانونی "رفاه کودک" بوده و وظایف و اختیارات آن بشرح ذیل میباشد:

حفظ و حراست اموال منقول و غیرمنقول، رسیدگی به حسابهای "رفاه کودک" پرداخت و وصول مطالبات، اجرای مصوبات مجامع عمومی، افتتاح حساب در بانکها، انجام تشریفات قانونی، تعقیب جریانات قضائی و مالیاتی و ثبتی در کلیه مراحل قانونی در محاکم تعیین حکم و تعیین وکیل و عزل آن، قطع و فصل دعاوی از طریق سازش و در صورت اقتضا، تفویض و واگذاری تمام یا قسمتی از اختیارات خود به هر شخص دیگر اعم از حقوقی یا حقیقی یا حق توکیل.

بطورکلی هیئت مدیره میتواند هر اقدام و معامله‌ای را که ضروری بداند در مورد نقل و انتقال اموال غیرمنقول و تبدیل به احسن یا رهن‌گذاری و فک رهن و استقراض به استثنای فروش اموال غیرمنقول که مستلزم تصویب مجمع عمومی میباشد بنام "رفاه کودک" انجام دهد.

امضاء :مؤسسین

Exhibit 3
Page 83 of 86

CF292430

۷

**تبصره ۱:** کلیه اسناد و اوراق بهادار و تعهدآور با امضای رئیس هئیتمدیره و خزانهدار و با مهر "رفاه کودک" معتبر خواهدبود.

**تبصره ۲:** جزء درباره موضوعاتی که بموجب مفاد این اساسنامه اخذ تصمیم و اقدام درباره آنها در صلاحیت خاص مجامع عمومی است، هیئت مدیره کلیه اختیارات لازم برای اداره امور را مشروط بر رعایت حدود اهداف رفاه کودک دارا میباشد.

**تبصره ۳:** هیئت مدیره میتواند از بین خود یا خارج یک نفر شخص حقیقی را به مدیریت عامل انتخاب نموده و حدود اختیارات او را تعیین نماید.

مدیرعامل در حدود اختیاراتی که از طرف هیئت مدیره بوی تفویض میگردد نماینده مؤسسه محسوب شده و از طرف مؤسسه حق امضاء را دارد.

**تبصره ۴:** اگر مدیرعامل عضو هیئت مدیره باشد دوره مدیریت عامل او از مدت عضویتش در هیئت مدیره بیشتر نخواهدبود.

# ج: بازرسان:
# ❉❉❉❉❉❉

**ماده ۲۵:** مجمع عمومی عادی ۳ نفر را بعنوان بازرس اصلی و یک نفر را بعنوان علیالبدل برای مدت دو سال انتخاب خواهندنمود.

**تبصره:** انتخاب مجدد بازرسان بلامانع است.

**ماده ۲۶:** وظایف بازرس یا بازرسان بشرح زیر است:

۱- بررسی کلیه اسناد و اوراق مالی         ۲- و تهیه گزارش برای مجمع عمومی.

۲- مطالعه گزارش سالانه هیئت مدیره اعم از مالی و غیرمالی و تهیه گزارش عملکرد برای اطلاع مجمع عمومی.

۳- گزارش هر گونه تخلف هیئت مدیره از مفاد اساسنامه به مجمع عمومی.

امضاء: مؤسسین

Exhibit 3
Page 84 of 86

۸۷

CF292431

۸

تبصره : بازرس میتواند بدون داشتن حق رأی در جلسات هیئت مدیره شرکت کند.

**ماده ۲۷:** کلیه اسناد و مدارک رفاه کودک اعم از مالی و غیرمالی در هر زمان بدون قید و شرط بوسیله هیئت مدیره رفاه کودک باید جهت بررسی در دسترس بازرس (یا بازرسان) قرار گیرد.

