

# DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

**OCT – 5 2000**

## OFFICE OF FOREIGN ASSETS CONTROL
## CORRESPONDENCE ACKNOWLEDGEMENT

Fari A. Rezai

8601 Wilshire Boulevard
Suite 704
Beverly Hills, CA 90211

Tel. 310/289-1195
Fax 310-289-1066

LICENSING DIVISION
OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20220

Fax: (202) 622-1657

RE:  FAC No.  IA-185355 DPM

This is to acknowledge receipt of your correspondence dated 09/25/00.  Please refer to the FAC number cited above and the date of your original correspondence if you need to contact us or send supplemental information.

Please note that filing an application for a license or requesting information about the transaction prohibitions contained in Executive orders or regulations administered by OFAC does not suspend or excuse compliance with the prohibitions or requirements contained therein.

We look forward to serving you.

Note: Information on sanctions programs administered by OFAC can be retrieved at any time from our automated fax-on-demand system by dialing (202) 622-0077, or from our World Wide Web home page on the internet at www.treas.gov/ofac.

Fax to:

Page 1 of 1

Exhibit 4
Page 1 of 1

CF292347