REQUESTED BY: DIMMICK, GLENN A

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N | TECS ACCESS CODE 3 |
|---|---|
| | PAGE    1 |
| | CASE NUMBER |

TITLE: CHILD FOUNDATION

CASE STATUS:     INTERIM RPT

| REPORT DATE<br>122101 | DATE ASSIGNED<br>120600 | PROGRAM CODE<br>208 | REPORT NO. |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:RACMC SACBA

TYPE OF REPORT:
COLLATERAL REQUEST / IN/  BACKGROUND INVESTIGATIO/  INVESTIGATIVE FINDINGS

TOPIC: BANK ACCOUNT ANALYSIS AND COLLATERAL REQUEST

SYNOPSIS:
The Portland, Oregon Joint Terrorism Task Force (JTTF) has adopted the investigation of the CHILD FOUNDATION and its attendant officers and ociates, because of the potential for illegal transfers of funds to Iran, violation of the Presidential order establishing an embargo against that country. The JTTF suspects that some or all of the donated funds are being sent to the Government of Iran possibly in support of various terrorist organizations supported by that government. Recently, Eskandar KHAMOOSHPOUR, an individual who ran a money remitting business in Phoenix, AZ, was indicted and arrested in Phoenix and charged with 179 counts related to OFAC violations and money laundering. KHAMOOSHPOUR'S business, EKCS, wire transferred money out of the U.S. for the CHILD FOUNDATION.  See Narrative Section for further details.

| DISTRIBUTION:<br>RACPT SACDE SACNY SACSD<br>RACPX RACMC SACSA SACBA | SIGNATURE:<br>SCHENK        THOMAS    A   SENIOR SPEC AGENT |
|---|---|
| | APPROVED:<br>HILLMAN        DALE      E   SUP CRIM INVEST |
| | ORIGIN OFFICE: PT<br>PORTLAND, OR - RAC | TELEPHONE: 503 326 4999 |
| | | TYPIST: SCHENK |

OFFICIAL USE ONLY

. DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 6
Page 1 of 1

CF374952