TECS   INCIDENT LOG
REMARKS

INCIDENT REPORT NUMBER:   20062904000067                              A

NAME: MEHRDAD   YASREBI                                 PAGE   1

REMARKS:*

S̶ ̶ject YASREBI entered the United States at Portland International Airport
    rd Lufthansa flight 468 on June 4th, 2006.  The subject stated that he ha
L  / traveled to Iran with a transit through Germany.  The subject's passport
supports this travel.  The subject stated that he had traveled to Iran to
visit his parents and extended family living in Iran.  The subject stated tha
his daughter followed him to Iran one week after his trip.  He stated that he
stayed in Tehran for 36 hours to visit uncles and aunts and then traveled to
Shiraz his hometown to visit his parents.  Subject YASREBI stated that he did
not travel anywhere outside of Shiraz until his departure.

The subject's baggage contained several items of interest.  The subject had a
bound book that was written in Farsi.  The subject described it as a masters
thesis written by a theological student named AZAM, Zare an Iranian female
student at the University of Karaj in Tehran.   The subject stated that the
book was written 20 years ago.  The subject stated that he requested his uncl
                                                                    MORE...


  (PF1=HELP)  (PF2=FLD HELP)  (PF3=MAIN MENU)  (PF4=PREV MENU)  (PF7=PREV PAGE)
  (PF8=NEXT PAGE)

Exhibit 7
Page 1 of 3

CF374928

TECS II - INCIDENT LOG
REMARKS - CONTINUED

```
INCIDENT REPORT NUMBER:  20062904000067                              A
NAME: MEHRDAD   YASREBI                                    PAGE    2
REMARKS:*
```

find this specific book.  The subject stated that he had found the text by
   ling religious references online.  He described it as a manuscript on the
   ity of man to find refuge in God.  The subject was asked if he was a
devout practitioner of Islam as the subject had two prayer rugs, multiple set
of prayer beads and had gone to such length to find this particular religious
text.  The subject stated that he had only read two books on Islam in the las
ten years and that it something like a "mid life crisis" kind of thing.  The
subject was not pursued any further.  The subject also had in his possession
a multi pack of CD's that were packaged in a large binder with pictures of th
Ayatollah Khomeini with the title "ROOHALLAH" on the packing front.  The
subject stated that this was given to everyone as they boarded the plane to
depart to Frankfurt.  He stated that it was a national holiday for the
Ayatollah.  The subject stated that he had no idea what was on the ten-pack o
compact discs.  Both of these items were detained for translation and
examination.  The subject also had software produced by Parandco.com that was
                                                             MORE...

  (PF1=HELP)  (PF2=FLD HELP)  (PF3=MAIN MENU)  (PF4=PREV MENU)  (PF7=PREV PAGE)
  (PF8=NEXT PAGE)  (PF10=FIRST PAGE)
```

Exhibit 7
Page 2 of 3

CF374929

```
                        TECS II INCIDENT LOG
                        REMARKS - CONTINUED
INCIDENT REPORT NUMBER:  20062904000067                        A
NAME: MEHRDAD   YASREBI                            PAGE    3
REMARKS:*
r  ˙aged as the King of programs summer edition 2006 and appeared to be a
    ι based operating system for a computer.  The subject stated that this wa
ι. . his son who is attending college at Portland State University.

FBI Agent Kimberly Price was on sight for the inspection and had a list of
several questions for the subject. The focus was primarily on the subjects
self described Non Governmental Organization the "Child Foundation", its
structure and financial make up.  Details to follow.

"CHILD FOUNDATION"

FOUNDING AND STRUCTURE -
Subject YASREBI described himself as the president of the United States
chapter of the "Child Foundation".  The subject said that there were three
people that act as the board of directors and also founded the organization.
                                                           MORE...

  (PF1=HELP) (PF2=FLD HELP) (PF3=MAIN MENU) (PF4=PREV MENU) (PF7=PREV PAGE)
  (PF8=NEXT PAGE) (PF10=FIRST PAGE)
```

Exhibit 7
Page 3 of 3

CF374930