REQUESTED BY:  DIMMICK, GLENN A

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER |

TITLE: HOSSEIN LAHIJI

CASE STATUS:     INIT RPT

| REPORT DATE 040802 | DATE ASSIGNED 031102 | PROGRAM CODE 211 | REPORT NO. |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
                              /   OTHER INFORMATION

TOPIC: FINANCIAL INVESTIGATION OF HOSSEIN LAHIJI

SYNOPSIS:

On February 7, 2002, U.S. Customs Inspectors performing outbound inspections at the DHL Hub, Cincinnati International Airport, intercepted a package containing $68,900.00 in U.S. Currency that was destined to the country of Iran.  The package originated in McAllen, Texas, and was mailed by an individual with the name of Hossein Lahiji.

On March 11, 2002, the Office of the Resident Agent in Charge in McAllen, Texas (RAIC/McAllen) opened a financial investigation on Hossein Lahiji based on the currency seizure that took place in Cincinnati, Ohio.  At the present time, RAIC/McAllen is working closely with Assistant United States Attorney Mari Aponte regarding this investigation.

| DISTRIBUTION: RACMC SACSA MLCC  RACPT RACCN | SIGNATURE: PAFFEN      PADRAIC    M   SPECIAL AGENT |
|---|---|
| | APPROVED: GONZALEZ     ARNOLDO    J   SENIOR SPEC AGENT |
| | ORIGIN OFFICE: MC MCALLEN - RAC / TELEPHONE: 956 984 6957 |
| | TYPIST: PAFFEN |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 9
Page 1 of 5

CF374783

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER |
| | REPORT NUMBER: |

CASE PROGRAM CODES:

211 HIDTA PROGRAM          203 BANK SECRECY ACT, TI

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 9
Page 2 of 5

CF374784

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    3 |
|---|---|
| | CASE NUMBER |
| | REPORT NUMBER: |

DETAILS OF INVESTIGATION:

On February 7, 2002, U.S. Customs Special Agent (SA) George Fritz, RAIC/Cincinnati, contacted SA Padraic Paffen, about a currency seizure that took place at the Cincinnati International Airport.  SA Fritz advised SA Paffen that a package mailed by Hossein LAHIJI had been intercepted at the DHL Hub in the Cincinnati Airport.  Inside the package was $68,900.00 in United States Currency.  SA Fritz said that the package was destined to Iran, and that it originated in McAllen, Texas.  LAHIJI had mailed the package from 801 E. Nolana, Suite 20, McAllen, Texas.  The following is detailed information regarding the seizure.

On February 7, 2002, at approximately 1:30 a.m., U.S. Customs Inspectors were conducting examinations of outbound letter packs as part of "Operation Common Bond". While conducting these examinations, Boone County Sheriff's Detective Tim Carnahan targeted DHL letter packages bound for Brussels, Belgium.  U.S. Customs Inspector Matho selected a package for examination that was destined to the country of Iran.  The airway bill number on the DHL package was 8503481125, and sender was Hossein Lahiji.  The package originated from the address of 801 E. Nolana, Suite 20, McAllen, Texas.  Examination of the package revealed three 8x11 manilla envelopes with no writing on them.  When each of the envelopes were opened, U.S. Currency in $100 notes were discovered taped between two pieces of cardboard.  The total amount of currency in the three envelopes was $68,900.00.

On the DHL Airway bill was the following information about the shipper; Company name: Hossein Lahiji, M.D., Shipper's name: Roxanna, Address: 801 E. Nolana #20, McAllen, Texas  78504, Phone number:  (956) 687-8080.

The following information was on the airway bill regarding the recipient; Company name:  Asghar Vahid, Attention:  Asghar Vahid, Delivery Address: Iran, Isfahan, Dastgerd, Kheyar St. #76  81748, Phone numbers: 0311-775-7027(H), 0911-314-4867.  Written on the airway bill in the box for full description of contents was "Documents".  The package was mailed on February 5, 2002 through the DHL office in Harlingen, Texas.

On March 5, 2002, SA Paffen contacted DHL, and requested information regarding any accounts that LAHIJI has with their company.  SA Paffen was put into contact with Rey Peregoy, Regional Manager of Security and Safety for DHL. Rey Peregoy told SA Paffen that Lahiji does have an account with DHL, and that he had set up his account in December of 2001.  LAHIJI's account number with DHL is 895622284.

