

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

**License No. NPW-1090**

Mr. Saeed Shakeri
President
Kahrizak Foundation
1250 Oakmead Parkway
Suite 210
Sunnyvale, CA 94085

Dear Mr. Shakeri:

This responds to your application dated January 12, 2010, to the Office of Foreign Assets Control ("OFAC"), requesting the release of funds blocked by Bank of America on May 19, 2009. You state that your charitable foundation, the Kahrizak Foundation, attempted to transfer USD 100,000 to an Iranian charity, Asayeshgah Kheirieh Kahrizak, a.k.a. Kahrizak Charity Foundation ("KCF"), at an account at the Export Development Bank of Iran ("EDBI"), an entity that was designated under Executive Order 13382 on October 22, 2008. Pursuant to Executive Order 13382 and OFAC's implementing regulations, the Weapons of Mass Destruction Proliferators Sanctions Regulations, 31 C.F.R. Part 544 (the "WMD Regulations"), Bank of America blocked the funds, because the WMD Regulations generally prohibit transactions between a designated person such as EDBI and U.S. persons and block any assets that EDBI may have under U.S. jurisdiction. However, because of the charitable purpose of the underlying transaction, OFAC has authorized Bank of America to release the funds back to the Kahrizak Foundation. Please find attached a copy of License No. NPW-1090, the original of which will be sent to Bank of America.

In your application, you state that KCF is a non-profit, non-governmental organization that serves the elderly and disabled in Iran and houses more than 1750 individuals. You represent that the money was to support KCF in its charitable activities. In support of your request to release the blocked funds, you provide a copy of guidance letter No. IA-155338 issued by OFAC on May 15, 1997, which states that the transfer described in the letter of January 20, 1997, is authorized under the Iranian Transactions Regulations, 31 C.F.R. Part 560. Please note that the guidance issued under IA-155338 is no longer valid and is hereby withdrawn. Accordingly, we recommend that you write to the OFAC Licensing Division for a specific license to continue to transfer charitable contributions to KCF pursuant to OFAC's 2006 Statement of Licensing Policy on Support of Democracy and Human Rights in Iran and Academic and Cultural Exchange Programs (enclosed). If you choose to apply for a specific license, we recommend you include information such as the amount of charitable contributions you estimate will be transferred to Iran, to whom you will be making the transfers, detailed information regarding the services that will be provided in Iran through the charitable contributions, which Iranian banks will be involved in the transfers, etc.

If you have any questions about License No. NPW-1090, guidance letter No. IA-155338, or the specific licensing procedures, please contact the Licensing Division at (202) 622-2480.

Sincerely,

Nov. 18, 2010

Andrea Gacki
Assistant Director for Licensing
Office of Foreign Assets Control

Exhibit 10
Page 1 of 1     CF375480