To honorable Judge Garr King:

Greetings and salutations:

I am writing you today in a plea for leniency for Dr. Mehrdad Yasrebi.

Before I make my request, I would like to tell you about myself and my experience with Dr. Yasrebi and Child Foundation.

My name is Massoud Jourabchi. I have lived and worked in the United States since 1974. I have been educated at the University of Georgia and Boston University. I have worked in the field of energy and environmental studies for the past 35 years. I have worked with state, federal and private institutions. For the past five years, I have been the manager of economic analysis at Northwest Power and Conservation Council in Portland Oregon. I have been a US citizen for over 30 years. My wife, Diane and our three children live in Beaverton, and we are both active members of Iranian-American community.

My experience with Child Foundation, and Dr. Yasrebi, began during the first Iranian Festival held at Portland State University in August 2000. I did not know about Dr. Yasrebi or Child Foundation, until I talked to Mehrdad. Child Foundation's booth was filled with information and picture albums of Iranian children that needed help. I was very impressed that there was such an organization here in Portland Oregon, who could help kids in Iran. I sponsored a child. To be frank, I was suspicious at first. I had heard of other charities that do a good marketing job, show you pictures of needy children but then take large portions of the sponsor's donation for administration costs and very little actually gets to the children.

I started looking into the Child Foundation. I visited Dr. Yasrebi's house, met his wife and kids. I visited their office here in Portland. I visited their office in Iran a number of times. I met the social workers in Iran. I did not find fancy offices, fancy furniture and decorations. The more I saw, the more impressed I became at the level of dedication, whole hearted dedication that the people working at Child Foundation exhibited. I found the organization to be precise in their book and record keeping, expense documentation, children's progress reports and following their criteria for sponsored children.

Over the past ten years I came to know Mehrdad better. I found him a man of serious intentions, for helping all the children. Mehrdad was given a chance to make a difference in the lives of a section of population that is most neglected, unheard and unsupported. Today, thousands of the sponsored children who would have had a life of living in the streets, are educated, large numbers are college educated, some are even lawyers.

The impact of Child Foundation has not been limited to those children they directly help. Over the years as the Child Foundation activities has reached more and more children the Foundation began to be noticed by other Iranian organizations, and was seen as a model for helping needy children. It is remarkable that a single dedicated honest individual, starting from his home office (his garage), was able to change life of so many.

Exhibit 12
Page 1 of 60

I do not know about the charges that are levied against Dr. Yasrebi, but I do know that he and his family have been through tremendous pressure for the past few years. I request that you take into consideration all that Dr. Yasrebi has done for the children of the world and allow him to return to doing what he loves.

Sincerely

Massoud E. Jourabchi
Manager Economic Analysis
Northwest Power and Conservation Council
851 SW 6th Ave. Suite 1100
Portland, Oregon 97204

g:\to honorable judge.docx

Exhibit 12
Page 2 of 60

July 6, 2011

Carolyne Haycraft
REDACTED
Portland, OR  REDACTED

Dear Judge Garr King:

This letter is a plea of support for Dr. Mehrdad Yasrebi, who I have had the good pleasure of knowing personally and professionally since my husband and I moved to Portland in December, 2006.

As you know, Dr. Yasrebi has pleaded guilty to the charges brought against him by the federal government. The government has recommended that he serve a prison sentence of 24-30 months. With all due respect, I think the sentence recommended by the US Government is harsh and unfair in light of his character and the humanitarian work he has achieved over the past 16 years. I am hoping that as an administrator of justice, you will take into consideration the amount of time and effort Dr. Yasrebi devoted to helping children in need, most often strangers, obtain an education, improving their lives and the lives of their families for generations to come.

I am currently the Coordinator for the GirlStrength Program, a violence prevention program operated through the Portland Police Bureau. Prior to this position, I worked fulltime as an administrator for Child Foundation. I have an MFA in theatre and I am currently in my third year of the M.Ed. program at Portland State University.  I officially resigned as a fulltime employee for Child Foundation in 2008 because I was offered a position that directly matched my experience and skillset. However, I continue to dedicate on average five hours per week performing administrative duties to help Child Foundation grow. I do this because I believe strongly that this small international nonprofit is actively and effectively changing the lives of many children in need. My husband and I started sponsoring a child through Child Foundation in 2007. We continue to sponsor a young girl in Afghanistan and we continue to assist this organization in whatever way we can, weather it is volunteering or attending fundraisers.

I was originally drawn to Child Foundation because it is international and one of the few organizations providing humanitarian aid and relief to children in Iran. It was Dr. Yasrebi who interviewed me for an administrative position in December, 2006. I found him, then and now, to be humble, direct, intelligent and compassionate. He is a man who has reflected deeply on the needs of children living in poverty in Iran. He founded and implemented a long term plan to help children by establishing a nonprofit that continues to have an enormous impact on the lives of children living in poverty.  I have always found him to be open to criticism and willing to listen to employees, volunteers and sponsors.

Exhibit 12
Page 3 of 60

During the two years that I worked fulltime at Child Foundation, I worked very closely with Dr. Yasrebi, who was the president at that time. My duties included letter writing, updating the website, creating an eNewsletter, developing a volunteer program, overseeing state registrations, and other application processes connected to expanding partnerships and outreach. I consulted with Dr. Yasrebi on average three times per day. I edited almost all of his written business correspondence. At no time have I ever felt that Dr. Yasrebi tried to cover up or hide information. I had access to all financial documents, bylaws, articles and the database. In fact, when I started at Child Foundation, I met our OFAC lawyer and was informed immediately that we may go under FBI investigation. I can honestly say that there has always been honesty and transparency from the moment I started working with Dr. Yasrebi.

My first project was a fundraising project or letter campaign to raise money for two adolescent boys diagnosed with cancer, Nima and Mohammad. Although both boys died within a year, I worked closely with Dr. Yasrebi and the father of Mohammad, who had travelled from Jordan to help his son. This man could not speak English but was determined to give his son the best possible treatment available. He had collected money from family and friends and used all of his resources to try and save Mohammad's life. Through a letter and internet campaign, Child Foundation collected funds to help Mohammad's father purchase medication and receive appropriate treatment. It was Dr. Yasrebi that initiated this project, giving me permission to work directly with Mohammad's father, his doctor and the administrator of the hospital. Under Dr. Yasrebi's guidance, I was careful to ensure that Child Foundation was not held liable for any outstanding funds and payment, and that the money used was solely for current treatment, within the means available to the Foundation. This was the first time I had worked closely with Dr. Yasrebi. I was impressed with his tenacity, careful consideration and his ability to be available and open to my suggestions. This was the beginning of a trusting workable relationship.

One of the last projects that I worked on before leaving Child Foundation was helping a young Portland woman, a Spanish speaking immigrant, to gain access to higher education. This young woman had interacted with Dr. Yasrebi as a server at McDonalds over the course of a year. He felt the woman, a single mother, could benefit from higher education and believed she had the ability and intelligence to succeed. He asked me to follow up with her and help organize an exam so that she could start taking classes at a local community college. Because of her family situation, or perhaps her legal status, it was difficult for her to find time to take an exam. After contacting Portland Community College, as well as organizing an IQ exam with a local psychologist on two different occasions, I suggested that we no longer pursue trying to help this woman. Dr. Yasrebi asked me to consider giving her one last chance, which we did. When she did not show up for a third time to take the exam, we finally discontinued our efforts. Again, this is an example of Dr. Yasrebi's compassion and his belief in the power of education as a tool for transformation and change.

Again, I believe the recommended prison sentence for Dr. Yasrebi is unjust and harsh. He has worked tirelessly, and for no financial compensation, to help children and their respective families break the cycle of poverty. Under his leadership, Child Foundation has helped over

Exhibit 12
Page 4 of 60

3,000 children gain access to food and education, improving their lives and the lives of their families. Many children who have been sponsored by Child Foundation have not only graduated from high school, but many have graduated from universities and colleges and gone on to have successful careers and lives.

I know that Dr. Yasrebi has pleaded guilty to the charges and accusations that have been brought against him, but I also know that he does not have the financial resources to continue litigations. The reality is he does not have any other choice but to plead guilty. This letter is a desperate attempt to draw your attention to Dr. Yasrebi's merits, achievements, and character. I hope that whatever power you have in his case, you can use it judiciously to ensure the charges brought against Mehrdad Yasrebi are fair and administrated in consideration of the humanitarian work he has accomplished on behalf of Portland, Oregon, and the United States.

Please know that I would be more than willing to give testimony to my personal and working relationship with Dr. Yasrebi. My husband and I are willing to support him in whatever capacity we can in order to ensure his case is given full and careful consideration.

I thank you in advance for your time and consideration and I await your response.

Sincerely,

Carolyne Haycraft

Exhibit 12
Page 5 of 60

To: Honorable Judge Garr King

Dear Judge Garr King,

I am writing you this letter to plea for acceptance of Dr. Mehrdad Yasrebi's defense team's recommendation for probation. My name is Afsaneh Khajavi and I am Dr. Yasrebi's sister in law. I have known him for past 28 years and have witnessed his hard work and dedication for improving children's lives day after day.

Years ago when he started his charity with helping a few boys and girls in Iran, I joined him with adopting two of the children, a brother and sister, age 10 and 8 then. I visited them in one of my trips to Iran (picture attached) and was very sadden by seeing their poor living condition. They were living in the worst condition in one of the most underprivileged areas of Shiraz. They were a family of 6 all living in one room on the bare floor. Even though they were both gifted children, they did not have any school supplies or even shoes to walk to school. It was because of Dr. Yasrebi and his charity that those children are now college graduates and living a good quality life. And it is because of Dr. Yasrebi and Child Foundation that instead of a few, thousands of gifted children around the world receive support and are on their way to a better future.

His charity is not the only way he has contributed to bettering this world. Dr. Yasrebi is also a distinguished engineer who has, through research and patents, contributed to this nation's progress.

