**DAVID ANGELI**, OSB No. 020244
david@angelilaw.com
**KEVIN SALI**, OSB No. 044065
kevin@angelilaw.com
**ANGELI LAW GROUP LLC**
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:   (503) 227-0880

Attorneys for Defendant Mehrdad Yasrebi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-CR-00413-KI |
| Plaintiff, | **DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT MEHRDAD YASREBI'S RESPONSE TO UNITED STATES' SENTENCING MEMORANDUM** |
| vs. | |
| MEHRDAD YASREBI, | |
| Defendant. | |

I, David Angeli, declare and testify as follows:

1.      I am one of the attorneys representing defendant Mehrdad Yasrebi in the above-captioned matter. I make this declaration based on personal knowledge.

2.      Attached as Exhibits 1 through 7 to this declaration are true and correct copies of documents received from the Government as part of the discovery in this case.

3.      Attached as Exhibit 8 to this declaration is a true and correct copy of an advertisement for the "Festival of Hope," which I downloaded on February 3, 2012 from the

PAGE 1 –  DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT MEHRDAD
          YASREBI'S RESPONSE TO UNITED STATES' SENTENCING
          MEMORANDUM

website belonging to International Orphan Care, a non-profit organization.  As of February 3, 2012, the document was available for download at http://www.orphanproject.org/hopefestival. pdf.

4.  Attached as Exhibit 9 to this declaration are true and correct copies of promotional materials that appeared in the Orange County (California) Register (page 1); Child Foundation's Fall 2002 newsletter (page 2); the January 2005 edition of the *Nastaran* newspaper (pages 3-4); and the March 5, 2006 edition of the *Tehran Times International Daily* (pages 5-7).

5.  Attached as Exhibit 10 to this declaration is a true and correct copy of a document received from the Government as part of the discovery in this case.

6.  Attached as Exhibit 11 to this declaration is a true and correct copy of a letter from Mehrdad Yasrebi to John Panetta, Tax Managing Director, KPMG LLP, dated December 20, 2001.

7.  Attached as Exhibit 12 to this declaration is a true and correct copy of an invoice from the Law Offices of S. Shawn Khastoo to the Child Foundation, Inc., dated September 28, 2001.  Where indicated, the document has been redacted to remove information protected by the attorney-client privilege and/or the work product doctrine.

8.  Attached collectively as Exhibit 13 to this declaration are true and correct copies of OFAC General License 1 ("Funds Transfers to Iran for Humanitarian Relief," dated December 31, 2003) and OFAC General License 1-a ("Funds Transfers to Iran for Humanitarian Relief After March 25, 2004," dated March 25, 2004), which I downloaded from the U.S. Treasury Department's website on February 4, 2012.  As of February 4, 2012, the documents were available at http://www.treasury.gov/resource-enter/sanctions/Programs/Documents/iran_gl1.pdf

PAGE 2 –  DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT MEHRDAD
      YASREBI'S RESPONSE TO UNITED STATES' SENTENCING
      MEMORANDUM

(General License 1) and http://www.treasury.gov/resource-center/sanctions/Programs/

Documents/iran_gl1_amend.pdf (General License 1-1).

9.      Attached as Exhibit 14 to this declaration is a true and correct copy of a document

received from the Government as part of the discovery in this case.

10.     Attached as Exhibit 15 to this declaration is a true and correct copy of a

September 20, 2004 e-mail string between Dr. Yasrebi and Child Foundation's Board.

11.     Attached as Exhibit 16 to this declaration is a true and correct copy of billing

records provided by the law firm of Berliner, Corcoran & Rowe LLP, reflecting all billing entries

relating to Child Foundation from September 2004 through November 2007.  Where indicated,

the document has been redacted to remove information protected by the attorney-client privilege

and/or the work product doctrine.

12.     Attached as Exhibits 17 and 18 to this declaration are true and correct copies of

documents received from the Government as part of the discovery in this case.

13.     Attached as Exhibit 19 to this declaration is a true and correct copy of a

memorandum written on October 2, 2006 by Child Foundation employee David Kirkwood.  .

Where indicated, the document has been redacted to remove information protected by the

attorney-client privilege and/or the work product doctrine.

14.     Attached as Exhibit 20 to this declaration is at true and correct copy of a transcript

containing an English translation of a telephone call intercepted by the Government, a recording

of which (described as audio file S20061008104955_5036984084_48) was provided by the

Government as part of the discovery in this case, and which was represented by the Government

to have occurred on October 8, 2006.  A translator's certificate is provided at the last page of the

exhibit.

PAGE 3 –  DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT MEHRDAD
              YASREBI'S RESPONSE TO UNITED STATES' SENTENCING
              MEMORANDUM

15.    Attached as Exhibit 21 to this declaration are true and correct copies of the cover and selected pages from Bassam Sulaiman Abughosh & Waffaa Zaki Shaqra, *A Glossary of Islamic Terminology* (1992).

16.    Attached as Exhibit 22 to this declaration are true and correct copies of the cover and selected pages from Augustus Richard Norton, *Hezbollah* (2007).

17.    Attached as Exhibit 23 to this declaration are true and correct copies of the cover and selected pages from John L. Esposito, *The Oxford Dictionary of Islam* (2003).

18.    Attached as Exhibit 24 to this declaration are true and correct copies of the cover and selected pages from Michael Axworthy, *A History of Iran* (2008).

19.    Attached as Exhibit 25 to this declaration is a true and correct copy of the cover and excerpted page from Child Foundation's March 2004 newsletter, entitled

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 16, 2012, in Portland, Oregon.

By:    s/ *David Angeli*

PAGE 4 – DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT MEHRDAD
          YASREBI'S RESPONSE TO UNITED STATES' SENTENCING
          MEMORANDUM