9S052742

| Form **1023**<br>(Rev. December 1989)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Recognition of Exemption**<br>**Under Section 501(c)(3) of the Internal Revenue Code** | OMB No. 1545-0056<br>If exempt status is approved, this application will be open for public inspection. |
|---|---|---|

Read the instructions for each Part carefully.
**A User Fee must be attached to this application.**

If the required information and appropriate documents are not submitted. ...ng with Form 8718 (with payment of the appropriate user fee), the application may be returned to you.

**Part I    Identification of Applicant**

| 1a Full name of organization (as shown in organizing document)<br><br>Child Foundation | 2 Employer identification number (if none, see instructions.)<br>93 : 1148608 |
|---|---|
| 1b c/o Name (if applicable) | 3 Name and telephone number of person to be contacted if additional information is needed<br><br>Mehrdad Yasrebi<br>(503) 652-4577 W<br>( 503 ) 653-1652 H |
| 1c Address (number and street)<br>P. O. Box 1787 | |
| 1d City or town, state, and ZIP code<br>Beaverton, OR 97075 | 4 Month the annual accounting period ends<br><br>May |
| 5 Date incorporated or formed<br>May 18, 1994 | 6 Activity codes (See instructions.)<br>560    902    927 | 7 Check here if applying under section:<br>a☐ 501(e)  b☐ 501(f)  c☐ 501(k) |

8 Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code? ................................. ☐ Yes  ☒ No
If "Yes," attach an explanation.

9 Has the organization filed Federal income tax returns or exempt organization information returns? ...... ☐ Yes  ☒ No
If "Yes," state the form number(s), years filed, and Internal Revenue office where filed.

RECEIVED IRS

NOV 25 1994

.....USER FEE UNIT

10 Check the box for your type of organization. BE SURE TO ATTACH A COMPLETE COPY OF THE CORRESPONDING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

a ☒  Corporation— Attach a copy of your Articles of Incorporation, (including amendments and restatements) showing approval by the appropriate state official; also include a copy of your bylaws.

b ☐  Trust— Attach a copy of your Trust Indenture or Agreement, including all appropriate signatures and dates.

c ☐  Association— Attach a copy of your Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence the organization was formed by adoption of the document by more than one person; also include a copy of your bylaws.

If you are a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . . . ▶ ☐

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

| Please<br>Sign<br>Here | ▶ _Mehd. Yasrebi_<br>(Signature) | Director<br>(Title or authority of signer) | July 23, 1994<br>(Date) |
|---|---|---|---|

For Paperwork Reduction Act Notice, see page 1 of the instructions.

Complete the Procedural Checklist (page 7 of the instructions) prior to filing.

1

CF289740<br>Exhibit 2<br>Page 1 of 27

Form 1023 (Rev. 12-89)                                                                                              Page **2**

**Part II    Activities and Operational Information**

1    Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in your organizational document. Describe each activity separately in the order of importance. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

The general objective of Child Foundation is to become an international, non-profit charity organization providing education, medical help, food, and other services to a- needy orphans, and b- gifted needy children. We will solicit help for our needy children through giving sponsorship of one child for a donation of $20 per month. We will select a child who needs immediate assistance and rush the sponsor the selected child's photo and case history with regular progress report to follow.

Detailed description of the activities of Child Foundation in the past:

Child Foundation was established on May 18, 1994. During the last two months our major activity has been organizational planning. Through personal contacts we have been recruiting volunteers for different phases of our activities.

Detailed description of the activities of Child Foundation in the present:

At the present, we are continuing with our volunteer recruitments. At the same time, we have started identifying orphans and gifted needy children through our volunteers in Bosnia-Herzegovina, Lebanon, Holy land, Afghanistan, Iran, Iraq, Algeria and India. We will continue expanding to other regions gradually. Our strategy in identifying potential orphans has been to approach highly under-budgeted orphanage houses or refugee centers, as well as to visit poor families. Our strategy in identifying potential gifted needy children has been to visit primary and secondary schools in the low-income sections of the cities and to seek the best 1% of students in very low-income families. So far, all incurring expenses has been donated by field volunteers abroad. The cost of long distance telephone calls and other administrative expenses has been provided by the three members of the Board of Director.

Detailed description of the planned activities of Child Foundation:

After we receive tax exempt status, we will start the following activities:
fund raising, B- transfer of collected funds to our centers abroad for providing care to our children or distribution of cash or food to needy families.

Fund Raising. Detail of our fund raising strategy is as follows: (a) Preparation and publication of pamphlets and other advertisements. (b) Placing ads in magazines and newspapers. (c) Telephone solicitation. (d) Personal solicitation. (e) Placement of donation boxes in food stores (f) Establishment of 800 telephone number. (g) Placement of ads on radio and TV. The above fund-raising activities will be conducted by volunteers. Appropriate ads for all the above activities will be prepared by our local volunteers. Payments for the ads will be paid by collected donations. Our hope is that our advertisements in the first few months will bring enough funds for additional advertisements in the proceeding months.

Transfer of Collected Funds. Board of Director will review and prioritize the need of each child. Based on the type of needed help, money will then be transferred to his or her account. The money will then be spent on the child, under the supervision of our volunteer staffs, for the purpose of needed help. Progress report on each child will be received and reviewed by the board of directors. Based on the progress reports, each child may or may not receive additional funds.

