W15-4

Form **990**

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code
(except black lung benefit trust or private foundation)

Department of the Treasury
Internal Revenue Service(77)
► The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2007**

Open to Public Inspection

**For the 2007 calendar year, or tax year beginning** Jun 1 **, 2007, and ending** May 31 **, 2008**

| Check if applicable: | | C Name of organization | D Employer Identification Number |
|---|---|---|---|
| ☐ Address change | Please use IRS label or print or type. See specific Instructions. | CHILD FOUNDATION, INC | 93-1148608 |
| ☐ Name change | | Number and street (or P.O. box if mail is not delivered to street addr)   Room/suite | E Telephone number |
| ☐ Initial return | | PO BOX 463 | (503) 698-4084 |
| ☐ Termination | | City, town or country      State   ZIP code + 4 | F Accounting method: ☐ Cash ☒ Accrual |
| ☐ Amended return | | Portland      OR  97207 | ☐ Other (specify) ► |
| ☐ Application pending | | | |

● **Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).**

H and I are not applicable to section 527 organizations.

H (a) Is this a group return for affiliates? ... ☐ Yes ☒ No
H (b) If 'Yes,' enter number of affiliates ►
H (c) Are all affiliates included? ......... ☐ Yes ☐ No
(If 'No,' attach a list. See instructions.)
H (d) Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**G** Web site: ► www.childfoundation.org

**J** Organization type (check only one) ........ ► ☒ 501(c)   3 ◄ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Check here ► ☐ if the organization is not a 509(a)(3) supporting organization **and its** gross receipts are normally **not** more than $25,000. A return is not required, but if the organization chooses to file a return, be sure to file a complete return.

**I** Group Exemption Number ... ►

**M** Check ► ☐ if the organization is **not** required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ► 1,612,030.

## Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | | |
|---|---|---|---:|---:|
| 1 | Contributions, gifts, grants, and similar amounts received: | | | |
| a | Contributions to donor advised funds | 1a | | |
| b | Direct public support (not included on line 1a) | 1b | 1,612,030. | |
| c | Indirect public support (not included on line 1a) | 1c | | |
| d | Government contributions (grants) (not included on line 1a) | 1d | | |
| e | Total (add lines 1a through 1d) (cash $ 1,612,030. noncash $ 0.) | 1e | | 1,612,030. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | | |
| 3 | Membership dues and assessments | 3 | | |
| 4 | Interest on savings and temporary cash investments | 4 | | |
| 5 | Dividends and interest from securities | 5 | | |
| 6a | Gross rents | 6a | | |
| b | Less: rental expenses | 6b | | |
| c | Net rental income or (loss). Subtract line 6b from line 6a | 6c | | |
| 7 | Other investment income (describe ► ) | 7 | | |

| 8a | Gross amount from sales of assets other than inventory | (A) Securities | (B) Other | |
|---|---|---|---|---|
| | | 8a | | |
| b | Less: cost or other basis and sales expenses | 8b | | |
| c | Gain or (loss) (attach schedule) | 8c | | |
| d | Net gain or (loss). Combine line 8c, columns (A) and (B) | | | 8d |

| 9 | Special events and activities (attach schedule). If any amount is from **gaming**, check here ..... ► ☐ | | |
|---|---|---|---|
| a | Gross revenue (not including $ _____ of contributions reported on line 1b) | 9a | |
| b | Less: direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events. Subtract line 9b from line 9a | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less: cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule). Subtract line 10b from line 10a | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | **Total revenue.** Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | 12 | 1,612,030. |

**RECEIVED**

| 13 | Program services (from line 44, column (B)) | 13 | 1,380,983. |
|---|---|---|---|
| 14 | Management and general (from line 44, column (C)) | 14 | 72,389. |
| 15 | Fundraising (from line 44, column (D)) | 15 | 63,585. |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | **Total expenses.** Add lines 16 and 44, column (A) | 17 | 1,516,957. |
| 18 | Excess or (deficit) for the year. Subtract line 17 from line 12 | 18 | 95,073. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 176,964. |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | |
| 21 | Net assets or fund balances at end of year. Combine lines 18, 19, and 20 | 21 | 272,037. |

DEC 08 2008

DEPARTMENT OF JUSTICE
PORTLAND LEGAL

**BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**   TEEA0101  12/27/07   Form **990** (2007)

## Section II.    Fee Calculation

9.   Total Revenue.................................................................................................
(From Line 12 on Form 990; Line 9 on Form 990-EZ; Part I, Line 12a on Form 990-PF; Line 9 on Form 1041 or Form 1041-A; or see page 3 of the instructions if no federal tax return was prepared.)

| 9. | 1,612,030 |

10.  Revenue Fee..................................................................................................
(See chart below.  Minimum fee is $10, even if total revenue is a negative amount.)

| Amount on Line 9 | | | Revenue Fee |
|---|---|---|---|
| $0 | - | $24,999 | $10 |
| $25,000 | - | $49,999 | $25 |
| $50,000 | - | $99,999 | $45 |
| $100,000 | - | $249,999 | $75 |
| $250,000 | - | $499,999 | $100 |
| $500,000 | - | $749,999 | $135 |
| $750,000 | - | $999,999 | $170 |
| $1,000,000 | or | more | $200 |

| 10. | 200.00 |

11.  Net Assets or Fund Balances at End of the Reporting Period ......
(From Line 21 on Form 990 or Form 990-EZ, or Part III, Line 6 on Form 990-PF; or see page 4 to calculate.)

| 11. | 272,037 |

12.  Net Fixed Assets Used to Conduct Charitable Activities ............
(Generally, from Line 57c on Form 990, Line 23B on Form 990-EZ or Part II, Line 14b on Form 990-PF; or see page 4 to calculate.  See instructions if organization owns income-producing assets.)

| 12. | 13,648 |

13.  Amount Subject to Net Assets or Fund Balances Fee ........................................................
(Line 11 minus Line 12.  If Line 11 minus Line 12 is less than $50,000, write $0.)

| 13. | 258,389 |

14.  Net Assets or Fund Balances Fee ...........................................................................................................
(Line 13 multiplied by .0001.  If the fee is less than $5, enter $0.  Not to exceed $1,000.  Round cents to the nearest whole dollar.)

| 14. | 26.00 |

15.  Are you filing this report late? ..✓  Yes        No..........................................................................................
(If yes, the late fee is a minimum of $20.  You may owe more depending on how late the report is.  See instruction 15 for additional information.)

