W1-8

CF289888
Exhibit 5
Page 1 of 23

**Form 990**

**Return of Organization Exempt from Income Tax**

OMB No. 1545-0047

**2002**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

Department of the Treasury
Internal Revenue Service

► The organization may have to use a copy of this return to satisfy state reporting requirements.

**Open to Public Inspection**

For the 2002 calendar year, or tax year beginning **6/01**, 2002, and ending **5/31**, **2003**

Check if applicable:
- Address change
- Name change
- Initial return
- Final return
- Amended return
- Application pending

Please use IRS label or print or type. See specific instructions.

CHILD FOUNDATION    2949012905401
P.O. BOX 1364
CLACKAMAS, OR 97015-1364

**D** Employer Identification Number
93-1148608

**E** Telephone number
949-754-0611

**F** Accounting method: [X] Cash [ ] Accrual
[ ] Other (specify) ►

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Web site: ► WWW.CHILDFOUNDATION.ORG

**J** Organization type (check only one) ► [X] 501(c) 3 ◄ (insert no.) [ ] 4947(a)(1) or [ ] 527

**K** Check here ► [ ] if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

H and I are not applicable to section 527 organizations.

**H (a)** Is this a group return for affiliates?.... [ ] Yes [X] No
**H (b)** If 'Yes,' enter number of affiliates ►
**H (c)** Are all affiliates included?......... [ ] Yes [ ] No
(If 'No,' attach a list. See instructions.)
**H (d)** Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No
**I** Enter 4-digit GEN.......... ►
**M** Check ► [ ] if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12.. ► 1,674,870.

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See Instructions)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support | 1a | 1,215,607. |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (cash $ 1,215,607. noncash $ ) | 1d | 1,215,607. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 958. |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | |
| b | Less: rental expenses | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ► ) | 7 | |
| 8a | Gross amount from sales of assets other than inventory (A) Securities / (B) Other | 8a | |
| b | Less: cost or other basis and sales expenses | 8b | |
| c | Gain or (loss) (attach schedule) | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ 232,367. of contributions reported on line 1a) | 9a | 395,368. |
| b | Less: direct expenses other than fundraising expenses | 9b | 126,694. |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) STATEMENT 1 | 9c | 268,674. |
| 10a | Gross sales of inventory, less returns and allowances | 10a | 62,937. |
| b | Less: cost of goods sold | 10b | 44,056. |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) STATEMENT 2 | 10c | 18,881. |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 1,504,120. |
| 13 | Program services (from line 44, column (B)) | 13 | 1,570,987. |
| 14 | Management and general (from line 44, column (C)) | 14 | 109,691. |
| 15 | Fundraising (from line 44, column (D)) | 15 | 7,000. |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 1,687,678. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | (183,558.) |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | -57,057. |
| 20 | Other changes in net assets or fund balances (attach explanation) SEE STATEMENT 3 | 20 | 562,622. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 322,007. |

RECEIVED
APR 20 2004
OGDEN, UT
IRS

BAA For Paperwork Reduction Act Notice, see the separate instructions.    TEEA0107L 09/04/02    Form 990 (2002)

SCANNED MAY 03 2004

CF289889
Exhibit 5
Page 2 of 23

Form 999 (2002)   CHILD FOUNDATIO.                                          93-1148608        Page 2

**Part II** Statement of Functional Expenses All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (att sch) SEE STM 4 (cash $ 42,740. non-cash $ ) ...... | 22 | 42,740. | 42,740. | | |
| 23 Specific assistance to individuals (att sch) ST..5 | 23 | 765,181. | 765,181. | | |
| 24 Benefits paid to or for members (att sch) ...... | 24 | | | | |
| 25 Compensation of officers, directors, etc ........ | 25 | | | | |
| 26 Other salaries and wages ............. | 26 | 46,450. | | 46,450. | |
| 27 Pension plan contributions. ........... | 27 | | | | |
| 28 Other employee benefits .............. | 28 | | | | |
| 29 Payroll taxes ........................ | 29 | 3,724. | | 3,724. | |
| 30 Professional fundraising fees .......... | 30 | | | | |
| 31 Accounting fees ..................... | 31 | 590. | | 590. | |
| 32 Legal fees........................... | 32 | 2,000. | | 2,000. | |
| 33 Supplies............................ | 33 | 23,974. | | 23,772. | 202. |
| 34 Telephone........................... | 34 | 5,160. | | 4,769. | 391. |
| 35 Postage and shipping................ | 35 | 9,661. | | 8,757. | 904. |
| 36 Occupancy.......................... | 36 | 6,207. | | 2,365. | 3,842. |
| 37 Equipment rental and maintenance..... | 37 | | | | |
| 38 Printing and publications .............. | 38 | 7,605. | | 5,944. | 1,661. |
| 39 Travel ............................. | 39 | | | | |
| 40 Conferences, conventions, and meetings........ | 40 | | | | |
| 41 Interest............................ | 41 | | | | |
| 42 Depreciation, depletion, etc (attach schedule) .... | 42 | | | | |
| 43 Other expenses not covered above (itemize): | | | | | |
| a SEE STATEMENT 6 | 43a | 774,386. | 763,066. | 11,320. | |
| b | 43b | | | | |
| c | 43c | | | | |
| | 43d | | | | |
| | 43e | | | | |
| 44 Total functional expenses (add lines 22 - 43). Organizations completing columns (B) - (D), carry these totals to lines 13 - 15............ | 44 | 1,687,678. | 1,570,987. | 109,691. | 7,000. |

Joint Costs. Check. ► ☐ if you are following SOP 98-2.
Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services?....... ► ☐ Yes ☒ No
If 'Yes,' enter (i) the aggregate amount of these joint costs      $ _____ ; (ii) the amount allocated to program services
$ _____ ; (iii) the amount allocated to management and general   $ _____ ; and (iv) the amount allocated
to fundraising   $ _____

**Part III** Statement of Program Service Accomplishments

What is the organization's primary exempt purpose? ►    SEE STATEMENT 7 _____

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) & (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants & allocations to others.)

Program Service Expenses (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; but optional for others.)

a PROVIDED SUPPORT FOR OVER 5,000 CHILDREN FROM 3,000 FAMILIES IN AFGANISTAN, MEXICO, INDONESIA, TURKEY, PALESTINE AND BOSNIA.

                                           (Grants and allocations $          42,740. )     1,570,987.

b

                                           (Grants and allocations $          )

c

                                           (Grants and allocations $          )

d

                                           (Grants and allocations $          )

e Other program services ........................... (Grants and allocations $          )

f Total of Program Service Expenses (should equal line 44, column (B), program services)..................... ►     1,570,987.

