**Internal Revenue Service**
**Criminal Investigation**

**Memorandum of Interview**



| | | | |
|---|---|---|---|
| **In Re:** | **Child Foundation & Mehrdad Yasrebi** | **Location:** | **855 E. Berkeley Street** |
| **Investigation #:** | **930530224 & 930530171** | | **Gladstone, OR  97027** |
| **Date:** | **July 18, 2008** | | |
| **Time:** | **9:01AM-** | | |
| **Participant(s):** | **Ronald Chatterton, P.C.** | | |
| | **Cindy Arndt, Revenue Agent** | | |
| | **Debra J. Meyer, Special Agent** | | |

On this date at approximately 9:01am Revenue Agent (RA) Cindy Arndt and Special Agent (SA) Debra Meyer met with Ronald A. Chatterton, as previously arranged to pickup records obtained through a grand jury subpoena. SA Meyer and RA Arndt introduced themselves, and SA Meyer explained that they wanted to pick up the records and question Chatterton regarding the preparation of the Child Foundation Forms 990 and the Forms 1040, Individual Income Tax Returns of Mehrdad Yasrebi and Fatemeh Sharif-Kazemi. Pursuant to questioning Chatterton answered substantially as follows:

1. Chatterton is a Certified Public Accountant. His business is called Ronald A. Chatterton, P.C. and the address is 855 E. Berkeley Street, Gladstone, Oregon, 97027, telephone number (503) 557-1041. Chatterton's date of birth is August 29, 1954.

2. Yasrebi is employed by Precision Castparts. Mehrdad (Abu) Yasrebi and the Child Foundation were referred to Chatterton by another Precision Castparts employee that Chatterton met through his son's soccer team. Chatterton cannot recall the employee's name.

3. Yasrebi told Chatterton that Child Foundation was a charity set up to benefit orphans in Iran.

4. Chatterton prepared the Child Foundation Forms 990, Return of Organization Exempt from Income Tax for 2000/05, 2001/05 and 2002/05. Chatterton also prepared Yasrebi's and his wife's, Fatemeh Sharif-Kazemi's Form 1040, U.S. Individual Income Tax Returns for the years 2000 through 2007. These Form 1040 returns included Yasrebi's 2002 and Sharif-Kazemi's 2002, Married Filing Separate Returns and Yasrebi's and Sharif-Kazemi's Married Filing Jointly Returns for the years 2000 though 2001 and 2003 through 2007. At Yasrebi's request, Chatterton prepared Ameneh Modarress' Form 1040, Individual Income Tax Return for the year 2007. Modarress is Yasrebi's mother.

5. In approximately December of 2005 Chatterton's office started preparing Child Foundation's payroll checks. Chatterton's office was already preparing the Forms 941 Employer's Quarterly Federal Tax Returns, 941C Supporting Statement to Correct Information, Oregon Quarterly Tax Report, Form OQ, and Forms W-2, Wage and Tax Statement. Chatterton's office is still currently preparing Child Foundation's payroll checks and related payroll reports.

1

CF287855

Exhibit 6
Page 1 of 4

6. Yasrebi contacted Chatterton to prepare the Child Foundation 2003/05 Form 990 just a few days before the return was due. However, because he was extremely busy, Chatterton told Yasrebi that he would have to wait to have the Child Foundation Form 990 prepared, so Yasrebi went to another return preparer.

7. According to Chatterton, Yasrebi must be changing return preparers again because a few weeks ago a Child Foundation employee called Chatterton's office to ask if they could recommend someone that could prepare the Child Foundation Forms 990 for a less expensive fee. Chatterton did not recommend anyone.

8. Yasrebi provided all information that was reported on the Child Foundation Forms 990 for the 2000/05 through 2002/05 years. Chatterton did not audit the Child Foundation or prepare their financial statements.

9. Yasrebi told Chatterton that Child Foundation did not have a sister organization or any other related entities.

10. Chatterton does not know how Child Foundation got funds into Iran, and he did not ask.

11. When questioned about a $245,000 office building owned by Child Foundation as reported on the Forms 990, Chatterton stated that Yasrebi told him about an office building located in Iran and owned by Child Foundation which was purchased from Dr. H. Lahiji. Chatterton does not know any other details about the purchase. This $245,000 office building is shown on the Form 990's for 2000/05 through 2002/05, Part IV, Balance Sheets as an asset under land, buildings & equipment. Federal Statements, Statement 3 attached to these same returns shows the building's basis is $245,000 with zero depreciation. These same Form 990 returns for 2000/05 through 2002/05 prepared by Chatterton also show under Federal Supplemental Information-Balance Sheet Buildings: Land/Bldg-Tehran, Iran, Total $245,000. Under Balance Sheet, Mortgages and other notes payable the returns show: N/P- Dr. H. Lahiji-non interest $245,000. Chatterton explained that he reported on the Child Foundation Form 990 returns a debit to building for $245,000 and a credit for the loan to Dr. H. Lahiji for $245,000. Yasrebi provided the information that Child Foundation owns the building and borrowed the funds from Lahiji; otherwise Chatterton would not have shown the building on the return.

