



# Festival of HOPE

## Help Orphans be Productive & Educated

### July 19th, 2003

### 4:00 – 10:00 p.m.
4:00 p.m. to 6:00 p.m. Plaza Area
6:00 p.m. to 10:00 p.m. Award Ceremonies & Entertainment

### Crystal Cathedral
### Garden Grove, CA

         

*Honorable* **Christopher Cox**    *Honorable* **Loretta Sanchez**    *Honorable* **Dana Rohrabacher**    *Honorable* **Edward Royce**

## Guests of Honors

- Congressman ***Christopher Cox***
- Congressman ***Dana Rohrabacher***
- Congressman ***Edward Royce***
- Congresswoman ***Loretta Sanchez***
- Mayor of Laguna Niguel, ***Honorable Michael Whipple***
- Recipient of the 2003 Ambassador of HOPE Award ***Honorable Richard Riordan***

**Festival will offer a variety of cultural exhibits, featuring art, music, books and much more, including ethnic food. BRING YOUR CHILDREN to this wonderful event!**

**Tickets: $40, $60 & 80 \*\*\* Kids Under 12: $25 \*\*\* FREE PARKING**

## Program



Hosted by:    **Ms. Virginia Madsen**
*Starring in "Crossfire Trail" &*
*"Just ask my children"*

Featuring:    **Ms. Susan Jeske**
*The Reigning Ms. America*

Performances by:    **Leila Forouhar**
**Haider Saleem**
**Mitra Rahbar**

Ms. Virginia Madsen

Ms. Susan Jeske

**Proceeds from this event will benefit the homeless street children of Iran, orphanage homes in Afghanistan and donations to selected local charities. After 25 years of war in Afghanistan, there are 1.5 million orphan children; 700,000 of whom have lost both parents. Homeless children in Iran and Afghanistan need our help for today's survival and tomorrow's prosperity.**

For more information, please call:
Child Foundation at **949-580-1162** or **949-754-0611**  www.ChildFoundation.org
*International Orphan Care* at **949-305-1787** www.OrphanProject.org

Exhibit 8
Page 1 of 1