# THE ORANGE COUNTY REGISTER

Sunday
**March 18**
2001

Price:
$1·16
Sunday

Orange County's information source since 1905 • www.ocregister.com

**PLAN YOUR DAY**

**Weather**
Today ☀ 71° 79°
          COAST INLAND
Tonight ☀ 53° 50°

**Children's benefit**
Persian New Year Bazaar fund-raiser for Child Foundation, free, (949) 633-3316.

**On TV**
Pennzoil Copper World Indy 200, KABC/7, 1 p.m.



**Book signing**
'Mouse Under Glass' author **David Koenig** at Borders Books, Orange, 3-4 p.m. (714) 385-1025

**Reminder**
Youth Expo for ages 8-18. Learn about youth services, college, scholarships and jobs. Door prizes. Free. Municipal Stadium, Santa Ana. 1-5 p.m. (714) 571-4200.

---

# Back home again, and better off

**Housing** • Anaheim spruces up a blighted area and welcomes returning residents.

**IN DEPTH** ›› News 3

**Renovation** – Improving outlooks.

**By VIK JOLLY**
The Orange County Register

**ANAHEIM**

The city's most ambitious revitalization program welcomed 28 families Saturday into homes with the smell of fresh paint and soft new carpet, where children will have room to study and parents more privacy.

"I can't believe it. I am so happy," said Leticia Figueroa, wiping tears of joy, after getting keys to her new place. "I never had a new apartment."

When the $50 million project is completed in December, about 300 units will have been gutted and one-bedroom apartments transformed to one- to four-bedroom units, improving life for hundreds of low-income residents.

The makeover of the cramped and crime-ridden Jeffrey-Lynne neighborhood – directly west of the Disney Resort – began in 1998, with the city hammering out agreements with property owners.

As work began last year, most of the residents in the targeted units were relocated. Another 265 families will be gradually moved back into the area.

Some who returned Saturday had spent eight months away while apartments were getting new refrigerators, storage spaces, patios, electrical wiring and plumbing.

Dilapidated alleys and streets are being repaved. A greenbelt will meander through the complex, and gates will keep nonresidents out.

An 11,000-square-foot recreation area with a pool will become the activity center that 1,000 children never had.

Francisco Ceja, a tenant advisory committee member, said the changes will mean fewer children hanging out on the streets or dropping out of school.

"They have a place to study, their own space to do homework," he said. "What it's going to do will not just be for the families or for the community, but the entire city."

## TODAY'S NEWS

**⊙ THIS SECTION**

### Insurers' practice of pricing by ZIP codes comes under fire

○ **Cost disparity** • Auto insurance is more expensive if you live in central Orange County. Insurers say it's because the area is congested. Consumer advocates think otherwise. **News 27**

**⊙ NATION & WORLD**

### Fox addresses police torture

● **Change vowed** • Mexico's leader said torture, forced confessions have been used. **News 36**

● **Homecoming** • Passengers who survived hijacking left Saudi Arabia. **News 29**

**⊙ LOCAL**

### Tourists flock to mission, too

● **Swallows** • More tourists than birds returned to Mission San Juan Capistrano. **Local 1**

● **Religion** • Presbyterians voted for a ban on same-sex blessings. **Local 1**

**⊙ SPORTS**

### UCLA, USC bound for Sweet 16

● **College basketball** • Guard **Earl Watson** scored 16 points, as did center Dan Gadzuric, as UCLA earned its fourth trip to the Sweet 16 in five years, beating 12th-seeded Utah State, 75-50. USC upset Boston College, 74-71, to join UCLA in the Sweet 16. **Sports 1**

● **Tennis** • Serena Williams won the final match of the Tennis Masters Series at Indian Wells, defeating Kim Clijsters, 4-6,

**STATE BASKETBALL FINALS** | **MATER DEI 57, MODESTO CHRISTIAN 54**



Exhibit 9
Page 1 of 7



# CHILD FOUNDATION
# Newsletter

بنیاد کودک    www.childfoundation.org    Volume 7  Fall 2002

## Child Foundation hosts CNN Representatives

Child Foundation will be hosting its distinguished guests Ms. Parisa Khosravi, Senior Vice President and Ms. Rudi Bakhtiar, anchor lady of CNN at its Third Annual Gala on November 2nd, 2002.Also, Child Foundation is proud to receive the continuous support of Dr Holaqouee in this program. The  First Lady of  Iranian Philantrophy, Ms. Shahrzad Ardalan will be our honorary Master of Ceremony.

