# Economic Embargo



CF374902
Exhibit 10
Page 1 of 1