

بنیاد کودک

Child Foundation

December 20, 2001

John Panetta
Tax Managing Director
KPMG LLP
3 Embarcadero Center, Suite 2000
San Francisco, CA 94111
Fax: 415-981-7102
Total pages: 16

Dear John:

Thank you very much for your email and the information you provided me. Enclosed please find the Child Foundation 1999-2000 Exempt Income Tax form 990. We have requested an extension for 2000-2001 period and have not submitted form 990 yet. Total contributions to Child Foundation last year were about $670,000. This year we expect the contributions to exceed one million dollars.

Please let me know if you need anything else. I hope you have a great holiday session.

Best Regards,

Mehrdad (Abu) Yasrebi
Executive Director

503-652-4577 office
503-380-5646 cell
myasrebi@pcc-structurals.com

12959 SE Kathryn Ct., Clackamas; Mailing Address: P. O. Box 1364, Clackamas, OR 97015    ◆    (503) 698-4084  FAX (503) 698-1573

Exhibit 11
Page 1 of 1