Law Offices of
S. SHAWN KHASTOO
8601 Wilshire Boulevard, Ste. 704
Beverly Hills, CA 90211
Telephone : (310) 289-1377


TO: Child Foundation, Inc.
    12959 S.E. Kathryn Ct.
    Clackamas, OR   97015



STATEMENT    (DATE :    09/28/01    )

| DATE | DESCRIPTION | |
|---|---|---|
| | Review of REDACTED | and |
| | discussion with Mr. Yasrabi (.5) | |
| | Legal Research regarding REDACTED (1) | |
| | Review of REDACTED | and |
| | draft of REDACTED (2) | |
| | Final draft including discussions with Mr. Yasrabi and review of relevant documents to be incorporated (2) | |

| | | |
|---|---|---|
| Total Attorney Hours | : | 5.5 Hours |
| Attorney Rate (Dollar/Hour) | : | $ 175.00 |
| Sub-Total | : | $ 962.500 |
| Less: Special Discount: 25% | | ( $ 240.62) |
| Total of this Statement: | | $ 721.87 |

**CHILD FOUNDATION**
PH. 503-698-4084   FAX 698-1573
P.O. BOX 1364
CLACKAMAS, OR 97015

1084

Date 10/2/01          21-7028/3230 IRI
                                  2892

Pay to the
order of _Mr. S. Khastoo_          | $ 721 87

_Seven hundred twenty one &_ 87/100          Dollars   A

**Bank of America.**

Sunnyside 2892
Oregon

For _____

⑆323070380⑆1084⑈2892⑆05992⑈

FIDENCE.

Exhibit 12
Page 1 of 1