

## DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

OFFICE OF FOREIGN ASSETS CONTROL

IRANIAN TRANSACTIONS REGULATIONS

31 CFR PART 560

GENERAL LICENSE NO. 1

Funds Transfers to Iran for Humanitarian Relief

(a) Effective December 26, 2003, United States persons are
authorized for a ninety day period to make donations of funds to
nongovernmental organizations to be used in direct support of
humanitarian relief and reconstruction activities being
undertaken in Iran in response to the earthquake in Bam.
Transfers pursuant to this General License may be made through a
bank owned or controlled by the Government of Iran, provided
that the transfer does not involve the debit or credit of an
account of the Iranian bank maintained on the books of a U.S.
bank.

(b) Financial institutions that are United States persons are
authorized to engage in all transactions ordinarily incident to
the transfer of funds authorized by paragraph (a) above.  A
financial institution that is a United States person may rely on
the originator of a funds transfer with regard to compliance
with paragraph (a) above, provided that the financial
institution does not know or have reason to know that the funds
transfer is not in compliance with paragraph (a) above.

Note to General License No. 1:  This General License does not
authorize any funds transfers to or through any blocked person,
including specially-designated nationals ("SDNs") listed in
Appendix A to 31 CFR chapter V.  An up-to-date list of SDNs is
maintained on the Office of Foreign Assets Control's website at
http://www.treas.gov/ofac.  Note:  Banks owned or controlled by
the Government of Iran are not blocked persons or SDNs as set
forth in Appendix A.


Dated:  December 31, 2003


R. Richard Newcomb
Director
Office of Foreign Assets Control

Exhibit 13
Page 1 of 4



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

OFFICE OF FOREIGN ASSETS CONTROL

IRANIAN TRANSACTIONS REGULATIONS

31 C.F.R. PART 560

GENERAL LICENSE NO. 1-a

## Funds Transfers to Iran for Humanitarian Relief After March 25, 2004

(a)   Effective March 25, 2004, United States persons[1] are authorized for a ninety-day period to make donations of funds directly to US-based non-governmental organizations ("NGOs") specifically licensed by the Office of Foreign Assets Control to be used in direct support of humanitarian relief and reconstruction activities being undertaken in Iran in response to the earthquake in Bam. The list of currently licensed NGOs is appended to this General License No. 1-a. Transfers pursuant to this General License may be made through a bank owned or controlled by the Government of Iran, provided that the transfer does not involved the debit or credit of an account of the Iranian bank maintained on the books of a U.S. bank.

(b)   Financial institutions that are United States persons are authorized to engage in all transactions ordinarily incident to the transfer of funds authorized by paragraph (a) above. A financial institution that is a United States person may rely on the originator of a funds transfer with regard to compliance with paragraph (a) above, provided that the financial institution does not know or have reason to know that the funds transfer is not in compliance with paragraph (a) above.

Note to General License No. 1-a: This General License does not authorize any funds transfers to or through any blocked person, including specifically designated nationals ("SDNs")

---

[1] 31 C.F.R § 560.314: The term *United States person* means any United States citizen, permanent resident alien, entity organized under the laws of the United States (including foreign branches), or any person in the United States.

Exhibit 13
Page 2 of 4

listed in Appendix A to 31 CFR Chapter V. An up-to-date list of SDNs is maintained on the Office of Foreign Assets Control's website at http://www.treas.gov/ofac. Note: Banks owned or controlled by the Government of Iran are not blocked persons or SDNs as set forth in Appendix A.

Dated: (March  25  , 2004)

R. Richard Newcomb
Director
Office of Foreign Assets Control.

## APPENDIX

### Non-Governmental Organizations Licensed by the Office of Foreign Assets Control to Engage in Humanitarian Relief and Reconstruction Work in Bam, Iran
(Last Updated 3/ 25 /2004)

Air Serv International

American Red Cross

American Refugee Committee International

Catholic Relief Services

Counterpart International

Doctors Without Borders

House of Iran

International Medical Corps

Iranian Medical Relief Foundation

Exhibit 13
Page 3 of 4

**Page 3 of 3**

Mercy Corps

Operation USA

Relief International

Samaritan's Purse

Save the Children

**World Relief**

World Vision

Exhibit 13
Page 4 of 4