## Office of Foreign Assets Control
### Correspondence Acknowledgment

Date: June 02, 2004

Yasrebi, Mehrdad                                Tel: 323 456 0606
S. Shawn Khastoo                                Fax: 323 456 0608
5670 Wilshire Boulevard
Los Angeles, CA   90036

LICENSING DIVISION
OFFICE OF FOREIGN ASSETS CONTROL (OFAC)
U.S. DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

Re: Case #   IA-6310

This is to acknowledge receipt of your correspondence dated May 27,
2004.   Please refer to the Case Number cited above and the date of
your original correspondence if you need to contact us or send
supplemental information.  Please note that filing an application for a
license or requesting information about the transaction prohibitions
contained in Executive Order or regulations administered by OFAC
does not suspend or excuse compliance with the prohibitions or
requirements contained within.   We look forward to serving you.

Note:  Information on sanctions programs administered by OFAC can be retrieved
at any time from our automated fax-on-demand system by dialing (202) 622-0077
or from our World Wide Web home page on the internet at www.treas.gov/ofac.

Title

CF292149

Exhibit 14
Page 1 of 1