## Yasrebi, Mehrdad

From:    Sepideh Nabibakhsh
Sent:    Mon 9/20/2004 7:13 AM (GMT -8)
To:      Yasrebi, Mehrdad
Cc:      azemi@psu.edu; saidehshk@hotmail.com; sudi@childfoundation.org
Bcc:
Subject: RE: Bam Fund - Urgent Message

Dear BOD members:

Other Non-Governmental Organizations, Licensed by the Office Of Foreign Assets Control to engage in humanitarian relief and reconstruction work in BAM, are as follows:

**Air Serv International**
**American Red Cross**
**American Refugee Committee International**
**Catholic Relief services**
**Counterpart International**
**Doctors without Orders**
**House of Iran**
**International Medical Corps**
**Iranian Medical Relief Foundation**

Best regards

Sepideh

> -----Original Message-----
> **From:** Yasrebi, Mehrdad [mailto:MYasrebi@pccstructurals.com]
> **Sent:** Monday, September 20, 2004 7:51 AM
> **To:** azemi@psu.edu; saidehshk@hotmail.com; sudi@childfoundation.org
> **Cc:** sepideh@childfoundation.org
> **Subject:** Bam Fund - Urgent Message
>
>
> Dear BOD Members:
>
> We need to decide what to do with Child Foundation Bam Fund immediately. Dr. Zonozi brought to my attention last Thursday a correspondence by the Department of the Treasury that effective March 25, 2004, all individual or charity donations to Bam disaster need to be transferred to Iran only through US-based NGOs specifically licensed by the office of Foreign Assets Control. The deadline for such transfer is this coming Saturday, September 25th, 2004.
>
> This regulation excludes Child Foundation from transferring its Bam fund through the Child Foundation Switzerland.
>
> I consulted with Mr. Khastoo regarding the above correspondence.    REDACTED

Exhibit 15
Page 1 of 2

REDACTED

We have only until this Saturday to transfer Bam funds out of the United States. Child Foundation's OFAC permit is still pending. However, the likelihood of obtaining the above permit during the next few days is slim.

I have spoken with Dr. Ghandchin from the Iranian American Medical Association (IAMA).  IAMA does have AN OFAC permit and is willing to transfer our funds.  I recommend allocating 1/3 of the Bam fund for establishment of long term bank accounts for our children in Bam.  The rest should be allocated for medical helps especially reconstructive and plastic surgery of Bam disaster victims referred by Child Foundation to IAMA.

Due to the shortage of time, please let me know what you think about the above proposal by Tuesday Sept. 21st by 5pm.

Best Regards,

Yasrebi

Exhibit 15
Page 2 of 2