Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 21204 Mr. Navid Seyedali** | | | | | | | | | |
| 21204 | 09/20/2004 | WHR | A | 1 | 300.00 | 3.40 | 1,020.00 | Office conference with Dr. MirDamadi and telephone conference call with Dr. Mehrdad Yasrebi regarding Child Foundation, OFAC license application, collection and distribution of funds for Bam earthquake relief, export control, and sanctions and qualification to do business; review Child Foundation information. | ARCH |
| 21204 | 09/20/2004 | DFO | A | 1 | 220.00 | 3.00 | 660.00 | Meeting with Dr. Zannousi regarding export control issues; telephone conference with Dr. Yasrebi regarding same. | ARCH |
| 21204 | 09/21/2004 | WHR | A | 1 | 300.00 | 0.50 | 150.00 | Review Child Foundation documents and OFAC license and correspondence and review medical list. | ARCH |
| 21204 | 10/04/2004 | WHR | A | 1 | 300.00 | 0.50 | 150.00 | Review file and analyze requirements for export of medicine and medical devices under Iranian Transactions Regulations and consult with Mr. Fisher-Owens regarding classification and exemption requirements. | ARCH |
| 21204 | 10/06/2004 | WHR | A | 1 | 300.00 | 0.50 | 150.00 | Telephone conversation with Dr. Yasrebi regarding <span style="color:red">REDACTED</span> ; prepare draft correspondence. | ARCH |
| 21204 | 10/11/2004 | WHR | A | 1 | 300.00 | 1.50 | 450.00 | Review Bam earthquake material and General Licenses and prepare draft letter to contributors. | ARCH |
| 21204 | 10/11/2004 | DFO | A | 1 | 220.00 | 1.00 | 220.00 | Revisions to letter to Bam donors | ARCH |
| 21204 | 10/12/2004 | WHR | A | 1 | 300.00 | 1.40 | 420.00 | Review and revise draft correspondence to individuals who donated for Bam earthquake relief and consult with Mr. Fisher-Owens regarding OFAC compliance; correspondence with Dr. Yasrebi regarding draft notice to contributors and general services for export control and sanctions. | ARCH |
| 21204 | 10/13/2004 | WHR | A | 1 | 300.00 | 1.30 | 390.00 | Review Oregon incorporation and good standing documents and requirements to qualify in DC and Maryland; obtain good standing certificate and complete qualifications requirements for DC and Maryland; telephone conversation with Dr. MirDamidi and consult with Mr. Fisher-Owens regarding medicine, food and clothing exemptions for Iranian Transactions Regulations. | ARCH |
| 21204 | 10/18/2004 | DFO | A | 1 | 220.00 | 0.30 | 66.00 | Telephone conference with Dr. Zonozi regarding scope of permissible activities for donations to Iran. | ARCH |
| 21204 | 10/21/2004 | WHR | A | 1 | 300.00 | 0.80 | 240.00 | Review organizational material and certificate from State of Oregon; review and complete application to conduct business in Maryland and DC; telephone conversation with Dr. MirDamati regarding license and exports to Iran and qualification to conduct business. | ARCH |
| 21204 | 10/27/2004 | WHR | A | 1 | 300.00 | 0.80 | 240.00 | Review Dr. Zonozi correspondence; review MD and DC applications to conduct business; respond to Dr. Zonozi regarding information needed for DC and MD and additional qualifications in NY, GA and TX. | ARCH |
| 21204 | 11/10/2004 | WHR | A | 1 | 300.00 | 0.70 | 210.00 | Review Dr. Zonozi correspondence and file and prepare response regarding qualification to conduct business in Maryland, Bam medical equipment and export control requirements for Iran. | ARCH |
| 21204 | 11/16/2004 | WHR | A | 1 | 300.00 | 0.50 | 150.00 | Telephone conversation with Dr. Zonozi regarding DC and MD qualification and CT Corporation as registered agent and medical supplies for Bam and Iran; contact CT Corporation about acting as registered agent in DC and MD. | ARCH |
| 21204 | 11/24/2004 | WHR | A | 1 | 300.00 | 0.20 | 60.00 | Telephone conversation with Dr. Zonozi regarding Bam funds and options for use. | ARCH |
| 21204 | 11/26/2004 | WHR | A | 1 | 300.00 | 0.40 | 120.00 | Review Zonozi correspondence and prepare response on use of funds contributed for Bam relief and options for assisting children. | ARCH |
| 21204 | 11/29/2004 | WHR | A | 1 | 300.00 | 1.10 | 330.00 | Review Dr. Zonozi correspondence and questions regarding use of funds and US bank account and providing food and medicine to Bam and other parts of Iran; consult with D. Fisher-Owens regarding receipt for contribution; prepare response to Dr. Zonozi and request meeting. | ARCH |
| 21204 | 11/29/2004 | DFO | A | 1 | 220.00 | 1.20 | 264.00 | Review and respond to e-mails from Dr. Zonozi; advise regarding issues brought up in e-mails. | ARCH |
| 21204 | 11/30/2004 | WHR | A | 1 | 300.00 | 1.10 | 330.00 | Review Dr. Zonozi correspondence regarding alternative use of funds and research Iranian Regulations regarding food and medicine exceptions; consult with D. Fisher-Owens regarding medical device | ARCH |

Exhibit 16
Page 1 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 2

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----------------|------|---------------|--------|--|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| | | | | | | | | classification; prepare response to Dr. Zonozi. | |
| 21204 | 12/03/2004 | DFO | A | 1 | 250.00 | 1.00 | 250.00 | Telephone conference with Dr. Zonozi regarding REDACTED | ARCH |
| 21204 | 12/07/2004 | WHR | A | 1 | 320.00 | 2.50 | 800.00 | Review correspondence from Dr. Zonozi regarding Saberloon and Kharazi and consult regarding actions of Dastvan; review with Dr. Zonozi OFAC licenses for Bam earthquake relief, transfer of funds and export control and OFAC Iranian Regulations for Child Foundation activities. | ARCH |
| 21204 | 12/07/2004 | DFO | A | 1 | 250.00 | 2.00 | 500.00 | Meet with Dr. Zonozi and W. Rusch to discuss economic sanctions compliance issues and REDACTED | ARCH |
| 21204 | 12/08/2004 | WHR | A | 1 | 320.00 | 1.10 | 352.00 | Telephone conversation with Dr. Zonozi regarding medicines and export to Iran; review medicine prohibitions; review documents regarding Virginia charitable compliance requirements, Dastvan issue and correspondence with Dr. Zonozi regarding export control and other issues. | ARCH |
| 21204 | 12/08/2004 | DFO | A | 1 | 250.00 | 0.50 | 125.00 | Draft e-mail to Dr. Zonozi detailing restrictions on exports of medicine to Iran. | ARCH |
| 21204 | 12/09/2004 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Review Dastvan file and prepare correspondence to Dastvan regarding conduct. | ARCH |
| 21204 | 12/09/2004 | DFC | A | 1 | 250.00 | 0.70 | 175.00 | Telephone conference with Dr. Zonozi regarding economic sanctions compliance; draft e-mail with additional information regarding the types of medicines eligible for donation to Iran. | ARCH |
| 21204 | 12/12/2004 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Review Zonozi correspondence regarding Virginia regulatory compliance and review forms; review medicine request and review and revise correspondence regarding use of Bam funds, medicine allowable and license requirements. | ARCH |
| 21204 | 12/17/2004 | WHR | A | 1 | 320.00 | 0.40 | 128.00 | Review Dr. Zonozi correspondence and messages and consult with D. Fisher-Owens regarding issues related to export of medicine and medical devices and license requirements. | ARCH |
| 21204 | 12/23/2004 | WHR | A | 1 | 320.00 | 0.80 | 256.00 | Review Zonozi correspondence and prepare response regarding Bam earthquake relief, OFAC licenses and contribution of funds to non U.S person; consult with D. Fisher-Owens. | ARCH |
| 21204 | 12/23/2004 | DFO | A | 1 | 250.00 | 1.30 | 325.00 | Review e-mailed proposal regarding REDACTED ; draft analysis of same and discuss with W. Rusch and Dr. Zonozi. | |
| 21204 | 01/12/2005 | WHR | A | 1 | 320.00 | 0.80 | 256.00 | Review and revise qualification materials for DC and MD and deal with DC Department re qualify to do business and name issues with The Childrens Foundation. | ARCH |
| 21204 | 01/27/2005 | WHR | A | 1 | 320.00 | 0.70 | 224.00 | Review Maryland and DC status and qualification; telephone conversation with Dr. Zonozi re Georgia, New York and Canada and consult with BW re additional qualifications. | ARCH |
| 21204 | 02/09/2005 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Work on state qualifications matters and contact Canadian counsel re representation. | ARCH |
| 21204 | 02/10/2005 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Review file and telephone conversation and correspondence with Attorney Richardson regarding representation in Canada and solicitation requirements. | ARCH |
| 21204 | 02/11/2005 | BW | A | 1 | 75.00 | 1.10 | 82.50 | Office conference with W. Rusch regarding NY application for authority; telephone conference with CT Corporation regarding registered agent requirements; prepare New York and Georgia applications for authority for foreign corporation and send to Dr. Yasrebi for signature; email to Dr. Zonozi regarding the same. | ARCH |
| 21204 | 02/14/2005 | WHR | A | 1 | 320.00 | 0.20 | 64.00 | Telephone conversations with Attorney's Richardson and Pashbe regarding Canadian representation. | ARCH |
| 21204 | 02/18/2005 | WHR | A | 1 | 320.00 | 0.60 | 192.00 | Telephone conversation with Pahsby in Canada and correspondence with Dr. Zonozi and Yasrebi regarding Canadian incorporation and tax implications. | ARCH |

