MINUTES OF HE MEETING OF THE BOARD
Held on November 5, 2006

Participating:    Mehrdad Yasrebi, Fatemeh Sharif-Kazemi, Asad Azemi, and
Nastaran Zonozi

Note taker:    Mrs. Susan Tanaomi

A teleconference of the Board of Directors of the Child Foundation was called to order at 10:00 AM PST. All members of the Board were present and participating.

After a brief welcome and review of the agenda the following topics were discussed, motion was moved and second:

1. Receiving papers and documents from Refahe Koodak on the method of distribution of donations received from CF
2. Delivery of above papers to Mr. Jon Resnick Accounting to hear Resnick's written view on the legality of above method
3. Delivery of Mr. Rescnik's confirmation (noted in Paragraph 2) along a comprehensive account of CF's operation in US to Mr. Rusch (law offices) to gather his view on legal aspect of CF's sponsorship program

The motion was approved by four ayes of the member of the Board.

Board next discussed the removal of Swiss website from that of US. Motion was moved by Dr. Yasrebi to remove the site by tomorrow. The motion was second and approved four ayes of the member of the Board.

Dr. Azemi discussed the need for all new fundraising (after UCD) to be on hold until further written notice from CF attorneys. Note: Invoice print and 'delivery' will still go on. Dr. Yasrebi moved the motion. The motion was second and approved by three ayes and one nay of the member of the Board.

Finally, Mr. Kirkwood resignation was briefly discussed.

Having completed the item on the agenda, the meeting was adjourned.

Respectfully Submitted,


_____
Recording Secretary


CF289423

Exhibit 17
Page 1 of 1