[Dialing]

[Beeping]

Receiver:    Yes?

Caller:    Dear Farhad

Receiver:    Hello

Caller:    Hello, God willing, hope you are well.

Receiver:    Thank you, Thank God

Caller:    Dear Farhad, until now I have been doing the work for Canada, what belonged to Canada, from our office here. Then, Dave has said no and from tomorrow on we cannot do that. Then I am going to hire someone here or I will go to Canada and hire in Canada. The issue that we have is that we do not have any budget for Canada. I wanted to see if it becomes necessary, could you send a few thousand dollars from Iran to Canada, can you?

Receiver:    Dollars?

Caller:    Yes,

Receiver:    We have to exchange Rials to Dollars and send it.

Caller:    Yes, but it would be possible, would it not? If we are short then you could send it?

Receiver:    Yes,

Caller:    But it is possible, isn't it?

Receiver:    For what?

Caller:    Look, right now I am… Well, I have to hire someone to take care of the affairs there, then we are making the website and we need a budget for it. I figured the budget [amount] based on the sponsors that we have there [inaudible] Now that Dave has messed everything up, we probably have to bring a lot of the sponsors back to America. Because money cannot go to Canada… we may be short a few thousand dollars for our budget. Then [inaudible] Can't you send some money for us there? There should not be any problems, no?

Receiver:    Yes, ..no. One thing, if you could give me the Switzerland code today; give me a code so that I can enter the system. Tomorrow morning I will give the information to the guys to enter them.

PAGE 1 – 20061008104955-5036984084-48

Exhibit 20
Page 1 of 5

Caller:    Today is Sunday here; tomorrow, Monday I will get it from him and send it to you

Receiver:    OK.

Caller:    Dear Farhad, one more issue. Up to now, about Switzerland, we would give the sponsors [supporters] ourselves to the people but we cannot do this any more. Can you send the Switzerland sponsors the kids' information? You give them sponsors.

Receiver:    Yes, they can only tell me who it is and give the address to us and we will send them

Caller:    Then, you can assign the children for them, can't you?

Receiver:    Yes, we have to know what they want; if they tell us what they want. Someone has to tell this to us. If Ms. Jalili creates a form that whenever someone wants a child they would tell us, "look, we want a child like this", then after 24 hours we would deliver it to her.

Caller:    Yeah. We cannot do it for Switzerland any more.

Receiver:    It has to be planned. It has to be planned. I mean it has to be designated. They have to request in writing or something and we would respond

Caller:    Dear Farhad, then, look, I will set up a conference call next week; in seven days with you, Ms. Jalili, and myself. Only, if you could join.

Receiver:    I swear to God, that day, I came home waiting for your conference call. I was alone at home so I lied down to take a ten minute nap and fell asleep.

Caller:    Yes,

Receiver:    And you didn't even call me.

Caller:    No, it was not important. I thought it is near breaking the fast [during the month of Ramadhan]

[Call is disconnected]

[Dialing]

[Beeping]

PAGE 2 – 20061008104955-5036984084-48

Exhibit 20
Page 2 of 5

Caller:     Hello? Hello? We were disconnected. Sorry, dear Farhad. I have to tell you one more thing. I was talking to my aunt yesterday and she told me that Ms. Moaveni is coming back again.

Receiver:   No, it is not set. Perhaps. It is not certain.

Caller:     Say, Farhad, in my opinion, bring her. I have something for her to do, if you agree. This month, we are.., the Canada website. What I want to do is, like what you do, put children's pictures in magazines and introduce them as child of the month. I want to do the same with Canada's website; for example, "project of the month", or "child of the month" or "student of the month" or whatever else [you call it]. We can put the picture and cover the face. We can do something like this. Then every week or every month we will put one of these up, and they have a choice to pay with credit card. For example, we would say this one needs a kidney and this student needs tuition. Something like that. Now, if you deem appropriate, assign Ms. Moaveni to this. What we have to do is to send e-mails to a large number of Iranians abroad. She has to find out how we can send mass e-mails. Find out if we can send a large e-mail to all the Iranians every month. Unfortunately, we cannot do it from here, from U.S. It has to be sent either from Iran or Canada. Even if she works full time, in my opinion, it will be worth it because I think we can attract a lot of people this way.

Receiver:   Let me give you her phone number you can call her yourself and talk to her. If I tell her, it will be hard. You can tell her yourself. Tell her that we have this work. "Are you able to do it or not? If you can do it, then start," if not, she can say that and we will look for someone else.

Caller:     I have her mobile (cell) number.  I will call her myself, thank you. Dear Farhad, is there anything else?

Receiver:   No, just wanted to tell you, Dear Mehrdad, please, please send me the code quickly tomorrow so that I start entering the information into the system so that I can have some peace of mind.

Caller:     He is not here now, otherwise I would get it and give it to you. Now it is the weekend and is off.

Receiver:   Please send the Dubai letter soon.

Caller:     Do not worry about Dubai. I have sent him 10 e-mails up to now. He has requested several things from us and I have done them for him at the speed of light. He will give this to us.

Receiver:   I sent you the $46,000 to send to Dubai.

PAGE 3 – 20061008104955-5036984084-48

Exhibit 20
Page 3 of 5

Caller:        I will send it tomorrow.

Receiver:      If you send that, how much money is left for me to get from you for next week?

Caller:        I think we have around $230 or $240 [*translator's note*: meaning $230,000 or $240,000] but I have to check tomorrow.

Receiver:      I want to give Mr. Makarem his $100,000.

Caller:        Ewe have that much, one hundred percent

Receiver:      Mr. Lahiji did not respond to any of my e-mails that I sent him.

Caller:        Farhad, look, I suggest that you do something. Go to Mr. Makarem with the rest of the children. Take a list of the children with you, perhaps he agrees to give the rest to these children. Tell him these children are orphans.

Receiver:      No, Mehrdad, he will not accept. He agreed to $100,000. He pays 50% of that to the Foundation [Bonyad] and he has agreed to give 50%, at his own discretion, to poor children but not for children of the Foundation, for other charities.

Caller:        So you are saying that if we take our own children…

Receiver:      No, he will not agree.

Caller:        All right

Receive:       OK, I will do it, good bye.

Caller:        Farhad, one thing, when you go to see him can you get a letter from him so that we can get khoms [20% religious tax prescribed by Islam] from people here?

Receiver:      Yes, I can get it.

Caller:        Say that in these mosques here, now it is Hajj (Pilgrimage) time. Perhaps it is not a bad idea to distribute in these mosques. OK, It will be very helpful if…

Receiver:      All right.

Caller:        OK. Then do so if it's not too much trouble.


[END OF CONVERSATION]




PAGE 4 – 20061008104955-5036984084-48

Exhibit 20
Page 4 of 5

This is to certify that I, Badi Badiozamani, am a registered Farsi interpreter with registration #700132 for the courts of California, and I have translated and transcribed the audio files relating to the attached transcripts from Farsi to English to the best of my ability and knowledge.

I certify under the penalty of perjury that the foregoing is correct and true to the best of my abilities.

Executed on February 15, 2012.       Place: Los Angeles, CA

Name and Signature: _____
                          Badi Badiozamani

Exhibit 20
Page 5 of 5