

# A GLOSSARY of ISLAMIC TERMINOLOGY

Bassam Sulaiman Abughosh
and
Waffaa Zaki Shaqra

Exhibit 21
Page 1 of 4

# A
# GLOSSARY
# OF
# ISLAMIC
# TERMINOLOGY

by

**Bassam Sulaiman Abughosh**

and

**Wafaa Zaki Shaqra**

Published by
Ta-Ha Publishers Ltd.
1, Wynne Road,
London SW9 0BB
England

v

Exhibit 21
Page 2 of 4

© Ta-Ha Publishers Ltd.
Muharram 1413/July 1992

Hard case  0907461  94  8

Published by :  Ta-Ha Publishers Ltd.
1  Wynne Road
London SW9 0BB
England

All rights reserved. No part of this publication may be reproduced, stored in any retrieval system, or transmitted in any form or by any means, electronic or otherwise, without written permission of the publishers.

Edited by Ahmad Thomson

British Library Cataloguing in Publication Data
Abughosh, Bassam S.
A  Glossary of Islamic Terminology

I. Title   II. Shaqra, Wafaa Zaki  297

ISBN   0-907 461-89-1

Design and Typesetting by
Newlook Translators and Desktop Publishers, Croydon, Surrey, UK.

Printed and bound in Great Britain by
The Cromwell Press, Broughton Gifford, Melksham,
Wiltshire SN12 8PH

vi

Exhibit 21
Page 3 of 4

early Muslims who migrated from Makkah to Madinah, and commences from the date of the Prophet Muhammad's Hijra, may Allah bless him and grant him peace, which he made with Abu Bakr as-Siddiq, may Allah be pleased with him, in 622AC. The months of the Islamic calendar are:

1. Muharram.
2. Safar.
3. Rabi'i al-Awal.
4. Rabi'i al-Akhira.
5. Jumada al-Awal.
6. Jumada al-Akhira.
7. Rajab.
8. Sha'ban.
9. Ramadan.
10. Shawal.
11. Dhul Qi'da.
12. Dhul Hijjah

**HIRA:**
A famous cave in the Jabal an-Nur in Makkah where Muhammad, may Allah bless him and grant him peace, first received the Divine Message through the Holy Spirit, the Angel Jibreel (Gabriel), peace be on him.

**HIZB:**
Party. Allah Ta'ala divides all the parties into two groups: "Hizb Allah " (the Party of Allah ) and "Hizbal-Shaitan" (the Party of Satan). It is irrelevant to Allah how one labels one's party, whether it be "Democratic Party", "Labour Party", "Communist Party" or whatever. All that matters is whether or not it follows the path of Allah Ta'ala.

**HOORIYAT:**
Plural of **Hooriah**. See **Hooriah**.

**HOORIAH:**
A female virgin created by Allah Ta'ala, but not a descendant of Adam, peace be on him. She is created in **Jannah** (Paradise)

Exhibit 21
Page 4 of 4