

فإن حزب الله هم الغالبون

المقاومة الإسلامية في لبنان

# HEZBOLLAH

A short history by **Augustus Richard Norton**

Exhibit 22
Page 1 of 5

# HEZBOLLAH

A Short History

Augustus Richard Norton

PRINCETON UNIVERSITY PRESS

PRINCETON AND OXFORD

Exhibit 22
Page 2 of 5

Copyright © 2007 by Princeton University Press
Published by Princeton University Press, 41 William Street,
Princeton, New Jersey 08540
In the United Kingdom: Princeton University Press, 3 Market Place,
Woodstock, Oxfordshire OX20 1SY
All Rights Reserved

Library of Congress Cataloging-in-Publication Data

Norton, Augustus R.
Hezbollah : a short history / Augustus Richard Norton.
p.    cm. — (Princeton studies in Muslim politics)
Includes bibliographical references and index.
ISBN-13: 978-0-691-13124-5 (hardcover : alk. paper)
ISBN-10: 0-691-13124-4 (hardcover : alk. paper)
1. Hizballah (Lebanon) 2. Lebanon—Politics and government—
1975–1990. 3. Lebanon—Politics and government—1990–
4. Shiites—Lebanon—Politics and government.
5. Islam and politics—Lebanon. 6. Geopolitics—Middle East. I. Title.
JQ1828.A98H6263 2007
324.25692′082—dc22
2006100594

British Library Cataloging-in-Publication Data is available

This book has been composed in Goudy and Avant Garde

Printed on acid-free paper. ∞

press.princeton.edu

Printed in the United States of America

3   5   7   9   10   8   6   4   2

Exhibit 22
Page 3 of 5

Chapter 2

him to leave Lebanon because a continued Israeli presence would inevitably radicalize the Shiʿi community. He replied, to the best of my recollection, "Professor, I am a politician, and what will I say to the people of Kiryat Shimona when the rockets fall?"[3] And so the die was cast.

## Hezbollah Emerges

Although its leading members refer to 1982 as the year the group was founded, Hezbollah did not exist as a coherent organization until the mid-1980s. From 1982 through the mid-1980s it was less an organization than a cabal. The Lebanese who comprised its first cadre were young, committed revolutionaries, in some cases barely in their twenties. Sayyid Hasan Nasrallah, who was only twenty-two in 1982, had been a rising star in his teens as an Amal representative in al-Bazuriya, his village in southern Lebanon. His mentor, thirty-year-old Sayyid ʿAbbas al-Musawi, from Nabisheet in the Beqaa valley, had taken him under his wing in al-Najaf in 1982, at the direction of Baqr al-Sadr. Raghib Harb, also thirty years old at the time of the Israeli invasion, was born in Jibsheet in the South. Harb, a major early leader of the resistance in the South, would be assassinated, probably by Israel, in 1984. And Shaykh Subhi Tufayli, a firebrand from Brital outside Baalbak, who would become Hezbollah's first secretary-general in 1989, was only thirty-four in 1982.

Iran and Syria share credit for sponsoring these young revolutionaries, although Iran certainly played the leading role. For Iran, the creation of Hezbollah was a realization of the revolutionary state's zealous campaign to spread the message of the self-styled "Islamic revolution." From Syria's

[3] The author would like to thank Professor Yossi Kostiner of Tel Aviv University for reminding him of this meeting.

34

Exhibit 22
Page 4 of 5

Advance praise for

# HEZBOLLAH

## A short history by **Augustus Richard Norton**

"*Hezbollah* is a timely and landmark work. Richard Norton draws on his extensive expertise to offer a comprehensive history that will be of interest to anyone who seeks a better understanding of Hezbollah, Lebanon, or current developments in the Middle East."
—Lee Hamilton, Vice Chair of the 9/11 Commission and Co-Chair
   of the Iraq Study Group

"One of the most remarkable developments in the Middle East in recent years is Hezbollah's meteoric rise to power. No one can better explain the broad implications of this phenomenon than Richard Norton. Drawing on his vast knowledge of Lebanon, Norton has written a timely and readable primer that lucidly explains the intricacies of Hezbollah's ideology and history and demystifies its political strategy."
—Vali Nasr, author of *The Shia Revival: How Conflicts within Islam Will Shape
   the Future*

"Norton is uniquely positioned to provide an analysis of Hezbollah, one that is historical, nuanced, and informed by more than twenty-five years of experience as a researcher and policy advisor on Lebanon. He is one of the foremost American experts on Hezbollah and Shi'i politics in Lebanon. In addition, Norton's writing is always clear and accessible. This concise and accurate primer will be invaluable to general readers, reporters, and scholars."
—Lara Deeb, author of *An Enchanted Modern: Gender and Public Piety in
   Shi'i Lebanon*

"I recommend this book with greatest enthusiasm. Norton is one of the premier—if not the premier—American authorities on Shi'i politics in Lebanon. Add to this the fact that he is a talented writer who can communicate complex ideas in a fluent, engaging, and accessible fashion. Telling quotes and anecdotes enliven the book and ground it. Norton is the rare academic whose expertise doesn't prevent him from communicating well with a general reader."
—Eva Bellin, Hunter College, City University of New York

ISBN-13: 978-0-691-13124-5
ISBN-10: 0-691-13124-4

51695

9 780691 131245

U.S. $16.95

Exhibit 22
Page 5 of 5