

# *The Oxford Dictionary of*
# ISLAM

## JOHN L. ESPOSITO

Exhibit 23
Page 1 of 5

# The Oxford
# Dictionary of
# Islam

JOHN L. ESPOSITO
EDITOR IN CHIEF

OXFORD
UNIVERSITY PRESS

2003

Exhibit 23
Page 2 of 5

# OXFORD
UNIVERSITY PRESS

Oxford   New York
Auckland   Bangkok   Buenos Aires   Cape Town   Chennai
Dar es Salaam   Delhi   Hong Kong   Istanbul   Karachi   Kolkata
Kuala Lumpur   Madrid   Melbourne   Mexico City   Mumbai   Nairobi
São Paulo   Shanghai   Taipei   Tokyo   Toronto

Copyright © 2003 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York 10016

www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

Library of Congress Cataloging-in-Publication Data
Esposito, John L.,
The Oxford dictionary of Islam / John L. Esposito,
editor in chief.
p.   cm.
Includes bibliographical references
ISBN 0-19-512558-4
1. Islam—Dictionaries
I. Title
BP40.O95   2003
297.03—DC21          12-870919

9 8 7 6 5 4 3 2 1

Printed in the United States of America
on acid-free paper

Exhibit 23
Page 3 of 5

by Rashid al-Ghannoushi, a Tunis university professor and lawyer, and Abd al-Fattah Muru in 1981 as the Islamic Tendency Movement (Mouvement de la Tendance Islamique, MTI); renamed in 1988 when the government forbade the word *Islam* in the names of political parties. Its platform called for reconstruction of economic life on a more equitable basis, an end to single-party politics, acceptance of political pluralism and democracy, and a return to Islamic moral and religious values. The Tunisian government refused to recognize the party, and by early 1993 it had diminished in popular power.

**Hizb al-Tahrir al-Islami** Islamic Liberation Party. Founded in Jerusalem in 1953 by Taqi al-Din al-Nabhani and former Muslim Brothers to revive the Islamic nation and purge it of vestiges of colonialism. Upholds the classical model of the caliphate and its accompanying traditional institutions as the only authentic form of Islamic government. Seeks implementation of traditional Islamic law. Enjoyed modest successes in Jordan and the West Bank until its suppression in 1957. Attempted coups d'etat in Amman (1968 and 1969), Baghdad (1972), Cairo (1974), and Damascus (1976). Focuses exclusively on political and intellectual spheres. Has no social, religious, or educational projects.

**Hizb al-Wasat** Egyptian political party founded in 1995 by moderate Islamists from the Muslim Brotherhood and other groups including moderate Christians. Advocates democratization of the political order and a joint role for Muslims and Christians in Egyptian society and Islamic civilization. Some founders and members were arrested, tried, and imprisoned for acting as the voice of the Muslim Brotherhood.

**Hizb Allah (Iran)** Loosely formed, unofficial militant Iranian Shii organization of Ayatollah Ruhollah Khomeini's supporters, active in the late 1970s and early 1980s. Organized demonstrations and strikes leading to the downfall of the shah, and helped to consolidate the new regime. The party's slogan was "Only one party, the Party of God; only one leader, Ruhollah." Members were generally the urban poor, bazaaris, and the working class. Sometimes used violence to achieve its goals. Played a major role in the downfall of President Abol-Hasan Bani Sadr in 1981 and in closing universities, enforcing veiling, and silencing the opposition and the press. Many members fought in the 1980–88 war against Iraq. The party sometimes served as a private militia to powerful clerics. Supported the development of Hizb Allah in Lebanon.

**Hizb Allah (Lebanon)** Political and social movement founded in the early 1980s seeking to transform Lebanon into an Islamic state. Main groups of supporters are the large Shii clans of the Bekaa Valley and Shii refugees forced by civil war into the slums of southern Beirut. Supporters strongly identify with the Palestinians and deeply resent Israel. Became the major political force in Lebanon in the 1980s. Shaykh Muhammad Husayn Fadlallah is recognized as its spiritual leader, although he holds no formal office. Hizb Allah declared a jihad against the Western and Israeli presence in Lebanon in 1985, seeking the termination of American and French influence in Lebanon, Israel's complete departure from Lebanese territory, the submission of Lebanese Phalangists, and the right of the people to choose their own system of government. Violent activities are carried out by its clandestine branch, Islamic Jihad. Is a major rival of AMAL for Shii support. Gained international notoriety for attacks against American, French, and Israeli forces deployed in Lebanon in the 1980s and for holding Western hostages. With Iranian assistance, has financed a wide range of social, economic, and media projects, including a television station. The party participated in parliamentary elections in 1992, sweeping the Shii vote in the Bekaa Valley and producing a credible showing in the south. Within the parliament, it has organized the opposition movement, denouncing government negotiations with Israel. Has been credited with the departure of Is-

Exhibit 23
Page 4 of 5



JOHN L. ESPOSITO is University Professor of Religion and International Affairs and Founding Director of the Center for Muslim-Christian Understanding, at the Walsh School of Foreign Service, Georgetown University. A past president of the Middle East Studies Association, he is Editor-in-Chief of the four-volume *Oxford Encyclopedia of the Modern Islamic World*, Editor of *The Oxford Illustrated History of Islam*, and the author of numerous books, including *Islam: The Straight Path*, *Unholy War: Terror in the Name of Islam*, and *What Everyone Needs to Know about Islam*. He lives in Washington, D.C.

*Jacket design by Mary Belibasakis*
*Jacket photograph © Charles & Josette Lenars/Corbis*
*Author photograph courtesy of Studio Gianni*



UNIVERSITY PRESS
www.oup.com

Exhibit 23
Page 5 of 5