

"A beautifully distilled retelling of Iranian history that flashes with insight on every page."—*Financial Times*

EMPIRE OF THE MIND

A HISTORY

OF IRAN

MICHAEL AXWORTHY

Exhibit 24
Page 1 of 6

# A HISTORY OF
# IRAN

Empire of the Mind

## Michael Axworthy



BASIC
BOOKS

A Member of the Perseus Books Group
New York

Exhibit 24
Page 2 of 6

Copyright © 2008 by Michael Axworthy
Hardcover edition first published in 2008 by Basic Books,
A Member of the Perseus Books Group
Paperback edition first published in 2010 by Basic Books

All rights reserved. Printed in the United States of America. No part of this book may be repro-
duced in any manner whatsoever without written permission except in the case of brief quotations
embodied in critical articles and reviews. For information, address Basic Books, 387 Park Avenue
South, New York, NY 10016-8810.

Books published by Basic Books are available at special discounts for bulk purchases in the United
States by corporations, institutions, and other organizations. For more information, please contact the
Special Markets Department at the Perseus Books Group, 2300 Chestnut Street, Suite 200,
Philadelphia, PA 19103, or call (800) 810-4145, ex. 5000, or email special.markets@perseusbooks.com.

Designed by Timm Bryson
Set in 12 point Adobe Jenson by the Perseus Books Group

Library of Congress Cataloging-in-Publication Data
Axworthy, Michael.
   A history of Iran : empire of the mind / Michael Axworthy.
      p. cm.
   Includes bibliographical references and index.
   ISBN 978-0-465-00888-9 (alk. paper)
   1.  Iran—History. I. Title.

   DS272.A94 2008
   955—dc22
                              2007049157

   Paperback ISBN: 978-0-465-01920-5

   10 9 8 7 6 5 4 3

Exhibit 24
Page 3 of 6

250                                   A History of Iran

depictions of half-dressed women advertised the latest films. Status, and the lack of it, is not just about money; it is also about sex and desire. Tehran was a place of aspiration, but in the late 1970s it became for many a place of resentment, frustrated desire, and disappointed aspirations.

In an inspired passage Roy Mottahedeh described this time in Tehran as the time of *montazh*, when imported things were being assembled and put together in the city, often rather less than satisfactorily, and never quite complete—a time when everything in Tehran seemed to be "intimately connected with the airport":

> . . . in joking, Tehranis called all sorts of jerry-built Iranian versions of foreign ideas true examples of Iranian montazh.[44]

The most obvious examples of montazh were the ubiquitous Paykan cars assembled just outside Tehran from imported parts (to the design of the British Hillman Hunter), but the same principle could be seen or imagined at work elsewhere too: in corrupt property deals, in big buildings put up without enough cement, in the chaotic traffic, and in the new plaques and statues of the shah that appeared everywhere.

As the 1970s advanced, the political culture of the shah's regime became more repressive and hardened on the one hand, and more remote and attenuated on the other. SAVAK had a new target in those years—radical movements prepared to use violence against the regime. This notably included the Marxist Feda'i and the Mojahedin-e Khalq Organization (MKO), both of which fused Islam and Marxism. SAVAK expanded, and its use of torture became routine. In 1975 Amnesty International pronounced the shah's government to be one of the world's worst violators of human rights. The previous two tame parties in the Majles became one, called *Rastakhiz* (Resurgence), with a role simply to support and applaud the shah's efforts. Politics became a matter of who could be most sycophantic to the shah in public:

> The Shah's only fault is that he is really too good for his people—his ideas are too great for us to realize them.[45]

Exhibit 24
Page 4 of 6

figuring the even worse treatment that was visited on the Kurds of Iraq later in the 1980s.

Even before he returned to Iran, Khomeini had been making speeches critical of the shah's leftist opponents. At the end of March 1979 he set the seal on the removal of the shah and the establishment of a state based on Islamic principles with a referendum that returned ninety-seven percent support for the establishment of an Islamic republic. In May Khomeini established the Revolutionary Guard Corps (*Sepah-e Pasdaran*) as a reliable military force to balance the army and to supplement the gangs of street fighters that became known as *Hezbollah*—the party of God. The extensive property of the shah's Pahlavi Foundation was transferred to a new *Bonyad-e Mostazefin* (Foundation for the Oppressed), which became a vehicle both for the projection of the regime's social policies and for political patronage.

The executions of old regime members shocked moderates and liberals (including Bazargan), as well as many of those around the world who had initially welcomed the fall of the shah. The killings stopped for a time in mid-March, but continued again in April, when Hoveyda was shot. Khomeini had initially called for moderation, but acquiesced to the pressure from young radicals urging revenge for the deaths of the previous year. The young Islamic radicals were his weapon against the rival groups that had participated in the revolution.[6] In April and May Khomeini was given a sharp reminder of the seriousness of the struggle and the consequences of failure, when several of his close supporters, including notably Morteza Motahhari, were assassinated.

The Shi'a ulema had probably never been as powerful as it was at the moment Khomeini returned from exile. But Khomeini was something of a parvenu among the senior ulema, and the Islamic regime he created reflected his highly individual personality at least as much as it did the nature of traditional Shi'ism. At the time of the revolution there were other senior figures who commanded great respect, but who were pushed aside by the enormous popularity of Khomeini immediately after his return from exile. The most prominent of these was Ayatollah Seyyed Kazem Shari'atmadari,

Exhibit 24
Page 5 of 6

HISTORY

Iran is a land of contradictions. It is an Islamic republic, but only 1.4 percent of the population attends Friday prayers. Iran's religious culture includes some of the most censorious and dogmatic Shi'a Muslim clerics in the world, and yet Iran's great heritage of poetry insistently dwells on the joys of life—wine, beauty, love, and desire. In clear and engaging prose, Michael Axworthy explains the effect that Iran's complex history of empire, foreign invasion, and religious revolution has had on the Iranian national identity. *A History of Iran* is essential reading for anyone seeking to understand the past, present, and future of this troubled and enigmatic nation.

"This is an empire of the mind that has proved more enduring than those won by force of arms, and Axworthy's clear yet subtle account of its glories makes this the best available single-volume introduction to Iran's history."
—*New Statesman*

"Fitting three millennia of history into just under 300 pages—and making them readable—would be an impressive feat even with a less sprawling topic than Iran's past. So Michael Axworthy's deft untangling of the country's history.... is a stunning achievement."
—*Observer* (UK)

"For a more general reader who wants to understand Iran, [*A History of Iran*] is the most useful, readable, and informative book currently available. It combines an outline knowledge of the political events of those long centuries with an appreciation of what makes Persian culture distinctive."
—David Morgan, *Times Literary Supplement*

"[Axworthy's] account of modern Iranian politics and culture is more gripping than most novels...... Consistently intelligent, notably up to date and lucidly written."
—*Prospect* (UK)

MICHAEL AXWORTHY is Lecturer and Director of the Centre for Persian and Iranian Studies at the University of Exeter. From 1986 to 2000 he served in the British Foreign Service; from 1998 to 2000 he was the Head of Iran Section of the Foreign and Commonwealth Office. The author of *The Sword of Persia*, a biography of the Persian monarch Nader Shah, Axworthy publishes widely in the field of Iranian history. He lives in Cornwall, England.

Cover design by Nicole Caputo
Cover art © Werner Forman / Art Resource, NY

BASIC BOOKS
A Member of the Perseus Books Group
www.basicbooks.com

US $18.00 / $21.00 CAN
ISBN-13: 978-0-465-01920-5
ISBN-10: 0-465-01920-X

51800

9 780465 019205

Exhibit 24
Page 6 of 6