

Child Foundation
P.O.Box  7557
Laguna Niguel,CA 92607-7557

PRESORTED
STANDARD
U.S. POSTAGE PAID
LAGUNA NIGUEL,
CA 92677
PERMIT NO. 1358

نشانی، شمارهٔ تماس و ایمیل های مراکز و دفاتر بنیاد در آمریکا، اروپا و ایران

## The address, e-mail address and telepone numbers
## for Child Foundation centers in Europe, United States of America and Iran

### MAIN OFFICE
11364 SE Highland Loop
Clackamas, OR 97015 USA

**Mailing Address**:
 P.O. Box 1364
Clackamas, OR 97015  USA
Phone: (503) 698-4084
FAX :   (503) 698-1573
Email:
Main@ChildFoundation.org

### BRANCHES

### United States
**Southern California**
Mrs. Sudabeh Shoja
P.O. Box 7557
Laguna Niguel, CA  92607
Phone: (949)754-0611  &
        (949) 580-1162
FAX:    (949)754-0411 &
        (949) 249-8126
Email:
Sudi@ChildFoundation.org

### Texas
Dr. Farah Aslani
435-B1 FM 1092 #552
Stafford, TX 77477
Phone: (713)727-5509
Email:
Aslani@ChildFoundation.org

### Washington D.C.
Dr.Nastaran  zonozi
P.O. Box 54477
Washington, D.C. 20032
Phone: (202) 326-9000
FAX:    (202) 563-5498
Toll Free: (866) 31-CHILD
           (866) 312-4453
Email:
DC@ChildFoundation.org

### Europe
**Switzerland**
Dr. Azar Djalili
Hirschparkweg 7
4800 Zofingen
Switzerland
Phone: +41-62-7514078
FAX:    +41-62-7522254
Email:
Azar_Djalili@ChildFoundation.org

### Iran
**Tehran**
Mr. Iranshahi
Khiabane Khoramshahr (Apadana)
Khiabane Golshan,
Khiabane Golzar
No. 20
Tehran - Iran
FAX :   +98-21-8764771
Phone: +98-21-8502182
        +98-21-8502183
        +98-21-8502184
Email:
Tehran@ChildFoundation.org

Exhibit 25
Page 1 of 2

*HAMYARAN*
*Child Foundation*

No. 2, March 2004

**3**

## Donation of Child Foundation Tehran office building, a start to a new life for the poor

The building where Child Foundation office is currently located in Tehran, was allocated for our use by Dr. Hossein Lahiji in 1379. A part of this building, about 300 sqm, is rented out as a means to provide financial support for administrative functions of Child Foundation. Another smaller part, located on the second floor, is used as office by Child Foundation. This is a small office with a conference room and an accounting department, equipped with a computer network and other office equipment.

Child Foundation established a website last year, www. childfoundation.ir, and is determined to announce its goals and activities, done and to-be done, in the national and international levels.

In addition to Tehran, Child Foundation offices in Shiraz, Ardebil, Kermanshah and Borogerd have all started operating. They are all located in small apartments, bought or rented, and their goal is to help poor and talented students. Here are the contact information for these new offices:



*The entrance of Child Foundation office in Tehran*

### Ardebil

Child Foundation non-profit organization, Opposite Shahid Chamran military base, Imam Khomeini St. P.O. Box 56135-861
Tel: (0451) 771-8554  Fax: (0451) 724-959
Email: ardebil@childfundation.ir



*«Ali Daees in the opening ceremony of Ardebil office*

### Borogerd
#1, Shahid Ehteshami Alley, Hafez Intersection, Shohada St.
Tel: (0662) 268-003, 4, 5  Fax: (0662) 262-8979
Email: borogerd@childfoundation.ir

### Kermanshah
Apt. 9, Ejlalieh Commercial Complex, Sangar St. Zip Code 6713746391
Tel: (0831) 729-6215, 16
Fax: (0831) 729-6217
Email: kermanshah@childfoundation.ir

### Shiraz
Apt. 12, Dena Medical Complex, Haftom Tir St., Zand St.
Tel: (0711) 230-5763    Fax: (0711) 230-5763
Email: shiraz@childfundation.ir

It should also be noted that due to abundance of care-seekers in Mashad, Ahwaz, Isfahan, Abadan, Kerman, Yazd, Yassoj and Tabriz, the need for establishing an office, no matter how small, in these towns and cities is felt more than before.

Exhibit 25
Page 2 of 2