**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**CHARLES F. GORDER, JR., OSB #91287**
charles.gorder@usdoj.gov
**DAVID L. ATKINSON, OSB #75021**
david.atkinson@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
	Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 05-CR-00413-KI |
| v. | UNITED STATES' ADDITIONAL SENTENCING EXHIBITS |
| MEHRDAD YASREBI, a.k.a Abu Torab, | |
| | Sentencing date:  March 6, 2012 |
| CHILD FOUNDATION, An Oregon non-profit corporation, | |
| Defendants. | |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, through Charles F. Gorder, Jr. and David L. Atkinson, Assistant United States Attorneys, submit additional sentencing exhibits 55 through 77, referred to in today's hearing.

Dated this 6th day of March 2012.

S. AMANDA MARSHALL
United States Attorney

/s/ *Charles F. Gorder, Jr.*
Charles F. Gorder, Jr., OSB # 91287

/s/ *David L. Atkinson*
David L. Atkinson, OSB #75021
Assistant United States Attorneys
(503) 727-1000