```
< < < Intranet Version 4.3V > > >NORMAL DELIVERY        OUTPUT SEQ # 1 - 2

DLVR TO

*** FROM BANK FUNDS TRANSFER          EFT KEY RECORD
    DER'S DDA #
                                      *** Message: NOT TESTED. ***

TRN REF #: 010108-023830
------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****            ( Bank : ORX )

SRC:BFT CALLER:                            EXT:    SND DATE:01/01/08
RPT#        AMT:30,000.00        CUR:USD                    TRDR#
TEST: {} VAL:01/01/08            TYP:FTR/    FNDS:S CHG:DB:N CD:N COM:N CBL:
------------------------------------------------------------------------
*DBT D/2892808450                CDT D/2840183981/                ADV:LTR
GL RECON:                        MTS DEPT ACCTG
CHILD FOUNDATION                 OUTGOING WIRE ACCOUNT
PO BOX 1364                      4310 S.W. MACADAM BLVD
CLACKAMAS, OR 97015              PORTLAND, OREGON 97201
SEND:U/BFTA                      BNF BANK:/                       WIR:
BANK FUNDS TRANSFER              SADERAT IRAN
EFT KEY RECORD                   ALMAK TOM BRANCH
OREGON                           DUBAI           UAE
SNDR REF NUM:01010108004629NN    BNF:/2624-112722-200         CHG:  BK?N
REF NUM:01010108004629NN         RASA COMPANY
ORIG:                            DUBAI           UAE
/2892808450
CHILD FOUNDATION
  BOX 1364
 ACKAMAS, OR 97015


                    SWIFT Message Text

Input time: GW:A6      Input sequence number:
      S/62
      Account not on file

Output time: QQ: O    Output sequence number:
      S/
      Account not on file

Unknown Format                                (TYPE: .BF)

        ::100
:20:    /Transaction Reference Number:
        01010108004629NN
:32A:   /First Amount:
        Date: 01/01/08 010108USD30000.00
:50:    /Ordering Customer:
        /2892808450
        CHILD FOUNDATION
        PO BOX 1364
        CLACKAMAS, OR 97015
:53D:   /Sender's Correspondent:
        /2892808450
        CHILD FOUNDATION
```

*PLS RESECT*

Tab 55
Page 1 of 4

CF292450

**Bank of America**

*Handwritten: Not Sent Upon Wire Ken Called Alex Sm... not clone business* 

**Funds Transfer Request and Authorization**

*Handwritten: Iranian 80200504*

## Section I: Requester's Originator Information

**Name:** Child Foundation  
**Telephone Number (Day):** 503-652-4579  **Other:**

**Address:** P.O Box 1364  **City:** Clacramas  **State:** OR  **Zip:** 97015

**Customer Approval:** I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable) and agree that such transfer of funds is subject to the Bank of America's standard funds transfer agreement and applicable fees.

**Customer's Signature:** *[signature]*  **Date:** 1/8/01

## Section II: Transfer Payment Instructions

**Amount of Wire (if US dollars):** 30000  **Amount of Wire (if foreign currency):**  **Country/Name of Foreign Currency (e.g. French Francs):**

**Account Number to Debit:** 28928 08450  **Type of Account Debited:** ☒ Checking ☐ Savings  **State Where Account was Opened:** OR

**Title or Name on Debit Account:** Child FOUNDATION  **Repetitive Wire Number (if applicable):**

**Name of Person or Company Receiving Funds (Beneficiary):** KASA Company  **Acct #: of Person or Company Receiving Funds (Beneficiary Acct #):** 2624-112722-200

**Address of Beneficiary (if available): Street:** Dubi UAE  **City:** Dubi  **State:**  **Country:** UAE  **Zip:**

**Name of Bank Where Beneficiary Has Account (Beneficiary Bank):** Saderat Iran  **ID of Beneficiary Bank (e.g. Routing/ABA Number-if available):**

**Beneficiary Bank Address (if available): Street:** Almak tsm Beach  **City:** Dubi  **State:**  **Country:** UAE

**Name of Bank to Send Funds Thru (Send Thru Bank Name-if applicable):**  **ID of Bank to Send Funds Thru (e.g. SWIFT ID-if available):**

**Send Thru Bank Address (if available): Street:**  **City:**  **State:**  **Country:**

**Name and Phone # of Person to Contact When Funds Arrive (if applicable):**  **Any Additional Information for Beneficiary (if applicable):**

**Any Additional Instructions for Bank Receiving the Funds (if applicable):**

## Section III: Wire Acceptance Information

**Customer ID:** ☐ DL ☒ State ID ☐ Military ID ☐ Passport ☐ Other  **Source:** ☒ OTC ☐ Phone ☐ Fax ☐ Letter

**ID Number:** ORDL 549 4402

**Callback Performed (Required For Phone, Fax Or Letter):** ☐ Yes ☐ No

**Callback Information:** Name Of Person Contacted/Reason No Callback Performed  **Date**  **Time**

**Purpose Of Wire** (Required if OFAC blocked country-see TAO email bulletin board "aw.help.block.entry" for listing of sanctioned countries)

**Request Acceptance: Information**  **Date:** 01/8/01  **Time:** 11:35 am  **Associate Name (Print):** Aida Onishchenko  **Phone #:** 503-275-2222  **Mail Code:** OR1-106-01-01

## Section IV: Balance Approval

**Debit Date:** 1/8/01  **US Dollar Amt:** 30,000  **Foreign Currency Information (if applicable):**  **FX Amt:**  **Rate:**  **FX Ref. ID:**

**Available Balance:** 356,803.78  **Balance Sufficient?** ☒ Yes ☐ No  **OD Amount:**  **OD Covered By:**

**Internal Debit To:** ☐ ICA  Serial #:  ☐ GL  GL #:  **Source of Funds if Internal Debit:**

I hereby approve the overdraft for this funds transfer transaction. My approval is in accordance with the "Freedom to Act" guidelines.

**OD Authorizing Associate's Name (Please Print):**  **Authorizing Associates Signature:**  **Date:**

CF015330

## Section V: Wire System Entry/Approval

**Entry Information:**  **Date:** 1-8-01  **Time:** 12:15  **Associate Name:** Alex Likkeus  **Associate Initials:**  **Phone #:** 275-1399  **BFT Sequence #:** 0101010 9004629

**Verify Information:**  **Date:** 1-8-01  **Time:** 12:45  **Associate Name:**  **Associate Initials:**  **Phone #:** 275-1399  **Verify Deadline:** 16:30

\* Always route original of this form to National Channel Operations (SC3-250-02-39) when debiting an internal account.

White-National Channel Operations (if internal account debited)   Canary-Customer   Pink-Banking Center

