**TABLE OF CONTENTS FOR EXHIBITS**
**UNITED STATES' CONSOLIDATED REPLY**
**TO DEFENDANTS' SENTENCING MEMORANDA**

| TAB | DESCRIPTION |
|---|---|
| 44B | CF US Reported Revenue for 1997/05 - 2008/05 |
| 45 | OFAC licenses authorizing transfer of funds to Iran |
| 46 | Pamphlet distributed by CF US at Iranian Festival in Portland, Oregon in August 2005 |
| 47 | Transcript of intercepted telephone conversation October 12, 2006 between defendant Yasrebi and Ahmad "Farhad" Iranshahi. |
| 48 | Transcript of intercepted telephone conversation November 26, 2006 between defendant Yasrebi and Ahmad "Farhad" Iranshahi |
| 49A | $20,000 check drawn of CF US account payable to defendant Yasrebi's wife |
| 49B | Statement for December 2000 for Yasrebi personal account; $8,000 check drawn on account payable to Schwab brokerage |
| 49C | Schwab account correspondence and account statements for Nov.-Dec. 2000; handwritten notes recovered during service of search warrant July, 2008, and informal translation |
| 49D | $12,000 wire transfer into defendant Yasrebi E-Trade account |
| 49E | E-Trade statements during relevant time period |
| 49F | Checks in repayment of loan |
| 50 | $42,000 check to "cash" drawn of CF US account; $42,000 cashier's check payable to defendant Yasrebi; CF US bank statement; bank statement for account in name of defendant Yasrebi's parents |
| 51 | January 2012 CF US Newsletter; 2010-11 CF US Annual Report; Excerpt of 11/26/2008 *Willamette Week* |

**Table of Contents for Exhibits**
**United States' Consolidated Reply to Defendants' Sentencing Memoranda**          **Page 1**

**TAB**          **DESCRIPTION**

52              Excerpt of most recent CF US Form 990 Return filed for period ending
                May 31, 2011

53A             3/20/2007 intercepted email regarding Better Business Bureau ("BBB")

53B             4/27/2007 intercepted email regarding BBB and attached draft letter to BBB

53C             4/30/2007 intercepted email containing purported 2004-06 evaluation of CF US
                president

53D             5/1/2007 intercepted email regarding BBB and three (3) attached 2004-06
                evaluations of CF US president

53E             5/1/2007 intercepted draft email regarding BBB and three (3) attached 2004-06
                evaluations of CF US president

53F             5/2/2007 email approving evaluations for BBB

53G             5/2/2007 UPS receipt for documents shipped overnight to BBB

54              Memorandum of interview of former CF US employee Robin Phillips

**APPENDIX F**
**CHILD FOUNDATION REVENUE FOR 1997/05 THRU 2008/05**

| Year | Revenue | |
|---|---|---|
| 1996/05 | $32,310.00 | Form 990, pg. 1, line 9 |
| 1997/05 | $76,962.00 | Form 990, pg. 1, line 9 |
| 1998/05 | $121,828.00 | Form 990, pg. 1, line 12 |
| 1999/05 | $229,391.00 | Form 990, W1-6, pg. 1, line 12 |
| 2000/05 | $253,893.00 | Form 990, W1-7, pg. 1, line 12 |
| 2001/05 | $603,690.00 | Form 990, W1-8, pg. 1, line 12 |
| 2002/05 | $964,176.00 | Form 990, W1-9, pg. 1, line 12 |
| 2003/05 | $1,504,120.00 | Form 990, W1-10, pg. 1, line 12 |
| 2004/05 | $2,502,343.00 | Form 990, W1-11, pg. 1, line 12 |
| 2005/05 | $1,568,536.00 | Form 990, W1-12, pg. 1, line 12 |
| 2006/05 | $1,583,117.00 | Form 990, W1-13, pg. 1, line 12 |
| 2007/05 | $1,638,340.00 | Form 990, W1-14, pg. 1, line 12 |
| 2008/05 | $1,612,030.00 | Form 990, W1-15, pg. 1, line 12 |
| 2009/05 | $1,775,532.00 | Form 990, pg. 1, line 12 |
| 2010/05 | $2,020,458.00 | Form 990, pg. 1, line 12 |
| **Total Revenue** | **$16,486,726.00** | |

Tab 44-B
Page 1 of 1