Case 3:05-cr-00413-KI   Document 71-3   Filed 04/19/12   Page 1 of 4

Tab 46
Page 1 of 4



**Child Foundation**

# YOUSEFI CHIROPRACTIC CLINIC

## ACCIDENT OR JOB INJURY



### MOST INURANCES ACCEPTED

دكتر محمد يوسفىَ

**FREE INITIAL CONSULTATION**

دكتر ميمنت يوسفى

# ۳۰۱ - ۵۸۵ - ۳۲۰۰

### صدمات ناشى از تصادفات و دردهاى مزمن

• دردهاى مفاصل و ستون فقرات    • صدمات ناشى از ورزش    • كمر درد و ديسك

• صدمات شخصى در محل كار    • بازو و شانه درد    • سر درد

### Open 6 Days 7am-8pm • Sundays By Appointment

**FALLSCHURCH**
703-237-2161
2046 Sleepy Hollow Rd., #2-A
Falls Church, VA

**ALEXANDRIA/ANNANDALE**
703-941-4464
6621 Little River Turnpike, # 301
Annandale, VA

**ARLINGTON**
703-522-8855
2160 N. Glebe Rd.
Arlington, VA

**CLOCK TOWER**
Chiropractic Clinic
703-406-1060
44950 Community Plaza #211
Sterling, VA

**SILVER SPRING** : 1200 Colesville Rd., Silver Spring, MD - Tel: 301-585-3200

**FIRST MONUMENT**
Chiropractic Clinic
410-347-3590
421 N. Charles St.
Baltimore, MD

**LANGLEY PARK**
301-434-6932
7411 Riggs Rd.
Adelphi, MD

**GAITHERSBURG**
301-548-9079
19110 Mont. Village Ave., #250
Gaithersburg, MD

**OXON HILL**
301-839-7117
6172 Oxon Hill Rd., #101
Oxon Hill, MD

**Glenburnie/Baltimore** : 7231 B. Ritchie HWY. • Glenburnie, MD 21060   410-766-0333

بنياد كودك

**Was it you who changed my life?**
*Child Foundation—Washington DC*
*Cancer Division*

*4th Annual Fundraising Gala*
*January 8th, 2005*
*Ritz Carlton, Pentagon City*

www.childfoundation.org
**(202) 326-9000**



**Child Foundation**

Tab 46
Page 2 of 4

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-1641

TRADING TRANSACTIONS REGULATIONS

LICENSE

To: Child Foundation, Inc.
11164 S.E. Highland Loop
Clackamas, OR 97015

Attn: S. Sham Khastoo

OFFICE OF FOREIGN ASSETS CONTROL

By _____
David W. Mills
Chief of Licensing

---

**Child Foundation**

Established in 1994, Child Foundation is an international non-profit organization with the simple objective of helping children stay in school. This is achieved by providing food, shelter, clothing, educational needs, medical help, and other services to talented, needy children.

*Child Foundation is exempt from federal income tax under Section 501 © (3) and its tax ID number is 931148608.*

## Our Mission

To offer opportunity to talented, disadvantaged children for a better life today and the hope of a brighter, prosperous tomorrow.

## Our Philosophy

To preserve the dignity of needy children and help them move beyond the stigma of poverty by offering them an opportunity to excel to their highest potential.

## Our Purpose

To provide basic living essentials such as food, shelter, clothing and medical needs so that young boys and girls can continue their education, rather than being forced to engage in demeaning jobs or early marriages.

www.childfoundation.org
(202) 326-9000

On or about October 5, 2000 OFAC's Licensing Division replied to the Child Foundation that it had received its correspondence and advised that filing an application for a license or requesting information about the transaction prohibitions contained in Executive Orders or regulation administered by OFAC did not suspend or excuse compliance with the prohibitions or requirements therein. No license was ever issued to the Child Foundation by OFAC pursuant to the September 2000 request. Based upon the information received that the Child Foundation may have already sent money to Iran without a license, OFAC reassigned the September 2000 license request to its Enforcement Division, which took no further action, in part because of interest in the Child Foundation by the Department of Justice and United States Customs.

To date, the Child Foundation has been granted only one license by OFAC. On December 26, 2003, an earthquake caused massive damage and casualties in the city of Bam in Iran. A lawyer acting on behalf of the Child Foundation applied for a license to send 6,000 school backpacks to Bam containing various personal items which could be used by children. OFAC granted a license in March 2004 which expired on June 25, 2004.

On or about May 27, 2004, the Child Foundation applied for a license to transfer $250,000 to Iran to be used "to distribute food packages, medical care, clothing, basic living essentials, housing, education and other humanitarian relief" to orphaned and homeless children in Bam, Iran. OFAC denied the license application in a letter dated July 23, 2004.

**The Child Foundation's Public Representations About Complying with the Law**

The FBI obtained a Child Foundation pamphlet at an Iranian Festival in Portland, Oregon in August 2005. On the cover of the pamphlet was printed "Child Foundation-Washington D.C.

15

Tab 46
Page 3 of 4

Cancer Division 4th Annual Fundraising Gala January 8, 2005." On page four of this pamphlet there is a copy of the first page of the March 2004 OFAC license received by the Child Foundation. However, page 2 of the OFAC license, which reveals that the license only authorizes the export of 6,000 backpacks with personal items for victims of the Bam earthquake, is not included in the booklet. The absence of this page of the license suggests to the reader that the Child Foundation has a more general authorization to send goods and other items to Iran than the actual one-time permission to export some children's backpacks with the June, 2004 expiration. There was no reference to the July, 2004 denial of a license to send money to Iran.

The Child Foundation's current website (accessed May 13, 2008) makes the following representation:

**Donating To Iran**

Child Foundation's sponsorship program in Iran and all Iranian Transactions Regulations strictly adhere to the laws and regulations of the U.S. Department of Treasury, Office of Foreign Assets Control (OFAC).

Please note that your contribution to children in Iran through Child Foundation's programs can only be used to provide the following assistance:

- Food
- Clothing
- Medicine
- Printed Educational Materials, such as text books and note books
- General Donation (to be split up in above 4 categories as needed)

As Child Foundation assists children in need in other countries, you will find alternative ways to donate to children in need in these countries on our website.

16

Tab 46
Page 4 of 4