UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

File number:                                415I-PD-47644

Requesting Official and Office:             SA Kim Price, Portland

Task number:

Date Task Completed:                        3/29/2011

Name and Office of Linguist:

Source Language:

Language:

Audio

Date, Time, Duration of Recording:          10/12/2006, 08:06:389, 7:46 minutes

### VERBATIM TRANSLATION

**Participants:**
Farhaf [PH]                                 Farhad Iranshahi [PH]
Mehrdad [PH]                                Mehrdad Yasrebi [PH]

**Abbreviations:**
PH                                          Phonetics
OV                                          Overlap
UI                                          Unintelligible
*Italics*                                   English

UNCLASSIFIED

Tab 47
Page 1 of 7

CF375111

UNCLASSIFIED

File #S20061012080639_533805646_325

Automated announcer: Please enter the country code and the number you [break] thank you.

[Beeping]

Farhad:        Yes.

Mehrdad:       Hello dear Farhad.

Farhad:        Hello, how are you dear Mehrdad?

Mehrdad:       Are you okay, God willing.

Farhad:        [UI] thank you.

Mehrdad:       Well, dear Farhad this...dear Farhad this in relation with things you sent...we...this...thing...the list of funds, look dear Farhad--

Farhad:        Yes, yes.

Mehrdad:       --these we cannot say that we helped you with money [cash].

Farhad:        This is not about money--

Mehrdad:       yes, it is because you wrote list of the funds distributed- in dollar and--

Farhad:        --the aids...I did not say [clearing voice] no, we did not write money, we wrote received aids.

Mehrdad:       --dear Farhad this...I am ninety nine percent sure...this problem...will a cause problem for us. You only need to say food supplies; for instance approximately for this much dollar but you only wrote dollars; this is a problem for us...it will be bad; and then dear Farhad this...our

UNCLASSIFIED

2

Tab 47
Page 2 of 7

CF375112

UNCLASSIFIED

File #S20061012080639_533805646_325

accountant ...I told you, from few days ago he completely...it became a huge problem. He wrote a threatening letter to me. The letter you sent us and asked how much the remainder of your money in May is, he refers to it that thing--

Farhad:    [OV] What the remainder of your money is?

Mehrdad:    --you wrote the one...that year...thing..."write me how much money is left in your account by the end of May 31".... do you remember? And then you said "there is no need for it; discard it."

Farhad:    Well!

Mehrdad:    Yes, he wrote me a threatening letter saying, "I have to know exactly about the *audit* from Iran to make sure that we don't have any connection, and completely dear Farhad acts in threatening manner. Besides, I sent you an email yesterday...this account...our *auditor* hmm...I sent you the questions he asked; this...dear Farhad, you have to think about it sometime and then explain to me what to say to him. For instance, he says that you--

Farhad:    [OV] Okay, alright I will tell you.

Mehrdad:    --look, for example, let me just tell you...he says you bought tons of sugar --

[Clearing voice]

Mehrdad:    --he says, for instance you sponsor a child; his/her sponsor did not give you $40 to give sugar to this child--

[Clearing voice]

UNCLASSIFIED

3

Tab 47
Page 3 of 7

CF375113

UNCLASSIFIED

File #S20061012080639_533805646_325

Mehrdad:  --this does not have consistency with your system. You have to do thing...for instance, get in touch with your attorneys. This for sure is a problem for you. You have to explain to me what to say to them [him].

Farhad:  [Clearing voice] do you know what we have to say to them [him]? We tell them [him] that dear sir, first of all, it is not only sugar, a major part of this thing that came is oil [cooking oil] and rice; but our system is like this: Since we collect donations in Iran, in Europe--

[Sneezing]

Farhad:  --and in Asia on behalf of Iranians; due to sanctions imposed by America on us, we are forced to only bring food to Iran. OFAC did not restrict us food supplies...based on our requests from OFAC... eh... made calls and posed questions; they said there is no restriction on food supplies; but it has to be only food. We bring those kinds of food supplies to Iran... eh...that prices match Iran's price, it means their prices are same. Each season has specific price [for food items]. Sometimes the price for rice is good, and sometimes for sugar...only three months in a year sugar has a reasonable price; the other nine months, other things are good. I now want to request 200 thousand dollars to be sent to me so I can bring dried peas and beans [legumes]. It means that [UI] the legumes--

Mehrdad:  [OV] You want to say we sell these things!

Farhad:  --no look, we... hmm...receive aids from different countries--

[Clearing voice]

Farhad:  --we are considered a *"holding"* and that, in addition to helping ourselves we help other charities that have needy children--

[Clearing voice]

Farhad:  --they don't have the ability to get aids from outside the country; however, because of our system we can get aids from abroad. The aids inside the

UNCLASSIFIED

4

Tab 47
Page 4 of 7

CF375114

UNCLASSIFIED

File #S20061012080639_533805646_325

country...that come from abroad that do not have restrictions to send money...from that...we give cash in addition to some food supplies to hmm...children covered by the *Child Foundation*. In reality, we are a trustee that after bringing food supplies by *Child Foundation* funds; we provide for other children and other charities.

Mehrdad:    [OV] Okay, look dear Farhad--

Farhad:    Is this good [sufficient]?

Mehrdad:    --I think hmm--

Farhad:    [OV] I will write this in a letter.

Mehrdad:    --no, let me tell you, look, first, don't even talk about that we only bring these things when the price is comparable in Iran, because they can precisely argue that you buy and sell [conduct business].
Never...say...even say these things. The thing you have to say is that we bring things that are permitted by OFAC regulations into the country, well then--

Farhad:    [OV] Okay.

Mehrdad:    --say that we ...these--

[Clearing voice]

Mehrdad:    --do things...swap with other charity institutions, it means we give food supplies to them, and based on our commitment toward our sponsor they provide for our children's need from their surplus and from their requirements; say it in this manner dear Farhad; then you have to do thing...for example, bring me a document, a list, that I can prove to him [auditor] our report is accurate [we are telling the truth]. For instance, choose 10-15 children...do exactly thing...not only the ones that received money...for example, that you gave money and food supplies or anything; but dear Farhad pay attention to it because I am worried. I say our own accountant--

UNCLASSIFIED

5

Tab 47
Page 5 of 7

CF375115

UNCLASSIFIED

File #S20061012080639_533805646_325

Farhad:       [OV] Don't worry at all.

Mehrdad:    --look even my own accountant is creating a problem for me; the one that I myself--

Farhad:       Look dear Mehrdad--

Mehrdad:    --my own employee.

Farhad:       Dear Mehrdad--

Mehrdad:    what?

Farhad:       --dear Mehrdad don't worry at all. There is no problem and we did exactly what OFAC said; everything we did we have *manifest* for it; it is clear, and then I should tell you that I will write this for you and send it to you. You read it first and if it was okay, I will write it in an official manner.

Mehrdad:    Okay, then dear Farhad let's go back to this; look, change these things if you can; instead of you writing the amount of dollars, write for example, 10 tons of rice for the amount of approximately…this many dollars, because the other way creates us lots of problems.

Farhad:       Okay.

Mehrdad:    You do it that way, and then I will sign it and send it, I appreciate it.

Farhad:       [UI] okay, okay.

Mehrdad:    Well, anything else dear Farhad?

Farhad:       Goodbye [UI] goodbye.

UNCLASSIFIED

6

Tab 47
Page 6 of 7

CF375116

UNCLASSIFIED

File #S20061012080639_533805646_325

UNCLASSIFIED

Tab 47
Page 7 of 7

CF375117