UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**935 Pennsylvania Avenue**
**Washington DC 20535**

| | |
|---|---|
| File number: | 415I-PD-47644 |
| Requesting Official and Office: | SA Kim Price, Portland |
| Task number: | �†███████ |
| Date Task Completed: | 4/26/2011 |
| Name and Office of Linguist: | ███████████████ |
| Source Language: | ██████ |
| ████ Language: | ██████ |

Audio
--Date, Time, Duration of Recording:     11/26/2006, 19:08:44, 7.37 Minutes

--Line, ████ Number:     5033805646

### VERBATIM TRANSLATION

**Participants:**
MY     Mehrdad Yasrebi [PH]
FI     Farhad Iranshahi [PH]

**Abbreviations:**
UI     Unintelligible
OV     Overlap
PH     Phonetics
TN     Translator's note
*Italics*     English

[TN: Yasouj is a city in Kurdistan Province.]

UNCLASSIFIED

Tab 48
Page 1 of 6

CF375228

UNCLASSIFIED

S2001126190844_5033805646_260

MY:         Hello.

FI:         Hello dear Mehrdad.

MY:         Hello dear Farhad, I hope you are well God willing.

FI:         Thank God, thank you dear Mehrdad. I should tell you about this
            *international*...anyway...we need to have the secret code to it
            because we have to remove some children [from it]. Because every
            time we want to *import* and *update* our program in [international]
            we run into a problem [UI]

MY:         Look dear Farhad, two...few things, in my opinion, you definitely
            think about it a little, you definitely have to do...thing...about this
            *childf.com*...get rid of it. Since easily...it means people definitely
            notice that we are giving money. It does not help us at all dear
            Farhad, it is not helping and in my opinion, it is like poison to us.
            This is one thing...then look--

FI:         [OV] [UI]

MY:         --we completely got rid of the Switzerland in our *database*. We are
            also getting rid of the *"read only"* feature as well, are you with me?

FI:         Okay, okay, get rid of it, that won't be a problem for me; but there
            are still some [people] from Switzerland in *international*, you have
            to give us the *international* secret code so we can delete them and
            organize that; then you can change your secret code and do
            whatever you want but; but until then you have to let us organize it
            and remove them from Switzerland, so only the Canadians stay
            there. In fact, the ones who their money...depositing their money
            in Switzerland must be removed.

MY:         Hmm...I...I will ask Keri to transfer all from Switzerland...your...
            your Switzerland, and then, I give you the secret code. [UI] you
            have the secret code, do whatever you want to Switzerland then--

FI:         [OV] No, not that [UI]

MY:         --I say when it is finished--

FI:         Switzerland must be deleted.

UNCLASSIFIED
2

Tab 48
Page 2 of 6

CF375229

UNCLASSIFIED

S2001126190844_5033805646_260

MY:            --what?

FI:            Switzerland must be completely deleted.

MY:            I know, I also ask [Keri] to *transfer* Switzerland into *international*.

FI:            Then you have to give us the Switzerland secret code.

MY:            Don't you have it yourself?

FI:            No...again...it is deactivated again, it became inactive again.

MY:            Okay, I'll tell her to reactivate that tomorrow.

FI:            [OV] [UI] I don't know who does that at all. We are able to do it one day, and not the other day [UI]

MY:            No, it can't be, dear Farhad.

FI:            [OV] [UI]

MY:            Nobody changed the secret code for Switzerland.

FI:            I swear to Koran... [UI] it does not allow us. Please tell to transfer everybody who pays in Switzerland to Switzerland...they might be in Denmark but give money to Switzerland...transfer all to Switzerland then you have to activate the secret code for Switzerland so we can do everything in it and then delete it, so it is finished [concluded]. We are going to do this on our own *database*. Now tell me about the problem with *childf.com* I don't understand what you are talking about.

MY:            Look dear Farhad, you...all our sponsors can go on childf.com and see their files...then, well--

FI:            Okay, yes.

