

Tab 49-A
Page 1 of 1

(Page 49 of 92)

# Washington Mutual

THE FEE FOR EACH OVERDRAWN ITEM, WHETHER PAID OR RETURNED, IS $22.00.

TO REACH CUSTOMER SERVICE, PLEASE CALL TELEPHONE BANKING AT 1-800-756-8000.

70,349

15-E-83

FATEMAH SHARIF-KAZEMI OR
MEHRDAD YASREBI
PO BOX 862
CLACKAMAS OR 97015-0862

STATEMENT PERIOD:
FROM  11-23-00
THRU  12-22-00

13

GIVE YOUR HOME A FACELIFT.
ADD A MASTER BATH. RESHAPE YOUR KITCHEN. TRIM YOUR HIGH INTEREST.
ASK US ABOUT OUR AMAZING HOME EQUITY LOAN!

| FREE CHECKING | WASHINGTON MUTUAL BANK | FDIC INSURED |
|---|---|---|

FATEMAH SHARIF-KAZEMI OR
MEHRDAD YASREBI

ACCOUNT NUMBER:          04105-6

OVERDRAFT LIMIT          1,000.00
SUBJECT TO A PER ITEM OVERDRAFT TRANSACTION CHARGE

| BEGINNING BALANCE | TOTAL WITHDRAWALS | TOTAL DEPOSITS | ENDING BALANCE |
|---|---|---|---|
| 2,115.67 | 21,243.01 | 22,064.59 | 2,937.25 |

YTD INTEREST PAID          .00
YTD INTEREST WITHHELD:          .00

| DATE | WITHDRAWALS | DEPOSITS | TRANSACTION DESCRIPTION | DATE | WITHDRAW |
|---|---|---|---|---|---|
| 12/04 | | 22,042.60 | CUSTOMER DEPOSIT | | |
| 12/12 | 12,000.00 | | WIRE TRANSFER DOMESTIC WITHDRAWAL | 12/12 | |
| 12/12 | 20.00 | | WIRE TRANSFER FEE | | |
| 12/18 | | 21.99 | VISA-HOMEBASE 0875    PORTLAND    OR | | |

DETAIL OF CHECKS PAID:

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | CHECK NUM AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 1508 | 12/15 | 10.00 | 1514 | 12/07 | 15.39 | 1520 | 12/18 | 5.09 | |
| 1509 | 12/13 | 180.00 | •1516 | 12/19 | 20.30 | •1561 | 12/13 | 500.00 | → 500.00 |
| 1510 | 12/05 | 15.33 | 1517 | 12/14 | 8,000.00 | •1563 | 12/22 | 1,148.16 | |
| 1511 | 12/12 | 400.00 | 1518 | 12/15 | 30.00 | | | | |
| •1513 | 12/13 | 91.75 | 1519 | 12/13 | 16.99 | | | | |

NOTE:  •  INDICATES CHECK OUT OF SEQUENCE

PAGE 01 OF 01

CF034481

Tab 49-B
Page 1 of 4



# NO SLIP

# RECEIVED

## DATE: 12/4/00 ,

## BR: #230, TELLER: #107,

## AMOUNT: $22042.60

CF014657

Tab 49-B
Page 2 of 4

Tab 49-B
Page 3 of 4



Tab 49-B
Page 4 of 4

# CharlesSchwab

101 Montgomery Street
San Francisco, California 94104

# URGENT

## MESSAGE SERVICE

Fatemeh Sharif-Kazemi
Mehrdad Yasrebi Jt Ten
12959 SE Kathryn CT
Clackamas OR 97015

November 13, 2000

ACCOUNT NO.        6182
QUESTIONS: 1-800-435-4000

## Notice of Additional Deposit Due in Your Margin Account

Please be advised that your immediate action is required to avoid having your account partially or fully liquidated.

## What has occurred

The market value of the securities in your account has fallen below Schwab's minimum equity requirements.

