CF289087



Tab 50
Page 1 of 5

CF289088



Tab 50
Page 2 of 5

305992-101

P.O. Box 3977
Seattle, WA 98124-2477

E 26-2

CHILD FOUNDATION
PO BOX 1364
CLACKAMAS OR 97015-1364

Your Bank of America                    05/31/0102892

Business Checking Statement

Statement Period:
May 1 through May 31, 2001
Account Number:        -05992

At Your Service:
1.800.873.2632
   503.275.2222 In Portland
1.800.845.8893 TTY device access only

Customer Service
8315 SE Sunnyside Rd
Clackamas, OR 97015

Bank of America appreciates your
business and we enjoy serving you.

---

**Summary of Your Business Checking Account**

| | |
|---|---|
| Beginning Balance on 05/01/01 | $79,660.73 |
| Total Deposits and Other Credits | + 38,588.55 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 116,498.87 |
| Service Charge | - 78.15 |
| Ending Balance | $1,672.26 |

---

**Deposits**

| Date Posted | Amount | | Date Posted | Amount |
|---|---|---|---|---|
| 05/07 | $ 14,052.85 | | 05/21 | 15,185.70 |
| 05/14 | 9,150.00 | Total of 3 Deposits | | $38,388.55 |

---

**Checks Paid**          * Gap in check sequence

| Date Paid | Number | Amount | Date Paid | Number | Amount |
|---|---|---|---|---|---|
| 05/15 | 926 | $ 25,000.00 | 05/01 | 1005 | 10.24 |
| 05/17 | 927 | 86.50 | 05/02 | 1006 | 23.32 |
| 05/18 | * 929 | 6.93 | 05/02 | 1007 | 176.86 |
| 05/21 | 930 | 1,500.00 | 05/10 | 1008 | 500.00 |
| 05/22 | 931 | 150.40 | 05/03 | 1009 | 13.98 |
| 05/30 | * 939 | 11,000.00 | 05/03 | 1010 | 19.92 |
| 05/30 | 940 | 42,000.00 | 05/11 | 1011 | 25.39 |
| 05/01 | * 988 | 599.00 | 05/16 | 1012 | 30.00 |
| 05/04 | * 993 | 562.50 | 05/16 | 1013 | 358.01 |
| 05/02 | * 1001 | 549.48 | 05/22 | 1014 | 80.91 |
| 05/07 | 1002 | 60.00 | 05/18 | 1015 | 19.40 |
| 05/04 | 1003 | 40.00 | Total of 24 Checks Paid | | $92,812.84 |
| 05/07 | 1004 | 10,000.00 | | | |

---

**Account Activity**

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | Other Deposits and Credits | | |
| 05/30 | ACH Deposit Ndps Ndps Dep 05/30/01 8788140000937 | | $40.00 |
| 05/30 | ACH Deposit Ndps Ndps Dep 05/30/01 8788140000937 | | 160.00 |
| | Total Other Deposits and Credits | | $200.00 |

Continued on next page
OR

Oregon

Page 1 of 2

Tab 50
Page 3 of 5

CF289089

CHILD FOUNDATION
305992-101

Statement Period: May 1 through May 31, 2001          05/31/0102892

Account Number:      -05992

A...unt Activity    Continued

| Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | Withdrawals, Transfers, Account Fees | | |
| ...2 | ACH Withdrawal | | $129.28 |
| | Ndps Ndpsstlmnt 05/02/01 8788140000937 | | |
| 05/07 | Deposit Adj Debit | | 41.60 |
| 05/11 | Account Fee | | 5.00 |
| | Returned Item | | |
| 05/11 | Account Fee | | 15.00 |
| | Wire Transfer | | |
| 05/11 | Debit Memo | | 55.15 |
| 05/11 | Returned Item | | 360.00 |
| 05/11 | Wire Trans Withdrawl | | 23,000.00 |
| | A.R. Matinrazm | | |
| 05/23 | Account Fee | | 5.00 |
| | Returned Item | | |
| 05/23 | Returned Item | | 50.00 |
| 05/30 | Account Fee | | 5.00 |
| | Returned Item | | |
| 05/30 | Returned Item | | 20.00 |
| | **Total Withdrawals, Transfers, Account Fees** | | **$23,686.03** |
| | Service Charge | | |
| 05/31 | Service Charge | | $78.15 |

