

Tuesday, January 31, 2012                                                                                 Login

**Child Foundation**
*Changing the face of the future…One child at a time!*

| Home | About Us | Newsletter | Child Waiting List | Sponsor a child | Donate | Gift Shop | Our Programs | Events | Contact Us |

You are here:Newsletter » January 2012 Newsletter                                        [        ] search

## January Newsletter



بنیاد کودک
**Child Foundation**
*Changing the face of the future…One child at a time!*
January 2012

### Dear Friends,

We wish you and your family a very Happy New Year. Child Foundation accomplished many things in 2011, and we plan to expand our work in 2012. We especially thank you, our donors, for another successful year. Despite a poor economy and many other challenges, our donations increased by 12% in the last fiscal year. As a result, with the children's diligence and your generous support, we support over 3,000 high achieving children whose talents and future would otherwise be at risk. Together, we are changing the face of the future for children in need.

If you contributed to Child Foundation this year, your 2011 charitable tax statement will be mailed by the first week of February.

Child Foundation's latest annual report is now on our website, and you can read more about our accomplishments in the past year.

View Annual Report

Thank you all for supporting Child Foundation.

Sincerely,

Masoud Modarres
Executive Manager

### Mobina's Story

### Universal Children's Day

Universal Children's Day, held in San Diego and Irvine, CA, Westerville, OH, Portland, OR, as well as Canada and Dubai was a successful event. We thank all of our wonderful volunteers who made our Universal Children celebration a magnificent event to remember. Riyaz, Sepideh, Shadi and Mr. Zaviani in Irvine; Ali and Shahriar in San Diego; Minoo in Columbus, Cathrin, Manijeh, Javid, Sanam, Ali and Gity in Portland and many others who supported us. Thank you!

Voice of America also reported on our UCD program. View the UCD video on You Tube.



Tab 51
Page 1 of 6

http://www.childfoundation.org/Newsletter/January2012Newsletter/tabid/1015/Default.aspx    1/31/2012



My name is Mobina and I am a seven-year-old girl from Kashan. I am a smart second grade student. My father is diagnosed with a severe mental disease and yells at us all the time. His behavior is making me scared. My mother has became nervous in these conditions. My brother is not doing well in school. My father hit him on his head when he was five months old. We don't have enough money to pay for his treatment. We don't even have health insurance. I really need your help to stay in school.

Please consider sponsoring Mobina so that she can have a chance for a bright future.

Sponsor Mobina (Yas 1511)



**Child Waiting List**

Indonesia

Iran

Afghanistan

The children on our Child Waiting List have been hand-picked by social workers and identified as being children that need immediate assistance. Please consider sponsoring a child from this list. [Read More]

## Upcoming Events



Join us for a Valentine's Day Fundraiser!

Kamran & Hooman Concert
Saturday, Feb 11, 2012
Crest Theater, 1013 K Street, Sacramento, CA

## Child Foundation Job Opportunities

Are you interested in working with Child Foundation? We currently have two immediate Marketing job opportunities.

Read About Job Openings with Child Foundation

**GLWiZ.com**

Help Child Foundation & get access to...

GLWiz.com is pleased to offer you $10 discount with every online purchase of GLBOX placed through Child Foundation Website. All profits from every sale of GLBOX will be donated towards the Child Foundation.

Click here to NOW to receive your $10 discount on your next purchase of GLBOX and enter promotion code S79880 in your shopping cart.

### Contact Us

**Phone: (503) 698-4084**

**Email: cfmain@childfoundation.org**

**Mail: 1220 SW Morrison Street, Suite #500, Portland, OR 97222**

**Web: www.childfoundation.org**

**Forward Email**

Privacy Statement | Terms Of Use | skin design by: dnnskinsgarden       Copyright 2006 by Child Foundation



Tab 51
Page 3 of 6

# Year in Review

Dear Extended Family of Child Foundation,

I am pleased to report that the spirit of giving is alive and strong among our supporters and donors. We enjoy a solid and dedicated sponsor base worldwide, growing at an average yearly rate of 9%. Amid numerous challenges we face, accented by the economic downturn and renewed sanctions on Iran, we managed a modest growth of 12% in the last fiscal year. On behalf of the children we serve, thank you.

