OMB No. 1545-0047

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code
(except black lung benefit trust or private foundation)

**2010**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

► The organization may have to use a copy of this return to satisfy state reporting requirements.

**A** For the 2010 calendar year, or tax year beginning  Jun 1  , 2010, and ending  May 31  , 2011

| **B** Check if applicable: | **C** Name of organization  CHILD FOUNDATION, INC | **D** Employer Identification Number |
|---|---|---|
| [X] Address change | Doing Business As | 93-1148608 |
| [ ] Name change | Number and street (or P.O. box if mail is not delivered to street addr)   Room/suite | **E** Telephone number |
| [ ] Initial return | 1220 SW Morrison   500 | (503) 698-4084 |
| [ ] Terminated | City, town or country   State  ZIP code + 4 | **G** Gross receipts $ 2,265,660. |
| [ ] Amended return | Portland   OR  97205 | |
| [ ] Application pending | **F** Name and address of principal officer: | |

Mr. Navid Agha Se 1220 SW Morrison Suite  Portland   OR 97205

H(a) Is this a group return for affiliates?   [ ] Yes  [X] No
H(b) Are all affiliates included?   [ ] Yes  [ ] No
If 'No,' attach a list. (see instructions)

**I** Tax-exempt status  [X] 501(c)(3)  [ ] 501(c) (   )◄ (insert no.)  [ ] 4947(a)(1) or  [ ] 527

**J** Website: ► www.childfoundation.org

H(c) Group exemption number ►

**K** Form of organization: [X] Corporation  [ ] Trust  [ ] Association  [ ] Other ►   **L** Year of Formation: 1994   **M** State of legal domicile: OR

### Part I  Summary

**1** Briefly describe the organization's mission or most significant activities:  Humanitarian Aid _____

_____

_____

_____

**2** Check this box ► [ ] if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | |
|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 4 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 4 |
| **5** Total number of individuals employed in calendar year 2010 (Part V, line 2a) | **5** | 11 |
| **6** Total number of volunteers (estimate if necessary) | **6** | 50 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| **b** Net unrelated business taxable income from Form 990-T, line 34 | **7b** | |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | 2,019,334. | 2,217,632. |
| **9** | Program service revenue (Part VIII, line 2g) | | |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 1,124. | 556. |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | 28,106. |
| **12** | Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 2,020,458. | 2,246,294. |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 1,255,765. | 1,446,353. |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | | 0. |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 325,407. | 377,110. |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ► _____ 114,446. | | |
| **17** | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 275,892. | 521,947. |
| **18** | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 1,857,064. | 2,345,410. |
| **19** | Revenue less expenses. Subtract line 18 from line 12 | 163,394. | −99,116. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | 528,304. | 473,326. |
| **21** | Total liabilities (Part X, line 26) | 19,098. | 63,236. |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 | 509,206. | 410,090. |

### Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ► Signature of officer | 09/06/11 Date |
| | ► Mr. Navid Agha Seyedali | President |
| | Type or print name and title. | |

| **Paid Preparer Use Only** | Print/Type preparer's name  Jacolyn C Wheatley | Preparer's signature  Jacolyn C Wheatley | Date 10/02/11 | Check [X] if self-employed | PTIN |
| | Firm's name  ► Jacolyn C. Wheatley CPA LLC | | | | |
| | Firm's address  ► PO Box 82071 | | | Firm's EIN ► | |
| | Portland   OR  97282 | | | Phone no. (503) 482-8298 | |

May the IRS discuss this return with the preparer shown above? (see instructions)   [X] Yes  [ ] No

**BAA For Paperwork Reduction Act Notice, see the separate instructions.**   TEEA0101  03/25/11   Form 990 (2010)

Tab 52
Page 1 of 2

Form 990 (2010)   CHILD FOUNDATION, INC                                           93-1148608          Page 2

**Part III  Statement of Program Service Accomplishments**

Check if Schedule O contains a response to any question in this Part III ..................................................... ☐

1   Briefly describe the organization's mission:

Humanitarian Aid

2   Did the organization undertake any significant program services during the year which were not listed on the prior
Form 990 or 990-EZ? ........................................................................................... ☐ Yes  ☒ No
If 'Yes,' describe these new services on Schedule O.

3   Did the organization cease conducting, or make significant changes in how it conducts, any program services? ..... ☐ Yes  ☒ No
If 'Yes,' describe these changes on Schedule O.

4   Describe the exempt purpose achievements for each of the organization's three largest program services by expenses. Section 501(c)(3)
and 501(c)(4) organizations and section 4947(a)(1) trusts are required to report the amount of grants and allocations to others, the total
expenses, and revenue, if any, for each program service reported.

4a (Code: _____ ) (Expenses  $___1,892,460.__ including grants of  $_____0.) (Revenue  $___2,265,660.)
See Program Accomplishments under Additional Info

4b (Code: _____ ) (Expenses  $_____ including grants of  $_____ ) (Revenue  $_____)

4c (Code: _____ ) (Expenses  $_____ including grants of  $_____ ) (Revenue  $_____)

4d Other program services. (Describe in Schedule O.)
   (Expenses     $_____ including grants of    $_____ ) (Revenue  $_____ )

4e Total program service expenses ►          1,892,460.

BAA                                      TEEA0102   10/06/10                              Form 990 (2010)

Tab 52

Page 2 of 2