SECRET

From: Carolyne Haycraft <CF-Carolyne@childfoundationusa.org>
To: ssharif@childfoundation.org
Sent: 3/20/2007 6:32:49 PM (GMT)
Subject: give.org

This redacted copy only.

DECLASSIFIED BY 60322 UGLR/PJ/EHL
ON 8/11/2010

Salaam Saideh, I am completing the BBB. Giving.org questionnaire which needs to be submitted by Friday.
I need the dates of all the board meetings for June 2005-May 2006

Also, On the questionnaire Abu answered that the CEO performance assessment takes place annually. Could you also give me the date of when the last CEO performance evaluation was conducted?

Thanks so much
Carolyne

Carolyne Haycraft
Assistant Business Manager
Tel: (503) 698-4084
Fax: (503) 297-1546
Cf-carolyne@childfoundationusa.org
www.childfoundation.org

*"Changing the face of the future...*
*One Child at a time!"*

Salaam Saideh, I am completing the BBB. Giving.org questionnaire which needs to be submitted by Friday.

I need the dates of all the board meetings for June 2005-May 2006

Also, On the questionnaire Abu answered that the CEO performance assessment takes place annually. Could you also give me the date of when the last CEO performance evaluation was conducted?

Thanks so much

Carolyne

Carolyne Haycraft

Assistant Business Manager

Tel: (503) 698-4084

Fax: (503) 297-1546

SECRET

4/19/2010
Tab 53-A
Page 1 of 2

CF289037

SE~~C~~RET

Cf-carolyne@childfoundationusa.org

www.childfoundation.org <http://www.childfoundation.org>

"Changing the face of the future...

One Child at a time!"

---



SE~~C~~RET



CF289038

SE(X)RET

From: Carolyne Haycraft <CF-Carolyne@childfoundationusa.org>
To: MYasrebi@pccstructurals.com
CF-Salehi@childfoundationusa.org
Sent: 4/27/2007 6:11:39 PM (GMT)
Subject: Letter for bbb-addressing other standards

Attachment(s):
carolyne's letter 4-26.doc

Here is the other letter for BBB reviewed by Dr. S
Best

Carolyne Haycraft
Assistant Business Manager
Tel: (503) 698-4084
Fax: (503) 297-1546
Cf-carolyne@childfoundationusa.org
www.childfoundation.org

*"Changing the face of the future...*
                    *One Child at a time!"*

Here is the other letter for BBB reviewed by Dr. S

Best

Carolyne Haycraft

Assistant Business Manager

Tel: (503) 698-4084

Fax: (503) 297-1546

Cf-carolyne@childfoundationusa.org

www.childfoundation.org <http://www.childfoundation.org>

"Changing the face of the future...

One Child at a time!"

SE(X)RET



3/10/2010

Tab 53-B
Page 1 of 4

CF289039

SE(X)RET

April 30, 2007

DECLASSIFIED BY 60322 LLC LP/PJ/CH
ON 8/11/2011

This redacted copy only.

BBB Wise Giving Alliance
Rebecca Uwaifo
Research Analyst
4200 Wilson Boulevard
Suite 800
Arlington, VA 22203

Dear Rebecca Uwaifo,

On behalf of Child Foundation, I would like to thank you for your guidance and assistance with Child Foundation's application process for the BBB, Wise Giving Alliance.

In response to the recent letter and evaluation that was sent to us, I am submitting a detailed explanation for all of the standards that Child Foundation failed to meet, upon the submission of our application.

Please find enclosed a letter of explanation for Standards 5 and 13. This letter (Exhibit A) written by our Business Manager, Dr. Hossein Salehi, explains why $1,311,000 was wired to Bunyad Kudak in the year ending May 31, 2005. In this letter, you will also find a detailed explanation as to why our 2006 fundraising expenses appear to be so low, and why these figures lack a detailed functional breakdown in our audit report.

In regards to the remaining evaluation conclusions, Standards 1, 2 & 18 will be addressed in detail below in the respective order that they appear on the evaluation (Exhibit B).

