FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    02/15/2012

Robin Lynn Phillips, born                    , address:
                 Milwaukie, Oregon, 97222, telephone:
    , was advised of the identities of the interviewing agents and
the purpose of the interview.  Phillips worked as a marketing
employee for the Child Foundation from approximately April 2009
until November 2011. She worked full time until January 2011 and
then worked part time until she left her job in November 2011.
Phillips was aware the Child Foundation had pleaded guilty to
criminal charges. Executive Manager of Child Foundation Masoud
Modarres told her and the office employees several times the reason
Child Foundation and its Director pleaded guilty is because they
did not understand the rules. In addition, Phillips read the
material on the Child Foundation web site about the criminal
charges. Child Foundation worked with a public relations firm in
New York to help write the material on the web site.

        In February or March 2011, Modarres asked Phillips to
register Child Foundation on the Presidential Service Award web
site and to request an award for former Director of Child
Foundation Mehrdad Yasrebi.  Modarres thought it would help the
court case.  Modarres told Phillips that Yasrebi had been working
with Child Foundation since 1995 and to use that information for
the award nomination. Phillips said the Presidential Service Award
site calculated the number of hours someone had volunteered based
on the time entered and then selected which level award someone
would receive.  The questions on the application pertained to the
name of the nominee and how many hours the nominee had volunteered
per month and the dates of service.  There were no questions about
whether the nominee had been convicted of a crime.  Modarres gave
Phillips the Child Foundation credit card to pay for the award and
had it sent to Child Foundation. Phillips did not see the award or
certificate when it arrived. Phillips knew Child Foundation had
nominated a few other Child Foundation volunteers for awards
separately.

        Yasrebi resigned from Child Foundation sometime in 2010.
Phillips did not see Yasrebi after he resigned. Yasrebi came into
the Child Foundation office a few times per month prior to his
resignation.

Investigation on    2/15-16/2012 at    Milwaukie, Oregon

File #  4151-PD-47644-302                Date dictated  NA

      SA Kimberly V. Price
by    SA Debra Meyer                                      Tab 54

                                              Page 1 of 1

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.