## فصل سوم : بودجه و مواد متفرقه
## ❊ ❊ ❊ ❊ ❊ ❊ ❊ ❊

**ماده ۲۸:** بودجه ″رفاه کودک″ از طریق جمع آوری هدایا، اعانات (قبول وصیت وقف و غیره) تأمین میشود.

**ماده ۲۹:** درآمد هزینه های ″رفاه کودک″ در دفاتر قانونی ثبت و شرح میلان آن در پایان هر سال مالی به نیروی انتظامی ذیربط ارائه خواهدشد.

تبصره ۱: کلیه وجوه مازاد بر هزینه های ″رفاه کودک″ در حساب مخصوصی بنام ″رفاه کودک″ نزدیکی از بانکهای رسمی کشور جمهوری اسلامی ایران نگهداری خواهدشد

تبصره ۲: سال مالی ″۳۶۵ روز″ منطبق به سال شمسی بوده و همواره به پایان اسفندماه ختم میشود.

**ماده ۳۰:** آئین نامه اجرائی این اساسنامه بعد از تصویب هیئت مدیره و تأئید نیروی انتظامی اسلامی ایران قابل اجراء خواهدبود.

**ماده ۳۱:** کلیه مدارک، پرونده ها، نوشتجات، در دفتر مرکزی ″رفاه کودک″ نگهداری میشود. مکاتبات رسمی ″رفاه کودک″ به امضاء رئیس هیئت مدیره و در غیاب او نایب رئیس هیئت مدیره و مهر ″رفاه کودک″ خواهدبود.

تبصره : مصوبات و صورتجلسات هیئت امناء و هیئت مدیره در دفاتر مخصوص بترتیب تاریخ ثبت و به امضای اعضای ذیربط خواهدرسید.

امضاء : مؤسسین رفاه کودک

Exhibit 3
Page 85 of 86

CF292432

۹

**ماده ۳۲:** هرگونه تغییری در مفاد اساسنامه و ارگان مؤسسه در صورتی معتبر است که به تأییدنیروی انتظامی ذیربط رسیده‌باشد.

**ماده ۳۳:** محل مؤسسه و اقامتگاه اعضای هیئت مدیره، و اشخاص صاحب امضاء و تغییرات بعدی آن باید به اطلاع نیروی انتظامی ذیربط برسد و مادامیکه اطلاع داده‌نشده استناد به آن معتبر نخواهدبود.

**ماده ۳۴:** "رفاه کودک" دارای مهر و یا آرم مخصوص خواهدبود که متن آن با تصویب هیئت مدیره و مجوز نیروی انتظامی ذیربط تهیه خواهدشد.
**تبصره:** هیئت مدیره در حفظ و حراست از مهر و آرم رفاه کودک مسئولیت قانونی دارند.

**ماده ۳۵: انحلال:** در صورت انحلال رفاه کودک ، مجمع عمومی فوق‌العاده هیئت تصفیه‌ای انتخاب و این هیئت مؤظف خواهدبود پس از اداء دیون و وصول مطالبات رفاه کودک نسبت به واگذاری اموال و املاک مؤسسه با نظر ولی فقیه یا نماینده ایشان به یکی از مؤسسات غیرانتفاعی داخل کشور با موافقت وزارت کشور و با نظارت وزارت امور اقتصادی و دارائی اقدام نماید.
هیئت مذکور مؤظف است یک نسخه از شرح کامل اموال و املاک واگذار شده را به نیروی انتظامی ذیربط ارسال دارد.

**ماده ۳۶:** انتشار هرگونه مطبوعه‌ای بعد از کسب اجازه از وزارت فرهنگ و ارشاد اسلامی و تحصل پروانه انتشار با رعایت کامل قانون مطبوعات انجام میشود.

**ماده ۳۷:** این اساسنامه مشتمل بر ۳ فصل و ۳۷ ماده و ۱۹ تبصره در نشست مورخ ۷۷/۸/۲۰ هیئت مؤسس به تصویب رسید. ح ۶/۲

محل امضای هیئت مؤسسین و هیئت امناء

امضاء : مؤسسین

Exhibit 3
Page 86 of 86

CF292433