Rey Peregoy faxed information to SA Paffen regarding the previous shipments that LAHIJI made.  The information that was faxed revealed that on December

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 9
Page 3 of 5

CF374785

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    4 |
|---|---|
| | CASE NUMBER |
| | REPORT NUMBER: |

14, 2001, LAHIJI shipped a package to the following recipient; Company name: Laree Exchange, Attention:  Mr. Laree, Delivery Address:  P.O. Box 988, Abu Dhabi, United Arab Emarats, Phone number: 971-2-622-3225.  The shipper's information was the same as the airway bill from February, except that the shipper's name was Najmeh Vahid.  The description of the contents was "Documents".

On January 4, 2002, Lahiji shipped a package to the following recipient: Company name:  Asghar Vahid, Attention:  Asghar Vahid, Delivery Address: Iran, Isfahan, Dastgerd-Khiar Street, Koocheye, Sahebazaman #76  81748, Phone numbers: 311-775-7027, 911-314-4867.  The shipper's address was the same as the previous airway bills.  In the Company name block, Lahiji Urology Center was written, and the Shipper's name was Roxanna.

On March 5, 2002, SA Paffen contacted Eddie Perez, Supervisor for DHL in Harlingen, Texas.  SA Paffen asked Eddie Perez to notify him the next time LAHIJI schedules a pick-up with DHL.

On March 11, 2002, SA Paffen spoke to the Assistant United States Attorney (AUSA) In Charge for McAllen, Texas, Terry Leonard, and briefed him on the investigation of LAHIJI.  Terry Leonard assigned AUSA Mari Aponte to the case.

On March 13, 2002, as part of the investigation, SA Paffen faxed off an Exodus Licensing Determination/History Request to the Exodus Command Center to determine if the Office of Foreign Assets Control (OFAC) had ever issued a license to LAHIJI. On March 21, 2002, SA Paffen received an OFAC license determination from David H. Harmon, Chief, Enforcement Division, Office of Foreign Assets Control.  The following information was written in the OFAC license determination report.

"The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) administers the Iranian Transaction Regulations, 31 C.F.R. Part 560 (the "Regulations"), under the authority, inter alia, of the International Emergency Economic Powers Act, 50 U.S.C. 1701 et seg. ("IEEPA"), the National Emergencies Act, 50 U.S.C. 1601 et seg., and the International Security and Development Cooperation Act of 1985, 22 U.S.C. 2349aa-9 ("ISDCA").  The regulations prohibit most commercial transactions by U.S. persons, or within the United States (see EO 13059), with Government of Iran and persons in Iran, unless authorized under OFAC regulations, an OFAC license, or exempt by statute.  Export and re-export prohibitions under the Regulations, as announced by Executive Order 12959 on May 6, 1195, were effective on May 7, 1995, as modified by Executive Order 13059 on August 19, 1997.  These prohibitions continue in force.

Section 560.203 of the Regulations prohibits any transaction by any U.S.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 9
Page 4 of 5

CF374786

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    5 |
|---|---|
| | CASE NUMBER |
| | REPORT NUMBER: |

person or within the United States that evades of avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions contained in the Regulations.

Section 560.204 of the Regulations prohibits the unlicensed exportation from the United States to Iran, or an entity owned or controlled by the Government of Iran, of any goods, technology or services.

Unlike OFAC sanctions programs directed against Cuba, Iraq, Libya, Sudan and persons/entities designated under our narcotics and terrorism programs, the Iranian sanctions program is not a blocking program, i.e., property in which the Government of Iran has an interest that is in the United States or within the possession or control of U.S. persons is not blocked.  Financial transfers between U.S. persons and Iran are not prohibited by the Regulations unless the financial transfer is connected to an underlying transaction that is otherwise prohibited by the Regulations.  For example, it is permissible for a U.S. person to send a financial remittance to a family member in Iran, but it not permissible for a U.S. person to remit money to Iran to pay for Iranian goods and services that are otherwise prohibited by the Regulations.

In the absence of further information as to the purpose of the currency being sent to Iran via the mail by Dr. Hassein LAHIJI, OFAC is not in a position to state whether the transaction is prohibited under the Regulations, and thus requires a specific license from OFAC.  We can state that a review of OFAC central files from August 1995 to the present disclosed no applications for licenses filed under the name of Hassein LAHIJI or Hossein LAHIJI.  Thus, OFAC has issued no license to subject name."

At the present time, RAIC/McAllen is investigating LAHIJI to see if he is complying with the above stated OFAC Regulations, and CMIR requirements.

This investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 9
Page 5 of 5

CF374787