Dr. Yasrebi has been a great role model for the younger members of my family. He has taught his own two children and other children of our family how being a high achiever doesn't mean to forget those in need, that compassion and kindness is the basis of morality, that generosity and dedication to a good cause could be rewarding. A prison sentence would shatter their belief system.

Please do not favor the prosecution's recommendation for a prison sentence. Please do not send a man to prison that has such goodness in heart. He is a man who has dedicated many years of his life to helping deprived children. He is not only a father to two biological children but also to thousands of disadvantaged children around the world who depended on his love and support. Dr. Yasrebi's imprisonment will impose distress on the children inside our family—those related to us by blood and those related by need.

Respectfully,

Afsaneh Khajavi
REDACTED
W. Los Angeles, CA   REDACTED

Exhibit 12
Page 6 of 60



Exhibit 12
Page 7 of 60

Honorable Judge Garr King,

My name is Saeed Kazemi Sharif and I am a citizen of the United States. I am writing this letter in support of my brother-in-law Mr. Mehrdad Yasrebi. I have known Mehrdad since 1984, when he married my sister Saideh.

Although I have never been a member of the Child Foundation, I have very accurate and intimate knowledge of their activities in promoting and supporting talented children with little to limited financial ability complete or continue their education. To manage this noble and complicated task, Mehrdad endured a great deal of scarifies both financially and emotionally. Mehrdad even sought out volunteers from his acquaintances, friends and family, including me, to help these disadvantaged children.

The most touching incident I can recall was when my 84-year old mother (who lives in Iran) told me about her volunteer work with Child Foundation. She traveled to countless schools and homes to check on the children and to ensure that the funds were being distributed appropriately. My mother told me that nothing made her happier than when some of these children who are now doctors and lawyers would come and visit her.

At times Mehrdad was unable to be a father the way he wanted to be for his children because of the time he spent working on Child Foundation. I know this because my niece and nephew once told me, "Dad is not only our father but the father to almost 10,000 other children." He was always either working to provide for his family or was involved in the Child Foundation affairs. Nevertheless they were supportive of their father's dedication to his cause.

Mehrdad is a good man with extraordinary ethical values. He is honest and hard working, a talented engineer, good husband for my sister and needless to say, a great humanitarian.

It is very heartbreaking for all his family, friends and all those children on whose behalf he worked to see Mehrdad behind bars. For all he has done over the past sixteen years, he deserves a chance to be close to his family, especially his two children.

Your honor, in light of what Mehrdad has done for all those children, his dedication and integrity, his family and I hope that you will consider his case with compassion and use your favorable discretion when judging this case.


Respectfully,

Saeed Kazemi Sharif

REDACTED
W. Los Angeles, CA     REDACTED

Exhibit 12
Page 8 of 60

Dear Honorable Judge Garr King,

My name is Solmaz Sharif Kazemi. I am writing this letter in support of my uncle Mehrdad Yasrebi, whom I met in 1990 when I was 7 years old.

While we lived apart, as immigrant families often do, my uncle's reputation extended beyond Washington and Oregon to reach me in California as someone deeply committed to his family. As the years progressed, I saw this family was not just those of us related to him by blood and marriage, but extended to children around the world.

When I was 13, I visited Iran for the first time. While there, I visited a young brother and sister who my family was supporting through the efforts of Dr. Yasrebi's Child Foundation. My grandmother, who helped support these children as well, took my mother and me to this family's house in the south of Shiraz. The son was a boy of 10 who was, like myself at the time, deemed gifted. Unlike myself, he did not have money for school supplies or shoes or a pending college career. He did not have the physical resources to nurture his promise and intellect. Through the efforts of the Child Foundation, these barriers were removed.

My uncle showed me, through this boy a life both distant and not distant from mine. Uncle Mehrdad taught me, through this boy, a tremendous lesson in empathy and the value of self-initiation, generosity, and vision.

My cousins, Ameneh and Ali Yasrebi, are both exemplary young adults who carry with them a commitment to helping those in their immediate community and those abroad. Dr. Yasrebi and his wife, Saideh Sharif Kazemi, have instilled in them global vision of family and responsibility. Ali and Ameneh are to the cousins of our generation exemplars of charity and innovation. This is a family that does not wait for needs to be filled, but fills them; does not wait for the hungry to be fed, by feeds them.

This is also a family that is incredibly close and that depends deeply on each other. Throughout their lives and mine, Uncle Mehrdad has been there for the members of the family. His work, both as an engineer and as a charity director, has meant he has spent hours outside of his own life contributing to the world around him. However, he has never been distant from his family. Indeed, his home office, from which he helps lives around the world, is a gravitational center for their house and home. From there, he supports his family emotionally, financially, and spiritually.

It is my sincerest hope you consider his case with compassion and use your favorable discretion when judging this case. Before you is a man of incredible dedication to his children, his wife, and his family around the world. Please do not tear them apart.

Respectfully,

Solmaz Sharif Kazemi
REDACTED
Los Angeles, CA  REDACTED

Exhibit 12
Page 9 of 60

Dear Honorable Judge Garr King,

I don't really even know where to begin. I have been asked to write you a letter in defense of keeping my father, Mehrdad Yasrebi, out of prison. The task of having to sit down and write out this letter has been on my mind for quite some time and even with all the planning and anticipation of spilling my guts out into a formal document every time I sat down to get started I would get physically ill at the thought of the situation my family has been put into. It is obviously too late me to argue my fathers legal plea one way or another; At this point I can't do anything more than bringing his moral character to the forefront and hope, nay, pray, your honorableness takes mercy on my family.

My father is not a bad man. I honestly cannot recall the last instance in which my father intentionally broke the law. He won't even cross the street until the crosswalk signal has been illuminated for godsake (as any "true" Portlander can relate: what's the point of waiting for the walk signal to change if the 30 foot wide street is completely deserted in both directions?!). My father may not be perfect, no human is, BUT he is a pios, honest and well intentioned being.

What young boy doesn't idolize their father growing up? When a group of us young hooligans would join together during recess the inevitable pissing contest which was "my dad can do such and such, what can your dad do?!?" would arise from time to time. As other kids bragged about their fathers strength or other physical attributes I would brag about the X number of childrens lifes saved due to my fathers intervention and oversight. I could have easily argued that my father contained exaggerated super human strength, or even brought up the nearly dozen or so engineering patent plaques he had hanging from his office wall, but I never did. Not because I didn't want to "one up" the other children but because that is how my parents raised me; they instilled their ideals of honesty, modesty, and self achievement by means of altruism into both my sister and I.

I have not just one sibling, but 2. Both were offspring of my parents and yet only one was related to me by blood. Ameneh, my literal sister, is just over 2 years my junior. To my best recollection Child Foundation on the other hand was created at around the time of my 6th or 7th birthday. Since then its growth rate easily dwarfed anything my sister and I were ever capable of. From memories of doing homework in the car as my father drove from gas station to gas station asking for permission to leave behind "coin donation boxes" to memories of my father moving all the furniture out of his office conference room in order for me to practice my Karate Katas' while he worked on whatever project he had ongoing at the time, nearly all of my childhood memories are somehow involved/intertwined with my father somehow working on CF. Anybody could have easily left their children at home while they ran errands for work but my father didn't. My father could have easily spent days at a time locked away in the CF office but instead made room at home for his families' sake. Even through working 40+ hours a week at his career job, then close to an additional 30-40 hours a weeks at developing his CF project, Mehrdad always tried his darnedest to find time for his family.

If the facts of how many thousands of children/families have been saved worldwide due to my fathers work over the years are not enough to paint a picture about the type of person he is why not look at how his off spring have turned out. Would you expect a bad/evil/wrongdoing man to father not just one child but two whom out of a total student body size of over 4,000 students would both get awarded a prestigious "citizen of the year" awards 3 years apart from one another? (The "Citizen of the year" awards are awarded to individuals whom are voted as

Exhibit 12
Page 10 of 60

having exhibiting good work ethic and strong moral standards but also show characters benevolence)

I will be the first to admit I am not the sharpest tool in the shed nor am I educated in any type of law (if you ever wanted to discuss the appropriate ways of addressing a sucking chest wound or a potential midshaft femur fracture I might know a thing or two) but cannot understand why the system is set up in a manner that would put Mehrdad Yasrebis' friends/colleagues/family into a position of having to beg for his life.. This ordeal has put more "unnecessary" pressure and stress on not just each individual member of my intermediate family but my entire family entity has a whole than I feel ANY family should ever have to endure. Have you ever seen a person start to deteriorate away due to stress Honorable Judge Garr King? As I can attest to personally it's not very pleasant.

Please hear my plea to keep my father out of prison. He is nothing more than a very well intentioned trained engineer working towards his own "American dream."


Most sincerely,
A concern son

6/15/11

Ali Yasrebi

Exhibit 12
Page 11 of 60

U.S. District Court Judge
United States Courthouse
1000 SW Third Avenue
Portland  OR  97204

Attention: Honorable Judge Garr King

Dear Honorable Judge King:

My name is Ameneh Yasrebi, and I am the daughter of Mehrdad Yasrebi.  I am writing to you on behalf of my father, who pleaded guilty to federal conspiracy charges involving violation of a U.S. embargo against Iran and is being sentenced in your court.

My hands are trembling, my heart is racing, and my eyes are filled with tears. I have never excelled at writing. In fact, I have stopped reading books, unless required for classes. I am about to plunge into the most difficult task I have ever attempted, as I have never been good with words.

After hours of contemplation, I have finally mustered up the courage to sit down and write. Write to you the story of Mehrdad Yasrebi's character viewed through the lens of a 21-year-old female, raised and nurtured under his care.

Before I begin unveiling my father's character, it is imperative that you learn a little bit about myself. This way, you will be better able to understand the lens at which you will be using to view my father's character. I was born in Seattle, Washington, on REDACTED 1990. I moved to Portland when I was two years old. A majority of my early childhood is a blur to me. My later childhood (elementary years), however, is when my past memories start becoming crystal clear. Up until about fourth grade, I was a mischievous child. A majority of my school memories leading up to fourth grade consist of me spending time in the principal's office for speaking out in class. I may have been a havoc-causing child, but I was definitely bright; I was in the T.A.G. (talented and gifted) courses for a majority of my elementary education, and proceeded on to take all honors courses from middle school through high school. I even graduated high school as a class valedictorian.