2    What are or will be the organization's sources of financial support? List in order of size.

(a)    Monthly sponsorship donations. (b)    Irregular donations such as one time contributions, and money collected from donation boxes. (c)    Possible grants or scholarships.

3    Describe the organization's fundraising program, both actual and planned, and explain to what extent it has been put into effect. (Include details of fundraising activities such as selective mailings, formation of fundraising committees, use of volunteers or professional fundraisers, etc.) Attach representative copies of solicitations for financial support.

*Also, please see question 1 above.* Detail of our fund raising strategy is as follows: (a) Preparation and publication of pamphlets and other advertisements. (b) Placing ads in magazines and newspapers. (c) Telephone solicitation. (d) Personal solicitation. (e) Placement of donation boxes in food stores. (f) Establishment of 800 telephone number. (g) Placement of ads on radio and TV. The above fund-raising activities will be conducted by volunteers and will not start until we receive tax exempt status. Appropriate ads for all the above activities will be prepared by our local volunteers. Payments for the ads will be paid by collected donations. Our hope is that our advertisements in the first few months will bring enough funds for additional advertisements in the proceeding months. Draft of a solicitation ad and a sponsorship application is attached.

8

CF289741

Exhibit 2
Page 2 of 27

Form 1023 (Rev. 12-89)                                                                                                Page **3**

**Part II**   **Activities and Operational Information** (Continued)

**4**   Give the following information about the organization's governing body:

| a  Names, addresses, and titles of officers, directors, trustees, etc. | b Annual Compensation |
|---|---|
| Mehrdad Yasrebi, Executive Director:  P. O. Box 862 Clackamas, OR 97015<br><br>Fatemeh Sharif-Kazemi, Treasurer:  P. O. Box 862 Clackamas, OR 97015<br>Asad Azemi, Fund Raising Director:  P. O. Box 862 Clackamas, OR 97015 | none |

**c**  Do any of the above persons serve as members of the governing body by reason of being public officials or being appointed by public officials? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☑ No

If "Yes," name those persons and explain the basis of their selection or appointment.

**d**  Are any members of the organization's governing body "disqualified persons" with respect to the organization (other than by reason of being a member of the governing body) or do any of the members have either a business or family relationship with "disqualified persons"? (See the Specific Instructions for line 4d.) . . . . . ☐ Yes  ☑ No

If "Yes," explain.

**5**  Does the organization control or is it controlled by any other organization? . . . . . . . . . . . . . . ☐ Yes  ☑ No

Is the organization the outgrowth of (or successor to) another organization, or does it have a special relationship to another organization by reason of interlocking directorates or other factors? . . . . . . . . . . ☐ Yes  ☑ No

If either of these questions is answered "Yes," explain.

**6**  Does or will the organization directly or indirectly engage in any of the following transactions with any political organization or other exempt organization (other than 501(c)(3) organizations): (a) grants; (b) purchases or sales of assets; (c) rental of facilities or equipment; (d) loans or loan guarantees; (e) reimbursement arrangements; (f) performance of services, membership, or fundraising solicitations; or (g) sharing of facilities, equipment, mailing lists or other assets, or paid employees? . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☑ No

If "Yes," explain fully and identify the other organization(s) involved.

**7**  Is the organization financially accountable to any other organization? . . . . . . . . . . . . . . . . . ☐ Yes  ☑ No

If "Yes," explain and identify the other organization. Include details concerning accountability or attach copies of reports if any have been submitted.

CF289742

Exhibit 2
Page 3 of 27

Form 1023 (Rev. 12-89)                                                                    Page 4

## Part II    Activities and Operational Information (Continued)

**8** What assets does the organization have that are used in the performance of its exempt function? (Do not include property producing investment income.) If any assets are not fully operational, explain their status, what additional steps remain to be completed, and when such final steps will be taken. If "None," indicate "N/A."

                                        N/A

**9a** Will any of the organization's facilities or operations be managed by another organization or individual under a
contractual agreement?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No
**b** Is the organization a party to any leases? . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No
If either of these questions is answered "Yes," attach a copy of each such contract and explain the relationship
between the applicant and each of the other parties.

**10** Is the organization a membership organization?  . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," complete the following:
**a** Describe the organization's membership requirements and attach a schedule of membership fees and dues.

**b** Describe your present and proposed efforts to attract members and attach a copy of any descriptive literature or promotional
material used for this purpose.

**c** What benefits do (or will) your members receive in exchange for their payment of dues?

**11a** If the organization provides benefits, services or products, are the recipients required, or will they be
required, to pay for them?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ N/A  ☐ Yes  ☑ No
If "Yes," explain; show how the charges are determined; and attach a copy of your current fee schedule.

**b** Does or will the organization limit its benefits, services or products to specific individuals or classes of
individuals? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ N/A  ☑ Yes  ☐ No
If "Yes," explain how the recipients or beneficiaries are or will be selected.

Child Foundation limits its services to needy children and youngsters of under 18 years of old, and those who through them the above
will benefit, such as immediate family members or guardians.

**12** Does or will the organization attempt to influence legislation?  . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," explain. Also, give an estimate of the percentage of the organization's time and funds which it devotes
or plans to devote to this activity.