| 15. | 20.00 |

16.  Total Amount Due ......................................................................................................................................
(Add Lines 10, 14, and 15.  Make check payable to the Oregon Department of Justice.)

| 16. | 246.00 |

17.  Attach a copy of the organization's federal tax return and all supporting schedules and attachments that were filed with the IRS with the exception that Form 990 & 990EZ filers do not need to attach a copy of their Schedule B.  Also, if the organization did not file with the IRS, but had Total Revenue of $25,000 or more, or Net Assets or Fund Balances of $50,000 or more, see the instructions as the organization is required to complete certain IRS Forms for Oregon purposes only.  If the attached return was not filed with the IRS, then mark any such return as "For Oregon Purposes Only."

| Please Sign Here | Under penalties of perjury, I declare that I have examined this return, including all accompanying forms, schedules, and attachments, and to the best of my knowledge and belief, it is true, correct, and complete. | | |
|---|---|---|---|
| | ⇒ _[signature]_ | 11/26/2008 | |
| | Signature of officer | Date | Title |
| Paid Preparer's Use Only | ⇒ _[signature]_ | 11/24/2008 | 503-803-3697 |
| | Preparer's signature | Date | Phone |
| | JACOLYN C WHEATLEY CPA #8848 | PO Box 82071, Portland, OR 97282 | |
| | Preparer's name | Address | |

2

Form 990 (2007)    CHILD FOUNDATION, INC                                   93-1148608              Page **2**

**Part II** **Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. (*See instruct.*)

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22a Grants paid from donor advised funds (attach sch) (cash $ _____ non-cash $ _____) If this amount includes foreign grants, check here .. ► ☐ ... | 22a | | | | |
| 22b Other grants and allocations (att sch) (cash $ _____ non-cash $ _____) If this amount includes foreign grants, check here .. ► ☐ ... | 22b | | | | |
| 23 Specific assistance to individuals (attach schedule) .................... | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) .................... | 24 | | | | |
| 25a Compensation of current officers, directors, key employees, etc. listed in Part V-A ...................... | 25a | 0. | 0. | 0. | 0. |
| b Compensation of former officers, directors, key employees, etc. listed in Part V-B ...................... | 25b | | | | |
| c Compensation and other distributions, not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) ....................... | 25c | | | | |
| 26 Salaries and wages of employees not included on lines 25a, b, and c ......... | 26 | 188,317. | 140,365. | 26,877. | 21,075. |
| 27 Pension plan contributions not included on lines 25a, b, and c ......... | 27 | | | | |
| Employee benefits not included on lines 25a - 27 ...................... | 28 | 17,134. | 12,765. | 2,450. | 1,919. |
| 29 Payroll taxes ........................ | 29 | 17,216. | 12,990. | 2,382. | 1,844. |
| 30 Professional fundraising fees ......... | 30 | | | | |
| 31 Accounting fees ..................... | 31 | | | | |
| 32 Legal fees.......................... | 32 | 10,425. | 4,627. | 5,570. | 228. |
| 33 Supplies .......................... | 33 | 7,874. | 5,236. | 1,563. | 1,075. |
| 34 Telephone ......................... | 34 | 5,659. | 1,057. | 1,635. | 2,967. |
| 35 Postage and shipping ................ | 35 | 18,639. | 12,783. | 1,518. | 4,338. |
| 36 Occupancy ........................ | 36 | 8,536. | 1,878. | 1,424. | 5,234. |
| 37 Equipment rental and maintenance ..... | 37 | | | | |
| 38 Printing and publications ............. | 38 | 20,546. | 12,514. | 1,011. | 7,021. |
| 39 Travel ............................ | 39 | 5,526. | 3,326. | 2,058. | 142. |
| 40 Conferences, conventions, and meetings ........ | 40 | | | | |
| 41 Interest ........................... | 41 | | | | |
| 42 Depreciation, depletion, etc (attach schedule) ..... | 42 | 10,433. | 6,782. | 2,608. | 1,043. |
| 43 Other expenses not covered above (itemize): | | | | | |
| a Advertising | 43a | 916. | 198. | 718. | 0. |
| b Bank & Merchant Fees | 43b | 15,083. | 12,507. | 2,576. | 0. |
| c Insurance | 43c | 3,679. | 2,451. | 853. | 375. |
| d Licenses | 43d | 1,171. | 779. | 280. | 112. |
| e Programs Funded | 43e | 1,106,458. | 1,106,458. | 0. | 0. |
| f Fundraising | 43f | 16,212. | 0. | 0. | 16,212. |
| g See Other Expenses Stmt | 43g | 63,133. | 44,267. | 18,866. | 0. |
| 44 Total functional expenses. Add lines 22a through 43g. (Organizations completing columns (B) - (D), carry these totals to lines 13 - 15) ...... | 44 | 1,516,957. | 1,380,983. | 72,389. | 63,585. |

nt Costs. Check . ► ☐ if you are following SOP 98-2.

any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ........ ► ☐ Yes ☒ No
If 'Yes,' enter (i) the aggregate amount of these joint costs  $ _____ ; (ii) the amount allocated to Program services
$ _____ ; (iii) the amount allocated to Management and general  $ _____ ; and (iv) the amount allocated
to Fundraising  $ _____ .

**BAA**                                        TEEA0102  08/02/07                                  Form 990 (2007)

**3**

CF292272
Exhibit 4
Page 4 of 22

Form **990** (2007)   CHILD FOUNDATION, INC                                                93-1148608        Page **3**

**Part III**   **Statement of Program Service Accomplishments** *(See the instructions.)*

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

| | Program Service Expense (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| What is the organization's primary exempt purpose? ► _See Stmt 4_ | |
| All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organ- izations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.) | |

**a** See Stmt 5
_____
_____
_____
_____

(Grants and allocations    $           0. ) If this amount includes foreign grants, check here ► ☒        1,380,983.

**b** _____
_____
_____
_____

(Grants and allocations    $           ) If this amount includes foreign grants, check here ► ☐

**c** _____
_____
_____
_____

(Grants and allocations    $           ) If this amount includes foreign grants, check here ► ☐

**d** _____
_____
_____
_____

(Grants and allocations    $           ) If this amount includes foreign grants, check here ► ☐

**e** Other program services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Grants and allocations    $           ) If this amount includes foreign grants, check here ► ☐

**f Total of Program Service Expenses** (should equal line 44, column (B), Program services) . . . . . . . . . . . . . . . . . . . . . . ►        1,380,983.