BAA                                TEEA0102L  01/22/03                              Form 990 (2002)

CF289890

Exhibit 5
Page 3 of 23

Form 990 (2002)   CHILD FOUNDATION                                  93-1148608          Page 3

**Part IV  Balance Sheets** (See Instructions)

| Note: | *Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.* | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|
| 45 | Cash — non-interest-bearing | | 5,000. | 45 | 407,415. |
| 46 | Savings and temporary cash investments | | | 46 | |
| 47a | Accounts receivable ... | 47a | | | |
| b | Less: allowance for doubtful accounts | 47b | | 47c | |
| 48a | Pledges receivable | 48a | | | |
| b | Less: allowance for doubtful accounts | 48b | | 48c | |
| 49 | Grants receivable | | | 49 | |
| 50 | Receivables from officers, directors, trustees, and key employees (attach schedule) | | | 50 | |
| 51a | Other notes & loans receivable (attach sch) | 51a | | | |
| b | Less: allowance for doubtful accounts | 51b | | 51c | |
| 52 | Inventories for sale or use | | | 52 | |
| 53 | Prepaid expenses and deferred charges | | | 53 | |
| 54 | Investments — securities (attach schedule) ... ► ☐ Cost ☐ FMV | | | 54 | |
| 55a | Investments — land, buildings, & equipment: basis | 55a | | | |
| b | Less: accumulated depreciation (attach schedule) | 55b | | 55c | |
| 56 | Investments — other (attach schedule) | | | 56 | |
| 57a | Land, buildings, and equipment: basis | 57a | 245,000. | | |
| b | Less: accumulated depreciation (attach schedule) ... STATEMENT 8 | 57b | 245,000. | 57c | 245,000. |
| 58 | Other assets (describe ► SEE STATEMENT 9 ) | | | 58 | 20,001. |
| 59 | **Total assets** (add lines 45 through 58) (must equal line 74) | | 250,000. | 59 | 672,416. |
| 60 | Accounts payable and accrued expenses | | | 60 | |
| 61 | Grants payable | | | 61 | |
| 62 | Deferred revenue | | | 62 | |
| 63 | Loans from officers, directors, trustees, and key employees (attach schedule) | | | 63 | |
| 64a | Tax-exempt bond liabilities (attach schedule) | | | 64a | |
| b | Mortgages and other notes payable (attach schedule) | | 245,000. | 64b | 245,000. |
| 65 | Other liabilities (describe ► SEE STATEMENT 10 ) | | 62,057. | 65 | 105,409. |
| 66 | **Total liabilities** (add lines 60 through 65) | | 307,057. | 66 | 350,409. |
| | Organizations that follow SFAS 117, check here ► ☐ and complete lines 67 through 69 and lines 73 and 74. | | | | |
| 67 | Unrestricted | | | 67 | |
| 68 | Temporarily restricted | | | 68 | |
| 69 | Permanently restricted | | | 69 | |
| | Organizations that do not follow SFAS 117, check here ► ☒ and complete lines 70 through 74. | | | | |
| 70 | Capital stock, trust principal, or current funds | | -57,057. | 70 | 322,007. |
| 71 | Paid-in or capital surplus, or land, building, and equipment fund | | | 71 | |
| 72 | Retained earnings, endowment, accumulated income, or other funds | | | 72 | |
| 73 | **Total net assets or fund balances** (add lines 67 through 69 or lines 70 through 72; column (A) must equal line 19; column (B) must equal line 21) | | -57,057. | 73 | 322,007. |
| 74 | **Total liabilities and net assets/fund balances** (add lines 66 and 73) | | 250,000. | 74 | 672,416. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

BAA



TEEA0103L  09/04/02

*3*

CF289891
Exhibit 5
Page 4 of 23

Form 990 (2002)    CHILD FOUNDATION                                      93-1148608        Page 4

| Part IV-A | Reconciliation of Revenue per Audited Financial Statements with Revenue per Return (See instructions.) | Part IV-B | Reconciliation of Expenses per Audited Financial Statements with Expenses per Return |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total revenue, gains, and other support per audited financial statements ......... ► | a | N/A | a | Total expenses and losses per audited financial statements .............. ► | a | N/A |
| | Amounts included on line a but not on line 12, Form 990: | | | b | Amounts included on line a but not on line 17, Form 990: | | |
| (1) | Net unrealized gains on investments.... $ | | | (1) | Donated services and use of facilities...... $ | | |
| (2) | Donated services and use of facilities..... $ | | | (2) | Prior year adjustments reported on line 20, Form 990 ... $ | | |
| (3) | Recoveries of prior year grants....... $ | | | (3) | Losses reported on line 20, Form 990 ... $ | | |
| (4) | Other (specify): _____ _____ $ | | | (4) | Other (specify): _____ _____ $ | | |
| | Add amounts on lines (1) through (4) ..... ► | b | | | Add amounts on lines (1) through (4) ...... ► | b | |
| c | Line a minus line b.............. ► | c | | c | Line a minus line b.............. ► | c | |
| d | Amounts included on line 12, Form 990 but not on line a: | | | d | Amounts included on line 17, Form 990 but not on line a: | | |
| (1) | Investment expenses not included on line 6b, Form 990 ..... $ | | | (1) | Investment expenses not included on line 6b, Form 990. ..... $ | | |
| (2) | Other (specify): _____ _____ $ | | | (2) | Other (specify): _____ _____ $ | | |
| | Add amounts on lines (1) and (2).. ► | d | | | Add amounts on lines (1) and (2)... ► | d | |
| e | Total revenue per line 12, Form 990 (line c plus line d) ........... ► | e | | e | Total expenses per line 17, Form 990 (line c plus line d)............. ► | e | |

### List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated; see instructions.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (if not paid, enter -0-) | (D) Contributions to employee benefit plans and deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| MEHRDAD YASREBI P.O. BOX 1364 CLACKAMAS, OR 97015 | EXECUTIVE DIREC NONE | 0. | 0. | 0. |
| FATEMEH SHARIF-KAZEMI P.O. BOX 1364 CLACKAMAS, OR 97015 | TREASURER NONE | 0. | 0. | 0. |
| ASAD AZEMI P.O. BOX 1364 CLACKAMAS, OR 97015 | DIRECTOR NONE | 0. | 0. | 0. |
| SUDABEH SHOJA P.O. BOX 1364 CLACKAMAS, OR 97015 | DIRECTOR NONE | 0. | 0. | 0. |
| | | | | |
| | | | | |
| | | | | |

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations?....................................... ►  ☐ Yes  ☒ No
If 'Yes,' attach schedule — see instructions.