12. Yasrebi also told Chatterton that Child Foundation supports 3,000 children and their families and that Child Foundation's purpose is to provide for needy families. See Form 990's, Part III, Statement of Program Service Accomplishments, page 2 for the years 2001/05 through 2002/05.

13. Schedule B information, Schedule of Contributors for the Form 990's was also provided by Yasrebi for the years 2000/05 through 2002/05. Chatterton reviewed his Child Foundation Form 990 file and said that it contained a letter from the Internal Revenue Service stating that they did not receive the Schedule B, list of substantial donors for the year 2001/05 Form 990. Chatterton believes that Yasrebi must have responded directly to the IRS on this issue. When he initially prepared the Form 990 for 2001/05, Yasrebi told him that there were not any substantial donors.

14. Yasrebi told Chatterton that he did not receive compensation or payments from the Child Foundation for the years 2000/05, 2001/05 or 2002/05.

15. Chatterton typically provides a Pro Forma to clients in order to organize what information he (Chatterton) needs to prepare their tax returns. However, Chatterton does not use a Pro Forma to prepare Forms 990, Return of Organization Exempt from Income Tax since he does not prepare them very often. Chatterton just reviews with the client what information is needed for the return.

U.S. Treasury Criminal Investigation

CF287856

Exhibit 6
Page 2 of 4

16. Chatterton only met Fatemeh (Saideh) Sharif-Kazemi once when she asked him to prepare a Married Filing Separate Form 1040 for her for the 2002 year. At that time it was Chatterton's understanding that Sharif-Kazemi and Yasrebi may have been contemplating a divorce. Fatemeh Sharif-Kazemi is not on Child Foundation's payroll, nor has she ever provided information to Chatterton relative to the Child Foundation From 990 returns.

17. Chatterton never met Yasrebi's mother, Ameneh Modarress. All information used to prepare Modarress' 2007 Form 1040 was provided by Yasrebi.

18. Yasrebi claims his parents as dependents on his Individual Income Tax Returns, Forms 1040. According to Yasrebi, his parents live with him full time and they have no income. Yasrebi did not mention to Chatterton that his parents were not U.S. citizens, because if he had Chatterton would not have allowed Yasrebi to claim them as dependents on his tax returns. Yasrebi provided his parents' social security numbers, so Chatterton assumed that the parents were U.S. citizens.

19. Once a client's return is prepared, the client either picks up the return from Chatterton's office or Chatterton mails it to them. It is the client's responsibility to sign and mail the return.

20. Chatterton asked if his office should stop preparing Yasrebi's Individual Income Tax Returns, Forms 1040, and preparing Child Foundation's payroll. SA Meyer told Chatterton that she could not advise him and that is was his decision.

21. Per a grand jury subpoena dated July 14, 2008 and served on Chatterton on July 15, 2008, agents received the following original folders and/or documents relative to Yasrebi, Child Foundation, Sharif-Kazemi, and Ameneh Modarress:

- 2007 Tax Organizer-Mehrdad Yasrebi & Sharif-Kazemi.

- Billing Statements relative to Yasrebi, Sharif-Kazemi and Child Foundation.

- A file labeled: 2004 file for Mehrdad Yasrebi which includes copies of Yasrebi's 2004 through 2007 Federal Individual income tax returns and Oregon State returns including worksheets.

- A file for Saideh Yasrebi's 2002 Federal Individual income tax return and 2002 Oregon State return.

- A file for Mehrdad (Abu) Yasrebi for 2000 through 2003 which includes Yasrebi's 2000 through 2003 Individual income tax returns and 2000 through 2003 State tax returns including work papers.

- A file for Child Foundation 2002 through 2004 which includes Quarterly Federal tax returns, Forms 941C, Oregon Forms OQ, copies of checks, Forms W-2, and communications.

- Child Foundation's Payroll permanent file which includes Human Resource Policies and Procedures, LifeWise data, and Forms W-2.

- Ameneh Modarress' 2007 file, which includes her 2007 Individual income tax return (Federal and state both?)

- A Child Foundation file for 2005 which includes Employer's Quarterly Federal Tax Returns, Forms 941, 941C Supporting Statement To Correct Information , Oregon Forms OQ, copies of checks, Forms W-2, and communications.

U.S. Treasury Criminal Investigation

CF287857

Exhibit 6
Page 3 of 4

- A Child Foundation Form 990 file including Applications for Extension of Time To File, Form 990 for the year 2002/05 along with a summary sheet provided by Yasrebi including donors, Forms 990 for 2000/05, 2001/05, 2002/05, billing statements, communications from IRS and Oregon Department of Justice.

- Child Foundation's 2008 Payroll file.

22. SA Meyer provided Chatterton with a property receipt showing the list of items received and agreed that she would provide copies of the documents upon request. SA Meyer also told Chatterton that she would review the documents and then make another appointment to interview him again. SA Meyer and RA Arndt thanked Chatterton for his time and ended the interview.


Cindy Arndt
Revenue Agent


Debra J. Meyer
Special Agent


I prepared this memorandum on July 21, 2008 after refreshing my memory from notes made during and immediately after the interview with Ronald Chatterton.


Debra J. Meyer
Special Agent

4                                                          U.S. Treasury Criminal Investigation

CF287858

Exhibit 6
Page 4 of 4