For more information on sponsorship application and how to purchase tickets, please visit our website at www.childfoundation.org/events.shtml  or call (949)580-1162.

All proceeds for this event will benefit the Child Foundation programs.



**Rudi Bakhtiar, CNN Anchor and Reporter**

## Fundraising Gala 2001
### (Orange County, CA):

شاد بودن هنر است    شاد کردن هنری والاتر



**More than 800 people attended the event at the Marriott Hotel in Irvine**

Thanks to your participation, $91,350 was raised at the California Chapter Gala on November  18th 2001.
This is a report of how it was spent:

(Continued on page 4)

## Inside this issue:

| | |
|---|---|
| VISITING SPONSORS | 2 |
| BROUJERD ABUSED CHILDREN CENTER | 2 |
| ALBORZ HUMANITARIAN FOUNDATION | 3 |
| PARTO'S SHINING EYES | 3 |
| FUNDRAISING GALA 2001 | 4 |
| THANKS TO OUR  GALA 2001 SPONSORS | 4 |
| "GALA 2002" FLYER | 5 |
| POEM FROM MALIHE | 6 |
| WHEELCHAIR PROGRAMS FOR TURKEY & | 6 |
| AN UNFORGETTABLE DAY | 7 |
| SATISFIED SPONSORS HOLD ACTIVITIES | 7 |

**CHANGE A FUTURE, SPONSOR A CHILD**    Page 1

Exhibit 9
Page 2 of 7



# Child Foundation, Fundraising Gala To Benefit Cancer Division

## Saturday, January 8, 2005
### Bijan Mortazavi & Dj Dariush
### 6:30 PM at
## The Ritz Carlton Hotel
## at Pentagon City

مژده ای دل که مسیحا نفسی می آید

که ز انفاس خوش اش بوی خوشی می آید

تلفن دفتر و آدرس بنیاد کودک

### 202-326-9000
#### P.O.Box 54477, Wash, DC 20032



**Child Foundation**

بنیاد کودک تنها سازمان خیریه مورد تایید سازمان ملل متحد در دنیاست که کفالت کودکان محروم، بی سرپرست، سرطانی، نابینا و ناشنوا را در ایران بعهده دارد.

یاور گرامی، با پرداخت ۶۸ سنت در روز امکان رشد و پیشرفت را به یک دختر و یا پسر بی سرپرست در بم و یا هر شهر دیگر مورد نظرتان هدیه دهید

**Items for Auction:** $80,000.00 diamond and emerald ring., $19,000.00 Rolex Diamond women's watch and round trip tickets to Tehran

## 7000 Kids & Growing. Child Foundation is in great need of kind volunteers, please join Child Foundation, Volunteer Network Programing

**Special Thanks:** Azizi Rug, Caltex Record, Mr. M. Pakravan, Mr. Dariush Eghbali, Goli & kamyar Foundation, Honorable Mr. & Mrs. J. Darvish, Mrs. Tammy darvish, Ms. Googoosh, Iranian American Cultural Society of Maryland, Inc., Iranian American Medical Association, Lombardi Cancer Center, Honorable Mr. & Mrs. Abe Pollin, Honorable Senator J. Warner

## A very special Thanks to all of our volunteers in Washington, DC around the world for caring and saving children lives