Exhibit 16
Page 2 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 3

| Client | Trans Date | Tmkr | R P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|--|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| 21204 | 02/22/2005 | WHR | A | 1 | 320.00 | 0.40 | 128.00 | Review Canadian qualification requirements and status of other qualifications; telephone conversation and correspondence with Dr. Zonozi regarding need for current earthquake relief in Iran. | ARCH |
| 21204 | 02/28/2005 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Review Zonozi correspondence regarding Virginia raffle requirements and do preliminary research. | ARCH |
| 21204 | 02/28/2005 | BW | A | 1 | 75.00 | 0.50 | 37.50 | Prepare correspondence and send New York and Georgia Application for Certificate of Authority for Foreign Corporation. | ARCH |
| 21204 | 03/02/2005 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Review Zonozi correspondence regarding Texas qualification and raffle issues; review material regarding raffle regulations in Virginia. | ARCH |
| 21204 | 03/02/2005 | JM | A | 1 | 120.00 | 5.70 | 684.00 | Review relevant charitable gaming statutes, rules regulations; phone conversation with Virginia Department of Charitable Gaming; Draft memorandum summarizing research results. | ARCH |
| 21204 | 03/03/2005 | WHR | A | 1 | 320.00 | 1.40 | 448.00 | Review and revise Memorandum regarding raffle regulations in Virginia and correspondence with client. | ARCH |
| 21204 | 03/04/2005 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Correspondence with Dr. Zonozi regarding Virginia raffle issues; research and review Texas qualification requirements for funding raising activities. | ARCH |
| 21204 | 03/04/2005 | JM | A | 1 | 120.00 | 4.90 | 588.00 | Review Texas fundraising statutes and regulations; draft memorandum on Texas fundraising regulations. | ARCH |
| 21204 | 03/04/2005 | BW | A | 1 | 75.00 | 1.30 | 97.50 | Review e-mail from Dr. Zonozi regarding registration in Texas; review/search Texas Secretary of State and follow-up call with their corporations divisions regarding any name conflicts and fee for filing application; conference call with CT Corporation and obtain address in Texas for CT to act as registered agent. Contacted (left message) Agent for Children's Foundation for the Arts, Inc. in Houston, Texas due to name conflict and request permission to CF in Texas. | ARCH |
| 21204 | 03/07/2005 | WHR | A | 1 | 320.00 | 0.40 | 128.00 | Review correspondence from Dr. Zonozi regarding Virginia raffle and Texas qualification; review Texas Memorandum and correspondence with Dr. Zonozi regarding Virginia permit and compliance. | ARCH |
| 21204 | 03/07/2005 | BW | A | 1 | 75.00 | 0.10 | 7.50 | Telephone conference (left message) with Agent for Children's Foundation for the Arts, Inc. in Houston, Texas. | ARCH |
| 21204 | 03/08/2005 | WHR | A | 1 | 320.00 | 0.40 | 128.00 | Correspondence with Dr. Zonozi regarding Virginia raffle regulations and permit application and compliance and review Texas qualification requirements. | ARCH |
| 21204 | 03/08/2005 | BW | A | 1 | 75.00 | 0.10 | 7.50 | Telephone conference (left message) with Agent for Children's Foundation for the Arts, Inc. in Houston, Texas. | ARCH |
| 21204 | 03/09/2005 | WHR | A | 1 | 320.00 | 1.00 | 320.00 | Telephone conversations with Dr. Zonozi regarding imports from Iran and export of medical devices and OFAC license requirements; review OFAC regulations and consult with Mr. Fisher-Owens; review Virginia raffle materials for application for permit. | ARCH |
| 21204 | 03/10/2005 | WHR | A | 1 | 320.00 | 1.10 | 352.00 | Correspondence and telephone conversations with Dr. Zonozi regarding general and specific licenses to import products from Iran to US, cash contributions to Iran, medical devices for export to Iran and Iranian Transactions Regulations. | ARCH |
| 21204 | 03/10/2005 | WHR | A | 1 | 320.00 | 3.15 | 1,008.00 | Fixed fee for applying for permit to conduct raffle in Virginia and comply with reporting requirements of State of Virginia. | ARCH |
| 21204 | 03/10/2005 | BW | A | 1 | 75.00 | 0.30 | 0.00 | Download and review Bingo/Raffle Application. | ARCH |
| 21204 | 03/11/2005 | BW | A | 1 | 75.00 | 0.75 | 0.00 | Prepare draft of the Virginia Bingo/Raffle Application; e-mail to Jonathan Resnick, CPA for Child Foundation, and request copy of the Virginia Registration Statement for Charitable Organization filed with Virginia Department of Agriculture & Consumer Affairs. | ARCH |
| 21204 | 03/11/2005 | WHR | A | 1 | 320.00 | 0.30 | 96.00 | Review file and DC raffle material and correspondence with Dr. Zonozi; review import requirements for food and handicraft and consult with D. Fisher-Owens. | ARCH |
| 21204 | 03/17/2005 | BW | A | 1 | 75.00 | 0.30 | 22.50 | Telephone conference with D.C. Tax & Revenue Office regarding requirements for registering with their Office; email to Jonathan Resnick, CPA in California for Child Foundation regarding the same and fax a copy of the D.C. Certificate of Authority and Good Standing. | ARCH |