Tab 55  
Page 2 of 4

CF292734

```
BANK OF AMERICA/ORX                RPT210     Run 30-JAN-2001 17:37 Page  1472
FULL TRANSACTION REPORT                        For  9-JAN-2001

<<< TRN: 010109-024990 >>>

    **** MESSAGE ENVELOPE ****            [ Bank : ORX ]

SRC:COR CALLER:                                      EXT:    SND DATE:01/01/09
RPT#           AMT:30,000.00       CUR:USD                   TRDR#
TEST: VAL:01/01/09                 TYP:FTR/    FNDS:S CHG:DB:N CD:N COM:N CBL:N
----------------------------------------------------------------------------
DBT D/2840183981/                  CDT *D/2892808450              ADV:LTR
MTS DEPT ACCTG                     CHILD FOUNDATION
OUTGOING WIRE ACCOUNT             PO BOX 1364
4310 S.W. MACADAM BLVD           CLACTAMAS, OR 97015
PORTLAND, OREGON 97201           ORIG TO BNF INFO:
SPECIAL INSTRUCTIONS:            DUE TO U.S. SANCTIONS ON IRAN WE
OK TO OVERRIDE INTERNAL ACCOUNT  ARE UNABLE TO TRANSFER FUNDS.
UNFUNDED

REF NUM:010108023830        *

    **** MESSAGE TEXT ****


    MESSAGE HISTORY SEQUENCE
------------------------------------
ORX the owning bank is in timezone EST (+03 hours). Priority:   Delivery ACK:
        REF INDEX             REF #: 010109024990   9-JAN-2001 16:46:47.70
    CSTSUPPTRENT_LOG          OPRID: NCXEHO TIME:  9-JAN-2001 16:46:47.70
        *MEMO                 NCX:EHO - SPOKE TO SHEREINE 503 275 1399 ON 1/9/01 @
4:49PM EST
        NOF_ACC_NDX           KEY: ORXD2892808450
    Memo: CDT
    CSTSUPENTLOBKVFYQ    DEQ OPRID: NCXEHO   AMOUNT: 30000.00
    Memo: ENT
    CSTSUPTTRVFY_LOG          OPRID: NCXAMC TIME:  9-JAN-2001 17:11:12.74
        *SYS_MEMO             Message checked by STOP filter - 9-JAN-2001 14:11:
12.80
        *SYS_MEMO             MATCH REF: CHP/3454(OFAC),ENT/33(OFAC)
        *SYS_MEMO             IRAN in ORIG TO BNF INFO
        *SYS_MEMO             *MRH/*MR/RVF/  / /NCXAMC
        NOF_ACC_NDX           KEY: ORXD2892808450
    Memo: CDT
    BKT_OFACQ            DEQ TEXT: 010109024990AMOUNT: 30000.00
    STOP_PAY_LOG              OPRID: NCXAMC TIME:  9-JAN-2001 17:21:18.55
    Memo: APPROVAL BY AMC
    DDA_AUTO            DEQ TEXT: 010109024990AMOUNT: 30000.00
    DDA_PEM_01               SEQ #: 583  9-JAN-2001 17:21:18.60 Info: PD
    Memo:                                 010109024990000000001 D
        *DDA                 SAM_DBT  AMOUNT: 30000.00
    DDA_POST_01              SEQ #: 583  9-JAN-2001 17:21:19.16 Info: PD
    Memo: DbT posted with tran cd:       010109024990000000001
0284018398100016204S
    DDA_PDM_01              SEQ #: 584  9-JAN-2001 17:21:19.16 Info: PC
    Memo:                                 010109024990000000002 C
    DDA_POST_01              SEQ #: 584  9-JAN-2001 17:21:19.72 Info: PC
```

CF292735

JUN 06 2005 14:28 FR BANK OF AMERICA SECUR503 275 1916 TO 95035525400        P.01/06

```
BANK OF AMERICA/ORX          RPT210    Run 29-JAN-2001 17:39 Page  1120
FULL TRANSACTION REPORT                For  8-JAN-2001

<<< TRN: 010108-023830 >>>

      **** MESSAGE ENVELOPE ****            ( Bank : ORX )

SRC:BPT CALLER:
RPT#            AMT:30,000.00         CUR:USD          EXT:     SND DATE:01/01/08
TEST: VAL:01/01/08                    TYP:FTR/   FNDS:S CHG:DB:N CD:N COM:N CRL:N
------------------------------------------------------------------------
*DBT D/2892808450                     CDT D/3840183981/           ADV:LTR
GL RECON:                             MTS DEPT ACCTG
CHILD FOUNDATION                      OUTGOING WIRE ACCOUNT
PO BOX 1364                           4310 S.W. MACADAM BLVD
CLACKAMAS, OR 97015                   PORTLAND, OREGON 97201
SEND:U/BPTA                           BNF BANK:/                  WIR:
BANK FUNDS TRANSFER                   SADERAT IRAN
BPT KEY RECORD                        ALMAK TOM BRANCH
OREGON                                DUBAI            UAE
SNDR REF NUM:01010108004629NN         BNF:/2624-112722-200        CHG:  BKPN
REF NUM:01010108004629NN              RASA COMPANY
ORIG:                                 DUBAI            UAE
/2892808450
CHILD FOUNDATION
PO BOX 1364
CLACKAMAS, OR 97015


      **** MESSAGE TEXT ****

GMA684962
QQ OREG
.BPTA MTP:100 SRC:BPT-SWF



(OTX)
::100
:20:01010108004629NN
:32A:010108USD30000.00
:50:/2892808450
CHILE FOUNDATION
PO BOX 1364
CLACKAMAS, OR 97015
:53D:/2892808450
CHILD FOUNDATION
PO BOX 1364
CLACKAMAS, OR 97015
:57:SADERAT IRAN
ALMAK TOM BRANCH
DUBAI            UAE
:59:/2624-112722-200
RASA COMPANY
DUBAI            UAE
(ETX)
AMT:01010108004629NN
FLIKKEMA,ALEX        5012751399
COST CENTER: 342 0002892
```

*Original wire page #1*

Tab 55
Page 4 of 4

CF292736

NOV 16 2005 09:33 FR BANK OF AMERICA SECURSO3 273 1916 TO 98635994U0 P.02

## Bank of America

**Funds Transfer Request and Authorization**

0207748

### Section I: Requester / Originator Information

Name: Child Foundation

Telephone Number (Day): _____  Other: _____

Address: PO Box 1787

City: Beaverton,   State: OR   Zip: 97075

Customer Approval: I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard funds transfer agreement and applicable fees.

Customer's Signature: _____   Date: 2/15/01

### Section II: Transfer Payment Instructions

Amount of Wire (if US dollars): $22,500.00

Amount of Wire (if foreign currency): _____

Country/Name of Foreign Currency(e.g. French Francs): _____

Account Number to Debit: 28928-08450

Type of Account Debited: ☒ Checking  ☐ Savings

State Where Account was Opened: OREGON

Title or Name on Debit Account: Child Foundation

Repetitive Wire Number (if applicable): _____

Name of Person or Company Receiving Funds (Beneficiary): Mr. Aldo Giudice

Acct # of Person or Company Receiving Funds (Beneficiary Acct #): 210087

Address of Beneficiary (if available): Street _____  City: Alba  State: _____  Country: Italy  Zip: _____

Name of Bank Where Beneficiary Has Account (Beneficiary Bank): Banca Nazionale Del Lavoro

ID of Beneficiary Bank (e.g. Routing/ABA Number-if available): ~~XXXXXXX~~  BNLI ITRA CNX

Beneficiary Bank Address (if available): Street _____  City: Alba  State: _____  Country: Italy

Name of Bank to Send Funds Thru (Send Thru Bank Name-if applicable): _____

ID of Bank to Send Funds Thru (e.g. SWIFT ID-if available): _____

Send Thru Bank Address (if available): Street _____  City _____  State _____  Country _____

Name and Phone # of Person to Contact When Funds Arrive (if applicable): _____

Any Additional Information for Beneficiary (if applicable): _____

Any Additional Instructions for Bank Receiving the Funds (if applicable): _____

### Section III: Wire Acceptance Information

Customer ID: ☐ DL  ☐ State ID  ☐ Military ID  ☐ Passport  ☐ Other

Source: ☒ OTC  ☐ Phone  ☐ Fax  ☐ Letter

ID Number: _____

Callback Performed (Required For Phone, Fax or Letter): ☐ Yes  ☐ No

Callback Information:  Name Of Person Contacted/Reason No Callback Performed: _____  Date: _____  Time: _____

Purpose Of Wire (Required if OFAC blocked country-see TAO email bulletin board "nw_help.block.entry" for listing of sanctioned countries): _____

Request Acceptance: Information

Date: 2/15/01   Time: 10:00   Associate Name (Print): Alex J Inkcua   Phone #: 275-1399   Mail Code: OR1-106-0101

### Section IV: Balance Approval

Debit Date: 2/15/01   US Dollar Amt: 22,500.00   Foreign Currency Information (if applicable): _____   FX Amt: _____   Rate: _____   FX Ref. ID: _____

Available Balance: $72,804.53   Balance Sufficient? ☒ Yes  ☐ No   OD Amount: _____   OD Covered By: _____

Internal Debit To: ☐ ICA  Serial #: _____  ☐ GL  GL #: _____   Source of Funds if Internal Debit: _____

I hereby approve the overdraft for this funds transfer transaction. My approval is in accordance with the "Freedom to Act" guidelines.