MY:            --look, in my opinion, it does not help us, it is severely damaging us; because we are doing everything to demonstrate that we are not sending money to Iran, while your system is hundred percent contradicting our statement; it means...it tells everybody to go and see how much you paid to Iran.

FI:            Not to Iran!

UNCLASSIFIED

3

Tab 48
Page 3 of 6

CF375230

UNCLASSIFIED

S2001126190844_5033805646_260

MY:          Yes it is in your [system]

FI:          Not to us...they gave to you.

MY:          What are you saying?

FI:          The amount they gave to you.

MY:          I know [UI]

FI:          [UI] payment to Child Foundation in America.

MY:          What did you say?

FI:          We say payment...if you want, we can reword the sentence and write "your payment to the Child Foundation in America." That has happened, didn't it?

[Sneezing]

MY:          Now that...then...do not write go and see their children and find out how much was spent on them?

FI:          Is spent [on them]?

MY:          Okay, now in my opinion, this...in a way... we are sharing kind of unnecessary information with people and creating a problem for ourselves.

FI:          We can delete that part.

MY:          Now...now you can think about it, if you want. Dear Farhad, I think this information that we are sharing with people is unnecessary. I know for sure that it is well organized and neat but it is poison to us [it destroys us]. These things...people should not know these things. They must give us money every month, and know that their children are being helped, that much...we can also prepare and send them a report a vague one...like this...but this is very inappropriate, my dear Farhad, for..I mean it [the situation] is getting worse day by day, and they are getting [arresting] people here and there; and then, people are scared and do not wish to help us anymore.

UNCLASSIFIED

4

Tab 48
Page 4 of 6

CF375231

UNCLASSIFIED

S2001126190844_5033805646_260

FI:    Well, whatever you say. It doesn't make any difference to me. I can ...in any form getting money by you...but we have semi-annual written report that we send to them.

MY:    Well that semi-annual report also—

FI:    [OV] [UI]

MY:    —we definitely have to change part of it. I even think that we have to change a big part of it, for instance, we don't give you money  ...30 thousand Tomans, and things like this...these things...but we have to think more about it...think more about how to do it.

FI:    Well, anyway, based on what we arranged with you...we bring food supplies and distribute it among charities...what did you do to those agreements? Could you do anything with them...to give them to a lawyer and thing?

MY:    Yes, we sent that to the accountant...there was four days of holiday here, I will call him tomorrow.

FI:    Of course, I got another one from Yasouj [SP] it is very neat and tidy. I also got a receipt from them for goods, as well.

MY:    Wonderful, very good.

FI:    Well, okay then. I will think a little, but, anyway, we can change the *format* of our semi-annual report. We can do that as payment to the Child Foundation in America [UI]

MY:    Yes, that is for sure...then dear Farhad...thing...we have our thing... minutes for our meeting...our minutes is written in Persian; we have to do thing...these…we need to translate them into English. Can you...I ask to fax it so you can give them to be translated for us.

FI:    Yes, send them. I will give them to be done; luckily we are not in bad situation now.

MY:    Yes, look these things...I will send them to you regularly and whatever the translation cost, we will pay it from here.

FI:    Okay, I don't think it will cost anything at all.

UNCLASSIFIED

Tab 48
Page 5 of 6

CF375232

UNCLASSIFIED

S20011126190844_5033805646_260

| | |
|---|---|
| MY: | Okay. |
| FI: | I will give it to Mr. Lankarani [PH] to make it ready-- |
| MY: | Okay. |
| FI: | --you organize it and I give it to Ms. Moaveni [PH} to *edit* it and I send it to you. |
| MY: | Thank you. |
| FI: | Thank you. |
| MY: | Thank you very much, is there anything else, dear Farhad? |
| FI: | No, Goodbye. |
| MY: | Goodbye. |

UNCLASSIFIED

6

Tab 48
Page 6 of 6

CF375233