## Next Steps

To avoid possible account liquidation, you must do one of the following:

- Deposit or wire transfer at least $1,890.00 into your account.
- Deposit marginable securities of sufficient value to raise your equity to Schwab's requirement.
- Liquidate sufficient security positions in your account.
- Transfer funds of at least $1,890.00 from another Schwab account into the account referenced above.

If steps are not taken immediately to satisfy the requirements of this margin call, we may need to liquidate securities in your account to restore your equity to the required mininum.  While we attempt to contact customers before we take action, **we reserve the right (as provided in your margin account agreement) to liquidate at our discretion and without notification.**

Please contact us immediately at 1-800-435-4000 (press option 2) to let us know what action you will take and to answer any questions you may have.  Thank you for your compliance.

©1998 Charles Schwab & Co., Inc.

Member SIPC/New York Stock Exchange, Inc. and
Other Principal Stock and Option Exchanges.
(0798-3182 Env1759(9/98)

CF033587

Tab 49-C
Page 1 of 6

# Charles Schwab

**SCHWAB ONE ACCOUNT**

# Statement

| ACCOUNT NUMBER | PERIOD COVERED | LAST STATEMENT | PAGE |
|---|---|---|---|
| PL        ·6182 | NOV  1 - NOV 30 2000 | OCT 2000 | 1 |

| TITLE OF ACCOUNT | OFFICE SERVING YOUR ACCOUNT |
|---|---|
| FATEMEH SHARIF-KAZEMI &<br>NEHRDAD YASREBI JT TEN<br>12959 SE KATHRYN CT<br>CLACKAMAS OR  97015-8332 | 222 SW COLUMBIA SUITE 100<br>PORTLAND OR<br>** MAIL TO:  P.O. BOX 173797<br>                        DENVER, CO 80217 |

*** FOR QUESTIONS ABOUT THIS STATEMENT:  CALL 1-800-435-4000   *** ACCOUNT OPENED IN: 1998

### STATUS OF KEY VALUES AS OF NOV 30 2000

| | |
|---|---|
| Investments Owned | $23,342.10 |
| Net Portfolio Value | $23,342.10 |
| Ending Cash Balance | ($17,283.03) |
| TOTAL ACCOUNT VALUE | $6,059.07 |
| Change in Value from 10/00 | ($5,107.74) |
| Margin Account Equity | $5,735.00 |
| Funds Available Margin Account | $384.00 |
| Checkwriting or VISA Limit | $374.16 |

### ACCOUNT TRANSACTION SUMMARY

| | |
|---|---|
| OPENING CASH BALANCE | ($17,130.49) |
| Margin Interest Charged | ($152.54) |
| ENDING CASH BALANCE | ($17,283.03) |

### INVESTMENT INCOME SUMMARY

| SOURCE OF INCOME | CURRENT PERIOD | YEAR TO DATE |
|---|---|---|
| FEDERALLY TAXABLE | | |
| Cash Dividends | $.00 | $7.97 |
| Money Funds Dividends | $.00 | $2.27 |
| TOTAL INVESTMENT INCOME | $.00 | $10.24 |

### RATE SUMMARY AS OF 11/30

| | |
|---|---|
| TEF Yield* | 3.66% |
| STF Yield* | 5.66% |
| Schwab 1 Yield | 5.62% |
| Margin Loan Rate | 9.25% |
| | to 10.75% |

* 7 Day Annualized Yield.
Please see reverse for
more information.

| MARGIN INTEREST CHARGED | ($152.54) | ($1,390.49) |
|---|---|---|

### PORTFOLIO POSITION DETAIL

| CATEGORY | S T | LONG/ SHORT | QUOTE SYMBOL | QUANTITY | INVESTMENT DESCRIPTION | LATEST PRICE | MARKET VALUE |
|---|---|---|---|---|---|---|---|
| STOCKS | M | Long | AOL | 110 | AMERICA ONLINE INC DEL | 40.6100 | $4,467.10 |
| | M | Long | NT | 500 | NORTEL NETWORKS CP NEW F<br>HOLDING COMPANY | 37.7500 | $18,875.00 |
| Net Portfolio Value | | | | | $23,342.10 | | |