Daily Account Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01 | $ 79,051.49 | 05/11 | 57,526.86 | 05/21 | 54,861.72 |
| 05/02 | 78,172.55 | 05/14 | 66,676.86 | 05/22 | 54,630.41 |
| 05/03 | 78,138.65 | 05/15 | 41,676.86 | 05/23 | 54,575.41 |
| 05/04 | 77,536.15 | 05/16 | 41,288.85 | 05/30 | 1,750.41 |
| 05/07 | 81,487.40 | 05/17 | 41,202.35 | 05/31 | 1,672.26 |
| 05/10 | 80,987.40 | 05/18 | 41,176.02 | | |

Bank of America: In Balance

T... sist you in reconciling your account, we have provided the following summary information.
F... onciliation worksheet is printed on the reverse of this page.

...ff each deposit, withdrawal and check shown on this statement in your checkbook register.

...sure that all transfers are written in your checkbook register, including automatic deposits, automatic payments, ATM and Bank of America Check Card transactions or transfers you made between accounts.

Your ending balance from this statement..................................................................$1,672.26
Subtract other account fees from your checkbook register...........................................................30.00
Subtract the monthly service charge from your checkbook register...................................................78.15

OR                              Oregon                                    Page 2 of 2

Tab 50
Page 4 of 5

CF289090

# Washington Mutual

THE FEE FOR EACH OVERDRAWN ITEM,
WHETHER PAID OR RETURNED, IS $22.00.

TO REACH CUSTOMER SERVICE, PLEASE CALL
TELEPHONE BANKING AT 1-800-756-8000.

39,168

17-E-83

ALI YASREBI
AMENEH MODARRESS
PO BOX 862
CLACKAMAS OR 97015-0862

STATEMENT PERIOD:
FROM    05-25-01
THRU    06-26-01

3

HOME SMART HOME.
OUR LOANS COME FROM GREAT HOMES. IT'S YOURS WITH A HOME EQUITY LOAN.
ASK US ABOUT OUR FAST AND EASY HOME EQUITY LOAN.

| FREE CHECKING | WASHINGTON MUTUAL BANK | FDIC INSURED |
| --- | --- | --- |

ALI YASREBI
AMENEH MODARRESS

ACCOUNT NUMBER:    69198-2

OVERDRAFT LIMIT          1,000.00
SUBJECT TO A PER ITEM OVERDRAFT TRANSACTION CHARGE

| BEGINNING BALANCE | TOTAL WITHDRAWALS | TOTAL DEPOSITS | ENDING BALANCE |
| --- | --- | --- | --- |
| 79.68 | 8,200.00 | 57,900.00 | 49,779.68 |

YTD INTEREST PAID    :        .00
YTD INTEREST WITHHELD:        .00

| DATE | WITHDRAWALS | DEPOSITS | TRANSACTION DESCRIPTION |
| --- | --- | --- | --- |
| 05/25 | | 200.00 | CUSTOMER DEPOSIT |
| 05/30 | | 42,000.00 | CUSTOMER DEPOSIT |
| 06/11 | | 12,700.00 | CUSTOMER DEPOSIT |
| 06/26 | | 3,000.00 | CUSTOMER DEPOSIT |

DETAIL OF CHECKS PAID:

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1022 | 06/01 | 3,000.00 | 1023 | 06/05 | 5,000.00 | 1024 | 06/26 | 200.00 |

Tab 50
Page 5 of 5