In addition to attending to the financial needs and physical well being of our children, Child Foundation continues to emphasize the transformative element of education. We honor the dignity and individual potential of each sponsored child by directly linking the donations they receive to their educational efforts and achievements. As a result, with the children's diligence and your generous support, we support over 3,000 high achieving children whose talents and future would otherwise be at risk. Once again, on behalf of our children, thank you.

Take a moment to reflect on the extended family of Child Foundation. The backbone of this family is you. It takes a spirit beyond the usual norm of an individual to take continuous action supporting others. Finding an organization to trust and belong to takes thoughtful effort. You chose Child Foundation, whose mission is to create sustainable change in children's lives. Thank you for the trust you have bestowed on us. Second, it is important to appreciate our outstanding social workers in the field. These individuals diligently attend to our sponsored children's needs and continue crucial supervision and evaluations. In my discussion

Tab 51
Page 4 of 6



with these individuals, I am humbled by their devotional attitudes and the motherly care they render to each child. Words are inadequate to thank them. Third, let us appreciate the quality of the management and staff working at different Child Foundation offices. These members are not only highly capable and motivated, but also express true satisfaction in their work. Their positive energy and camaraderie is evident, and their progressive spirit brings a new dimension of working relations, ethics, and dynamism to our practices.

Lastly, I join you to express the deepest appreciation to our children. Every year, I visit a number of children under your sponsorship. I can hardly keep myself from crying. Their sincere and pure visions, their talent, their wishes, their sparkling eyes, their beautiful smiles, their unassuming attitudes, their near perfect GPAs, their humble but clean living quarters, their guardians (oftentimes our children are orphans or cared for by a single parent or an old relative) and most important the innocent joy and thankfulness in their tones. I am always touched, and grateful to be a part of their lives.

Once again, and this time on behalf of The Board of Directors, I would like to thank you for being part of this family. Together we are changing the future, one child at a time.

Sincerely,

Navid A. Seyedali
President

www.childfoundation.org

Tab 51
Page 5 of 6





IF I COULD **SELL ANYTHING O**

IT WOULD BE:

*Tuesc*

# NEWS : MUSIC : MOVIES : FOOD&DRINK : ARTS&BOOKS : FEATURES

*any*

BLOGS    COLUMNS    CITY GUIDES    WWPRESENTS    CLASSIFIEDS    CALENDAR

VOLUNTEER GUIDE

Home · Articles · News · Murmurs · *A Heaping Plate Of News*

November 26th, 2008 WW Editorial Staff | Murmurs

## A Heaping Plate Of News

2 Comments                                    Tags:



Smith: From senator to
university president?

A tantalizing rumor percolating has U.S. Sen. **Gordon Smith** as a candidate to **replace retiring University of Oregon President Dave Frohnmayer,** a fellow Republican who got his job after losing the 1990 gubernatorial race. A person close to Smith says high-level Ducks have encouraged the defeated senator to consider the post but adds the job's fundraising and campus politics don't interest him.

A federal **raid on a Portland-based Iranian charity** last summer has had a curious effect: **tripling its membership.** Hossein Salehi, public relations and fundraising officer for **Child Foundation,** says the number of new people signing up with the nonprofit to help children in Iran, Iraq and elsewhere has jumped from about 30 to 90 a month since *WW* reported on an FBI raid July 15 at its downtown office (see "Mystery Raid," *WW*, July 23, 2008). Meanwhile, the U.S. Attorney's office in Portland continues its no-comment on the raid.

Situational allies? One of the few bright spots for Republicans in this election cycle was **Rob Kremer's** optimistically named new political action committee, the **Conservative Majority Project.** The PAC raised and spent **450,000** on legislative races—about 80 percent of which came from **Loren Parks** ("The Man Behind Mannix," *WW*, April 19, 2006). Curious since Kremer called Parks a **"shadowy out-of-state eccentric recluse"** in a 2006 blog post when the two backed different GOP gubernatorial candidates. So what changed? "It's easy to