**Evaluation of Standard 1:** Child Foundation does not meet this Standard because the board of directors does not review the performance of the Chief Executive Officer (CEO) at least once every two years.

**Explanation of Standard 1:** We indicated on our application that we did not review the Chief Executive Officer (CEO) every two years because we technically do not have a CEO; no one on our Board of Directors receives a salary. However, upon discussing this standard with Ms. Rebecca Uwaifo on the telephone on April 26, 2007, it appears that the term president and CEO are interchangeable.

Our president, Dr. Mehrdad A. Yasrebi, has been reviewed by the Board of Directors. Please find enclosed copies of his review for the years 2004, 2005 and 2006 (Exhibit C).



SE(X)RET

Tab 53-B
Page 2 of 4

SECRET

**Evaluation of Standard 2:**
Child Foundation does not meet this Standard because it has 3 voting members of the board.

**Explanation of Standard 2:**
Up until 2004, Child Foundation had five voting members. These members included the current board members as well as Dr. Nastran Zonozi and Mrs. Sudabeh Shoja. Please note the following:
Mrs. Sudabeh Shoja left the board during the first quarter of 2004.
Dr. Nastran Zonozi was dismissed from the board in January, 2007.

Child Foundation is in the process of identifying new board members. According to our bylaws (Exhibit D) which were recently revised in 2006, the current board members have three years to elect new board members.

As you know, it is crucial that these board members are not only qualified, but ethically and morally sound. As we are an international organization with a substantial amount of revenue entrusted upon for humanitarian purposes, the board is taking the utmost care to ensure that the interested candidates are the best possible candidates for Board Member positions.

**Evaluation of Standard 16: Annual Report**
Child Foundation does not meet this Standard because we have indicated that we did not have an annual report conducted for the past year.

**Explanation of Standard 16**
In the past, Child Foundation has relied on annual newsletters to update donors and sponsors about current events, operational changes and decisions made by the board of directors. However, upon filing our application with the BBB we have created an annual report documenting all current events, our mission statement, our financial status and reports, a roster of the members of our board of directors, and accomplishments for the 2006 fiscal year. Please note that we have made this report available for public viewing. Sponsors and donors can access our 2006 annual report by visiting our website at www.childfoundation.org. As requested, we have enclosed a copy of our 2006 Annual Report (Exhibit E).

**Evaluation of Standard 18: Privacy for Written Appeals and Internet Privacy**
Child Foundation does not include what security measures the organization has in place to protect visitors personal information.

**Explanation of Standard 18**
As of April 26, 2007, Child Foundation published a new privacy policy on its website. This new policy can be viewed at:

http://www.childfoundation.org/privacy_policy.htm

This policy includes a new section "Our Commitment To Data Security". I have pasted this new section below. This specific section explains how Child Foundation protects and secures the personal information of people visiting our website:



SECRET

2.

Tab 53-B
Page 3 of 4

CF289041



SECRET

**Our Commitment To Data Security:**
In order to prevent unauthorized access, maintain data accuracy, and ensure that information is used correctly, we have implemented appropriate electronic, physical and managerial procedures to protect and secure the information we collect on-line. For instance, we use the highest industry-standard encryption technologies (SSL) when transferring and receiving financial data from our donors and sponsors.

In addition to revising our Privacy Policy, we have also made our security information more visible and accessible.

1. We updated the security logo on our sponsor and donor sign-up pages, enabling visitors to see that their information is protected using the highest industry-standard encryption technologies (SSL).

2. We have added the statements below to the donor and sponsor pages, making our policy more accessible for visitors who are in the process of submitting personal information.

Protecting your Right to Privacy
When you make a donation on line, Child Foundation does not sell, trade or share your information with anyone else. Please click here to see our privacy policy for more information

If you have any questions or concerns. I can be reached at (503) 698-4084, Monday through Friday, 8:00 am – 5:00 pm, Pacific Standard Time.