I thank my father for nourishing me through my child-hood. He has always been there to give me a helping hand and to help me excel my way through potentially difficult challenges.  He has fueled my drive for success, by teaching me the importance of determination, prestige, potential and motivation. I face every challenge with eager eyes and an open mind, two things I am certain you, Your Honor, posses.

I have no choice but to reveal every aspect of my father's character. My father is a simple man. My father is pure-hearted. My father is kind. My father is generous. My father is constantly working, and excels at his job as a research engineer. My father is intelligent. My father would travel the world barefoot if it meant putting a smile on my face. These words or phrases should not strike you as significant.  In fact, they should make you

Exhibit 12
Page 12 of 60

smile. They are all just proving that my father is a human being with characteristics of his own. What should strike you as significant, however, is that unlike a vast majority of individuals, my father has devoted his life to caring for thousands of children he has never even met.

My father did not grow up with much. His childhood consisted of constantly moving around so his father could provide medical assistance to various villages around Iran. His home-life was not stable until the time he decided to leave Iran and come to the United States to further his education. These are several factors I believe influenced my father in his passion for helping others. When my father could barely support his own family financially (he was still studying to obtain his Ph.D when he married my mom and had my brother and I), he was already thinking about how he could help needy children. While he was receiving the education he had always dreamed for, he was contemplating ways to spread the dream he loved so much with children who were in situations where they could not afford to have such luxuries: a task so few are able to implement and accomplish.

On July 15, 2008, my house was raided by the U.S. government and my life contents were revealed to the world. Though the raid was geared at discovering information in regards to the activities of Child Foundation, and my father's role in the Foundation, I felt that my privacy was ultimately stripped from its core. I have no secrets left undiscovered. Though my most personal possessions may have been exposed, I feel that the raid negatively impacted my father's image. I am writing to you in hopes of patching up some of the wounds created by the injustice of this world. I bet of you, Your Honor, to grant my family mercy as you consider my father's case.

After the raid, I quickly began my first year of undergraduate studies at Portland State University, hoping to busy my mind, and move past the devastating play-out of events. The lingering emotional effects of the raid, along with my undiagnosed and untreated depression, steered me into a dark ditch. For the first time in my life, my social, and my academic life, were tremendously suffering. I went from maintaining a perfect grade point average my entire academic career to barely being able to keep straight C's. Generally, for a first time student taking college courses, this trend is expected. I, however, was no new student when it came to the rigor of college courses. Ever since my freshman year of high school, I would either sit-in, or take (for credit) classes at the college or the university. I was fond of the challenge the courses presented me with: the academic challenge was what I thrived on.

Not only were my grades suffering, but my social life was a wreck, as well. I was scared of being around others, for, I felt my life had been invaded and my most secret thoughts had been stripped away from me. I found the opportunity and quickly decided to move with a friend into the dorms at school. I used the excuse of wanting to live on campus and experience the life of a "true college student" to convince my family to let me move a short twenty minutes away. I was secretly looking for some sort of escape. I was hoping to regain emotional stability and rebuild my social life. Shortly after I moved out, instead of having things improve, things seem to have gotten worse, at a more rapid rate than

Exhibit 12
Page 13 of 60

before. I could not figure out what it was. I had moved out in hopes of having things "get back to normal", yet, they only seemed to get worse. Suddenly, it all made sense: I was alone. I would go days, even weeks, without seeing my mother or father (my brother would study on campus at the same time as me so I would occasionally see him). My family was not with me. I had shut my main supporter, my father, out of my life.

The only people who understood what I was going through were away from me. It was then that I realized I am not only affected emotionally, mentally, and physically when I do not see my father, but I am also affected academically. It was not until this past year, when I moved back home, that my life started getting back on track. With my father's financial, emotional and mental support, I have slowly managed to gear my life back to where I envisioned it, years ago. Everyday my father and I discuss my academic standing. We discuss steps I need to take to meet my future goals. We discuss events I thought were significant, or events I thought nothing of, that occurred throughout my day. I do not know of anyone else in this world who would put so much effort and time into helping their daughter get back on track. My father means the world to me. We have worked hard to get to the place where we are now.

My father is a warm-hearted man. He is a man of good-intentions and a man who believes in fairness and equality. In elementary, downloading music became the new "fad", and all of my friends (along with myself included) were excited to explore the new possibilities and obtain new songs, for no price at all. Since this was a newly emerging phase, it had not yet been announced that downloading music was illegal. Rumors, however, had spread quickly that downloading music, for no price, was indeed illegal. I approached my father with the idea of downloading my favorite song, and told him it would not require him to drive me anywhere, AND it would be of no cost to him: every father's dream! My father was not well versed on the realm of downloading music, as it was just as new for him as it was for myself. Having said this, even with that limited knowledge, my father advised me that even though it may not be set in stone, as long as the potential for the act to be illegal was still present, I should not proceed forward and download the song. He stressed the importance of making sure the appropriate person is paid for his or her work, even if it is just one song. One silly little song, I thought. I could not understand why he was so adamant about the unfair nature of downloading music. It was then that he explained. I was told that songwriters have a career. Their career is made off of the songs they sell. By downloading music, I was ultimately depriving them of their earned share. My father told me it was not fair to the musician, and the following day, he went out and bought me the artist's CD.

I recently found a book belonging to the elementary school I attended in my possessions. It was a book from my second grade class. I figured that since 2nd grade was over ten years ago for me, it would be fine for me to keep the book. After all, I had kept it for so long anyway. Once I showed the book to my father, he immediately asked me when I would return it back to the school. After I expressed no desire to lug the book back to my old elementary school, my father looked at me disapprovingly and reminded me that the book is not rightfully mine and that everything needs to be returned to its rightful owner, even if more than ten years have gone by. His level of humility and respect for others' is

Exhibit 12
Page 14 of 60

remarkable. He stresses the importance of returning a book that has gone missing for ten years. What type of parent would stress the importance and value of returning of a single book, gone missing for over ten years?

Mehrdad Yasrebi is a man who understands the reward of hard work. This is a value he has instilled in both my brother and I. He has always done his best to make sure that I did not take the easy way out. I remember several instances when I would approach my father for help on academic material, as I knew this was a strong point for him. Instead of telling me the answer like my friends' parents would, he would have me approach new strategies for working the problem and arriving at an answer. If all my approaches failed, he would then have me re-explore the basic concepts to ensure that I had indeed, understood the material. As a child, I saw his process as frustrating. All I wanted was what seemed like a simple answer. My father taught me to never cut corners in life, whether it be for academic or for recreational purposes: something he believes strongly in.

As I was developing into a young woman and wondering at the marvels of the world, the question of religion kept popping up into my mind. My father grew up in a county where there is no separation of Church and State. Enforcing religion upon your children was a must, and was seen as not only a social obligation, but a cultural obligation as well. Not once did my father impose his religious beliefs on me. Not once did he try and persuade me to follow the path he chose…not ONCE. My father left the option of religion completely open to me. He had expressed that even if I chose not to follow the religion that both he and my mother have devoted their lives to, I would still be his lovely daughter and the apple of his eye. If a man, so devout, would go so far as to leaving the option of religion open to his own daughter, would he honestly turn around and support a terrorist organization? My father has always taught me religion and faith is about what is in your heart. If a man with such a pure heart is teaching a naive little girl about the beauty of all religions, faiths, and schools of thought, without imposing his own beliefs on her, would he really be capable of terroristic acts?

It has been nearly three years since the raid. Not a single day has passed where I have not stopped and thought of the events that unraveled on the early morning of July 15th, 2008. The raid has negatively impacted my life. Not only has it caused a great deal of emotional turmoil, it has also negatively affected my mental health. It was not until recently that I summed up the courage to seek appropriate help for, what I can now identify as, depression caused by PTSD (Post-Traumatic Stress Disorder).

One benefit of the raid, however, is the fact that is has taken my family to an entirely new level, one I never thought possible. Our family was always a close-knit family, but for the past few years, we have been closer, if not, the closest, we will ever be. My relationship with my father has never been this strong. He is my shoulder to cry on, my audience when I have exciting news, my academic mentor and role model, but most of all, he is my closest friend. He has been there every step of the way for me, whether it be providing me with financial support or emotional support.

Exhibit 12
Page 15 of 60

Your Honor, I beg of you to think of the times my family has gone through. Our family unit is what has kept me sane and hopeful. What sets my father apart from every other person is his true commitment to making a positive change in the world and for the passion he exudes. It is apparent through his unlimited intellectual potential and possession of an unbounded enthusiasm for providing for his family that he is among the most loving, intellectual, comforting, reassuring, caring and devoted fathers the world has to offer. I can not imagine going through my day without having my father to lean on. By taking away my father, you will be taking away my being.

I truly believe with my heart that my father is not the one who committed the acts he is pleading to. My father is only in charge of his actions, and should only be held accountable for what he did, not for what individuals in Iran did. If you are looking for someone to blame, please do not look to my father. He is not responsible for preventing others' from committing the acts they did, and he should not be held responsible for such. He is only responsible for his devotion to helping needy children flourish in the direst of situations. I have been to Iran and I have seen first-hand, the rewards of the work my father has worked so hard for. The children he has helped are being provided with futures they could never even dream of. My father is a man of humility, wisdom and grace.

As the days to the trial approach, my heart quivers with fear. My father is my everything. Your Honor, I can not stress how important it is for me to have my father around. He is my main supporter and the one I go to for everything. He has done his best to raise me well, and I applaud him for his vast effort. I am not your typical "daddy's girl", as my father is not just someone I look up to. He is someone I confide in, someone I rely on, someone who I trust my life with, someone who I would travel the world for. He is pure-hearted and is the most amazing human being I have ever met. He is my reason for continuing to do good.