**13** Does or will the organization intervene in any way in political campaigns, including the publication or distribution
of statements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," explain fully

10

CF289743
Exhibit 2
Page 4 of 27

Form 1023 (Rev. 12-89)    Page 5

**Part III    Technical Requirements**

1. Are you filing Form 1023 within 15 months from the end of the month in which you were created or formed? . ☑ Yes    ☐ No
   If you answer "Yes," do not answer questions 2 through 6.

2. If one of the exceptions to the 15-month filing requirement shown below applies, check the appropriate box and proceed to question 7.
   Exceptions—You are not required to file an exemption application within 15 months if the organization:

   ☐ (a) Is a church, interchurch organization, local unit of a church, a convention or association of churches, or an integrated auxiliary of a church;

   ☐ (b) Is not a private foundation and normally has gross receipts of not more than $5,000 in each tax year; or,

   ☐ (c) Is a subordinate organization covered by a group exemption letter, but only if the parent or supervisory organization timely submitted a notice covering the subordinate.

3. If you do not meet any of the exceptions in question 2, do you wish to request relief from the 15-month filing requirement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

4. If you answer "Yes" to question 3, please give your reasons for not filing this application within 15 months from the end of the month in which your organization was created or formed.

5. If you answer "No" to both questions 1 and 3 and do not meet any of the exceptions in question 2, your qualification as a section 501(c)(3) organization can be recognized only from the date this application is filed with your key District Director. Therefore, do you want us to consider your application as a request for recognition of exemption as a section 501(c)(3) organization from the date the application is received and not retroactively to the date you were formed? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

6. If you answer "Yes" to question 5 above and wish to request recognition of section 501(c)(4) status for the period beginning with the date you were formed and ending with the date your Form 1023 application was received (the effective date of your section 501(c)(3) status), check here ▶ ☐ and attach a completed page 1 of Form 1024 to this application.

CF289744
Exhibit 2
Page 5 of 27

Page 6

Form 1023 (Rev. 12-89)

## Part III Technical Requirements (Continued)

7. Is the organization a private foundation?
- ☐ Yes (Answer question 8.)
- ☑ No (Answer question 9 and proceed as instructed.)

8. If you answer "Yes" to question 7, do you claim to be a private operating foundation?
- ☐ Yes (Complete Schedule E)
- ☐ No

After answering this question, go to Part IV.

9. If you answer "No" to question 7, indicate the public charity classification you are requesting by checking the box below that most appropriately applies:

**THE ORGANIZATION IS NOT A PRIVATE FOUNDATION BECAUSE IT QUALIFIES:**

| | | |
|---|---|---|
| (a) ☐ | As a church or a convention or association of churches (MUST COMPLETE SCHEDULE A.) | Sections 509(a)(1) and 170(b)(1)(A)(i) |
| (b) ☐ | As a school (MUST COMPLETE SCHEDULE B). | Sections 509(a)(1) and 170(b)(1)(A)(ii) |
| (c) ☐ | As a hospital or a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital (MUST COMPLETE SCHEDULE C). | Sections 509(a)(1) and 170(b)(1)(A)(iii) |
| (d) ☐ | As a governmental unit described in section 170(c)(1). | Sections 509(a)(1) and 170(b)(1)(A)(v) |
| (e) ☐ | As being operated solely for the benefit of, or in connection with, one or more of the organizations described in (a) through (d), (g), (h), or (i) (MUST COMPLETE SCHEDULE D). | Section 509(a)(3) |
| (f) ☐ | As being organized and operated exclusively for testing for public safety. | Section 509(a)(4) |
| (g) ☐ | As being operated for the benefit of a college or university that is owned or operated by a governmental unit. | Sections 509(a)(1) and 170(b)(1)(A)(iv) |
| (h) ☐ | As receiving a substantial part of its support in the form of contributions from publicly supported organizations, from a governmental unit, or from the general public. | Sections 509(a)(1) and 170(b)(1)(A)(vi) |
| (i) ☐ | As normally receiving not more than one-third of its support from gross investment income and more than one-third of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions (subject to certain exceptions). | Section 509(a)(2) |
| (j) ☑ | We are a publicly supported organization but are not sure whether we meet the public support test of block (h) or block (i). We would like the Internal Revenue Service to decide the proper classification. | Sections 509(a)(1) and 170(b)(1)(A)(vi) or Section 509(a)(2) |

If you checked one of the boxes (a) through (f) in question 9, go to question 14.
If you checked box (g) in question 9, go to questions 11 and 12.
If you checked box (h), (i), or (j), go to question 10.

12

CF289745
Exhibit 2
Page 6 of 27

Form 1023 (Rev. 12-89)

Page 7

## Part III  Technical Requirements (Continued)

10  If you checked box (h), (i), or (j) in question 9, have you completed a tax year of at least 8 months?

☑ No—You must request an advance ruling by completing and signing 2 Forms 872-C and attaching them to your application.

☐ Yes—Indicate whether you are requesting:

☐ A definitive ruling (Answer question 11 through and including question 14.)

☐ An advance ruling (Answer questions 11 and 14 and attach 2 Forms 872-C completed and signed.)

11  If the organization received any unusual grants during any of the tax years shown in Part IV-A, attach a list for each year showing the name of the contributor; the date and the amount of the grant; and a brief description of the nature of each such grant.