**BAA**                                                              Form **990** (2007)

TEEA0103   12/27/07

4

CF292273
Exhibit 4
Page 5 of 22

Form **990** (2007) CHILD FOUNDATION, INC                                    93-1148608                Page **6**

**Part V-A** Current Officers, Directors, Trustees, and Key Employees (continued)

|  | | Yes | No |
|---|---|---|---|
| **75 a** Enter the total number of officers, directors, and trustees permitted to vote on organization business at board meetings .. ► 5 | | | |
| **b** Are any officers, directors, trustees, or key employees listed in Form 990, Part V-A, or highest compensated employees listed in Schedule A, Part I, or highest compensated professional and other independent contractors listed in Schedule A, Part II-A or II-B, related to each other through family or business relationships? If 'Yes,' attach a statement that identifies the individuals and explains the relationship(s) | **75b** | | X |
| **c** Do any officers, directors, trustees, or key employees listed in form 990, Part V-A, or highest compensated employees listed in Schedule A, Part I, or highest compensated professional and other independent contractors listed in Schedule A, Part II-A or II-B, receive compensation from any other organizations, whether tax exempt or taxable, that are related to the organization? See the instructions for the definition of 'related organization' ► | **75c** | | X |
| If 'Yes,' attach a statement that includes the information described in the instructions. | | | |
| **d** Does the organization have a written conflict of interest policy? | **75d** | X | |

**Part V-B** Former Officers, Directors, Trustees, and Key Employees That Received Compensation or Other Benefits (If any former officer, director, trustee, or key employee received compensation or other benefits (described below) during the year, list that person below and enter the amount of compensation or other benefits in the appropriate column. See the instructions.)

| **(A)** Name and address | **(B)** Loans and Advances | **(C)** Compensation (if not paid, enter -0-) | **(D)** Contributions to employee benefit plans and deferred compensation plans | **(E)** Expense account and other allowances |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part VI** Other Information (See the instructions.)

|  | Yes | No |
|---|---|---|
| **76** Did the organization make a change in its activities or methods of conducting activities? If 'Yes,' attach a detailed statement of each change ..... **76** | | X |
| **77** Were any changes made in the organizing or governing documents but not reported to the IRS? ..... **77** | X | |
| If 'Yes,' attach a conformed copy of the changes. | | |
| **78a** Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? ..... **78a** | | X |
| **b** If 'Yes,' has it filed a tax return on **Form 990-T** for this year? ..... **78b** | | |
| **79** Was there a liquidation, dissolution, termination, or substantial contraction during the year? If 'Yes,' attach a statement ..... **79** | | X |
| **80a** Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc, to any other exempt or nonexempt organization? ..... **80a** | | X |
| **b** If 'Yes,' enter the name of the organization ► _____ and check whether it is ☐ exempt **or** ☐ nonexempt. | | |
| **81a** Enter direct and indirect political expenditures. (See line 81 instructions.) ..... | **81a** | | |
| **b** Did the organization file **Form 1120-POL** for this year? ..... **81b** | | X |

**BAA**                                                                                          Form **990** (2007)

TEEA0106  12/27/07

CF292274
Exhibit 4
Page 6 of 22

Form 990 (2007)  CHILD FOUNDATION, INC  93-1148608  Page 7

## Part VI  Other Information (continued)

| | | Yes | No |
|---|---|---|---|
| **82 a** Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | 82a | | X |
| **b** If 'Yes,' you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions in Part III.)  `| 82b |` | | | |
| **83 a** Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | X | |
| **b** Did the organization comply with the disclosure requirements relating to *quid pro quo* contributions? | 83b | X | |
| **84 a** Did the organization solicit any contributions or gifts that were not tax deductible? | 84a | | X |
| **b** If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | 84b | | |
| **85 a** *501(c)(4), (5), or (6).* Were substantially all dues nondeductible by members? | 85a | N/A | |
| **b** Did the organization make only in-house lobbying expenditures of $2,000 or less? | 85b | N/A | |

If 'Yes' was answered to either 85a or 85b, **do not** complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year.

| | | | |
|---|---|---|---|
| **c** Dues, assessments, and similar amounts from members `| 85c |` N/A | | | |
| **d** Section 162(e) lobbying and political expenditures `| 85d |` N/A | | | |
| **e** Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices `| 85e |` N/A | | | |
| **f** Taxable amount of lobbying and political expenditures (line 85d less 85e) `| 85f |` N/A | | | |
| **g** Does the organization elect to pay the section 6033(e) tax on the amount on line 85f? | 85g | N/A | |
| **h** If section 6033(e)(1)(A) dues notices were sent, does the organization agree to add the amount on line 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? | 85h | N/A | |
| **86** *501(c)(7) organizations.* Enter: **a** Initiation fees and capital contributions included on line 12 `| 86a |` N/A | | | |
| **b** Gross receipts, included on line 12, for public use of club facilities `| 86b |` N/A | | | |
| **87** *501(c)(12) organizations.* Enter: **a** Gross income from members or shareholders `| 87a |` N/A | | | |
| **b** Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) `| 87b |` N/A | | | |
| **88 a** At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If 'Yes,' complete Part IX | 88a | | X |
| **b** At any time during the year, did the organization, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If 'Yes,' complete Part XI ▶ | 88b | | X |
| **89 a** *501(c)(3) organizations.* Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶ _____ 0. ; section 4912 ▶ _____ 0. ; section 4955 ▶ _____ 0. | | | |
| **b** *501(c)(3) and 501(c)(4) organizations.* Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If 'Yes,' attach a statement explaining each transaction | 89b | | X |
| **c** Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ _____ 0. | | | |
| **d** Enter: Amount of tax on line 89c, above, reimbursed by the organization ▶ | | | |
| **e** *All organizations.* At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? | 89e | | X |
| **f** *All organizations.* Did the organization acquire a direct or indirect interest in any applicable insurance contract? | 89f | | X |
| **g** *For supporting organizations and sponsoring organizations maintaining donor advised funds.* Did the supporting organization, or a fund maintained by a sponsoring organization, have excess business holdings at any time during the year? | 89g | | X |
| **90 a** List the states with which a copy of this return is filed ▶ See States Filed In | | | |
| **b** Number of employees employed in the pay period that includes March 12, 2007 (See instructions.) | 90b | | 6 |

**91 a** The books are in care of ▶ Mehrdad Yasrebi  Telephone number ▶ (503) 698-4084

Located at ▶ 11364 SE Highland  Clackamas  OR  ZIP + 4 ▶ 97015

| | | Yes | No |
|---|---|---|---|
| **b** At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | 91b | | X |

If 'Yes,' enter the name of the foreign country ▶ _____

See the instructions for exceptions and filing requirements for **Form TD F 90-22.1**, Report of Foreign Bank and Financial Accounts.