BAA                                                                      Form 990 (2002)

Photocopy

TEEA0104L  01/22/03

4

CF289892
Exhibit 5
Page 5 of 23

Form 990 (2002)   CHILD FOUNDATION                                           93-1148608          Page 5

| Part VI | Other Information (See instructions.) | | Yes | No |
|---|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the IRS? If 'Yes,' attach a detailed description of each activity. | 76 | | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? | 77 | | X |
| | If 'Yes,' attach a conformed copy of the changes. | | | |
| 78a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? | 78a | | X |
| b | If 'Yes,' has it filed a tax return on Form 990-T for this year? | 78b | N/A | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? If 'Yes,' attach a statement. | 79 | | X |
| 80a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc, to any other exempt or nonexempt organization? | 80a | | X |
| b | If 'Yes,' enter the name of the organization ► N/A and check whether it is ☐ exempt or ☐ nonexempt. | | | |
| 81a | Enter direct or indirect political expenditures. See line 81 instructions. | 81a | 0. | |
| b | Did the organization file Form 1120-POL for this year? | 81b | | X |
| 82a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | 82a | | X |
| b | If 'Yes,' you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions in Part III.) | 82b | N/A | |
| 83a | Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | X | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions? | 83b | X | |
| 84a | Did the organization solicit any contributions or gifts that were not tax deductible? | 84a | | X |
| b | If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | 84b | N/A | |
| 85 | 501(c)(4), (5), or (6) organizations. a Were substantially all dues nondeductible by members? | 85a | N/A | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? | 85b | N/A | |
| | If 'Yes' was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | | |
| c | Dues, assessments, and similar amounts from members. | 85c | N/A | |
| d | Section 162(e) lobbying and political expenditures. | 85d | N/A | |
| e | Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices. | 85e | N/A | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e). | 85f | N/A | |
| g | Does the organization elect to pay the section 6033(e) tax on the amount on line 85f? | 85g | N/A | |
| h | If section 6033(e)(1)(A) dues notices were sent, does the organization agree to add the amount on line 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? | 85h | N/A | |
| 86 | 501(c)(7) organizations. Enter:  a Initiation fees and capital contributions included on line 12. | 86a | N/A | |
| b | Gross receipts, included on line 12, for public use of club facilities. | 86b | N/A | |
| 87 | 501(c)(12) organizations. Enter:  a Gross income from members or shareholders. | 87a | N/A | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) | 87b | N/A | |
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If 'Yes,' complete Part IX. | 88 | | X |
| 89a | 501(c)(3) organizations. Enter: Amount of tax imposed on the organization during the year under: section 4911 ► 0. ; section 4912 ► 0. ; section 4955 ► 0. | | | |
| b | 501(c)(3) and 501(c)(4) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If 'Yes,' attach a statement explaining each transaction. | 89b | | X |
| c | Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958. | ► | | 0. |
| d | Enter: Amount of tax on line 89c, above, reimbursed by the organization. | ► | | 0. |
| 90a | List the states with which a copy of this return is filed ► OREGON, CALIFORNIA | | | |
| b | Number of employees employed in the pay period that includes March 12, 2002 (See instructions.) | 90b | | 0 |
| 91 | The books are in care of ► AMINIAN BUSINESS SVCES       Telephone number ► 949-724-1155 Located at ► 4500 CAMPUS DR, STE 100, NEWPORT BCH, CA       ZIP + 4 ► 92660 | | | |
| 92 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041 – Check here | | N/A | ► ☐ |
| | and enter the amount of tax-exempt interest received or accrued during the tax year. | ► 92 | | N/A |

BAA                                                                          Form 990 (2002)

TEEA0105L  01/22/03

Photocopy

CF289893

Exhibit 5
Page 6 of 23

Form 990 (2002) CHILD FOUNDATION                                      93-1148608          Page 6

## Part VII  Analysis of Income-Producing Activities (See instructions.)

| Note: Enter gross amounts unless otherwise indicated. | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | |
| 93 Program service revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f Medicare/Medicaid payments........ | | | | | |
| g Fees & contracts from government agencies... | | | | | |
| 94 Membership dues and assessments.. | | | | | |
| 95 Interest on savings & temporary cash invmnts . | | | 14 | 958. | |
| 96 Dividends & interest from securities.. | | | | | |
| 97 Net rental income or (loss) from real estate: | | | | | |
| a debt-financed property.............. | | | | | |
| b not debt-financed property.......... | | | | | |
| 98 Net rental income or (loss) from pers prop.... | | | | | |
| 99 Other investment income........... | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory................ | | | | | |
| 101 Net income or (loss) from special events ..... | | | 1 | 268,674. | |
| 102 Gross profit or (loss) from sales of inventory .... | | | 1 | 18,881. | |
| 103 Other revenue: a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)).... | | | | 288,513. | |
| 105 Total (add line 104, columns (B), (D), and (E)) ................................ ► | | | | | 288,513. |

Note: Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.

## Part VIII  Relationship of Activities to the Accomplishment of Exempt Purposes (See instructions.)

| Line No. | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| N/A | |
| | |
| | |
| | |

## Part IX  Information Regarding Taxable Subsidiaries and Disregarded Entities (See instructions.)

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| N/A | % | | | |
| | % | | | |
| | % | | | |
| | % | | | |

## Part X  Information Regarding Transfers Associated with Personal Benefit Contracts (See instructions.)

a Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?................. ☐ Yes ☒ No

b Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? .......... ☐ Yes ☒ No

Note: If 'Yes' to (b), file Form 8870 and Form 4720 (see instructions).

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Please Sign Here**

► Signature of officer                                  ► 4/14/2004  Date

► Mehrdad Yasrebi, Director
Type or print name and title

**Paid Preparer's Use Only**

| Preparer's signature ► | Date 4/9/04 | Check if self-employed ► ☒ | Preparer's SSN or PTIN (see General Instruction W) P00167975 |
|---|---|---|---|
| Firm's name (or yours if self-employed) address, and ZIP +4 ► | JONATHAN RESNICK, CPA, A PROFESSIONAL CORP 2192 DUPONT DRIVE, SUITE 208 IRVINE, CA 92612 | | EIN ► 33-0944462 Phone no. ► (949) 250-0852 |

BAA                                    TEEA0106L 10/10/02          Form 990 (2002)

CF289894
Exhibit 5
Page 7 of 23

**SCHEDULE A**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Organization Exempt Under**
**Section 501(c)(3)**

(Except Private Foundation) and Section 501(e), 501(f), 501(k),
501(n), or Section 4947(a)(1) Nonexempt Charitable Trust

Supplementary Information — (See separate instructions.)

► MUST be completed by the above organizations and attached to their Form 990 or 990-EZ.

OMB No. 1545-0047

**2002**

| the organization | Employer identification number |
|---|---|
| ● D FOUNDATION | 93-1148608 |

**Part I**  **Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees**
(See instructions. List each one. If there are none, enter 'None.')