**Sponsors Of the Event:** Anonymous Donor, Vienna, VA, Aminian & Associates, MBA, CPA, Mr. & Mrs. Amin, Law Firm of Berliner, Corcom & Row, LLP, Cyrus Travel, Dr. Ali Djalilian, Mr. A. Galadari, Eastern Automotive Group, Dr. P. lotfi, Resnick, J, MBA, CPA, Moby Dick Restaurant, Dr. & Mrs. Mehryar, Metropole Realty, Araya Mansouri, Mr. Bijan Mortazavi, Dr. M. Monfaredae, Nastaran Publication in MN, Law Firm Of Nazanin Nasri, Pardis Publication Inc, Dr. F. Paryavi, Tax & Association Service, Mr. C. Toomari, MBA, CPA, True Care Medical group, Dr. Sanai, Mr. & Mrs. Pejman Sayas, Dr. A. Shaygani, Dr. A. Shojaee, Yousefi Chiropractic

Donate your car to Child Foundation this holiday season and SAVE CHILDREN LIVES and receive 100% tax deduction in the US, Canada and Europe. **Federal Tax ID#93-114-8608**

Child Foundation is a proud supporter of United Nation Millennium Development Goals

Exhibit 9
Page 3 of 7



رایگان

# Nastaran نسترن

نشریه ایرانیان مقیم مینه پولیس ــ سنت پاول و حومه   *   سال چهارم   *   January - February  2005

## A PERSIAN COMMUNITY JOURNAL  *  ESTABLISHED 2001





علی کریمی مرد سال فوتبال آسیا ۲۰۰۴



Exhibit 9
Page 4 of 7



# Express Your Love, Sponsor Children in Need



**Child Foundation**

feeling of responsibility at Child Foundation.

That has made Child Foundation able to respond to any questions regarding children's financial status and how they receive help.

Up until last financial year, control and investigation of all financial activities of Child Foundation were done by sworn accountants once a year.

With the beginning of the new financial year this job is going to be done by a very well-known and highly credited international audit company named ERNST & YOUNG.

stablished in 1994, Child Foundation is an international non-profit organization with the simple objective of helping children stay in school.

This is achieved by providing food, shelter, clothing, educational needs, medical help, and other services to talented needy children.

**Our Mission:** To offer an opportunity to talented disadvantaged children for a better life today and the hope of a brighter, prosperous tomorrow

**Our Philosophy:** To preserve the dignity of needy children and help them move beyond the stigma of poverty by offering them an opportunity to excel to their highest potential

**Our Purpose:** To provide basic living essentials such as food, shelter, clothing and medical needs so that young boys and girls can continue their education, rather than being forced to engage in demeaning jobs or early marriages.

At Child Foundation, we help children by providing individual or Group Sponsorship plans.

What separates Child Foundation from any other valuable trustworthy charity organization is that majority of its personnel commit themselves to securing Child Foundations' goals by working on the volunteer basis.

This has helped Child Foundation keep his office and overhead costs within 10% of its total earnings since the beginning of its operation.

Currently, there are over 3,000 families, under coverage benefiting over 5,000 children. Talented needy children are identified through schools and local charity organizations. Volunteer social workers visit the families and prepare detailed reports of the child's life and the family's financial situation.

These reports along with the pictures are sent to sponsors of the families.

**Sponsor a Child**

Your financial support can save a child from poverty and help them improve quality of their lives by continuing their education and staying in school.

By donating $20.00 a month you can become a close friend to a needy child. You may visit your sponsored child at any time.



100% of your sponsorship goes directly to supporting your child.

**What you will receive in return:**

• Photo and a detailed report about family history and living conditions.

• Biannual reports providing you with detailed information of your child's progress in school, items provided for him/her and the family.

• Letters and greeting cards from your sponsored child.

• Visiting rights. You or your representative may visit your child at any time.

## Trustworthiness of Child Foundation and Sponsors' Support

Child Foundation spends more than $1,100,000.00 of sponsors' donations per year to support the life of over 3,000 children and a large number of needy and deprived people in a lawful manner.