Exhibit 16
Page 3 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 4

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| 21204 | 03/18/2005 | BW | A | 1 | 75.00 | 0.60 | 0.00 | Review language of raffle application from Jonathan Resnick and prepare draft raffle application. Telephone conference with licensing manager at Virginia Department of Charitable Gaming regarding requirements for raffle application. | ARCH |
| 21204 | 03/18/2005 | WHR | A | 1 | 320.00 | 0.60 | 192.00 | Review Texas qualification material and requirements from Childrens Foundation for the Arts and correspondence with Dr. Zonozi and review correspondence and respond to Dr. Yasrebi regarding Iraq. | ARCH |
| 21204 | 03/21/2005 | DFO | A | 1 | 250.00 | 0.30 | 75.00 | Draft e-mail to Dr. Yasrebi regarding proposed Iraq program. | ARCH |
| 21204 | 03/23/2005 | WHR | A | 1 | 320.00 | 0.20 | 64.00 | Review correspondence and telephone conversation with Dr. Zonozi regarding       REDACTED | ARCH |
| 21204 | 03/24/2005 | WHR | A | 1 | 320.00 | 0.70 | 224.00 | Review and revise draft letter to former Child Foundation members and telephone conversations with Dr. Zonozi. | ARCH |
| 21204 | 03/24/2005 | BW | A | 1 | 75.00 | 0.10 | 7.50 | Email to Dr. Yasrebi and Dr. Zonozi regarding the status of Georgia registration, Texas registration and the Virginia raffle application. | ARCH |
| 21204 | 04/01/2005 | BW | A | 1 | 75.00 | 0.30 | 22.50 | Telephone conference with Jonathan Resnick regarding the registration of Child Foundation with the D.C. Tax and Revenue Office and the completed Form 990; fax copy of the Georgia Certificate of Approval to Mr. Resnick. Email to Dr. Yasrebi and Dr. Zonozi regarding the status of registering Child Foundation in Texas and the Virginia Raffle Application. | ARCH |
| 21204 | 04/01/2005 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Review and deal with Georgia, New York and Texas qualifications and Virginia raffle requirements. | ARCH |
| 21204 | 04/07/2005 | WHR | A | 1 | 320.00 | 1.10 | 352.00 | Review correspondence from Attorny Stern and file regarding correspondence with former members of Child Foundation in CA; prepare draft response to Attorney Stern; correspondence with client. | ARCH |
| 21204 | 04/12/2005 | WHR | A | 1 | 320.00 | 0.70 | 224.00 | Review correspondence from Dr. Yasrebi and telephone conversations with Dr. Zonozi regarding California members and revise reply to demand letter. | ARCH |
| 21204 | 04/13/2005 | WHR | A | 1 | 320.00 | 1.30 | 416.00 | Review Zonozi and Yasrebi correspondence and review and revise correspondence with Stern regarding Orange County individuals; review Canada requirements and Texas name issue and contact Zonozi. | ARCH |
| 21204 | 04/15/2005 | WHR | A | 1 | 320.00 | 0.40 | 128.00 | Review correspondence from Dr. Zonozi and prepare responses regarding Canada incorporation, CA member issues and raffle application; consult with Ms. Wimbish regarding same. | ARCH |
| 21204 | 04/18/2005 | DFO | A | 1 | 250.00 | 0.30 | 75.00 | Telephone conference with Dr. Yasrebi regarding sponsorship programs. | ARCH |
| 21204 | 04/20/2005 | WHR | A | 1 | 320.00 | 0.70 | 224.00 | Review Yasrebi correspondence regarding assistance to Iran and consult with D. Fisher-Owens regarding same and review Iranian Regulations; telephone conversation and correspondence with Dr. Zonozi regarding California and former members activities and Canada incorporation. | ARCH |
| 21204 | 04/20/2005 | DFO | A | 1 | 250.00 | 1.50 | 375.00 | Telephone conference with Dr. Zonozi; draft e-mail to Dr. Yasrebi. | ARCH |
| 21204 | 04/21/2005 | WHR | A | 1 | 320.00 | 1.40 | 448.00 | Review file and Dr. Yasrebi and Dr. Zonozi correspondence regarding hospital payments and Child Foundation Switzerland activities and prepare responses on issues relating to Iranian Transactions Regulations, OFAC Sanctions, licenses, prohibited activities and compliance; consult with D. Fisher-Owens regarding implementation of compliance. | ARCH |
| 21204 | 04/21/2005 | DFO | A | 1 | 250.00 | 0.20 | 50.00 | Review e-mail from Dr. Zonozi and advise reagrding same. | ARCH |
| 21204 | 04/22/2005 | BW | A | 1 | 75.00 | 0.45 | 33.75 | Draft Virginia raffle application and send email to Dr. Zonozi regarding the same. | ARCH |
| 21204 | 04/22/2005 | WHR | A | 1 | 320.00 | 1.50 | 480.00 | Review Dr. Zonozi correspondence, Child Foundation website and Child Foundation publications and literature and analyze in relation to Iranian Transactions Regulations; correspondence with client regarding OFAC sanctions and activities in Iran and need for compliance and monitoring. | ARCH |

Exhibit 16
Page 4 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 5

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|----------------|------|--------------|--------|---|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| 21204 | 04/25/2005 | WHR | A | 1 | 320.00 | 1.10 | 352.00 | Review file re correspondence and communication with Dr. Yasrebi and Dr. Zonozi regarding Iran Transaction Regulations and compliance; review Bam transactions; prepare correspondence with Dr. Zonozi and Dr. Yasrebi regarding specific activities and requirements for compliance with OFAC sanctions for Iran. | ARCH |
| 21204 | 04/25/2005 | DFO | A | 1 | 250.00 | 0.50 | 125.00 | Review and respond to e-mail from Dr. Zonozi regarding permissibility of CF activities. | ARCH |
| 21204 | 05/02/2005 | WHR | A | 1 | 320.00 | 0.30 | 96.00 | Review Dr. Yasrebi correspondence regarding purchase of food for export to Iran and analyze Regulations regarding restrictions and options. | ARCH |
| 21204 | 05/03/2005 | WHR | A | 1 | 320.00 | 1.10 | 352.00 | Review Dr. Yasrebi correspondence and prepare response re documentation for transactions involving purchase of food for Iran; review Dr. Zonozi correspondence re compliance with OFAC Regs and options. | ARCH |
| 21204 | 05/05/2005 | DFO | A | 1 | 250.00 | 0.40 | 100.00 | Draft e-mail to Dr. Zonozi regarding Ag/Med applications. | ARCH |
| 21204 | 05/05/2005 | BW | A | 1 | 75.00 | 0.20 | 15.00 | Prepare and send email to Dr. Zonozi requesting information for VA raffle application. | ARCH |
| 21204 | 05/06/2005 | WHR | A | 1 | 320.00 | 0.80 | 256.00 | Review Dr. Zonozi correspondence regarding compliance with OFAC Regs and license application and prepare response regarding same. | ARCH |
| 21204 | 05/12/2005 | BW | A | 1 | 75.00 | 0.30 | 22.50 | Review responses from Dr. Zonozi regarding Virginia raffle application; redraft raffle application. | ARCH |
| 21204 | 05/18/2005 | BW | A | 1 | 75.00 | 0.10 | 7.50 | Telephone conference with VA Charitable Gaming Office regarding application (left message). | ARCH |
| 21204 | 05/25/2005 | BW | A | 1 | 75.00 | 0.10 | 0.00 | Telephone conference with VA Gaming Director regarding raffle application (left message). | ARCH |
| 21204 | 05/30/2005 | DFO | A | 1 | 250.00 | 0.50 | 125.00 | Review revised website. | ARCH |
| 21204 | 05/31/2005 | WHR | A | 1 | 320.00 | 1.10 | 352.00 | Review Dr. Zonozi correspondence regarding Child Foundation website and activities and prepare detailed response regarding issues and OFAC and Iran Transactions Regulations; telephone conversation with Dr. Zonozi regarding same. | ARCH |
| 21204 | 05/31/2005 | BW | A | 1 | 75.00 | 0.70 | 52.50 | Telephone conference with VA Charitable Gaming Office regarding raffle application; redraft application. | ARCH |
| 21204 | 08/02/2005 | WHR | A | 1 | 320.00 | 0.50 | 160.00 | Review Yasrebi and "Mike Smith" correspondence regarding charitable donation offer; consult with Mr. Zagaris and prepare response. | ARCH |
| 21204 | 08/23/2005 | WHR | A | 1 | 320.00 | 0.30 | 96.00 | Review Yasrebi correspondence and file and prepare response regarding raffle and Smith contribution. | ARCH |
| 21204 | 09/07/2005 | WHR | A | 1 | 320.00 | 0.60 | 192.00 | Review Yasrebi correspondence and prepare response regarding contributions to Islamic Azad University at Oxford and review Iranian Transactions Regulations. | ARCH |
| 21204 | 09/07/2005 | DFO | A | 1 | 250.00 | 0.30 | 75.00 | Advise regarding donation question. | ARCH |
| 21204 | 10/03/2005 | DFO | A | 1 | 250.00 | 0.50 | 125.00 | Advise regarding INCTR projects. | ARCH |
| 21204 | 10/04/2005 | WHR | A | 1 | 320.00 | 0.80 | 256.00 | Review Dr. Yasrebi correspondence and request from INTRC regarding assistance for Bam and pediatric cancer services; prepare response regarding Iran Regulations and restrictions on assistance. | ARCH |
| 21204 | 01/17/2006 | WHR | A | 1 | 320.00 | 0.80 | 256.00 | Review client correspondence and Iran Transactions Regulations and prepare response re donations of food, clothing and medicine; consult with D. Fisher-Owens regarding Regulations. | ARCH |
| 21204 | 01/17/2006 | DFO | A | 1 | 250.00 | 1.30 | 325.00 | Review e-mail from Dr. Yasrebi and advise regarding same; draft e-mail to Yasrebi. | ARCH |
| 21204 | 02/27/2006 | WHR | A | 1 | 320.00 | 0.80 | 256.00 | Review Kirkwood correspondence and draft OFAC license application and review Iranian Regulations for agricultural commodities and license requirements; consult with D. Fisher-Owens. | ARCH |
| 21204 | 02/28/2006 | WHR | A | 1 | 320.00 | 0.40 | 128.00 | Review Iranian Regulations and consult with D. Fisher-Owens regarding OFAC requirements. | ARCH |
| 21204 | 02/28/2006 | DFO | A | 1 | 250.00 | 1.20 | 300.00 | Review e-mail from Kirkwood regarding REDACTED and respond to same; telephone conversation regarding same with Kirkwood, Washington Mutual. | ARCH |
| 21204 | 03/08/2006 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review Washington Mutual issues and consult with D. Fisher-Owens regarding Citibank and OFAC regulations for donated food and LC issues. | ARCH |
| 21204 | 03/08/2006 | DFO | A | 1 | 270.00 | 1.20 | 324.00 | Draft letter regarding food donation transaction and applicability of OFAC regulations; telephone conference with Kirkwood; e-mail to Citibank. | ARCH |