OD Authorizing Associate's Name (Please Print): _____   Authorizing Associate's Signature: _____   Date: _____

### Section V: Wire System Entry / Approval

Entry Information:  Date: 2/15/01   Time: 11:30   Associate Name: Alex Flikkeu   Associate Initials: _____   Phone #: 2751399   BFT Sequence #: 010102150039 82

Verify Information:  Date: 2/15/01   Time: 2:10   Associate Name: _____   Associate Initials: _____   Phone #: 2751399   Verify Deadline: 16   Tab 56  Page 1 of 1

Always route original of this form to National Channel Operations (SC3-250-02-39) when debiting an internal account.

White-National Channel Operations (if internal account debited)   Canary-Customer   Pink-Banking Center



SECRET/NOFORN



## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



1500 SW 1st Ave., Suite 400
Portland, OR 97201

File Number:                                    415I-PD-47644

Requesting Official(s) and Office(s):           SA Kim Price (PD)

Task Number(s) and Date Completed:              ▓▓▓▓▓, 6/29/2011

Name and Office of Linguist(s):                 ▓▓▓▓▓▓▓▓▓▓▓▓▓

Name and Office of Reviewer(s):                 Click here to enter text.

Source Language(s):                             

▓▓▓Language:                                    

Source File Information
   Name of Audio File or CD: S20070423170142_5033805646_988.WAV
   *If Applicable*—Call Number: N/A
               —Date, Time, Duration: 04/23/2007, 5:01 PM, 6:45
               —Line,▓▓▓▓▓Numbers: 503-380-5646
               —Direction: Incoming

### VERBATIM TRANSCRIPTION

<u>Participants:</u>
   MY                                           Abu Torab (Mehrdad Yasrebi)
   C                                            Caroline [PH] LNU
<u>Abbreviations:</u>
   PH                                           Phonetic pronunciation
   UI                                           Unintelligible
   OV                                           Overlapping voices
   [ ]                                          Exegesis or Translator's Notes [TN]



SECRET/NOFORN

Tab 57
Page 1 of 6

CF373490

SECRET//NOFORN

415I-PD-47644
S20070423170142_5033805646_988.WAV

| | |
|---|---|
| MY: | Hello? |
| C: | Hello Abu, it's Caroline. |
| MY: | Hello, Caroline!  How are you? |
| C: | I'm doing okay. |
| MY: | Excellent. |
| C: | Getting, um--we're trying to sort through all this stuff at the Better Business Bureau. It's actually not as bad as it seems, although it is a little bit of tracking, and one thing we need is this information of the money that went to Switzerland.  Who has that? Documentation, the financial statements from Iran.  How do I get all this information? |
| MY: | Okay.  Uh, go over that once more? |
| C: | Yeah.  The, uh, 1,000 or the one million three-hundred and eleven that was wired...[noise] the-the one million--I've got the [UI]-- |
| MY: | [OV] Yeah. |
| C: | [OV] [UI] excuse me.  [speaking to somebody in background, UI]  Um, it's the 1-3, 1-3-1-1 that was wired to Switzerland. |
| MY: | [OV] Uh-huh.  Yeah. |
| C: | What we need is actually the information, the written record of that, and-and I need to actually explain it in a letter.  So who-who has all this stuff? |
| MY: | No, okay, I need to understand what information you exactly need.  If-- |
| C: | [OV] Okay. |
| MY: | [OV] --this was the donation that we actually gave to Switzerland, Child Foundation Switzerland. |
| C: | Okay. |
| MY: | It was just a grant or donation we gave them. |
| C: | Okay. |
| MY: | [OV] What other information you need? |
| C: | Okay, so then I would need something d-a letter from them saying they received the money if it was a donation, and then if the money went to the, the account and said it was wired to Iran, then I need the financial statements from Iran to show that they received the money and that it was used for that purpose. |

SECRET//NOFORN

Tab 57
Page 2 of 6

CF373491

SECRET//NOFORN 

415I-PD-47644
S20070423170142_5033805646_988.WAV

DRAFT

| MY: | [OV] Okay.  This is for what again? |
| C: | This is for the Better Business Bureau. |
| MY: | Better Business Bureau of the US? |
| C: | Right.  Remember, we filed with them and now they've come back and they said, "Okay, we've got your application.  There are four areas or four standards where you need to meet our criteria."  And I've scanned this information for you, and I haven't gotten around to e-mailing it yet.  But I-I've got it here to e-mail to you so you can see it.  But one of the things was this one million three hundred and eleven. |
| MY: | Okay.  My apologies, but Caroline, um, I don't remember.  Now, we filed this for what purpose again? |
| C: | To be, to become registered with the Better Business Bureau, to have a stamp of apu-approval. |
| MY: | Okay.  No, this was just a donation we gave to Switzerland, and we have no control or no say on what they did with it. |
| C: | That's okay. |
| MY: | [UI] you want us to write that?  We don't want to say that it want-went to Iran because it's not our business and it's not something that we want to promote. |
| C: | Okay, well-- |
| MY: | It's just [UI] Switzerland is a registered Swiss charity.  This is the donation we gave them for their, uh...charitable programs.  And that's what our board approved.  Nothing more. |
| C: | Okay, that's fine.  I just want to know where I can get a letter, or that they received it and that's what it was for.  Because they must have sent something back saying, "Thank you, we received the charitable donations." |
| MY: | [OV] Uh... |
| C: | No? |
| MY: | Well, we could [UI] do two things.  One is that we could get a letter from our, uh, auditor, Mr. John Resnick. |
| C: | Yeah, I was just speaking [UI]-- |
| MY: | [OV] That's one, that's one thing.  Another thing, we could send a letter to Dr. Djalili. |
| C: | Okay. |

SECRET//NOFORN 

Tab 57
Page 3 of 6

CF373492

SECRET//NOFORN



415I-PD-47644
S20070423170142_5033805646_988.WAV

| | |
|---|---|
| MY: | [OV] [UI] to send that. But you need to explain thoroughly to her, because she is very, she has been v--um, very scared by Dr. Zonozi, and she has not been replying to anything. So you need to be very specific and make, uh, give her, uh, peace of mind that, why you need this information. Otherwise, she's just going to j--um, just ignore you. |
| C: | I-I'd have to write Dr. Zonozi? |
| MY: | No. Dr. Djalili. |
| C: | I-I'm sorry. Could you spell that name for me? |
| MY: | Dr. Djalili is the head of the Swiss chapter. |
| C: | Ah! Okay, yeah. |
| MY: | [OV] Everybody in the office knows her. |
| C: | Oh, okay. Okay. Sorry, I just [laughs] [UI]-- |
| MY: | [OV] [UI] Actually, actually, I would, I would suggest maybe Susan or some Iranian call her-- |
| C: | Okay. |
| MY: | [OV] --and tell her that's what we need. |
| C: | Okay. |
| MY: | We just need a simple letter that, yes, we did receive that much donation from-- |
| C: | Okay. |
| MY: | --or we could do, and I can do other thing, I can provide you with the wire transfers that we did to them. |
| C: | That would be great. |
| MY: | That's one thing we could do. |
| C: | So i-if she could--but I think it would be good if she also sent a letter...or something in written form that I can attach. |
| MY: | Uh, I would say--actually I would recommend that you write the letter and what you want her to san-send to you. Draft a letter that that's what we want. |
| C: | Okay, and [UI]-- |

SECRET//NOFORN 3



Tab 57
Page 4 of 6

CF373493

SECRET//NOFORN

DRAFT

415I-PD-47644
S20070423170142_5033805646_988.WAV

MY:     [OV] [UI] be very clear what we w--because again, she is really scared by Dr. Zonozi, and she has not been replying to anybody. Because she thinks that…she's going to get into trouble.