### ACCOUNT TRANSACTION DETAIL

| DATE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ***** | | | Opening Cash Balance | | ($17,130.49) |
| 11/29 | Margin Interest | | INTEREST 10/30THRU 11/28 | | ($152.54) |
| ***** | | | Ending Cash Balance | | ($17,283.03) |

* * *    CONTINUED ON NEXT PAGE    * * *

CF033550

Tab 49-C
Page 2 of 6

# Charles Schwab

## Statement

SCHWAB ONE ACCOUNT

| ACCOUNT NUMBER | PERIOD COVERED | LAST STATEMENT | PAGE |
|---|---|---|---|
| PL    ·6182 | NOV  1 - NOV 30 2000 | OCT 2000 | 2 |

**TRADES PENDING SETTLEMENT**

| TRADE DATE | ACTION | QUANTITY | DESCRIPTION | PRICE | SETTLE DATE |
|---|---|---|---|---|---|
| 11/30 | Sold | 264- | NORTEL NETWORKS CP NEW F HOLDING COMPANY | 36.9375 | 12/05 |

**INTEREST CALCULATION DETAIL FROM OCT 30 2000 THROUGH NOV 28 2000[1]**

| DATE | NBR DAYS | NET BALANCE MARGIN ACCOUNT | CASH ACCT DEBIT OR FREE CREDIT | MARKET VALUE OF SHORT SALES | BALANCE SUBJECT TO INTEREST | RATE | INTEREST AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/30 | 1 | (38,555.31) | .00 | .00 | (38,555.31) | 9.750% | ($10.44) |
| 10/31 | 29 | (17,130.49) | .00 | .00 | (17,207.23) | 10.250% | ($142.10) |

Margin Interest Charged          ($152.54)
[1]All balances are average daily balances

CF033551

Tab 49-C
Page 3 of 6

# Charles Schwab

SCHWAB ONE ACCOUNT

# Statement

| ACCOUNT NUMBER | PERIOD COVERED | LAST STATEMENT | PAGE |
|---|---|---|---|
| KP 6182 | DEC 1 - DEC 31 2000 | NOV 2000 | 1 |

| TITLE OF ACCOUNT | OFFICE SERVING YOUR ACCOUNT |
|---|---|
| FATEMEH SHARIF-KAZEMI & <br> MEHRDAD YASREBI JT TEN <br> 12959 SE KATHRYN CT <br> CLACKAMAS OR 97015-8332 | 12823 SE 93RD AVENUE <br> CLACKAMAS, OR <br> **MAIL TO: P.O. BOX 173797 <br> DENVER, CO 80217 |

*** FOR QUESTIONS ABOUT THIS STATEMENT:  CALL 1-800-435-4000   *** ACCOUNT OPENED IN: 1998

## STATUS OF KEY VALUES AS OF DEC 31 2000

| | |
|---|---|
| Investments Owned | $11,394.75 |
| Money Funds Balance | $316.85 |
| Net Portfolio Value | $11,711.60 |
| Ending Cash Balance | $7.97 |
| TOTAL ACCOUNT VALUE | $11,719.57 |
| Change in Value from 11/00 | $5,660.50 |
| Margin Account Equity | $11,403.00 |
| Funds Available Margin Account | $6,403.00 |
| Checkwriting or VISA Limit | $6,718.68 |

## ACCOUNT TRANSACTION SUMMARY

| | |
|---|---|
| OPENING CASH BALANCE | ($17,283.03) |
| Investment Sales | $9,642.01 |
| Money Fund Redempts | $43.30 |
| Investment Income | $9.14 |
| Funds Received | $8,000.00 |
| Total Credits | $17,694.45 |
| Money Fund Purch/Reinvest | ($360.15) |
| Margin Interest Charged | ($43.30) |
| Total Debits | ($403.45) |
| ENDING CASH BALANCE | $7.97 |