Once again, thanks for all your assistance. I hope this letter and the enclosed Exhibits clarify why we did not appear to meet six of the BBB's charity standards.

Sincerely,


Carolyne Haycraft
Assistant Business Manager
Child Foundation

3



SECRET

Tab 53-B
Page 4 of 4

CF289042

SECRET

From: Yasrebi, Mehrdad <MYasrebi@pccstructurals.com>
To: CF-Carolyne@childfoundationusa.org.
CF-Salehi@childfoundationusa.org
Sent: 4/30/2007 9:37:27 PM (GMT)
Subject: CEO Evaluation

DECLASSIFIED BY 60322-4018/PJ/EHL
ON 8/11/2010

*This redacted copy only.*

Hello Carolyne:

This is what I got from          . Let's find out if this is good enough. If they
need evaluation of each year separately, we should be able to provide that as well.
Best regards,

Abu

-------------------------------------------------------------------

The 2004-2006 evaluation of the president of the child foundation, by its board
of directors is as follows:
During the 2004-2006 period, Dr. Yasrebi has worked very hard to make sure that
the core focus of the foundation, its sponsorship program, is inline with its
longtime goals, the quality of the service is improved; it is in incompliance
with local and international laws, and expand the service to areas that the
foundation has no representations.

Dr. Yasrebi has been easily accessible by the board members and the office
staffs and under his leadership, the foundation has been able to overcome
numerous obstacles and experience growth in new areas.

During the 2004-2006 period, he initiated writing of a new bylaws to insure the
expansion of the foundation and its growth in all areas related to its goals.

The board of directors of the child foundation evaluates Dr. Yasrebi's
performance as very good to excellent.


*****************************************************************


Important notice: The non-public information contained in or attached to this message is considered confidential, proprietary information of PCC Structurals Inc. In addition to any restrictions that may apply pursuant to the terms of confidentiality or Non-disclosure Agreements between PCC Structurals Inc, and the recipient, this information may not be reproduced, disclosed to any third party, or used by the recipient except for the specific purpose for which it was provided, without the prior written approval of PCC Structurals Inc.

U.S. export laws may also apply to the information contained in or attached to this message. These commodities, technology, or software were exported from the United States in accoradance with Export Administration Regulations. Diversion contrary to U.S Law prohibited.


Hello Carolyne:



This is what I got from          . Let's find out if this is good
enough. If they need evaluation of each year separately, we should be

SECRET

3/10/2010

Tab 53-C
Page 1 of 1

CF289043

SECRET

From: Yasrebi, Mehrdad <MYasrebi@pcestructurals.com>
To: CF-Carolyne@childfoundationusa.org
Sent: 5/1/2007 2:30:31 PM (GMT)
Subject: CEO Evaluation

Attachment(s):
MINUTES TO THE MEETING OF THE BOARD - CEO Evaluation.doc

Hello Carolyne:

Attached please find the CEO evaluation.

Best regards,

Abu

DECLASSIFIED BY 60322-HdP/PJ/EHR
ON 8/11/2010

This redacted copy only.

Hello Carolyne:

Attached please find the CEO evaluation.

Best regards,

Abu

SECRET



3/10/2010

Tab 53-D
Page 1 of 4

CF289046

## MINUTES TO THE MEETING OF THE BOARD
### CEO Evaluation
### Held on August 1, 2004

Participating:        Fatemeh Sharif-Kazemi;

called the meeting of the Board of Directors of the Child Foundation to order at approximately 8:00 PST AM, August 1, 2005. The discussion took about 30 minutes and the following is the summary of the Board evaluation of Dr. Yasrebi

The 2004 evaluation of the president and CEO of the child foundation, by its board of directors are summarized as follow:

During 2004, Dr. Yasrebi has worked very hard to make sure that the core focus of the foundation, its sponsorship program, is inline with its longtime goals, the quality of the service is improved; it is in incompliance with local and international laws, and expands the service to areas that the foundation has no representations.