Having to write a letter describing who my father has been, and what type of role he has played in my life, is a task I never imagined I would have to face. I have written to you the honest truth of my father's character, as viewed through my lens. I trust you, Your Honor, to make the right choice and to allow my father to stay with us.

Your Honor, I thank you for listening to my plea for mercy.


Ameneh Yasrebi

Exhibit 12
Page 16 of 60

U.S. District Court Judge
United States Courthouse
1000 SW Third Avenue
Portland OR 97204

Attention: Honorable Judge Garr King

Dear Honorable Judge King:

I am writing on behalf of Dr. Mehrdad Yasrebi, my husband of 27 years, who pleaded guilty to federal conspiracy charges involving violation of a U.S. embargo against Iran and is being sentenced in your court. In deciding his sentence, I ask you to consider Mehrdad's impeccable legal history, integrity, honesty, doctoral education and professional accomplishments, outstanding role as a supportive loving husband and dedicated father, and his charitable works at the Child Foundation.

My husband received his B.S. in Electrical Engineering in 1981 and an M.S. in Ceramic Engineering from the University of California at Los Angeles. He received a Ph.D. degree in Ceramic Engineering in 1988 from The University of Washington and has worked at Precision Castparts Corporation (also known as PCC Structurals, Inc.) for the past 20 years as a Research Ceramic Engineer, where he has published many professional research articles in several journals, and is also a renowned inventor for PCC Structurals.

Mehrdad has always been a strong supporter of education. Without his support and encouragement, I could never have earned my second masters degree while working full time as a Rehabilitation Counselor at DHS and raising two children. Mehrdad also made our children's education a top priority. For example, during our children's annual parent-teacher conferences, Mehrdad would ask for teachers' recommendations for tutoring, arrange for their tutoring, and transport them to tutoring sessions during the summer time. Instead of going on summer vacations each year, Mehrdad spent money on tutors and sat in his car during Ali and Ameneh's summer tutoring sessions.

As a direct result of Mehrdad's positive influence, our children are both high achievers and upstanding young citizens. Ameneh graduated valedictorian at Clackamas High School. Both Ameneh and Ali contribute tireless hours tutoring, volunteering for Medical Missions to Honduras and local hospitals (Ali has volunteered more than one thousand hours at OHSU), and donating their hair a total of four times to "Locks of Love". Ameneh and Ali's names still appear on the wall of their middle school as "Citizen of the Year". I believe Mehrdad's humanitarian influence and his role as a loving father was in large part responsible for our children becoming such good citizens.

Mehrdad is an honorable man who has spent his life giving to others. When my husband first heard about Save the Children Foundation, he began contributing to this noble American organization. His love for children and commitment to education, justice, freedom and charity compelled him to reach out to the less fortunate children orphans in Afghanistan, Indonesia and Iran, and thus he founded the Child Foundation. His commitment and passion for helping educate orphans drove him to spend thousands of hours and efforts to help orphans in these countries. Mehrdad is an honorable man who has spent his life giving. He believes that every

Exhibit 12
Page 17 of 60

child deserves the best life possible, and I believe having such good intention for humanity is the best gift Mehrdad can give to society and our children.

Mehrdad's life, work, and spirit has also touched friends and family. His desire and courage inspired enthusiasm, confidence and passion in those around him to have a positive influence on society. For those who know him, he is greatly respected for making the lives of others better.

Ameneh and Ali are now in college here in Portland. They will suffer tremendously if Mehrdad is taken away from us. We are a very close knit and connected family, and a prison sentence would have a devastating impact on us.

Mehrdad is humiliated, and I know his biggest fear is that he will be remembered for his mistake instead of the wonderful and generous things he has done for so many children. I hope that you will consider the high caliber of a human being that my Mehrdad exemplifies, his contributions to our society, and his role as a father and husband, and that you will agree that a sentence of probation and community service is appropriate.

Thank you, your honor, for listening to my plea for mercy.


Fatemeh  (Saideh) Sharif-Kazemi

Exhibit 12
Page 18 of 60

UNIVERSITY OF CALIFORNIA, LOS ANGELES



UCLA

BERKELEY * DAVIS * IRVINE * LOS ANGELES * RIVERSIDE * SAN DIEGO * SAN FRANCISCO     ANTA BARBARA * SANTA CRUZ

ELECTRICAL ENGINEERING DEPARTMENT
SCHOOL OF ENGINEERING AND APPLIED SCIENCE
BOX 951594
LOS ANGELES, CALIFORNIA 90095-1594

July 28th, 2011

Honorable Judge Garr King:

I am writing this letter in support of Dr. Mehrdad Yasrebi who is waiting for the final decision regarding his legal case.

I am honored to know Dr. Yasrebi for over thirty years when both were attending University of California, Los Angeles (UCLA). We both were part of variety of different cultural and academic organizations within UCLA and in this capacity the group members found him very honest, dedicated, extremely reliable and hard working individual. His honesty was so wide spread not only within our research group but in entire UCLA Iranian students community. Speaking in regards to his reliably, if he had accepted a responsibility to perform a specific task, he was doing his best to fulfill his commitments. In many occasions he used to leave at the middle of the event to perform certain task on specific time which he had promised to do.

In early 1980s, Dr. Yasrebi left UCLA to pursue his higher education in Seattle, WA and it was a big loss for our small community but his move had no impact in our friendship. I remember in early 1990s in one of our phone conversations he expressed his idea regarding the establishment of the organization to help the needy children similar to those already existed in the US and other parts of the world. The establishment of the Child Foundation from start to what you witness today as an internationally recognized organization would be sufficient to show his dedication, passion, hard work, honesty, and commitment.

Last year Dr. Yasrebi briefly mentioned his home invasion by government agents looking for some evidence of US law violations. I was very surprised and saddened to hear the event and I am confident that they did not find trace of any breach of the US laws. My confidence is based on his philosophy to establish any organization in general and Child Foundation in particular and that is honesty and following the rules and regulations.

In conclusion, I was informed that Dr. Yasrebi has decided to choose the plea bargain option rather than court battle for various reasons. Along this line there is a possibility of either the prison term or probation.

Your honor,

Herby, with all respect, based on the facts mentioned in this letter and for the years of his dedication in raising family, working full time to support the family and leading an organization to help the needy children, I am requesting probation rather than prison term for Dr. Yasrebi so he would be able to continue performing these challenging tasks.

Yours truly,

Farid Mesghali

Visiting Professor

Exhibit 12
Page 19 of 60

REDACTED
Indianapolis, IN REDACTED
June 20, 2011

Honorable Judge Garr King
c/o Mr. David Angeli
121 SW Morrison Street, Suite 400
Portland, OR 97204

Dear Judge King:

I am writing this letter in support of Dr. Mehrdad Yasrebi. I know Dr. Yasrebi as a family member, for he is my first cousin on my mothers' side. More importantly, however, I have known him as a friend for the past thirty-six years. Given this extended duration of time, I feel that I know him very well and can speak of his character with certainty.

In the time that I have known Dr. Yasrebi, his self-sacrificing nature is the one theme that has always remained steadfast. Whether be it towards kin or strangers, he has always gone out of his way to help others. Time and again, when a member of the family has been in need of assitance, they have turned towards Dr. Yasrebi. They count on him because he is a man of integrity! He will go out of his way to bring aid to others. His care has been shown more than once when my father has been ill. Dr. Yasrebi has welcomed my father into his home and taken him under his care when he had no one else to turn to.

It is with this same giving spirit that Dr. Yasrebi created Child Foundation, an organization that has changed the lives of thousands of hopeless children. Please know that were it not for this organization, most of these children would have nothing in life. They would live life without hope and without a future. How many of us take the time to look past our own lives, much less change the lives of thousands of others? When I think of what he has achieved I am humbled, if not embarrassed, as to how one person can do so much for the world when others, including myself, do so little.

Dr. Yasrebi has dedicated many years of his life in becoming a highly educated, successful and productive member of society. I ask that you do not view him as a person who has nothing to offer society. Rather, please regard him as an invaluable member. He has just as much to offer the citizens of the United States as he does of Iran. To nullify him of this would be a great loss for the peoples of both countries.

There are more lives than one at stake here. This matter does not only affect Dr. Yasrebi. It affects all those near him including his father and mother (who is of uncertain health), his siblings, his wife and perhaps most importantly, his children who are at an impass in their lives. They are at a point in life where they may flourish and become productive and valuable members of society. Or they may become broken by the injustice

Exhibit 12
Page 20 of 60

experienced by their father and by his absence, turning towards a more destructive path and jeopardizing their own future and the future of all whom they may someday touch.

The fate of the Yasrebi family is in your hands sir! I realize that there are individuals who wish to see the destruction of the United States, who plot and carry out evil acts against it. Dr. Yasrebi, however, is not one of those individuals. I bessech you to look at the full picture, to consider all of the blessings Dr. Yasrebi has brought to the people of this world. I ask you to allow for some semblance of justice to reign and to show mercy by rendering him with the lesser sentence of probation verses subjecting him to the inhumaness of prison. Let us reserve the latter to those trully deserving of it and not clutter the prisons with noble and just individuals who have stumbled upon less fortunate circumstances.


Respectfuly,


Jobin Nash, M.D.


Exhibit 12
Page 21 of 60



**THE UNIVERSITY OF IOWA**

**COLLEGE OF**
**LIBERAL ARTS & SCIENCES**

**Department of Religious Studies**
314 Gilmore Hall
Iowa City, Iowa 52242-1376
319-335-2164   *Fax* 319-335-3716
religion@uiowa.edu
www.uiowa.edu/~religion

June 5, 2011

To the Honorable Judge Garr King,

I learned recently that Mehrdad Yasrebi, a former official of the Child Foundation and a friend of mine, was accused by the U.S. government of violating the sanctions against Iran by helping Iranian children. I understand that Dr. Yesrebi and the U.S. government have reached a settlement that may include a prison sentence.

I have known Dr. Yesrebi since I was a student at the University of Washington (in the early 1990's) and we remained in touch despite our current distance. I am also familiar with his involvement in the Child Foundation, which he started when I was still a student there. My appeal to your Honor is based on this deep familiarity with Dr. Yasrebi and my knowledge of his character.