12  If you are requesting a definitive ruling under section 170(b)(1)(A)(iv) or (vi), check here ▶ ☐  and:

a  Enter 2% of line 8, column (e) of Part IV-A _____

b  Attach a list showing the name and amount contributed by each person (other than a governmental unit or "publicly supported" organization) whose total gifts, grants, contributions, etc., were more than the amount you entered on line 12a above.

13  If you are requesting a definitive ruling under section 509(a)(2), check here ▶ ☐  and:

a  For each of the years included on lines 1, 2, and 9 of Part IV-A, attach a list showing the name of and amount received from each person who is a "disqualified person."

b  For each of the years included on line 9 of Part IV-A, attach a list showing the name of and amount received from each payer (other than a "disqualified person") whose payments to the organization were more than $5,000. For this purpose, "payer" includes, but is not limited to, any organization described in sections 170(b)(1)(A)(i) through (vi) and any governmental agency or bureau.

| 14  Indicate if your organization is one of the following, and if so, complete the required schedule. (Submit only those schedules, if any, that apply to your organization. Do not submit blank schedules.) | Yes | No | If "Yes," complete schedule |
|---|---|---|---|
| Is the organization a church? | | ✓ | A |
| Is the organization, or any part of it, a school? | | ✓ | B |
| Is the organization, or any part of it, a hospital or medical research organization? | | ✓ | C |
| Is the organization a section 509(a)(3) supporting organization? | | ✓ | D |
| Is the organization an operating foundation? | | ✓ | E |
| Is the organization, or any part of it, a home for the aged or handicapped? | | ✓ | F |
| Is the organization, or any part of it, a child care organization? | | ✓ | G |
| Does the organization provide or administer any scholarship benefits, student aid, etc.? | ✓ | | H |
| Has the organization taken over, or will it take over, the facilities of a "for profit" institution? | | ✓ | I |

13

CF289746
Exhibit 2
Page 7 of 27

Form 1023 (Rev. 12-89)

Page 8

## Part IV  Financial Data

*Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.*

### A.—Statement of Revenue and Expenses

| | | Current tax year | 3 prior tax years or proposed budget for 2 years | | | |
|---|---|---|---|---|---|---|
| | | (a) From: 5/94 to 5/95 | (b) 1995–96 | (c) 1996–97 | (d) 19 ...... | (e) TOTAL |
| 1 | Gifts, grants, and contributions received (not including unusual grants—see instructions) | O | O | O | | |
| 2 | Membership fees received | O | O | O | | |
| 3 | Gross investment income (see instructions for definition) | O | O | O | | |
| 4 | Net income from organization's unrelated business activities not included in line 3 | O | 10,000 | 20,000 | | |
| 5 | Tax revenues levied for and either paid to or spent on behalf of the organization | O | O | O | | |
| 6 | Value of services or facilities furnished by a governmental unit to the organization without charge (not including the value of services or facilities generally furnished the public without charge) | O | O | O | | |
| 7 | Other income (not including gain or loss from sale of capital assets) (attach schedule) | 30,000 | 40,000 | 80,000 | | |
| 8 | Total of lines 1 through 7 | 30,000 | 50,000 | 100,000 | | |
| 9 | Gross receipts from admissions, sales of merchandise or services, or furnishing of facilities in any activity that is not an unrelated business within the meaning of section 513 | O | 5,000 | 10,000 | | |
| 10 | Total of lines 8 and 9 | 30,000 | 55,000 | 110,000 | | |
| 11 | Gain or loss from sale of capital assets (attach schedule) | O | O | O | | |
| 12 | Unusual grants | O | O | O | | |
| 13 | Total revenue (add lines 10 through 12) | 30,000 | 55,000 | 110,0.. | | |
| 14 | Fundraising expenses | 18,000 | 19,000 | 19,000 | | |
| 15 | Contributions, gifts, grants, and similar amounts paid (attach schedule) | 10,000 | 34,000 | 6?,000 | | |
| 16 | Disbursements to or for benefit of members (attach schedule) | O | O | O | | |
| 17 | Compensation of officers, directors, and trustees (attach schedule) | O | O | O | | |
| 18 | Other salaries and wages | 2,000 | 2,000 | 2,000 | | |
| 19 | Interest | O | O | O | | |
| 20 | Occupancy (rent, utilities, etc.) | O | O | O | | |
| 21 | Depreciation and depletion | O | O | O | | |
| 22 | Other (attach schedule) | O | O | O | | |
| 23 | Total expenses | 30,000 | 55,000 | 110,000 | | |
| 24 | Excess of revenue over expenses (line 13 minus line 23) | .. | O | O | | |

14

Form 1023 (Rev. 12-89)

Page 9

| Part IV | Financial Data *(Continued)* | | |
|---|---|---|---|

### B.—Balance Sheet (at the end of the period shown)

Current tax year
Date 7/25/1994

#### Assets

| | | |
|---|---|---|
| 1 | Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 300.00 |
| 2 | Accounts receivable, net . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Inventories . . . . . . . . . . . . . . . . . . . . . . . | 3 | 0 |
| 4 | Bonds and notes receivable (attach schedule) . . . . . . | 4 | 0 |
| 5 | Corporate stocks (attach schedule) . . . . . . . . . . | 5 | 0 |
| 6 | Mortgage loans (attach schedule) . . . . . . . . . . . | 6 | 0 |
| 7 | Other investments (attach schedule) . . . . . . . . . . | 7 | 0 |
| 8 | Depreciable and depletable assets (attach schedule) . . . | 8 | 0 |
| 9 | Land . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 0 |
| 10 | Other assets (attach schedule) . . . . . . . . . . . . | 10 | 0 |
| 11 | Total assets . . . . . . . . . . . . . . . . . . | 11 | 300.00 |