BAA  Form 990 (2007)

TEEA0107  09/10/07

CF292275

Exhibit 4
Page 7 of 22

Form **990** (2007) CHILD FOUNDATION, INC                                      93-1148608                    Page **8**

**Part VI** **Other Information** *(continued)*                                                                        | Yes | No |

c At any time during the calendar year, did the organization maintain an office outside of the United States? .............. |**91c**| X | |

If 'Yes,' enter the name of the foreign country ► See Name of the Foreign Country _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ►

Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of **Form 1041** — Check here ................................. ►☐

and enter the amount of tax-exempt interest received or accrued during the tax year ...................... ► |**92**| |

**Part VII** **Analysis of Income-Producing Activities** *(See the instructions.)*

| Note: Enter gross amounts unless otherwise indicated. | Unrelated business income | | Excluded by section 512, 513, or 514 | | **(E)** Related or exempt function income |
|---|---|---|---|---|---|
| | **(A)** Business code | **(B)** Amount | **(C)** Exclusion code | **(D)** Amount | |
| **93** Program service revenue: | | | | | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| f Medicare/Medicaid payments ........ | | | | | |
| g Fees & contracts from government agencies ... | | | | | |
| **94** Membership dues and assessments .. | | | | | |
| **95** Interest on savings & temporary cash invmnts . | | | 14 | | |
| **96** Dividends & interest from securities .. | | | | | |
| **97** Net rental income or (loss) from real estate: | | | | | |
| a debt-financed property .............. | | | | | |
| b not debt-financed property .......... | | | | | |
| **98** Net rental income or (loss) from pers prop .... | | | | | |
| **99** Other investment income ........... | | | | | |
| **100** Gain or (loss) from sales of assets other than inventory ................. | | | | | |
| **101** Net income or (loss) from special events ..... | | | | | |
| **102** Gross profit or (loss) from sales of inventory .... | | | | | |
| **103** Other revenue: a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| **104** Subtotal (add columns (B), (D), and (E)) ..... | | | | | |

**105** Total (add line 104, columns (B), (D), and (E)) ........................................... ► _____

Note: *Line 105 plus line 1e, Part I, should equal the amount on line 12, Part I.*

**Part VIII** **Relationship of Activities to the Accomplishment of Exempt Purposes** *(See the instructions.)*

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| | N/A |

**Part IX** **Information Regarding Taxable Subsidiaries and Disregarded Entities** *(See the instructions.)*     N/A

| **(A)** Name, address, and EIN of corporation, partnership, or disregarded entity | **(B)** Percentage of ownership interest | **(C)** Nature of activities | **(D)** Total income | **(E)** End-of-year assets |
|---|---|---|---|---|
| | % | | | |
| | % | | | |
| | % | | | |
| | % | | | |

**Part X** **Information Regarding Transfers Associated with Personal Benefit Contracts** *(See the instructions.)*

a Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ................. | ☐ Yes | X No |

b Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ........... | ☐ Yes | X No |

Note: *If 'Yes' to (b), file Form 8870 and Form 4720 (see instructions).*

**BAA**                                                        TEEA0108  12/27/07        Form **990** (2007)

CF292276
Exhibit 4
Page 8 of 22

Form 990 (2007) CHILD FOUNDATION, INC                    93-1148608              Page **9**

## Part XI — Information Regarding Transfers To and From Controlled Entities. *Complete only if the organization is a controlling organization as defined in section 512(b)(13).*                N/A

|  |  | Yes | No |
|---|---|---|---|
| **106** | Did the reporting organization **make** any transfers **to** a controlled entity as defined in section 512(b)(13) of the Code? If 'Yes,' complete the schedule below for each controlled entity .............................................. |  |  |

| | (A) Name, address, of each controlled entity | (B) Employer Identification Number | (C) Description of transfer | (D) Amount of transfer |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| **Totals** | | | | |

|  |  | Yes | No |
|---|---|---|---|
| **107** | Did the reporting organization **receive** any transfers **from** a controlled entity as defined in section 512(b)(13) of the Code? If 'Yes,' complete the schedule below for each controlled entity ...................................................... |  |  |

| | (A) Name, address, of each controlled entity | (B) Employer Identification Number | (C) Description of transfer | (D) Amount of transfer |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| **Totals** | | | | |

|  |  | Yes | No |
|---|---|---|---|
| **108** | Did the organization have a binding written contract in effect on August 17, 2006, covering the interest, rents, royalties, and annuities described in question 107 above? ......................................................... |  |  |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Please Sign Here | ► [signature]  Signature of officer | 11/14/08  Date |
|---|---|---|
| | ► MEHRDAD YASREBI  Type or print name and title. | President |

| Paid Pre-parer's Use Only | Preparer's signature ► JACOLYN C WHEATLEY [signature] | Date 11/23/08 | Check if self-employed ► X | Preparer's SSN or PTIN (See General Instruction X) P00195565 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), ► Jacolyn C. Wheatley CPA LLC | | | |
| | address, and ► PO Box 82071 | | EIN ► 72153060 | |
| | ZIP + 4  Portland | OR  97282 | Phone no. ► (503) 803-3697 | |

BAA                                                                      Form **990** (2007)

TEEA0110  08/03/07

CF292277
Exhibit 4
Page 9 of 22

**SCHEDULE A**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

**Organization Exempt Under
Section 501(c)(3)**

(Except Private Foundation) and Section 501(e), 501(f), 501(k),
501(n), or 4947(a)(1) Nonexempt Charitable Trust

Supplementary Information — (See separate instructions.)

► **MUST be completed by the above organizations and attached to their Form 990 or 990-EZ.**

OMB No. 1545-0047

**2007**

| Name of the organization | Employer identification number |
|---|---|
| CHILD FOUNDATION, INC | 93-1148608 |

**Part I   Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees**
(See instructions. List each one. If there are none, enter 'None.')

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| none | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid
over $50,000 ................................ ►    none

**Part II — A   Compensation of the Five Highest Paid Independent Contractors for Professional Services**
(See instructions. List each one (whether individuals or firms). If there are none, enter 'None.')

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |

Total number of others receiving over
$50,000 for professional services ......... ►    NONE

**Part II — B   Compensation of the Five Highest Paid Independent Contractors for Other Services**
(List each contractor who performed services other than professional services, whether individuals or firms. If there are none, enter 'None.' See instructions.)