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid over $50,000 ............................ ► | | 0 | | |

**Part II**  **Compensation of the Five Highest Paid Independent Contractors for Professional Services**
(See instructions. List each one (whether individuals or firms). If there are none, enter 'None.')

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |

Total number of others receiving over $50,000 for professional services ......... ► | | 0 |

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 990 and Form 990-EZ.    Schedule A (Form 990 or 990-EZ) 2002

TEEA0401L  01/22/03

CF289895
Exhibit 5
Page 8 of 23

Schedule A (Form 990 or 990-EZ) 2002    CHILD FOUNDATION    93-1148608    Page 2

| Part III Statements About Activities (See instructions.) | | Yes | No |
|---|---|---|---|
| 1 During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? If 'Yes,' enter the total expenses paid or incurred in connection with the lobbying activities.... ► $_____ · _____ N/A _____ (Must equal amounts on line 38, Part VI-A, or line i of Part VI-B.)................................................ | 1 | | X |
| Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking 'Yes,' must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities. | | | |
| 2 During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any substantial contributors, trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary? *(If the answer to any question is 'Yes,' attach a detailed statement explaining the transactions.)* | | | |
| a Sale, exchange, or leasing of property?.......................... | 2a | | X |
| b Lending of money or other extension of credit?....................... | 2b | | X |
| c Furnishing of goods, services, or facilities?......................... | 2c | | X |
| d Payment of compensation (or payment or reimbursement of expenses if more than $1,000)?.................. | 2d | | X |
| e Transfer of any part of its income or assets?....................... | 2e | | X |
| 3 Does the organization make grants for scholarships, fellowships, student loans, etc? (See **Note** below.)............... | 3 | | X |
| 4 Do you have a section 403(b) annuity plan for your employees?................................ | 4 | | X |

**Note:** *Attach a statement to explain how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs 'qualify' to receive payments.*

## Part IV Reason for Non-Private Foundation Status (See instructions.)

The organization is not a private foundation because it is: (Please check only ONE applicable box.)

5 ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i).

6 ☐ A school. Section 170(b)(1)(A)(ii). (Also complete Part V.)

7 ☐ A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii).

8 ☐ A Federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v).

9 ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). **Enter the hospital's name, city, and state** ► _____

10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete the **Support Schedule** in Part IV-A.)

11a ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

11b ☐ A community trust. Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

12 ☐ An organization that normally receives: **(1) more than 33-1/3%** of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc, functions − subject to certain exceptions, and **(2) no more than 33-1/3%** of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the **Support Schedule** in Part IV-A.)

13 ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in: **(1)** lines 5 through 12 above; or **(2)** section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2). (See section 509(a)(3).)

Provide the following information about the supported organizations. (See instructions.)

| (a) Name(s) of supported organization(s) | (b) Line number from above |
|---|---|
| | |
| | |
| | |
| | |

14 ☐ An organization organized and operated to test for public safety. Section 509(a)(4). (See instructions.)

BAA                    TEEA0402L 01/22/03                    Schedule A (Form 990 or Form 990-EZ) 2002

CF289896
Exhibit 5
Page 9 of 23

Schedule A (Form 990 or 990-EZ) 2002   CHILD FOUNDATION                     93-1148608         Page 3

**Part IV-A  Support Schedule** (Complete only if you checked a box on line 10, 11, or 12.) *Use cash method of accounting.*

Note: You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.

| Calendar year (or fiscal year beginning in) ▶ | (a) 2001 | (b) 2000 | (c) 1999 | (d) 1998 | (e) Total |
|---|---|---|---|---|---|
| **15** Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.)... | 964,176. | 498,491. | | 225,866. | 1,688,533. |
| **16** Membership fees received ..... | | | | | |
| **17** Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is related to the organization's charitable, etc. purpose............. | | | | | |
| **18** Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30, 1975.......... | | | 2,506. | 3,526. | 6,032. |
| **19** Net income from unrelated business activities not included in line 18....... | | | | | |
| **20** Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf................ | | | | | |
| **21** The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge...... | | | | | |
| **22** Other income. Attach a schedule. Do not include gain or (loss) from sale of capital assets................. | | | | | |
| **23** Total of lines 15 through 22.... | 964,176. | 498,491. | 2,506. | 229,392. | 1,694,565. |
| **24** Line 23 minus line 17.......... | 964,176. | 498,491. | 2,506. | 229,392. | 1,694,565. |
| **25** Enter 1% of line 23............ | 9,642. | 4,985. | 25. | 2,294. | |

**26  Organizations described on lines 10 or 11:**   a Enter 2% of amount in column (e), line 24.............. ▶ | **26a** | 33,891.

b Prepare a list for your records to show the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1998 through 2001 exceeded the amount shown in line 26a. Do not file this list with your return. Enter the total of all these excess amounts........................................................... ▶ | **26b** |

c Total support for section 509(a)(1) test: Enter line 24, column (e)....................................... ▶ | **26c** | 1,694,565.

d Add: Amounts from column (e) for lines:   18 ___6,032.___   19 _____    22 _____   26b _____ | **26d** | 6,032.

e Public support (line 26c minus line 26d total)......................................... ▶ | **26e** | 1,688,533.

f Public support percentage (line 26e (numerator) divided by line 26c (denominator)) ..................... ▶ | **26f** | 99.64 %

**27  Organizations described on line 12:**   N/A

a For amounts included in lines 15, 16, and 17 that were received from a 'disqualified person,' prepare a list for your records to show the name of, and total amounts received in each year from, each 'disqualified person.' Do not file this list with your return. Enter the sum of such amounts for each year:

(2001) _ _ _ _ _ _ _ _ _ _ (2000) _ _ _ _ _ _ _ _ _ _ (1999) _ _ _ _ _ _ _ _ _ _ (1998) _ _ _ _ _ _ _ _ _

b For any amount included in line 17 that was received from each person (other than 'disqualified persons'), prepare a list for your records to show the name of, and amount received for each year, that was more than the larger of (1) the amount on line 25 for the year or (2) $5,000. (Include in the list organizations described in lines 5 through 11, as well as individuals.) Do not file this list with your return. After computing the difference between the amount received and the larger amount described in (1) or (2), enter the sum of these differences (the excess amounts) for each year:

(2001) _ _ _ _ _ _ _ _ _ _ (2000) _ _ _ _ _ _ _ _ _ _ (1999) _ _ _ _ _ _ _ _ _ _ (1998) _ _ _ _ _ _ _ _ _

c Add: Amounts from column (e) for lines:   15 _____   16 _____

17 _____   20 _____   21 _____ | **27c** |

d Add: Line 27a total..... _____   and line 27b total........... _____ | **27d** |

e Public support (line 27c total minus line 27d total)................................................ ▶ | **27e** |

f Total support for section 509(a)(2) test: Enter amount from line 23, column (e)... ▶ | 27f | _____ |

g Public support percentage (line 27e (numerator) divided by line 27f (denominator))...................... ▶ | **27g** | %

h Investment income percentage (line 18, column (e) (numerator) divided by line 27f (denominator))........ ▶ | **27h** | %

**28  Unusual Grants:** For an organization described in line 10, 11, or 12 that received any unusual grants during 1998 through 2001, prepare a list for your records to show, for each year, the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. Do not file this list with your return. Do not include these grants in line 15.