Child Foundation owes its success to two very important factors it possesses, first of all, the humanitarian help and generosity of benevolent people, and secondly, to the trustworthiness, independence, and

**Below is the table of Child Foundation expenses for the 2004-2005 financial years.**

| | |
|---|---|
| Payment to Sponsored Children | 10,944,564,113 R |
| Payment to Charity Organizations and Education Institutes | 3,497,001,413 R |
| Payment to Sponsored Blind Children | 359,442,480 R |
| Payment to Sponsored Children | 764,240,320 R |
| Suffering from Cancer | 155,150,360 R |
| Payment for Housing for the Needy Families | 202,544,029 R |
| Payment to College Students | 322,999,250 R |
| Other Payments | |
| **Total** | **16,245,941,965 R** |



*No gifted and talented child's education should be hindered as a consequence of financial hardship*

## Child Foundation Performance and Achievements

**Although activities of Child Foundation are vast, highlights of this charity institute can be summarized as follows:**

1- Covering over 3,000 low-income and needy families with talented and bright children

2- Annual payment of approx. 10 billion rials for procuring students' basic educational facilities and boosting their standard of living as well as offering other relief packages

3- Granting loan to other needy families

4- Making effort in performing cultural activities with the aim of promoting knowledge level of the families under sponsorship

5- Winning top ranks at the nationwide university entrance examinations by a number of relief seekers, as well as passing over 67 percent of students, who have participated in improvement classes, at the nationwide University Entrance Exams

6- Performing and implementing demands and orders made by well wishers and generous benevolent

7- Active presence in natural disasters and calamities by sending relief services, such as the one in Bam earthquake (happened on Dec. 25, 2003 which claimed lives of many thousands innocent people in the wee hours of morning.)

8- Supporting patients suffering from Special Diseases and also helping their families

9- Proudly propounding of "Child Foundation" as a trusted, independent and public institute across the globe especially among Iranians residing in foreign countries (Iranian expatriates), etc.

**Sidelines Activities of Child Foundation**

1- Procuring required equipment and facilities for schools for the Blind as well as setting up computer site at affiliated complexes

2- Helping the needy families living in the deprived and underprivileged regions of the country through distribution of warm meat from 200 heads of sheep costing over 157 million rials, as well as procuring and distribution of dried foodstuff as much as 300 million rials in 2003

3- Payment of cash contributions to a number of privately-funded charity institutes supporting the needy children across the country

4- Organizing summer camps with the aim of promoting spirit of children sponsored by Child Foundation as well as boosting their hopes for the future

5- Payment of non-cash contributions to the flood-stricken victims

6- Helping quake-stricken people of Bam, southeastern Kerman Province, including procuring and distribution of 5,000 blankets as well as distribution of over 5,000 backpacks (school bags) among the survived students of Bam earthquake and procurement of necessary items such as stationeries, sanitary appliances, toys and under garments

7- Procuring and distribution of 200 hearing aids for a number of the deaf children in three provinces of Sistan-Baluchestan, Ilam and Azarbaijan-e-Shahrghi

8- Organizing preparatory and improvement classes (prior to the nationwide University Entrance Exams) for the gifted students in low-income families in cities of Shiraz, Tabriz and Tehran

9- Procuring necessary home appliances for the needy relief seeker families



**Change a Future by Sponsor...**

☐ yes, I want to become a sponsor a talented child.
(You can choose more than one optio...

☐ Girl        ☐ Boy
☐ A Child      ☐ Very Sm
☐ A Teenager    ☐ Very Po
☐ College Student  ☐ Rejected
☐ Orphan

☐ Or, choose a child from your 'Eme... needs one the most.
Please choose your monthly contribu...

☐ $60.00 per Month    Rls.540,000
☐ $40.00 per Month    Rls.360,000
☐ $20.00 per Month    Rls.180,000

☐ I do not wish to sponsor a child now to make a one-time donation of $... Foundation.

☐ Please add my name to your mailin...

Name: ................................
Address: ..............................
Telephone: ...........................
E-mail: ................................

If residing anywhere other than U.S fax this form to any Child Foundation l...

**If residing in U.S.:**
Please make your checks pa... Foundation and send it along this ... address. Your gifts are U.S. Income t... ID No. 93

## Changing the Face of th... One Child at a T...

**Child Foundation Website**

Child Foundation Website Iran ha... since November 2004.