Exhibit 16
Page 5 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 6

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----------------|------|---------------|--------|---|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| 21204 | 03/16/2006 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review correspondence and consult with D. Fisher-Owens regarding LC for donation of food to Iran and OFAC implications. | ARCH |
| 21204 | 03/16/2006 | DFO | A | 1 | 270.00 | 0.20 | 54.00 | Review and respond to e-mail from Kirkwood. | ARCH |
| 21204 | 03/24/2006 | DFO | A | 1 | 270.00 | 0.70 | 189.00 | Telephone conference with Kirkwood regarding L/C issues. | ARCH |
| 21204 | 04/19/2006 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review Kirkwood correspondence regarding Dubai office and review and revise response. | ARCH |
| 21204 | 04/19/2006 | DFO | A | 1 | 270.00 | 0.50 | 135.00 | Advise regarding new Palestinian sanctions and opening of branch in Dubai. | ARCH |
| 21204 | 05/01/2006 | WHR | A | 1 | 350.00 | 0.70 | 245.00 | Review Dr. Yasrebi correspondence regarding blankets and Iranian Regulations and prepare response. | ARCH |
| 21204 | 05/01/2006 | DFO | A | 1 | 270.00 | 0.30 | 81.00 | Advise regading      REDACTED | |
| 21204 | 08/14/2006 | WHR | A | 1 | 350.00 | 1.00 | 350.00 | Review client correspondence and prepare response to auditor's request. | ARCH |
| 21204 | 09/18/2006 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review correspondence from client and revise response re possible services dealings with Iran and consult with DFO re same. | ARCH |
| 21204 | 09/18/2006 | DFO | A | 1 | 290.00 | 0.30 | 87.00 | Review and respond to e-mail from Kirkwood regarding website issues. | ARCH |
| 21204 | 09/19/2006 | WHR | A | 1 | 350.00 | 0.60 | 210.00 | Review Kirkwood correspondence and client file; consult with D. Fisher-Owens regarding provision of services, facilitation and services to Iran issues. | ARCH |
| 21204 | 09/19/2006 | DFO | A | 1 | 290.00 | 0.50 | 145.00 | Review additional information from Kirkwood; telephone conversation with W. Rusch regarding same. | ARCH |
| 21204 | 09/20/2006 | DFO | A | 1 | 290.00 | 0.80 | 232.00 | Advise regarding web hosting and connectivity issues. | ARCH |
| 21204 | 09/21/2006 | WHR | A | 1 | 350.00 | 0.70 | 245.00 | Review Iran Regulations and review and revise correspondence with Kirkwood regarding Iran issues. | ARCH |
| 21204 | 09/27/2006 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review Kirkwood request and revise response; consult with D. Fisher-Owens regading response. | ARCH |
| 21204 | 10/02/2006 | DFO | A | 1 | 290.00 | 0.50 | 145.00 | Telephone conference with Mr. Kirkwood regarding Canada issues; review e-mail regarding same. | ARCH |
| 21204 | 10/03/2006 | WHR | A | 1 | 350.00 | 0.80 | 280.00 | Review file and Kirkwood correspondence and Memorandum to Board; consult with D. Fisher-Owens regarding Mcmorandum and advice regarding OFAC Regulations and compliance. | ARCH |
| 21204 | 10/03/2006 | DFC | A | 1 | 290.00 | 1.00 | 290.00 | Review draft analysis by Mr. Kirkwood; telephone conference with W. Rusch regarding same. | ARCH |
| 21204 | 10/04/2006 | WHR | A | 1 | 350.00 | 0.80 | 280.00 | Review file and prepare for and telephone conversation with Kirkwood and D. Fisher-Owens regarding OFAC Regulations and Canada and Iran entities and relations. | ARCH |
| 21204 | 10/04/2006 | DFO | A | 1 | 290.00 | 0.60 | 174.00 | Telephone conference with Mr. Kirkwood regarding Canada issues. | ARCH |
| 21204 | 10/06/2006 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review file and consult with D. Fisher-Owens regarding Iranian Transactions Regulations and Canadian entity. | ARCH |
| 21204 | 10/10/2006 | DPO | A | 1 | 290.00 | 0.20 | 58.00 | Review e-mail from Mr. Kirkwood. | ARCH |
| 21204 | 10/18/2006 | WHR | A | 1 | 350.00 | 0.20 | 70.00 | Review Kirkwood correspondence and consult with D. Fisher-Owens regarding Iran Regulations. | ARCH |
| 21204 | 12/05/2006 | WHR | A | 1 | 350.00 | 0.60 | 210.00 | Review Yasrebi and Zonozi correspondence and information relating to communication and Child Sponsorship program; consult with D. Fisher-Owens regarding analysis and response. | ARCH |
| 21204 | 12/07/2006 | WHR | A | 1 | 350.00 | 1.30 | 455.00 | Review and analyze Memorandum and exhibits from Dr. Yasrebi regarding CF activities in Iran and relationship with R. Kirkwood and sponsors; research Iranian Regulations on facilitation and exemptions; consult with D. Fisher-Owens regarding same. | ARCH |
| 21204 | 12/08/2006 | WHR | A | 1 | 350.00 | 1.40 | 490.00 | Review Zonozi, Azemi and Yasrebi correspondence regarding CF activities and OFAC regulations; consult with D. Fisher-Owens regarding Memorandum and draft response to client regarding activities in Iran. | ARCH |
| 21204 | 12/08/2006 | DFO | A | 1 | 290.00 | 2.00 | 580.00 | Review information received Child Foundation and advise regardingsame. | ARCH |
| 21204 | 12/11/2006 | WHR | A | 1 | 350.00 | 1.80 | 630.00 | Review CF Memorandum and documents; research Iranian Transaction Regulations regarding exemption for humanitarian exports; review and revise response to Dr. Yasrebi regarding Child Foundation programs and website. | ARCH |
| 21204 | 12/13/2006 | WHR | A | 1 | 350.00 | 1.10 | 385.00 | Review Yasrebi correspondence regarding changes to sponsorship program and website; consult with D. Fisher-Owens and review website and prepare response. | ARCH |