C:      Oh…

MY:     So just write her a very simple letter, or whatever you want her to send back to you.

C:      Okay.

MY:     And have her either sign it or whatever. But have an Iranian call her and explain to her why you need it.

C:      Okay. Okay, um--

MY:     [OV] Sorry about making it hard for you, but--

C:      [OV] Oh, no, that's okay. That's okay.

MY:     [OV] --unfortunately that's, that's how it goes with Dr. Djalili.

C:      [OV] Yeah. Yeah. No, that's all right. So then--okay, so if--I'll get that, I'll take care of that, if you can give me copies of this money that was wired, [UI]--

MY:     [OV] I think if she gives you the, the letter, I-I don't think there is any need for wire transfers. Because there's lots of paper that--

C:      [OV] Okay.

MY:     [OV] --[UI] even hard to read.

C:      Okay. So as long as we can have--we--you know, this, um, the Better Business Bureau is asking that this information be in by April 30th. I've asked for an extension because I just got it today, so this was on the certified letter that you signed, so--

MY:     Yeah.

C:      --I'm going to go ahead and, um, e-mail this so you are clear on what I'm doing.

MY:     Yeah. Also, the letter that you want to send to Dr. Djalili, please let me take a look at it before you send it out to her.

C:      Oh-oh, absolutely. But I-I'll have someone call and tell her that we'll need it. I mean--

MY:     [OV] But-but, I-let me first read your letter before people call him--call her.

C:      Okay. Okay.

MY:     Yeah.

SECRET//NOFORN   4

Tab 57
Page 5 of 6

CF373494

SECRET//NOFORN

415I-PD-47644
S20070423170142_5033805646_988.WAV



C:          Yeah, no problem.

MY:         Thanks a lot.

C:          Okay, thanks, bye.

MY:         [OV] Alright, thanks a lot, appreciate it.  Bye-bye.

            [end of call]

SECRET//NOFORN [5]

Tab 57
Page 6 of 6

CF373495

**From:** Yasrebi, Mehrdad <MYasrebi@pccstructural.com>
**To:** CF-Carolyne@childfoundationusa.org
**Sent:** 5/21/2007 1:50:02 PM (GMT)
**Subject:** Please proof read this

DECLASSIFIED BY 60322 UG LRP/PJ/EH
ON 8|11|2010

*This redacted copy only.*

Hello Carolyne:

I hope you had a great weekend. Can you please proof read this letter for me.

Best regards,

Abu

---

Dear Dr. Bakhtiar:

Please allow me to take a moment to respond to your email of May 17, 2007 to the extend that relates to Child Foundation.

Child Foundation has never been indicted. Any rumors you may have heard in this regard are totally false and unsubstantiated.

Berliner, Corcoran & Rowe, LLP represents Child Foundation. Child Foundation has asked their legal opinion on its charitable programs in Iran and follows their legal advice very closely.

Board of Directors of Child Foundation ended Dr. Nastaran Zonozi's affiliation with Child Foundation on January 17, 2007. She no longer speaks for or represents Child Foundation. This decision was made by Child Foundation due to complaints received from volunteers and staff regarding Dr. Zonozi's behavior toward them, her lack of cooperation with the Board of Directors and CF attorneys, and her recent perpetuation of misleading statements regarding CF's operations, finances, and compliance with U.S. law.

I also would like to use this opportunity to inform you that Child Foundation withdrew its candidacy to receive the remaining Bam fund from PCCA back in February of 2006 after it learned about the pending lawsuit among some of the PCCA members or affiliates. We stated at that time that Child Foundation is the messenger of friendship and unity and I reiterate this message to you again. I have attached a letter that Child Foundation sent out on 2/24/2007 for your information.

I wish you the best.

Yours truly,

Mehrdad A. Yasrebi

On 2/24/06, myasrebi@childfoundation.org <myasrebi@childfoundation.org> wrote:

Dear Dr. Rastegar:

Thank you for your email and for your continued interest in Child Foundation. We are saddened to hear about your ongoing legal issues with PCCA. As I stated in an email sent to Ms. Sobhani, Child
Foundation USA only sends food, clothing and medicine to Iran. No cash transfer is



SECRET 3/10/2010

Tab 58
Page 1 of 4

CF289010

Case 3:05-cr-00413 Document 82-1 Filed 03/08/12 Page 13 of 41 PageID #: 1479

Should you need consultation on the issue of money transfer to Iran, please contact one of our legal firms: Berliner, Corcoran & Rowe, L.L.P. at 202-293-5555.

Child Foundation considers itself an umbrella for friendship and unity. We are here to help underprivileged children of the world.   As a general policy, Child Foundation does not participate in any legal disputes between charities or its donors.  Thereby, we would like to hereby announce Child Foundation's withdrawal of its candidacy to accept the fund that has been raised by BETA (Bam Earthquake Taskforce of Atlanta). This withdrawal will remain in effect until the end of the above mentioned ongoing legal disputes.

My Best Regards,

Mehrdad Yasrebi

Child Foundation


Hello Carolyne:


I hope you had a great weekend. Can you please proof read this letter for me.


Best regards,


Abu


---

Dear Dr. Bakhtiar:


3/10/2010
Tab 58
Page 2 of 4

CF289011


Please allow me to take a moment to respond to your letter of May 17, 2007 to the extend that relates to Child Foundation.

Child Foundation has never been indicted. Any rumors you may have heard in this regard are totally false and unsubstantiated.

Berliner, Corcoran & Rowe, LLP represents Child Foundation. Child Foundation has asked their legal opinion on its charitable programs in Iran and follows their legal advice very closely.

Board of Directors of Child Foundation ended Dr. Nastaran Zonozi's affiliation with Child Foundation on January 17, 2007. She no longer speaks for or represents Child Foundation. This decision was made by Child Foundation due to complaints received from volunteers and staff regarding Dr. Zonozi's behavior toward them, her lack of cooperation with the Board of Directors and CF attorneys, and her recent perpetuation of misleading statements regarding CF's operations, finances, and compliance with U.S. law.

I also would like to use this opportunity to inform you that Child Foundation withdrew its candidacy to receive the remaining Bam fund from PCCA back in February of 2006 after it learned about the pending lawsuit among some of the PCCA members or affiliates. We stated at that time that Child Foundation is the messenger of friendship and unity and I reiterate this message to you again. I have attached a letter that Child Foundation sent out on 2/24/2007 for your information.

I wish you the best.

Yours truly,

Mehrdad A. Yasrebi

CF289012

Dear Dr. Rastegar:

Thank you for your email and for your continued interest in Child Foundation. We are saddened to hear about your ongoing legal issues with PCCA. As I stated in an email sent to Ms. Sobhani, Child

Foundation USA only sends food, clothing and medicine to Iran. No cash transfer is ever made to Iran by Child Foundation, except when specifically permitted by the Office of Foreign Affairs.

Should you need consultation on the issue of money transfer to Iran, please contact one of our legal firms: Berliner, Corcoran & Rowe, L.L.P. at 202-293-5555.

Child Foundation considers itself an umbrella for friendship and unity. We are here to help underprivileged children of the world. As a general policy, Child Foundation does not participate in any legal disputes between charities or its donors. Thereby, we would like to hereby announce Child Foundation's withdrawal of its candidacy to accept the fund that has been raised by BETA (Bam Earthquake Taskforce of Atlanta). This withdrawal will remain in effect until the end of the above mentioned ongoing legal disputes.

My Best Regards,

Mehrdad Yasrebi

Child Foundation



3/10/2010

Tab 58
Page 4 of 4

CF289013

**PAGE 7**

**In the name of God**
**Refah-e Koodak Charity Institute**

Date: Sept. 24, 2006                     [Emblem of the Refah-e Koodak Charity Institute]
Number: 105/M/3773

---

**To the Respected Management of Child Foundation USA**


**With Regards,**

With all due respects, as you already know, due to the existing problems in the fiscal year ending in May 31, 2006…Refah-e Koodak Charity Institute had to withdraw the cash amount of $99,845.24 from Dr. Lawhiji's $110,000.00 savings deposit in order to prevent the payment interruption of assistance seekers' stipends.