## INVESTMENT INCOME SUMMARY

| SOURCE OF INCOME | CURRENT PERIOD | YEAR TO DATE |
|---|---|---|
| FEDERALLY TAXABLE | | |
| Cash Dividends | $7.97 | $15.94 |
| Money Funds Dividends | $1.17 | $3.44 |
| TOTAL INVESTMENT INCOME | $9.14 | $19.38 |

## RATE SUMMARY AS OF 12/31

| | |
|---|---|
| TEF Yield* | 3.97% |
| STF Yield* | 5.59% |
| Schwab 1 Yield | 5.56% |
| Margin Loan Rate | 9.25% |
| | to 10.75% |

* 7 Day Annualized Yield. Please see reverse for more information.

| MARGIN INTEREST CHARGED | ($43.30) | ($1,433.79) |
|---|---|---|

## PORTFOLIO POSITION DETAIL

| CATEGORY | S T | LONG/ SHORT | QUOTE SYMBOL | QUANTITY | INVESTMENT DESCRIPTION | LATEST PRICE | MARKET VALUE |
|---|---|---|---|---|---|---|---|
| STOCKS | M | Long | AOL | 110 | AMERICA ONLINE INC DEL | 34.8000 | $3,828.00 |
| | M | Long | NT | 236 | NORTEL NETWORKS CP NEW F HOLDING COMPANY | 32.0625 | $7,566.75 |
| MONEY FUNDS | C | Long | | 316.85 | SCHWAB MONEY MARKET FUND | 1.0000 | $316.85 |

Total Mkt Value Cash Acct    $316.85   **** Total Mkt Value Margin Acct    $11,394.75
Net Portfolio Value    $11,711.60

## ACCOUNT TRANSACTION DETAIL

| DATE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ***** | | | Opening Cash Balance | | ($17,283.03) |

* * *   CONTINUED ON NEXT PAGE   * * *

CF033548

Tab 49-C <br> Page 4 of 6

# Charles Schwab

## SCHWAB ONE ACCOUNT

# Statement

| ACCOUNT NUMBER | PERIOD COVERED | LAST STATEMENT | PAGE |
|---|---|---|---|
| KP          6182 | DEC   1 - DEC 31 2000 | NOV 2000 | 2 |

## ACCOUNT TRANSACTION DETAIL

| DATE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 12/05 | Sold         11/30 | 264- | NORTEL NETWORKS CP NEW F HOLDING COMPANY | 36.9375 | $9,642.01 |
| 12/11 | Funds Received | | FUNDS RECEIVED * | | $8,000.00 |
| 12/12 | Bought       12/12 | | SCHWAB MONEY MARKET FUND | 1.0000 | ($358.98) |
| 12/28 | Margin Interest | | INTEREST 11/29THRU 12/27 | | ($43.30) |
| 12/29 | Redeemed     12/29 | | SCHWAB MONEY MARKET FUND | 1.0000 | $43.30 |
| 12/29 | Cash Dividend | | NORTEL NETWORKS CP NEW F HOLDING COMPANY | | $9.38 |
| 12/29 | Foreign Tax Paid | | NORTEL NETWORKS CP NEW F HOLDING COMPANY | | ($1.41) |
| ***** | | | Ending Cash Balance | | $7.97 |

## MONEY FUNDS DETAIL

| DESCRIPTION | OPENING SHARES | SHARES PURCHASED | SHARES REDEEMED | NET DIVIDEND REINVESTED | CLOSING SHARES |
|---|---|---|---|---|---|
| SCHWAB MONEY MARKET FUND | .00 | 358.98 | 43.30 | | 316.85 |
| Div: 12/31 Yield    5.95% | | | | 1.17 | |

## INTEREST CALCULATION DETAIL FROM NOV 29 2000 THROUGH DEC 27 2000[1]

| DATE | NBR DAYS | NET BALANCE MARGIN ACCOUNT | CASH ACCT DEBIT OR FREE CREDIT | MARKET VALUE OF SHORT SALES | BALANCE SUBJECT TO INTEREST | RATE | INTEREST AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/29 | 6 | (17,283.03) | .00 | .00 | (17,292.87) | 10.250% | ($29.55) |
| 12/05 | 6 | (7,641.02) | .00 | .00 | (7,675.15) | 10.750% | ($13.75) |