Dr. Yasrebi has been easily accessible by the board members and the office staffs and under his leadership, the foundation has been able to overcome numerous obstacles and experience growth in new areas.

The board of directors of the child foundation evaluates Dr. Yasrebi's performance as good to very good.



Tab 53-D
Page 2 of 4

CF289047

SE~~X~~RET

## MINUTES TO THE MEETING OF THE BOARD
### CEO Evaluation
### Held on August 1, 2005

Participating:        Fatemeh Sharif-Kazemi;

                      called the meeting of the Board of Directors of the Child Foundation to order at approximately 8:00 PST. AM, August 1, 2005. The discussion took about 30 minutes and the following is the summary of the Board evaluation of Dr. Yasrebi

The 2005 evaluation of the president and CEO of the child foundation, by its board of directors are summarized as follow:

During 2005, Dr. Yasrebi continued to work on the core focus of the foundation, its sponsorship program, is inline with its longtime goals, the quality of the service is improved; it is in incompliance with local and international laws, and expands the service to areas that the foundation has no representations.

Dr. Yasrebi has maintained a very close relationship with the board members and the office staffs, informing the board members of the issues facing the foundation.

The board would like to express its appreciation for the time and effort that Dr. Yasrebi has put to advance the mission of the foundation. The board of directors of the child foundation evaluates Dr. Yasrebi's performance very good to excellent.



SE~~X~~RET

Tab 53-D
Page 3 of 4

CF289048

MINUTES TO THE MEETING OF THE BOARD
CEO Evaluation
Held on August 1, 2006



Participating:          Fatemeh Sharif-Kazemi;

          called the meeting of the Board of Directors of the Child Foundation to order at approximately 8:00 PST AM, August 1, 2006. The discussion took about 30 minutes and the following is the summary of the Board evaluation of Dr. Yasrebi

The 2006 evaluation of the president and CEO of the child foundation, by its board of directors are summarized as follow:

During 2006, Dr. Yasrebi continued to work on the core focus of the foundation, its sponsorship program, is inline with its longtime goals, the quality of the service is improved; it is in incompliance with local and international laws, and expands the service to areas that the foundation has no representations.

During this period, he initiated writing of a new bylaws to insure the expansion of the foundation and its growth in all areas related to its goals.

Dr. Yasrebi has maintained a very close relationship with the board members and the office staffs, informing the board members of the issues facing the foundation.

The board would like to express its appreciation for the time and effort that Dr. Yasrebi has put to advance the mission of the foundation. The board of directors of the child foundation evaluates Dr. Yasrebi's performance very good to excellent.



Tab 53-D
Page 4 of 4

CF289049

SECRET

From: Hossein Salehi <CF-Salehi@childfoundationusa.org>
To: myasrebi@childfoundation.org
Sent: 5/1/2007 11:56:16 PM (GMT)
Subject: 3 year review

Attachment(s):
3 years CEO evaluation.doc

Dear Dr. Yasrebi,

Please find the attached file for your review.

Best Regards,

Hossein Salehi
Business Manager
Child Foundation-Main Office
CF-Salehi@ChildFoundationUSA.org
Tel: 503-698-4084 • Fax: 503-297-1546
P.O. Box 1364 • Clackamas, OR 97015
Please visit us at: www.childfoundation.org

DECLASSIFIED BY 60322-44 RP/PJ/EHL
ON 8/11/2010

Dear Dr. Yasrebi,

Please find the attached file for your review.