Dr. Yasrebi is one of the most sincere humanitarian I have ever known. His passion for helping the needy is admirable. Although I do not know the specifics of the charges against him, I remain confident that if he violated the law, he did so because he wanted to spend the money given to the foundation on orphans and needy children—not on legal services. From the beginning, he prided himself on passing all the donations he received to the children his foundation benefited, not on overhead cost and legal consultation. Perhaps that was his mistake, but it is hardly a crime.

I recall that he has sponsored children from Afghanistan, Indonesia, Malaysia and other countries—not just Iran. I know that he wanted to deliver the help directly and through individuals he trusted in these countries, and that that was the only criterion. He helped Iranians because he is of Iranian descent, which enabled him to deliver the benefits of sponsorship directly to children in need, many of whom were refugees, not Iranians. I am sure if he had connections in other poor countries, he would have sponsored children there too.

I appeal to you, your Honor, to think of the children he helped and decide if the person who had helped them rise above the harsh conditions in which they found themselves deserves to be imprisoned. Dr. Yasrebi has been an outstanding citizen of our country; representing the best there is in humanity. It will be a gross miscarriage of justice to punish him when he is supposed to be thanked had it not been for his helping of orphans in a country that is under sanctions. These sanctions are meant to punish governments not needy children and those who help them. I appeal to you, your Honor, to deliver justice and not deprive the community from a caring citizen, colleague, friend, father, and husband. Should it be needed, I am willing to appear before you as a character witness on behalf of Dr. Yasrebi.

Respectfully,

Ahmed E. Souaiaia, Ph.D.

Associate Professor
International Programs
Department of Religious Studies
College of Law

Exhibit 12
Page 22 of 60

Sophia Bunker
REDACTED
Torrance, CA REDACTED

July 5, 2011

The Honorable Garr King, Judge,
United States District Court

Dear Judge Garr,

I am a respondent in the case of " Mehrdad Yasrebi/ Child Foundation v. U.S. Government". I am writing to request probation in sentencing Mr. Yasrebi.

I did my premedical studies at UCLA with Mr. Yasrebi and came to know him very well. He is and has always been a very helpful and kind person. He had nothing but the best of intentions when he started Child Foundation to help the orphan refugees in Iran. In all the years I have known him I have never heard him say or do anything harmful to the U.S. government in favor of Iran. Despite the politically unfavorable position of the Iranian government with the U.S. government at this time I assure you that Mr. Yasrebi's efforts to do humanitarian work is genuine and compassionate and nothing more or less. It is quite possible that constituents of a politically disturbed country do not represent that disturbance but instead work to rectify the social chaos therein with the best of intentions in the face of political sanctions.

In volunteering to help the homeless people of Los Angeles as a family doctor I realize how rewarding helping the needy can be. As in the case of Mr. Yasrebi, he helped thousands of orphaned Iranian and Afghani children and he derived no personal or political gain in doing so. Helping people in dire need does not reason well with political sanctions.

Please give Mr. Yasrebi probation in his sentencing as he should not be punished with prison time for his many years of unselfish and dedicated volunteering work to help orphaned children.

Respectfully,

*Bunker*

Sophia Bunker
REDACTED 1957

Exhibit 12
Page 23 of 60

# Translator's Certification

This is to certify that I, Badi Badiozamani, am a registered Farsi interpreter with registration # 700132 for the courts of CA, and I have translated the attached letters from Farsi to English to the best of my ability and knowledge.

I certify under the penalty of perjury that the foregoing is correct and true to the best of my abilities.

Executed on January 25, 2012          Place: Los Angeles, CA

Signature: _B. Badeoz_

Badi Badiozamani

Exhibit 12
Page 24 of 60

سلام

اینجانب شیوا ایزدبخش دختری ۱۲ ساله بودم که در ۸ سالگی پدر و در ۹ سالگی مادرم را از دست دادم مادربزرگم
عهده‌دار و بعد از هر قرار می‌شد و ما بعدها صحبت‌هایی از او شنیدیم تصور کنید یک دختر ۱۲ ساله بی‌کس و تنها که ۳ خواهر
دیگرم که هر کدام ازدواج کرده‌اند چگونه می‌خواهد به زندگی ادامه دهد متاسفانه که زندگی را هم نمی‌خواهم [illegible] زندگیم
سطحی و خشن [illegible] که من اشتباه می‌کردم تا در ادامه زندگی شکست بخورم [illegible] خصوصی بزرگ مادرم
من به دختر کوچک خانواده بودم خیلی احساس تنهایی می‌کردم تا این که این موضوع که کسی که دیگر را حمایت
نشده خیلی بد است. اما برای من که بعد از پدر و مادرم را از دست داده بودم ادامه زندگی واقعاً دشوار بود
تا اینکه وارد دوره‌ی دبیرستان شدم آن روز را که مدیر مدرسه‌مان مرا به این موسسه برد هیچ وقت فراموش
نمی‌کنم. بیاد دارم که اولین روز حامیم بود که به من بیشتر احساس زندگی کردن کرد از این زندگی که حالا برایم مهم
و حس می‌کنم به زندگی چه ارزشی دارد.

اکنون دانشجوی سال آخر رشته شیمی دانشگاه شیراز که اولین و بهترین دانشگاه، در رشته شیمی بوده هستم
که برای این افتخار بزرگ واقعاً به خودم می‌بالم چرا که خوب می‌دانم که تنها دلیل موفقیتم این است که وارد
این موسسه شدم و واقعاً مدیون این موسسه هستم چرا که امید و انگیزه بهترین عنصر برای ادامه حیات
است که این بنیاد به من هدیه کرد. باید بگویم که این وظیفه من است که از حامیان این موسسه خصوصاً آقای
دکتر سیدداوودی [illegible] تشکر کنم و بگویم که دعای خیر من و هزاران کودک معصوم دیگر بدرقه راه ایشان خواهد بود.
مقیم آمریکا
تلاش و زحمات ایشان به هزاران کودک سرپرست دیگر که هیچ امیدی به زندگی نداشتند را الهام
کرده‌اند و بهشان سرپرستی و امید و احساس برای زندگی کردن را درک کرده‌اند. می‌خواهم این را بگویم که مگر
کسی پیدا می‌شود که بتواند کاری خیرتر از این انجام دهد آن هم با این عظمت !!
مقیم آمریکا
من و تمام کودکان بنیاد مدیون زحمات تمام حامیان این موسسه خصوصاً دکتر سیدداوودی هستیم. امیدوارم که خداوند
همیشه پناه ایشان باشد و دست دعای ما همیشه سایه‌ای بر سرشان باشد.

آدرس: شیراز - بلوار گلستان - خ شهید طراد اندیش - مجتمع مسکونی حافظ ساختمان ۸ با تشکر شیوا ایزدبخش

طبقه ۵ واحد ۳ تلفن: ۲۲۵۵۷۶۳ - ۰۹۱۷۶۴۰۷۵۳۸

Hello,

I, Shiva Yazdanbakhsh, was a 12-year-old girl who had lost my father at the age of 8 and my mother at the age of 9. My mother died because of diabetes and my father became a fugitive and we later heard that he had passed away. Imagine. How could a lonely 12-year-old girl continue her life with 3 married sisters. For a long time, life was meaningless for me, it was horrible. I thought I was no longer able to continue to live, especially because after my mother's death, I, as the youngest child in the family, felt a vacuum. Perhaps, understanding this issue would be very difficult for someone who is not stricken by this calamity. But for me, who had lost my father and mother at the same time, continuing life was truly difficult. Until I entered another world on the day that the school principal gave me this institute's form. I shall never forget that the Child Foundation was the first glimmer of hope that revived life in me. Now I can understand and feel what life is all about.

Now I am a senior student of Chemistry at Shiraz University, which is the first and the best university in Chemistry and I am truly proud of myself because I know well that the sole reason for my success is having entered this institution. And I am truly indebted to this organization because hope and motivation are the best elements for life, and this is what the foundation gave me as a gift.

I should say that I find it my duty to express my gratitude to the founder of this organization, Dr. Mehrdad Yasrebi, who resides in America, and say that my prayers and those of thousands of innocent children shall be with him. With his efforts, not only I, but also thousands of orphans who had never had any feelings in life, were given a chance to appreciate and enjoy their lives. I wish to say that not many people can be found who have done such a great deed of charity!

I and all the children of the Foundation are greatly indebted to the founders of this foundation, especially Dr. Yasrebi who resides in the USA. I just hope that God support and protect him, and his beautiful garden of wishes be forever green and fruitful.

With thanks!

Shiva Yazdanbakhsh

Address:  REDACTED

REDACTED    Shiraz

Tel: 2255663 – 09176407538

Exhibit 12
Page 26 of 60



Child Foundation
بنیاد کودک



" شیوا یزدان بخش "

" shiva yazdanbakhsh "

Exhibit 12
Page 27 of 60

باسمه تعالی

عرض سلام

بنده جعفر بهشتی دانشجوی کارشناسی کامپیوتر در دانشگاه صنعتی مهندسی شهید باهنر شیراز می‌باشم . ایشان از ۹ سال پیش پدر و مادر و دو تن از برادران بزرگ خویش را در یک سانحه تصادف دلخراش برای همیشه از دست دادم و در شرایطی که مادم با حضور و گرم‌تر لباس درخانه و پدرم با فعالیت در مشاغل آزاد ما دل و جان حاج تحصیلات فرزنش را بدست می‌آورد از دست دادن ما کهانی ایشان در مادر شرایط بسیار بحرانی قرار داد و ما آنها تحصیلی شدیدی در همان مقطع دوم راهنمایی روبرو کرد . در صورتی که قبل از این واقعه کلان دهنده دانش آموز ممتاز کل مدرسه به شما می‌رفتم ، تا امید با معرفی و سفارش کی از معلمین بنده که از من شناخت کامل داشت به بنیاد لوک معرفی کنم و از آن سال به بعد بنیاد لوک و کمک‌های ارسالی از سوی امریکا نقش بسیار مهمی در تحصیلات بنده که اوج آن قبولی در دانشگاه دولتی بود در مقطع کاردانی و سپس در مقطع کارشناسی کامپیوتر بود ، ایفا کرد .