#### Liabilities

| | | |
|---|---|---|
| 12 | Accounts payable . . . . . . . . . . . . . . . . . . . | 12 | 0 |
| 13 | Contributions, gifts, grants, etc., payable . . . . . . . | 13 | 0 |
| 14 | Mortgages and notes payable (attach schedule) . . . . . | 14 | 0 |
| 15 | Other liabilities (attach schedule) . . . . . . . . . . . | 15 | 0 |
| 16 | Total liabilities . . . . . . . . . . . . . . . . . | 16 | 0 |

#### Fund Balances or Net Assets

| | | |
|---|---|---|
| 17 | Total fund balances or net assets . . . . . . . . . . . | 17 | 300.00 |
| 18 | Total liabilities and fund balances or net assets (add line 16 and line 17) . . . . . . . | 18 | 300.00 |

If there has been any substantial change in any aspect of your financial activities since the end of the period shown above, check the box and attach a detailed explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

1/5

CF289748
Exhibit 2
Page 9 of 27

## Part IV

### Schedules for Questions 7 & 15

7.

| ITEM | 1994-1995 | 1995-1996 | 1996-1997 |
|---|---|---|---|
| Sponsorship | 10,000 | 20,000 | 40,000 |
| Donation Box | 10,000 | 20,000 | 30,000 |
| One time Contributions | 10,000 | 10,000 | 10,000 |
| TOTAL | 30,000 | 50,000 | 80,000 |

15.

| ITEM | 1994-1995 | 1995-1996 | 1996-1997 |
|---|---|---|---|
| Gifts | 10,000 | 24,000 | 89,000 |
| TOTAL | 10,000 | 24,000 | 89,000 |

CF289749
Exhibit 2
Page 10 of 27

Submit the original
and one true copy
$20.00

Registry Number:

3 9 9 3 2 3 - 8 9

**SECRETARY OF STATE**
Corporation Division
Business Registry
158 12th Street NE
Salem, OR 97310-0210
(503) 378-4166
Facsimile (503) 378-4381

THIS SPACE FOR OFFICE USE ONLY

**FILED**

MAY 1 8 1994

SECRETARY OF STATE

# ARTICLES OF INCORPORATION
## Nonprofit Corporation

PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK

**ARTICLE 1:** Name of the corporation: ___Child Foundation___

**ARTICLE 2:** Type of corporation (check one only):

[x] Public benefit

[ ] Mutual benefit

[ ] Religious

**ARTICLE 3:** Name of the initial registered agent: ___Mehrdad Yasrebi___

Residence or office address of registered agent (must be a street address in Oregon):

| 9750 SE Talbert | Clackamas | Oregon | 97015 |
|---|---|---|---|
| Street and number | City | | Zip code |

**ARTICLE 4:** Principal office address:

| P. O. Box 1364 | Clackamas | OR | 97015 |
|---|---|---|---|
| Street and number | City | State | Zip code |

**ARTICLE 5:** Indicate if corporation will have members:

[ ] Yes

[x] No

**ARTICLE 6:** Distribution of assets on dissolution or final liquidation:

Alavi Foundation, NY, NY

Poa
5-5
KO

121 (7/93)

84269403608  831.219      25.00

17

CF289750
Exhibit 2
Page 11 of 27

# ARTICLES OF INCORPORATION
## NONPROFIT CORPORATION

Page 2

Name of corporation:                Child Foundation

ARTICLE 7: Name and address of each director is optional.
(If the corporation is a public benefit, you must list three or more directors and their
addresses below.)

Mehrdad Yasrebi                          POB 862   Clackamas, OR 97015

Fatemeh Sharif-KAzemi                    POB 862   Clackamas, OR 97015

Asad Azemi                               POB 862   Clackamas, OR 97015

ARTICLE 8: ☒    Each director named has consented to this appointment.

ARTICLE 9:   Optional provisions:

ARTICLE 10: Name and address of the incorporator:

Mehrdad Yasrebi                          POBox 862   Clackamas, OR 97015
Name                                     Address

Execution:  *Mehrdad Yasrebi*      Mehrdad Yasrebi           Incorporator
            Signature              Printed name               Title

Person to contact about this filing:  Mehrdad YAsrebi          (503) 653-1652
                                      Name                     Daytime phone number

MAKE CHECKS PAYABLE TO THE CORPORATION DIVISION OR INCLUDE YOUR *VISA OR MASTERCARD* NUMBER AND
EXPIRATION DATE _____ ____/____ .  SUBMIT THE COMPLETED FORM AND FEE TO
THE ABOVE ADDRESS OR  FAX TO (503) 378-4381.

121 (7/93)

CF289751
Exhibit 2
Page 12 of 27

Section 3.    Bylaw

19

CF289752
Exhibit 2
Page 13 of 27



## CONSTITUTION & BYLAW OF CHILD FOUNDATION

1.  The organization shall be called Child Foundation.

2.  The objectives of Child Foundation are:

    (1)  To provide relief and aid to the needy children of the world;
    (2)  To provide for the education and training of the needy orphaned children;
    (3)  To provide for the education and training of the needy gifted children;
    (4)  To provide medical help to the needy orphans or gifted children;
    (5)  To provide food and other necessities to the needy orphans or gifted children.