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

Total number of other contractors receiving
over $50,000 for other services ........... ►    NONE

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990 and Form 990-EZ.**       Schedule A (Form 990 or 990-EZ) 2007

TEEA0401   12/27/07

9

Schedule **A** (Form 990 or 990-EZ) 2007    CHILD FOUNDATION, INC                                93-1148608        Page **2**

| **Part III** | **Statements About Activities** (See instructions.) | | Yes | No |
|---|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? If 'Yes,' enter the total expenses paid or incurred in connection with the lobbying activities ..... ▶ $_____ (Must equal amounts on line 38, Part VI-A, or line I of Part VI-B.) .................................................... | 1 | | X |
| | Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking 'Yes' must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities. | | | |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any substantial contributors, trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary? *(If the answer to any question is 'Yes,' attach a detailed statement explaining the transactions.)* | | | |
| **a** | Sale, exchange, or leasing of property? ............................................................... | 2a | | X |
| **b** | Lending of money or other extension of credit? ....................................................... | 2b | | X |
| **c** | Furnishing of goods, services, or facilities? .......................................................... | 2c | | X |
| **d** | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? ........................... | 2d | | X |
| **e** | Transfer of any part of its income or assets? ......................................................... | 2e | | X |
| **3a** | Did the organization make grants for scholarships, fellowships, student loans, etc? (If 'Yes,' attach an explanation of how the organization determines that recipients qualify to receive payments.) ...................... | 3a | | X |
| **b** | Did the organization have a section 403(b) annuity plan for its employees? ............................... | 3b | | X |
| **c** | Did the organization receive or hold an easement for conservation purposes, including easements to preserve open space, the environment, historic land areas or historic structures? If 'Yes,' attach a detailed statement ..................................................................... | 3c | | X |
| **d** | Did the organization provide credit counseling, debt management, credit repair, or debt negotiation services? ............ | 3d | | X |
| **4a** | Did the organization maintain any donor advised funds? If 'Yes,' complete lines 4b through 4g. If 'No,' complete lines 4f and 4g .................................................................................. | 4a | | X |
| **b** | Did the organization make any taxable distributions under section 4966? ................................ | 4b | | |
| **c** | Did the organization make a distribution to a donor, donor advisor, or related person? ................................ | 4c | | |
| **d** | Enter the total number of donor advised funds owned at the end of the tax year ............................. ▶ | | | |
| **e** | Enter the aggregate value of assets held in all donor advised funds owned at the end of the tax year ............. ▶ | | | |
| **f** | Enter the total number of separate funds or accounts owned at the end of the tax year (excluding donor advised funds included on line 4d) where donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts ............................................................. ▶ | | | 0 |
| **g** | Enter the aggregate value of assets held in all funds or accounts included on line 4f at the end of the tax year .... ▶ | | | 0. |

**BAA**                                        TEEA0402  12/27/07                    Schedule **A** (Form 990 or Form 990-EZ) 2007

CF292279
Exhibit 4
Page 11 of 22

Schedule A (Form 990 or 990-EZ) 2007  CHILD FOUNDATION, INC                93-1148608          Page **3**

## Part IV  Reason for Non-Private Foundation Status (See instructions.)

I certify that the organization is not a private foundation because it is: (Please check only **ONE** applicable box.)

● ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i).

**6** ☐ A school. Section 170(b)(1)(A)(ii). (Also complete Part V.)

**7** ☐ A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii).

**8** ☐ A federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v).

**9** ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). **Enter the hospital's name, city, and state ►** _____

**10** ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete the **Support Schedule** in Part IV-A.)

**11a** ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

**11b** ☐ A community trust. Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

**12** ☐ An organization that normally receives: **(1) more than 33-1/3%** of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc, functions — subject to certain exceptions, and **(2) no more than 33-1/3%** of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the **Support Schedule** in Part IV-A.)

**13** ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and otherwise meets the requirements of section 509(a)(3). Check the box that describes the type of supporting organization: ►

☐ Type I    ☐ Type II    ☐ Type III-Functionally Integrated    ☐ Type III-Other

Provide the following information about the supported organizations. (See instructions.)

| (a) Name(s) of supported organization(s) | (b) Employer identification number (EIN) | (c) Type of organization (described in lines 5 through 12 above or IRC section) | (d) Is the supported organization listed in the supporting organization's governing documents? | | (e) Amount of support |
|---|---|---|---|---|---|
| | | | Yes | No | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total ..................................................................................... ►

**14** ☐ An organization organized and operated to test for public safety. Section 509(a)(4). (See instructions.)

**BAA**                                                      Schedule A (Form 990 or 990-EZ) 2007

TEEA0407  12/27/07

Schedule A (Form 990 or 990-EZ) 2007   CHILD FOUNDATION, INC          93-1148608          Page **4**

**Part IV-A** **Support Schedule** (Complete only if you checked a box on line 10, 11, or 12.) *Use cash method of accounting.*

**Note:** *You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.*

| Calendar year (or fiscal year beginning in) ▶ | (a) 2006 | (b) 2005 | (c) 2004 | (d) 2003 | (e) Total |
|---|---|---|---|---|---|
| **15** Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.) ... | 1,605,832. | 1,556,642. | 1,550,672. | 2,185,437. | 6,898,583. |
| **16** Membership fees received ...... | | | | | |
| **17** Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is related to the organization's charitable, etc, purpose ............ | 46,546. | | 121,720. | 504,516. | 672,782. |
| **18** Gross income from interest, dividends, amts rec'd from payments on securities loans (sec. 512(a)(5)), rents, royalties, income from similar sources, and unrelated business taxable income (less sec. 511 taxes) from businesses acquired by the organzation after June 30, 1975 .. | 1,246. | 1,575. | | 2,450. | 5,271. |
| **19** Net income from unrelated business activities not included in line 18 ....... | | | | | |
| **20** Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf .................. | | | | | |
| **21** The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge ....... | | | | | |
| **22** Other income. Attach a schedule. Do not include gain or (loss) from sale of capital assets See L-22. Stmt | | 24,900. | | 2,860. | 27,760. |
| **23** Total of lines 15 through 22 ..... | 1,653,624. | 1,583,117. | 1,672,392. | 2,695,263. | 7,604,396 |
| **24** Line 23 minus line 17 .......... | 1,607,078. | 1,583,117. | 1,550,672. | 2,190,747. | 6,931,614. |
| **25** Enter 1% of line 23 ........... | 16,536. | 15,831. | 16,724. | 26,953. | |

**26**  **Organizations described on lines 10 or 11:**     **a** Enter 2% of amount in column (e), line 24 ............... ▶ | **26a** | 138,632.