BAA                                    TEEA0403L  08/12/02                    Schedule A (Form 990 or 990-EZ) 2002

Schedule A (Form 990 or 990-EZ) 2002 CHILD FOUNDATION                 93-1148608        Page 4

**Part V Private School Questionnaire** (See instructions.)
(To be completed ONLY by schools that checked the box on line 6 in Part IV)

N/A

| | | Yes | No |
|---|---|---|---|
| 9 Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | 29 | | |
| Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | 30 | | |
| 31 Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? | 31 | | |

If 'Yes,' please describe; if 'No,' please explain. (If you need more space, attach a separate statement.)

_____

_____

_____

_____

| | | Yes | No |
|---|---|---|---|
| 32 Does the organization maintain the following: | | | |
| a Records indicating the racial composition of the student body, faculty, and administrative staff? | 32a | | |
| b Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | 32b | | |
| c Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | 32c | | |
| d Copies of all material used by the organization or on its behalf to solicit contributions? | 32d | | |

If you answered 'No' to any of the above, please explain. (If you need more space, attach a separate statement.)

_____

_____

| | | Yes | No |
|---|---|---|---|
| 33 Does the organization discriminate by race in any way with respect to: | | | |
| Students' rights or privileges? | 33a | | |
| b Admissions policies? | 33b | | |
| c Employment of faculty or administrative staff? | 33c | | |
| d Scholarships or other financial assistance? | 33d | | |
| e Educational policies? | 33e | | |
| f Use of facilities? | 33f | | |
| g Athletic programs? | 33g | | |
| h Other extracurricular activities? | 33h | | |

If you answered 'Yes' to any of the above, please explain. (If you need more space, attach a separate statement.)

_____

_____

_____

| | | Yes | No |
|---|---|---|---|
| 34a Does the organization receive any financial aid or assistance from a governmental agency? | 34a | | |
| b Has the organization's right to such aid ever been revoked or suspended? | 34b | | |
| you answered 'Yes' to either 34a or b, please explain using an attached statement. | | | |
| 35 Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev Proc 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If 'No,' attach an explanation. | 35 | | |

BAA                        TEEA0404L  01/24/03                    Schedule A (Form 990 or 990-EZ) 2002

CF289898
Exhibit 5
Page 11 of 23

Schedule A (Form 990 or 990-EZ) 2002   CHILD FOUNDATION                    93-1148608              Page 5

## Part VI-A  Lobbying Expenditures by Electing Public Charities (See instructions.)
(To be completed ONLY by an eligible organization that filed Form 5768)                   N/A

Check ► **a** ☐ if the organization belongs to an affiliated group.   Check ► **b** ☐ if you checked 'a' and 'limited control' provisions apply.

| Limits on Lobbying Expenditures<br><br>(The term 'expenditures' means amounts paid or incurred.) | | (a)<br>Affiliated group<br>totals | (b)<br>To be completed<br>for ALL electing<br>organizations |
|---|---|---|---|
| 36  Total lobbying expenditures to influence public opinion (grassroots lobbying)........ | 36 | | |
| 37  Total lobbying expenditures to influence a legislative body (direct lobbying).......... | 37 | | |
| 38  Total lobbying expenditures (add lines 36 and 37)................................ | 38 | | |
| 39  Other exempt purpose expenditures.............................................. | 39 | | |
| 40  Total exempt purpose expenditures (add lines 38 and 39)......................... | 40 | | |
| 41  Lobbying nontaxable amount. Enter the amount from the following table — | | | |
| If the amount on line 40 is —  The lobbying nontaxable amount is — | | | |
| Not over $500,000...................... 20% of the amount on line 40..... | | | |
| Over $500,000 but not over $1,000,000.......... $100,000 plus 15% of the excess over $500,000 | | | |
| Over $1,000,000 but not over $1,500,000......... $175,000 plus 10% of the excess over $1,000,000 | 41 | | |
| Over $1,500,000 but not over $17,000,000........ $225,000 plus 5% of the excess over $1,500,000 | | | |
| Over $17,000,000..................... $1,000,000...................... | | | |
| 42  Grassroots nontaxable amount (enter 25% of line 41)............................ | 42 | | |
| 43  Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36............... | 43 | | |
| 44  Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38............... | 44 | | |
| Caution: If there is an amount on either line 43 or line 44, you must file Form 4720. | | | |

### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.
See the instructions for lines 45 through 50.)

| | Lobbying Expenditures During 4-Year Averaging Period | | | | |
|---|---|---|---|---|---|
| Calendar year<br>(or fiscal year<br>beginning in) ► | (a)<br>2002 | (b)<br>2001 | (c)<br>2000 | (d)<br>1999 | (e)<br>Total |
| 45  Lobbying nontaxable<br>amount............. | | | | | |
| 46  Lobbying ceiling amount<br>(150% of line 45(e))...... | | | | | |
| 47  Total lobbying<br>expenditures......... | | | | | |
| 48  Grassroots non-<br>taxable amount...... | | | | | |
| 49  Grassroots ceiling amount<br>(150% of line 48(e))...... | | | | | |
| 50  Grassroots lobbying<br>expenditures......... | | | | | |

## Part VI-B  Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A) (See instructions.)                   N/A

| During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | Yes | No | Amount |
|---|---|---|---|
| a Volunteers............................................................... | | | |
| b Paid staff or management (Include compensation in expenses reported on lines c through h.)......... | | | |
| c Media advertisements..................................................... | | | |
| d Mailings to members, legislators, or the public................................ | | | |
| e Publications, or published or broadcast statements............................ | | | |
| f Grants to other organizations for lobbying purposes........................... | | | |
| g Direct contact with legislators, their staffs, government officials, or a legislative body.............. | | | |
| h Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means............ | | | |
| i Total lobbying expenditures (add lines c through h.)............................ | | | |

If 'Yes' to any of the above, also attach a statement giving a detailed description of the lobbying activities.