On this website you can find infor... about the children you are sponsorin... other children who need sponsors.

You can access the site from anyw... and easily select a child/children fo... searching the data bank.

After going through the necessary ... out the sponsorship form online you ... sponsor.

From then on, you will be al... closer relationship with yo... child/children by transferring re... and etc.

**WWW.CHILDF.CO...**

# Child Foundation Contact Information in Iran, Europe, Canada, and U.

**Iran Office (Central Office)**
Golzar Alley, # 20, Golshan St., Khoramshahr Ave., Tehran - Iran 15576-14153
Tel: (+98 21) 8850-2182
(+98 21) 8850-2183
(+98 21) 8850-2184
Fax: (+98 21) 8876-4771
Website: www.childf.com
E-mail: info@childf.com & iranoffice@childf.com
**Child Foundation**
P.O. Box 14155-4179
Tehran - Iran

**Urmia Branch**
Shahrak-E Farhangian (Next to Omid Cancer Treatment Center), Urmia, 57168-35377, IRAN
Tel: (+98 441) 384-7272
Fax: (+98 441) 382-4447
E-mail: urmia@childf.com

**Shiraz Branch**
Dena Medical Complex, 3rd Floor, Suite # 12, Haft-e-Tir St., Zand Ave., Shiraz, 71347-66879 Iran
Tel: (+98 711) 233-0738
(+98 711) 230-5763
Fax: (+98 711) 233-0804
E-mail: shiraz@childf.com

**Borujerd Branch**
Shahid Moosavi Alley, # 1, 2nd Floor, Hafez Intersection, Shohada Ave., Borujerd, 69137-35445 Iran,
Tel: (+98 662) 260-8003
(+98 662) 260-8004
(+98 662) 260-8005
E-mail: borujerd@childf.com
**Child Foundation**
P.O. Box: 579
Borujerd - Iran

**Tehran Branch**
Rekabgardan Alley, # 5, Vali-e Asr Ave., Rahahan Sq., Tehran - Iran
Tel: (+98 21) 5536-8373
(+98 21) 5536-8374
Fax: (+98 21) 5539-6131
E-mail: tehran@childf.com

**Ardebil Branch**
Khadem Hosseini Alley, # 635, Artesh Sq., Imam Khomeini St., Ardebil - Iran 56157-77811
Tel: (+98 451) 771-8706
Fax: (+98 451) 772-4959
E-mail: ardebil@childf.com
**Child Foundation**
P.O. Box 56135-861
Ardebil - Iran

**Kermanshah Branch**
Ejlalieh Medical Building, 4th Floor, Suite # 9, Parking Shahrdari St., Modares Ave., Kermanshah Iran 6713746364
Tel: (+98 831) 729-6215
(+98 831) 729-6216
Fax: (+98 831) 729-6217
E-mail: kermanshah@childf.com
**Child Foundation**
P.O. Box 67145-1381
Kermanshah - Iran

**Canada**
2105-3070 Guilford Way
Coquitlam BC V3B & R8
Canada
Tel: (604) 552-0222
E-mail: info@childfoundationcanada.org
Website: www.childfoundationcanada.org

**USA**
11364 SE Highland Loop
Clackamas, OR 97015
Tel: (503) 698-4084
Fax: (503) 698-1573
E-mail: main@childfoundation...
Website: www.childfoundation...
P.O. Box 1364
Clackamas, OR 97015

**EUROPE**
Hirschparkweg 7
4800 Zofingen
Switzerland
Tel: +41-62-751-4078
Fax: +41-62-752-2254
E-mail: info@emdad-kudak.ch
Website: www.emdad-kudak.ch

In Special Consultative Status wi...

Exhibit 9
Page 5 of 7

TEHRAN TIMES INTERNATIONAL DAILY







# SPECIAL REPORT

## Express Your Love, Sponsor Children in Need

Established in 1994, Child Foundation is an international non-profit organization with the simple objective of helping children stay in school.

This is achieved by providing food, shelter, clothing, educational needs, medical help, and other services to talented needy children.