Monday 02/06/2012 4:05 pm

Exhibit 16
Page 6 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 7

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|---|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| 21204 | 12/13/2006 | DFO | A | 1 | 290.00 | 1.60 | 464.00 | Review revised child sponsorship program. | ARCH |
| 21204 | 12/14/2006 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review file and consult with D. Fisher-Owens regarding response of Sponsorship Program and Iranian Transaction Regulations. | ARCH |
| 21204 | 12/15/2006 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review Yasrebi correspondence and prepare response. | ARCH |
| 21204 | 12/18/2006 | WHR | A | 1 | 350.00 | 1.20 | 420.00 | Review and revise Memorandum to Dr. Yasrebi regarding sponsorship programs and Child Foundation dealings with Iran entities for food, medicine and clothing; consult with D. Fisher-Owens regarding response and review Iranian Transaction Regulations. | ARCH |
| 21204 | 12/18/2006 | DFO | A | 1 | 290.00 | 1.50 | 435.00 | Draft response to proposed changes to sponsorship program. | ARCH |
| 21204 | 12/20/2006 | WHR | A | 1 | 350.00 | 0.70 | 245.00 | Review Yasrebi and Djalili correspondence regarding Iranian Transactions Regulations and possible Swiss transfers and prepare response. | ARCH |
| 21204 | 12/20/2006 | DFO | A | 1 | 290.00 | 0.50 | 145.00 | Advise regarding applicability of ITR to activities of CF Switzerland. | ARCH |
| 21204 | 12/21/2006 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review Dr. Yasrebi correspondence and prepare response; consult with D. Fisher-Owens regarding CF website and information. | ARCH |
| 21204 | 12/21/2006 | DFO | A | 1 | 290.00 | 0.20 | 58.00 | Advise regarding potential licensing of cash transfers. | ARCH |
| 21204 | 12/29/2006 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review Yasrebi correspondence and review material on CF activities and foreign involvement; consult with D. Fisher-Owens regarding CF operation and OFAC Regulations. | ARCH |
| 21204 | 12/29/2006 | DFO | A | 1 | 290.00 | 0.30 | 87.00 | Review response from Dr. Yasrebi to BCR advice on sponsorship program. | ARCH |
| 21204 | 01/02/2007 | DFO | A | 1 | 300.00 | 1.50 | 450.00 | Review e-mail from Dr. Zonozi regarding FBI agent contact; advise regarding same; draft response to e-mail from Dr. Yasrebi regarding sponsorship program. | ARCH |
| 21204 | 01/02/2007 | BHF | A | 1 | 380.00 | 0.60 | 228.00 | Arrange for local defense counsel in Portland, Oregon. | ARCH |
| 21204 | 01/03/2007 | WHR | A | 1 | 350.00 | 3.60 | 1,260.00 | Review correspondence and prepare for telephone conference with Dr. Yasrebi and Dr. Azemi regarding CF and FBI investigation and audit and compliance program; review and revise draft response; consult with T. Viles and D. Fisher-Ownes regarding audit and possible FBI investigation; correspondence with Dr. Yasrebi regarding information request and Dr. Zonozi interview with FBI. | ARCH |
| 21204 | 01/03/2007 | TV | A | 1 | 350.00 | 4.90 | 1,715.00 | Meetings with W. Rusch and D. Fisher-Owens; conference call with client; located local counsel in Portland (J. Sacks); telephone conversations with Sacks; discussed communications from Dr. Zonozi; researched DC ethics issue; discussed same with W. Rusch and D. Fisher-Owens. | ARCH |
| 21204 | 01/03/2007 | DFO | A | 1 | 300.00 | 1.70 | 510.00 | Conference call with Dr. Yasrebi regarding OFAC issues and Dr. Zonozi issues; advise regarding same; draft request for documents; review and advise regarding information from Dr. Zonozi. | ARCH |
| 21204 | 01/04/2007 | WHR | A | 1 | 350.00 | 2.10 | 735.00 | Review Child Foundation material and consult with D. Fisher-Owens regarding compliance and audit information and details; correspondence with Dr. Zonozi regarding interview and FBI meeting; correspondence with Dr. Yasrebi regarding Dr. Zonozi and possible USG investigation; consult with T. Viles regarding exposure and approach. | ARCH |
| 21204 | 01/04/2007 | TV | A | 1 | 350.00 | 0.50 | 175.00 | Reviewed further communications from Dr. Zonozi; discussed with W. Rusch. | ARCH |
| 21204 | 01/05/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review file and Dr. Zonozi and Dr. Yasrebi correspondence and information requirements for meeting with Dr. Yasrebi. | ARCH |
| 21204 | 01/08/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Advise regarding contact from Dr. Zonozi. | ARCH |
| 21204 | 01/08/2007 | TV | A | 1 | 350.00 | 0.30 | 105.00 | Review emails & communications regarding Zonozi matter. | ARCH |
| 21204 | 01/09/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Advise regarding potential contacts with Dr. Zonozi. | ARCH |
| 21204 | 01/09/2007 | TV | A | 1 | 350.00 | 1.30 | 455.00 | Discussed OFAC related issues wtih team; review of emails and communications. | ARCH |
| 21204 | 01/10/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Review and advise regarding voicemail from Dr. Zonozi; e-mail to Dr. Zonozi in response advising that <span style="color:red">REDACTED</span> | ARCH |
| 21204 | 01/10/2007 | TV | A | 1 | 350.00 | 0.70 | 245.00 | Review more emails and telephone conversation regarding Dr. Zonozi, discussed with team. | ARCH |

Exhibit 16
Page 7 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 8

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|---|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| 21204 | 01/11/2007 | DFO | A | 1 | 300.00 | 2.30 | 690.00 | Advise regarding contacts from Dr. Zonozi; review documents received from Dr. Yasrebi. | ARCH |
| 21204 | 01/11/2007 | TV | A | 1 | 350.00 | 0.70 | 245.00 | Renewed round of communications from Dr. Zonozi; discussed with D. Fisher-Owens & office staff; telephone conversations with D. Fisher-Owens. | ARCH |
| 21204 | 01/12/2007 | WHR | A | 1 | 350.00 | 3.60 | 1,260.00 | Review correspondence and material from Zonozi, Yasrebi and others regarding potential FBI or OFAC investigation and attempts to deal with Dr. Zonozi interview and legal counsel; consult with D. Fisher-Owens and T. Viles regarding options for Child Foundation and possible investigations; prepare for and telephone conversation with Dr. and Mrs. Yasrebi; review Child Foundation material provided by Dr. Yasrebi in response to request. | ARCH |
| 21204 | 01/12/2007 | DFO | A | 1 | 300.00 | 2.60 | 780.00 | Advise regarding documents received from Dr. Yasrebi, strategy for dealing with Dr. Zonozi; meet with Dr. and Mrs. Yasrebi regarding same; telephone call with Dr. Zonozi; summarize meetings and phone call with Dr. Zonozi. | ARCH |
| 21204 | 01/12/2007 | TV | A | 1 | 350.00 | 3.00 | 1,050.00 | Meetings with W. Rusch; conference calls with D. Fisher-Owens and W. Rusch; review of documents and messages relevant to OFAC, criminal issues. | ARCH |
| 21204 | 01/13/2007 | TV | A | 1 | 350.00 | 0.40 | 140.00 | Reviewed new emails regarding Dr. Zonozi. | ARCH |
| 21204 | 01/14/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Draft memo on revised Child Foundation sponsorship program. | ARCH |
| 21204 | 01/14/2007 | TV | A | 1 | 350.00 | 0.20 | 70.00 | Review more email traffic regading Dr. Zonozi. | ARCH |
| 21204 | 01/15/2007 | WHR | A | 1 | 350.00 | 3.70 | 1,295.00 | Review Zonozi, Yasrebi and others correspondence regarding REDACTED ; prepare for and attend telephone conference call with Dr. and Mrs. Yasrebi and Dr. Azemi; review and revise child sponsorship memorandum; review and revise Notification to Dr. Zonozi and Child Foundation supporters; consult with D. Fisher-Owens regarding due diligence process and REDACTED . | ARCH |
| 21204 | 01/15/2007 | DFO | A | 1 | 300.00 | 2.60 | 780.00 | Conference call regarding strategy and visit to Portland; review materials from Dr. Yasrebi; advise regarding same; revise draft of summary of revised CF sponsorship program in light of comments from W. Rusch; advise regarding e-mails from Dr. Zonozi. | ARCH |
| 21204 | 01/15/2007 | TV | A | 1 | 350.00 | 3.80 | 1,330.00 | Discussed Dr. Zonozi developments with W. Rusch; reviewed communications; conference call w/ Wayne Rusch & D. Fisher-Owens; drafted notices regarding Dr. Zonozi, discussed same with team; email traffic; drafted modifications to notices; reviewed newest threat of litigation; discussed with W. Rusch. | ARCH |
| 21204 | 01/16/2007 | WHR | A | 1 | 350.00 | 2.10 | 735.00 | Review Yasrebi, Zonozi and Ardehali correspondence and consult with D. Fisher-Owens; prepare correspondence to Yasrebi regarding Zonozi notice; Child Foundation supports notice and response to Ardehali; correspondence with Ardehali; review and revise statement and material regarding child sponsorship program and correspondence. | ARCH |
| 21204 | 01/16/2007 | TV | A | 1 | 350.00 | 0.30 | 105.00 | Discussed developments with W. Rusch. | ARCH |
| 21204 | 01/16/2007 | DFO | A | 1 | 300.00 | 1.30 | 390.00 | Draft reply to request from Ardehali; conference call with J. Resnick and board members; revise summary of sponsorship program. | ARCH |
| 21204 | 01/17/2007 | WHR | A | 1 | 350.00 | 1.30 | 455.00 | Review and prepare responses for Yasrebi correspondence and material; review Resnik correspondence and draft audit report and prepare response; consult with D. Fisher-Owens RE options and audit report and due diligence matters; review correspondence from CF supporters and Zonozi notifications. | ARCH |
| 21204 | 01/17/2007 | TV | A | 1 | 350.00 | 0.20 | 70.00 | Monitored & reviewed relevant email traffic. | ARCH |
| 21204 | 01/17/2007 | DFO | A | 1 | 300.00 | 0.60 | 180.00 | Review audit information received from Dr. Yasrebi and J. Resnick. | ARCH |
| 21204 | 01/18/2007 | WHR | A | 1 | 350.00 | 1.00 | 350.00 | Review and prepare response to Dr. Yasrebi correspondence and Statement of Facts; review Yasrebi and supporter correspondence regarding Zonozi actions; consult with D. Fisher-Owens regarding due diligence and visit to Child Foundation offices and meetings with staff regarding compliance | ARCH |