Since the esteemed auditors of this institute are requesting yours and Dr. Lawhiji's verification of this issue, the written confirmation of this matter and its speedy dispatch for this institute would be much appreciated.

**It is worthy of mention that the aforesaid amount has been returned to the above-mentioned deposit account after the fiscal year.**


**Thank you,**

**Ahmad Iranshahi**
**Refah-e Koodak Charity Institute**

Tab 59
Page 1 of 3

CF288700

[TN:  Below is the translation of Yasrebi's hand-written note at the lower margin of the letter/page.]

Dear Farhad - Why have you correlated these monies to us???

You were not supposed to...the Foundation has donated this money to Refah-e Koodak, and you were not supposed to say that they were held in trust in the bank.

You have not mentioned who gave the $60,000.00 for the [UI] either.

---

Address:  No. 20, Golzar St., Golshan Street, Khorramshahr Ave., Tehran
Postal code: 1557614153
Telephone: 88502182-4
Fax:  88764771
E-mail:  **iranoffice@childf.com**
        **www.childf.com**

Tab 59
Page 2 of 3

CF288701

بسمه تعالی

موسسه خیریه رفاه کودک



تاریخ : ۱۳۸۵/۷/۲۰
شماره : ۳۴۷۷/م/۱۰۵

مدیریت محترم بنیاد کودک آمریکا

**با سلام**

احتراماً همانگونه که مستحضر هستید در سال مالی منتهی به ۳۱May/۲۰۰۷ بعلت مشکلات موجود ، مؤسسه خیریه رفاه کودک به جهت جلوگیری از توقف در پرداخت مقرری به مددجویان اقدام به برداشت مبلغ ۱،۰۰۰،۰۰۰،۰۰۰ریال وجه نقد از محل سپرده آقای دکتر لاهیجی حدود ۱۱۰،۰۰۰ دلار نمود.

از آنجائیکه حسابرسان محترم این مؤسسه خواستار تائید حضرتعالی و جناب آقای دکتر لاهیجی در این خصوص هستند مزید امتنان خواهد بود سریعاً این موضوع را کتباً تائید و برای این مؤسسه ارسال فرمائید.

**شایان ذکر است مبلغ مزبور بعد از سال مالی مجدداً به حساب سپرده مزبور برگشت شده است.**

با تشکر
احمد ایرانشاهی
موسسه خیریه رفاه کودک

[دست‌نوشته:]
فرهاد جان - تا چرا این پولها ... با ربط ودار ؟؟
قرار نبرد - بنیا زاین پول ا...ر ناکودک اهدا کرده وتارس
نبرد که شما گفتید در بانک بدانت گذاشته شد
دصش ۴،۰۰۰ $ رابزکه ذکر کردبال که در ... شهریه دار؟

E-mail: iranoffice@childf.com
www.childf.com
تلفن : ۴-۲۱۸۲-۸۸۵۰
فاکس: ۸۸۷۱۴۷۷۱
آدرس: تهران- خ خرمشهر- خ گلشن- ک گلزار- پلاک۲۰
کد پستی: ۱۵۵۷۶۱۴۱۵۳

Tab 59
Page 3 of 3

CF288706

—— Original Message ——
**From: <u>Yasrebi, Mehrdad</u>**
**To: <u>ah_iran@yahoo.com</u>**
**Sent:** Sunday, October 29, 2006 12:55 PM
**Subject:** Tafahom Nameh [Mutual Agreement Letter]

**Pease see the attachment.**

**Mehrdad**

[TN: Below, please find the translation to the attachment.]

**PAGE 4**

<strong>In the name of God</strong>

[Emblem]                                                          [Emblem]
Karaumat Charity Institute                    **Refah-e Koodak Charity Institute**

<strong>"Mutual Agreement Letter"</strong>

This agreement is being held between Refah-e Koodak Charity Institute, which is called Refah-e Koodak in this agreement, with registration number 398 on the one hand, and the other Karaumat Charity Institute with registration number 12797, which is called Karaumat in this agreement.

**<u>Article one:  Subject of the Mutual Agreement Letter</u>**

Close and extended collaboration between the two parties of the Mutual Agreement for the purpose of presenting evermore quality services such as provision of food, education, health, and housing needs with the maximum use of available resources to families with no financial means and scholastically-talented children.

Tab 60
Page 1 of 9

CF288695

**Article two:  Refah-e Koodak Commitments**

 1-  To deliver the part of food aid items sent by Child Foundation USA to Karaumat in order to be distributed among Karaumat's needy families.
 2-  To obtain a section of Karaumat's needed financial sources from the assistance allocation of the Iranians residing in Europe and the UAE.
 3-  To fulfill the information task, in regard to notifying the sponsors about the approved needs of the families and children under the coverage of Child Foundation USA.

**Article three:  Karaumat's commitments**

 1-  Receiving food aids sent from the Child Foundation USA and distributing them among the needy families.
 2-  Payment of financial aid to the families under the Child Foundation coverage, according to their needs, and considering Karaumat's and Refah-e Koodak's financial resources.
 3-  To perform all social working affairs of the families in consideration and apprising Refah-e Koodak of the families' needs in order that the Child Foundation USA sponsors get informed.
 4-  In case that Child Foundation sponsors were to travel to Iran, Karaumat should furnish all the resources for finalizing the meeting of the sponsor and his/her sponsored child.

**PAGE 5**

**Article four:  The Term of the Mutual Agreement Letter**

This Mutual Agreement Letter is in effect for the period of ten years starting Sept. 23, 2005 up until Sept. 21, 2010, which is renewable by mutual agreement.

[TN:  This period was originally five years, and is crossed out in hand writing and revised to ten years; ████████████████████████████████████████████

Tab 60
Page 2 of 9

CF288696

**Article five:  Other Issues**

> 1-  Both parties strive to fulfill all their commitments the best way possible, so as to secure the Child Foundation USA management's and sponsors' satisfaction, and to increase the number of new sponsored children as per the Child Foundation conditions from the beginning of the second grade up to five new children...
>
> 2-  If requested by the Child Foundation USA, both parties of the Mutual Agreement should be responsive to the Foundation in the financial and social working areas.

This Mutual Agreement Letter has been prepared in five articles, nine parts, and in three copies, all of which are valid.

Director of Refah-e Koodak Charity Institute          **Director of Karaumat Charity Institute**

**Mr. Ahmad Iranshahi**                              **Mr. Mahmood Moe'lawyee**

[TN:  Note that articles 2, 3, and 5 of the above letter were crossed out seemingly by Yasrebi, who has further added the hand-written ███████ note on the lower margin of this letter, translation of which is brought below...]

Dear Farhad  -  We only need Article 1...the other articles will cause problems and will not be of any help to us...prepare exactly the same Mutual Agreement Letter with several other charities (article 1 – article 4 can also be there).

**PAGE 6**

[TN:  This page carries the copies of three receipts issued by the Refah-e Koodak Charity Institute.  However, there is this hand-written note on the left-hand margin of the page that is seemingly by Yasrebi, which is translated below.]

Dear Farhad – This is not sufficient.   Get something like this from Karaumat Charity and others, who have given children money and other supplies such as home equipment, bicycle, home repair, etc.

Tab 60
Page 3 of 9

CF288697

[Receipt 1]

**Refah-e Koodak Charity Institute**

Registration number 654-1-1117

_____                    * (Money payment receipt) *          35773
_____                    One bag of rice    two boxes of liquid oil

On...May 29, 2006...the sum of ............rial (in letters................... rial)

For...Fatemeh Alirezaie's stipend... with the membership number............received by this person ...Farzauneh Abdolallahi.