Margin Interest Charged          ($43.30)
[1]All balances are average daily balances

CF033549
Tab 49-C
Page 5 of 6

**CHARLES SCHWAB & CO**

ACCT #       DATE
   6182    12/11/00

AMOUNT              $8,000.00
INSTATE CHECK DEPOSITED

ACCOUNT NAME & ADDRESS
FATEMEH SHARIF-KAZEMI &
MEHRDAD YASREBI JT TEN
12959 SE KATHRYN CT
CLACKAMAS OR              97015

KPTC

(اینستیت) (۸۰۰۰)     پیرانی ۲۰,۴۰۰     که خیلی کم از دنیا در (که)  ۲۰,۰۰۰

FT,J Charles schwab, ۱۰ (۱,۱۶) ۸۰۰۰

I borrowed $20,000 fro
the foundation to (re)pay $20,400
(400 more). I deposited $8,000
in Charles Schwab

7/23/08
2:30 p

Tab 49-C
Page 6 of 6

Jun-29-05    03:48pm    From-Washington Mutual Funds Transfer Dept.    +                    T-838    P.002/005    F-008

**Williams, Desiree**                                                        ... ...   .

**From:**    Kawecki, Edward G.
**Sent:**    Tuesday, June 28, 2005 5:37 PM
**To:**      GM National Funds Transfer
**Cc:**      Kawecki, Edward G.
**Subject:** WIREEMAIL.xls

thanks

**Date of Request:**      06/28/2005                        To Diane Fouche

**TO:**              WIRE ROOM

**FROM:**            Edward

**FAX NUMBER:**      818-775-2763

**RE:**              RECORDS RETRIEVAL - WIRE TRANSFER

**FILE NAME:**       Yasrebi
**ACCOUNT NUMBER:**            )41856

**BANK NAME:**       Washington Mutual

| | DATE | TRANSACTION TYPE | AMOUNT |
|---|---|---|---|
| 1 | 12/12/2000 | W/D | $ 12,000.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

CF014342

06/29/2005

Tab 49-D
Page 1 of 4

## MID: 20001212124603AO

### Message - Text:

| | |
|---|---|
| User ID : | CAROLG |
| Message Status : | COMPLETE |
| Value Date : | 12/12/2000 |
| Date: : | 12/12/2000 |
| Time : | 12:46 |
| Amount : | 12,000.00 |
| URC : | |
| Test Key : | 0 |
| Branch Code : | 001BR000230 |
| Fee : | 1.00 |
| Pin : | |
| Ext Ref : | |
| Skip Callback : | N |
| Skip Host : | N |
| Tkprefix : | |
| Tran Code : | |
| Version : | 0 |
| Sender ABA : | 325070760 |
| Sender Name : | WMB |
| Receiver ABA : | 021000018 |
| Receiver Name : | BK OF NYC |
| Message Type : | 10 |
| Message Subtype : | 00 |
| Product Code : | CTR |
| Amount : | 12,000.00 |
| Reference : | 02301212 |
| Originator ID Code : | |
| Originator ID : | |
| ORG : | FATEMAH SHARIF-KAZEMI |
| Originator Address : | MEHRDAD YASREBI |
| Originator Address : | |
| Originator Address : | |
| OGB ID Code : | |
| OGB ID : | |
| OBG : | |
| OGB Address1 : | |
| OGB Address2 : | |
| OGB ID Code : | |

CF014346

http://10.174.224.58:8080/WireHouse/General/WHCBlank.html

6/29/2005
Tab 49-D
Page 2 of 4

Jun-29-05   03:48pm   From-Washington Mutual Funds Transfer Dept.    +    T-936   P.004/005   F-005