Best Regards,

Hossein Salehi

Business Manager

Child Foundation-Main Office

CF-Salehi@ChildFoundationUSA.org

Tel: 503-698-4084 * Fax: 503-297-1546

P.O. Box 1364 * Clackamas, OR 97015

Please visit us at: www.childfoundation.org

 SECRET

3/10/2010

Tab 53-E
Page 1 of 5

CF289050

<http://www.childfoundation.org>





3/10/2010

Tab 53-E
Page 2 of 5

## MINUTES TO THE MEETING OF THE BOARD
### President / CEO Evaluation
### Held on August 7, 2004

SECRET

Participating:       Fatemeh Sharif-Kazemi;

called the meeting of the Board of Directors of the Child Foundation to order at approximately 8:00 PST AM, Saturday August 7, 2004. The discussion took about 30 minutes and the following is the summary of the Board evaluation of Dr. Yasrebi

The 2004 evaluation of the president and CEO of the child foundation, by its board of directors are summarized as follow:

During 2004, Dr. Yasrebi has worked very hard to make sure that the core focus of the foundation, its sponsorship program, is inline with its longtime goals, the quality of the service is improved; it is in incompliance with local and international laws, and expands the service to areas that the foundation has no representations.

Dr. Yasrebi has been easily accessible by the board members and the office staffs and under his leadership, the foundation has been able to overcome numerous obstacles and experience growth in new areas.

The board of directors of the child foundation evaluates Dr. Yasrebi's performance as good to very good.



SECRET

Tab 53-E
Page 3 of 5

CF289052



**MINUTES TO THE MEETING OF THE BOARD**
President / CEO Evaluation
Held on August 6, 2005

Participating:          Fatemeh Sharif-Kazemi;

                 called the meeting of the Board of Directors of the Child Foundation to order at approximately 8:30 PST AM, Saturday August 6, 2005. The discussion took about 40 minutes and the following is the summary of the Board evaluation of Dr. Yasrebi

The 2005 evaluation of the president and CEO of the child foundation, by its board of directors are summarized as follow:

During 2005, Dr. Yasrebi continued to work on the core focus of the foundation, its sponsorship program; is inline with its longtime goals, the quality of the service is improved; it is in incompliance with local and international laws, and expands the service to areas that the foundation has no representations.

Dr. Yasrebi has maintained a very close relationship with the board members and the office staffs, informing the board members of the issues facing the foundation.

The board would like to express its appreciation for the time and effort that Dr. Yasrebi has put to advance the mission of the foundation. The board of directors of the child foundation evaluates Dr. Yasrebi's performance very good to excellent.



Tab 53-E
Page 4 of 5

CF289053

MINUTES TO THE MEETING OF THE BOARD
President / CEO Evaluation
Held on August 5, 2006



Participating:        Fatemeh Sharif-Kazemi;

called the meeting of the Board of Directors of the Child Foundation to order at approximately 8:00 PST AM, Saturday August 5, 2006. The discussion took about 35 minutes and the following is the summary of the. Board evaluation of Dr. Yasrebi

The 2006 evaluation of the president and CEO of the child foundation, by its board of directors are summarized as follow:

During 2006, Dr. Yasrebi continued to work on the core focus of the foundation, its sponsorship program, is inline with its longtime goals, the quality of the service is improved; it is in incompliance with local and international laws, and expands the service to areas that the foundation has no representations.

During this period, he initiated writing of a new bylaws to insure the expansion of the foundation and its growth in all areas related to its goals.

Dr. Yasrebi has maintained a very close relationship with the board members and the office staffs, informing the board members of the issues facing the foundation. He has demonstrated his profound knowledge and capability of problem solving and future planning for the organization.

The board would like to express its appreciation for the time and effort that Dr. Yasrebi has put to advance the mission of the foundation. The board of directors of the child foundation evaluates Dr. Yasrebi's performance very good to excellent.



Tab 53-E
Page 5 of 5

CF289054

**From: M. A. Yasrebi <myasrebi@childfoundation.org>**
**To: CF-Salehi@childfoundationusa.org**
**Sent: 5/2/2007 1:20:12 AM (GMT)**
**Subject: RE: 3 year review**

Looks very good Dr. Salehi.

Best regards,

Yasrebi

SECRET

DECLASSIFIED BY 60322-HQ LP/PJ/EHL
ON 8/11/2010
This redacted copy only.