هم اکنون نیز در شرایط بسیار مطلوبی ترم سوم خود را می‌گذرانم و از الطاف آن‌ها است به خود می‌بالم .

Exhibit 12
Page 28 of 60

In the Name of God

Hi.

I, Jafar Beheshti, am an undergraduate student studying Computer [Science] at Shahid Bahonar University of Technology & Engineering in Shiraz. 9 years ago, I lost my parents and two of my older brothers in a tragic accident. After the sudden loss of my kind mother, whose presence was the hope of my life, and my devoted father, who paid for our education by working in various jobs, I experienced the most critical period of my life when I was studying in the second grade of intermediate school. I was not that hard-working top student I used to be anymore. But everything changed when one of the teachers, who knew me well, introduced me to the Child Foundation. Since then, the Child Foundation and their financial support from the United States have played a major role in my studies, the highlight of which has been my admission to the state university during day time for Associate degree and during the evening at undergraduate level in Computer Science.

I am now a junior student and I am still benefiting from their [Foundation's] support and kindness.

Here, I would like to give a special thanks to Dr. Mehrdad Yasrebi, the founder of this foundation, who has never neglected us and our situation and wish him all the success in the world.

Signed: Jafar Beheshti

Address:   REDACTED                                                    Shiraz

Tel: 7387410

Mobile: 09356833351

Exhibit 12
Page 29 of 60

Child Foundation
بنیاد کودک





جعفر بهشتی

" جعفر بهشتی "

" jafar beheshti "

Exhibit 12
Page 30 of 60



Exhibit 12
Page 31 of 60

In the Name of the Merciful and Kind God

I, Mahmoudi, am one of the Law School graduates and recipients of benefits from the Child Foundation. I started receiving benefits from the Child Foundation since my first year of high school. I am happy to be able to express my gratitude to the Child Foundation.  Perhaps, without the support from the Foundation, neither I, nor other members of my family, who have also been the recipients of support from this organization, would have been able to continue our education and scholastic achievements. One of my brothers is a graduate of Arabic Literature, my sister is studying at graduate level in Urban Planning, and my younger sister - who is presently covered by the foundation - is studying Chemical Engineering. With the help of God, every one of them is working and thus, is a good member of the society. I hereby express my thanks to all of the people in-charge of the foundation and also Dr. Mehrdad Yasrebi, the founder of this institute. I hope, as these dear people supported us step by step in every phase, God will support them throughout all the phases of their lives in a way that would be commensurate to their great deed.

Signed: Masoumeh Mahmoudi, Tel: 021-33484476

Exhibit 12
Page 32 of 60

 

Child Foundation
بنیاد کودک





„ معصومه محمودی „

„ Masomeh Mahmodi „

Exhibit 12
Page 33 of 60

« بسم الله الرحمن الرحیم »

تا سال دوم دبیرستان مادرم نقش داشت ومادرم که دچار جدایی بزرگسری بود، خانواده ام حضور با به گرید حکم بورکار بلاد.

واز مشکلات زیاد ایم تحصیلاتی داشت تو مراد حطی جماس جالد سمری بانک گوید وکاربرخدمه آپرداخت.

در دوران درس ... بری ام امکم بابع اردبی مادرم بودایزاد علی رغم اعتقاد درس باوجاگرید ومارا لم کرده

به وسیله مرد خنوا سب و آشناهم و به وسیله مقررتی که هم وداز آمریکا توسط حسابدار محترم آنای دفتر سنرس

دریافت می کردم کسر پاری از مشکلات جایماه ام حل شد. و بی دول دعدم توانستم به درس و آینده فکر کنم.

مادرم حس که متعلق به دولت است روی می تیم جانی کی حداقل امکانات جانا ای مقیم انداخت.

من در دبیرستان ...سایت اقدام در رشته ریاضی در رشته ریاضی معرف ادامه تحصیل دادم وبلاخره به آنروزها رسید.

حدود حامله دانشگاه طول کشید.

لوید اگر مرد دست دودست وانگ... رد حداکل است ادورجوادردست حدکشید دبی معلم مقیم آنای موراد حدسی

سه حطیخام ست ـ ایی کربا بشال پررحدایاس معلم از عمی می عاید ارمز سال کمال سادگوک وحنی

یتم آل حاس کربده دلیل مقرمای ارجیل بارجامد باواد وان هاهم تواند حامکودکان کثربرکه کند

الول س راستوی تحت مجارات دانشگاه تشیام می باشم کیا آل زمدرول حمت ها درجان شاد

می دانم جول کاور ساید نرد من هم حامه بگیر حوا طرایم ارجیل بازی حامد.

اور ساید سود من سر واستم درکلاس ها و اندرشولت لم روحیای مای حجا ازروگ می رسیدم بساید در

روگ می نفش مهمی را ایازی واضدارم من هم بورس حجوان حیول تمام ایم زجانه ره وطن ایم سالها

رایعم لتواند رایم.

نفس : N۰۴۱۶V

"In the Name of the Creator"

I was only 10 years old when my father left us and my mother, who was at the height of youth, was wondering how to make a living with her 5 little children and overcome life's challenges. She was not educated, so she could not find a proper job. Therefore, she started cleaning herbs and working at people's houses. In order to take some burden off my mother's shoulder, my two sisters, despite being talented, dropped out of school and married at a young age. I got introduced to the Foundation by a Good Samaritan, and by the monthly stipend that was sent by the respectable founder of the Foundation, Dr. Yasrebi from America, a great part of my family's problems was resolved, and I was able to concentrate on my education and future without worry. We live in a state house which does not even have the simple facilities of a normal house.

In high school, due to my interest in engineering, I studied math/physics and was able to think about my dreams, such as going to university.

It is said that 'God will help the one who does good deeds.' I am sure that God will grant Dr. Yasrebi a great reward as he has helped so many. He, who by founding the Child Foundation, provided an opportunity for all those who were deprived of an education due to poverty and enabled them to live like other children.

Now I am studying telecommunications at Shiraz University. I owe this to the kindness and efforts of the Foundation, because if it weren't for the Foundation, I would have had to be deprived of education like my sisters.

If it were not for the Foundation, I could not have participated in the Preparation Classes for National Examination for the University and I could not have reached this stage of my life. The Foundation has played a major role in my life. I hope I can repay their kindness throughout these years by studying hard.

Note from translator: The full name and address is cut out, therefore, I am unable to read the name and address of the letter writer.

Exhibit 12
Page 35 of 60

Child Foundation
بنیاد کودک



„ ندارمش „

„ Nedarameshi „

Exhibit 12
Page 36 of 60



Exhibit 12
Page 37 of 60

In the Name of the Kind and Great God

The difficulties in our life started when I lost my father at the age of seven.  Since my father was self-employed and my mother was a housewife, we faced a lot of financial problems after my father's death. Despite all difficulties, we continued our education.  However, when I got admitted to university, I was not able to attend because of financial problems.  Fortunately, I got information about the Child Foundation at the right time, and with the support of Dr. Mehrdad Yasrabi and the financial support that came to me from America, I was able to continue my study and go to the university.

Now that I am writing this letter, I have graduated from university as an Industrial Engineering major. With the help of God and you, I hope to be able to continue my study.

Dorsa Taninpour

Address

REDACTED

Post code REDACTED

Tel 6247033

Exhibit 12
Page 38 of 60

 

Child Foundation
بنیاد کودک



« درسا طیبی »

« Dorsa Tayebi »

Exhibit 12
Page 39 of 60

بنام خداوند بخشنده مهربان.

با سلام و قدردانی از زحمات شما از بچه های بازجو ...

[متن دست‌نویس فارسی]

Exhibit 12
Page 40 of 60

In the Name of the Merciful and Kind God

With appreciation and gratitude for all the supporters of children in need

I was able to make my small and big wishes come true through years of support by my dear aid worker and the generous backing of the Child Foundation. I was able to finish high school successfully and in the same year of finishing school, I was able to enter university with confidence of having the support of the Child Foundation. I could finish university with peace of mind alongside other ranks of modern society without feeling any need or frustration.

I am happy that I have graduated in Anthropology and at the present seeking a job and at the same time preparing for my further education.

I am happier when I see that I have reached such a point of success that I can look at problems with a broader vision and with more experience. I owe all my success to the Child Foundation, my aid worker, my respectable sponsor, and the founder of this foundation, Mr. Mehrdad Yasrabi.

I am honored to announce to everyone that I am a member of this foundation and will always be grateful to every single one of these people.

I hope that one day, I, too, will be able to support the children who need to be loved by a lot of people.


Mojgan Khani

029221-3580

Exhibit 12
Page 41 of 60



## Child Foundation
### بنیاد کودک



خژژان خانی

mozhgan Khani

Exhibit 12
Page 42 of 60

به نام یگانه هستی

[متن دستنویس فارسی]

Exhibit 12
Page 43 of 60

In the Name of the One, the Hope-Giver

I do not know how to start writing about the days of my poverty and loneliness that were ruining my life.

When my parents got divorced, my mother's and father's families didn't consider us worthy anymore, every one of whom we approached thought we wanted to grab their wealth. We used to see our mother only in the afternoons. Secretly working as a servant in people's houses was the only source of income, which kept us from being indebted to others.

Our family, who used to be the richest family among others, now had become the poorest due to this catastrophe. In the first years of our life, kindness and life were taken away from us. We grew up in hardship. I was in the second-third year of high school that the light of hope entered our lives. Through the introduction of one of our teachers, we got the support of the Child Foundation and that of Dr. Mehrdad Yasrebi . Thank God. Checking our bank account each month was equivalent to happiness and the feeling of ownership. Dr. Mehrdad Yasrebi's cash support was counted as a support for entering university. We were the first ones in our family to enter the university level. We were the children in our family who were ignored and now we were role models for the other children in the family. We were so successful in our education day by day that our success inspired others around us to wish they could go to university in order not to fall behind us.