3.  There shall be a board of directors of Child Foundation. The directors shall be responsible for the management of the affairs of Child Foundation. Any documents that require a signature shall be signed by one of the members of the board of director. Directors may vote for appointment of additional directors or may vote for the dismissal of a director.

4.  Child Foundation shall be carried on without purpose of gain for its board of director, and any profits or accretions to Child Foundation shall be used solely to promote its objectives.

5.  A quorum for a meeting of the directors shall be half plus one directors. Meetings of the board may be formally called by a least two directors. The board may consider or transact any business, either special or general, at a meeting of the board.

6.  All decisions of Child Foundation shall be made by the board of directors. A decision shall be made by majority vote, and once made, the implementation of any decision may be delegated by the board to an officer of the organization.

7.  The directors shall make arrangements for the financial affairs of the organization with a financial institute. Any checks or other similar withdrawals over $250.00 require the approval of two of the members of the board of director.

8.  The directors shall receive no remuneration for acting as directors, but shall be entitled to compensation for any expenses incurred by them, upon proof of such expenses.

9.  The board may appoint such committees as it, from time to time, considers advisable.

20

CF289753
Exhibit 2
Page 14 of 27

10. No committee shall have the power to act for, or on behalf of Child Foundation to otherwise commit or bind the organization to any course of action. The committee shall only have the power to make the recommendations to the board.

11. Members of the committees shall be appointed by, and hold office at the concensus of the board.

12. Each committee shall submit to the board such report as the board may, from time to time request, but in any event, each committee shall submit an annual report to the board at each time as the board may determine.

13. The board may from time to time appoint such honorary officers as they may consider appropriate.

14. The board may from time to time appoint and may delegate to persons the authority to merge and direct the business and offices of Child Foundation as the board may from time to time determine. The managers shall report on the affairs of the organization as may be required by the board.

15. The board of director may dissolve Child Foundation by 2/3 majority vote. Upon dissolution, any assets remaining after the payment of any liabilities shall be donated to Alavi Foundation in New York , New York.

16. The fiscal year of Child Foundation shall start at May.


Passed by the members of the board of director of Child Foundation this 20 day of July, 1994.


Mehrdad(Abutorab) Yasrebi
EXECUTIVE DIRECTOR


Fatemeh Sharif-Kazemi
TREASURER


Asad Azemi
FUND RAISING DIRECTOR

21

CF289754
Exhibit 2
Page 15 of 27



## Section 4.    Fund Raising Forms

CF289755
Exhibit 2
Page 16 of 27

# CHILD FOUNDATION

Child Foundation is an international, non-profit, charity organization providing education, medical help, food, and other services to orphans or gifted needy children.

You too can give your love and hope for a brighter future to a needy child by sponsoring one for only a gift of $20 a month. We will select a child who needs your immediate assistance and rush you his or her photos and case history with regular progress reports to follow.

**P. O. Box 1787**                           **(503) 794-9852**
**Beaverton, OR 97075**

*Your gifts are U.S. income tax deductible*

23

# Sponsorship Application

☐    Yes, I want to become a sponsor and help a
precious needy child.

I prefer to sponsor an [ ] orphan          [ ] needy gifted child
who is a [ ] boy    [ ] girl          [ ] either
From: [ ] Iran          [ ] Lebanon          [ ]Bosnia
          [ ] Iraq          [ ] Afghanistan

[ ] Please choose the child from your "Emergency List" who
needs me the most.

I choose to send my sponsorship payments:
[ ] Monthly ($20)    [ ] Semiannually ($120)    [ ] Annually ($240)

☐ Instead of becoming a sponsor at this time, I wish to make a
contribution of $_____
☐ Please send me more information.

Name_____
Address_____
City_____State_____Zip_____
Telephone_____

Your gifts are U.S. income tax deductible.
Please make your checks payable to: Child Foundation,
P.O. Box 1787, Beaverton, OR 97075

24

Section 5.     Schedule H

CF289758
Exhibit 2
Page 19 of 27

Form 1023 (Rev. 12-89)

P̌age 27

## Schedule H.—Organizations Providing Scholarship Benefits, Student Aid, etc., to Individuals

**1a** Describe the nature of the scholarship benefit, student aid, etc., including the terms and conditions governing its use, whether a gift, or a loan, and the amount, and how the availability of the scholarship is publicized. If the organization has established or will establish several categories of scholarship benefits, identify each kind of benefit and explain how the organization determines the recipients for each category. Attach a sample copy of any application the organization requires or will require of individuals to be considered for scholarship grants, loans, or similar benefits. (Private foundations that make grants for travel, study, or other similar purpose, are required to obtain advance approval of scholarship procedures. See Regulations sections 53.4945-4(c) and (d)).

Child Foundation will make scholarships and student aids available to those under its care. Candidates are either needy orphans, needy gifted children or needy gifted youngsters of under 18 years of old. Candidates will be determined by careful evaluation of their financial needs in case the of orphans, and past school performances in addition to financial needs in the case of needy gifted children or youngsters under 18 years of old. Each candidate will be selected by our local volunteer teams. However, the final acceptance will be issued by the board of director after re-examination of candidates' files. The amount of scholarships and student aids which are in the form of gifts will vary, depending upon the local cost of living. The availability of scholarships will be announced by our local volunteers verbally as well as in the form of published pamphlets.