**b** Prepare a list for your records to show the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 2003 through 2006 exceeded the amount shown in line 26a. Do not file this list with your return. Enter the total of all these excess amounts ................................................... ▶ | **26b**

**c** Total support for section 509(a)(1) test: Enter line 24, column (e) ........................................... ▶ | **26c** | 6,931,614.

**d** Add: Amounts from column (e) for lines:     **18** _5,271._   **19** _____   **22** _27,760._   **26b** _____   ..... ▶ | **26d** | 33,031.

**e** Public support (line 26c minus line 26d total) ................................................................. ▶ | **26e** | 6,898,583.

**f** **Public support percentage (line 26e (numerator) divided by line 26c (denominator))** ........................ ▶ | **26f** | 99.52 %

**27**  **Organizations described on line 12:**

**a** For amounts included in lines 15, 16, and 17 that were received from a 'disqualified person,' prepare a list for your records to show the name of, and total amounts received in each year from, each 'disqualified person.' **Do not file this list with your return.** Enter the sum of such amounts for each year:

(2006) _ _ _ _ _ _ _ _ _ _ _ _ (2005) _ _ _ _ _ _ _ _ _ _ _ _ (2004) _ _ _ _ _ _ _ _ _ _ _ (2003) _ _ _ _ _ _ _ _ _ _ _ _

**b** For any amount included in line 17 that was received from each person (other than 'disqualified persons'), prepare a list for your records to show the name of, and amount received for each year, that was more than the **larger of (1)** the amount on line 25 for the year or **(2)** $5,000. (Include in the list organizations described in lines 5 through 11b, as well as individuals.) **Do not file this list with your return.** After computing the difference between the amount received and the larger amount described in **(1)** or **(2)**, enter the sum of these differences (the excess amounts) for each year:

(2006) _ _ _ _ _ _ _ _ _ _ _ _ (2005) _ _ _ _ _ _ _ _ _ _ _ _ (2004) _ _ _ _ _ _ _ _ _ _ _ (2003) _ _ _ _ _ _ _ _ _ _ _ _

**c** Add: Amounts from column (e) for lines:     **15** _____   **16** _____   **17** _____   **20** _____   **21** _____   ... ▶ | **27c**

**d** Add: Line 27a total ..... _____   and line 27b total ........... _____   ... ▶ | **27d**

**e** Public support (line 27c total minus line 27d total) ................................................... ▶ | **27e**

**f** Total support for section 509(a)(2) test: Enter amount from line 23, column (e) .... ▶ | **27f** |

**g** **Public support percentage (line 27e (numerator) divided by line 27f (denominator))** ........................ ▶ | **27g**

**h** Investment income percentage (line 18, column (e) (numerator) divided by line 27f (denominator)) .......... ▶ | **27h**

**28**  **Unusual Grants:** For an organization described in line 10, 11, or 12 that received any unusual grants during 2003 through 2006, prepare a list for your records to show, for each year, the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. **Do not file this list with your return.** Do not include these grants in line 15.

**BAA**                     TEEA0403   12/27/07                     Schedule A (Form 990 or 990-EZ) 2007

12

CF292281
Exhibit 4
Page 13 of 22

Schedule A (Form 990 or 990-EZ) 2007  CHILD FOUNDATION, INC                                    93-1148608          Page 5

**Part V  Private School Questionnaire** (See instructions.)
(To be completed ONLY by schools that checked the box on line 6 in Part IV)                    N/A

| | | Yes | No |
|---|---|---|---|
| | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | **29** | |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | **30** | |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? | **31** | |

If 'Yes,' please describe; if 'No,' please explain. (If you need more space, attach a separate statement.)

_____
_____
_____
_____

| | | Yes | No |
|---|---|---|---|
| 32 | Does the organization maintain the following: | | |
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | **32a** | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | **32b** | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | **32c** | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | **32d** | |

If you answered 'No' to any of the above, please explain. (If you need more space, attach a separate statement.)

_____
_____

| | | Yes | No |
|---|---|---|---|
| | Does the organization discriminate by race in any way with respect to: | | |
| a | Students' rights or privileges? | **33a** | |
| b | Admissions policies? | **33b** | |
| c | Employment of faculty or administrative staff? | **33c** | |
| d | Scholarships or other financial assistance? | **33d** | |
| e | Educational policies? | **33e** | |
| f | Use of facilities? | **33f** | |
| g | Athletic programs? | **33g** | |
| h | Other extracurricular activities? | **33h** | |

If you answered 'Yes' to any of the above, please explain. (If you need more space, attach a separate statement.)

_____
_____
_____

| | | Yes | No |
|---|---|---|---|
| 34a | Does the organization receive any financial aid or assistance from a governmental agency? | **34a** | |
| b | Has the organization's right to such aid ever been revoked or suspended? | **34b** | |
| | If you answered 'Yes' to either 34a or b, please explain using an attached statement. | | |
| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev Proc 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If 'No,' attach an explanation. | **35** | |

BAA                              TEEA0404  12/27/07                    Schedule A (Form 990 or 990-EZ) 2007

13

CF292282
Exhibit 4
Page 14 of 22

Schedule A (Form 990 or 990-EZ) 2007    CHILD FOUNDATION, INC                    93-1148608                Page **6**

## Part VI-A  Lobbying Expenditures by Electing Public Charities (See instructions.)
(To be completed **ONLY** by an eligible organization that filed Form 5768)                                    n/a

Check ► **a** ☐ if the organization belongs to an affiliated group.    Check ► **b** ☐ if you checked 'a' and 'limited control' provisions apply.