BAA                                                              Schedule A (Form 990 or 990-EZ) 2002

TEEA0405L  08/12/02

CF289899
Exhibit 5
Page 12 of 23

Schedule A (Form 990 or 990-EZ) 2002    CHILD FOUNDATION                    93-1148608         Page 6

**Part VII** Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations (See instructions)

51  Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a Transfers from the reporting organization to a noncharitable exempt organization of: | | | |
| (i) Cash | 51 a (i) | | X |
| (ii) Other assets | a (ii) | | X |
| b Other transactions: | | | |
| (i) Sales or exchanges of assets with a noncharitable exempt organization | b (i) | | X |
| (ii) Purchases of assets from a noncharitable exempt organization | b (ii) | | X |
| (iii) Rental of facilities, equipment, or other assets | b (iii) | | X |
| (iv) Reimbursement arrangements | b (iv) | | X |
| (v) Loans or loan guarantees | b (v) | | X |
| (vi) Performance of services or membership or fundraising solicitations | b (vi) | | X |
| c Sharing of facilities, equipment, mailing lists, other assets, or paid employees | c | | X |

d If the answer to any of the above is 'Yes,' complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received:

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

52 a Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ▶ ☐ Yes ☒ No

b If 'Yes,' complete the following schedule:

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

BAA                                TEEA0406L  08/12/02                    Schedule A (Form 990 or 990-EZ) 2002

CF289900
Exhibit 5
Page 13 of 23

**Schedule B**
**(Form 990, 990-EZ,**
**or 990-PF)**

Department of the Treasury
Internal Revenue Service

### Schedule of Contributors

Supplementary information for
line 1 of Form 990, 990-EZ and 990-PF (see instructions)

OMB No. 1545-0047

## 2002

Name of organization

D FOUNDATION

Employer identification number

93-1148608

Organization type (check one):

Filers of:

Form 990 or 990-EZ

Section:

[X] 501(c)( 3 ) (enter number) organization

[ ] 4947(a)(1) nonexempt charitable trust not treated as a private foundation

[ ] 527 political organization

Form 990-PF

[ ] 501(c)(3) exempt private foundation

[ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

[ ] 501(c)(3) taxable private foundation

Check if your organization is covered by the **General Rule** or a **Special Rule.** (Note: *Only a section 501(c)(7), (8), or (10) organization can check box(es) for both the General Rule and a Special Rule — see instructions.*)

**General Rule —**

[ ] For organizations filing Form 990, 990-EZ, or 990-PF that received, during the year, $5,000 or more (in money or property) from any one contributor. (Complete Parts I and II.)

**Special Rules —**

[X] For a section 501(c)(3) organization filing Form 990, or Form 990-EZ, that met the 33-1/3% support test of the regulations under sections 509(a)(1)/170(b)(1)(A)(vi) and received from any one contributor, during the year, a contribution of the greater of $5,000 or 2% of the amount on line 1 of these forms. (Complete Parts I and II.)

[ ] For a section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, aggregate contributions or bequests of more than $1,000 for use *exclusively* for religious, charitable, scientific, literary, or educational purposes, or the prevention of cruelty to children or animals. (Complete Parts I, II, and III.)

[ ] For a section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, me contributions for use *exclusively* for religious, charitable, etc, purposes, but these contributions did not aggregate to more than 000. (If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, c, purpose. Do not complete any of the Parts unless the **General Rule** applies to this organization because it received nonexclusively

religious, charitable, etc, contributions of $5,000 or more during the year.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

**Caution:** *Organizations that are not covered by the General Rule and/or the Special Rules do not file Schedule B (Form 990, 990-EZ, or 990-PF) but must check the box in the heading of their Form 990, Form 990-EZ, or on line 1 of their Form 990-PF, to certify that they do not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).*

**BAA  For Paperwork Reduction Act Notice, see the instructions for Form 990 and Form 990-EZ.**

Schedule B (Form 990, 990-EZ, or 990-PF) (2002)

TEEA0701L  01/23/03

CF289901
Exhibit 5
Page 14 of 23

Schedule B (Form 990, 990-EZ, 990-PF) (2002) | Page 1 | to 1 | of Part I

| Name of organization | Employer identification number |
|---|---|
| CHILD FOUNDATION | 93-1148608 |

**Part I** Contributors (See Instructions.)

| (a) Number | (b) Name, address and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | PROVIDENCE PORTLAND MED CTR<br>4805 N.E. GLISAN<br>PORTLAND OREGON | $ 36,300. | Person ☐<br>Payroll<br>Noncash ☒<br>(Complete Part II if there is a noncash contribution.) |
| 2 | WASHINGTON WIZARDS<br>601 F STREET NE<br>WASHINGTON, DC 20004 | $ 50,000. | Person ☒<br>Payroll<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |
| 3 | HOSEIN LAHIJI<br>120 CARDINAL<br>MC ALLEN, TX 78504 | $ 350,000. | Person ☒<br>Payroll<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |
| 4 | IRANIAN CHILDREN'S RIGHT SOC.<br>29341 VIA PORTOLA<br>LAGUNA NIGUEL, CA 92677 | $ 25,000. | Person ☒<br>Payroll<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |
| 5 | THE AHOORA FOUNDATION<br>2435 N CENTRAL EXPWY, 225<br>RICHARDSON, TX 75080 | $ 38,245. | Person ☒<br>Payroll<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |
| 6 | WORLD REACH, INC<br>PO BOX 5860<br>BETHESDA, MD 20824-5860 | $ 55,125. | Person ☒<br>Payroll<br>Noncash ☐<br>(Complete Part II if there is a noncash contribution.) |

BAA                    TEEA0702L 08/15/02                    Schedule B (Form 990, 990-EZ, 990-PF) (2002)

14

CF289902
Exhibit 5
Page 15 of 23

Schedule B (Form 990, 990-EZ, or 990-PF) (2002)     Page 1   to 1   of Part II

| Name of organization | Employer identification number |
|---|---|
| CHILD FOUNDATION | 93-1148608 |

**Part II** Noncash Property (See Specific Instructions.)

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (see instructions) | (d) Date received |
|---|---|---|---|
| 1 | MEDICINE | $ 7,500. | 9/11/02 |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

BAA        Schedule B (Form 990, 990-EZ, or 990-PF) (2002)

TEEA0703L  08/15/02

15

CF289903
Exhibit 5
Page 16 of 23

Schedule B (Form 990, 990-EZ, or 990-PF) (2002)    Page 1    to 1    of Part III

| Name of organization | Employer identification number |
|---|---|
| CHILD FOUNDATION | 93-1148608 |

**Part III** *Exclusively* religious, charitable, etc, individual contributions to section 501(c)(7), (8), or (10) organizations aggregating more than $1,000 for the year (Complete cols (a) through (e) and the following line entry.)

For organizations completing Part III, enter total of *exclusively* religious, charitable, etc, contributions of $1,000 or less for the year. (Enter this information once — see instructions.) ........... ► $    N/A

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | N/A | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

BAA    Schedule B (Form 990, 990-EZ, or 990-PF) (2002)

TEEA0704L 01/23/03

16

Form **8868**
(December 2000)

Department of the Treasury
Internal Revenue Service

## Application for Extension of Time to File an Exempt Organization Return

► File a separate application for each return.