*Our Mission:* To offer an opportunity to talented disadvantaged children for a better life today and the hope of a brighter, prosperous tomorrow

*Our Philosophy:* To preserve the dignity of needy children and help them move beyond the stigma of poverty by offering them an opportunity to excel to their highest potential

*Our Purpose:* To provide basic living essentials such as food, shelter, clothing and medical needs so that young boys and girls can continue their education, rather than being forced to engage in demeaning jobs or early marriages.

At Child Foundation, we help children by providing Individual or Group Sponsorship plans.

What separates Child Foundation from any other valuable trustworthy charity organization is that majority of its personnel commit themselves to securing Child Foundations' goals by working on the volunteer basis.

This has helped Child Foundation keep his office and overhead costs within 10% of its total earnings since the beginning of its operation.

Currently, there are over 3,000 families, under coverage benefiting over 5,000 children. Talented needy children are identified through schools and local charity organizations. Volunteer social workers visit the families and prepare detailed reports of the child's life and the family's financial situation.

These reports along with the pictures are sent to sponsors of the families.

*Sponsor a Child*

Your financial support can save a child from poverty and help them improve quality of their lives by continuing their education and staying in school.

By donating $20.00 a month you can become a close friend to a needy child. You may visit your sponsored child at any time.

feeling of responsibility at Child Foundation. That has made Child Foundation able to respond to any questions regarding children's financial status and how they receive help.

Up until last financial year, control and investigation of all financial activities of Child Foundation were done by sworn accountants once a year.

With the beginning of the new financial year this job is going to be done by a very well-known and highly credited international audit company named ERNST & YOUNG.

**Child Foundation**

**Below is the table of Child Foundation expenses for the 2004-2005 financial years.**

| | | |
|---|---|---|
| Payment to Sponsored Children | 10,944,564,113 | R |
| Payment to Charity Organizations and Education Institutes | 3,497,001,413 | R |
| Payment to Sponsored Blind Children | 359,442,480 | R |
| Payment to Sponsored Children Suffering from Cancer | 764,240,320 | R |
| Payment for Housing for the Needy Families | 155,150,360 | R |
| Payment to College Students | 202,544,029 | R |
| Other Payments | 322,999,250 | R |
| **Total** | **16,245,941,965** | R |

### Change a Future by Sponsoring a Child

☐ Yes, I want to become a sponsor and help a needy talented child.
(You can choose more than one option.)

☐ Girl  ☐ Boy
☐ A Child  ☐ Very Smart
☐ A Teenager  ☐ Very Poor
☐ College Student  ☐ Rejected
☐ Orphan

☐ Or, choose a child from your 'Emergency List' who needs one the most.

Please choose your monthly contribution amount.

☐ $60.00 per Month  Rls.540,000
☐ $40.00 per Month  Rls.360,000
☐ $20.00 per Month  Rls.180,000

☐ I do not wish to sponsor a child now, but I would like to make a one-time donation of $......... to Child Foundation.

☐ Please add my name to your mailing list.

Name: ................................
Address: ................................
Telephone: ................................
E-mail: ................................

If residing anywhere other than U.S., please mail or fax this form to any Child Foundation location nearest to you.

*If residing in U.S.:*

Please make your checks payable to Child Foundation and send it along this form to our U.S. address. Your gifts are U.S. income tax deductible Tax ID No. 93





*No gifted and talented child's education should be hindered as a consequence of financial hardships*

## Child Foundation Performance and Achievements

*Although activities of Child Foundation are vast, highlights of this charity institute can be summarized as follows:*

1- Covering over 3,000 low-income and needy families with talented and bright children

2- Annual payment of approx. 10 billion rials for procuring students' basic educational facilities and boosting their standard of living as well as offering other relief packages

3- Granting loan to other needy families

4- Making effort in performing cultural activities with the aim of promoting knowledge level of the families under sponsorship

5- Winning top ranks at the nationwide university entrance examinations by a number of relief seekers, as well as passing over 67 percent of students, who have participated in improvement classes, at the nationwide University Entrance Exams

6- Performing and implementing demands and orders made by well wishers and generous benevolent

7- Active presence in natural disasters and calamities by sending relief services, such as the one in Bam earth-

Exhibit 9
Page 6 of 7

erage benefiting over 5,000 children. Talented needy children are identified through schools and local charity organizations. Volunteer social workers visit the families and prepare detailed reports of the child's life and the family's financial situation.