Monday 02/06/2012 4:05 pm

Exhibit 16
Page 8 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 9

Client ID 21204 Mr. Navid Seyedali

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | and Dr. Zonozi. | |
| 21204 | 01/18/2007 | TV | A | 1 | 350.00 | 0.40 | 140.00 | Telephone conversations with D. Fisher-Owens; reviewed email traffic. | ARCH |
| 21204 | 01/18/2007 | DFO | A | 1 | 300.00 | 10.00 | 3,000.00 | Prepare for meetings with CF personnel; interview personnel and review documents regarding sponsorship and other programs; review documents from Dr. Yasrebi; draft summary of interviews and reviewed documents. | ARCH |
| 21204 | 01/19/2007 | WHR | A | 1 | 350.00 | 2.70 | 945.00 | Review and analyze correspondence from and regarding Dr. Zonozi, CF Switzerland and OFAC contact by CA attorney; prepare for and attend telephone conversation with Dr. Yasrebi and Azemi regarding Zonozi, OFAC and due diligence. | ARCH |
| 21204 | 01/19/2007 | TV | A | 1 | 350.00 | 2.00 | 700.00 | Reviewed emails; discussed strategy with W. Rusch; conference call with D. Fisher-Owens regarding developments. | ARCH |
| 21204 | 01/19/2007 | DFO | A | 1 | 300.00 | 8.00 | 2,400.00 | Meetings with Dr. and Mrs. Yasrebi and staff regarding compliance issues and communications with government and volunteers. | ARCH |
| 21204 | 01/21/2007 | DFO | A | 1 | 300.00 | 5.00 | 1,500.00 | Review documents received from Dr. Yasrebi; draft and revise proposed response to Dr. Zonozi regarding REDACTED | ARCH |
| 21204 | 01/22/2007 | WHR | A | 1 | 350.00 | 2.80 | 980.00 | Review and analyze Child Foundation documents; review and revise response to Zonozi and Dr. Yasrebi; consult with D. Fisher-Owens on Iranian Transaction Regulations and research effect on Child Foundation activities; prepare material for REDACTED | ARCH |
| 21204 | 01/22/2007 | TV | A | 1 | 350.00 | 1.50 | 525.00 | Conference call with W. Rusch and D. Fisher-Owens regarding investigation & developments. | ARCH |
| 21204 | 01/22/2007 | DFO | A | 1 | 300.00 | 1.80 | 540.00 | Review and comment on W. Rusch revisions to draft response to Dr. Zonozi; advise regarding same. | ARCH |
| 21204 | 01/23/2007 | WHR | A | 1 | 350.00 | 2.30 | 805.00 | Review transfer documentation and other material from CF records; consult with D. Fisher-Owens regarding Khastoo information and files and OFAC issues; prepare for and telephone conversations with Dr. and Mrs. Yasrebi and Mrs. Djalili regarding CF Switzerland and Zonozi issues and document production material. | ARCH |
| 21204 | 01/23/2007 | TV | A | 1 | 350.00 | 0.90 | 315.00 | Conference call with W. Rusch, D. Fisher-Owens and clients; discussed strategy & developments with W. Rusch and D. Fisher-Owens. | ARCH |
| 21204 | 01/23/2007 | DFO | A | 1 | 300.00 | 0.70 | 210.00 | Telephone conference with Djalili; telephone conference with Yasrebis. | ARCH |
| 21204 | 01/23/2007 | SP | A | 1 | 75.00 | 1.00 | 75.00 | Create table organizing wire transfer history for D. Fisher-Owens. | ARCH |
| 21204 | 01/24/2007 | WHR | A | 1 | 350.00 | 1.40 | 490.00 | Review correspondence and materials and correspondence with Dr. Yasrebi; consult with D. Fisher-Owens regarding REDACTED | ARCH |
| 21204 | 01/24/2007 | TV | A | 1 | 350.00 | 0.10 | 35.00 | Monitored and reviewed relevant emails. | ARCH |
| 21204 | 01/24/2007 | DFO | A | 1 | 300.00 | 4.00 | 1,200.00 | Draft REDACTED ; telephone conference with Khastoo. | ARCH |
| 21204 | 01/25/2007 | DFO | A | 1 | 300.00 | 0.20 | 60.00 | Telephone conference with Mr. Salehi regarding gifts provision. | ARCH |
| 21204 | 01/26/2007 | WHR | A | 1 | 350.00 | 0.80 | 280.00 | Review client and Khastoo material and consult with D. Fisher-Owens regarding draft report. | ARCH |
| 21204 | 01/26/2007 | DFO | A | 1 | 300.00 | 3.00 | 900.00 | REDACTED ; memorandum regarding revised child sponsorship program. | ARCH |
| 21204 | 01/29/2007 | WHR | A | 1 | 350.00 | 1.90 | 665.00 | Review Zonozi, Yasrebi and Zadeh correspondence and material; review and revise draft Memorandum regarding CF child sponsorship program and OFAC compliance; prepare correspondence with Dr. Yasrebi; consult with D. Fisher-Owens regarding research and Iranian Transaction Regulations. | ARCH |
| 21204 | 01/29/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Review edits from W. Rusch on memorandum; revisions to same; review information about Azad University from Dr. Yasrebi. | ARCH |
| 21204 | 01/30/2007 | WHR | A | 1 | 350.00 | 1.20 | 420.00 | Review correspondence from Dr. Yasrebi, Zadeh and Akbarzadeh regarding Zonozi allegations and actions and prepare response; review and revise correspondence with Dr. Yasrebi; REDACTED | ARCH |

Exhibit 16
Page 9 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 10

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|--|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| | | | | | | | | REDACTED | |
| | | | | | | | | review Iran University in UK issues and correspondence and prepare response. | |
| 21204 | 01/30/2007 | DFO | A | 1 | 300.00 | 1.70 | 510.00 | Telephone conference with Dr. Yasrebi regarding Azad University, adoption, wire transfers; advise regarding same. | ARCH |
| 21204 | 01/31/2007 | WHR | A | 1 | 350.00 | 1.10 | 385.00 | Review Zonozi, Zadeh and Dr. Yasrebi correspondence and material; prepare response to Dr. Yasrebi;REDACTED consult with D. Fisher-Owens regarding Azad University contributions. | ARCH |
| 21204 | 01/31/2007 | DFO | A | 1 | 300.00 | 4.50 | 1,350.00 | REDACTED review and analyze proposed adoption program. | ARCH |
| 21204 | 02/01/2007 | WHR | A | 1 | 350.00 | 1.90 | 665.00 | Review Zonozi correspondence and prepare draft response and correspondence with Dr. Yasrebi;REDACTED ; review adoption materials and proposed program with Heritage and research Iranian Transaction Regulations implications and exemptions. | ARCH |
| 21204 | 02/01/2007 | DFO | A | 1 | 300.00 | 1.50 | 450.00 | Advise regarding proposed adoption program. | ARCH |
| 21204 | 02/02/2007 | WHR | A | 1 | 350.00 | 3.40 | 1,190.00 | Review client correspondence and material regarding child sponsorship program and adoption program; review Zonozi correspondence; consult with D. Fisher-Owens regarding adoption programREDACTED ; prepare for and telephone conference call with Dr. Yasrebi, Mrs. Yasrebi and Dr. Azemi regarding CF programs, Dr. Zonozi and other matters. | ARCH |
| 21204 | 02/02/2007 | TV | A | 1 | 350.00 | 0.20 | 70.00 | Review e-mail traffic from Dr. Zonozi and discussed with W. Rusch and D. Fisher-Owens. | ARCH |
| 21204 | 02/02/2007 | DFO | A | 1 | 300.00 | 2.30 | 690.00 | Review expense report from Dr. Yasrebi and responses to memos and other analyses; conference call with board regarding advice concerning sponsorship and adoption programs. | ARCH |
| 21204 | 02/05/2007 | WHR | A | 1 | 350.00 | 1.90 | 665.00 | Review Yasrebi correspondence and revised adoption program information; consult with D. Fisher-Owens regarding license application REDACTED ; prepare cease and desist letter to Dr. Zonozi; correspondence with Dr. Yasrebi regarding adoption program, REDACTED and Dr. Zonozi activities. | ARCH |
| 21204 | 02/05/2007 | DFO | A | 1 | 300.00 | 1.10 | 330.00 | Advise regarding adoption program; communication with Dr. Zonoz; revisions to Sponsorship memorandum. | ARCH |
| 21204 | 02/06/2007 | WHR | A | 1 | 350.00 | 1.80 | 630.00 | Review and revise child sponsorship research Memorandum and Directors advice; review Dr. Yasrebi correspondence and prepare responses regarding adoption program, license application and Dr. Zonozi actions and cease and desist letter; review Attorney Khastoo material regarding OFAC and sponsor ship program; consult with D. Fisher-Owens regarding Memorandum REDACTED | ARCH |
| 21204 | 02/06/2007 | DFO | A | 1 | 300.00 | 1.60 | 480.00 | Review documents received from Khastoo; revise memorandum and advice letter. | ARCH |
| 21204 | 02/07/2007 | WHR | A | 1 | 350.00 | 1.90 | 665.00 | Final review and revisions of child sponsorship program OFAC implications and review and revise short version of same; REDACTED ; finalize correspondence with Dr. Zonozi and cease and desist; review correspondence and correspondence with Board membersREDACTED | ARCH |
| 21204 | 02/07/2007 | DFO | A | 1 | 300.00 | 0.50 | 150.00 | Finalize summary advice regarding sponsorship program; REDACTED | ARCH |
| 21204 | 02/08/2007 | WHR | A | 1 | 350.00 | 1.50 | 525.00 | Review and revise short version of child sponsorship program and facts and consult with D. Fisher-Owens regarding same REDACTED ; review Dr. Zonozi, Dr. | ARCH |