Receiver                                                                Payer
First and last names                                                    First and last names
Signature [shown]                                                       Signature [shown]
_____

First copy:  The Institute's financial affairs
Second copy:  The Payer's records

_____

[Receipt 2]

**Refah-e Koodak Charity Institute**

Registration number 654-1-1117

_____                    * (Money payment receipt) *          35774
_____                    One bag of rice    two boxes of liquid oil

On...May 29, 2006...the sum of ............rial (in letters................... rial)

For...Mohammad Reza Abdollahi's stipend for April '06... with the membership number............received by this person ...Farzauneh Abdolallahi.

Tab 60
Page 4 of 9

CF288698

Receiver                                                   Payer
First and last names                                       First and last names
Signature [shown]                                          Signature [shown]
_____

First copy:  The Institute's financial affairs
Second copy:  The Payer's records

_____

[Receipt 3]

**Refah-e Koodak Charity Institute**

Registration number 654-1-1117

_____          * **(Money payment receipt)** *        35770
_____          One bag of rice    two boxes of liquid oil

On...June 15, 2006...the sum of .............rial (in letters................... rial)

For...Amir Ahmad Nouri's stipend for April '06... with the membership
number............received by this person ...Pari Jan Karami Dehbia.

Receiver                                                   Payer
First and last names                                       First and last names
Signature [shown]                                          Signature [shown]
_____

First copy:  The Institute's financial affairs
Second copy:  The Payer's records

[TN:  The copy of the page does not show the above two lines due to the quality of the copy...]

Tab 60
Page 5 of 9

CF288699

**Subject:** Tafahom Nameh
**From:** "Yasrebi, Mehrdad" <MYasrebi@pccstructurals.com>
**Date:** Sun, 29 Oct 2006 08:55:55 -0800
**To:** <ah_iran@yahoo.com>

Pease see the attachment.

Mehrdad

| Iranshahi.pdf | **Content-Description:** | Iranshahi.pdf |
|---|---|---|
| | **Content-Type:** | application/octet-stream |
| | **Content-Encoding:** | base64 |

Tab 60
6/23/2010 11:19 AM
Page 6 of 6

CF288702



بسمه تعالی



«تفاهمنامه»

این تفاهمنامه فی ما بین موسسه خیریه رفاه کودک به شماره ثبت۳۹۸ از یک سو که در این، تفاهمنامه رفاه کودک نامیده می شود و موسسه خیریه کرامت به شماره ثبت ۱۲۷۹۷ که در این تفاهمنامه کرامت نامیده می شود منعقد می گردد.

### ماده یک: موضوع تفاهمنامه

همکاری نزدیک و گسترده فی ما بین دو طرف تفاهمنامه در جهت ارائه خدمات هر چه بهتر به خانواده هـا و کودکان بی بضاعت و مستعد تحصیل شامل تامین نیازهای غـذایی ، تحصیلی و درمانی یـا حـداکثر اسـتفاده از امکانات موجود.

### ماده دو: تعهدات رفاه کودک

۱- تحویل بخشی از کمک های مواد غذائی ارسالی از سوی بنیاد کودک آمریکا به کرامت جهت توزیع بین خانواده های نیازمند به کرامت

۲- تامین بخشی از منابع مالی مورد نیاز کرامت از محل کمک های ایرانیان مقیم اروپا و امارات متحده عربی

۳- انجام اطلاع رسانی در خصوص اعلام نیازمندیهای تائیـد شـده خانواده هـا و کودکان تحت پوشـش کفیلان بنیاد کودک آمریکا به کفیلان آنان

### ماده سه: تعهدات کرامت

۱- دریافت و تقسیم کمکهای غذائی ارسالی از سوی بنیاد کودک آمریکا فی مابین خانواده های نیازمند.

۲- پرداخت کمک نقدی به خانواده ها تحت پوشش بنیاد کودک حسب نیاز آنها با توجه به منابع مالی کرامت و منابع مالی رفاه کودک.

۳- انجام کلیه امور مددکاری خانواده های مورد نظر و اعلام نیازمندیهای خانواده ها به رفاه کودک جهت اعلام به کفیلان بنیاد کودک آمریکا

۴- در صورت سفر کفیلان بنیاد کودک به ایران کرامت می بایستی کلیه امکانات را جهت انجام ملاقـات کفیل با کودک تحت پوشش خود فراهم نماید.

Tab 60
Page 7 of 9

CF288703

<u>**ماده چهارم: مدت زمان تفاهمنامه**</u>

مدت این تفاهمنامه ۵ سال از ۸۴/۷/۱ لغایت ۸۹/۶/۳۰ تعیین گردید که در صورت توافق طرفین قابل تمدید می باشد.        ۱۰ سال

<u>**ماده پنجم: سایر موارد**</u>

۱- هر دو طرف تلاش می نمایند کلیه تعهدات خود را به نحو احسن به انجام رسانند تا با فراهم شدن زمینه رضایت کفیلان و مدیریت بنیاد کودک آمریکا ، تعداد کودکان تحت پوشش مطابق شرایط بنیاد کودک از ابتدای سال دوم تا سقف ۵ کودک جدید در هر ماه افزایش

۲- هر دو طرف تفاهمنامه می بایستی در صورت درخواست بنیاد کودک آمریکا در بخش های مالی و مددکاری پاسخگوی آن بنیاد باشند.

این تفاهمنامه در پنج ماده و ۹ بند در سه نسخه تهیه گردیده که هر نسخه حکم واحد را دارد.

مدیر مؤسسه خیریه کرامت                           مدیر مؤسسه خیریه رفاه کودک
آقای محمود مولائی                                  آقای احمد ایرانشاهی

ودها دجان - نیاز با نقط ماده کیب است - ماده های را یباد اشکال کاندر رتگی بماناکند - کین هی تفاهمنامه را یا ضیدی ضریر تر نیه کن (بشوک - بلده م مهم کازند باشد)

Tab 60
Page 8 of 9

CF288704

مؤسسه خیریه رفاه کودک

شماره ثبت ۱۱۱۷-۱-۶۵۴

❁ (رسید پرداخت وجه) ❁

۳۵۷۷۳

در تاریخ ....۸۵.۳.۱.... مبلغ ...................... ریال ( به حروف ......................................... ریال)

بابت ..................... به اینجانب ................................................. به شماره عضویت .................. رسید.

دریافت کننده
نام و نام خانوادگی
امضاء

پرداخت کننده
نام و نام خانوادگی
امضاء

نسخه اول : امور مالی مؤسسه    نسخه دوم : بایگانی پرداخت کننده

---

مؤسسه خیریه رفاه کودک

شماره ثبت ۱۱۱۷-۱-۶۵۴

❁ (رسید پرداخت وجه) ❁

۳۵۷۷٤

در تاریخ ....۸۵.۳.۸.... مبلغ ...................... ریال ( به حروف ......................................... ریال)

بابت ..................... به اینجانب ................................................. به شماره عضویت .................. رسید.

دریافت کننده
نام و نام خانوادگی
امضاء

پرداخت کننده
نام و نام خانوادگی
امضاء

نسخه اول : امور مالی مؤسسه    نسخه دوم : بایگانی پرداخت کننده

---

مؤسسه خیریه رفاه کودک

شماره ثبت ۱۱۱۷-۱-۶۵۴

❁ (رسید پرداخت وجه) ❁

۳۵۷۷۰

در تاریخ ....۸۵.۳.۲۵.... مبلغ ...................... ریال ( به حروف ......................................... ریال)

بابت ..................... به اینجانب ................................................. به شماره عضویت .................. رسید.

دریافت کننده
نام و نام خانوادگی
امضاء

پرداخت کننده
نام و نام خانوادگی
امضاء

Tab 60
Page 9 of 9

CF288705

*Mr. Naghavi*

*22 college Students*

**Sharafi**

| | |
|---|---|
| **From:** | Yasrebi, Mehrdad [MYasrebi@pccstructurals.com] |
| **Sent:** | Tuesday, October 31, 2006 7:26 AM |
| **To:** | Sharafi |
| **Subject:** | Mr. Naghavi's payment |

*Amir*
*Mr. Naghavi  408-309-8722*

Dear Mr. Sharafi:

Did you contact Mr. Naghavi?  The last child is Azadeh Jafarzadeh and the payment for her tuition for this semester was 1,150,000 tooman. We have already paid this based on Mr. Naghavi's approval.  He needs to double this amount, if he wishes to pay for her next semester as well.