**INS ID Code :**
**INS ID :**
**INS :**
**INS Address1 :**
**INS Address2 :**
**INS Address3 :**
**IBK ID Code :**
**IBK ID :**
**IBK :**
**IBK Address1 :**
**IBK Address2 :**
**IBK Address3 :**
**BBK ID Code :**
**BBK ID :**
**BBK :**
**BBK Address1 :**
**BBK Address2 :**
**BBK Address3 :**
**BNF ID Code :**                    AC
**Beneficiary ID :**                     346256
**BNF :**                             E-TRADE SECURITIES
**Beneficiary Address :**
**Beneficiary Address :**
**Beneficiary Address :**
**Reference for Beneficiary :**
**Originator to Beneficiary Info :**    FFC TO SHARIF-KAZEMI #ET      -0751
**FI to FI Information :**
**As of Reason :**
**As of Date :**
**Reference IMAD :**
**IMAD :**                            20001212L1LFAS3C000840
**OMAD :**
**Charges :**
**Credit Type :**
**Free Text1 :**
**Free Text2 :**

## MID: 20001212124603AO

**Message Notes:**

**Version :**
**Test :**

CF014347

6/29/2005
Tab 49-D
Page 3 of 4

# MID: 20001212124603AO

## Message Account Entry:

| User ID | Account Type | Account # | Currency | Amount | Credit/Debit | Actv Type |
|---|---|---|---|---|---|---|
| CAROLG | CLA | 09394 | USD | 12,000.00 | CR | W |
| CAROLG | DFF | 19347 | USD | 12,000.00 | CR | W |
| CAROLG | CLA | 09394 | USD | 12,000.00 | DB | W |

# MID: 20001212124603AO

## Message Account Activity:

| Status | Account Type | Account # | Currency | Amount | Credit/Debit | Acc Type |
|---|---|---|---|---|---|---|
| AC | DDA | 10003041856 | USD | 12,000.00 | DB | W |
| AC | CLA | 19394 | USD | 12,000.00 | CR | W |
| AC | CLA | 09394 | USD | 12,000.00 | DB | W |
| AC | CLA | ? | USD | 12,000.00 | CR | W |
| AC | CLA | ? | USD | 12,000.00 | DB | W |
| AC | DFF | 19347 | USD | 12,000.00 | CR | W |

# MID: 20001212124603AO

## BSA Notes:

Office :
Name :
Address1 :
Address2 :
City :
State :
Zip Code :
Phone :
Social Sec Number :
Tax Payer Id :
Driver License :
State Issued :
Expiration Date :
Comments :
User ID :
Date :
Time :

CF014348

http://10.174.224.58:8080/WireHouse/General/WHCBlank.html

6/29/2005
Tab 49-D
Page 4 of 4

# E✳TRADE·

# Official Monthly Statement

**For the account of:**
MEHRDAD YASREBI &
FATEMEH SHARIF-KAZEMI JTWROS
PO BOX 862
CLACKAMUS OR 97015

| Account Number | For the Period |
|---|---|
| -0751 | 11-01-00 Through 11-30-00 |

## Account Value Summary

| Description | Amount |
|---|---|
| **Total Account Valuation** | |
| This month's closing equity | $13,301.12 |
| Last month's closing equity | 35,890.90 |
| **Net Change in Equity** | **$(22,589.78)** |
| **Security Values** | |
| Stocks Long | $ 53,675.76 |
| Total Long Value | 53,675.76 |
| **Net Market Value** | **$53,675.76** |
| **Closing Money Balances** | |
| Margin | $ (40,374.64) |
| **Net Closing Money Balances** | **$(40,374.64)** |

[ Return to Top ]

## Income & Expense Summary

| Description | Current Period | Year to Date |
|---|---|---|
| **Total Income** | $0.00 | $0.00 |
| Margin Interest | $ (335.08) | $ (2,080.75) |
| **Net Income** | **$(335.08)** | **$(2,080.75)** |

[ Return to Top ]