**From: Hossein Salehi [mailto:CF-Salehi@childfoundationusa.org]**
**Sent: Tuesday, May 01, 2007 4:56 PM**
**To: M. A. Yasrebi**
**Subject: 3 year review**

Dear Dr. Yasrebi,

Please find the attached file for your review.

Best Regards,

Hossein Salehi
Business Manager
Child Foundation-Main Office
CF-Salehi@ChildFoundationUSA.org
Tel: 503-698-4084 • Fax: 503-297-1546
P.O. Box 1364 • Clackamas, OR 97015
Please visit us at: www.childfoundation.org

Looks very good Dr. Salehi.

Best regards,

Yasrebi

**From: Hossein Salehi [mailto:CF-Salehi@childfoundationusa.org]**
**Sent: Tuesday, May 01, 2007 4:56 PM**

SECRET

3/10/2010

Tab 53-F
Page 1 of 2

CF289055

To: M. A. Yasrebi
Subject: 3 year review

SECRET

Dear Dr. Yasrebi,

Please find the attached file for your review.

Best Regards,

· Hossein Salehi

Business Manager

Child Foundation-Main Office

CF-Salehi@ChildFoundationUSA.org

Tel: 503-698-4084 . Fax: 503-297-1546

P.O. Box 1364 . Clackamas, OR 97015

Please visit us at: www.childfoundation.org <http://www.childfoundation.org>



SECRET

3/10/2010

Tab 53-F
Page 2 of 2

CF289056

$Sh.\sim$



**Store:**
ODS00645
604 SW Washington St
Portland, OR 97205-3513
(503)417-8199

Employee: ODS00645 Office Depot

**Customer Information:**
Carolyne Haycraft
Child Foundation
PO Box 1364
Clackamas, OR 97015
Telephone: (503)698-4084

Ship Date: 5/2/2007

| SKU | Description | Price | Recipient Information |
|---|---|---|---|
| 00373611000036523 | UPS Next Day Air Saver ® Content:Papers SKU:373611 Declared Value: $2.00 Declared Value at no additional cost Trk #:1Z0A232F1300098321 Actual WT: 0.60 LBS DWT: 1 LBS Dim: 12.00 in. X 9.00 in. X 1.00 in. Zn: 138 Delivery Date: 05/03/2007 | $36.52 | Rebecca Uwaifo, Research Analyst BBB Wise Giving Alliance Ste 800 4200 Wilson Blvd ARLINGTON, VA 22203 |

**Total $36.52**

- I understand Office Depot will not be liable for damage to parcels improperly packed.
- I understand that Office Depot will not ship any hazardous materials. Please see an Office Depot associate if you have any item in question.
- Packing guidelines are available upon request at the shipping counter.
- I declare that the value of my parcel does not exceed $100 unless otherwise stated on this receipt and the appropriate fee has been paid.
- All claims for lost or damaged parcels must be made at the same Office Depot location that shipped the parcel.
- To ensure your packages are shipped your receipt must be validated when you pay and returned to the Copy Center.

1B85

P1 997

_____
Customer Signature

## IMPORTANT INFORMATION REGARDII
## PACKING SHIPPING PROGRAM
Your package can be tracked online at www.UPS.com

Wednesday, May 02, 2007 16:36:34 PM

Tab 53-G
Page 1 of 2

```
OFFICE DEPOT
604 SW WASHINGTON STREET
PORTLAND, OR  97205
503-417-8199
SALE            STRO645  REG012  TRN7162
05/02/07 16:37  EMP 426696   POS 5.03A


373611 UPS NEXT DAY SAV P        36.52
           SUBTOTAL              36.52
          SALES TAX               0.00
             TOTAL               36.52
              CASH               30.00
         DEBIT 0369               6.52
            CHANGE                0.00
*****************************************
         For a chance to Win
    One of 40-$100 or 1-$1000
    Quarterly Shopping Sprees,
    visit www.od.bizrate.com
          En Espanol.
       ID:  HYGN9 V4PF YZHP1
```



```
L2VTG33AXYQYXR6CW
```

Tab 53-G
Page 2 of 2