I took the post graduate entrance exam for two years, but unfortunately, I couldn't enter the major that I had chosen despite getting good scores. I benefited from the support of the Child Foundation and Dr. Mehrdad Yasrebi during the two years of post graduate entrance exam preparation. At present, I am working in a private software company on a project. When the project finishes I need to look for another job. I am not sad because I can survive as long as God exists. Child Foundation was and will be a kind supporter for me.

By the way, if God wants, I, too, will become a sponsor like you. I am grateful to the kind Dr. Mehrdad Yasrebi.

Roya Dehghani

Exhibit 12
Page 44 of 60



Child Foundation
بنیاد کودک



~ رویا دهقانی ~

" Roya dehghani "

Exhibit 12
Page 45 of 60

بنام خدای بزرگ و بخشنده و مهربان

می‌خواهم با کمی حاشیه و اینجا شرح کنم حدود ۳ سال داشتم ودم سم اصفهانی ) وارد کافه در جنارلیاب برگشتم بودم با نشست زندگی می‌کردم با همشیرنگاری عقد نمودم بودم از طریق سرمیرم خواهشمی ام با این موضوع آشنا شدم و همین خانواده‌ام مشترک بردم کنم ناتوانی نمودنی می‌ماند و می‌توانم رایم لذ و بابدی لای مسرزان د عزیز دل بردم ـ لذا که با ارسال کیپرسانی شودوشوق را ادی مجموعه کروی ساخته که می‌کنم نمی‌هست که بارم که لذ وبرای و شیروا اعدام هرچه بیشتر تلاش کنم من این اندوه زیان از بین خیرحفاظه این موسسه منسق دکترص ورادیانی تشکرو قدردانی کنیم چرا که اگر ایشان نبود شاید می‌سنوری ایجاد می‌شد در ستان نیزندان معشیری می‌هد می‌ماند و جزئت خواهم گفت با اگر این سروا و کمک‌های کنوان خود می‌دانستم تا مطاد دانشگاه می‌بریدوم دعنا را با شاکرم که راه نزت نیزگان می‌ستفر مشاحدت کلمایش لای بجاربان سمت کنند و تشطا را با آن هم گفته‌اند ـ و درآخر از راه بانی اعضای این سرود دکترص ورادنشری از دربه خدا رمضان آرزوی توفیق روزافزون وطول عمر وعزت و سلامت و سلمت دارم

آدرس: استان فارس شهرستان لیران منطقه‌های بال روستای بردآباد حسن حسین
منزل علی حسیان

تلفن: ۰۷۲۷۲۴۳۸۴
۰۷۱۷۲۵۴۹۵۹۱

Exhibit 12
Page 46 of 60

In the Name of the Sole Supporter of Nest-less birds

I do not know how and where to begin my writing. I was about 13 years old and in the second or third year of middle school when I lived in hardship, since our family was very large. However, I was always an outstanding student and I got acquainted with this foundation through the school principal. Since my family was poor, I thought perhaps this foundation could be my savior and could help me. With the support that I received from America, I felt that there was someone there to support me to reach my goals, if I try hard. I would like to thank Dr. Mehrdad Yasrebi, the founder of this organization, because if it weren't for his support, perhaps such a foundation would never be established to meet the needs of the poor. I can say with confidence that hadn't it been for this foundation and the sponsors, I could have never gotten all the way to university level. Thank God that there are great people in diaspora who are so generous to share their wealth with poor people and bring them the gift of happiness. Finally, I wish prosperity, health, and a long life for all of the members of this foundation and Dr. Mehrdad Yasrebi

With many thanks,

Khadijeh Habiban


Address – REDACTED   Sepidan City,  REDACTED
  REDACTED


Tel – 07127262684

     09179256561

Exhibit 12
Page 47 of 60



Child Foundation
بنیاد کودک



" خدیجه حبیبیان "

" Khadijeh habiban "

Exhibit 12
Page 48 of 60

April 20, 2011

Dear Honorable Judge King,

We are writing this letter to speak to you in regards to Dr. Yasrebi. We have known Dr. Yasrebi for many years. He has always been a kind and very honest person. His actions have always been righteous and well intended.

We have sponsored a child from the Child Foundation for several years. We are very impressed with the professionalism and organization of the Foundation from day one. We receive regular statements and correspondence from the Foundation. Dr. Yasrebi and the Child Foundation are very forthcoming with all of their intentions and processes.

We have been receiving letters from the young lady we sponsor on a regular basis. Not only do we receive detailed information on her and how our contributions are allocated, but we also receive hand-written letters and pictures from her. We are thrilled to read about her life and it is extremely rewarding to share this experience with our children. It is important for us to show our children the power of giving to the less fortunate throughout the world. This experience would not be possible without Dr. Yasrebi and his work.

We can only begin to imagine the personal time and commitment this philanthropic endeavor must take. We do know that helping the less fortunate children throughout the world is Dr. Yasrebi's sole purpose and concern. He has used his own resources, time and professional talents to create an amazing opportunity for us to help innocent children throughout the world. We are honored to know Dr. Yasrebi and to able to participate in the Child Foundation.

Sincerely,

Dr. Sebouh and Mrs. Sara Gueyikian

Exhibit 12
Page 49 of 60

Friday, April 29, 2011

Honourable Judge King:

I Gholamhussein Modarrespour voluntary write this letter for Dr Meherdad Yasrebi. I know him and his family for many years, his father and his sister they went to medical school became doctors to help people, his grand father seventy years ago was very well educated, and dedicated all his life to help others, He was respected for his contribution to his community . Meherdad's daughter received sciences award from US government and now she is attending university and her goal is to be a paediatrician to help children. .

Mehrdad yasrebi after obtaining his PhD in material sciences he had choice whether to stay in the United States or go back to Iran and teach at university and do research ,but he decided to stay in us because he is not agree with what government of Iran is doing

Dr. yasrebi sees a lot of children very talented but they are in abject poverty; they could join gang, drug smuggling, or prostitution. Because of those reasons He committed all of his time to establish chilled foundation, and encourage American Iranian to sponsor a chilled and pay about $30 a month for their school. Those children became very successful and professional in their careers. He sacrifices enjoyment of his life and his family and works many hours after his regular job for this foundation no personal benefit.

Now because of political relationship between government of US and Iran , and some mistake which has been made in transaction, he and his entire family are in trouble.

Your Honour King nobody is perfect, he in not exception. Know you have all of the power to exonerate him, and only God can, will reward you and your family

Truly yours,

Gholamhussein Modarrespour

REDACTED
Toronto, ON REDACTED
Friday, April 29, 2011

Exhibit 12
Page 50 of 60

REDACTED
Los Angeles, CA REDACTED


13 June, 2011


Honorable Judge Garr King
C/O David H. Angeli
121 SW Morrison Street, Suite 400
Portland, OR 97204


Subject: Mehrdad Yasrebi

Dear Sir,

I am submitting this letter to the court in support of Dr. Mehrdad Yasrebi. As his first cousin, I am intimately familiar with Mr. Yasrebi as a person, as a scientist, and also as the founder of the Child Foundation.

I can categorically attest to the fact that Mr. Yasrebi is an extremely honest, caring and giving person and has committed his life to helping others. He started Child Foundation in order to help unprivileged children first in his birth place of Shiraz, and later throughout Iran and in a number of other countries. I have witnessed Child Foundation efforts in reaching needy children and supporting their education. My family and I have witnessed the educational advancement of a number of children through our past donations to the Child Foundation. These donations have made it possible for a number of under privileged girls and boys to finish their schooling and in some cases enter universities.

I know that Mehrdad is the last person who would intentionally break the law or participate in unethical endeavor. I plead with you to consider true nature of his activities and exercise your discretion to sentence him to the minimum permissible sentence, and one that does not include a prison term. I would be more than happy to provide any additional information, or if necessary to make my pleading in person at your court.

Respectful yours,

Darius Modarress, Ph.D.

Exhibit 12
Page 51 of 60

To: <u>Honorable Judge Garr King</u>

907 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204-2939

Date: 06/18/2011

Re: Letters to the Judge Garr King in connection with Mr. Mehrdad Yasrebi case

Your honor,

My name is Soroush Kazemi, I work for at&t as corporate manager since 2000. My wife name is Parvin Danesh and she works in elementary school as co-director. We live in Los Angeles with one daughter, Hanna who was born in US and turns 14 this month.
I & my wife were born in Iran and migrated to US since 1993.

I know Mr. Yasrebi since he came to our house and asked from my parents for my sister hand which now they both have one wonderful son Ali and one wonderful daughter, Ameneh.

My family, Hanna, Parvin and I, have full respect/love for Mr. Mehrdad Yasrebi, as person, as friend, as highly educated family member who initiated such amazing positive energy to support the smart and intelligent kids all over the world who do not have access to school/education they deserve. He is known as educated, hard working, dedicated and good father in my family.

His role had a very strong impact on my family to bridge the gap and reach out to kids that they need the support. Thanks to his role, we support one girl, whose name is Fariba, lives in Shiraz and now she goes to best school there.

Your honor,

As member of first generation immigrant in this country, we admit that among the most attractive aspect of this country for such immigrant, especially with our background is justice. With Mr. Yasrebi background as highly educated, wonderful father/husband, he does not deserve prison- when, he is capable to provide such great services in any other similar charity/organization that your honor assign.

Respectfully yours,

Parvin Danesh

Soroush Kazemi

Exhibit 12
Page 52 of 60

The honorable Judge Garr King

I am writting to you in the matter
of child Foundation and its founder
Mr. Yasrebi

I have one reason and only one to think
that the charges against this man needs
to be drpped. I belive when a super power
Country such as United States set the sanctions
against another Country it should not put the
poorest people of that country under more
suffering. Sanctions only serves its purposes while
put pressure on the governments to take a
different path with regard to following the
world wide justified laws.
By putting a founder of a charity foundation
in prison that only had the intention to help

Exhibit 12
Page 53 of 60

the kids most in need of his home country
what good are we doing to humanity and
what lessons are we teaching his kids and
others that know him and admire his sacrifices.