**b** If you want this application considered as a request for approval of grant procedures in the event we determine that you are a private foundation, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** If you checked the box in 1b above, indicate the section(s) that you wish to be considered.

☐ 4945(g)(1)          ☐ 4945(g)(2)          ☐ 4945(g)(3)

**2** What limitations or restrictions are there on the class of individuals who are eligible recipients? Specifically explain whether there are, or will be, any restrictions or limitations in the selection procedures based upon race and whether there are, or will be, restrictions or limitations in selection procedures based on the employment status of the prospective recipient or any relative of the prospective recipient. Also indicate the approximate number of eligible individuals.

There would be no limitations or restrictions based upon race, or the employment status on the class of individuals who are eligible recipients. The approximate number of eligible individuals for receiving student aid may be as high as 80% of the children or youngsters under our care. The approximate number of eligible individuals for receiving scholarships, however may be as low as 5%.

**3** Indicate the number of grants you anticipate making annually . . . . . . . . . . . . . . . . . . . ▶

**4** If you base your selections in any way on the employment status of the applicant or any relative of the applicant, indicate whether there is or has been any direct or indirect relationship between the members of the selection committee and the employer. Also indicate whether relatives of the members of the selection committee are possible recipients or have been recipients.

N/A

**5** Describe any procedures you have for supervising grants (such as obtaining reports or transcripts) that you award, and any procedures you have for taking action if the terms of the grant are violated.

Renewal of student aid or scholarships will depend upon satisfactory performance during the preceding school year. Written report of school attendance from the school officials, in addition to transcripts will be evaluated at the middle of each school year for each student. If the performance of a student during the first half of school year is not satisfactory, the student will be given a warning. At the end of school year, students' performance will be reviewed once more. Renewal of student's grant depends upon improvement in his or her school performance.

**For more information, see back of Schedule.**

CF289759
Exhibit 2
Page 20 of 27



# CHILD FOUNDATION

November 20, 1994

Internal Revenue Service
EO Application
EP/EO Division
McCaslin Industrial Park
2 Cupania Circle
Monterey Park, CA 91754-7406

Dear Sir or Madam:

Enclosed is a completed application for 501-C treatment by the Internal Revenue Service. If additional information is needed, I can be reached at my work (503) 652-4577, or at my home number (503) 563-1652.

Your consideration to the enclosed application is highly appreciated.

Sincerely,

CHILD FOUNDATION

Mehrdad Yasrebi
Director

Post Office Box 1787, Beaverton, Oregon 97075    ◆    (503) 794-9852

CF289760
Exhibit 2
Page 21 of 27

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
2 CUPANIA CIRCLE
MONTEREY PARK, CA   91755-7406

Date: JAN 0 6 1995

CHILD FOUNDATION
P.O. BOX 1787
BEAVETON, OR  97075

DEPARTMENT OF THE TREASURY

Employer Identification Number:
  93-1148608
Case Number:
  954335063
Contact Person:
  RON GARBER
Contact Telephone Number:
  (816) 359-5864
Response Due Date:

   JAN 2 7 1995

Dear Applicant:

Before we can determine whether your organization is exempt from Federal income tax, we must have enough information to show that you have met all legal requirements. You did not include the information needed to make that determination on your Form 1023, Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code.

To help us determine whether your organization is exempt from Federal income tax, please send us the requested information by the above date. We can then complete our review of your application.

If we do not hear from you within that time, we will assume you do not want us to consider the matter further and will close your case. In that event, as required by Code section 6104(c), we will notify the appropriate state officials that, based on the information we have, we cannot recognize you as an organization of the kind described in Code section 501(c)(3). As a result, the Internal Revenue Service will treat your organization as a taxable entity. If we receive the information after the response due date, we may ask you to send us a new Form 1023.

In addition, if you do not provide the requested information in a timely manner, we will consider that you have not taken all reasonable steps to secure the determination you requested. Under Code section 7428(b)(2), your not taking all reasonable steps in a timely manner to secure the determination may be considered as failure to exhaust administrative remedies available to you within the Service. Therefore, you may lose your rights to a declaratory judgment under Code section 7428.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Thank you for your cooperation.

Sincerely yours,

Exempt Organizations Specialist

2B

Letter 1312 (DO/CG)

CF289761
Exhibit 2
Page 22 of 27



CHILD FOUNDATION

1.    What accounting will be made of funds that leave the United States?  How will you be assured that funds are used as intended?

2.    Are all the members of your Board related?  If yes, please respond to the attached sheet on related boards.  If no, please provide home addresses of your officers.

3.    You show unrelated business activities of $10,000 for FY 95/96 and $20,000 for FY 96/97.  Please describe these activities in detail.

4.    You must amend your Articles of Incorporation.  See instructions attached.

5.    The year end date on your forms 872-C should be May 31, 1994 rather than May 18, 1994.  Please sign, date and return the attached corrected copies of form 872-C.

Attachments:

      Related board statement
      Instructions to amend Articles of Incorporation
      Corrected forms 872-C

29

CF289762
Exhibit 2
Page 23 of 27



# CHILD FOUNDATION

1.    What accounting will be made of funds that leave the United States? How will you be assured that funds are used as intended?