| | **Limits on Lobbying Expenditures**<br><br>(The term 'expenditures' means amounts paid or incurred.) | | **(a)**<br>Affiliated group<br>totals | **(b)**<br>To be completed<br>for **all** electing<br>organizations |
|---|---|---|---|---|
| 36 | Total lobbying expenditures to influence public opinion (grassroots lobbying) .......... | 36 | | |
| 37 | Total lobbying expenditures to influence a legislative body (direct lobbying) ........... | 37 | | |
| 38 | Total lobbying expenditures (add lines 36 and 37) ................................. | 38 | | |
| 39 | Other exempt purpose expenditures ............................................... | 39 | | |
| 40 | Total exempt purpose expenditures (add lines 38 and 39) ........................... | 40 | | |
| 41 | Lobbying nontaxable amount. Enter the amount from the following table —<br>**If the amount on line 40 is —**        **The lobbying nontaxable amount is —**<br>Not over $500,000 ..................... 20% of the amount on line 40 ......<br>Over $500,000 but not over $1,000,000 .......... $100,000 plus 15% of the excess over $500,000<br>Over $1,000,000 but not over $1,500,000 ........ $175,000 plus 10% of the excess over $1,000,000<br>Over $1,500,000 but not over $17,000,000 ........ $225,000 plus 5% of the excess over $1,500,000<br>Over $17,000,000 ..................... $1,000,000 ..................... | 41 | | |
| 42 | Grassroots nontaxable amount (enter 25% of line 41) ............................. | 42 | | |
| 43 | Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 ................. | 43 | | |
| 44 | Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 ................. | 44 | | |
| | **Caution:** *If there is an amount on either line 43 or line 44, you must file Form 4720.* | | | |

### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.
See the instructions for lines 45 through 50.)

| | | Lobbying Expenditures During 4-Year Averaging Period | | | | |
|---|---|---|---|---|---|---|
| | Calendar year<br>(or fiscal year<br>beginning in) ► | **(a)**<br>2007 | **(b)**<br>2006 | **(c)**<br>2005 | **(d)**<br>2004 | **(e)**<br>Total |
| 45 | Lobbying nontaxable<br>amount .............. | | | | | |
| 46 | Lobbying ceiling amount<br>(150% of line 45(e)) ...... | | | | | |
| 47 | Total lobbying<br>expenditures ......... | | | | | |
| 48 | Grassroots non-<br>taxable amount ....... | | | | | |
| 49 | Grassroots ceiling amount<br>(150% of line 48(e)) ...... | | | | | |
| 50 | Grassroots lobbying<br>expenditures ......... | | | | | |

## Part VI-B  Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A) (See instructions.)                    n/a

| During the year, did the organization attempt to influence national, state or local legislation, including any<br>attempt to influence public opinion on a legislative matter or referendum, through the use of: | Yes | No | Amount |
|---|---|---|---|
| **a** Volunteers ........................................................................ | | | |
| **b** Paid staff or management (Include compensation in expenses reported on lines **c** through **h.**) ........... | | | |
| **c** Media advertisements ............................................................. | | | |
| **d** Mailings to members, legislators, or the public ...................................... | | | |
| **e** Publications, or published or broadcast statements .................................. | | | |
| **f** Grants to other organizations for lobbying purposes ................................. | | | |
| **g** Direct contact with legislators, their staffs, government officials, or a legislative body .................. | | | |
| **h** Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means ............... | | | |
| **i** Total lobbying expenditures (add lines **c** through **h.**) ...................................... | | | |
| If 'Yes' to any of the above, also attach a statement giving a detailed description of the lobbying activities. | | | |

**BAA**                                                                            Schedule A (Form 990 or 990-EZ) 2007

TEEA0405   12/27/07

14

CF292283
Exhibit 4
Page 15 of 22

Schedule A (Form 990 or 990-EZ) 2007    CHILD FOUNDATION, INC                93-1148608        Page **7**

**Part VII** **Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations** (See instructions)

**51** Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| Transfers from the reporting organization to a noncharitable exempt organization of: | | Yes | No |
|---|---|---|---|
| **(i)** Cash | **51 a (i)** | | X |
| **(ii)** Other assets | **a (ii)** | | X |
| **b** Other transactions: | | | |
| **(i)** Sales or exchanges of assets with a noncharitable exempt organization | **b (i)** | | X |
| **(ii)** Purchases of assets from a noncharitable exempt organization | **b (ii)** | | X |
| **(iii)** Rental of facilities, equipment, or other assets | **b (iii)** | | X |
| **(iv)** Reimbursement arrangements | **b (iv)** | | X |
| **(v)** Loans or loan guarantees | **b (v)** | | X |
| **(vi)** Performance of services or membership or fundraising solicitations | **b (vi)** | | X |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees | **c** | | X |

**d** If the answer to any of the above is 'Yes,' complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received:

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**52 a** Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? .......................... ► ☐ Yes ☒ No

**b** If 'Yes,' complete the following schedule:

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**BAA**                                                      Schedule **A** (Form 990 or 990-EZ) 2007

TEEA0406    12/27/07

CF292284
Exhibit 4
Page 16 of 22

OMB No. 1545-0172

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
(Including Information on Listed Property)

► See separate instructions.    ► Attach to your tax return.

**2007**

Attachment
Sequence No. **67**

Name(s) shown on return
CHILD FOUNDATION, INC

Identifying number
93-1148608

Business or activity to which this form relates
Form 990 / Form 990EZ

## Part I — Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $125,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 ► | 13 | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | 14 | 1,347. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 788. |

## Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 | 17 | 7,629. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

### Section B — Assets Placed in Service During 2007 Tax Year Using the General Depreciation System

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only — see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | 4,288. | 3.0 yrs | MQ | SL | 669. |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 40-year | | | 40 yrs | MM | S/L | |

## Part IV — Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 10,433. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**    FDIZ0812 10/05/07    Form 4562 (2007)

Form **4562** (2007)   CHILD FOUNDATION, INC                                93-1148608      Page **2**

**Part V** **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A — Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

Do you have evidence to support the business/investment use claimed? .......... **X** **Yes**     **No** | 24b If 'Yes,' is the evidence written? ...... **X** **Yes**    **No**

| (a)<br>Type of property (list vehicles first) | (b)<br>Date placed in service | (c)<br>Business/ investment use percentage | (d)<br>Cost or other basis | (e)<br>Basis for depreciation (business/investment use only) | (f)<br>Recovery period | (g)<br>Method/ Convention | (h)<br>Depreciation deduction | (i)<br>Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for qualified Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ............................ | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................... | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................................. | | | | | | | **29** | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a)<br>Vehicle 1 | (b)<br>Vehicle 2 | (c)<br>Vehicle 3 | (d)<br>Vehicle 4 | (e)<br>Vehicle 5 | (f)<br>Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) ........................ | | | | | | |
| 31 Total commuting miles driven during the year ......... | | | | | | |
| 32 Total other personal (noncommuting) miles driven .............................. | | | | | | |
| Total miles driven during the year. Add lines 30 through 32 ........................ | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours? ...................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? .......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ...................... | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............................................................................... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ................. | | |
| 39 Do you treat all use of vehicles by employees as personal use? ............................................ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............................................................... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) ..................... | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

**Part VI** **Amortization**

| (a)<br>Description of costs | (b)<br>Date amortization begins | (c)<br>Amortizable amount | (d)<br>Code section | (e)<br>Amortization period or percentage | (f)<br>Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2007 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2007 tax year ............................................. | | | **43** | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ................................. | | | **44** | | |

FDIZ0812 10/05/07                                                                 Form **4562** (2007)

CHILD FOUNDATION, INC          93-1148608                                    1

**Additional Information**

Program Accompishments

Child Foundation helps children in need, who have been identified as high achievers, to remain in school. We believe education can move a child beyond the stigma of poverty and give that child the tools to reach his or her true potential. Since our inception in 1994, Child Foundation has provided basic necessities to children living in poverty or hardship enhancing the quality of the life for these children as well as their respective families. By providing access to education, Child Foundation hopes to eliminate children prematurely leaving school, and, in certain countries, early matrimony.