OMB No. 1545-1709

- If you are filing for an **Automatic 3-Month Extension, complete only Part I** and check this box ........................................ ► [X]
- If you are filing for an **Additional (not automatic) 3-Month Extension, complete only Part II** (on page 2 of this form).
- Do *not complete Part II unless you have already been granted an automatic 3-month extension on a previously filed 8868.*

### Part I  Automatic 3-Month Extension of Time — Only submit original (no copies needed)

**Note:** *Form 990-T corporations* requesting an automatic 6-month extension — check this box and complete Part I only. ................ ► ☐

*All other corporations (including Form 990-C filers) must use Form 7004 to request an extension of time to file income tax returns. Partnerships, REMICs and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.*

| Type or print File by the due date for filing your return. See instructions. | Name of Exempt Organization  CHILD FOUNDATION | Employer identification number  93-1148608 |
|---|---|---|
| | Number, street, and room or suite number. If a P.O.box, see instructions  P.O. BOX 1364 | |
| | City, town or post office. For a foreign address, see instructions.  CLACKAMAS, OR  state  ZIP code  97015-1364 | |

**Check type of return to be filed** (file a separate application for each return):

| | | |
|---|---|---|
| [X] Form 990 | ☐ Form 990-T (corporation) | ☐ Form 4720 |
| ☐ Form 990-BL | ☐ Form 990-T (Section 401(a) or 408(a) trust) | ☐ Form 5227 |
| ☐ Form 990-EZ | ☐ Form 990-T (trust other than above) | ☐ Form 6069 |
| ☐ Form 990-PF | ☐ Form 1041-A | ☐ Form 8870 |

- If the organization does not have an office or place of business in the United States, check this box. ........................... ► ☐
- If this is for a **Group Return**, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the **whole group,** check this box . ► ☐ . If it is for part of the group, check this box . ► ☐ and attach a list with the names and EINs of all members the extension will cover.

1  I request an automatic 3-month (6-month, for **990-T** corporation) extension of time until ___4/15___ , 20 _04_ , to file the exempt organization return for the organization named above. The extension is for the organization's return for:

► ☐ calendar year 20 _____ or

[X] tax year beginning ___6/01___ , 20 _02_ , and ending ___5/31___ , 20 _03_ .

If this tax year is for less than 12 months, check reason: ☐ Initial return  ☐ Final return  ☐ Change in accounting period

**3a** If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions .................................................... $ _____ 0.

**b** If this application is for Form 990-PF or 990-T, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit ........................................ $ _____ 0.

**c Balance Due.** Subtract line 3b from line 3a. Include your payment with this form, or, if required, deposit with FTD coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions ............. $ _____ 0.

### Signature and Verification

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ► _____    Title ► _____    Date ► _____

BAA  **For Paperwork Reduction Act Notice, see instructions.**    Form 8868 (12-2000)

FIFZ0501L 07/25/02

CF289905
Exhibit 5
Page 18 of 23

Form 8868 (12-2000)                                                                                                      Page 2

• If you are filing for an Additional (not automatic) 3-Month Extension, complete only Part II and check this box ..................... ► [X]

Note: *Only complete Part II if you have already been granted an automatic 3-month extension on a previously filed Form 8868.*

• If you are filing for an Automatic 3-Month Extension, complete only Part I (on page 1).

## Part II    Additional (not automatic) 3-Month Extension of Time — Must File Original and One Copy.

| Type or print | Name of Exempt Organization | Employer identification number |
|---|---|---|
| | CHILD FOUNDATION | 93-1148608 |

**File by the extended due date for filing the return. See instructions.**

| Number, street, and room or suite number. If a P.O. box, see instructions. | For IRS Use Only |
|---|---|
| P.O. BOX 1364 | |

City, town or post office, state, and ZIP code. For a foreign address, see instructions.

CLACKAMAS, OR 97015-1364

Check type of return to be filed (file a separate application for each return):

[X] Form 990    [ ] Form 990-EZ    [ ] Form 990-T (Section 401(a) or 408(a) trust)    [ ] Form 1041-A    [ ] Form 5227    [ ] Form 8870

[ ] Form 990-BL    [ ] Form 990-PF    [ ] Form 990-T (trust other than above)    [ ] Form 4720    [ ] Form 6069

**Stop:** Do not complete Part II if you were not already granted an automatic 3-month extension on a previously filed Form 8868.

• If the organization does not have an office or place of business in the United States, check this box.............................. ► [ ]

• If this is for a Group Return, enter the organizations' four digit Group Exemption Number (GEN)........_____ . If this is for the whole group, check this box... ► [ ] . If it is part of the group, check this box.. ► [ ] and attach a list with the names and EINs of all members the extension is for.

4   I request an additional 3-month extension of time until __4/15____ , 20 _04_.

5   For calendar year _____ , or other tax year beginning __6/01____ , 20 _02_ and ending __5/31____ , 20 _03_.

6   If this tax year is for less than 12 months, check reason:   [ ] Initial return   [ ] Final return   [ ] Change in accounting period

7   State in detail why you need the extension... __TAXPAYER RESPECTFULLY REQUESTS ADDITIONAL TIME TO___ GATHER INFORMATION NECESSARY TO FILE A COMPLETE AND ACCURATE TAX RETURN.__

8 a   If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions ........................................................... $ _____

b   If this application is for Form 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit and any amount paid previously with Form 8868........................................................................................ $ _____

c   **Balance due.** Subtract line 8b from line 8a. Include your payment with this form, or, if required, deposit with FTD coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions...... $ _____

### Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ► _____    Title ► _____    Date ► _____

### Notice to Applicant — To be Completed by the IRS

[ ]   We have approved this application. Please attach this form to the organization's return.

[ ]   We have not approved this application. However, we have granted a 10-day grace period from the later of the date shown below or the due date of the organization's return (including any prior extensions). This grace period is considered to be a valid extension of time for elections otherwise required to be made on a timely filed return. Please attach this form to the organization's return.

[ ]   We have not approved this application. After considering the reasons stated in item 7, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.

[ ]   We cannot consider this application because it was filed after the due date of the return for which an extension was requested.