These reports along with the pictures are sent to sponsors of the families.

## Sponsor a Child

Your financial support can save a child from poverty and help them improve quality of their lives by continuing their education and staying in school.

By donating $20.00 a month you can become a close friend to a needy child. You may visit your sponsored child at any time.

## What you will receive in return:

• Photo and a detailed report about family history and living conditions.

• Biannual reports providing you with detailed information of your child's progress in school. Items provided for him/her and the family.

• Letters and greeting cards from your sponsored child

• Visiting rights. You or your representative may visit your child at any time.

## Trustworthiness of Child Foundation and Sponsors' Support

Child Foundation spends more than $1,100,000.00 of sponsors' donations per year to support the life of over 3,000 children and a large number of needy and deprived people in a lawful manner.

Child Foundation owes its success to two very important factors, first of all, the humanitarian help and generosity of benevolent people, and secondly, to the trustworthiness, independence, and



# Child Foundation Performance and Achievements

*No gifted and talented child's education should be hindered as a consequence of financial hardships*

*Although activities of Child Foundation are vast, highlights of this charity institue can be summarized as follows:*

1- Covering over 3,000 low-income and needy families with talented and bright children

2- Annual payment of approx. 10 billion rials for procuring students' basic educational facilities and boosting their standard of living as well as offering other relief packages

3- Granting loan to other needy families

4- Making effort in performing cultural activities with the aim of promoting knowledge level of the families under sponsorship

5- Winning top ranks at the nationwide university entrance examinations by a number of relief seekers, as well as passing over 67 percent of students, who have participated in improvement classes, at the nationwide University Entrance Exams

6- Performing and implementing demands and orders made by well wishers and generous benevolent

7- Active presence in natural disasters and calamities by sending relief services, such as the one in Bam earthquake (happened on Dec. 25, 2003 which claimed lives of many thousands innocent people in the wee hours of morning.)

8- Supporting patients suffering from Special Diseases and also helping their families

9- Proudly propounding of "Child Foundation" as a trusted, independent and public institute across the globe especially among Iranians residing in foreign countries (Iranian expatriates), etc.

## Sidelines Activities of Child Foundation

1- Procuring required equipment and facilities for schools for the Blind as well as setting up computer site at affiliated complexes

2- Helping the needy families living in the deprived and underprivileged regions of the country through distribution of warm meat from 200 heads of sheep costing over 157 million rials in 2003

3- Payment of cash contributions to a number of privately-funded charity institutes supporting the needy children across the country

4- Organizing summer camps with the aim of promoting spirit of children sponsored by Child Foundation as well as boosting their hopes for the future

5- Payment of non-cash contributions to the flood-stricken victims

6- Helping quake-stricken people of Bam, southeastern Kerman Province, including procuring and distribution of 5,000 blankets as well as distribution of over 5,000 backpacks (school bags) among the survived students of Bam earthquake

7- Procuring and procurement of necessary items such as stationeries, sanitary appliances, toys and under garments and distribution of 200 hearing aids for a number of the deaf children in three provinces of Sistan-Baluchestan, Ilam and Azarbaijan-e-Shahrgini

8- Organizing preparatory and improvement classes (prior to the nationwide University Entrance Exams) for the gifted students in low-income families in cities of Shiraz, Tabriz and Tehran

9- Procuring necessary home appliances for the needy relief seeker families

# Child Foundation Contact Information in Iran, Europe, Canada, and U.S.A

### Iran Office (Central Office)

Golzar Alley, # 20, Golshan St., Khorramshahr Ave., Tehran - Iran 15576-14153
Tel: (+98 21) 8850-2182
(+98 21) 8850-2183
(+98 21) 8850-2184
Fax: (+98 21) 8876-4771
Website: www.childf.com
E-mail: info@childf.com & iranoffice@childf.com