Exhibit 16
Page 10 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 11

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|---|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| | | | | | | | | Yasrebi and others correspondence and prepare response. | |
| 21204 | 02/08/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Review revised wire transfer list; review CF proposed revisions to shorter memo and finalize same. | ARCH |
| 21204 | 02/09/2007 | WHR | A | 1 | 350.00 | 2.00 | 700.00 | Review Zonozi, Zadeh and Dr. Yasrebi correspondence and respond; prepare for and telephone conference with Dr. Yasrebi, Dr. Azemi and Mrs. Yasrebi and D. Fisher-Owens regarding Dr. Zonozi;REDACTED | ARCH |
| 21204 | 02/09/2007 | DFO | A | 1 | 300.00 | 2.00 | 600.00 | Prepare for call and telephone conference with Child Foundation board. | ARCH |
| 21204 | 02/12/2007 | WHR | A | 1 | 350.00 | 1.20 | 420.00 | Review Dr. Zonozi and friends correspondence and review and prepare responses to Dr. Yasrebi and Dr. Azemi correspondence regarding Dr. Zonozi demands and proposed adoption program. | ARCH |
| 21204 | 02/14/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review correspondence and Zonozi issues. | ARCH |
| 21204 | 02/15/2007 | DFO | A | 1 | 300.00 | 2.00 | 600.00 | Draft analysis and recommendations for adoption program. | ARCH |
| 21204 | 02/16/2007 | WHR | A | 1 | 350.00 | 1.80 | 630.00 | Review correspondence and material regarding Zonozi; research, review and revise Memorandum on adoption program; conference call with Board members. | ARCH |
| 21204 | 02/16/2007 | DFO | A | 1 | 300.00 | 1.60 | 480.00 | Review comments from W. Rusch on draft adoption program and integrate same into draft; telephone conference regarding same. | ARCH |
| 21204 | 02/19/2007 | DFO | A | 1 | 300.00 | 0.30 | 90.00 | Review authorization letter for UAE bank account. | ARCH |
| 21204 | 02/20/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review correspondence and consult with D. Fisher-Owens regarding adoption program and OFAC contact. | ARCH |
| 21204 | 02/26/2007 | WHR | A | 1 | 350.00 | 1.10 | 385.00 | Review Dr. Azemi and Dr. Yasrebi correspondence and Memorandum and prepare response; review Dr. Zonozi and supporters correspondence and consult with D. Fisher-Owens regarding potential lawsuit and adoption program and OFAC contact. | ARCH |
| 21204 | 02/28/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review correspondence and consult with D. Fisher-Owens regarding OFAC contact regarding adoption program. | ARCH |
| 21204 | 03/01/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review correspondence related to Dr. Zonozi; correspondence with Azemi and Dr. Yasrebi; consult with D. Fisher-Owens regarding adoption program. | ARCH |
| 21204 | 03/06/2007 | WHR | A | 1 | 350.00 | 0.80 | 280.00 | Review and revise response regarding adoption program and consult with D. Fisher-Owens regarding same. | ARCH |
| 21204 | 03/06/2007 | DFO | A | 1 | 300.00 | 2.00 | 600.00 | Telephone conference with Salehi regarding prposed estate donation; review questions on adoption program from Dr. Yasrebi and draft responses to same. | ARCH |
| 21204 | 03/07/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review final response for adoption program and correspondence with Dr. Yasrebi regarding OFAC response. | ARCH |
| 21204 | 03/13/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review correspondence relating to Dr. Zonozi; telephone conversation with Dr. Yasrebi regarding Ansari request and Zonozi issues and adoption program; consult with D. Fisher-Owens regarding OFAC response. | ARCH |
| 21204 | 03/15/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review Yasrebi draft communication regarding sponsorship program, consult with D. Fisher-Owens and prepare revisions and correspondence with Dr. Yasrebi. | ARCH |
| 21204 | 03/19/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review Yasrebi correspondence and sponsorship report and Zonozi correspondence and responses from others; consult with D. Fisher-Owens regarding report. | ARCH |
| 21204 | 03/19/2007 | DFO | A | 1 | 300.00 | 0.30 | 90.00 | Review draft report for sponsors. | ARCH |
| 21204 | 03/20/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review draft report and correspondence with Dr. Yasrebi regarding wording of report; review Zonozi related correspondence. | ARCH |
| 21204 | 03/21/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Consult with D. Fisher-Owens regarding OFAC response to adoption program and correspondence with Dr. Yasrebi regarding adoption program and Dr. Zonozi. | ARCH |
| 21204 | 03/22/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review Monfared correspondence and prepare correspondence with Dr. Yasrebi regarding Monfared response and consult with D. Fisher-Owens on report | ARCH |

Exhibit 16
Page 11 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 12

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|---|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| | | | | | | | | language. | |
| 21204 | 03/22/2007 | DFO | A | 1 | 300.00 | 1.50 | 450.00 | Review Persian text of draft semi-annual report. | ARCH |
| 21204 | 03/27/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review client report and consult with D. Fisher-Owens on content; review adoption program materials and consult with D. Fisher-Owens on OFAC response and prospects for obtaining license. | ARCH |
| 21204 | 03/27/2007 | DFO | A | 1 | 300.00 | 1.30 | 390.00 | Telephone conference with OFAC regarding licensing question; advise regarding same and 6 month status report. | ARCH |
| 21204 | 03/30/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Telephone conversation with Dr. Yasrebi and Azemi regarding adoption program and OFAC license and Iraq and Afgan sponsorship programs. | ARCH |
| 21204 | 04/19/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review Zonozi correspondence and materials; review file and consult with D. Fisher-Owens; correspondence with Mr. Yasrebi regarding options. | ARCH |
| 21204 | 04/24/2007 | DFO | A | 1 | 300.00 | 0.50 | 150.00 | Telephone conversation with Dr. Salehi regarding response to Better Business Bureau; advise regarding same. | ARCH |
| 21204 | 04/25/2007 | WHR | A | 1 | 350.00 | 0.90 | 315.00 | Review Dr. Yasrebi correspondence regarding adoption program and OFAC; consult with D. Fisher-Owens regarding adoption program issues; review BBB correspondence and draft BK correspondence and revise same. | ARCH |
| 21204 | 04/25/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Advise regarding adoption program; draft edits to response to BBB. | ARCH |
| 21204 | 04/26/2007 | WHR | A | 1 | 350.00 | 0.70 | 245.00 | Review and revise BBB correspondence and review material; consult with D. Fisher-Owens on BBB and adoption program and Zonozi issue. | ARCH |
| 21204 | 04/27/2007 | WHR | A | 1 | 350.00 | 1.70 | 595.00 | Prepare for and attend conference via telephone with Dr. Yasrebi, Dr. Azemi and Mrs. Sharif regarding adoption program and OFAC license, BBB application and Zonozi issues; consult with D. Fisher-Owens regarding same and VA e-mail issues. | ARCH |
| 21204 | 04/27/2007 | DFO | A | 1 | 300.00 | 1.80 | 540.00 | Telephone conversation regarding Adoption, BBB, and Dr. Zonozi issues; advise regarding same; review draft letters to BBB. | ARCH |
| 21204 | 04/30/2007 | WHR | A | 1 | 350.00 | 2.60 | 910.00 | Review AOL Terms of Use and Yahoo! Terms of Service and prepare draft demand letter for each regarding Zonozi actions; review Save the Children and World Vision material and Zonozi contacts; consult with D. Fisher-Owens regarding adoption program license application. | ARCH |
| 21204 | 04/30/2007 | DFO | A | 1 | 300.00 | 0.30 | 90.00 | Review and comment on draft letter to AOL. | ARCH |
| 21204 | 05/01/2007 | WHR | A | 1 | 350.00 | 1.40 | 490.00 | Review and revise draft correspondence with AOL and correspondence with Dr. Yasrebi; review Yahoo material and draft correspondence regarding Zonozi use; research Save the Children and World Vision issues. | ARCH |
| 21204 | 05/02/2007 | WHR | A | 1 | 350.00 | 1.70 | 595.00 | Review and research Save the Children and World Vision material; prepare draft correspondence with Save the Children regarding Dr. Zonozi; consult with D. Fisher-Owens and correspondence with Dr. Yasrebi regarding Save the Children. | ARCH |
| 21204 | 05/02/2007 | DFO | A | 1 | 300.00 | 0.30 | 90.00 | Advise regarding edits to Save the Children letter. | ARCH |
| 21204 | 05/14/2007 | DFO | A | 1 | 300.00 | 0.30 | 90.00 | Draft license application for adoption program. | ARCH |
| 21204 | 05/15/2007 | WHR | A | 1 | 350.00 | 2.10 | 735.00 | Review file and review and revise draft OFAC license application for adoption program and consult with D. Fisher-Owens regarding same. | ARCH |
| 21204 | 05/15/2007 | DFO | A | 1 | 300.00 | 5.30 | 1,590.00 | Draft license application for adoption program and advise regarding same; recommendations for modifications to website. | ARCH |
| 21204 | 05/16/2007 | WHR | A | 1 | 350.00 | 1.00 | 350.00 | Review and revise Memorandum regarding sponsorship program; review, revise and analyze adoption program OFAC license application; consult with D. Fisher-Owens regarding same. | ARCH |
| 21204 | 05/16/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Revisions to summary memorandum; advise regarding same. | ARCH |
| 21204 | 05/17/2007 | WHR | A | 1 | 350.00 | 1.10 | 385.00 | Review correspondence and Child Foundation material including website and annual report; review Zonozi and others recent correspondence regarding Child Foundation; consult with D. Fisher-Owens regarding same. | ARCH |
| 21204 | 05/17/2007 | DFO | A | 1 | 300.00 | 0.60 | 180.00 | Advise regarding e-mail from Atlanta group; license | ARCH |