Kindly contact Mr. Nagahvi and let me know.

Regards,

Yasrebi

*Azadeh Jafarzadeh*

*R 799*

10/31/2006

Tab 61
Page 1 of 1

CF288713

This email is from Sharafi to Yasrebi on December 7, 2006 at 1:31 PM. He attaches a list for 20 college students that Mr. Naghavi provide $13,913 loan for them. He states that Mr. Naghavi is willing to provide loan for another 20 brilliant students.

Tab 62
Page 1 of 5

CF288690

**Subject:** College Students loan
**From:** "Sharafi" <CF-Sharafi@childfoundationusa.org>
**Date:** Thu, 7 Dec 2006 10:31:00 -0800
**To:** <myasrebi@childfoundation.org>, "IranOffice" <IranOffice@Childf.com>
**CC:** <a.iranshahi@childf.com>

جناب آقای ایرانشاهی
با عرض سلام
به پیوست لیست مربوط به وام قرض الحسنه شهریه سالیانه ۲۲ نفر از دانشجویان که مبلغ ۱۳۹۱۳ دلارتوسط جناب آقای امیر نقوی ( Jamshid
Foundation ) پرداخت شده است ارسال میگردد
خواهشمند است اقدامات لازم در این مورد بعمل آورید تا باطلاع آقای نقوی برسد.
ضمنا ایشان تلفنی اظهار تمایل نمودند که به دانشجویان بشتری وام بپردازند. لطفا ضمن ارسال مدارک لازم درمورد دانشجویان قبلی لیست ۲۰ نفر از
دانشجویان جدید بسیار ممتازرا نیز اعلام نمایید تا باطلاع ایشان برسد.
لطفا در مدارک نام هیچ کشور مربوطه ذکر نشود.
تشکر
شرفی

Blessing, please feel free to contact or email me any time.
A.Sharafi

Childfoundation main office Portland, OR. USA
cf-sharafi@childfoundationusa.org
503-698-4084
503-297-1546

| Document (2).pdf | Content-Description: | Document (2).pdf |
|---|---|---|
| | Content-Type: | application/octet-stream |
| | Content-Encoding: | base64 |

CF288691



**CHILD FOUNDATION**

## OFFICIAL RECEIPT OF DONATION

Fri, Nov 17, 2006                          Receipt No. 16784

Jamshid Foundation
PO Box 280148
San Francisco, CA  91428-0148

*Thank you so much for your warm response to the suffering of precious little lives in our world.*

| **Gift Received** | **Description** |
|---|---|
| $13,913.00 | Student Loan |
| | **No goods or services have been provided for the above contributions.** |

Child Foundation is a non-profit charitable corporation under IRS Code 501(c)(3). Retain this statement with your tax records.  This statement is required by the IRS to verify charitable contributions.

11364 SE Highland Lp, Clackamas ◆ Mailing: P.O. Box 1364, Clackamas, OR 97015 ◆ (503) 698-4084 ◆ Fax: (503) 698-1573 ◆ www.childfoundation.org

Tab 62
Page 3 of 5

CF288692

بسمه تعالی



دارای مقام مشورتی از اکوسوک سازمان ملل

بنیاد کودک
**Child Foundation**

تاریخ : ٢٤ ١٣٨٥/٧
شماره : ١٠١/پ  ١٢

جناب آقای شرفی

باسلام

## لیست دانشجویان مورد حمایت جناب آقای نقوی

| پرداختی بنیاد بریال | مبلغ شهریه بریال | شماره دانشجویی | نام و نام خانوادگی | ردیف |
|---|---|---|---|---|
| ٣٠٠/٠٠٠ | ١/٥٠٠/٠٠٠ | شقایق٧٢٥ | علی سریانی | ١ |
| ٣٠٠/٠٠٠ | ٢/٥٠٠/٠٠٠ | شقایق٥٥٥ | سیداینش سامنی | ٢ |
| ٣٠٠/٠٠٠ | ٣/٠٠٠/٠٠٠ | دانشجو١٨٨ | کاظم پوررجب | ٣ |
| ٢٠٠/٠٠٠ | ٢/٠٠٠/٠٠٠ | دانشجو١٩٢ | مهناز خدانی زنگبار | ٤ |
| ٣٠٠/٠٠٠ | ٢/٠٠٠/٠٠٠ | دانشجو٢١٦ | زهرا همت | ٥ |
| ٢٥٠/٠٠٠ | ٣/٠٠٠/٠٠٠ | شقایق٣٣٤ | علی محمودیان | ٦ |
| ٣٥٠/٠٠٠ | ٣/٠٠٠/٠٠٠ | لاله٤٨٣ | سمیه جودکی | ٧ |
| ٣٠٠/٠٠٠ | ٢/٠٠٠/٠٠٠ | لاله٤٠٨ | سمیرا کاظم زاده | ٨ |
| ٥٠٠/٠٠٠ | ٤/١٠٠/٠٠٠ | شقایق٥٢ | سعید ناخدانی زاده | ٩ |
| ٣٠٠/٠٠٠ | ٣/٠٠٠/٠٠٠ | شقایق٤٥٤ | وحید فاتحی | ١٠ |
| ٣٠٠/٠٠٠ | ٣/٥٠٠/٠٠٠ | لاله٢٠٩٨ | سهیلا حمیدی تیربابا | ١١ |
| ٣٠٠/٠٠٠ | ٤/٠٠٠/٠٠٠ | شقایق١٢ک | پرویز محمودی | ١٢ |
| ٤٠٠/٠٠٠ | ٣/٠٠٠/٠٠٠ | شقایق٢٦٨ | بهرام محمدی | ١٣ |
| ٢٥٠/٠٠٠ | ٢/٥٠٠/٠٠٠ | شقایق٣١٠ | سیدسعید میرمحمدعلی | ١٤ |
| ٢٠٠/٠٠٠ | ٥/٠٠٠/٠٠٠ | لاله٧٦ | سهیلا احمدخسروی | ١٥ |
| ٥٥٠/٠٠٠ | ٣/٠٠٠/٠٠٠ | لاله٨١٧ | زهرا آباربان | ١٦ |
| ٣٠٠/٠٠٠ | ٤/٣٠٠/٠٠٠ | لاله٣٠٣٣ | راضیه زارع مهذبیه | ١٧ |
| ٣٥٠/٠٠٠ | ٥/٠٠٠/٠٠٠ | شقایق٤٩٧ | اسماعیل خورشید سوار | ١٨ |
| ٣٠٠/٠٠٠ | ٥/٠٠٠/٠٠٠ | دانشجو٢١٤ | سارا حالدی | ١٩ |
| ٣٠٠/٠٠٠ | ١/٥٠٠/٠٠٠ | دانشجو٣١٦ | سارا شریعی | ٢٠ |
| ٣٥٠/٠٠٠ | ٥/٠٠٠/٠٠٠ | لاله٦١٤ | نجمه رستمی | ٢١ |
| ٣٥٠/٠٠٠ | ٤/٠٠٠/٠٠٠ | شقایق١٤ک | وحید شیرمحمدی | ٢٢ |