## Money Activity Summary

| Description | Amount |
|---|---|
| **Combined Opening Balance** | **$(40,039.56)** |
| **Debits** | |
| Margin Interest Charged | (335.08) |

**CF013677**

| | | |
|---|---|---|
| **Total Debits** | | **$(335.08)** |
| **Credits** | | |
| **Total Credits** | | **$0.00** |
| **Combined Closing Balance** | | **$(40,374.64)** |

[ Return to Top ]

## Daily Account Activity

| Acct Type | Activity/ Trade Date | Transaction | Qty | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|
| **DIVIDEND AND INTEREST** | | | | | | | |
| Margin | 11/29/00 | Margin Int | | INTEREST 10/30THRU 11/28 | | 335.08 | |

[ Return to Top ]

## Account Positions

| Qty Long (Short) | Acct Type | Security Description | Symbol/ CUSIP | Price | Mkt. Value Long (Short) | Total Portfolio % | Div / CPN Yield | Estimated Annualized Income |
|---|---|---|---|---|---|---|---|---|
| **Stocks Long** | | | | | | | | |
| . 50 | Margin | CISCO SYSTEMS INC | CSCO | 47.88 | 2,393.75 | 4.46 | | |
| 150 | Margin | NASDAQ-100 TRUST SR 1 | QQQ | 62.98 | 9,447.64 | 17.60 | | |
| 550 | Margin | SUN MICROSYSTEMS INC | SUNW | 76.06 | 41,834.37 | 77.94 | | |
| **Total Security Value - Stocks Long** | | | | | **$53,675.76** | **100.00** | | |
| **Total Long Value** | | | | | **$53,675.76** | **100.00** | | **$0.00** |

[ Return to Top ]

## Debit & Credit Interest Detail

| Date | Net Balance Margin | Net Balance Cash | Market Value of Shorts | Balance Subject to Interest | Number of Days | Interest | Interest Charged/ Credited |
|---|---|---|---|---|---|---|---|
| 10/30/00 | (27,895.70) | (0.00) | (0.00) | (27,895.70) | 2 | 0.10250 | (15.88) |
| 11/01/00 | (40,039.56) | (0.00) | (0.00) | (40,039.56) | 28 | 0.10250 | (319.20) |
| **TOTAL MARGIN INTEREST** | | | | | | | **$(335.08)** |

[ Return to Top ]

CF013678

## Other Information

### Current rates as of 11/30/00

| | |
|---|---|
| Credit Interest Rate | 2.00% |
| Tax-exempt California MMF | 3.30% |
| Cash Acct Trust - Money Market | 5.89% |
| Cash Acct Trust - Govrnmnt Sec | 5.80% |
| Cash Acct Trust - Tax-exempt | 3.47% |
| Tax-exempt New York MMF | 3.37% |

### Margin Interest Rates

| | |
|---|---|
| Less than $50,000 | 10.25% |
| $50,000 to $249,999.99 | 9.00% |
| $250,000.00 and above | 7.75% |

CF013679

Case 3:05-cr-00413-KI    Document 71-6    Filed 04/19/12    Page 19 of 23

# E✳TRADE·

# Official Monthly Statement ·

**For the account of:**
MEHRDAD YASREBI &
FATEMEH SHARIF-KAZEMI JTWROS
12959 S E KATHRYN CT
CLACKAMUS OR 97015

| Account Number | For the Period |
|---|---|
| 0751 | 12-01-00 Through 12-31-00 |

## Account Value Summary

| Description | Amount |
|---|---|
| **Total Account Valuation** | |
| This month's closing equity | $12,677.85 |
| Last month's closing equity | 13,301.12 |
| **Net Change in Equity** | **$(623.27)** |
| **Security Values** | |
| Stocks Long | $ 41,331.25 |
| Total Long Value | 41,331.25 |
| **Net Market Value** | **$41,331.25** |
| **Closing Money Balances** | |
| Margin | $ (28,653.40) |
| **Net Closing Money Balances** | **$(28,653.40)** |

[ Return to Top ]