Sincerely

Guiti Bagherinia

June, 2011

Exhibit 12
Page 54 of 60

Honorable Judge Garr King,                                                                     June 21, 2011

It is with great hope that I am writing you this letter on behalf of Mehrdad Yasrebi.  I hope it would help to know him better as the good person that he is.  I do not know of a single person who has raised an issue or made a comment implying a weakness in Mehrdad's character.  He is a true gentleman and people are touched by his warmth and kindness.

I have known him for about twenty–six years now.  I have spent enough time with his family to be qualified as a character witness. We were born in the same city.  I met his father, a well-known and respected physician, there, after we got acquainted.  I was close enough to his family to be called "uncle" by his son.  Throughout our years of friendship, I have looked up to him as a mentor and a role model.  He has been a guiding light, in his gentle ways, always encouraging me to reach out and be the best I could be.

Right before starting the Child Foundation, him and his wife shared their reason for doing so.  He is so organized and far-sighted that they had discussed the issue of having children, while they were trying to know each other prior to their marriage.  They had agreed on having two children (a wish later granted) and then adopting two children, as their token of appreciation for the blessing received.  He had started his humanitarian endeavor by collecting money for the children of war-stricken Bosnia.  Then, he told me later, they realized the scale of the tragic life of poor children around the world.  They wondered why reach out and help just two children.  Why not consolidate the means available from thousands of other individuals who want and can afford to help, reaching thousands of children in need.  And not just feed and clothe them, but provide for them to be educated to make a difference in the world as adults.

He is incredibly organized and result-oriented.  However, he is different in that he looks beyond the horizon of most people's imagination.  Years ago I told that, to some people, life is all about money and one should not care so much about making money.  His enlightening response was that money could be perceived as either the objective or as the means to achieve a higher goal such as  making a difference in the lives of those without the means.

It is so difficult for me to see individuals like him, and his family, go through this ordeal.  It is quite upsetting and frustrating for all of those who know him and admire his personality, his goals and the devotion and the hard work he has put forth.  To incriminate him would be a devastating blow to the morale of those who believe that doing good for the good of humanity is not only rewarded, but punishable by our modern laws. I wish that in the process of making the decision that will affect his life, his family's life and the lives of all those children and adults who look up to him for guidance or sustenance, you will receive blessings from the ultimate in goodness and righteousness.

Truly yours,                       S. Byott, DDS, MS        Saeed Byott, DDS,MS

Exhibit 12
Page 55 of 60

Honorable Judge Garr King
Portland, Oregon


Subject: letter of support for Mr. Mehrdad Yasrebi


June 25, 2011


Dear Honorable Judge King:

I have been informed that you are in charge of deciding whether Mr. Mehrdad Yasrebi (Mr. Yasrebi) will face a jail sentence or probation for an offense. I have been told that letters of support for Mr. Yasrebi may be addressed to you. Therefore, I am sending you this letter in care of Mr. David Angeli, who I have been informed is Mr. Yasrebi's attorney.

I do not believe I have ever met Mr. Mehrdad Yasrebi himself, but I have met his parents on more than one occasion. I have not seen Mr. Yasrebi's parents in many years, but last I heard they were still alive. I am concerned that a jail sentence for Mr. Yasrebi will have sad consequences not only for his own immediate family, but will also severely and adversely affect his dignified and caring parents.

I do not know the various legal considerations that are involved or how to write a letter such as this. But, I hope that you will decide against sentencing Mr. Yasrebi to a jail term.

I thank you for taking the time to read this letter, and further thank you, in advance, for your consideration.


Respectfully yours,

Mehrad Yasrebi, Ph.D.
REDACTED
Austin, Texas  REDACTED
(512) 401-6463

Exhibit 12
Page 56 of 60

July 6, 2011

Ray Luongo
REDACTED
Portland, OR REDACTED

Dear Judge Garr King:

This letter is a plea of support for Dr. Mehrdad Yasrebi, who I have had the good pleasure of knowing personally and professionally since my wife and I moved to Portland in December, 2006.

As you know, Dr. Yasrebi has pleaded guilty to the charges brought against him by the federal government. The government has recommended that he serve a prison sentence of 24-30 months. With all due respect, I think the sentence recommended by the US Government is harsh and unfair in light of his character and the humanitarian work he has achieved over the past 16 years. I am hoping that as an administrator of justice, you will take into consideration the amount of time and effort Dr. Yasrebi devoted to helping children in need obtain an education, improving their lives and the lives of their families for generations to come.

I am currently a teacher for Portland Public Schools, as well as a M.Ed. Student at Concordia University. I also work for Portland Parks and Recreation as a Taekwondo instructor, and I also lead my own Taekwondo program for children at Concordia. My wife Carolyne is the Coordinator for the GirlStrength Program, a violence prevention program operated through the Portland Police Bureau. Prior to this position, she worked fulltime as an administrator for Child Foundation. She has an MFA in theatre and is currently in her third year of the M.Ed. program at Portland State University. She resigned as a fulltime employee for Child Foundation in 2008 because she was offered a position that directly matched her experience and skillset. She continues to dedicate on average five hours per week performing administrative duties to help Child Foundation grow. We both believe strongly that this small international nonprofit is actively and effectively changing the lives of many children in need. We also have been sponsoring a child through Child Foundation since 2007. We continue to sponsor this young girl who resides in Afghanistan, and we continue to assist this organization in whatever way we can, whether it is volunteering or attending fundraisers.

I have known Mr. Yasrebi since Carolyne started working for Child Foundation in 2006. I have been a frequent volunteer since then, and have had the opportunity to speak with him and get to know him quite well. I found him, then and now, to be humble, direct, intelligent and compassionate. He is a man who has reflected deeply on the needs of children living in poverty in Iran and other countries in the Middle East. He founded and implemented a long term plan to help children by establishing a nonprofit that continues to have an enormous impact on the

Exhibit 12
Page 57 of 60

lives of children living in poverty. I have always found him to be open to criticism, and he is a very good listener, a feature that I have noticed to be rare in most people.

Again, I believe the recommended prison sentence for Dr. Yasrebi is unjust and harsh. He has worked tirelessly, and for no financial compensation, to help children and their respective families break the cycle of poverty. It is my understanding that under his leadership, Child Foundation has helped over 3,000 children gain access to food and education, improving their lives and the lives of their families. Many children who have been sponsored by Child Foundation have not only graduated from high school, but many have graduated from universities and colleges and gone on to have successful careers and lives.

I realize that Dr. Yasrebi has pleaded guilty to the charges and accusations that have been brought against him, but I also know that he does not have the financial resources to continue litigations. The reality is he does not have any other choice but to plead guilty. This letter is a desperate attempt to draw your attention to Dr. Yasrebi's merits, achievements, and character. I hope that whatever power you have in his case, you can use it judiciously to ensure the charges brought against Mehrdad Yasrebi are fair and administrated in consideration of the humanitarian work he has accomplished on behalf of Portland, Oregon, and the United States.

Please know that I would be more than willing to give testimony to my relationship with Dr. Yasrebi. My wife and I are willing to support him in whatever capacity we can in order to ensure his case is given full and careful consideration.

I thank you in advance for your time and consideration and I await your response.

Sincerely,

Ray Luongo

Exhibit 12
Page 58 of 60

Dr. and Mrs. Darki
REDACTED
Burr Ridge, IL. REDACTED

April17, 2011

Dear Honorable Judge King:

   This letter is in regard to Dr. Mehrdad Yasrebi . We have known him for about twenty years . He has proved to be the most honest and sincere person we have ever met . He gives his attention to all who seek it as well as to the ones who really need it .
My wife and I found Dr.Yasrebi to be extremely compassionate, caring, honest and hardworking gentleman with the highest moral standards . His value is similar to tons of gold . We believe in helping underprivileged children, Mehrdad Yasrebi has the same belief. We met him and his respectable family in our trip to Oregon . They all selflessly spend a lot of their own private time toward this cause (usually after work or in the weekends) .
Twice a year we send a check in the amount of one hundred and twenty Dollars to the Child Foundation , the beneficiaries are some poor or orphan children overseas . Each year we receive a letter and picture from the child we sponsor , he informs us of his grades , school progress and family situation .
We trust Dr. Yasrebi completely and without any reservation .
May God bless him and his family .

                                                  Respectfully,

                                                  Dr. and Mrs. Darki

Exhibit 12
Page 59 of 60

October 28, 2011

The Honorable Garr M King
US Federal Courthouse
Portland, Oregon

Subject: Letter of Support for Dr. Mehrdad Yasrebi

Dear Judge King:

I am writing in support of Dr. Yasrebi who is scheduled to appear before you soon for sentencing.

By way of introduction, I am a naturalized US citizen from Iran, and have lived in the US for over 38 years. I am a civil engineer who worked for the Portland Water Bureau for 26 years holding the positions of chief engineer and administrator for the last 12 years of my service. For the past five years I have been the Director of Infrastructure for Mercy Corps, an international emergency relief and humanitarian organization headquartered in Portland.

I have known Dr. Yasrebi and his family for nearly 20 years. I have known him both as a friend and as the founder and inspiration behind Child Foundation, an organization whose mission is to support needy children to continue their education and realize their potential for a better life and break out of the cycle of poverty and ignorance. I have found Dr. Yasrebi to be an honorable man who is held in the highest esteem by those who know him.

He has devoted his life to his family and to advancing the cause of disadvantaged children across the globe. He is a family man who, with his wife, is raising two outstanding children. His daughter, Ameneh, was recognized by an Iranian-American organization a few years ago as the most outstanding high school graduate and who is now attending college.

Dr. Yasrebi and his family have suffered tremendously over the past three years regarding the issues before you. He is a highly educated and responsible person with no prior record and presents no danger to society. I urge compassion and leniency in his sentence.

Thank you for your consideration.

Respectfully Submitted,

Mort Anoushiravani
REDACTED
Portland, Oregon REDACTED

Exhibit 12
Page 60 of 60