2.    Are all the members of your Board related? If yes, please respond to the attached sheet on re..ted boards. If no, please provide home addresses of your officers.

3.    You show unrelated business activities of $10,000 for FY 95/96 and $20,000 for FY 96/97. Please describe those activities in detail.

4.    You must amend your articles of Incorporation. See instructions attached.

5.    The year end date on your forms 872-C should be May 31, 1994 rather than May 18, 1994. Please sign, date and return the attached corrected copies of form 872-C.

---

*Answer to Question 1.*

Transfer of funds to each child will occur under stringent evaluation, and periodic re-evaluation of each child's eligibility and financial needs. The detail of our fund transferring procedure is as follows:

a)    The Board of directors will request detailed personal information pertaining each orphan or gifted needy child who has been identified by our volunteer counselors abroad. These information include:

  i)    Full name and street address.

  ii)    Full family history with at least one recent photo picture of the child.

  iii)    For orphans, proof of fatherlessness or rejection from home is required in the form of a signed letter from the orphanage official, if the child is residing in an orphanage house; or signed testimony of guardian and two neighbors if the child is living elsewhere.

  iv)    For gifted children, a certified copy of school transcripts and written testimony of teacher or school principal is required.

Post Office Box  1787, Beaverton, Oregon 97075    ◆    (503) 794-9852

3o

CF289763
Exhibit 2
Page 24 of 27

 **CHILD FOUNDATION**

v)   For each child, proof of financial need is required. Due to diversity of situations, any reasonable means of proof of poverty of children's family or legal guardians may be accepted. However, the sufficiency of the documents will be decided by the Board of Directors. Moreover, final approval of eligibility is conditioned upon the recommendation of our counselors through personal inspection of each child's living conditions.

vi)  An itemized list of needs for each child, along with the estimated cost for each item is also required. Itemized lists and cost estimates will be prepared or reviewed by our counselors before being transmitted to the Board of Directors.

b)   The Board of Directors will review documents and make final approval of the eligibility c. ch child for receipt of financial support. The amount of funding for each child is then calculated based on the above information and the availability of fund.

c)   Fund is then transferred to each eligible child and is spent on child's pre-determined needs under the supervision of our volunteer counselors.

d)   A total of three progress reports, two short and one detailed report, is required for each child every year. These reports, prepared by the counselors, will determine whether or not funding for each child will be renewed the following year. The short reports will contain a brief description of the child's progress. These reports are due at the end of the 4th and 8th month from the start of sponsorship. The detailed report, which is due at the end of the 11th month, should contain:

i)   Progress report for the last 4 months.

ii)  documents, providing proof of accomplishments and expenditures for the year. Examples of documents needed are: health report from child's physician, proof of school attendance, school transcripts, receipts for all the expenditures.

e)   Renewal of the financial aids will depend upon satisfactory expenditure of the funds during the preceding year. In the case of scholarships, satisfactory school performance is also required. If a progress report is not satisfactory to the Board of Directors, The Board will issue a warning to the counselor in charge of the child at the

Post Office Box  1787, Beaverton, Oregon 97075      (503) 794-9852      31

CF289764
Exhibit 2
Page 25 of 27

# CHILD FOUNDATION

end of the second progress report. If the situation does not improve to an acceptable level at the end of the year, or if there is not sufficient account of the money spent in the final progress report, all the aids to that child will be terminated.

f)      In addition to the above audits, representatives will occasionally be sent to each location to evaluate the status of each child. Theses representatives will then report to the Board of Directors.

32

Post Office Box 1787, Beaverton, Oregon 97075  ◆  (503) 794-9852

CF289765
Exhibit 2
Page 26 of 27



**CHILD FOUNDATION**

1.    What accounting will be made of funds that leave the United States? How will you be assured that funds are used as intended?

## 2.    Are all the members of your Board related?  If yes, please respond to the attached sheet on related boards.  If no, please provide home addresses of your officers.

3.    You show unrelated business activities of $10,000 for FY 95/96 and $20,000 for FY 96/97. Please describe these activities in detail.

4.    You must amend your articles of Incorporation. See instructions attached.

5.    The year end date on your forms 872-C should be May 31, 1994 rather than May 18, 1994. Please sign, date and return the attached corrected copies of form 872-C.

---

*Answer to Question 2.*

All the members of the Board are NOT related.  At the present, Child Foundation has three members in its Board of Directors.

1)    Dr. Mehrdad Yasrebi who is the founder of the organization.
Home Address:
12959 SE Kathryn Ct
Clackamas, OR 97015
Home Telephone No., (503) 698-1507

2)    Professor Asad Azemi who is a member of the Board as well as the main representative of the Child Foundation in the East Coast.
Home Address:
340 Media Station Rd. # C107
Media, PA 19063
Home Telephone No., (610) 565-3858

3)    Mrs. Fatemeh Sharif-Kazemi, wife of Mehrdad Yasrebi, has been chosen as a member of the Board of Directors, not only because she has been one of the founders of the organization, but also her extensive human services experience is highly advantageous to Child Foundation.
Home Address:
12959 SE Kathryn Ct
Clackamas, OR 97015
Home Telephone No., (503) 698-1507

33

Post Office Box  1787,  Beaverton,  Oregon 97075        (503) 794-9852

CF289766
Exhibit 2
Page 27 of 27