Child Foundation has sponsorship programs in Afghanistan, Indonesia, Iran and the United States. Over 4, 000 families and children are served by Child Foundation's individual sponsorship programs. Approximately 25 % of these children are enrolled or have graduated from university or college programs. Child Foundation's sponsorship programs in Afghanistan and Indonesia continue to grow. This year an office was established in the city of Mazar Sharif, Afghanistan. There are currently 4 different programs for children with special needs. These are programs for children who have been abused, children who are visually impaired, deaf children, and children with medical needs such as cancer.

CF292287
Exhibit 4
Page 19 of 22

Form **8879-EO**

### IRS *e-file* Signature Authorization
### for an Exempt Organization

For calendar year 2007, or fiscal year beginning Jun 1 , 2007, and ending May 31 , 2008 .

► Do not send to the IRS. Keep for your records.
► See instructions.

OMB No. 1545-1878

**2007**

Department of the Treasury
Internal Revenue Service

**Return ID** (20-digit number) ►

| Name of exempt organization | Employer identification number |
|---|---|
| CHILD FOUNDATION, INC | 93-1148608 |

Name and title of officer

MEHRDAD YASREBI                                    President

## Part I — Tax Return and Return Information (Whole Dollars Only)

Check the box for the return for which you are using this Form 8879-EO and enter the applicable amount from the return if any. If you check the box on line 1a, 2a, 3a, 4a, or 5a, below, and the amount on that line for the return for which you are filing this form was blank, then leave line 1b, 2b, 3b, 4b, or 5b, whichever is applicable, blank (do not enter -0-). But, if you entered -0- on the return, then enter -0- on the applicable line below. **Do not** complete more than 1 line in Part I.

| | | |
|---|---|---|
| **1a** Form 990 check here .... ► [X] | **b** Total revenue, if any (Form 990, line 12) ............ | **1b** 1,612,030. |
| **2a** Form 990-EZ check here ..... ► [ ] | **b** Total revenue, if any (Form 990-EZ, line 9) ......... | **2b** |
| **3a** Form 1120-POL check here ...... ► [ ] | **b** Total tax (Form 1120-POL, line 22) ............ | **3b** |
| **4a** Form 990-PF check here ..... ► [ ] | **b** Tax Based on Investment Income (Form 990-PF, Part VI, line 5) ......... | **4b** |
| **5a** Form 8868 check here ... ► [ ] | **b** Balance Due (Form 8868, line 3c) ............ | **5b** |

## Part II — Declaration and Signature Authorization of Officer

Under penalties of perjury, I declare that I am an officer of the above organization and that I have examined a copy of the organization's 2007 electronic return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amount in Part I above is the amount shown on the copy of the organization's electronic return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send the organization's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the organization's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the organization's electronic return and, if applicable, the organization's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[ ] I authorize _____ to enter my PIN [_____] as my signature
                              ERO firm name                                                              do not enter all zeros

on the organization's tax year 2007 electronically filed return. If I have indicated within this return that a copy of the return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I also authorize the aforementioned ERO to enter my PIN on the return's disclosure consent screen.

[X] As an officer of the organization, I will enter my PIN as my signature on the organization's tax year 2007 electronically filed return. If I have indicated within this return that a copy of the return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I will enter my PIN on the return's disclosure consent screen.

Officer's signature ► _____  Date ► 11/14/2008

## Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN ............ | 93073363084 |
                                                                                                                                      do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2007 electronically filed return for the organization indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers.

ERO's signature ► _____  Date ► 11/23/2008

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA **For Paperwork Reduction Act Notice, see instructions.**                    Form **8879-EO** (2007)

TEEA7401  07/16/07

CF292288
Exhibit 4
Page 20 of 22

CHILD FOUNDATION, INC          93-1148608                                    1

Form 990, Page 2, Part II, Line 43
**Other Expenses Stmt**

| Other expenses not covered above (itemize): | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|
| Professional Fees | 63,133. | 44,267. | 18,866. | 0. |
| Total | 63,133. | 44,267. | 18,866. | 0. |

Form 990. Part VI, Page 7, Line 90a
**States Filed In**

California
Washington
Oregon
Virginia

Form 990, Page 8, Line 91c
**Name of the Foreign Country**

Afghanistan
Other Country (country not identifi

Form 990, Page 4, Part IV, Line 58
**Other Assets Statement**

| Line 58 - Other Assets: | Beginning of Year | End of Year |
|---|---|---|
| Security Deposit | 632. | 671. |
| Total | 632. | 671. |

Form 990, Page 4, Part IV, Line 65
**Other Liabilities Statement**

| Line 65 - Other Liabilities: | Beginning of Year | End of Year |
|---|---|---|
| Payroll Tax Liabilities | 4,519. | 5,210. |
| Total | 4,519. | 5,210. |

Schedule A, Part IV-A, Line 22
**Other Income**

| Description | (a) 2006 | (b) 2005 | (c) 2004 | (d) 2003 | (e) Total |
|---|---|---|---|---|---|
| Special Events | | 23,968. | | | 23,968. |

CF292289
Exhibit 4
Page 21 of 22

CHILD FOUNDATION, INC        93-1148608                                    2

Schedule A, Part IV-A, Line 22                              Continued
**Other Income**

| Description | (a)<br>2006 | (b)<br>2005 | (c)<br>2004 | (d)<br>2003 | (e)<br>Total |
|---|---|---|---|---|---|
| Miscellaneous | | 932. | | | 932. |
| Total | | 24,900. | | | 24,900. |

CF292290
Exhibit 4
Page 22 of 22