[ ]   Other: _____

By: _____

Director            Date

**Alternate Mailing Address** — Enter the address if you want the copy of this application for an additional 3-month extension returned to an address different than the one entered above.

| Name |
|---|
| JONATHAN RESNICK, CPA, A PROFESSIONAL CORP |

Number and street (include suite, room, or apartment number) or a P.O. box number

2192 DUPONT DRIVE, SUITE 208

City or town, province or state, and country (including postal or ZIP code)

IRVINE, CA 92612

BAA       FIFZ0502L 10/04/02       Form 8868 (Rev 12-2000)

18

CF289906

Exhibit 5
Page 19 of 23

| 2002 | **FEDERAL STATEMENTS** | PAGE 1 |
|---|---|---|
| | CHILD FOUNDATION | 93-1148608 |

**STATEMENT 1**
**FORM 990, PART I, LINE 9**
**NET INCOME (LOSS) FROM SPECIAL EVENTS**

| SPECIAL EVENTS | GROSS RECEIPTS | LESS CONTRI- BUTIONS | GROSS REVENUE | LESS DIRECT EXPENSES | NET INCOME (LOSS) |
|---|---|---|---|---|---|
| GALA NOV 2002 OC | 413,720. | 183,320. | 230,400. | 40,949. | 189,451. |
| GALA 2003 WASHINGTON DC | 106,794. | 46,460. | 60,334. | 50,884. | 9,450. |
| NOROUZ BAZAAR 2002/2003 | 57,135. | 0. | 57,135. | 24,369. | 32,766. |
| FASHION SHOW 2002 | 50,086. | 2,587. | 47,499. | 10,492. | 37,007. |
| TOTAL | $ 627,735. | $ 232,367. | $ 395,368. | $ 126,694. | $ 268,674. |

**STATEMENT 2**
**FORM 990, PART I, LINE 10**
**GROSS PROFIT (LOSS) FROM SALES OF INVENTORY**

| | |
|---|---|
| PHONE CARDS | $ 62,937. |
| GROSS SALES | $ 62,937. |
| LESS RETURNS & ALLOWANCES | 0. |
| NET SALES | $ 62,937. |
| LESS COST OF GOODS SOLD | 44,056. |
| GROSS PROFIT FROM SALES OF INVENTORY | $ 18,881. |

**STATEMENT 3**
**FORM 990, PART I, LINE 20**
**OTHER CHANGES IN NET ASSETS OR FUND BALANCES**

| | |
|---|---|
| PRIOR PERIOD ADJUSTMENT | $ 562,622. |
| TOTAL | $ 562,622. |

**STATEMENT 4**
**FORM 990, PART II, LINE 22**
**GRANTS AND ALLOCATIONS**

CASH GRANTS AND ALLOCATIONS

| | | |
|---|---|---|
| CLASS OF ACTIVITY: | ASSIT BAJA MEXICO ORPHANS | |
| DONEE'S NAME: | CORAZON DE VIDA | |
| DONEE'S ADDRESS: | 2062 BUSINESS CENTER DRIVE | |
| | STE 225 IRVINE, CA 92612 | |
| RELATIONSHIP OF DONEE: | NONE | |
| AMOUNT GIVEN: | | $ 4,000. |
| | | |
| DONEE'S NAME: | MOTHER & CHILD CHARITY LONDON | |
| AMOUNT GIVEN: | | 2,740. |
| | | |
| CLASS OF ACTIVITY: | WHEELCHAIRS FOR DISABLED | |
| DONEE'S NAME: | WHEELCHAIR FNDTN | |
| DONEE'S ADDRESS: | 3700 BLACKHAWK PLAZA CIRCLE | |
| | DANVILLE, CA 94506 | |

19

CF289907
Exhibit 5
Page 20 of 23

| 2002 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|
| | CHILD FOUNDATION | 93-1148608 |

**STATEMENT 4 (CONTINUED)**
**FORM 990, PART II, LINE 22**
**GRANTS AND ALLOCATIONS**

CASH GRANTS AND ALLOCATIONS

RELATIONSHIP OF DONEE:        NONE
AMOUNT GIVEN:                                                        $      36,000.

                              TOTAL GRANTS AND ALLOCATIONS  $      42,740.

**STATEMENT 5**
**FORM 990, PART II, LINE 23**
**SPECIFIC ASSISTANCE TO INDIVIDUALS**

FOOD, SHELTER AND CLOTHING ................................................... $    765,181.
                                                          TOTAL $    765,181.

**STATEMENT 6**
**FORM 990, PART II, LINE 43**
**OTHER EXPENSES**

| | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT & GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| BANK FEES | 2,568. | | 2,568. | |
| C.CARD PROCESSING | 5,972. | | 5,972. | |
| DONATIONS | 75. | | 75. | |
| DUES & PUBS | 68. | | 68. | |
| FILING FEES | 185. | | 185. | |
| INSURANCE | 1,482. | | 1,482. | |
| MISC EXPENSE | 4,039. | 3,069. | 970. | |
| PROGRAM EXPENSES | 759,997. | 759,997. | | |
| TOTAL | $ 774,386. | $ 763,066. | $ 11,320. | $ 0. |

**STATEMENT 7**
**FORM 990, PART III**
**ORGANIZATION'S PRIMARY EXEMPT PURPOSE**

TO PROVIDE BASIC LIVING ESSENTIALS SUCH AS FOOD, SHELTER, CLOTHING AND MEDICAL
NEEDS SO THAT YOUNG BOYS AND GIRLS CAN CONTINUE THEIR EDUCATION, RATHER THAN BEING
FORCED TO ENGAGE IN DEMEANING JOBS OR EARLY MARRIAGES.

CF289908
Exhibit 5
Page 21 of 23

| 2002 | FEDERAL STATEMENTS | PAGE 3 |
| --- | --- | --- |
| | CHILD FOUNDATION | 93-1148608 |

**STATEMENT 8**
**FORM 990, PART IV, LINE 57**
**LAND, BUILDINGS, AND EQUIPMENT**

| CATEGORY | BASIS | ACCUM. DEPREC. | BOOK VALUE |
| --- | --- | --- | --- |
| BUILDINGS | $ 245,000. | $ 0. | $ 245,000. |
| TOTAL | $ 245,000. | $ 0. | $ 245,000. |

**STATEMENT 9**
**FORM 990, PART IV, LINE 58**
**OTHER ASSETS**

| | |
| --- | --- |
| OTHER RECEIVABLE | $ 20,000. |
| ROUNDING | 1. |
| TOTAL | $ 20,001. |

**STATEMENT 10**
**FORM 990, PART IV, LINE 65**
**OTHER LIABILITIES**

| | |
| --- | --- |
| PLEDGES PAYABLE | $ 105,409. |
| TOTAL | $ 105,409. |

21

CF289909
Exhibit 5
Page 22 of 23

| 2002 | FEDERAL SUPPLEMENTAL INFORMATION | PAGE 1 |
|---|---|---|
| | CHILD FOUNDATION | 93-1148608 |

BALANCE SHEET
BUILDINGS

LAND/BLDG - TEHRAN, IRAN......................................... $     245,000.

TOTAL $     245,000.

Photocopy

22

CF289910
Exhibit 5
Page 23 of 23