**Child Foundation**
P.O. Box: 14155-4179
Tehran- Iran

### Urmia Branch

Shatrak-E Fartangian (Next to Omid Cancer Treatment Center), Urmia, 57168-35377, IRAN
Tel: (+98 441) 384-7272
Fax: (+98 441) 382-4447
E-mail: urmia@childf.com

### Shiraz Branch

Dena Medical Complex, 3rd Floor, Suite # 12, Haft-e-Tir St., Zand Ave., Shiraz, 71347-66879 Iran
Tel: (+98 711) 233-0738
(+98 711) 230-5763
Fax: (+98 711) 233-0804
E-mail: shiraz@childf.com

### Boroujerd Branch

Shahid Moosavi Alley, # 1, 2nd Floor, Hafez Intersection, Shohada Ave., Boroujerd, 69137-35445 Iran.
Tel: (+98 662) 260-8003
(+98 662) 260-8004
(+98 662) 260-8005
Fax: (+98 662) 262-3973
E-mail: boroujerd@childf.com

**Child Foundation**
P.O. Box: 579
Boroujerd - Iran

### Tehran Branch

Rekabgardan Alley, # 5, Vali-e-Asr Ave., Rahahan Sq., Tehran - Iran
Tel: (+98 21) 5536-8373
(+98 21) 5536-8374
Fax: (+98 21) 5539-6131
E-mail: tehran@childf.com

**Child Foundation**
P.O. Box: 67145-1381
Kermanshah - Iran

### Ardebil Branch

Khadem Hossein Alley, # 635, Artesh Sq., Imam Khomeini St., Ardebil - Iran 56157-77811
Tel: (+98 451) 771-8706
Fax: (+98 451) 772-4959
E-mail: ardebil@childf.com

**Child Foundation**
P.O. Box 56135-881
Ardebil - Iran

### Kermanshah Branch

Eljalleh Medical Building, 4th Floor, Parking, Shahrdari St., Modares Ave., Kermanshah Iran 67137-46364
Tel: (+98 831) 729-6215
Fax: (+98 831) 729-6217
E-mail: kermanshah@childf.com

**Child Foundation**
P.O. Box 67145-1381
Kermanshah - Iran

### Canada

2105-3070 Guilford Way
Coquitlam BC V3B & R8
Canada
Tel: (604) 552-0222
E-mail: main@childfoundationcanada.org
Website: www.childfoundationcanada.org

### USA

11364 SE Highland Loop
Clackamas, OR 97015
Tel: (503) 698-4084
Fax: (503) 698-1573
Website: www.childfoundation.org

**Child Foundation**
P.O. Box 1364
Clackamas, OR 97015

### EUROPE

Hirschparkweg 7
4800 Zofingen
Switzerland
Tel: +41-62-751-4078
Fax: +41-62-752-2254
E-mail: info@emdad-kudak.ch
Website: www.emdad-kudak.ch

**Child Foundation**
In Special Consultative Status with UN ECOSOC

---

Name: .................................
Address: ..............................
Telephone: ..........................
E-mail: ...............................

If residing anywhere other than U.S., please mail or fax this form to any Child Foundation location nearest to you.

## If residing in U.S.:

Please make your checks payable to Child Foundation and send it along this form to our U.S. address. Your gifts are U.S. Income tax deductible Tax ID No.: 93.

# Changing the Face of the Future One Child at a Time

## Child Foundation Website

Child Foundation Website Iran has been launched since November 2004.

On this website you can find information you need about the children you are sponsoring and also about other children who need sponsors.

You can access the site from anywhere in the world and easily select a child/children for sponsorship by searching the data bank.

After going through the necessary steps and filling out the sponsorship form online you can become their sponsor.

From then on, you will be able to create a closer relationship with your sponsored child/children by transferring reports, pictures and etc.

**WWW.CHILDF.COM**

Exhibit 9
Page 7 of 7