Exhibit 16
Page 12 of 14

Date: 02/06/2012

**Detail Fee Transaction File List**
Berliner, Corcoran & Rowe, L.L.P.

Page: 13

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|---|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| | | | | | | | | application; annual report statement. | |
| 21204 | 05/18/2007 | WHR | A | 1 | 350.00 | 1.40 | 490.00 | Review OFAC License Application, revised Memorandum on Sponsorship and annual report language and prepare for and attend conference call with Mr. and Mrs. Yasrebi, Dr. Azemi and D. Fisher-Owens regarding filings, Zonozi and general matters; consult with D. Fisher-Owens regarding final changes. | ARCH |
| 21204 | 05/18/2007 | DFO | A | 1 | 300.00 | 1.00 | 300.00 | Telephone conversation with Board regarding adoption program, other issues; revisions to memorandum. | ARCH |
| 21204 | 05/24/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review client correspondence and material regarding Dr. Zonozi and AOL, Yahoo, Save the Children and World Vision material. | ARCH |
| 21204 | 05/29/2007 | WHR | A | 1 | 350.00 | 0.80 | 280.00 | Review and revise final version of license application for adoption program; review additional Zonozi material. | ARCH |
| 21204 | 05/31/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review Dr. Zonozi correspondence; consult with D. Fisher-Owens regarding adoption license application. | ARCH |
| 21204 | 06/01/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Consult with D. Fisher-Owens regarding adoption OFAC license application and Heritage involvement; review Zonozi correspondence. | ARCH |
| 21204 | 06/01/2007 | DFO | A | 1 | 300.00 | 0.20 | 60.00 | Advise regarding adoption application. | ARCH |
| 21204 | 06/06/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review Heritage correspondence and OFAC filing for adoption; review Zonozi correspondence. | ARCH |
| 21204 | 06/12/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Review Save the Children response and correspondence with Dr. Yasrebi; review Dr. Zonozi correspondence and contact OFAC regarding adoption license application. | ARCH |
| 21204 | 06/21/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review OFAC correspondence regarding adoption license application; correspondence with Dr. Yasrebi regarding OFAC adoption application and communication with Dr. Moghtader. | ARCH |
| 21204 | 07/06/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review correspondence from Attorney Taylor and various Dr. Zonozi communications; review Dr. Yasrebi correspondence and consult with D. Fisher-Owens regarding response. | ARCH |
| 21204 | 07/09/2007 | WHR | A | 1 | 350.00 | 0.50 | 175.00 | Analyze and review correspondence and material regarding Zonozi claims and attorney Gabeler action and contributor actions; consult with D. Fisher-Owens regarding same and correspondence with Dr. Yasrebi. | ARCH |
| 21204 | 07/12/2007 | WHR | A | 1 | 350.00 | 1.40 | 490.00 | Review Yasrebi and Azemi correspondence regarding AOL, Virginia Bar and Zonozi; correspondence with Attorney Gabeler; review file and prepare correspondence with AOL regarding abuse and spam; correspondence with Dr. Yasrebi. | ARCH |
| 21204 | 07/16/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review and revise AOL correspondence; review and respond to Dr. Yasrebi and Aazemi correspondence. | ARCH |
| 21204 | 07/18/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review file and finalize correspondence with AOL. | ARCH |
| 21204 | 07/25/2007 | WHR | A | 1 | 350.00 | 2.60 | 910.00 | Review and analyze Salehi correspondence and proposal for webcam clinics and application of Iranian Transaction Regulations; prepare Memorandum on webcam clinic issue and options for client. | ARCH |
| 21204 | 07/26/2007 | WHR | A | 1 | 350.00 | 1.10 | 385.00 | Review, revise and finalize Memorandum to Mr. Salehi regarding webcam medical clinics and ITR compliance. | ARCH |
| 21204 | 07/26/2007 | DFO | A | 1 | 300.00 | 0.50 | 150.00 | Advise regarding medical clinic issue. | ARCH |
| 21204 | 08/01/2007 | WHR | A | 1 | 350.00 | 1.00 | 350.00 | Review file and prepare response to auditors request. | ARCH |
| 21204 | 08/02/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review correspondence from Salehi and review Iran Regulations for issues related to webcam clinics in Iran. | ARCH |
| 21204 | 08/03/2007 | WHR | A | 1 | 350.00 | 0.60 | 210.00 | Correspondence with Dr. Yasrebi regarding webclinic program and options for authorization; telephone conversation and correspondence with AOL regarding Zonozi complaint. | ARCH |
| 21204 | 08/09/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Telephone conversation and correspondence with Gwen Boss at AOL regarding Zonozi complaint and correspondence. | ARCH |
| 21204 | 08/13/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review AOL correspondence and material and prepare response; correspondence with Dr. Yasrebi. | ARCH |
| 21204 | 08/15/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review Salehi correspondence regarding Dr. Zonozi and CF property and prepare response. | ARCH |
| 21204 | 08/23/2007 | WHR | A | 1 | 350.00 | 0.40 | 140.00 | Review AOL material and response; correspondence with Mr. Yasrebi regarding AOL actions and continuing investigation of Dr. Zonozi. | ARCH |
| 21204 | 09/04/2007 | WHR | A | 1 | 350.00 | 0.30 | 105.00 | Review correspondence and prepare responses for | ARCH |

Exhibit 16
Page 13 of 14

Date: 02/06/2012

## Detail Fee Transaction File List
Berliner, Corcoran & Rowe, L.L.P.

Page: 14

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|--|-------|
| Client ID 21204 Mr. Navid Seyedali | | | | | | | | | |
| 21204 | 11/05/2007 | DFO | A | 1 | 300.00 | 0.30 | 90.00 | Zonozi correspondence and AOL account. Status check- Iran license update. | ARCH |

| Total for Client ID 21204 | | | | | | | | |
|---------------------------|--|--|--|--|----------------|----------------|----------|-------------------|
| | | | | | Billable | 310.25 | 95,874.50 | Mr. Navid Seyedali |
| | | | | | Non-billable | 3.80 | 153.75 | |
| | | | | | Total | 314.05 | 96,028.25 | |

| | | GRAND TOTALS | |
|--------------|--------|-----------|--|
| Billable | 310.25 | 95,874.50 | |
| Non-billable | 3.80 | 153.75 | |
| Total | 314.05 | 96,028.25 | |

Exhibit 16
Page 14 of 14