دفتر مرکزی بنیادکودک ایران

E- mail: iranoffice@childf.com
www.childf.com

تلفن : ٨٨٥٠٢١٨٤-٤
فاکس : ٨٨٧٦٤٧٧٩

آدرس : تهران، خ خرمشهر، خ گلشن، ک گلدره، پلاک ٤٠
کد پستی : ١٥٧٧٦١٤١٥٣

Tab 62
Page 4 of 5

CF288693

لیست ارسالی آقای نقوی

برای ۲۲ دانشجو

| | | |
|---|---|---|
| 300000 | 1500000 | |
| 300000 | 2500000 | |
| 200000 | 3000000 | |
| 300000 | 2000000 | |
| 250000 | 2000000 | |
| 350000 | 3000000 | |
| 350000 | 3000000 | |
| 300000 | 2000000 | |
| 500000 | 4100000 | |
| 300000 | 3000000 | |
| 300000 | 3500000 | |
| 300000 | 4000000 | |
| 400000 | 3000000 | |
| 250000 | 2500000 | |
| 200000 | 5000000 | |
| 550000 | 3000000 | |
| 300000 | 4200000 | |
| 350000 | 5000000 | |
| 300000 | 5000000 | |
| 300000 | 1500000 | |
| 350000 | 5000000 | |
| 350000 | 4000000 | |
| 7100000 | 71800000 | 64700000 |

Yearly        129400000     سالیانه

مبلغ جمع ارسالی به دلار    ۱۳۹۱۲    میباشد

ضمناً اسم آزاده جعفرزاده رجبی نیز به آقای نقوی
جداگانه اعلام شده که دراین لیست نیست

Tab 62
Page 5 of 5

CF288694

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



935 Pennsylvania Avenue
Washington, D.C. 20005

File Number:            415I-PD-47644

Task Number:

Source Language:

Target Language:        English

Translated by:

**VERBATIM TRANSLATION**

**Abbreviations**

    [TN]                    Translator's Note

415I-PD-47644                    UNCLASSIFIED

**From:** Zahara Aghapour
**To:** ah_iran@yahoo.com
**Sent:** Sunday, October 05, 2008 9:48 AM

Hello Mr. Iranshahi:

Please see attached the detailed list of the expenses paid out from the monies received from the Child Foundation USA to be published in the magazine.
Is it necessary to mention in the magazine that this is the aggregate of payments from the Child Foundation USA?

It needs to be mentioned here that the information brought in the magazine during these many years about the payments of the Foundation have all been specified as U.S. payments, not Iran payments.  Please pay attention to this matter!

Thanks,
Aghapour

[Attachment...]

**Total of Child Foundation Payments for the Fiscal Year Ending in May 31, 2008**

| | |
|---|---|
| Payments made to assistance seekers under coverage... | 10,909,567,331 |
| Payments made to college students under coverage... | 95,208,000 |
| Aid to charity and cultural organizations | 43,385,000 |
| Other payments related to charitable affairs | 693,200,568 |
| **Subtotal** | **11,741,360,899** |
| Office, organizational, and social worker expenses | 1,057,911,014 |
| **Total** | **12,799,271,913** |

[TN:  The currency type and denomination has not been specified in the above chart... it is not clear whether these payments are in dollar, rial, or toman...]

**Subject:**
**From:** "Zahara Aghapour" <z.aghapour@childf.com>
**Date:** Sun, 5 Oct 2008 17:18:35 +0330
**To:** <ah_iran@yahoo.com>

جناب آقای ایرانشاهی

باسلام

ریز هزینه های پرداختی از محل وجوه دریافتی بنیاد آمریکا برای درج در مجله به پیوست تقدیم میگردد لطفا ملاحظه فرمائید

آیا لازم است در مجله قید کنیم این مجموعه پرداختهای بنیاد آمریکا است؟

لازم به ذکر است که در این چند سال اطلاعاتی که در مجله بابت پرداختهای بنیاد ذکر شده است همه پرداختهای آمریکا قید شده نه پرداختهای ایران، لطفا به این موضوع دقت کنید.

باتشکر-آقاپور

| | Content-Type: | application/vnd.ms-excel |
|---|---|---|
| هزینه مجله.xls | Content-Encoding: base64 | |

Tab 63
Page 3 of 4
4/28/2010 9:57 AM

1 of 1

مجموعه پرداخت های بنیاد کودک

در سال مالی منتهی به 31MAY2008

| | |
|---|---|
| پرداخت به مددجویان تحت پوشش | 10,909,567,331 |
| پرداخت به دانشجویان تحت پوشش | 95,208,000 |
| کمک به موسسات خیریه و فرهنگی | 43,385,000 |
| سایر پرداخت های مرتبط با امور خیریه | 693,200,568 |
| جمع | 11,741,360,899 |
| هزینه اداری، تشکیلاتی و مددکاری | 1,057,911,014 |
| جمع کل | 12,799,271,913 |

Tab 63
Page 4 of 4

UNCLASSIFIED

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

| | |
|---|---|
| File number: | 415I-PD-47644 |
| Requesting Official and Office: | Kim Price, Portland |
| Task number: |  |
| Date Task Completed: | 5/11/2011 |
| Name and Office of Linguist: | Simin Mohajer, HQ |
| Source Language: |  |
| Language: |  |

Audio

--Date, Time, Duration of Recording:      02/12/2007, 07:09:57, 2:5 minutes

--Line: Number:      5033805646

## VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| MY | Mehrdad Yasrebi [PH] |
| FI | Farhad Iranshahi [PH] |

**Abbreviations:**

| | |
|---|---|
| PH | Phonetics |
| OV | Overlap |
| UI | Unintelligible |

UNCLASSIFIED

Tab 64
Page 1 of 4

CF375281

UNCLASSIFIED

2007-02-12-07-09-57-1975

MY:            Hello.

FI:            Hello dear Mehrdad.

MY:            Hello dear Farhad, are you well, God willing.

FI:            Thank you, did you see that letter?

MY:            Yes, I saw that letter, it needs, I have to change it a little bit for you. I will send it to you by tonight and so [UI]

FI:            Yes, it must be changed a little and also be added to a little. Look, I say if few things come from me [if I am the one who says it] it will be more effective.

MY:            Yes, look, I noticed something general, for example, those you said money does not come to Iran since two years ago; they prove that were doing it in the past. You must not give them excuses.

FI:            Well yes. You must change them.

MY:            Yes, this is one...okay, I will work on it today and will also consult with Dr. Azemi [PH] and others and will let you know.  Now [UI]

FI:            Yes, yes, yes, then--

MY:            [UI] it will probably be a day...yes.

FI:            --but I wanted to write one more thing but I didn't. I wanted to say...in any case 3000 families are fed by this, what benefit they [children] get from these talks and questions. I wanted to add a few things myself; you can also add a few things...I might have written it a little bit harshly, it might be better if you make it a little calmer, isn't that right?

MY:            I even thought it would be better if we write it more firmly.

UNCLASSIFIED

2

Tab 64
Page 2 of 4

CF375282

UNCLASSIFIED

2007-02-12-07-09-57-1975

FI:             Okay [UI]

MY:             [OV] Because they are going too far.

FI:              Okay, whatever you decide.

MY:             Okay, I will work on it.

FI:             [OV] Whatever you decide, I only say it won't be bad if I am the one who says it.

MY:             Yes, you are right, okay. Then--

FI:             [OV] [UI]

MY:             --dear Farhad, also follow up on that subject for me...Free University so I can get that going as well.

FI:             I...hmm...dear Mehrdad, it can't be done...they will never give us such a letter.

MY:             So what do we do?

FI:             Nothing, I am paying them money now. In fact, I am paying them this money right now. I gave [money] to some...a few of them...not many of course. Those who gave us notarized document I paid them; however, we cannot get a commitment letter from them, but it is an entity that is there for fact--

MY:             [OV] No, no, whom can't you get the letter from.

FI:             --Free University.

UNCLASSIFIED

3

Tab 64
Page 3 of 4

CF375283

UNCLASSIFIED

2007-02-12-07-09-57-1975

MY:              Right.

FI:              I can't get that from Free University...from [UI]...Oxford University; first of all I don't have access to them, and then you cannot ask them to promise that you don't send any money to Iran; he will ask why I should make such promise. We are helping it [that university], is that right? Then what the rest is about....why it is important?

MY:              Okay. I will see if we can do it without that.

FI:              Okay, thank you. Goodbye.

MY:              [UI] goodbye.

UNCLASSIFIED

4

Tab 64
Page 4 of 4

CF375284