## Income & Expense Summary

| Description | Current Period | Year to Date |
|---|---|---|
| **Total Income** | $0.00 | $0.00 |
| Margin Interest | $ (278.76) | $ (2,359.51) |
| **Net Income** | **$(278.76)** | **$(2,359.51)** |

[ Return to Top ]

## Money Activity Summary

| Description | Amount |
|---|---|
| **Combined Opening Balance** | **$(40,374.64)** |
| **Debits** | |
| Margin Interest Charged | (278.76) |

**CF013680**

E*TRADE - Account Statement

| | |
|---|---|
| **Total Debits** | **$(278.76)** |
| **Credits** | |
| Other Credits | 12,000.00 |
| **Total Credits** | **$12,000.00** |
| **Combined Closing Balance** | **$(28,653.40)** |

[ Return to Top ]

## Daily Account Activity

| Acct Type | Activity/ Trade Date | Transaction | Qty | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|
| **DIVIDEND AND INTEREST** | | | | | | | |
| Margin | 12/06/00 | Stock Div | 550 | SUN MICROSYSTEMS INC | | 0.00 | |
| Margin | 12/28/00 | Margin Int | | INTEREST 11/29THRU 12/27 | | 278.76 | |
| **OTHER ACTIVITY** | | | | | | | |
| Cash | 12/12/00 | Journal | | INWIREFDF12121356900 | | | 12,000.00 |

[ Return to Top ]

## Account Positions

| Qty Long (Short) | Acct Type | Security Description | Symbol/ CUSIP | Price | Mkt. Value Long (Short) | Total Portfolio % | Div / CPN Yield | Estimated Annualized Income |
|---|---|---|---|---|---|---|---|---|
| **Stocks Long** | | | | | | | | |
| 50 | Margin | CISCO SYSTEMS INC | CSCO | 38.25 | 1,912.50 | 4.63 | | |
| 150 | Margin | NASDAQ-100 TRUST SR 1 | QQQ | 58.38 | 8,756.25 | 21.19 | | |
| 1,100 | Margin | SUN MICROSYSTEMS INC | SUNW | 27.88 | 30,662.50 | 74.19 | | |
| **Total Security Value - Stocks Long** | | | | | $41,331.25 | 100.00 | | |
| **Total Long Value** | | | | | $41,331.25 | 100.00 | | $0.00 |

[ Return to Top ]

## Debit & Credit Interest Detail

| Date | Net Balance Margin | Net Balance Cash | Market Value of Shorts | Balance Subject to Interest | Number of Days | Interest | Interest Charged/ Credited |
|---|---|---|---|---|---|---|---|
| 11/29/00 | (40,374.64) | (0.00) | (0.00) | (40,374.64) | 13 | 0.10250 | (149.48) |

CF013681

Tab 49-E
Page 5 of 6

| 12/12/00 | (40,374.64) | 12,000.00 | (0.00) | (28,374.64) | 1 | 0.10250 | (8.08) |
|---|---|---|---|---|---|---|---|
| 12/13/00 | (28,374.64) | (0.00) | (0.00) | (28,374.64) | 15 | 0.10250 | (121.20) |

**TOTAL MARGIN INTEREST**                                               **$(278.76)**

[ Return to Top ]

## Other Information

### Current rates as of 12/31/00

| | |
|---|---|
| Credit Interest Rate | 2.00% |
| Tax-exempt California MMF | 3.36% |
| Cash Acct Trust - Money Market | 5.83% |
| Cash Acct Trust - Govrnmnt Sec | 5.65% |
| Cash Acct Trust - Tax-exempt | 3.75% |
| Tax-exempt New York MMF | 3.62% |

### Margin Interest Rates

| | |
|---|---|
| Less than $50,000 | 10.25% |
| $50,000 to $249,999.99 | 9.00% |
| $250,000.00 and above | 7.75% |

CF013682



The attached copy is the best we could produce from microfilm

CF036443
Tab 49-F
Page 1 of 2



CF034184

Tab 49-F
Page 2 of 2